**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| INVACARE CORPORATION, *et al.*,, | § | Case No. 23-90068 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**</u>

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of the Official

Committee of Unsecured Creditors as proposed conflicts counsel, pursuant to Rule 9010 of the

Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and hereby submits this notice of

appearance and requests notice of all hearings and conferences herein and makes demand for

service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002,

3017, and 9007. All notices given or required to be given in this case shall be served upon:

<table>
<tr><td>

Joseph E. Bain
Olivia K. Greenberg
Elizabeth W. De Leon
**JONES WALKER LLP**
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:    (713) 437-1800
Fax:    (713) 437-1810
Email:  jbain@joneswalker.com
       ogreenberg@joneswalker.com
       edeleon@joneswalker.com

</td><td>

-and-

</td><td>

John W. Mills
**JONES WALKER LLP**
3455 Peachtree Road, NE Suite 1400
Atlanta, GA 30326
Tel:    (404) 870-7500
Fax:    (404) 870-7501
Email:  jmills@joneswalker.com

</td></tr>
</table>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or any other means.

Dated: March 1, 2023                    Respectfully submitted,

*/s/ Joseph E. Bain*
Joseph E. Bain
Texas Bar No. 24085187
Olivia K. Greenberg
Texas Bar No. 24127683
Elizabeth W. De Leon
Texas Bar No. 24127215
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1810
Email:  jbain@joneswalker.com
            ogreenberg@joneswalker.com
            edeleon@joneswalker.com

            -and-

John W. Mills
S.D. Tex. No. 379871
JONES WALKER LLP
3455 Peachtree Road, NE Suite 1400
Atlanta, GA 30326
Tel: (404) 870-7500
Fax: (404) 870-7501
Email: jmills@joneswalker.com

***Proposed Conflicts Counsel for the Unsecured Creditors Committee***

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on March 1, 2023, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

*/s/ Joseph E. Bain*
Joseph E. Bain

#101044716v1