**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INVACARE CORPORATION, *et al.*,[1] | ) Case No. 23-90068 (CML) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Invacare Corporation ("Invacare"), Adaptive Switch Laboratories, Inc. ("ASL"), and Freedom Designs, Inc. ("Freedom"), as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Kathleen Leneghan, Chief Financial Officer of Invacare and an authorized signatory for each of the Debtors, has signed each set of the Schedules and Statements.  In reviewing and signing the Schedules and Statements, Ms. Leneghan has necessarily relied upon the efforts, statements, advice, and representations of various personnel employed by the Debtors and the Debtors' legal and financial advisors.  Ms. Leneghan has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## <u>Global Notes and Overview of Methodology</u>

1.   **<u>Description of Cases and "As Of" Information Date</u>.**  On January 31, 2023 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On February 1, 2023, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 25].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

To the best of the Debtors' knowledge, and except as otherwise noted, the information provided herein represents the (i) asset data of the Debtors as of the close of business on the Petition Date, and (ii) liability data of the Debtors as of the close of business on the Petition Date.

2.   **<u>Global Notes Control</u>.**  These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.   **<u>No Admission</u>.**  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors,

any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

4. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to: (a) amend and supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("Claim")[2] is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated"). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability or amounts due or owed by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

a. **Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

b. **Classifications.** Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as

---

[2] For the purposes of these Global Notes, the term "Claim" shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

"executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract or to setoff of such Claim. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, and the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

c.   **Claims Description.**  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."   Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification. Additionally, the Debtors expressly reserve all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Moreover, listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

d.   **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in estimates or assumptions.

e.   **Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or

unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

f.     **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

g.     **Insiders.**  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of such party as the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

h.     For the avoidance of doubt, the Debtors' restructuring is anticipated to culminate in a compromise of claims, interests in Debtors, and controversies that are included in the *Joint Chapter 11 Plan of Invacare Corporation and its Debtor Affiliates* [Docket No. 184] (as amended, supplemented, or otherwise modified from time to time, the "Plan").  The Plan is anticipated to provide finality with respect to all claims and causes of action that are or may be asserted against the Debtors.  Nothing in the Schedules or Statements is intended to, shall be construed as, or shall have the effect or, modifying, changing, or otherwise affecting the Plan.

5. **Methodology.**

a. **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

b. **Comprehensive Enterprise.**  The Debtors utilize a central and consolidated cash management system, which consists of multiple bank accounts (the "Cash Management System").   The Debtors manage the cash within the Cash Management System by transferring funds among bank accounts as needed based on cash receipts and disbursements.  As described in further detail in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (a) Authorizing the Debtors to (i) Continue to Use Their Centralized Cash Management System; (ii) Open and Close Bank Accounts; (iii) Maintain Existing Business Forms and Books and Records; and (iv) Perform and Continue Intercompany Transactions and Granting Administrative Expense Priority Status to Certain Intercompany Transactions;  (b) Partially Waiving the Requirements of 11 U.S.C. 345(b); (c) Authorizing Banks to Honor Certain Related Prepetition Obligations; and (d) Granting Related Relief* [Docket No. 10] (the "Cash Management Motion"), certain payments in the Schedules and Statements may have been made by one legal entity on behalf of another legal entity through the Cash Management System.  The Bankruptcy Court has entered an interim order authorizing the Debtors to continue using the Cash Management System [Docket Nos. 81] (the "Cash Management Order").  The Debtors' treasury and accounting departments regularly reconcile the Debtors' books and records to ensure that all transfers are accounted for properly.  Thus, the Debtors' debits and credits are known and recorded.  Although diligent efforts have been made to set forth open payable amounts and Claims on the Schedules and Statements of the correct legal entity, the Debtors reserve the right to modify or amend the Schedules and Statements to update payable amounts or attribute open payable amounts and Claims to a different legal entity, if necessary or appropriate.

c. **Confidential Information.**   There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Pursuant to the *Order (i) Waiving the Requirement to File a List of Equity Security Holders; (ii) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (iii) Approving the Form and Manner of Notice of Commencement, and (iv) Granting Related Relief* [Docket No. 83] (the "Creditor Matrix Order"), the Bankruptcy Court has authorized the Debtors to redact certain confidential information on the Debtors' Schedules and Statements.  In addition, the Debtors may have redacted certain information where an agreement between the Debtors and a third party, concerns of confidentiality, the protection of sensitive commercial information, or concerns for the privacy of individuals, including employees, so

requires. Moreover, the very existence of certain agreements may be (by the terms of such agreements) confidential. These agreements have been noted, however, as "Confidential" in the Schedules and Statements, where applicable. The alterations or redactions are limited only to what the Debtors believe is warranted.

d.     **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

e.     **Umbrella or Master Agreements.** Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors including some agreements which may include some of the Debtors and/or non-Debtor affiliates. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement. Other Debtors and/or non-Debtors, however, may be liable instead of, or together with, such Debtor on account of such agreements, and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

f.     **Executory Contracts.** Although the Debtors have made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease.

g.     **Leases.** The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other real property interests, and equipment from third party lessors for use in the daily operation of their business. Any known prepetition obligations of the Debtors for equipment or similar leases have been listed on Schedule F, the lease counterparties have been noted on Schedule D, and the underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A. Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a Financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

h.     **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Unless otherwise noted, the Schedules and Statements reflect net book values as of January 31, 2023.  Certain assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the disclosure statement to the Plan.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

i.     **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

j.     **Operating Entity Level.**  The Debtors have created operating entities that function as profit and cost centers for purposes of recording financial activities.  Operating entities have been historically treated as discrete entities for accounting purposes, but such operating entities are not separate legal entities.  Thus, operating entities have been separated into the relevant Debtors for purposes of reporting in the Statements and Schedules.

k.     **Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

l.     **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

m.     **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

n.     **Paid Claims.**  Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases on or about February 1, 2023, the Debtors were authorized (but not directed) to pay in their discretion certain Claims on a postpetition basis; as such, outstanding liabilities may have been reduced by any Bankruptcy Court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they may not be listed in the Schedules and Statements.  To the extent the Debtors later pay any amount of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

o.     **Intercompany Claims.**  As described more fully in the Cash Management Motion, the Debtors engage in a range of intercompany transactions in the ordinary course of business.  Pursuant to the Cash Management Order, the Bankruptcy Court has granted the Debtors authority to continue the intercompany transactions in the ordinary course of business. The Debtors and all parties-in-interest reserve all rights with respect to such accounts. Intercompany payables among the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates are reported on Schedule E/F, per the Debtors' books and records, which may or may not result in allowed or enforceable claims by or against a given Debtor.  The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to customary intercompany policies and practices not reflected in the Schedules.

p.     **Guaranties and Other Secondary Liability Claims.**  The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements.  Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties.  The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review.  Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

q.     **Excluded Assets and Liabilities.**   The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist.  The Debtors have also excluded unbilled receivables, customer advances, billings in excess of cost and allowances for doubtful

accounts. The Debtors also have excluded worker's compensation Claims to maintain the privacy of the claimants. The Debtors have also excluded claims filed with their insurance carriers as this information was not available at the time of these filings. In addition, other immaterial assets and liabilities may also have been excluded.

r. **Liens.** The inventories, property, and equipment listed in the Schedules and Statements arc presented without consideration of any liens that may attach (or have attached) to such property and equipment.

s. **Property and Equipment.** Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease, and the Debtors reserve all of their rights with respect thereto.

t. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

u. **Credits and Adjustments.** The Claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

v. **Setoffs.** The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers. These normal, ordinary course setoffs and nettings are common to the Debtors' business and are consistent with the ordinary course business of the Debtors' industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

## <u>Specific Schedules Disclosures</u>

<u>Schedules Summary</u>. Except as otherwise noted, the asset and liability information provided herein represents the Debtors' assets and liabilities as of the Petition Date.

For financial reporting purposes, the Debtors ordinarily prepare financial statements by operating entity. Unlike the consolidated financial statements, the Schedules reflect the assets and

liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission as to the Debtor's solvency as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

1.   **Schedule A/B — Assets**

    a.   Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtors' books and records as of the Petition Date.

    b.   Parts 1 and 2 — Cash and Cash Equivalents; Deposits and Prepayments.

- Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion and the Cash Management Order. The balances of the financial accounts listed on Schedule A/B, Part 1, are as of January 31, 2023.

- Additionally, the Court, pursuant to the *Order (i) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Approving the Debtors' Proposed Procedures for Resolving Objections by Utility Companies (iii) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (iv) Granting Related Relief* [Docket No. 86], has authorized the Debtors to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of January 31, 2023.

- The balances of deposits and prepayments presented on Schedule A/B, Parts 1 and 2 are as of January 31, 2023.

    c.   Part 3 — Accounts Receivable.

- Amounts listed reflect gross amounts received or face amounts requested. Some accounts receivable related to the Debtors' contracts may be subject to downward adjustments due to disbursements required or certain payment caps under the terms of such contracts. Such adjustments are accounted for as "doubtful or uncollectible" accounts. Cash discounts reserve returns and allowance reserves, rebate reserves, volume trade discounts reserves, and

pricing reserves are not reflected in the Debtors Accounts Receivable balances. These amounts are estimates and are not assigned by customer.

d.     Part 4 — Investments are listed as having undetermined value.

e.     Parts 5, 7, 8, and 9 — Inventory, Excluding Agriculture Assets; Office Furniture, Fixtures, and Equipment; and Collectibles; Machinery, Equipment, and Vehicles; Real Property.

- An external or professional valuation of the Debtors' inventory has not been undertaken.

- Dollar amounts are presented net of accumulated depreciation and other adjustments as of January 31, 2023.

- The Debtors have made preliminary estimates of goods received in the 20 days prior to the Petition Date. These estimates are preliminary in nature as to both amount and specific Debtor.

- The Debtors' furniture and fixtures are listed together in Question 39.

- Operating and finance leases and leasehold improvements are included, however, these leases are not assets and are listed as having undetermined value.

f.     Part 10 — Intangibles and Intellectual Property.

- Listed at net book value as reflected in the Debtors' books and records as of the Petition Date, or reflected as undetermined, unless otherwise noted.

- Identifies value ascribed by the Debtors to various intangible assets including customer lists (redacted), licenses, permits, tradenames, registered internet domains, and websites.

- Trademarks and patents are listed as having an undetermined value.

- Part 10, Q60-1: The Debtors have made best efforts to collect the necessary data, the listing is preliminary in nature as to status and specific Debtor.

g.     Part 11 — All Other Assets.

- Listed at net book value as reflected in the Debtors' books and records as of the Petition Date, or reflected as undetermined, unless otherwise noted.

- Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers or suppliers or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. The Debtors attempted to list known causes of action and other claims. Because certain of such claims

are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

- Interests in Insurance Policies or Annuities. A list of the Debtors' insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (1) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (C) Continue to Pay Brokerage Fees, and (II) Granting Related Relief* [Docket No. 23]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part 11. All current insurance policies are listed in response to Schedule A/B 73. On a consolidated basis, the Debtors eliminate intercompany accounts receivables and accounts payable. To the extent these are listed on the Schedules, these reflect the amounts listed on the Debtors' books and records as of January 31, 2023.

2. **Schedule D — Creditors Who Have Claims in Property**

- Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. The Debtors made reasonable, good-faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

- Certain of the claims listed on Schedule D, as well as the Guaranties of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these various dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date.

3.   **Schedule E/F — Creditors Who Have Unsecured Claims**

a.   Part 1 — Creditors with Priority Unsecured Claims.

- Pursuant to the *Order (i) Authorizing the Payment of Certain Prepetition Taxes and Related Obligations and (ii) Granting Related Relief* [Docket No. 87] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order may not be listed in Schedule E.

- Furthermore, pursuant to the *Order (i) Authorizing the Debtors to Pay Prepetition Wages and Compensation, (ii) Authorizing the Continuation of Employee Benefit Programs, (iii) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (iv) Granting Related Relief* [Docket No. 88] (the "Wages Order"), the Debtors received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.  The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed.

- The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such Claim or any portion thereof is entitled to priority status.

b.   Part 2 — Creditors with Nonpriority Unsecured Claims.

- The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of Claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed Claims or the correct amount of all unsecured claims.

- Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  The amounts for potential Claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. Known product liability claims have been listed at undetermined; however, product liability incurred but not reported claims are unknown.

- Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  Schedule E/F, Part 2, does not include Claims that may

arise in connection with the rejection of any executory contracts and unexpired leases that have been or may be rejected.

- In many cases, the Claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a Claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such Claim.

- At the end of January 2023, Invacare Corporation sold its respiratory division to Ventec Life Systems, Inc., and its Top End division to Top End Sports, LLC. Certain ongoing obligations as reflected in the Asset Purchase Agreements and Transition Services Agreements related to these transactions are not reflected in the Schedules.

- The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

- As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if and as they receive such invoices.

4.   **Schedule G — Executory Contracts and Unexpired Leases**

- While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Additionally, in certain instances, executory contracts and unexpired leases may be omitted due to their confidential nature, but can be made available to the U.S. Trustee for the Southern District of Texas (Houston Division) on a confidential basis.   Additionally, some relationships between the Debtors and certain counterparties are governed by a master services agreement, under which such counterparties also place work and purchase orders, which may be considered executory contracts.   Some relationships between the Debtors and certain counterparties are governed by group purchasing agreements, under which the group purchasing counterparties contract with third-party vendors to provide goods and services to the Debtors, and such agreements may be considered executory contracts.   Disclosure of these purchase and work orders, however, is impracticable and unduly burdensome.   Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder have been omitted.

- Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.   Certain of the leases and contracts listed on Schedule G may contain renewal options, guaranties of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.   Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

- In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

- The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's Claim.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.   Contracts or agreements identified on Schedule G, include all amendments, supplements, and other documents related thereto.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

5. **Schedule H** **— Codebtors**

- The Debtors are party to various debt agreements, which were executed by multiple Debtors. The obligations of guarantors under prepetition, secured credit agreements are noted on Schedule H for each individual debtor. Furthermore, the Debtors may not have identified certain guaranties that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. To the extent there are guaranties connected with any joint ventures to which the Debtors may be a party, such agreements are not identified in the Debtors' Schedules.

### Specific Statements Disclosures

a.  Statements, Part 1, Questions 1 and 2 — The gross revenue and non-business revenue reported for the current fiscal year are through January 31, 2023.

b.  Statements, Part 2, Questions 3 and 4 — Payments to Certain Creditors. Prior to the Petition Date, the Debtors maintained a centralized Cash Management System through which Invacare and certain of its Debtor affiliates, and certain non-debtor affiliates made certain payments on behalf of other entities. Consequently, all payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by Invacare or one of its Debtor affiliates from operating bank accounts (the "Operating Accounts"), on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion. In addition, payments listed in Statements, Part 2, Question 4 are net payments as of actual invoices and include credits and inter-company liabilities.

c.  Statements, Part 2, Question 3 — 90 Day Payments. The Debtors have responded to Statements, Part 2, Question 3 in a detailed format by creditor. The response to Statements, Part 2, Question 3 includes any disbursement or other transfer made by the Debtors except for those made to (i) insiders or other Debtors (which payments appear in response to Statements, Part 2, Question 4), (ii) non-insider employees, and (iii) bankruptcy professionals (which payments appear in response to Statements, Part 6, Question 11). In addition, the response to Statements, Part 2, Question 3 does not include checks that were either voided or not presented before the Petition Date. One of the payments is payments to Bancorp, which provides flexible spending account debit cards to certain of the Debtors' employees. Payments to Bancorp represent disbursements related to the Debtors' benefit programs. Employees make their own payments out of the funds consistent with the specific benefit program requirements.

The Debtors' accounts payable system does not include the corresponding payment clear dates, and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statements, Part 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

Further, the Debtors worked to manually review the Debtors' voluminous books and records across three unique payment systems to assemble the response to this question, and there may be instances in which a payment is not coded correctly. As a result, inadvertent errors or omissions may exist. Payments to insiders during the 90 days prior to the Petition Date that are reflected in Question 4 are not duplicated herein.

d.    Statements, Part 2, Question 4 — As described in the Cash Management Motion, the Debtors undertake netting to settle intercompany receivables and payables with certain non-Debtor subsidiaries.  These disbursements were made directly to intercompany netting accounts until September 2022. Reflected herein is the Debtors' contribution to the netting transactions.  Since September 2022, the Debtors have undertaken netting through a financial institution. Funds are transferred directly to the institution that makes the disbursements directly to the non-Debtor subsidiary bank accounts. Funds transferred to the institution are listed herein. In the ordinary course of business, Freedom and ASL bank accounts collect money from customers.  These payments are automatically transferred (ZBA) to Invacare's concentration account. These ZBA transfers are voluminous and are not included herein. In order to fund the Debtors' maquiladora operation in Mexico, the Debtors purchase Mexican currency (Pesos). The maquiladora entity, Invamex S. de R.L. de C.V., is a non-Debtor. Invamex S. de R.L. de C.V. uses these funds to satisfy local expenses such as payroll, local vendors, etc. The company has captured these peso payment transfers herein.

In the ordinary course of business, the Debtors typically settle interest on intercompany loans according to the loan agreements.  These payments are reflected in SOFA 4.

As part of the Debtors' intercompany loan arrangements, the Debtors historically have extended the maturity dates of certain intercompany loans. The Debtors also maintain foreign exchange hedging arrangements supporting such intercompany loans.  Upon maturity and reissuance of these intercompany loans and the related hedge instrument, the Debtors typically settle net amounts due between the related parties.

In July 2022, the Debtors obtained new financing.  Part of this financing was used to satisfy outstanding borrowings on its European ABL facility (as required by the new Term Loan financing agreement entered into in July 2022) and certain related-party financing obligations.  The transfer of these funds to the relevant related parties for this purpose is reflected in SOFA 4.  Pursuant to the terms of the new financing arrangements, also in July 2022, the Debtors were required to settle outstanding foreign exchange contracts with an outgoing lender and enter into new hedging arrangements supporting certain intercompany loans.  As a result, the intercompany loans were required to be settled, and the Debtors effectuated a series of transactions which required significant funds to be transferred both to and from the Debtors' bank accounts.  The only amounts listed on SOFA 4 are the Debtors' disbursement transactions. Historically, the Debtors did not settle intercompany transactions between United States legal entities.

The Debtors' Chief Executive Officer and Chief Human Resources Officer are officers of Invacare; however, they are both employed and paid by a non-Debtor affiliate, Invacare International GmbH, a Swiss entity, in the ordinary course of business. For this reason, their salary payments are not listed herein.

To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.

The inclusion of a party as an "insider" is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and such rights, Claims, and defenses are hereby expressly reserved.

In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business-related expenses for various other individuals employed by the Debtors.  As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee (or the Debtors), the Debtors have listed the aggregate amount paid for such expenses.

e.     Statements, Part 2, Question 5 — On occasion, the Debtors may return damaged, unsatisfactory or out of specification goods to vendors or suppliers in the ordinary course of business.  Other than ordinary course items, the Debtors are not aware of any property that has been returned to the seller.

f.     Statements, Part 2, Question 6 — The Debtors engage in certain customer programs, including return and refund programs pursuant to which customers may receive credits.  The Debtors have not scheduled such ordinary course transactions.

g.     Statements, Part 3 Question 7 — The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date.  The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

h.     Statements, Part 4, Question 9 — Gifts.  The amounts listed in Statements, Part 4, Question 9 were based on a manual review of items in the Debtors' books and records determined to be gifts or charitable contributions.  As a result, inadvertent errors or omissions may exist.  Further, other gifts may exist that are below the $1,000 threshold per recipient that are not captured herein. In the ordinary course of business, the company undertakes sponsorship activities, and these have not been listed.

i.     Statements, Part 5, Question 10 — Amounts listed herein were for events that were reported or tracked for insurance purposes.  De minimis losses are not separately tracked by the Debtors and were not included herein.

j.     Statements, Part 6, Question 11 — Payments Related to Bankruptcy.  Presented herein are payments made to various professional services firms for services

rendered within one year immediately preceding the Commencement Date. The services rendered pertain to (i) debt restructuring, (ii) relief under the Bankruptcy Code, and/or (iii) preparation of bankruptcy petitions. Amounts listed reflect the total amounts paid to these respective firms as bifurcating the specific restructuring activities would be administratively burdensome. Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders. The Debtors' non-Debtor affiliates previously engaged Alvarez & Marsal to provide services to the global organization. Fees to Alvarez & Marsal were satisfied by a non-Debtor affiliate. Listed are all payments made to Alvarez & Marsal. Of the total amount disbursed, the estimated amount attributable to the Debtors between January 31, 2022 to January 31, 2023 is $2,358,984.35.

k.   Statements, Part 6, Question 13 — The Debtors may, from time to, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed. The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party. These types of transfers have not been disclosed.

The sale of the Debtor's respiratory division to Ventec Life Systems, Inc. includes adjustments contingent on the number of units sold. Based on these number of units sold, the commissions paid to Invacare will vary.

The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets or sell certain equipment and other assets to third parties.

l.   Statements, Part 6, Question 20 — Sales representatives of the Debtors at any given time have products, demonstration units, and other property in their possession in the ordinary course of business for sales activities. Addresses and property for this category are not included. Further, the Debtors and other non-Debtor affiliates share tooling, inventory and other production related equipment across their production facilities in the ordinary course of business. The Debtors' operations are highly integrated and such property may be required at various plant locations at different times. From time to time, such property may be shared and used at non-Debtor production facilities, and this property is not disclosed in the Statements. The Debtors have used their reasonable efforts to identify the locations of each such piece of property.

m.   Statements, Part 11, Question 21 — Certain of the Debtors' suppliers provide inventory to the Debtors on a consignment basis. Such goods are stored in the Debtors' facilities; however, ownership does not transfer until such time as the Debtors require the goods for production use.

The Debtors have made reasonable efforts to include all property held for another party. Although reasonable efforts have been made to ensure the accuracy of Statements 21, review is ongoing and inadvertent errors, omissions or overinclusion may have occurred.

n.  Statements, Part 13, Question 26(d) — Books, Records and Financial Statements. The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtors do not maintain complete lists or other records tracking such disclosures. The Debtors' financial statements are also included in their periodic securities filings and available to the public.

o.  Statements, Part 13, Question 28 — Officers, Directors, and Controlling Shareholders. The Debtors' current officers and directors are listed herein. The Debtors' controlling shareholders are not listed herein, as amounts held by shareholders may change frequently, but the Debtors submit that their substantial shareholders are any entity or individual person that has Beneficial Ownership of at least 1,699,110 shares of Common Stock (representing approximately 4.5 percent of all issued and outstanding shares of Common Stock) (as further described in the *Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of, and Declarations of Worthlessness with Respect to, Common Stock and (II) Granting Related Relief* [Docket No. 8]). Many of these holders are institutional shareholders.

p.  Statements, Part 13, Question 29 — Former Directors and Officers. Commercially reasonable efforts have been made to provide accurate and complete information regarding the former directors, managing members, general partners, members, or shareholders who were in control of the Debtors within one year before the Petition Date but who no longer hold these positions. While this information was based on a review of the Debtors' board minutes and on the best historical information available, inadvertent errors or omissions may exist.

q.  Statements, Part 13, Question 30 — Payments, Distributions, or Withdrawals Credited or Given to Insiders. Distributions by the Debtors to their members and officers are listed on the attachment to Question 4. Certain of the Debtors' members and executive officers received distributions net of tax withholdings in the year preceding the Petition Date. The amounts listed under Questions 4 reflect the gross amounts paid to such members and executive officers, rather than the net amounts after deducting for tax withholdings.

r.  Statements, Part 13, Question 32 and Statements, Part 9, Question 17 — The Debtors reserve all of their rights with respect to their responses to Statements, Part 13, Question 32 and Statements, Part 9, Question 17.

**Fill in this information to identify the case:**

Debtor    Invacare Corporation

United States Bankruptcy Court for the:    Southern District of Texas

Case number   23-90068
(if known)

☐ Check if this is an
    amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      $1,818,441.28

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      $194,081,488.54

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      $195,899,929.82

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
    $109,249,523.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .
      $212,844.18

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .
      **+**   $436,465,244.52

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b
    $545,927,611.70

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Invacare Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90068 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.   CASH ON HAND**

NONE

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CIGNA | CIGNA CLAIMS | 7019 | $325,000.00 |
| 3.2. | JPM CHASE | JPM CHASE NETTING | 7054 | ($41.68) |
| 3.3. | PNC | CASH A/P | 5236 | $0.00 |
| 3.4. | PNC | CASH COLLATERAL | 8524 | $100,000.00 |
| 3.5. | PNC | MASTER ACCOUNT | 7918 | $1,057,178.55 |
| 3.6. | PNC | WORKERS COMP RES OH CLAIMS | 9722 | $0.00 |
| 3.7. | WACHOVIA | CASH MONEY MARKET-WACHOVIA | 5800 | $0.19 |

**4.   OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $1,482,137.06 |
|---|---|---|

Debtor    Invacare Corporation

(Name)

Case number (if known)    23-90068

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

**NONE**

**8.    PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---:|
| 8.1. | PREPAID - 1/27/23 WEEKLY PAYROLL FUNDING | $236,534.96 |
| 8.2. | PREPAID - AKZO | $4,849.68 |
| 8.3. | PREPAID - ALEXANDRIA EXTRUSION CO | $24,024.00 |
| 8.4. | PREPAID - ALLADIN STEEL (OFFSET TO SAMUEL) W/O AGAINST PPV | $60,433.21 |
| 8.5. | PREPAID - ALLIED ENTERPRISES INC. | $3,069.00 |
| 8.6. | PREPAID - ASCO | $222,870.00 |
| 8.7. | PREPAID - AVALARA INC | $17,500.00 |
| 8.8. | PREPAID - BLOOMBERG FINANCE LP | $6,390.00 |
| 8.9. | PREPAID - CANTOR FITZGERALD | $10,000.00 |
| 8.10. | PREPAID - CATALINA CYLINDERS | $185,842.46 |
| 8.11. | PREPAID - CENTURY SPRING MANUFACTURING | $36,907.83 |
| 8.12. | PREPAID - CIRCA | $8,839.94 |
| 8.13. | PREPAID - CITY WIDE FACILITY SOLUTIONS | $5,118.87 |
| 8.14. | PREPAID - COMPUTERSHARE | $29,250.00 |
| 8.15. | PREPAID - CUSTOM TUBE PRODUCTS INC | $10,357.97 |
| 8.16. | PREPAID - DUN & BRADSTREET INC | $8,941.56 |
| 8.17. | PREPAID - ELYRIA PLASTIC PRODUCTS INC | $28,991.62 |
| 8.18. | PREPAID - EPCO | $2,863.50 |
| 8.19. | PREPAID - FOOD AND DRUG ADMINISTRATION | $60,601.33 |
| 8.20. | PREPAID - GASFLUX | $16,941.00 |
| 8.21. | PREPAID - GLOBAL LOAN AGENCY SERVICES (GLAS) | $15,000.00 |
| 8.22. | PREPAID - I R G REALTY ADVISORS LLC | $234,691.84 |
| 8.23. | PREPAID - INFOTRAC INC | $1,703.99 |
| 8.24. | PREPAID - INLAND PLYWOOD | $21,162.21 |
| 8.25. | PREPAID - INVENTUS POWER INC. | $103,565.01 |
| 8.26. | PREPAID - METAL STANDARD CORP | $2,084.44 |
| 8.27. | PREPAID - NAVEX GLOBAL INC | $1,721.14 |
| 8.28. | PREPAID - ONWARD CLUTHE | $881.80 |
| 8.29. | PREPAID - PARKER HANNIFIN | $17,816.04 |
| 8.30. | PREPAID - PNC | $106,875.00 |
| 8.31. | PREPAID - Q4 INC | $3,159.38 |
| 8.32. | PREPAID - RHENUS LOGISTICS CHINA LTD | $154,977.48 |
| 8.33. | PREPAID - SAINT-GOBAIN PERFORMANCE | $675.00 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.34. | PREPAID - SHERWIN WILLIAMS | $43,319.30 |
| 8.35. | PREPAID - SHIP ERP | $83,958.87 |
| 8.36. | PREPAID - SHIP UP GLOBAL SOLUTIONS | $2,399.50 |
| 8.37. | PREPAID - SILKROAD TECHNOLOGY INC | $7,222.81 |
| 8.38. | PREPAID - STANDARD REGISTER COMPANY | $25,920.00 |
| 8.39. | PREPAID - SUPPLY TECHNOLOGIES LLC. | $29,550.00 |
| 8.40. | PREPAID - TECHNOLOGY RECOVERY GROUP | $7,849.22 |
| 8.41. | PREPAID - TECHNOLOGY RECOVERY GROUP | $7,238.10 |
| 8.42. | PREPAID - THOMSON REUTERS TAX & ACCOUNTING INC | $21,620.52 |
| 8.43. | PREPAID - TORQUE TRANSMISSION | $8,058.04 |
| 8.44. | PREPAID - UNICABLE MATERIAL | $2,292.00 |
| 8.45. | PREPAID - WORKIVA INC | $108,338.28 |
| 8.46. | PREPAID COMPUTER LEASES - LBP LEASING, INC. | $8,488.86 |
| 8.47. | PREPAID COMPUTER LEASES - MIKE ALBERT LEASING INC | $27,699.91 |
| 8.48. | PREPAID INSURANCE - AON | $5,230,513.08 |
| 8.49. | PREPAID INSURANCE - NORTHWESTERN MUTUAL LIFE | $24,998.53 |
| 8.50. | PREPAID INSURANCE - WILLIS | $41,151.25 |
| 8.51. | PREPAID INVENTORY - A S P POLSKA SP ZOO(REAC POLAND SP.Z.O.O.) | $42,629.84 |
| 8.52. | PREPAID INVENTORY - ALUMINUM KETY EMMI | $3,111.37 |
| 8.53. | PREPAID INVENTORY - CHANGXING TIANYING IMPORT & EXPORT CO LTD | $66,089.60 |
| 8.54. | PREPAID INVENTORY - CHROMATIC INC | $225.00 |
| 8.55. | PREPAID INVENTORY - DATEKO | $47,593.31 |
| 8.56. | PREPAID INVENTORY - KINSTEC TECHNOLOGIES | $24,302.00 |
| 8.57. | PREPAID INVENTORY - MAXTECH | $187,573.40 |
| 8.58. | PREPAID INVENTORY - METAL IMPACT | $9,541.40 |
| 8.59. | PREPAID INVENTORY - PENTAIR FILTRATION | $18,994.62 |
| 8.60. | PREPAID INVENTORY - SPINERGY | $1,135.00 |
| 8.61. | PREPAID INVENTORY - VISCOUNT INDUSTRIES COMPANY LTD | $4,287.20 |
| 8.62. | PREPAID PRODUCT LIABILITY - AON | $1,029,981.78 |
| 8.63. | RESERVE FOR PRE-PAID INVENTORY | ($169,310.87) |
| 8.64. | SERVICE CONTRACTS_PREPAID - C STREET ADVISORY GROUP | $61,290.00 |
| 8.65. | SERVICE CONTRACTS_PREPAID - INSIGHTSOFTWARE LLC | $23,032.41 |
| 8.66. | SERVICE CONTRACTS_PREPAID - LEASEACCELERATOR INC | $37,523.50 |
| 8.67. | SERVICE CONTRACTS_PREPAID - S A P AMERICA INC | $550,697.15 |
| 8.68. | SERVICE CONTRACTS_PREPAID - WILLIS TOWERS WATSON US LLC | $50,000.00 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $9,313,955.24 |

Debtor    Invacare Corporation                                Case Number (if known)  23-90068
          (Name)

## Part 3:   ACCOUNTS RECEIVABLE

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.   ACCOUNTS RECEIVABLE**

| | | | | | |
|---|---|---|---|---|---|
| TRADE RECEIVABLE - 90 DAYS OLD OR LESS | $21,099,401.00 _face amount_ | − | $61,872.82 _doubtful or uncollectable accounts_ | = → | $21,037,528.18 |
| TRADE RECEIVABLE - OVER 90 DAYS OLD | $1,098,118.77 _face amount_ | − | $934,883.76 _doubtful or uncollectable accounts_ | = → | $163,235.01 |

**12   Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

| | $21,200,763.19 |
|---|---|

## Part 4:   INVESTMENTS

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | |
|---|---|---|---|
| 15.1. | EXTERNAL INVESTMENTS | % | UNDETERMINED |
| 15.2. | ADAPTIVE SWITCH LABORATORIES, INC. | 100% | UNDETERMINED |
| 15.3. | CARROLL HEALTHCARE GENERAL PARTNER, INC. | 100% | UNDETERMINED |
| 15.4. | CARROLL HEALTHCARE INC. | 100% | UNDETERMINED |
| 15.5. | FREEDOM DESIGNS, INC. | 100% | UNDETERMINED |
| 15.6. | INVACARE ASIA LTD | 100% | UNDETERMINED |
| 15.7. | INVACARE CANADA GENERAL PARTNER  INC. | 100% | UNDETERMINED |
| 15.8. | INVACARE CREDIT CORPORATION | 100% | UNDETERMINED |
| 15.9. | INVACARE HOLDINGS C.V. | 99% | UNDETERMINED |
| 15.10. | INVACARE HOLDINGS, LLC | 100% | UNDETERMINED |
| 15.11. | INVACARE PORTUGAL LDA | 99.95% | UNDETERMINED |
| 15.12. | INVACARE SA | 99.9636% | UNDETERMINED |
| 15.13. | INVACARE THAILAND | 99.994% | UNDETERMINED |
| 15.14. | INVACARE VERWALTUNGS GMBH | 100% | UNDETERMINED |
| 15.15. | INVAMEX HOLDINGS LLC | 100% | UNDETERMINED |
| 15.16. | INVAMEX, S. DE R.L. DE C.V. | 99.8% | UNDETERMINED |
| 15.17. | INVATECTION INSURANCE COMPANY | 100% | UNDETERMINED |
| 15.18. | MEDBLOC, INC. | 100% | UNDETERMINED |

| Debtor | Invacare Corporation | | | Case Number (if known) | 23-90068 |
|--------|---------------------|--|--|------------------------|----------|
| | (Name) | | | | |

| | | | | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|--|--|

**16.** GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1

DESCRIBE:

| **17** | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNDETERMINED |
|--------|------------------------------------------------------------------------|--------------|

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|-------------|---------------------------------------------|

**18.** **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19.** **RAW MATERIALS** | | | | |
| 19.1. RAW MATERIAL INVENTORY | 2022 | $17,082,806.92 | LOWER OF COST OR NET REALIZABLE VALUE | $17,082,806.92 |
| **20.** **WORK IN PROGRESS** | | | | |
| 20.1. WIP INVENTORY | 2022 | $5,188,985.95 | LOWER OF COST OR NET REALIZABLE VALUE | $5,188,985.95 |
| **21.** **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. FINISHED GOODS INVENTORY | 2022 | $9,751,580.80 | LOWER OF COST OR NET REALIZABLE VALUE | $9,751,580.80 |
| 21.2. FINISHED GOODS IN TRANSIT | 2022 | $1,858,779.26 | LOWER OF COST OR NET REALIZABLE VALUE | $1,858,779.26 |
| 21.3. FINSHED GOODS DEMO TRIAL STOCK | 2022 | $239,555.30 | LOWER OF COST OR NET REALIZABLE VALUE | $239,555.30 |
| 21.4. INVENTORY RESERVES FOR RAW MATERIAL, WIP & FINISHED GOODS | 2022 | ($9,634,044.04) | LOWER OF COST OR NET REALIZABLE VALUE | ($9,634,044.04) |
| **22.** **OTHER INVENTORY OR SUPPLIES** | | | | |
| **NONE** | | | | |

| **23** | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $24,487,664.19 |
|--------|-------------------------------------------------------------------------|----------------|

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value    $1,838,204.00    Valuation method    COST                    Current value    $1,838,204.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|-------------|-----------------------------------------------------------------------------------|

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor   Invacare Corporation _____   Case number (if known) 23-90068

      (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** CROPS—EITHER PLANTED OR HARVESTED | | | |
| **29.** FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | |
| **32.** OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.** Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative *?*
    ☐ No
    ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 7:** | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.**  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** OFFICE FURNITURE | | | |
| 39.1.   FURNITURE AND FIXTURES NET OF ACCUMULATED DEPRECIATION | $8,120.14 | NET BOOK VALUE | $8,120.14 |
| **40.** OFFICE FIXTURES | | | |
| NONE | | | |
| **41.** OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | | | |
| 41.1.   COMPUTER HARDWARE NET OF ACCUMULATED DEPRECIATION | $112,620.89 | NET BOOK VALUE | $112,620.89 |
| 41.2.   COMPUTER SOFTWARE NET OF ACCUMULATED DEPRECIATION | $21,418,182.20 | NET BOOK VALUE | $21,418,182.20 |

Debtor    Invacare Corporation                                      Case Number (if known)  23-90068
          (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 42. | **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| | **NONE** | | | |
| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $21,538,923.23 |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** ☐ No  ☒ Yes | | | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** ☒ No  ☐ Yes | | | |

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46.**  **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1. | 2014 DODGE GRAND CARAVAN AVP/SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG0ER380517 | UNDETERMINED | | UNDETERMINED |
| 47.2. | 2014 FORD E-150 COMMERCIAL CARGO VAN (E1E) - VIN 1FTNE1EW5EDA58969 | UNDETERMINED | | UNDETERMINED |
| 47.3. | 2016 DODGE GRAND CARAVAN AVP/SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG5GR368074 | UNDETERMINED | | UNDETERMINED |
| 47.4. | 2017 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG1HR758798 | UNDETERMINED | | UNDETERMINED |
| 47.5. | 2017 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG2HR746885 | UNDETERMINED | | UNDETERMINED |
| 47.6. | 2017 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG5HR802172 | UNDETERMINED | | UNDETERMINED |
| 47.7. | 2017 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG5HR853963 | UNDETERMINED | | UNDETERMINED |
| 47.8. | 2018 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG1JR150995 | UNDETERMINED | | UNDETERMINED |
| 47.9. | 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG0KR728649 | UNDETERMINED | | UNDETERMINED |
| 47.10. | 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG0KR778676 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|--------|----------------------|---|------------------------|----------|
| | (Name) | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.11. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG2KR501124 | UNDETERMINED | | UNDETERMINED |
| 47.12. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG2KR778680 | UNDETERMINED | | UNDETERMINED |
| 47.13. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG2KR798637 | UNDETERMINED | | UNDETERMINED |
| 47.14. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG3KR503786 | UNDETERMINED | | UNDETERMINED |
| 47.15. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG3KR762987 | UNDETERMINED | | UNDETERMINED |
| 47.16. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG3KR796704 | UNDETERMINED | | UNDETERMINED |
| 47.17. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG4KR778678 | UNDETERMINED | | UNDETERMINED |
| 47.18. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG5KR795442 | UNDETERMINED | | UNDETERMINED |
| 47.19. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG6KR778679 | UNDETERMINED | | UNDETERMINED |
| 47.20. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG6KR793487 | UNDETERMINED | | UNDETERMINED |
| 47.21. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG7KR728650 | UNDETERMINED | | UNDETERMINED |
| 47.22. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG7KR778559 | UNDETERMINED | | UNDETERMINED |
| 47.23. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG8KR763326 | UNDETERMINED | | UNDETERMINED |
| 47.24. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG9KR728651 | UNDETERMINED | | UNDETERMINED |
| 47.25. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG9KR792172 | UNDETERMINED | | UNDETERMINED |
| 47.26. 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBGXKR763327 | UNDETERMINED | | UNDETERMINED |
| 47.27. 2019 DODGE GRAND CARAVAN SXT FRONT-WHEEL DRIVE PASSENGER VAN (RTKM53) -  VIN 2C4RDGCG8KR580734 | UNDETERMINED | | UNDETERMINED |
| 47.28. 2019 JEEP GRAND CHEROKEE LIMITED 4DR 4X4 (WKJP74) -  VIN 1C4RJFBG5KC846840 | UNDETERMINED | | UNDETERMINED |
| 47.29. 2020 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG4LR249408 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

| | General description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 47.30. | 2020 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG5LR249451 | UNDETERMINED | | UNDETERMINED |
| 47.31. | 2020 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG6LR237731 | UNDETERMINED | | UNDETERMINED |
| 47.32. | 2020 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG7LR249449 | UNDETERMINED | | UNDETERMINED |
| 47.33. | 2020 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG6LR227590 | UNDETERMINED | | UNDETERMINED |
| 47.34. | 2020 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBG6LR231462 | UNDETERMINED | | UNDETERMINED |
| 47.35. | 2020 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) -  VIN 2C4RDGBGXLR227589 | UNDETERMINED | | UNDETERMINED |
| 47.36. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG0MR557080 | UNDETERMINED | | UNDETERMINED |
| 47.37. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG0MR578043 | UNDETERMINED | | UNDETERMINED |
| 47.38. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG1MR553068 | UNDETERMINED | | UNDETERMINED |
| 47.39. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG1MR578049 | UNDETERMINED | | UNDETERMINED |
| 47.40. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG1MR578052 | UNDETERMINED | | UNDETERMINED |
| 47.41. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG2MR556240 | UNDETERMINED | | UNDETERMINED |
| 47.42. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG2MR578044 | UNDETERMINED | | UNDETERMINED |
| 47.43. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG4MR557079 | UNDETERMINED | | UNDETERMINED |
| 47.44. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG4MR578045 | UNDETERMINED | | UNDETERMINED |
| 47.45. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG6MR578046 | UNDETERMINED | | UNDETERMINED |
| 47.46. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CG9MR578042 | UNDETERMINED | | UNDETERMINED |
| 47.47. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CGXMR553084 | UNDETERMINED | | UNDETERMINED |
| 47.48. | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) -  VIN 2C4RC1CGXMR578048 | UNDETERMINED | | UNDETERMINED |
| 47.49. | BOX TRAILER - 100001 | UNDETERMINED | | UNDETERMINED |
| 47.50. | BOX TRAILER - 100002 | UNDETERMINED | | UNDETERMINED |
| 47.51. | BOX TRAILER - 100003 | UNDETERMINED | | UNDETERMINED |
| 47.52. | BOX TRAILER - 100004 | UNDETERMINED | | UNDETERMINED |
| 47.53. | BOX TRAILER - 100005 | UNDETERMINED | | UNDETERMINED |
| 47.54. | BOX TRAILER - 200904 | UNDETERMINED | | UNDETERMINED |
| 47.55. | BOX TRAILER - 212075 | UNDETERMINED | | UNDETERMINED |
| 47.56. | BOX TRAILER - 215845 | UNDETERMINED | | UNDETERMINED |
| 47.57. | BOX TRAILER - 215923 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation                              Case number (If known) 23-90068
        (Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.58. | BOX TRAILER - 215974 | UNDETERMINED | | UNDETERMINED |
| 47.59. | BOX TRAILER - 338802 | UNDETERMINED | | UNDETERMINED |
| 47.60. | BOX TRAILER - 4464 | UNDETERMINED | | UNDETERMINED |
| 47.61. | BOX TRAILER - 653999 | UNDETERMINED | | UNDETERMINED |
| 47.62. | BOX TRAILER - 802A | UNDETERMINED | | UNDETERMINED |
| 47.63. | BOX TRAILER - T58 | UNDETERMINED | | UNDETERMINED |
| 47.64. | FLATBED TRAILER - T600, FRUEHAUF 1995 - 1H2P04822SW060591 | UNDETERMINED | | UNDETERMINED |
| 47.65. | OWNED - 2006 FORD COMM TRUCK - VIN 1FTNE24W76HA39566 | UNDETERMINED | | UNDETERMINED |
| 47.66. | OWNED - 2010 HINO COMM TRUCK - VIN 5PVNE8JT5A4S53405 | UNDETERMINED | | UNDETERMINED |
| 47.67. | SEAT FORKLIFT - F687219, TOYOTA 5000 LBS - S/N 14456 | UNDETERMINED | | UNDETERMINED |
| 47.68. | SEAT FORKLIFT - NISSAN, NISSAN - D104944 | UNDETERMINED | | UNDETERMINED |
| 47.69. | STANDUP FORKLIFT - RC3, CROWN 3000 - 1A252252 | UNDETERMINED | | UNDETERMINED |
| 47.70. | STANDUP FORKLIFT - RC4, CROWN 3000 - 1A253009 | UNDETERMINED | | UNDETERMINED |
| 47.71. | STANDUP FORKLIFT - RC6, CROWN 3000 - 1A352835 | UNDETERMINED | | UNDETERMINED |
| 47.72. | STANDUP FORKLIFT - RC7, CROWN 3000 - 1A352834 | UNDETERMINED | | UNDETERMINED |
| **48.** | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| | NONE | | | |
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | |
| | NONE | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. | AIP - CAPEX | $4,219,025.06 | NET BOOK VALUE | $4,219,025.06 |
| 50.2. | CLOUD ARRANGEMENTS NET OF ACCUMULATED DEPRECIATION | $20,542.27 | NET BOOK VALUE | $20,542.27 |
| 50.3. | FINANCIAL LEASE ASSETS NET OF ACCUMULATED DEPRECIATION | UNDETERMINED | | UNDETERMINED |
| 50.4. | MACHINERY AND EQUIPMENT NET OF ACCUMULATED DEPRECIATION | $2,576,525.61 | NET BOOK VALUE | $2,576,525.61 |
| 50.5. | OPERATING LEASE ASSETS NET OF ACCUMULATED DEPRECIATION | UNDETERMINED | | UNDETERMINED |
| **51** | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $6,816,092.94 |
| **52.** | **Is a depreciation schedule available for any of the property listed in Part 8?**<br>☐ No<br>☒ Yes | | | |
| **53.** | **Has any of the property listed in Part 8 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | | | |

Debtor    Invacare Corporation _____     Case number (if known) 23-90068
              (Name)

| Part 9: | REAL PROPERTY |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | 39390 TAYLOR PARKWAY, NORTH RIDGEVILLE, OH 44039 (VACANT LAND) | OWNED | $1,017,192.21 | NET BOOK VALUE | $1,017,192.21 |
| 55.2. | LEASEHOLD IMPROVEMENTS NET OF ACCUMULATED DEPRECIATION | LEASED | $801,249.07 | NET BOOK VALUE | $801,249.07 |
| 55.3. | 4900 INDUSTRIAL BLVD., SECTION 3 KINGMAN, AZ  86401 | LEASED | | | SEE AMOUNT ABOVE |
| 55.4. | 7801 SOUTH JACKSON ROAD, STE B PHARR, TX  78577 | LEASED | | | SEE AMOUNT ABOVE |
| 55.5. | 2101 E. LAKE MARY BLVD. SANFORD, FL  32773 | LEASED | | | SEE AMOUNT ABOVE |
| 55.6. | 1166 TAYLOR STREET ELYRIA, OH 44035 | LEASED | | | SEE AMOUNT ABOVE |
| 55.7. | 1200 TAYLOR STREET ELYRIA, OH 44035 | LEASED | | | SEE AMOUNT ABOVE |
| 55.8. | ONE INVACARE WAY, ELYRIA, OH 44035 | LEASED | | | SEE AMOUNT ABOVE |
| 55.9. | 39400 TAYLOR PARKWAY NORTH RIDGEVILLE, OH 44039 | LEASED | | | SEE AMOUNT ABOVE |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $1,818,441.28 |
|---|---|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. | TRADEMARK | UNDETERMINED | | UNDETERMINED |
| 60.2. | TRADEMARK (AR) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.3. | TRADEMARK (AR) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.4. | TRADEMARK (AR) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.5. | TRADEMARK (AR) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.6. | TRADEMARK (AR) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.7. | TRADEMARK (AR) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.8. | TRADEMARK (AR) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.9. | TRADEMARK (AR) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.10. | TRADEMARK (AU) - ACTION & DEVICE [REG. NO. 573973] | UNDETERMINED | | UNDETERMINED |
| 60.11. | TRADEMARK (AU) - ARROW [REG. NO. 1006495] | UNDETERMINED | | UNDETERMINED |
| 60.12. | TRADEMARK (AU) - EASE BY INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.13. | TRADEMARK (AU) - EASE BY INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.14. | TRADEMARK (AU) - INVACARE & DESIGN [REG. NO. 1006425] | UNDETERMINED | | UNDETERMINED |
| 60.15. | TRADEMARK (AU) - I-TRANSIA [REG. NO. 1582606] | UNDETERMINED | | UNDETERMINED |
| 60.16. | TRADEMARK (AU) - KUSCHALL [REG. NO. 939546] | UNDETERMINED | | UNDETERMINED |
| 60.17. | TRADEMARK (AU) - MAKING LIFE'S EXPERIENCES POSSIBLE [REG. NO. 1599235] | UNDETERMINED | | UNDETERMINED |
| 60.18. | TRADEMARK (AU) - TDX [REG. NO. 1006580] | UNDETERMINED | | UNDETERMINED |
| 60.19. | TRADEMARK (AU) - YES, YOU CAN [REG. NO. 923573] | UNDETERMINED | | UNDETERMINED |
| 60.20. | TRADEMARK (BR) - INVACARE (LOGO MARK) [REG. NO. 910040133] | UNDETERMINED | | UNDETERMINED |
| 60.21. | TRADEMARK (BR) - INVACARE (LOGO MARK) [REG. NO. 910040184] | UNDETERMINED | | UNDETERMINED |
| 60.22. | TRADEMARK (BR) - INVACARE [REG. NO. 816852111] | UNDETERMINED | | UNDETERMINED |
| 60.23. | TRADEMARK (BR) - INVACARE [REG. NO. 816852120] | UNDETERMINED | | UNDETERMINED |
| 60.24. | TRADEMARK (BR) - INVACARE [REG. NO. 816852138] | UNDETERMINED | | UNDETERMINED |
| 60.25. | TRADEMARK (BR) - INVACARE [REG. NO. 816852146] | UNDETERMINED | | UNDETERMINED |
| 60.26. | TRADEMARK (CA) - CONTOURU [REG. NO. 530732] | UNDETERMINED | | UNDETERMINED |
| 60.27. | TRADEMARK (CA) - FDX [REG. NO. 809,160] | UNDETERMINED | | UNDETERMINED |
| 60.28. | TRADEMARK (CA) - FR300 [REG. NO. 849,440] | UNDETERMINED | | UNDETERMINED |
| 60.29. | TRADEMARK (CA) - GLISSANDO [REG. NO. TMA877,777] | UNDETERMINED | | UNDETERMINED |
| 60.30. | TRADEMARK (CA) - I-LIFT [REG. NO. TMA900665] | UNDETERMINED | | UNDETERMINED |
| 60.31. | TRADEMARK (CA) - INSIGNIA [REG. NO. TMA829757] | UNDETERMINED | | UNDETERMINED |
| 60.32. | TRADEMARK (CA) - INVACARE & DESIGN [REG. NO. 694237] | UNDETERMINED | | UNDETERMINED |
| 60.33. | TRADEMARK (CA) - INVACARE [REG. NO. TMA949111] | UNDETERMINED | | UNDETERMINED |
| 60.34. | TRADEMARK (CA) - I-TRANSIA [REG. NO. TMA889351] | UNDETERMINED | | UNDETERMINED |
| 60.35. | TRADEMARK (CA) - KUSCHALL [REG. NO. TMA659724] | UNDETERMINED | | UNDETERMINED |
| 60.36. | TRADEMARK (CA) - MAKING LIFE'S EXPERIENCES POSSIBLE [REG. NO. TMA945169] | UNDETERMINED | | UNDETERMINED |
| 60.37. | TRADEMARK (CA) - MYON [REG. NO. 1501106] | UNDETERMINED | | UNDETERMINED |
| 60.38. | TRADEMARK (CA) - SOLO2 [REG. NO. 852422] | UNDETERMINED | | UNDETERMINED |
| 60.39. | TRADEMARK (CA) - TDX [REG. NO. TMA806820] | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.40. | TRADEMARK (CA) - YES, YOU CAN. [REG. NO. TMA673933] | UNDETERMINED | | UNDETERMINED |
| 60.41. | TRADEMARK (CL) - INVACARE [REG. NO. 665905] | UNDETERMINED | | UNDETERMINED |
| 60.42. | TRADEMARK (CL) - INVACARE [REG. NO. 682632] | UNDETERMINED | | UNDETERMINED |
| 60.43. | TRADEMARK (CL) - INVACARE [REG. NO. 690084] | UNDETERMINED | | UNDETERMINED |
| 60.44. | TRADEMARK (CN) - ACTION [REG. NO. 12217824] | UNDETERMINED | | UNDETERMINED |
| 60.45. | TRADEMARK (CN) - EASE BY INVACARE (LOGO MARK) [REG. NO. 59660940] | UNDETERMINED | | UNDETERMINED |
| 60.46. | TRADEMARK (CN) - EASE BY INVACARE (LOGO MARK) [REG. NO. 59663176] | UNDETERMINED | | UNDETERMINED |
| 60.47. | TRADEMARK (CN) - EASE BY INVACARE (LOGO MARK) [REG. NO. 59672374] | UNDETERMINED | | UNDETERMINED |
| 60.48. | TRADEMARK (CN) - EASE BY INVACARE (LOGO MARK) [REG. NO. 59672875] | UNDETERMINED | | UNDETERMINED |
| 60.49. | TRADEMARK (CN) - EASE BY INVACARE (LOGO MARK) [REG. NO. 59672875A] | UNDETERMINED | | UNDETERMINED |
| 60.50. | TRADEMARK (CN) - EASE BY INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.51. | TRADEMARK (CN) - EASE BY INVACARE [REG. NO. 59649900] | UNDETERMINED | | UNDETERMINED |
| 60.52. | TRADEMARK (CN) - EASE BY INVACARE [REG. NO. 59654168] | UNDETERMINED | | UNDETERMINED |
| 60.53. | TRADEMARK (CN) - EASE BY INVACARE [REG. NO. 59663164] | UNDETERMINED | | UNDETERMINED |
| 60.54. | TRADEMARK (CN) - EASE BY INVACARE [REG. NO. 59667650] | UNDETERMINED | | UNDETERMINED |
| 60.55. | TRADEMARK (CN) - EASE BY INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.56. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 12217829] | UNDETERMINED | | UNDETERMINED |
| 60.57. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 3748928] | UNDETERMINED | | UNDETERMINED |
| 60.58. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 3748929] | UNDETERMINED | | UNDETERMINED |
| 60.59. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 3748930] | UNDETERMINED | | UNDETERMINED |
| 60.60. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 3748931] | UNDETERMINED | | UNDETERMINED |
| 60.61. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 3748932] | UNDETERMINED | | UNDETERMINED |
| 60.62. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 3748933] | UNDETERMINED | | UNDETERMINED |
| 60.63. | TRADEMARK (CN) - INVACARE & DEVICE [REG. NO. 4127052] | UNDETERMINED | | UNDETERMINED |
| 60.64. | TRADEMARK (CN) - INVACARE & LOGO [REG. NO. 3748927] | UNDETERMINED | | UNDETERMINED |
| 60.65. | TRADEMARK (CN) - INVACARE [REG. NO. 12217830] | UNDETERMINED | | UNDETERMINED |
| 60.66. | TRADEMARK (CN) - INVACARE [REG. NO. 20748805] | UNDETERMINED | | UNDETERMINED |
| 60.67. | TRADEMARK (CN) - INVACARE [REG. NO. 3748934] | UNDETERMINED | | UNDETERMINED |
| 60.68. | TRADEMARK (CN) - INVACARE [REG. NO. 3748935] | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation    Case Number (if known) 23-90068

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.69.  TRADEMARK (CN) - INVACARE [REG. NO. 3748936] | UNDETERMINED | | UNDETERMINED |
| 60.70.  TRADEMARK (CN) - INVACARE [REG. NO. 3748937] | UNDETERMINED | | UNDETERMINED |
| 60.71.  TRADEMARK (CN) - INVACARE [REG. NO. 3748938] | UNDETERMINED | | UNDETERMINED |
| 60.72.  TRADEMARK (CN) - INVACARE [REG. NO. 3748939] | UNDETERMINED | | UNDETERMINED |
| 60.73.  TRADEMARK (CN) - INVACARE [REG. NO. 3788940] | UNDETERMINED | | UNDETERMINED |
| 60.74.  TRADEMARK (CN) - INVACARE [REG. NO. 4127053] | UNDETERMINED | | UNDETERMINED |
| 60.75.  TRADEMARK (CN) - INVACARE [REG. NO. 6135089] | UNDETERMINED | | UNDETERMINED |
| 60.76.  TRADEMARK (CN) - INVACARE ACTION  [REG. NO. 11000854] | UNDETERMINED | | UNDETERMINED |
| 60.77.  TRADEMARK (CN) - INVACARE ACTION [REG. NO. 12217823] | UNDETERMINED | | UNDETERMINED |
| 60.78.  TRADEMARK (CN) - INVACARE DEVICE & YES, YOU CAN. [REG. NO. 7037786] | UNDETERMINED | | UNDETERMINED |
| 60.79.  TRADEMARK (CN) - INVACARE I-LIFT [REG. NO. 17272061] | UNDETERMINED | | UNDETERMINED |
| 60.80.  TRADEMARK (CN) - INVACARE MATRX [REG. NO. 12523279] | UNDETERMINED | | UNDETERMINED |
| 60.81.  TRADEMARK (CN) - INVACARE SOLO2 [REG. NO. 12217821] | UNDETERMINED | | UNDETERMINED |
| 60.82.  TRADEMARK (CN) - MATRX [REG. NO. 12446304] | UNDETERMINED | | UNDETERMINED |
| 60.83.  TRADEMARK (CN) - SOLO2 [REG. NO. 12217822] | UNDETERMINED | | UNDETERMINED |
| 60.84.  TRADEMARK (CN) - SOLO2 [REG. NO. 8197941] | UNDETERMINED | | UNDETERMINED |
| 60.85.  TRADEMARK (CN) - YES, YOU CAN [REG. NO. 4127051] | UNDETERMINED | | UNDETERMINED |
| 60.86.  TRADEMARK (CN) - YES, YOU CAN [REG. NO. 5/20/2015] | UNDETERMINED | | UNDETERMINED |
| 60.87.  TRADEMARK (CN) - YES, YOU CAN. [REG. NO. 3748920] | UNDETERMINED | | UNDETERMINED |
| 60.88.  TRADEMARK (CN) - YES, YOU CAN. [REG. NO. 3748921] | UNDETERMINED | | UNDETERMINED |
| 60.89.  TRADEMARK (CN) - YES, YOU CAN. [REG. NO. 3748922] | UNDETERMINED | | UNDETERMINED |
| 60.90.  TRADEMARK (CN) - YES, YOU CAN. [REG. NO. 3748923] | UNDETERMINED | | UNDETERMINED |
| 60.91.  TRADEMARK (CN) - YES, YOU CAN. [REG. NO. 3748924] | UNDETERMINED | | UNDETERMINED |
| 60.92.  TRADEMARK (CN) - YES, YOU CAN. [REG. NO. 3748925] | UNDETERMINED | | UNDETERMINED |
| 60.93.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 12217828] | UNDETERMINED | | UNDETERMINED |
| 60.94.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 20748804] | UNDETERMINED | | UNDETERMINED |
| 60.95.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6135090] | UNDETERMINED | | UNDETERMINED |
| 60.96.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421896] | UNDETERMINED | | UNDETERMINED |
| 60.97.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421897] | UNDETERMINED | | UNDETERMINED |
| 60.98.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421898] | UNDETERMINED | | UNDETERMINED |
| 60.99.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421899] | UNDETERMINED | | UNDETERMINED |
| 60.100.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421900] | UNDETERMINED | | UNDETERMINED |
| 60.101.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421901] | UNDETERMINED | | UNDETERMINED |
| 60.102.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421902] | UNDETERMINED | | UNDETERMINED |
| 60.103.  TRADEMARK (CN) - YING WEI KANG [REG. NO. 6421903] | UNDETERMINED | | UNDETERMINED |
| 60.104.  TRADEMARK (CO) - INVACARE [REG. NO. 171155] | UNDETERMINED | | UNDETERMINED |
| 60.105.  TRADEMARK (CO) - INVACARE [REG. NO. 184955] | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation                           Case number (if known) 23-90068

      (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.106. TRADEMARK (CR) - INVACARE & LOGO [REG. NO. 153283] | UNDETERMINED | | UNDETERMINED |
| 60.107. TRADEMARK (DE) - INVACADEMY [REG. NO. 30041414] | UNDETERMINED | | UNDETERMINED |
| 60.108. TRADEMARK (DE) - INVACARE [REG. NO. 1083569] | UNDETERMINED | | UNDETERMINED |
| 60.109. TRADEMARK (EM) - ACTION [REG. NO. 002778751] | UNDETERMINED | | UNDETERMINED |
| 60.110. TRADEMARK (EM) - AZALEA [REG. NO. 4970141] | UNDETERMINED | | UNDETERMINED |
| 60.111. TRADEMARK (EM) - CHAMPION [REG. NO. 3098688] | UNDETERMINED | | UNDETERMINED |
| 60.112. TRADEMARK (EM) - CLEMATIS [REG. NO. 3727931] | UNDETERMINED | | UNDETERMINED |
| 60.113. TRADEMARK (EM) - FOCUS [REG. NO. 3285608] | UNDETERMINED | | UNDETERMINED |
| 60.114. TRADEMARK (EM) - INVACARE [REG. NO. 1368091] | UNDETERMINED | | UNDETERMINED |
| 60.115. TRADEMARK (EM) - KUSCHALL [REG. NO. 1320100] | UNDETERMINED | | UNDETERMINED |
| 60.116. TRADEMARK (EM) - METEOR [REG. NO. 2574515] | UNDETERMINED | | UNDETERMINED |
| 60.117. TRADEMARK (EM) - OCTAVE [REG. NO. 2914521] | UNDETERMINED | | UNDETERMINED |
| 60.118. TRADEMARK (EM) - ROBIN [REG. NO. 3806941] | UNDETERMINED | | UNDETERMINED |
| 60.119. TRADEMARK (EM) - SPIREA [REG. NO. 3285517] | UNDETERMINED | | UNDETERMINED |
| 60.120. TRADEMARK (EM) - STORM [REG. NO. 3714951] | UNDETERMINED | | UNDETERMINED |
| 60.121. TRADEMARK (EM) - TRUE TRACK [REG. NO. 3351137] | UNDETERMINED | | UNDETERMINED |
| 60.122. TRADEMARK (EM) - YES, YOU CAN. [REG. NO. 1729045] | UNDETERMINED | | UNDETERMINED |
| 60.123. TRADEMARK (HK) - INVACARE & DEVICE WITH YES, YOU CAN. [REG. NO. 300984312] | UNDETERMINED | | UNDETERMINED |
| 60.124. TRADEMARK (HK) - INVACARE & LOGO [REG. NO. 300591129] | UNDETERMINED | | UNDETERMINED |
| 60.125. TRADEMARK (HK) - INVACARE [REG. NO. 300591138] | UNDETERMINED | | UNDETERMINED |
| 60.126. TRADEMARK (IB) - AVIVA [REG. NO. 1492538] | UNDETERMINED | | UNDETERMINED |
| 60.127. TRADEMARK (IB) - I-TRANSIA [REG. NO. 1175567] | UNDETERMINED | | UNDETERMINED |
| 60.128. TRADEMARK (IB) - MAKING LIFE'S EXPERIENCES POSSIBLE [REG. NO. 1188153] | UNDETERMINED | | UNDETERMINED |
| 60.129. TRADEMARK (JP) - FOCUS [REG. NO. 4875074] | UNDETERMINED | | UNDETERMINED |
| 60.130. TRADEMARK (JP) - INVACARE [REG. NO. 2072365] | UNDETERMINED | | UNDETERMINED |
| 60.131. TRADEMARK (JP) - INVACARE [REG. NO. 4688299] | UNDETERMINED | | UNDETERMINED |
| 60.132. TRADEMARK (JP) - PIN DOT [REG. NO. 3143767] | UNDETERMINED | | UNDETERMINED |
| 60.133. TRADEMARK (JP) - PIN DOT [REG. NO. 3205931] | UNDETERMINED | | UNDETERMINED |
| 60.134. TRADEMARK (MX) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.135. TRADEMARK (MX) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.136. TRADEMARK (MX) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.137. TRADEMARK (MX) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.138. TRADEMARK (MX) - INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.139. TRADEMARK (MX) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.140. TRADEMARK (MX) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.141. TRADEMARK (MX) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.142. TRADEMARK (MX) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.143. | TRADEMARK (MX) - INVACARE [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.144. | TRADEMARK (NZ) - EASE BY INVACARE (LOGO MARK) [REG. NO. PENDING] | UNDETERMINED | | UNDETERMINED |
| 60.145. | TRADEMARK (NZ) - EASE BY INVACARE [REG. NO. 1200095] | UNDETERMINED | | UNDETERMINED |
| 60.146. | TRADEMARK (NZ) - ETUDE [REG. NO. 661304] | UNDETERMINED | | UNDETERMINED |
| 60.147. | TRADEMARK (NZ) - ETUDE [REG. NO. 661305] | UNDETERMINED | | UNDETERMINED |
| 60.148. | TRADEMARK (NZ) - ETUDE [REG. NO. 661303] | UNDETERMINED | | UNDETERMINED |
| 60.149. | TRADEMARK (NZ) - INVACARE & DESIGN [REG. NO. 713890] | UNDETERMINED | | UNDETERMINED |
| 60.150. | TRADEMARK (NZ) - KUSCHALL [REG. NO. 670829] | UNDETERMINED | | UNDETERMINED |
| 60.151. | TRADEMARK (NZ) - MAKING LIFE'S EXPERIENCES POSSIBLE [REG. NO. 990696] | UNDETERMINED | | UNDETERMINED |
| 60.152. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 662805] | UNDETERMINED | | UNDETERMINED |
| 60.153. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 662806] | UNDETERMINED | | UNDETERMINED |
| 60.154. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 662807] | UNDETERMINED | | UNDETERMINED |
| 60.155. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 662808] | UNDETERMINED | | UNDETERMINED |
| 60.156. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 662809] | UNDETERMINED | | UNDETERMINED |
| 60.157. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 662810] | UNDETERMINED | | UNDETERMINED |
| 60.158. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 662811] | UNDETERMINED | | UNDETERMINED |
| 60.159. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 675362] | UNDETERMINED | | UNDETERMINED |
| 60.160. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 680188] | UNDETERMINED | | UNDETERMINED |
| 60.161. | TRADEMARK (NZ) - YES, YOU CAN [REG. NO. 680189] | UNDETERMINED | | UNDETERMINED |
| 60.162. | TRADEMARK (TH) - INVACARE [REG. NO. 201104143] | UNDETERMINED | | UNDETERMINED |
| 60.163. | TRADEMARK (TH) - INVACARE LOGO [REG. NO. 201104152] | UNDETERMINED | | UNDETERMINED |
| 60.164. | TRADEMARK (TH) - INVACARE LOGO W-YES, YOU CAN. [REG. NO. 201104182] | UNDETERMINED | | UNDETERMINED |
| 60.165. | TRADEMARK (TW) - INVACARE [REG. NO. 00898618] | UNDETERMINED | | UNDETERMINED |
| 60.166. | TRADEMARK (TW) - INVACARE [REG. NO. 00911376] | UNDETERMINED | | UNDETERMINED |
| 60.167. | TRADEMARK (TW) - INVACARE [REG. NO. 00916163] | UNDETERMINED | | UNDETERMINED |
| 60.168. | TRADEMARK (TW) - INVACARE [REG. NO. 00919692] | UNDETERMINED | | UNDETERMINED |
| 60.169. | TRADEMARK (TW) - INVACARE [REG. NO. 00926471] | UNDETERMINED | | UNDETERMINED |
| 60.170. | TRADEMARK (TW) - INVACARE [REG. NO. 88036631] | UNDETERMINED | | UNDETERMINED |
| 60.171. | TRADEMARK (TW) - INVACARE [REG. NO. 928393] | UNDETERMINED | | UNDETERMINED |
| 60.172. | TRADEMARK (TW) - INVACARE [REG. NO. 955865] | UNDETERMINED | | UNDETERMINED |
| 60.173. | TRADEMARK (TW) - INVACARE [REG. NO. 994314] | UNDETERMINED | | UNDETERMINED |
| 60.174. | TRADEMARK (TW) - YING WEI KANG [REG. NO. 1975604] | UNDETERMINED | | UNDETERMINED |
| 60.175. | TRADEMARK (UNIK) - INVACARE [REG. NO. 1206182] | UNDETERMINED | | UNDETERMINED |
| 60.176. | TRADEMARK (UNIK) - INVACARE [REG. NO. 1206183] | UNDETERMINED | | UNDETERMINED |
| 60.177. | TRADEMARK (UNIK) - INVACARE [REG. NO. 1206184] | UNDETERMINED | | UNDETERMINED |
| 60.178. | TRADEMARK (US) - A-4 [REG. NO. 3016636] | UNDETERMINED | | UNDETERMINED |
| 60.179. | TRADEMARK (US) - ARROW [REG. NO. 1340574] | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.180.  TRADEMARK (US) - AVIVA [REG. NO. 6201622] | UNDETERMINED | | UNDETERMINED |
| 60.181.  TRADEMARK (US) - CONTOURU [REG. NO. 1992868] | UNDETERMINED | | UNDETERMINED |
| 60.182.  TRADEMARK (US) - GLISSANDO [REG. NO. 4285300] | UNDETERMINED | | UNDETERMINED |
| 60.183.  TRADEMARK (US) - INVACARE & DESIGN [REG. NO. 2840082] | UNDETERMINED | | UNDETERMINED |
| 60.184.  TRADEMARK (US) - INVACARE [REG. NO. 1243496] | UNDETERMINED | | UNDETERMINED |
| 60.185.  TRADEMARK (US) - MAKING LIFE'S EXPERIENCES POSSIBLE [REG. NO. 5027385] | UNDETERMINED | | UNDETERMINED |
| 60.186.  TRADEMARK (US) - MICROAIR (STYLIZED-DESIGN) [REG. NO. 1687742] | UNDETERMINED | | UNDETERMINED |
| 60.187.  TRADEMARK (US) - MYON [REG. NO. 4280178] | UNDETERMINED | | UNDETERMINED |
| 60.188.  TRADEMARK (US) - NUTRON [REG. NO. 2740124] | UNDETERMINED | | UNDETERMINED |
| 60.189.  TRADEMARK (US) - PIN DOT [REG. NO. 3147992] | UNDETERMINED | | UNDETERMINED |
| 60.190.  TRADEMARK (US) - PRONTO [REG. NO. 2740125] | UNDETERMINED | | UNDETERMINED |
| 60.191.  TRADEMARK (US) - SEATMAKER [REG. NO. 1841731] | UNDETERMINED | | UNDETERMINED |
| 60.192.  TRADEMARK (US) - SILHOUETTE [REG. NO. 1769220] | UNDETERMINED | | UNDETERMINED |
| 60.193.  TRADEMARK (US) - SOLARA [REG. NO. 2740122] | UNDETERMINED | | UNDETERMINED |
| 60.194.  TRADEMARK (US) - STORM SERIES [REG. NO. 1937315] | UNDETERMINED | | UNDETERMINED |
| 60.195.  TRADEMARK (US) - SURE STEP & DESIGN [REG. NO. 2877504] | UNDETERMINED | | UNDETERMINED |
| 60.196.  TRADEMARK (US) - TDX [REG. NO. 3215259] | UNDETERMINED | | UNDETERMINED |
| 60.197.  TRADEMARK (US) - TERMINATOR [REG. NO. 3183711] | UNDETERMINED | | UNDETERMINED |
| 60.198.  TRADEMARK (US) - THE AFTERMARKET GROUP & DESIGN [REG. NO. 2283601] | UNDETERMINED | | UNDETERMINED |
| 60.199.  TRADEMARK (US) - TRACER [REG. NO. 1857250] | UNDETERMINED | | UNDETERMINED |
| 60.200.  TRADEMARK (US) - TT [REG. NO. 2877505] | UNDETERMINED | | UNDETERMINED |
| 60.201.  TRADEMARK (US) - YES, YOU CAN. [REG. NO. 2952265] | UNDETERMINED | | UNDETERMINED |
| 60.202.  TRADEMARK (US) - YES, YOU CAN. [REG. NO. 2976865] | UNDETERMINED | | UNDETERMINED |
| 60.203.  TRADEMARK (VE) - SOLO2 [REG. NO. P309141] | UNDETERMINED | | UNDETERMINED |
| 60.204.  PATENT (AT) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.205.  PATENT (AT) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.206.  PATENT (AT) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.207.  PATENT (AU) - ADJUSTABLE BED: PATENT NO. 2012318851 | UNDETERMINED | | UNDETERMINED |
| 60.208.  PATENT (AU) - APPARATUS AND METHOD OF PROVIDING CONCENTRATED PRODUCT GAS: PATENT NO. 2007297814 | UNDETERMINED | | UNDETERMINED |
| 60.209.  PATENT (AU) - BED END: PATENT NO. 353,036 | UNDETERMINED | | UNDETERMINED |
| 60.210.  PATENT (AU) - BED RAIL: PATENT NO. 353,307 | UNDETERMINED | | UNDETERMINED |
| 60.211.  PATENT (AU) - BED RAIL: PATENT NO. 353,438 | UNDETERMINED | | UNDETERMINED |
| 60.212.  PATENT (AU) - CONTEXT-SENSITIVE HELP FOR DISPLAY DEVICE ASSOCIATED WITH POWER DRIVEN WHEELCHAIR: PATENT NO. 2006284749 | UNDETERMINED | | UNDETERMINED |
| 60.213.  PATENT (AU) - CONTROLLER: PATENT NO. 353,308 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.214.  PATENT (AU) - CONTROLLER: PATENT NO. 353,428 | UNDETERMINED | | UNDETERMINED |
| 60.215.  PATENT (AU) - CONTROLLER: PATENT NO. 353,429 | UNDETERMINED | | UNDETERMINED |
| 60.216.  PATENT (AU) - LOW PROFILE SEAT FRAME: PATENT NO. 2013229147 | UNDETERMINED | | UNDETERMINED |
| 60.217.  PATENT (AU) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 2004307421 | UNDETERMINED | | UNDETERMINED |
| 60.218.  PATENT (AU) - METHOD AND APPARATUS FOR PROGRAMMING PARAMETERS OF A POWER DRIVEN WHEELCHAIR FOR A PLURALITY OF DRIVE SETTINGS: PATENT NO. 2006284741 | UNDETERMINED | | UNDETERMINED |
| 60.219.  PATENT (AU) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRVEN WHEELCHAIR: PATENT NO. 2004282827 | UNDETERMINED | | UNDETERMINED |
| 60.220.  PATENT (AU) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2006284747 | UNDETERMINED | | UNDETERMINED |
| 60.221.  PATENT (AU) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2006284753 | UNDETERMINED | | UNDETERMINED |
| 60.222.  PATENT (AU) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2016201588 | UNDETERMINED | | UNDETERMINED |
| 60.223.  PATENT (AU) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2017261589 | UNDETERMINED | | UNDETERMINED |
| 60.224.  PATENT (AU) - METHOD AND APPARATUS FOR SETTING SPEED/RESPONSE PERFORMANCE PARAMETERS OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2004232015 | UNDETERMINED | | UNDETERMINED |
| 60.225.  PATENT (AU) - METHOD AND APPARATUS FOR SETTING SPEED/RESPONSE PERFORMANCE PARAMETERS OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2009230795 | UNDETERMINED | | UNDETERMINED |
| 60.226.  PATENT (AU) - MOTORIZED WHEELCHAIR: PATENT NO. 2008254446 | UNDETERMINED | | UNDETERMINED |
| 60.227.  PATENT (AU) - MULTI-AXIS HEADREST SYSTEM AND METHOD: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.228.  PATENT (AU) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2009279526 | UNDETERMINED | | UNDETERMINED |
| 60.229.  PATENT (AU) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2012216791 | UNDETERMINED | | UNDETERMINED |
| 60.230.  PATENT (AU) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 2009268484 | UNDETERMINED | | UNDETERMINED |
| 60.231.  PATENT (AU) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 2011276670 | UNDETERMINED | | UNDETERMINED |
| 60.232.  PATENT (AU) - POWER DRIVEN WHEELCHAIR: PATENT NO. 2006284687 | UNDETERMINED | | UNDETERMINED |
| 60.233.  PATENT (AU) - RECLINING SEAT: PATENT NO. 2011326189 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| --- | --- | --- | --- |
| | (Name) | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.234. PATENT (AU) - SUSPENSION SYSTEM FOR POWER WHEELCHAIR STANDER: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.235. PATENT (AU) - WHEEL HUB: PATENT NO. 202011233 | UNDETERMINED | | UNDETERMINED |
| 60.236. PATENT (AU) - WHEEL HUB: PATENT NO. 202013082 | UNDETERMINED | | UNDETERMINED |
| 60.237. PATENT (AU) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.238. PATENT (AU) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.239. PATENT (AU) - WHEELCHAIR SEAT: PATENT NO. 202110173 | UNDETERMINED | | UNDETERMINED |
| 60.240. PATENT (AU) - WHEELCHAIR SEAT: PATENT NO. 202112027 | UNDETERMINED | | UNDETERMINED |
| 60.241. PATENT (AU) - WHEELCHAIR SUSPENSION: PATENT NO. 2008214045 | UNDETERMINED | | UNDETERMINED |
| 60.242. PATENT (AU) - WHEELCHAIR SUSPENSION: PATENT NO. 2013221283 | UNDETERMINED | | UNDETERMINED |
| 60.243. PATENT (BE) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.244. PATENT (CA) - A WHEELCHAIR MOUNT AND METHOD FOR STABILIZING A WHEELCHAIR COMPONENT: PATENT NO. 2,755,625 | UNDETERMINED | | UNDETERMINED |
| 60.245. PATENT (CA) - A WHEELCHAIR WITH SUSPENSION ARMS FOR WHEELS: PATENT NO. 2,700,672 | UNDETERMINED | | UNDETERMINED |
| 60.246. PATENT (CA) - ADJUSTABLE BED: PATENT NO. 2,853,754 | UNDETERMINED | | UNDETERMINED |
| 60.247. PATENT (CA) - ADJUSTABLE WHEEL CASTER ARRANGEMENTS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.248. PATENT (CA) - BED LIFT MECHANISM: PATENT NO. 2,619,094 | UNDETERMINED | | UNDETERMINED |
| 60.249. PATENT (CA) - LATCHING MOTION TRANSFER MECHANISM: PATENT NO. 2,619,102 | UNDETERMINED | | UNDETERMINED |
| 60.250. PATENT (CA) - LOW PROFILE SEAT FRAME: PATENT NO. 2,865,870 | UNDETERMINED | | UNDETERMINED |
| 60.251. PATENT (CA) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 2,540,620 | UNDETERMINED | | UNDETERMINED |
| 60.252. PATENT (CA) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 2,836,638 | UNDETERMINED | | UNDETERMINED |
| 60.253. PATENT (CA) - METHOD AND APPARATUS FOR PROGRAMMING PARAMETERS OF A POWER DRIVEN WHEELCHAIR FOR A PLURALITY OF DRIVE SETTINGS: PATENT NO. 2,614,744 | UNDETERMINED | | UNDETERMINED |
| 60.254. PATENT (CA) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2,539,805 | UNDETERMINED | | UNDETERMINED |
| 60.255. PATENT (CA) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2,616,325 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation                                Case Number (if known)  23-90068
        (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.256. | PATENT (CA) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2,615,087 | UNDETERMINED | | UNDETERMINED |
| 60.257. | PATENT (CA) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2,858,951 | UNDETERMINED | | UNDETERMINED |
| 60.258. | PATENT (CA) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 2,931,730 | UNDETERMINED | | UNDETERMINED |
| 60.259. | PATENT (CA) - METHOD AND APPARATUS FOR SETTING SPEED/RESPONSE PERFORMANCE PARAMETERS OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2,522,882 | UNDETERMINED | | UNDETERMINED |
| 60.260. | PATENT (CA) - MOTORIZED WHEELCHAIR: PATENT NO. 2,677,751 | UNDETERMINED | | UNDETERMINED |
| 60.261. | PATENT (CA) - MULTI-AXIS HEADREST SYSTEM AND METHOD: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.262. | PATENT (CA) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND RESILIENT SLING HOOKS: PATENT NO. 2,809,275 | UNDETERMINED | | UNDETERMINED |
| 60.263. | PATENT (CA) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,730,354 | UNDETERMINED | | UNDETERMINED |
| 60.264. | PATENT (CA) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 2,730,084 | UNDETERMINED | | UNDETERMINED |
| 60.265. | PATENT (CA) - PLATFORM FOR ADJUSTABLE HEIGHT BED: PATENT NO. 2,502,071 | UNDETERMINED | | UNDETERMINED |
| 60.266. | PATENT (CA) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 2,803,589 | UNDETERMINED | | UNDETERMINED |
| 60.267. | PATENT (CA) - POWER DRIVEN WHEELCHAIR: PATENT NO. 2,615,091 | UNDETERMINED | | UNDETERMINED |
| 60.268. | PATENT (CA) - RECLINING SEAT: PATENT NO. 2,724,631 | UNDETERMINED | | UNDETERMINED |
| 60.269. | PATENT (CA) - STABILITY CONTROL SYSTEM: PATENT NO. 2,676,724 | UNDETERMINED | | UNDETERMINED |
| 60.270. | PATENT (CA) - STABILITY CONTROL SYSTEM: PATENT NO. 2,829,909 | UNDETERMINED | | UNDETERMINED |
| 60.271. | PATENT (CA) - STABILITY CONTROL SYSTEM: PATENT NO. 2,911,675 | UNDETERMINED | | UNDETERMINED |
| 60.272. | PATENT (CA) - SUSPENSION SYSTEM FOR POWER WHEELCHAIR STANDER: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.273. | PATENT (CA) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,495,751 | UNDETERMINED | | UNDETERMINED |
| 60.274. | PATENT (CA) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,793,015 | UNDETERMINED | | UNDETERMINED |
| 60.275. | PATENT (CA) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,838,376 | UNDETERMINED | | UNDETERMINED |
| 60.276. | PATENT (CA) - WHEEL HUB: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.277. | PATENT (CA) - WHEEL HUB: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.278. | PATENT (CA) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.279. | PATENT (CA) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation    Case Number (if known) 23-90068
          (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.280. PATENT (CA) - WHEELCHAIR SEAT: PATENT NO. 202887 | UNDETERMINED | | UNDETERMINED |
| 60.281. PATENT (CA) - WHEELCHAIR SUSPENSION: PATENT NO. 2,676,423 | UNDETERMINED | | UNDETERMINED |
| 60.282. PATENT (CA) - WHEELCHAIR SUSPENSION: PATENT NO. 2,775,916 | UNDETERMINED | | UNDETERMINED |
| 60.283. PATENT (CA) - WHEELCHAIR SUSPENSION: PATENT NO. 2,864,124 | UNDETERMINED | | UNDETERMINED |
| 60.284. PATENT (CA) - WHEELCHAIR: PATENT 2,747,256 | UNDETERMINED | | UNDETERMINED |
| 60.285. PATENT (CH) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.286. PATENT (CH) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.287. PATENT (CN) - CONTROLLER: PATENT NO. ZL201330443829.5 | UNDETERMINED | | UNDETERMINED |
| 60.288. PATENT (CN) - WHEELCHAIR SUSPENSION: PATENT NO. 200880004382.8 | UNDETERMINED | | UNDETERMINED |
| 60.289. PATENT (CN) - WHEELCHAIR SUSPENSION: PATENT NO. ZL201110320314.6 | UNDETERMINED | | UNDETERMINED |
| 60.290. PATENT (CN) - WHEELCHAIR SUSPENSION: PATENT NO. ZL201380019899.5 | UNDETERMINED | | UNDETERMINED |
| 60.291. PATENT (DE) - LOW PROFILE SEAT FRAME: PATENT NO. 2822425 | UNDETERMINED | | UNDETERMINED |
| 60.292. PATENT (DE) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2306632 | UNDETERMINED | | UNDETERMINED |
| 60.293. PATENT (DE) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 1673853 | UNDETERMINED | | UNDETERMINED |
| 60.294. PATENT (DE) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 1,671,189 | UNDETERMINED | | UNDETERMINED |
| 60.295. PATENT (DE) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2,315,086 | UNDETERMINED | | UNDETERMINED |
| 60.296. PATENT (DE) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928386 | UNDETERMINED | | UNDETERMINED |
| 60.297. PATENT (DE) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.298. PATENT (DE) - MOTORIZED WHEELCHAIR: PATENT NO. 2,134,566 | UNDETERMINED | | UNDETERMINED |
| 60.299. PATENT (DE) - MOTORIZED WHEELCHAIR: PATENT NO. 2543537 | UNDETERMINED | | UNDETERMINED |
| 60.300. PATENT (DE) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.301. PATENT (DE) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.302. PATENT (DE) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 2,296,601 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.303. PATENT (DE) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 2590609 | UNDETERMINED | | UNDETERMINED |
| 60.304. PATENT (DE) - RECLINING SEAT: PATENT NO. 2637623 | UNDETERMINED | | UNDETERMINED |
| 60.305. PATENT (DE) - STABILITY CONTROL SYSTEM: PATENT NO. 2111204 | UNDETERMINED | | UNDETERMINED |
| 60.306. PATENT (DE) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.307. PATENT (DE) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 1,534,545 | UNDETERMINED | | UNDETERMINED |
| 60.308. PATENT (DE) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,867 | UNDETERMINED | | UNDETERMINED |
| 60.309. PATENT (DE) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.310. PATENT (DE) - WHEELCHAIR SUSPENSION: PATENT NO. 2,111,203 | UNDETERMINED | | UNDETERMINED |
| 60.311. PATENT (DE) - WHEELCHAIR SUSPENSION: PATENT NO. 2,272,478 | UNDETERMINED | | UNDETERMINED |
| 60.312. PATENT (DE) - WHEELCHAIR SUSPENSION: PATENT NO. 2,295,017 | UNDETERMINED | | UNDETERMINED |
| 60.313. PATENT (DE) - WHEELCHAIR SUSPENSION: PATENT NO. 2485698 | UNDETERMINED | | UNDETERMINED |
| 60.314. PATENT (DE) - WHEELCHAIR SUSPENSION: PATENT NO. 2814441 | UNDETERMINED | | UNDETERMINED |
| 60.315. PATENT (DE) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,332,506 | UNDETERMINED | | UNDETERMINED |
| 60.316. PATENT (DE) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2340800 | UNDETERMINED | | UNDETERMINED |
| 60.317. PATENT (DK) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.318. PATENT (DK) - MOTORIZED WHEELCHAIR: PATENT NO. 2543537 | UNDETERMINED | | UNDETERMINED |
| 60.319. PATENT (DK) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.320. PATENT (DK) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.321. PATENT (DK) - STABILITY CONTROL SYSTEM: PATENT NO. 2111204 | UNDETERMINED | | UNDETERMINED |
| 60.322. PATENT (DK) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.323. PATENT (DK) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 1,534,545 | UNDETERMINED | | UNDETERMINED |
| 60.324. PATENT (DK) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,867 | UNDETERMINED | | UNDETERMINED |
| 60.325. PATENT (DK) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.326. PATENT (DK) - WHEELCHAIR SUSPENSION: PATENT NO. 2,111,203 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation      Case number (if known) 23-90068
(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.327.   PATENT (DK) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,332,506 | UNDETERMINED | | UNDETERMINED |
| 60.328.   PATENT (DK) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2340800 | UNDETERMINED | | UNDETERMINED |
| 60.329.   PATENT (EM) - R31 V5  SEAT: PATENT NO. 001926353-0001 | UNDETERMINED | | UNDETERMINED |
| 60.330.   PATENT (EM) - TIRE: PATENT NO. 001861550-0001 | UNDETERMINED | | UNDETERMINED |
| 60.331.   PATENT (EM) - WHEEL HUB: PATENT NO. DM/206808 | UNDETERMINED | | UNDETERMINED |
| 60.332.   PATENT (EM) - WHEELCHAIR CHASSIS: PATENT NO. 001923160-0001 | UNDETERMINED | | UNDETERMINED |
| 60.333.   PATENT (EM) - WHEELCHAIR FRAME: PATENT NO. 001861584-0001 | UNDETERMINED | | UNDETERMINED |
| 60.334.   PATENT (EM) - WHEELCHAIR FRAME: PATENT NO. 001861584-0002 | UNDETERMINED | | UNDETERMINED |
| 60.335.   PATENT (EM) - WHEELCHAIR FRAME: PATENT NO. 001861584-0003 | UNDETERMINED | | UNDETERMINED |
| 60.336.   PATENT (EM) - WHEELCHAIR SEAT: PATENT NO. DM/213534 | UNDETERMINED | | UNDETERMINED |
| 60.337.   PATENT (EM) - WHEELCHAIR SEATING SYSTEM (ARMREST): PATENT NO. 001755851-0001 | UNDETERMINED | | UNDETERMINED |
| 60.338.   PATENT (EM) - WHEELCHAIR SEATING SYSTEM (ARMREST): PATENT NO. 001861691-0002 | UNDETERMINED | | UNDETERMINED |
| 60.339.   PATENT (EM) - WHEELCHAIR SEATING SYSTEM (BACK SUPPORT): PATENT NO. 001755851-0003 | UNDETERMINED | | UNDETERMINED |
| 60.340.   PATENT (EM) - WHEELCHAIR SEATING SYSTEM (BACK SUPPORT): PATENT NO. 001861691-0003 | UNDETERMINED | | UNDETERMINED |
| 60.341.   PATENT (EM) - WHEELCHAIR SEATING SYSTEM (SEAT): PATENT NO. 001861691-0004 | UNDETERMINED | | UNDETERMINED |
| 60.342.   PATENT (EM) - WHEELCHAIR SEATING SYSTEM (SEATING SYSTEM): PATENT NO. 001755851-0002 | UNDETERMINED | | UNDETERMINED |
| 60.343.   PATENT (EM) - WHEELCHAIR SEATING SYSTEM (WHOLE SEATING SYSTEM): PATENT NO. 001861691-0001 | UNDETERMINED | | UNDETERMINED |
| 60.344.   PATENT (EM) - WHEELCHAIR: PATENT NO. 001707795-0001 | UNDETERMINED | | UNDETERMINED |
| 60.345.   PATENT (EM) - WHEELCHAIR: PATENT NO. 001707795-0002 | UNDETERMINED | | UNDETERMINED |
| 60.346.   PATENT (EM) - WHEELCHAIR: PATENT NO. 001861642-0001 | UNDETERMINED | | UNDETERMINED |
| 60.347.   PATENT (EM) - WHEELCHAIR: PATENT NO. 001861642-0002 | UNDETERMINED | | UNDETERMINED |
| 60.348.   PATENT (EM) - WHEELCHAIR: PATENT NO. 001861642-0003 | UNDETERMINED | | UNDETERMINED |
| 60.349.   PATENT (EM) - WHEELCHAIR: PATENT NO. 001861642-0004 | UNDETERMINED | | UNDETERMINED |
| 60.350.   PATENT (EP) - ADJUSTABLE BED: PATENT NO. 2760312 | UNDETERMINED | | UNDETERMINED |
| 60.351.   PATENT (EP) - LOW PROFILE SEAT FRAME: PATENT NO. 2822425 | UNDETERMINED | | UNDETERMINED |
| 60.352.   PATENT (EP) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2306632 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
| | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.353. | PATENT (EP) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 1673853 | UNDETERMINED | | UNDETERMINED |
| 60.354. | PATENT (EP) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 1,671,189 | UNDETERMINED | | UNDETERMINED |
| 60.355. | PATENT (EP) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2,315,086 | UNDETERMINED | | UNDETERMINED |
| 60.356. | PATENT (EP) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928386 | UNDETERMINED | | UNDETERMINED |
| 60.357. | PATENT (EP) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.358. | PATENT (EP) - MOTORIZED WHEELCHAIR: PATENT NO. 2,134,566 | UNDETERMINED | | UNDETERMINED |
| 60.359. | PATENT (EP) - MOTORIZED WHEELCHAIR: PATENT NO. 2543537 | UNDETERMINED | | UNDETERMINED |
| 60.360. | PATENT (EP) - MULTI-AXIS HEADREST SYSTEM AND METHOD: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.361. | PATENT (EP) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.362. | PATENT (EP) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.363. | PATENT (EP) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 2,296,601 | UNDETERMINED | | UNDETERMINED |
| 60.364. | PATENT (EP) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 2590609 | UNDETERMINED | | UNDETERMINED |
| 60.365. | PATENT (EP) - RECLINING SEAT: PATENT NO. 2637623 | UNDETERMINED | | UNDETERMINED |
| 60.366. | PATENT (EP) - SUSPENSION SYSTEM FOR POWER WHEELCHAIR STANDER: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.367. | PATENT (EP) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.368. | PATENT (EP) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 1,534,545 | UNDETERMINED | | UNDETERMINED |
| 60.369. | PATENT (EP) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,867 | UNDETERMINED | | UNDETERMINED |
| 60.370. | PATENT (EP) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.371. | PATENT (EP) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.372. | PATENT (EP) - WHEELCHAIR SUSPENSION: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.373. | PATENT (EP) - WHEELCHAIR SUSPENSION: PATENT NO. 2,111,203 | UNDETERMINED | | UNDETERMINED |
| 60.374. | PATENT (EP) - WHEELCHAIR SUSPENSION: PATENT NO. 2,272,478 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation
          (Name)

Case number (if known) 23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.375. | PATENT (EP) - WHEELCHAIR SUSPENSION: PATENT NO. 2,295,017 | UNDETERMINED | | UNDETERMINED |
| 60.376. | PATENT (EP) - WHEELCHAIR SUSPENSION: PATENT NO. 2485698 | UNDETERMINED | | UNDETERMINED |
| 60.377. | PATENT (EP) - WHEELCHAIR SUSPENSION: PATENT NO. 2814441 | UNDETERMINED | | UNDETERMINED |
| 60.378. | PATENT (EP) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,332,506 | UNDETERMINED | | UNDETERMINED |
| 60.379. | PATENT (EP) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,340,800 | UNDETERMINED | | UNDETERMINED |
| 60.380. | PATENT (EP) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2111204 | UNDETERMINED | | UNDETERMINED |
| 60.381. | PATENT (EP) - WHEELCHAIR: PATENT NO. 2376049 | UNDETERMINED | | UNDETERMINED |
| 60.382. | PATENT (ES) - ADJUSTABLE BED: PATENT NO. 2760312 | UNDETERMINED | | UNDETERMINED |
| 60.383. | PATENT (ES) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.384. | PATENT (ES) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.385. | PATENT (ES) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.386. | PATENT (ES) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.387. | PATENT (FR) - ADJUSTABLE BED: PATENT NO. 2760312 | UNDETERMINED | | UNDETERMINED |
| 60.388. | PATENT (FR) - LOW PROFILE SEAT FRAME: PATENT NO. 2822425 | UNDETERMINED | | UNDETERMINED |
| 60.389. | PATENT (FR) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2306632 | UNDETERMINED | | UNDETERMINED |
| 60.390. | PATENT (FR) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 1673853 | UNDETERMINED | | UNDETERMINED |
| 60.391. | PATENT (FR) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 1,671,189 | UNDETERMINED | | UNDETERMINED |
| 60.392. | PATENT (FR) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2,315,086 | UNDETERMINED | | UNDETERMINED |
| 60.393. | PATENT (FR) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928386 | UNDETERMINED | | UNDETERMINED |
| 60.394. | PATENT (FR) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.395. | PATENT (FR) - MOTORIZED WHEELCHAIR: PATENT NO. 2,134,566 | UNDETERMINED | | UNDETERMINED |
| 60.396. | PATENT (FR) - MOTORIZED WHEELCHAIR: PATENT NO. 2543537 | UNDETERMINED | | UNDETERMINED |
| 60.397. | PATENT (FR) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation                                     Case Number (if known)    23-90068

     (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.398.  PATENT (FR) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.399.  PATENT (FR) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 2,296,601 | UNDETERMINED | | UNDETERMINED |
| 60.400.  PATENT (FR) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 2590609 | UNDETERMINED | | UNDETERMINED |
| 60.401.  PATENT (FR) - RECLINING SEAT: PATENT NO. 2637623 | UNDETERMINED | | UNDETERMINED |
| 60.402.  PATENT (FR) - STABILITY CONTROL SYSTEM: PATENT NO. 2111204 | UNDETERMINED | | UNDETERMINED |
| 60.403.  PATENT (FR) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.404.  PATENT (FR) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 1,534,545 | UNDETERMINED | | UNDETERMINED |
| 60.405.  PATENT (FR) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,867 | UNDETERMINED | | UNDETERMINED |
| 60.406.  PATENT (FR) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.407.  PATENT (FR) - WHEELCHAIR SUSPENSION: PATENT NO. 2,111,203 | UNDETERMINED | | UNDETERMINED |
| 60.408.  PATENT (FR) - WHEELCHAIR SUSPENSION: PATENT NO. 2,272,478 | UNDETERMINED | | UNDETERMINED |
| 60.409.  PATENT (FR) - WHEELCHAIR SUSPENSION: PATENT NO. 2,295,017 | UNDETERMINED | | UNDETERMINED |
| 60.410.  PATENT (FR) - WHEELCHAIR SUSPENSION: PATENT NO. 2485698 | UNDETERMINED | | UNDETERMINED |
| 60.411.  PATENT (FR) - WHEELCHAIR SUSPENSION: PATENT NO. 2814441 | UNDETERMINED | | UNDETERMINED |
| 60.412.  PATENT (FR) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,332,506 | UNDETERMINED | | UNDETERMINED |
| 60.413.  PATENT (FR) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2340800 | UNDETERMINED | | UNDETERMINED |
| 60.414.  PATENT (GB) - LOW PROFILE SEAT FRAME: PATENT NO. 2822425 | UNDETERMINED | | UNDETERMINED |
| 60.415.  PATENT (GB) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2306632 | UNDETERMINED | | UNDETERMINED |
| 60.416.  PATENT (GB) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 1673853 | UNDETERMINED | | UNDETERMINED |
| 60.417.  PATENT (GB) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 1,671,189 | UNDETERMINED | | UNDETERMINED |
| 60.418.  PATENT (GB) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2,315,086 | UNDETERMINED | | UNDETERMINED |
| 60.419.  PATENT (GB) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928386 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.420. PATENT (GB) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.421. PATENT (GB) - MOTORIZED WHEELCHAIR: PATENT NO. 2,134,566 | UNDETERMINED | | UNDETERMINED |
| 60.422. PATENT (GB) - MOTORIZED WHEELCHAIR: PATENT NO. 2543537 | UNDETERMINED | | UNDETERMINED |
| 60.423. PATENT (GB) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.424. PATENT (GB) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.425. PATENT (GB) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 2,296,601 | UNDETERMINED | | UNDETERMINED |
| 60.426. PATENT (GB) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 2590609 | UNDETERMINED | | UNDETERMINED |
| 60.427. PATENT (GB) - R31 V5 SEAT: PATENT NO. 90018615840002 | UNDETERMINED | | UNDETERMINED |
| 60.428. PATENT (GB) - RECLINING SEAT: PATENT NO. 2637623 | UNDETERMINED | | UNDETERMINED |
| 60.429. PATENT (GB) - STABILITY CONTROL SYSTEM: PATENT NO. 2111204 | UNDETERMINED | | UNDETERMINED |
| 60.430. PATENT (GB) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.431. PATENT (GB) - TIRE: PATENT NO. 90018616910001 | UNDETERMINED | | UNDETERMINED |
| 60.432. PATENT (GB) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 1,534,545 | UNDETERMINED | | UNDETERMINED |
| 60.433. PATENT (GB) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,867 | UNDETERMINED | | UNDETERMINED |
| 60.434. PATENT (GB) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.435. PATENT (GB) - WHEEL HUB: PATENT NO. 82068080001000 | UNDETERMINED | | UNDETERMINED |
| 60.436. PATENT (GB) - WHEEL HUB: PATENT NO. 82068080002000 | UNDETERMINED | | UNDETERMINED |
| 60.437. PATENT (GB) - WHEEL HUB: PATENT NO. 82068080003000 | UNDETERMINED | | UNDETERMINED |
| 60.438. PATENT (GB) - WHEEL HUB: PATENT NO. 82068080004000 | UNDETERMINED | | UNDETERMINED |
| 60.439. PATENT (GB) - WHEELCHAIR CHASSIS: PATENT NO. 90018615840001 | UNDETERMINED | | UNDETERMINED |
| 60.440. PATENT (GB) - WHEELCHAIR FRAME: PATENT NO. 90018616420003 | UNDETERMINED | | UNDETERMINED |
| 60.441. PATENT (GB) - WHEELCHAIR FRAME: PATENT NO. 90018616420004 | UNDETERMINED | | UNDETERMINED |
| 60.442. PATENT (GB) - WHEELCHAIR FRAME: PATENT NO. 90018616910003 | UNDETERMINED | | UNDETERMINED |
| 60.443. PATENT (GB) - WHEELCHAIR SEAT: PATENT NO. DM/213534 | UNDETERMINED | | UNDETERMINED |
| 60.444. PATENT (GB) - WHEELCHAIR SEATING SYSTEM (ARMREST): PATENT NO. 90017558510001 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| | (Name) | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.445. | PATENT (GB) - WHEELCHAIR SEATING SYSTEM (ARMREST): PATENT NO. 90018615500001 | UNDETERMINED | | UNDETERMINED |
| 60.446. | PATENT (GB) - WHEELCHAIR SEATING SYSTEM (BACK SUPPORT): PATENT NO. 90017558510003 | UNDETERMINED | | UNDETERMINED |
| 60.447. | PATENT (GB) - WHEELCHAIR SEATING SYSTEM (BACK SUPPORT): PATENT NO. 90019263530001 | UNDETERMINED | | UNDETERMINED |
| 60.448. | PATENT (GB) - WHEELCHAIR SEATING SYSTEM (SEAT): PATENT NO. 90019231600001 | UNDETERMINED | | UNDETERMINED |
| 60.449. | PATENT (GB) - WHEELCHAIR SEATING SYSTEM (SEATING SYSTEM): PATENT NO. 90017558510002 | UNDETERMINED | | UNDETERMINED |
| 60.450. | PATENT (GB) - WHEELCHAIR SEATING SYSTEM (WHOLE SEATING SYSTEM): PATENT NO. 90018616910004 | UNDETERMINED | | UNDETERMINED |
| 60.451. | PATENT (GB) - WHEELCHAIR SUSPENSION: PATENT NO. 2,111,203 | UNDETERMINED | | UNDETERMINED |
| 60.452. | PATENT (GB) - WHEELCHAIR SUSPENSION: PATENT NO. 2,272,478 | UNDETERMINED | | UNDETERMINED |
| 60.453. | PATENT (GB) - WHEELCHAIR SUSPENSION: PATENT NO. 2,295,017 | UNDETERMINED | | UNDETERMINED |
| 60.454. | PATENT (GB) - WHEELCHAIR SUSPENSION: PATENT NO. 2485698 | UNDETERMINED | | UNDETERMINED |
| 60.455. | PATENT (GB) - WHEELCHAIR SUSPENSION: PATENT NO. 2814441 | UNDETERMINED | | UNDETERMINED |
| 60.456. | PATENT (GB) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,332,506 | UNDETERMINED | | UNDETERMINED |
| 60.457. | PATENT (GB) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2340800 | UNDETERMINED | | UNDETERMINED |
| 60.458. | PATENT (GB) - WHEELCHAIR: PATENT NO. 90017077950001 | UNDETERMINED | | UNDETERMINED |
| 60.459. | PATENT (GB) - WHEELCHAIR: PATENT NO. 90017077950002 | UNDETERMINED | | UNDETERMINED |
| 60.460. | PATENT (GB) - WHEELCHAIR: PATENT NO. 90018615840003 | UNDETERMINED | | UNDETERMINED |
| 60.461. | PATENT (GB) - WHEELCHAIR: PATENT NO. 90018616420001 | UNDETERMINED | | UNDETERMINED |
| 60.462. | PATENT (GB) - WHEELCHAIR: PATENT NO. 90018616420002 | UNDETERMINED | | UNDETERMINED |
| 60.463. | PATENT (GB) - WHEELCHAIR: PATENT NO. 90018616910002 | UNDETERMINED | | UNDETERMINED |
| 60.464. | PATENT (HK) - WHEELCHAIR SUSPENSION: PATENT NO. 1140128B | UNDETERMINED | | UNDETERMINED |
| 60.465. | PATENT (HK) - WHEELCHAIR SUSPENSION: PATENT NO. HK1152858 | UNDETERMINED | | UNDETERMINED |
| 60.466. | PATENT (IB) - AVIVA FX WHEEL HUB: PATENT NO. DM/206808 | UNDETERMINED | | UNDETERMINED |
| 60.467. | PATENT (IB) - SEAT FOR SHOWER/TOILET CHAIR: PATENT NO. DM/099786 | UNDETERMINED | | UNDETERMINED |
| 60.468. | PATENT (IB) - WHEELCHAIR SEAT: PATENT NO. DM/213534 | UNDETERMINED | | UNDETERMINED |
| 60.469. | PATENT (IE) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.470. | PATENT (IT) - ADJUSTABLE BED: PATENT NO. 2760312 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation
          (Name)

Case Number (if known) 23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.471. | PATENT (IT) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.472. | PATENT (IT) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.473. | PATENT (IT) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.474. | PATENT (MX) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 325,468 | UNDETERMINED | | UNDETERMINED |
| 60.475. | PATENT (NL) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.476. | PATENT (NO) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS & SLING HOOKS: PATENT NO. 2,508,159 | UNDETERMINED | | UNDETERMINED |
| 60.477. | PATENT (NO) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 2,326,299 | UNDETERMINED | | UNDETERMINED |
| 60.478. | PATENT (NO) - STABILITY CONTROL SYSTEM: PATENT NO. 2111204 | UNDETERMINED | | UNDETERMINED |
| 60.479. | PATENT (NO) - WHEEL HUB: PATENT NO. DM/206808 | UNDETERMINED | | UNDETERMINED |
| 60.480. | PATENT (NO) - WHEELCHAIR SEAT: PATENT NO. DM213534 | UNDETERMINED | | UNDETERMINED |
| 60.481. | PATENT (NO) - WHEELCHAIR SUSPENSION: PATENT NO. 2,111,203 | UNDETERMINED | | UNDETERMINED |
| 60.482. | PATENT (NO) - WHEELCHAIR SUSPENSION: PATENT NO. 2,272,478 | UNDETERMINED | | UNDETERMINED |
| 60.483. | PATENT (NO) - WHEELCHAIR SUSPENSION: PATENT NO. 2,295,017 | UNDETERMINED | | UNDETERMINED |
| 60.484. | PATENT (NO) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,332,506 | UNDETERMINED | | UNDETERMINED |
| 60.485. | PATENT (NO) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2340800 | UNDETERMINED | | UNDETERMINED |
| 60.486. | PATENT (NZ) - ADJUSTABLE BED: PATENT NO. 624484 | UNDETERMINED | | UNDETERMINED |
| 60.487. | PATENT (NZ) - ADJUSTABLE MOUNT FOR CONTROLLER OF POWER DRIVEN WHEELCHAIR: PATENT NO. 565,933 | UNDETERMINED | | UNDETERMINED |
| 60.488. | PATENT (NZ) - ADJUSTABLE MOUTN FOR CONTROLLER OF POWER DRIVEN WHEELCHAIR: PATENT NO. 592,317 | UNDETERMINED | | UNDETERMINED |
| 60.489. | PATENT (NZ) - BED END: PATENT NO. 418,059 | UNDETERMINED | | UNDETERMINED |
| 60.490. | PATENT (NZ) - BED RAIL: PATENT NO. 418,060 | UNDETERMINED | | UNDETERMINED |
| 60.491. | PATENT (NZ) - BED RAIL: PATENT NO. 419,252 | UNDETERMINED | | UNDETERMINED |
| 60.492. | PATENT (NZ) - CONTEXT-SENSITIVE HELP FOR DISPLAY DEVICE ASSOCIATED WITH POWER-DRIVEN WHEELCHAIR: PATENT NO. 565,929 | UNDETERMINED | | UNDETERMINED |
| 60.493. | PATENT (NZ) - CONTROLLER: PATENT NO. 418,058 | UNDETERMINED | | UNDETERMINED |
| 60.494. | PATENT (NZ) - LOW PROFILE SEAT FRAME: PATENT NO. 629501 | UNDETERMINED | | UNDETERMINED |
| 60.495. | PATENT (NZ) - METHOD AND APARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 591,829 | UNDETERMINED | | UNDETERMINED |
| 60.496. | PATENT (NZ) - METHOD AND APARATUS FOR PROGRAMMING PARAMETERS OF A POWER DRIVEN WHEELCHAIR FOR A PLURALITY OF DRIVE SETTINGS: PATENT NO. 565,934 | UNDETERMINED | | UNDETERMINED |

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.497. | PATENT (NZ) - METHOD AND APPARATUS FOR REPROGRAMING A PROGRAMMED CONTROLLER OF A POWER DRVEN WHEELCHAIR: PATENT NO. 546,368 | UNDETERMINED | | UNDETERMINED |
| 60.498. | PATENT (NZ) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 565,930 | UNDETERMINED | | UNDETERMINED |
| 60.499. | PATENT (NZ) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 565,932 | UNDETERMINED | | UNDETERMINED |
| 60.500. | PATENT (NZ) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 591,831 | UNDETERMINED | | UNDETERMINED |
| 60.501. | PATENT (NZ) - METHOD AND APPARATUS FOR SETTING SPEED/RESPONSE PERFORMANCE PARAMETERS OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 542,832 | UNDETERMINED | | UNDETERMINED |
| 60.502. | PATENT (NZ) - MOTORIZED WHEELCHAIR: PATENT NO. 579,776 | UNDETERMINED | | UNDETERMINED |
| 60.503. | PATENT (NZ) - MULTI-AXIS HEADREST SYSTEM AND METHOD: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.504. | PATENT (NZ) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 590,594 | UNDETERMINED | | UNDETERMINED |
| 60.505. | PATENT (NZ) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 600,412 | UNDETERMINED | | UNDETERMINED |
| 60.506. | PATENT (NZ) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 590,353 | UNDETERMINED | | UNDETERMINED |
| 60.507. | PATENT (NZ) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 606,762 | UNDETERMINED | | UNDETERMINED |
| 60.508. | PATENT (NZ) - POWER DRIVEN WHEELCHAIR: PATENT NO. 565,931 | UNDETERMINED | | UNDETERMINED |
| 60.509. | PATENT (NZ) - PROGRAMMABLE ACTUATOR CONTORLLER FOR POWER POSITIONING SEAT OR LEG SUPPORT OF A WHEELCHAIR: PATENT NO. 592,271 | UNDETERMINED | | UNDETERMINED |
| 60.510. | PATENT (NZ) - PROGRAMMABLE ACTUATOR CONTROLLER FOR POWER POSITIONING SEAT OR LEG SUPPORT OF A WHEELCHAIR: PATENT NO. 565,935 | UNDETERMINED | | UNDETERMINED |
| 60.511. | PATENT (NZ) - SEAT BACK FOR WHEELCHAIR SEATING SYSTEM: PATENT NO. 414,035 | UNDETERMINED | | UNDETERMINED |
| 60.512. | PATENT (NZ) - SEAT BACK: PATENT NO. 415,383 | UNDETERMINED | | UNDETERMINED |
| 60.513. | PATENT (NZ) - SEATING SYSTEM FOR WHEELCHAIR: PATENT NO. 414,036 | UNDETERMINED | | UNDETERMINED |
| 60.514. | PATENT (NZ) - SEATING SYSTEM FOR WHEELCHAIR: PATENT NO. 414,037 | UNDETERMINED | | UNDETERMINED |
| 60.515. | PATENT (NZ) - SUSPENSION SYSTEM FOR POWER WHEELCHAIR STANDER: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.516. | PATENT (NZ) - WHEEL HUB: PATENT NO. 427172 | UNDETERMINED | | UNDETERMINED |
| 60.517. | PATENT (NZ) - WHEEL HUB: PATENT NO. 427680 | UNDETERMINED | | UNDETERMINED |
| 60.518. | PATENT (NZ) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.519. | PATENT (NZ) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.520. | PATENT (NZ) - WHEELCHAIR CHASSIS: PATENT NO. 415,345 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation
          (Name)

Case number (if known) 23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.521. | PATENT (NZ) - WHEELCHAIR SEAT: PATENT NO. 428462 | UNDETERMINED | | UNDETERMINED |
| 60.522. | PATENT (NZ) - WHEELCHAIR SUSPENSION: PATENT NO. 599,108 | UNDETERMINED | | UNDETERMINED |
| 60.523. | PATENT (NZ) - WHEELCHAIR SUSPENSION: PATENT NO. 628837 | UNDETERMINED | | UNDETERMINED |
| 60.524. | PATENT (PT) - ADJUSTABLE BED: PATENT NO. 2760312 | UNDETERMINED | | UNDETERMINED |
| 60.525. | PATENT (PT) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.526. | PATENT (PT) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.527. | PATENT (PT) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.528. | PATENT (SE) - LOW PROFILE SEAT FRAME: PATENT NO. 2822425 | UNDETERMINED | | UNDETERMINED |
| 60.529. | PATENT (SE) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 2306632 | UNDETERMINED | | UNDETERMINED |
| 60.530. | PATENT (SE) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 1673853 | UNDETERMINED | | UNDETERMINED |
| 60.531. | PATENT (SE) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928386 | UNDETERMINED | | UNDETERMINED |
| 60.532. | PATENT (SE) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 1928387 | UNDETERMINED | | UNDETERMINED |
| 60.533. | PATENT (SE) - MOTORIZED WHEELCHAIR: PATENT NO. 2543537 | UNDETERMINED | | UNDETERMINED |
| 60.534. | PATENT (SE) - RECLINING SEAT: PATENT NO. 2637623 | UNDETERMINED | | UNDETERMINED |
| 60.535. | PATENT (SE) - STABILITY CONTROL SYSTEM: PATENT NO. 2111204 | UNDETERMINED | | UNDETERMINED |
| 60.536. | PATENT (SE) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 2,070,744 | UNDETERMINED | | UNDETERMINED |
| 60.537. | PATENT (SE) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 1,534,545 | UNDETERMINED | | UNDETERMINED |
| 60.538. | PATENT (SE) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,867 | UNDETERMINED | | UNDETERMINED |
| 60.539. | PATENT (SE) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 2,364,868 | UNDETERMINED | | UNDETERMINED |
| 60.540. | PATENT (SE) - WHEELCHAIR SUSPENSION: PATENT NO. 2,111,203 | UNDETERMINED | | UNDETERMINED |
| 60.541. | PATENT (SE) - WHEELCHAIR SUSPENSION: PATENT NO. 2,272,478 | UNDETERMINED | | UNDETERMINED |
| 60.542. | PATENT (SE) - WHEELCHAIR SUSPENSION: PATENT NO. 2,295,017 | UNDETERMINED | | UNDETERMINED |
| 60.543. | PATENT (SE) - WHEELCHAIR SUSPENSION: PATENT NO. 2485698 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation                  Case number (if known) 23-90068

         (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.544. | PATENT (SE) - WHEELCHAIR SUSPENSION: PATENT NO. 2814441 | UNDETERMINED | | UNDETERMINED |
| 60.545. | PATENT (SE) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2,332,506 | UNDETERMINED | | UNDETERMINED |
| 60.546. | PATENT (SE) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 2340800 | UNDETERMINED | | UNDETERMINED |
| 60.547. | PATENT (US) - ADJUSTABLE BED: PATENT NO. 7,302,716 | UNDETERMINED | | UNDETERMINED |
| 60.548. | PATENT (US) - ADJUSTABLE BED: PATENT NO. 9,687,400 | UNDETERMINED | | UNDETERMINED |
| 60.549. | PATENT (US) - ADJUSTABLE CHAIR: PATENT NO. 6,957,865 | UNDETERMINED | | UNDETERMINED |
| 60.550. | PATENT (US) - ADJUSTABLE SEAT: PATENT NO. 10,034,804 | UNDETERMINED | | UNDETERMINED |
| 60.551. | PATENT (US) - ANTI-TIP WHEELCHAIR: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.552. | PATENT (US) - APPARATUS AND METHOD OF PROVIDING CONCENTRATED PRODUCT GAS: PATENT NO. 7,455,717 | UNDETERMINED | | UNDETERMINED |
| 60.553. | PATENT (US) - APPARATUS AND METHOD OF PROVIDING CONCENTRATED PRODUCT GAS: PATENT NO. 7,722,700 | UNDETERMINED | | UNDETERMINED |
| 60.554. | PATENT (US) - ARMREST FOR A WHEELCHAIR: PATENT NO. D735,622 | UNDETERMINED | | UNDETERMINED |
| 60.555. | PATENT (US) - BACKREST FOR WHEELCHAIR: PATENT NO. 8,991,926 | UNDETERMINED | | UNDETERMINED |
| 60.556. | PATENT (US) - BACKREST FOR WHEELCHAIR: PATENT NO. 8,991,933 | UNDETERMINED | | UNDETERMINED |
| 60.557. | PATENT (US) - BATH TUB LIFTER: PATENT NO. 10,034,809 | UNDETERMINED | | UNDETERMINED |
| 60.558. | PATENT (US) - BED END: PATENT NO. D711,177 | UNDETERMINED | | UNDETERMINED |
| 60.559. | PATENT (US) - BED END: PATENT NO. D719,387 | UNDETERMINED | | UNDETERMINED |
| 60.560. | PATENT (US) - BED LIFT MECHANISM: PATENT NO. 8,256,048 | UNDETERMINED | | UNDETERMINED |
| 60.561. | PATENT (US) - BED LIFT MECHANISM: PATENT NO. 8,800,081 | UNDETERMINED | | UNDETERMINED |
| 60.562. | PATENT (US) - BED RAIL: PATENT NO. D708,467 | UNDETERMINED | | UNDETERMINED |
| 60.563. | PATENT (US) - BED RAIL: PATENT NO. D718,968 | UNDETERMINED | | UNDETERMINED |
| 60.564. | PATENT (US) - BED WITH ACTUATABLE MATTRESS SUPPORT PLATFORM AND METHOD OF ACTUATING SUCH A BED: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.565. | PATENT (US) - BED WITH ANTI-RATTLE MECHANISM FOR A BED RAIL: PATENT NO. 7,003,824 | UNDETERMINED | | UNDETERMINED |
| 60.566. | PATENT (US) - BREATHING MASK: PATENT NO. 8,028,698 | UNDETERMINED | | UNDETERMINED |
| 60.567. | PATENT (US) - CASTER WHEEL SUPPORT ASSEMBLY FOR A WHEELCHAIR AND WHEELCHAIR COMPRISING THE SAME: PATENT NO. 11,203,230 | UNDETERMINED | | UNDETERMINED |
| 60.568. | PATENT (US) - CASTER WHEEL: PATENT NO. D735,021 | UNDETERMINED | | UNDETERMINED |
| 60.569. | PATENT (US) - CLAMPING ASSEMBLY: PATENT NO. 7,980,580 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| --- | --- | --- | --- |
| | (Name) | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.570. PATENT (US) - CONFIGURABLE POWER WHEELCHAIR SYSTEMS AND METHODS (ASL 4321): PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.571. PATENT (US) - CONTEXT-SENSITIVE HELP FOR DISPLAY DEVICE ASSOCIATED WITH POWER DRIVEN WHEELCHAIR: PATENT NO. 8,065,051 | UNDETERMINED | | UNDETERMINED |
| 60.572. PATENT (US) - CONTROLLER: PATENT NO. D678,849 | UNDETERMINED | | UNDETERMINED |
| 60.573. PATENT (US) - CONTROLLER: PATENT NO. D687,392 | UNDETERMINED | | UNDETERMINED |
| 60.574. PATENT (US) - CONTROLLER: PATENT NO. D726,664 | UNDETERMINED | | UNDETERMINED |
| 60.575. PATENT (US) - CUSHION: PATENT NO. D620,297 | UNDETERMINED | | UNDETERMINED |
| 60.576. PATENT (US) - DEVICE FOR TRANSPORTING A USER WITH AN INJURED LEG: PATENT NO. 8,720,915 | UNDETERMINED | | UNDETERMINED |
| 60.577. PATENT (US) - ELECTRIC MOTOR AND BRAKE ASSEMBLY: PATENT NO. 8,807,251 | UNDETERMINED | | UNDETERMINED |
| 60.578. PATENT (US) - ELECTRONIC OXYGEN CONSERVER AND FILLING UNIT: PATENT NO. 8,800,556 | UNDETERMINED | | UNDETERMINED |
| 60.579. PATENT (US) - FLUID DEMAND APPARATUS AND MEMS FLOW SENSOR FOR USE THEREIN: PATENT NO. 7,343,796 | UNDETERMINED | | UNDETERMINED |
| 60.580. PATENT (US) - FOLDABLE SEAT FOR A ROLLATOR OR A WHEELCHAIR: PATENT NO. 8,746,265 | UNDETERMINED | | UNDETERMINED |
| 60.581. PATENT (US) - FOLDABLE WHEELCHAIR FRAME INCLUDING A SELF LOCKING DEVICE: PATENT NO. 9,642,756 | UNDETERMINED | | UNDETERMINED |
| 60.582. PATENT (US) - FOLDABLE WHEELCHAIR FRAME INCLUDING A SELF LOCKING DEVICE: PATENT NO. 9,795,525 | UNDETERMINED | | UNDETERMINED |
| 60.583. PATENT (US) - FRAME: PATENT NO. D642,500 | UNDETERMINED | | UNDETERMINED |
| 60.584. PATENT (US) - FRAME: PATENT NO. D642,963 | UNDETERMINED | | UNDETERMINED |
| 60.585. PATENT (US) - HANDLE BRAKE DEVICE: PATENT NO. 8,677,857 | UNDETERMINED | | UNDETERMINED |
| 60.586. PATENT (US) - HEIGHT ADJUSTABLE BED AND AUTOMATIC LEG STABILIZER SYSTEM THEREFOR: PATENT NO. 6,920,656 | UNDETERMINED | | UNDETERMINED |
| 60.587. PATENT (US) - HEIGHT ADJUSTABLE BED AND AUTOMATIC LEG STABILIZER SYSTEM THEREFOR: PATENT NO. 7,185,377 | UNDETERMINED | | UNDETERMINED |
| 60.588. PATENT (US) - HEIGHT ADJUSTMENT DEVICE FOR A HANDLE OF A ROLLATOR: PATENT NO. 9,226,869 | UNDETERMINED | | UNDETERMINED |
| 60.589. PATENT (US) - INTEGRAL JOYSTICK DISPLAY FOR A POWER DRIVEN WHEELCHAIR: PATENT NO. 7,003,381 | UNDETERMINED | | UNDETERMINED |
| 60.590. PATENT (US) - LATCHING MOTION TRANSFER MECHANISM: PATENT NO. 8,590,073 | UNDETERMINED | | UNDETERMINED |
| 60.591. PATENT (US) - LATCHING MOTION TRANSFER MECHANISM: PATENT NO. 8,990,982 | UNDETERMINED | | UNDETERMINED |
| 60.592. PATENT (US) - LATCHING MOTION TRANSFER MECHANISM: PATENT NO. 9,381,126 | UNDETERMINED | | UNDETERMINED |
| 60.593. PATENT (US) - LOW PROFILE SEAT FRAME: PATENT NO. 8,757,655 | UNDETERMINED | | UNDETERMINED |
| 60.594. PATENT (US) - LOW PROFILE SEAT FRAME: PATENT NO. 8,910,969 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation

(Name)

Case number (if known)   23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.595. | PATENT (US) - METHOD AND APPARATUS FOR ADJUSTING DESIRED PRESSURE IN POSITIVE AIRWAY PRESSURE DEVICES: PATENT NO. 8,261,742 | UNDETERMINED | | UNDETERMINED |
| 60.596. | PATENT (US) - METHOD AND APPARATUS FOR AUTOMATED POSITIONING OF USER SUPPORT SURFACES IN POWER DRIVEN WHEELCHAIR: PATENT NO. 10,130,534 | UNDETERMINED | | UNDETERMINED |
| 60.597. | PATENT (US) - METHOD AND APPARATUS FOR AUTOMATED POSITIONING OF USER SUPPORT SURFACES IN POWER DRIVEN WHEELCHAIR: PATENT NO. 9,522,091 | UNDETERMINED | | UNDETERMINED |
| 60.598. | PATENT (US) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 6,989,642 | UNDETERMINED | | UNDETERMINED |
| 60.599. | PATENT (US) - METHOD AND APPARATUS FOR EMBEDDING MOTOR ERROR PARAMETER DATA IN A DRIVE MOTOR OF A POWER-DRIVEN WHEELCHAIR: PATENT NO. 7,148,638 | UNDETERMINED | | UNDETERMINED |
| 60.600. | PATENT (US) - METHOD AND APPARATUS FOR PROGRAMMING PARAMETERS OF A POWER DRIVEN WHEELCHAIR FOR A PLURALITY OF DRIVE SETTINGS: PATENT NO. 7,403,844 | UNDETERMINED | | UNDETERMINED |
| 60.601. | PATENT (US) - METHOD AND APPARATUS FOR PROGRAMMING PARAMETERS OF A POWER DRIVEN WHEELCHAIR FOR A PLURALITY OF DRIVE SETTINGS: PATENT NO. 8,145,373 | UNDETERMINED | | UNDETERMINED |
| 60.602. | PATENT (US) - METHOD AND APPARATUS FOR PROGRAMMING PARAMETERS OF A POWER DRIVEN WHEELCHAIR FOR A PLURALITY OF DRIVE SETTINGS: PATENT NO. 8,437,899 | UNDETERMINED | | UNDETERMINED |
| 60.603. | PATENT (US) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 7,171,288 | UNDETERMINED | | UNDETERMINED |
| 60.604. | PATENT (US) - METHOD AND APPARATUS FOR REPROGRAMMING A PROGRAMMED CONTROLLER OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 8,489,251 | UNDETERMINED | | UNDETERMINED |
| 60.605. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 8,073,588 | UNDETERMINED | | UNDETERMINED |
| 60.606. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 8,793,032 | UNDETERMINED | | UNDETERMINED |
| 60.607. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 8,977,431 | UNDETERMINED | | UNDETERMINED |
| 60.608. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER DRIVEN WHEELCHAIR: PATENT NO. 9,456,942 | UNDETERMINED | | UNDETERMINED |
| 60.609. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETER IN POWER WHEELCHAIR: PATENT NO. 11,071,665 | UNDETERMINED | | UNDETERMINED |
| 60.610. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 8,073,585 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation                                    Case Number (if known)   23-90068
          (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.611. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 8,285,440 | UNDETERMINED | | UNDETERMINED |
| 60.612. | PATENT (US) - METHOD AND APPARATUS FOR SETTING OR MODIFYING PROGRAMMABLE PARAMETERS IN POWER DRIVEN WHEELCHAIR: PATENT NO. 9,084,705 | UNDETERMINED | | UNDETERMINED |
| 60.613. | PATENT (US) - METHOD AND APPARATUS FOR SETTING SPEED/RESPONSE PERFORMANCE PARAMETERS OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 6,819,981 | UNDETERMINED | | UNDETERMINED |
| 60.614. | PATENT (US) - METHOD AND APPARATUS FOR SETTING SPEED/RESPONSE PERFORMANCE PARAMETERS OF A POWER DRIVEN WHEELCHAIR: PATENT NO. 7,379,793 | UNDETERMINED | | UNDETERMINED |
| 60.615. | PATENT (US) - METHOD OF ADJUSTING GLOBALLY PERFORMANCE PARAMITERS OF A POWER DRIVE WHEELCHAIR: PATENT NO. 6,871,122 | UNDETERMINED | | UNDETERMINED |
| 60.616. | PATENT (US) - MOTORIZED WHEELCHAIR CHASSIS AND MOTORIZED WHEELCHAIR COMPRISING THE SAME: PATENT NO. 11,123,242 | UNDETERMINED | | UNDETERMINED |
| 60.617. | PATENT (US) - MOTORIZED WHEELCHAIR: PATENT NO. 8,315,770 | UNDETERMINED | | UNDETERMINED |
| 60.618. | PATENT (US) - MOTORIZED WHEELCHAIR: PATENT NO. 8,452,511 | UNDETERMINED | | UNDETERMINED |
| 60.619. | PATENT (US) - MOTORIZED WHEELCHAIR: PATENT NO. 8,820,454 | UNDETERMINED | | UNDETERMINED |
| 60.620. | PATENT (US) - MULTI-AXIS HEADREST SYSTEM AND METHOD: PATENT NO. 11,484,125 | UNDETERMINED | | UNDETERMINED |
| 60.621. | PATENT (US) - NASAL MASK: PATENT NO. 7,290,546 | UNDETERMINED | | UNDETERMINED |
| 60.622. | PATENT (US) - OBSTACLE TRAVERSING WHEELCHAIR: PATENT NO. 7,219,755 | UNDETERMINED | | UNDETERMINED |
| 60.623. | PATENT (US) - OBSTACLE TRAVERSING WHEELCHAIR: PATENT NO. 9,149,398 | UNDETERMINED | | UNDETERMINED |
| 60.624. | PATENT (US) - OUTER HUB FOR A WHEEL: PATENT NO. D667,349 | UNDETERMINED | | UNDETERMINED |
| 60.625. | PATENT (US) - OUTER HUB FOR A WHEEL: PATENT NO. D721,018 | UNDETERMINED | | UNDETERMINED |
| 60.626. | PATENT (US) - PATIENT LIFT APPARATUS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.627. | PATENT (US) - PATIENT LIFT WITH ADJUSTABLE KNEE PADS AND SLING HOOKS: PATENT NO. 8,250,687 | UNDETERMINED | | UNDETERMINED |
| 60.628. | PATENT (US) - PATIENT LIFT WITH HANGER BAR ATTACHMENT: PATENT NO. 8,272,084 | UNDETERMINED | | UNDETERMINED |
| 60.629. | PATENT (US) - PLATFORM FOR ADJUSTABLE HEIGHT BED: PATENT NO. 7,237,289 | UNDETERMINED | | UNDETERMINED |
| 60.630. | PATENT (US) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. 8,621,686 | UNDETERMINED | | UNDETERMINED |
| 60.631. | PATENT (US) - POWER AND CONTROL SYSTEM FOR BED: PATENT NO. D672,727 | UNDETERMINED | | UNDETERMINED |
| 60.632. | PATENT (US) - POWER DRIVEN VEHICLE HAVING A TAKE-APART FRAME: PATENT NO. 9,561,143 | UNDETERMINED | | UNDETERMINED |
| 60.633. | PATENT (US) - POWER DRIVEN WHEELCHAIR: PATENT NO. 8,127,875 | UNDETERMINED | | UNDETERMINED |
| 60.634. | PATENT (US) - POWER DRIVEN WHEELCHAIR: PATENT NO. 8,646,551 | UNDETERMINED | | UNDETERMINED |

Debtor   Invacare Corporation
(Name)

Case number (if known)   23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.635. | PATENT (US) - PROPORTIONAL JOYSTICK WITH INTEGRAL SWITCH: PATENT NO. 7,931,101 | UNDETERMINED | | UNDETERMINED |
| 60.636. | PATENT (US) - PUMPING DEVICE: PATENT NO. 9,624,918 | UNDETERMINED | | UNDETERMINED |
| 60.637. | PATENT (US) - RECLINING SEAT: PATENT NO. 8,646,795 | UNDETERMINED | | UNDETERMINED |
| 60.638. | PATENT (US) - RECLINING SEAT: PATENT NO. 9,060,910 | UNDETERMINED | | UNDETERMINED |
| 60.639. | PATENT (US) - REMOVABLE WHEEL SUPPORT DEVICE FOR A WHEELCHAIR: PATENT NO. 8,251,391 | UNDETERMINED | | UNDETERMINED |
| 60.640. | PATENT (US) - SEAT FOR SHOWER/TOILET CHAIR: PATENT NO. D854,668 | UNDETERMINED | | UNDETERMINED |
| 60.641. | PATENT (US) - SELF-STABILIZING SUSPENSION FOR WHEELED VEHICLES: PATENT NO. 7,293,801 | UNDETERMINED | | UNDETERMINED |
| 60.642. | PATENT (US) - SLIP NUT ASSEMBLY FOR ADJUSTABLE HEIGHT BED: PATENT NO. 7,441,289 | UNDETERMINED | | UNDETERMINED |
| 60.643. | PATENT (US) - STABILITY CONTROL SYSTEM: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.644. | PATENT (US) - STABILITY CONTROL SYSTEM: PATENT NO. 10,532,626 | UNDETERMINED | | UNDETERMINED |
| 60.645. | PATENT (US) - STABILITY CONTROL SYSTEM: PATENT NO. 11,097,589 | UNDETERMINED | | UNDETERMINED |
| 60.646. | PATENT (US) - STABILITY CONTROL SYSTEM: PATENT NO. 11,535,078 | UNDETERMINED | | UNDETERMINED |
| 60.647. | PATENT (US) - STABILITY CONTROL SYSTEM: PATENT NO. 9,346,335 | UNDETERMINED | | UNDETERMINED |
| 60.648. | PATENT (US) - STABILITY CONTROL SYSTEM: PATENT NO. 9,827,823 | UNDETERMINED | | UNDETERMINED |
| 60.649. | PATENT (US) - STAND-UP LIFT: PATENT NO. D590,565 | UNDETERMINED | | UNDETERMINED |
| 60.650. | PATENT (US) - SUSPENSION FOR WHEELED VEHICLES: PATENT NO. 10,512,572 | UNDETERMINED | | UNDETERMINED |
| 60.651. | PATENT (US) - SUSPENSION FOR WHEELED VEHICLES: PATENT NO. 11,213,441 | UNDETERMINED | | UNDETERMINED |
| 60.652. | PATENT (US) - SUSPENSION FOR WHEELED VEHICLES: PATENT NO. 8,534,679 | UNDETERMINED | | UNDETERMINED |
| 60.653. | PATENT (US) - SUSPENSION FOR WHEELED VEHICLES: PATENT NO. 8,833,774 | UNDETERMINED | | UNDETERMINED |
| 60.654. | PATENT (US) - SUSPENSION FOR WHEELED VEHICLES: PATENT NO. 9,364,377 | UNDETERMINED | | UNDETERMINED |
| 60.655. | PATENT (US) - SUSPENSION FOR WHEELED VEHICLES: PATENT NO. 9,925,100 | UNDETERMINED | | UNDETERMINED |
| 60.656. | PATENT (US) - SUSPENSION SYSTEM FOR POWER WHEELCHAIR STANDER: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.657. | PATENT (US) - SUSPENSION SYSTEM FOR POWER WHEELCHAIR STANDER: PATENT NO. 11,426,313 | UNDETERMINED | | UNDETERMINED |
| 60.658. | PATENT (US) - SUSPENSION WITH RELEASABLE LOCKING SYSTEM: PATENT NO. 7,083,195 | UNDETERMINED | | UNDETERMINED |
| 60.659. | PATENT (US) - SYSTEM AND METHOD FOR CONCENTRATING GAS: PATENT NO. 9,694,311 | UNDETERMINED | | UNDETERMINED |
| 60.660. | PATENT (US) - SYSTEMS AND METHODS FOR CONTROLLING MOBILITY DEVICES (ASL FUSION 110): PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.661. | PATENT (US) - TIRE: PATENT NO. D667,761 | UNDETERMINED | | UNDETERMINED |

Debtor      Invacare Corporation

(Name)

Case number (if known) 23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.662. | PATENT (US) - VEHICLE HAVING AN ANTI-DIVE/LOCKOUT MECHANISM: PATENT NO. 6,851,711 | UNDETERMINED | | UNDETERMINED |
| 60.663. | PATENT (US) - WALKING AID: PATENT NO. D654,832 | UNDETERMINED | | UNDETERMINED |
| 60.664. | PATENT (US) - WALKING AID: PATENT NO. D654,833 | UNDETERMINED | | UNDETERMINED |
| 60.665. | PATENT (US) - WHEEL HUB CAP: PATENT NO. D948,407 | UNDETERMINED | | UNDETERMINED |
| 60.666. | PATENT (US) - WHEELCHAIR AND CONTROLLER: PATENT NO. 8,777,251 | UNDETERMINED | | UNDETERMINED |
| 60.667. | PATENT (US) - WHEELCHAIR AND SUSPENSION SYSTEMS (AVIVA FX): PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.668. | PATENT (US) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.669. | PATENT (US) - WHEELCHAIR AND SUSPENSION SYSTEMS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.670. | PATENT (US) - WHEELCHAIR ANTI-TIP: PATENT NO. D765,563 | UNDETERMINED | | UNDETERMINED |
| 60.671. | PATENT (US) - WHEELCHAIR ARMREST: PATENT NO. D765,562 | UNDETERMINED | | UNDETERMINED |
| 60.672. | PATENT (US) - WHEELCHAIR BUMPER: PATENT NO. D589,412 | UNDETERMINED | | UNDETERMINED |
| 60.673. | PATENT (US) - WHEELCHAIR CHASSIS: PATENT NO. D689,413 | UNDETERMINED | | UNDETERMINED |
| 60.674. | PATENT (US) - WHEELCHAIR FENDER: PATENT NO. D720,663 | UNDETERMINED | | UNDETERMINED |
| 60.675. | PATENT (US) - WHEELCHAIR FRAME AND WHEELCHAIR COMPRISING THE SAME: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.676. | PATENT (US) - WHEELCHAIR FRAME ELEMENT: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.677. | PATENT (US) - WHEELCHAIR FRAME ELEMENT: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.678. | PATENT (US) - WHEELCHAIR FRAME ELEMENT: PATENT NO. D896,135 | UNDETERMINED | | UNDETERMINED |
| 60.679. | PATENT (US) - WHEELCHAIR FRAME: PATENT NO. D654,408 | UNDETERMINED | | UNDETERMINED |
| 60.680. | PATENT (US) - WHEELCHAIR FRAME: PATENT NO. D721,017 | UNDETERMINED | | UNDETERMINED |
| 60.681. | PATENT (US) - WHEELCHAIR FRAME: PATENT NO. D722,286 | UNDETERMINED | | UNDETERMINED |
| 60.682. | PATENT (US) - WHEELCHAIR FRAME: PATENT NO. D749,019 | UNDETERMINED | | UNDETERMINED |
| 60.683. | PATENT (US) - WHEELCHAIR FRAME: PATENT NO. D770,334 | UNDETERMINED | | UNDETERMINED |
| 60.684. | PATENT (US) - WHEELCHAIR FRAME: PATENT NO. D770,946 | UNDETERMINED | | UNDETERMINED |
| 60.685. | PATENT (US) - WHEELCHAIR INCLUDING A COLLAPSIBLE AND/OR ANGLE ADJUSTABLE BACKREST FRAME: PATENT NO. 9,364,378 | UNDETERMINED | | UNDETERMINED |
| 60.686. | PATENT (US) - WHEELCHAIR INCLUDING A TILTABLE SEAT: PATENT NO. 9,907,713 | UNDETERMINED | | UNDETERMINED |
| 60.687. | PATENT (US) - WHEELCHAIR MOUNT AND METHOD FOR STABILIZING A WHEELCHAIR COMPONENT: PATENT NO. 8,657,322 | UNDETERMINED | | UNDETERMINED |

| Debtor | Invacare Corporation | | | Case number (if known) | 23-90068 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.688. | PATENT (US) - WHEELCHAIR ROLLING SUPPORT ELEMENT: PATENT NO. D962830 | UNDETERMINED | | UNDETERMINED |
| 60.689. | PATENT (US) - WHEELCHAIR SEAT ASSEMBLY: PATENT NO. 8,919,797 | UNDETERMINED | | UNDETERMINED |
| 60.690. | PATENT (US) - WHEELCHAIR SEAT ASSEMBLY: PATENT NO. 9,532,912 | UNDETERMINED | | UNDETERMINED |
| 60.691. | PATENT (US) - WHEELCHAIR SEAT BACK SUPPORT: PATENT NO. D693,744 | UNDETERMINED | | UNDETERMINED |
| 60.692. | PATENT (US) - WHEELCHAIR SEAT: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.693. | PATENT (US) - WHEELCHAIR SEAT: PATENT NO. D687,744 | UNDETERMINED | | UNDETERMINED |
| 60.694. | PATENT (US) - WHEELCHAIR SHROUD: PATENT NO. D656,070 | UNDETERMINED | | UNDETERMINED |
| 60.695. | PATENT (US) - WHEELCHAIR SHROUD: PATENT NO. D689,412 | UNDETERMINED | | UNDETERMINED |
| 60.696. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.697. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.698. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 10,265,229 | UNDETERMINED | | UNDETERMINED |
| 60.699. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 10,434,019 | UNDETERMINED | | UNDETERMINED |
| 60.700. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 10,912,690 | UNDETERMINED | | UNDETERMINED |
| 60.701. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 11,096,845 | UNDETERMINED | | UNDETERMINED |
| 60.702. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 11,234,875 | UNDETERMINED | | UNDETERMINED |
| 60.703. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 11,464,687 | UNDETERMINED | | UNDETERMINED |
| 60.704. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 8,272,461 | UNDETERMINED | | UNDETERMINED |
| 60.705. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 8,794,359 | UNDETERMINED | | UNDETERMINED |
| 60.706. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 9,010,470 | UNDETERMINED | | UNDETERMINED |
| 60.707. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 9,308,143 | UNDETERMINED | | UNDETERMINED |
| 60.708. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 9,603,762 | UNDETERMINED | | UNDETERMINED |
| 60.709. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 9,700,470 | UNDETERMINED | | UNDETERMINED |
| 60.710. | PATENT (US) - WHEELCHAIR SUSPENSION: PATENT NO. 9,913,768 | UNDETERMINED | | UNDETERMINED |
| 60.711. | PATENT (US) - WHEELCHAIR TABLE: PATENT NO. D765,839 | UNDETERMINED | | UNDETERMINED |
| 60.712. | PATENT (US) - WHEELCHAIR WITH ADJUSTABLE SEAT: PATENT NO. 8,235,407 | UNDETERMINED | | UNDETERMINED |
| 60.713. | PATENT (US) - WHEELCHAIR WITH SUSPENSION ARMS: PATENT NO. 8,297,388 | UNDETERMINED | | UNDETERMINED |

Debtor    Invacare Corporation                                 Case number (if known) 23-90068
         (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.714. PATENT (US) - WHEELCHAIR WITH SUSPENSION: PATENT NO. 8,910,975 | UNDETERMINED | | UNDETERMINED |
| 60.715. PATENT (US) - WHEELCHAIR: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| 60.716. PATENT (US) - WHEELCHAIR: PATENT NO. 7,520,518 | UNDETERMINED | | UNDETERMINED |
| 60.717. PATENT (US) - WHEELCHAIR: PATENT NO. D642,499 | UNDETERMINED | | UNDETERMINED |
| 60.718. PATENT (US) - WHEELCHAIR: PATENT NO. D652,357 | UNDETERMINED | | UNDETERMINED |
| 60.719. PATENT (US) - WHEELCHAIR: PATENT NO. D653,176 | UNDETERMINED | | UNDETERMINED |
| 60.720. PATENT (US) - WHEELCHAIR: PATENT NO. D720,659 | UNDETERMINED | | UNDETERMINED |
| 60.721. PATENT (US) - WHEELCHAIR: PATENT NO. D754,569 | UNDETERMINED | | UNDETERMINED |
| 60.722. PATENT (US) - WHEELCHAIR: PATENT NO. D905,600 | UNDETERMINED | | UNDETERMINED |
| 60.723. PATENT (US) - WHEELCHAIR: PATENT NO. D921,542 | UNDETERMINED | | UNDETERMINED |
| 60.724. PATENT (WO) - CONFIGURABLE POWER WHEELCHAIR SYSTEMS AND METHODS: PATENT NO. | UNDETERMINED | | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.1. AFTERMARKETGROUP.COM | UNDETERMINED | | UNDETERMINED |
| 61.2. ASL-INC.COM | UNDETERMINED | | UNDETERMINED |
| 61.3. DOMAIN EXPIRATION PROTECTION (INVACAREUNIVERSITY.COM) | UNDETERMINED | | UNDETERMINED |
| 61.4. DOMAIN EXPIRATION PROTECTION (MYBESTSEATING.COM) | UNDETERMINED | | UNDETERMINED |
| 61.5. DOMAIN EXPIRATION PROTECTION (MYBESTWHEELCHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.6. DOMAIN EXPIRATION PROTECTION (MYPERFECTSEATING.COM) | UNDETERMINED | | UNDETERMINED |
| 61.7. DOMAIN EXPIRATION PROTECTION (THEPERFECTSEATING.COM) | UNDETERMINED | | UNDETERMINED |
| 61.8. DOMAIN EXPIRATION PROTECTION (THERIGHTWHEELCHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.9. DOMAIN EXPIRATION PROTECTION (TILTINSPACECHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.10. DOMAIN EXPIRATION PROTECTION (YOURBESTWHEELCHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.11. FREEDOMDESIGNS.COM | UNDETERMINED | | UNDETERMINED |
| 61.12. INVACARE.CA | UNDETERMINED | | UNDETERMINED |
| 61.13. INVACARE.COM | UNDETERMINED | | UNDETERMINED |
| 61.14. INVACARE.COM | UNDETERMINED | | UNDETERMINED |
| 61.15. INVACARE-CC.COM | UNDETERMINED | | UNDETERMINED |
| 61.16. INVACARECONNECTS.COM | UNDETERMINED | | UNDETERMINED |
| 61.17. INVACARECONTRACTOR.COM | UNDETERMINED | | UNDETERMINED |
| 61.18. INVACAREHCS.COM | UNDETERMINED | | UNDETERMINED |
| 61.19. INVACARERESOURCES.COM | UNDETERMINED | | UNDETERMINED |
| 61.20. INVACARETEST.COM | UNDETERMINED | | UNDETERMINED |
| 61.21. INVACAREUNIVERSITY.COM | UNDETERMINED | | UNDETERMINED |
| 61.22. KUSCHALLNA.COM | UNDETERMINED | | UNDETERMINED |
| 61.23. KUSCHALLUSA.COM | UNDETERMINED | | UNDETERMINED |
| 61.24. MYBESTSEATING.COM | UNDETERMINED | | UNDETERMINED |

Debtor  Invacare Corporation
        (Name)                                              Case number (if known) 23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.25. | MYBESTWHEELCHAIR.COM | UNDETERMINED | | UNDETERMINED |
| 61.26. | MYPERFECTSEATING.COM | UNDETERMINED | | UNDETERMINED |
| 61.27. | NET-52.COM | UNDETERMINED | | UNDETERMINED |
| 61.28. | NET-52.NET | UNDETERMINED | | UNDETERMINED |
| 61.29. | NSMAIL (UNCONFIGURED) | UNDETERMINED | | UNDETERMINED |
| 61.30. | PRIVATE REGISTRATION (AFTERMARKETGROUP.COM) | UNDETERMINED | | UNDETERMINED |
| 61.31. | PRIVATE REGISTRATION (INVACARE.COM) | UNDETERMINED | | UNDETERMINED |
| 61.32. | PRIVATE REGISTRATION (INVACARE-CC.COM) | UNDETERMINED | | UNDETERMINED |
| 61.33. | PRIVATE REGISTRATION (INVACARECONTRACTOR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.34. | PRIVATE REGISTRATION (INVACAREHCS.COM) | UNDETERMINED | | UNDETERMINED |
| 61.35. | PRIVATE REGISTRATION (INVACAREINTERIORDESIGN.COM) | UNDETERMINED | | UNDETERMINED |
| 61.36. | PRIVATE REGISTRATION (INVACARERESOURCES.COM) | UNDETERMINED | | UNDETERMINED |
| 61.37. | PRIVATE REGISTRATION (INVACARETEST.COM) | UNDETERMINED | | UNDETERMINED |
| 61.38. | PRIVATE REGISTRATION (INVACAREUNIVERSITY.COM) | UNDETERMINED | | UNDETERMINED |
| 61.39. | PRIVATE REGISTRATION (KUSCHALLNA.COM) | UNDETERMINED | | UNDETERMINED |
| 61.40. | PRIVATE REGISTRATION (KUSCHALLUSA.COM) | UNDETERMINED | | UNDETERMINED |
| 61.41. | PRIVATE REGISTRATION (MYBESTSEATING.COM) | UNDETERMINED | | UNDETERMINED |
| 61.42. | PRIVATE REGISTRATION (MYBESTWHEELCHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.43. | PRIVATE REGISTRATION (MYPERFECTSEATING.COM) | UNDETERMINED | | UNDETERMINED |
| 61.44. | PRIVATE REGISTRATION (NET-52.COM) | UNDETERMINED | | UNDETERMINED |
| 61.45. | PRIVATE REGISTRATION (NET-52.NET) | UNDETERMINED | | UNDETERMINED |
| 61.46. | PRIVATE REGISTRATION (THEPERFECTSEATING.COM) | UNDETERMINED | | UNDETERMINED |
| 61.47. | PRIVATE REGISTRATION (THERIGHTWHEELCHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.48. | PRIVATE REGISTRATION (TILTINSPACECHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.49. | PRIVATE REGISTRATION (YOURBESTWHEELCHAIR.COM) | UNDETERMINED | | UNDETERMINED |
| 61.50. | ROLLREV.COM | UNDETERMINED | | UNDETERMINED |
| 61.51. | ROLLREV.NET | UNDETERMINED | | UNDETERMINED |
| 61.52. | THEPERFECTSEATING.COM | UNDETERMINED | | UNDETERMINED |
| 61.53. | THERIGHTWHEELCHAIR.COM | UNDETERMINED | | UNDETERMINED |
| 61.54. | TILTINSPACECHAIR.COM | UNDETERMINED | | UNDETERMINED |
| 61.55. | YOURBESTWHEELCHAIR.COM | UNDETERMINED | | UNDETERMINED |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1. | ORACLE LICENSES | $618,000.00 | NET BOOK VALUE | $618,000.00 |
| 62.2. | SAP LICENSES | $1,480,000.00 | NET BOOK VALUE | $1,480,000.00 |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| | NONE | | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| | NONE | | | |

Debtor  Invacare Corporation
(Name)

Case number (if known) 23-90068

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 65. | **GOODWILL** | | | |
| | **NONE** | | | |
| 66 | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | $2,098,000.00 |

**67.** Do your lists or records include **personally identifiable information** of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☑ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| | **NONE** | |
| 72. | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| | 72.1.  MULTIPLE NET OPERATING LOSSES      Tax year  VARIOUS | UNDETERMINED |
| 73. | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| | 73.1.  CASH SURRENDER DBO | $2,685,742.69 |
| 74. | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| | 74.1.  INVACARE CORPORATION – OPPOSITION TO SUNRISE MEDICAL PATENT EP3197414: CASR NO. T1831/21-3.2.02 | UNDETERMINED |
| | Nature of claim      OPPOSITION TO EP PATENT | |
| | Amount requested      UNDETERMINED | |
| | 74.2.  INVACARE V. SUNRISE:  PATENT INFRINGEMENT PROCEEDINGS RELATED TO SPIDERTRAC PATENTS - EP 1 534 545 B1: CASR NO.  7 0 118/21 | UNDETERMINED |
| | Nature of claim      PATENT INFRINGEMENT CLAIM | |
| | Amount requested      UNDETERMINED | |
| | 74.3.  INVACARE V. SUNRISE:  PATENT INFRINGEMENT PROCEEDINGS RELATED TO SPIDERTRAC PATENTS - EP 2 070 744 B1 : CASR NO.  7 0 11820 | UNDETERMINED |
| | Nature of claim      PATENT INFRINGEMENT CLAIM | |
| | Amount requested      UNDETERMINED | |

Debtor    Invacare Corporation
          (Name)

Case number (if known) 23-90068

| | Current value of debtor's interest |
|---|---|
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| 74.4.  INVACARE V. SUNRISE:  PATENT INFRINGEMENT PROCEEDINGS RELATED TO SPIDERTRAC PATENTS - EP 2 364 867 B1 : CASR NO. 7 0 130/21 | UNDETERMINED |
| **Nature of claim**  PATENT INFRINGEMENT CLAIM | |
| **Amount requested**  UNDETERMINED | |
| 74.5.  INVACARE V. SUNRISE:  PATENT INFRINGEMENT PROCEEDINGS RELATED TO SPIDERTRAC PATENTS - EP 2 364 868 B1: CASR NO. 7 0 129/21 | UNDETERMINED |
| **Nature of claim**  PATENT INFRINGEMENT CLAIM | |
| **Amount requested**  UNDETERMINED | |
| 74.6.  INVACARE V. SUNRISE: INFRINGEMENT OF INVACARE SUSPENSION PATENTS - US: CASR NO. 1:21-CV-00823-JPM | UNDETERMINED |
| **Nature of claim**  PATENT INFRINGEMENT CLAIM | |
| **Amount requested**  UNDETERMINED | |
| **75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| NONE | |
| **76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| NONE | |
| **77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1.  ADVANCES OTHER | $149,990.00 |
| 77.2.  BIRLASOFT RECHARGE RECEIVABLE | $793,320.00 |
| 77.3.  CREDIT FROM ACCESSORY RESOURCE CORPORATION | $1,098.72 |
| 77.4.  CREDIT FROM ACCURATE BIOMED SERVICES INC | $323.00 |
| 77.5.  CREDIT FROM AEROTEK INC | $3,833.23 |
| 77.6.  CREDIT FROM AON INNOVATIVE SOLUTIONS INC. | $1,635.67 |
| 77.7.  CREDIT FROM APSCO | $1,702.11 |
| 77.8.  CREDIT FROM A-QUALITY MACHINE | $129.78 |
| 77.9.  CREDIT FROM BAN PRECISION INC | $11,548.00 |
| 77.10.  CREDIT FROM BEASLEY, TIMOTHY R | $141.16 |
| 77.11.  CREDIT FROM BERTERO, FERNANDO | $1,389.31 |
| 77.12.  CREDIT FROM BRETON INDUSTRIES, M INC. | $50.00 |
| 77.13.  CREDIT FROM BURLINGTON AIR EXPRESS | $193.20 |
| 77.14.  CREDIT FROM CARNEGIE TEXTILE CO | $250.10 |
| 77.15.  CREDIT FROM CHALLENGE SAILCLOTH | $534.60 |
| 77.16.  CREDIT FROM DARLINGTON FABRICS CORP | $532.80 |
| 77.17.  CREDIT FROM DESCARTES SYSTEMS USA LLC | $477.02 |
| 77.18.  CREDIT FROM EAGLE EQUIPMENT CORPORATION | $109.98 |
| 77.19.  CREDIT FROM ELENCO ELECTRONICS, INC. | $229.33 |
| 77.20.  CREDIT FROM ELREHA CONTROLS LLC | $36,000.00 |
| 77.21.  CREDIT FROM EMS TECHNOLOGIES, INC. | $4,087.84 |
| 77.22.  CREDIT FROM ESSENTRA PLASTICS, LLC | $619.25 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| | **Current value of debtor's interest** |
|---|---|

**77.   OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | | |
|---|---|---|
| 77.23. | CREDIT FROM EVERSTREAM SOLUTIONS LLC | $10,128.33 |
| 77.24. | CREDIT FROM EXEL GLOBAL | $165.00 |
| 77.25. | CREDIT FROM FAMOUS SUPPLY CO | $22.30 |
| 77.26. | CREDIT FROM FASCO MOTORS GROUP | $815.76 |
| 77.27. | CREDIT FROM FIRST CHOICE PACKAGING | $924.87 |
| 77.28. | CREDIT FROM FLORIDA DEPT OF FINANCIAL SERVICES | $120.00 |
| 77.29. | CREDIT FROM FORZA MEDI PVT LTD | $1,960.00 |
| 77.30. | CREDIT FROM GENERAL PROTO-FAB CO INC | $325.00 |
| 77.31. | CREDIT FROM GES EXPOSITION SERVICES | $578.76 |
| 77.32. | CREDIT FROM GREENFIELD PRODUCTS INC | $9.08 |
| 77.33. | CREDIT FROM GSE FOSHAN | $2,896.77 |
| 77.34. | CREDIT FROM GUIZHOU XINAN AVIATION MACHINERY CO LTD | $1,156.91 |
| 77.35. | CREDIT FROM HOLSTON GASES | $91.66 |
| 77.36. | CREDIT FROM HOVEROUND CORPORATION | $6,358.80 |
| 77.37. | CREDIT FROM INTREX GLOBAL SOLUTIONS | $392.97 |
| 77.38. | CREDIT FROM J E JOHNSON PALLET, INC. | $1,396.35 |
| 77.39. | CREDIT FROM JIANGSU TONGSHUN POWER TECHNOLOGY CO. | $20,778.08 |
| 77.40. | CREDIT FROM KAB SEATING LIMITED | $1,101.64 |
| 77.41. | CREDIT FROM KEY TRONIC CORPORATION | $34,891.17 |
| 77.42. | CREDIT FROM KLARVIK | $1,468.50 |
| 77.43. | CREDIT FROM LORNE BEATTY | $60,994.64 |
| 77.44. | CREDIT FROM MADGE.WEB INCORPORATED | $6,100.84 |
| 77.45. | CREDIT FROM MEDICAL SCIENCE CENTER | $1,925.31 |
| 77.46. | CREDIT FROM MIAMI COMPUTER SUPPLY, INC. | $125.14 |
| 77.47. | CREDIT FROM MIDDLEBURG YARN CIT GROUP/ COMMERCIAL SVCS. | $527.18 |
| 77.48. | CREDIT FROM MOORE BUSINESS FORMS AND SYST. | $1,166.45 |
| 77.49. | CREDIT FROM NORTHERN STATES METALS | $702.61 |
| 77.50. | CREDIT FROM ONWARD CLUTHE HARDWARE INC. | $486.20 |
| 77.51. | CREDIT FROM P C CAMPANA | $2,708.83 |
| 77.52. | CREDIT FROM PADGETT-THOMPSON PRODUCTS | $186.20 |
| 77.53. | CREDIT FROM PEPE LOGISTICA SA DE CV | $4,200.00 |
| 77.54. | CREDIT FROM PERKINS MOTOR SERVICE | $437.51 |
| 77.55. | CREDIT FROM PITCOCK BIOMEDICAL INC | $18.00 |
| 77.56. | CREDIT FROM POLYKOTE INCORPORATED | $29.40 |
| 77.57. | CREDIT FROM REAC POLAND SP. Z.O.O. | $19,029.00 |
| 77.58. | CREDIT FROM REHAU INC | $458.91 |
| 77.59. | CREDIT FROM ROCIO KARINA GUTIERREZ DE HOYOS | $1,802.70 |
| 77.60. | CREDIT FROM ROSSTRON INC. | $511.11 |
| 77.61. | CREDIT FROM SACHS BICYCLE COMPONENTS | $651.63 |
| 77.62. | CREDIT FROM SERVICE EXPRESS INC | $633.14 |
| 77.63. | CREDIT FROM SHERRILL INDUSTRIES INC | $218.28 |

| Debtor | Invacare Corporation | Case Number (if known) 23-90068 |
|---|---|---|
| | (Name) | |

| | | Current value of debtor's interest |
|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.64. | CREDIT FROM SMART PUMPS INCORPORATED | $71.20 |
| 77.65. | CREDIT FROM SOUTHEASTERN BIOMEDICAL SERVICES LLC | $2,246.55 |
| 77.66. | CREDIT FROM STATE OF TEXAS COMPTROLLER | $2,900.00 |
| 77.67. | CREDIT FROM TECHNIMARK INC | $249,170.62 |
| 77.68. | CREDIT FROM TECHNOLOGY HOUSE. | $21,921.00 |
| 77.69. | CREDIT FROM UNITEX MIDWEST | $1.49 |
| 77.70. | CREDIT FROM VEXOS | $713.00 |
| 77.71. | CREDIT FROM VIATECH PUBLISHING SOLUTIONS INC | $7,937.28 |
| 77.72. | INTERCOMPANY LOAN RECEIVABLE - CARROLL HEALTHCARE, INC. | $30,815,482.92 |
| 77.73. | INTERCOMPANY LOAN RECEIVABLE - INVACARE AUSTRALIA PTY. LTD. | $1,103,981.07 |
| 77.74. | INTERCOMPANY LOAN RECEIVABLE - INVACARE HOLDINGS, LLC (OHIO) | $142,355.78 |
| 77.75. | INTERCOMPANY LOAN RECEIVABLE - INVACARE THAILAND | $4,202,222.50 |
| 77.76. | INTERCOMPANY TRADE RECEIVABLE - INVACARE ASIA LTD. | $48,785.79 |
| 77.77. | INTERCOMPANY TRADE RECEIVABLE - INVACARE AUSTRALIA PTY. LTD. | $544,420.06 |
| 77.78. | INTERCOMPANY TRADE RECEIVABLE - INVACARE CANADA L.P. | $217,862.62 |
| 77.79. | INTERCOMPANY TRADE RECEIVABLE - INVACARE CREDIT CORPORATION | $57,892,996.52 |
| 77.80. | INTERCOMPANY TRADE RECEIVABLE - INVACARE GMBH (GERMANY) | $320,471.70 |
| 77.81. | INTERCOMPANY TRADE RECEIVABLE - INVACARE HOLDINGS C.V. (NETHERLANDS) | $18,738.76 |
| 77.82. | INTERCOMPANY TRADE RECEIVABLE - INVACARE IRELAND LTD. (IRELAND) | $11,661.73 |
| 77.83. | INTERCOMPANY TRADE RECEIVABLE - INVACARE NEW ZEALAND | $18,010.02 |
| 77.84. | INTERCOMPANY TRADE RECEIVABLE - INVACARE THAILAND | $2,322,363.98 |
| 77.85. | INTERCOMPANY TRADE RECEIVABLE - INVACARE UK OPERATIONS LIMITED (UK) | $91,248.15 |
| 77.86. | INTERCOMPANY TRADE RECEIVABLE - MEDBLOCK GROUP | $3,596,759.77 |
| 77.87. | INTERCOMPANY TRADE RECEIVABLE - MOTION CONCEPTS L.P. | $704,677.74 |
| 77.88. | IRS RETENTION TAX CREDIT | $555,251.20 |
| 77.89. | OTHER CURRENT RECEIVABLES | $114,739.62 |
| 77.90. | OTHER LT ASSETS | $60,000.00 |
| 77.91. | OTHER MISC ASSETS | $100,528.80 |
| 77.92. | PRESCRIPTION QUARTERLY REBATE | $94,000.00 |
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | **$107,143,952.69** |
| **79.** | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No  ☐ Yes | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,482,137.06 | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,313,955.24 | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| | | | |
|---|---|---|---|
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $21,200,763.19 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $24,487,664.19 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,538,923.23 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,816,092.94 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $1,818,441.28 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,098,000.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.*    **+** | $107,143,952.69 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $194,081,488.54   **+** 91b. | $1,818,441.28 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . | | $195,899,929.82 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Invacare Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90068 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

1.   **1.   Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim *Do not deduct the value of collateral.* | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Creditor's name** C T CORPORATION SYSTEM, AS REPRESENTATIVE **Creditor's mailing address** 330 N BRAND BLVD, SUITE 700 ATTN: SPRS GLENDALE, CA  91203 **Creditor's email address** **Date or dates debt was incurred** **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** EQUIPMENT LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 142 TO MASTER LEASE 192027 AND RELATED ASSETS **Describe the lien** UCC-1 RECORDED IN STATE OF OHIO 1/8/2018 AS FILE NO. OH00217981201 **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |

Debtor   Invacare Corporation
         (Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Column A | Column B |
|--|--|--|----------|----------|
|  |  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  |  | *Do not deduct the value of collateral.* |  |

| 2.2 | **Creditor's name**<br>C T CORPORATION SYSTEM, AS REPRESENTATIVE<br><br>**Creditor's mailing address**<br>330 N BRAND BLVD, SUITE 700<br>ATTN: SPRS<br>GLENDALE, CA 91203<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT, SOFTWARE AND PERSONAL PROPERTY LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 143 TO MASTER LEASE 192027 AND RELATED ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 7/2/2018 AS FILE NO. OH00222856051<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.3 | **Creditor's name**<br>C T CORPORATION SYSTEM, AS REPRESENTATIVE<br><br>**Creditor's mailing address**<br>330 N BRAND BLVD, SUITE 700<br>ATTN: SPRS<br>GLENDALE, CA 91203<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT, SOFTWARE AND PERSONAL PROPERTY LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 144 TO MASTER LEASE 192027 AND RELATED ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 8/1/2018 AS FILE NO. OH00223671909<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.4 | **Creditor's name**<br>C T CORPORATION SYSTEM, AS REPRESENTATIVE<br><br>**Creditor's mailing address**<br>330 N BRAND BLVD, SUITE 700<br>ATTN: SPRS<br>GLENDALE, CA  91203<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 146 TO MASTER LEASE 192027 AND RELATED ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 1/8/2019 AS FILE NO. OH00227514012<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.5 | **Creditor's name**<br>C T CORPORATION SYSTEM, AS REPRESENTATIVE<br><br>**Creditor's mailing address**<br>330 N BRAND BLVD, SUITE 700<br>ATTN: SPRS<br>GLENDALE, CA  91203<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT, SOFTWARE AND PERSONAL PROPERTY LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 145 TO MASTER LEASE 192027 AND RELATED ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 9/20/2018 AS FILE NO. OH00224905028<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.6**

**Creditor's name**
C T CORPORATION SYSTEM, AS REPRESENTATIVE

**Creditor's mailing address**
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE, CA  91203

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 147 TO MASTER LEASE 192027 AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 1/8/2019 AS FILE NO. OH00227514123

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN          UNKNOWN

**2.7**

**Creditor's name**
C T CORPORATION SYSTEM, AS REPRESENTATIVE

**Creditor's mailing address**
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE, CA  91203

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 148 TO MASTER LEASE 192027 AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 6/21/2019 AS FILE NO. OH00231836363

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN          UNKNOWN

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.8**

**Creditor's name**
C T CORPORATION SYSTEM, AS REPRESENTATIVE

**Creditor's mailing address**
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE, CA 91203

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT, SOFTWARE AND PERSONAL PROPERTY LEASED TO LESSEE PURSUANT TO EQUIPMENT SCHEDULE 140 TO MASTER LEASE 192027 AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 12/28/2017 AS FILE NO. OH00217756426

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

**2.9**

**Creditor's name**
CISCO SYSTEMS CAPITAL CORPORATION

**Creditor's mailing address**
170 W. TASMAN DRIVE, MS SJ13-3
SAN JOSE, CA 95134

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED FROM SECURED PARTY AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 10/31/2013 AS FILE NO. OH00171498221

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.10**

**Creditor's name**
CIT BANK, N.A.

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
JACKSONVILLE, FL  32256

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO CIT BANK, N.A.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO
7/10/2018 AS FILE NO. SR172056

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

**2.11**

**Creditor's name**
CIT BANK, N.A.

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
JACKSONVILLE, FL  32256

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO CIT BANK, N.A.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO
1/10/2019 AS FILE NO. SR256595

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

Debtor     Invacare Corporation
         (Name)

Case number (if known)  23-90068

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

| 2.12 | **Creditor's name**<br>CIT BANK, N.A.<br><br>**Creditor's mailing address**<br>10201 CENTURION PARKWAY NORTH<br>JACKSONVILLE, FL  32256<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSIGNMENT TO CIT BANK, N.A.<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 1/10/2019 AS FILE NO. SR256592<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.13 | **Creditor's name**<br>CIT BANK, N.A.<br><br>**Creditor's mailing address**<br>10201 CENTURION PARKWAY NORTH<br>JACKSONVILLE, FL  32256<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSIGNMENT TO CIT BANK, N.A.<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 1/10/2019 AS FILE NO. SR256594<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 1: | Additional Page |
| --- | --- |

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.14**

**Creditor's name**
COMPUTERSHARE TRUST COMPANY, N.A.

**Creditor's mailing address**
C/O FOLEY & LARDNER LLP
ATTN HAROLD KAPLAN; MARK HEBBELN;
AARON TANTELEFF
321 N CLARK ST, STE 3000
CHICAGO, IL  60654

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　Specify each creditor, including this
　creditor, and its relative priority.
　SEE GLOBAL NOTE

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL ASSETS

**Describe the lien**
5.68% CONVERTIBLE SENIOR
SECURED
NOTES (SECURED TRANCHE I
CONVERTIBLE NOTES & SECURED
TRANCHE II CONVERTIBLE NOTES)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $41,671,315.00　　Value of collateral: UNDETERMINED

**2.15**

**Creditor's name**
CRESTMARK EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
40950 WOODWARD AVENUE, SUITE 201
BLOOMFIELD HILLS, MI  48304

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL OF THE EQUIPMENT ON SCHEDULE
NO.004 TO MASTER EQUIPMENT LEASE
AGREEMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO
8/16/2017 AS FILE NO. OH00214219768

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN　　Value of collateral: UNKNOWN

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.16**

**Creditor's name**
DELL FINANCIAL SERVICES, L.P.

**Creditor's mailing address**
12234 N. IH-35, BLDG. B
AUSTIN, TX  78753

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

ALL COMPUTER EQUIPMENT AND PERIPHERALS LEASED TO LESSEE BY LESSOR PURSUANT TO THAT CERTAIN MASTER LEASE AGREEMENT #6432934, DATED 9/27/2002 AND ALL SCHEDULES THERETO AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 12/7/2005 AS FILE NO. OH00096326175

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

**2.17**

**Creditor's name**
GLAS TRUST CORPORATION LIMITED, AS COLLATERAL AGENT

**Creditor's mailing address**
55 LUDGATE HILL, LEVEL 1 WEST
LONDON  EC4M
UNITED KINGDOM

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 7/26/2022 AS FILE NO. OH00265283289

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

Debtor  Invacare Corporation
        (Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** <br> *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

| 2.18 | **Creditor's name** <br> GLAS TRUST CORPORATION LIMITED, AS COLLATERAL AGENT <br><br> **Creditor's mailing address** <br> 55 LUDGATE HILL, LEVEL 1 WEST <br> LONDON  EC4M <br> UNITED KINGDOM <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL ASSETS <br><br> **Describe the lien** <br> UCC-1 RECORDED IN STATE OF OHIO 7/26/2022 AS FILE NO. OH00265282611 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.19 | **Creditor's name** <br> GLAS TRUST CORPORATION LIMITED, AS COLLATERAL AGENT <br><br> **Creditor's mailing address** <br> 55 LUDGATE HILL, LEVEL 1 WEST <br> LONDON  EC4M 7JW <br> UNITED KINGDOM <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL ASSETS <br><br> **Describe the lien** <br> UCC-1 RECORDED IN STATE OF OHIO 7/26/2022 AS FILE NO. OH00265282500 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |
| 2.20 | **Creditor's name**<br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br><br>**Creditor's mailing address**<br>200 CONNELL DRIVE<br>BERKELEY HEIGHTS, NJ  7922<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL EQUIPMENT LEASED WHICH SECURED PARTY HAS LEASED TO OR FINANCED FOR DEBTOR AND RELATED ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 5/5/2016 AS FILE NO. OH00200565422<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | UNKNOWN | UNKNOWN |
| 2.21 | **Creditor's name**<br>HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P.<br><br>**Creditor's mailing address**<br>277 PARK AVENUE<br>ATTN: DAMON MEYER, JONATHAN SEGAL, IAN SCIME, JASON HEMPEL<br>NEW YORK, NY  10172<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    SEE GLOBAL NOTE | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL ASSETS<br><br>**Describe the lien**<br>AMENDMENT AGREEMENT AND JOINDER TO FOREIGN GUARANTEE AGREEMENT, DATED AS OF OCTOBER 3, 2022 (PREPETITION TERM LOAN CREDIT AGREEMENT)<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $59,734,602.00 | UNDETERMINED |

Debtor   Invacare Corporation
_____
(Name)

Case number (if known) 23-90068
_____

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

| 2.22 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**2.22**

**Creditor's name**
KONICA MINOLTA PREMIER FINANCE

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH, SUITE 100
JACKSONVILLE, FL  32256

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SPECIFIC LEASED EQUIPMENT AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 10/17/2017 AS FILE NO. OH00215853602

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.23**

**Creditor's name**
LCA BANK CORPORATION

**Creditor's mailing address**
1441 W. UTE BLVD, SUITE 250
PARK CITY, UT  84098

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT REFERENCED IN LEASE AGREEMENT #127309-008 AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 10/16/2018 AS FILE NO. OH00225546603

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

Debtor   Invacare Corporation
_____
(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
|---|---|

|  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.24**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-013 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 10/16/2013 AS FILE NO. OH00171121709

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| UNKNOWN | UNKNOWN |
|---|---|

---

**2.25**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-007 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 1/17/2013 AS FILE NO. OH00164279985

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| UNKNOWN | UNKNOWN |
|---|---|

Debtor    Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.26 | **Creditor's name** MACQUARIE EQUIPMENT FINANCE, INC. | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-009 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 5/2/2013 AS FILE NO. OH00166786609

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.27 | **Creditor's name** MACQUARIE EQUIPMENT FINANCE, INC. | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-006 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 1/29/2013 AS FILE NO. OH00164460011

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.28 | **Creditor's name** MACQUARIE EQUIPMENT FINANCE, INC. **Creditor's mailing address** 2285 FRANKLIN ROAD, SUITE 100 BLOOMFIELD HILLS, MI  48302 **Creditor's email address** **Date or dates debt was incurred** **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-007 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT **Describe the lien** UCC-1 RECORDED IN STATE OF OHIO 1/29/2013 AS FILE NO. OH00164460122 **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☒ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.29 | **Creditor's name** MACQUARIE EQUIPMENT FINANCE, INC. **Creditor's mailing address** 2285 FRANKLIN ROAD, SUITE 100 BLOOMFIELD HILLS, MI  48302 **Creditor's email address** **Date or dates debt was incurred** **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-008 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT **Describe the lien** UCC-1 RECORDED IN STATE OF OHIO 5/2/2013 AS FILE NO. OH00166786598 **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☒ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.30**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-006 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 1/18/2013 AS FILE NO. OH00164279874

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

**2.31**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-012 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 10/22/2013 AS FILE NO. OH00171233413

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.32 | **Creditor's name** MACQUARIE EQUIPMENT FINANCE, INC. | **Describe debtor's property that is subject to a lien** ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-015 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** 2285 FRANKLIN ROAD, SUITE 100 BLOOMFIELD HILLS, MI  48302 | | | |
| | **Creditor's email address** | **Describe the lien** UCC-1 RECORDED IN STATE OF OHIO 1/7/2014 AS FILE NO. OH00173067826 | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | | |

| 2.33 | **Creditor's name** MACQUARIE EQUIPMENT FINANCE, INC. | **Describe debtor's property that is subject to a lien** ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-018 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** 2285 FRANKLIN ROAD, SUITE 100 BLOOMFIELD HILLS, MI  48302 | | | |
| | **Creditor's email address** | **Describe the lien** UCC-1 RECORDED IN STATE OF OHIO 4/8/2014 AS FILE NO. OH00175151554 | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | | |

Debtor    Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

| 2.34 | **Creditor's name**<br>MACQUARIE EQUIPMENT FINANCE, INC.<br><br>**Creditor's mailing address**<br>2285 FRANKLIN ROAD, SUITE 100<br>BLOOMFIELD HILLS, MI  48302<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-019 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 7/14/2014 AS FILE NO. OH00177813853<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.35 | **Creditor's name**<br>MACQUARIE EQUIPMENT FINANCE, INC.<br><br>**Creditor's mailing address**<br>2285 FRANKLIN ROAD, SUITE 100<br>BLOOMFIELD HILLS, MI  48302<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-020 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 7/14/2014 AS FILE NO. OH00177814865<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.36**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-017 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 4/8/2014 AS FILE NO. OH00175151443

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

**2.37**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-021 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 9/22/2014 AS FILE NO. OH00179584040

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.38**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. INVA LL-014 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 1/7/2014 AS FILE NO. OH0173067159

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN                    UNKNOWN

**2.39**

**Creditor's name**
MACQUARIE EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN ROAD, SUITE 100
BLOOMFIELD HILLS, MI  48302

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-011 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 7/2/2013 AS FILE NO. OH00168501891

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN                    UNKNOWN

Debtor    Invacare Corporation
           (Name)

Case number (if known)   23-90068

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* | |

| 2.40 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|------|---------------------|-----------------------------------------------------------|---------|---------|
| | MACQUARIE EQUIPMENT FINANCE, INC. | ALL EQUIPMENT LEASED BY DEBTOR AS LESSEE UNDER LEASELINE SCHEDULE NO. LL-010 AND RELATED ASSETS INCLUDING SPECIFIC EQUIPMENT | | |
| | **Creditor's mailing address** | | | |
| | 2285 FRANKLIN ROAD, SUITE 100 BLOOMFIELD HILLS, MI 48302 | **Describe the lien** | | |
| | **Creditor's email address** | UCC-1 RECORDED IN STATE OF OHIO 7/2/2013 AS FILE NO. OH00168501780 | | |
| | **Date or dates debt was incurred** | **Is the creditor an insider or related party?** | | |
| | **Last 4 digits of account number:** | ☑ No | | |
| | | ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** | **Is anyone else liable on this claim?** | | |
| | ☑ No | ☑ No | | |
| | ☐ Yes | ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** | | |
| | | *Check all that apply.* | | |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.41 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|------|---------------------|-----------------------------------------------------------|---------|---------|
| | MACQUARIE EQUIPMENT FINANCE, LLC | ALL EQUIPMENT AND OTHER PROPERTY LEASED TO DEBTOR UNDER A MASTER LEASE BETWEEN DEBTOR AS LESSEE AND SECURED PARTY AS LESSOR AND RELATED ASSETS | | |
| | **Creditor's mailing address** | | | |
| | 2285 FRANKLIN ROAD SUITE 100 BLOOMFIELD HILLS, MI 48302 | **Describe the lien** | | |
| | **Creditor's email address** | UCC-1 RECORDED IN STATE OF OHIO 2/6/2010 AS FILE NO. OH00140144154 | | |
| | **Date or dates debt was incurred** | **Is the creditor an insider or related party?** | | |
| | **Last 4 digits of account number:** | ☑ No | | |
| | | ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** | **Is anyone else liable on this claim?** | | |
| | ☑ No | ☑ No | | |
| | ☐ Yes | ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** | | |
| | | *Check all that apply.* | | |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | |
| | | ☐ Disputed | | |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.42 | **Creditor's name**<br>MERIDIAN LEASING CORPORATION<br><br>**Creditor's mailing address**<br>NINE PARKWAY NORTH SUITE 500<br>DEERFIELD, IL  60015<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL EQUIPMENT LEASED BY LESSEE FROM LESSOR UNDER SUPPLEMENT NUMBER 1 TO MASTER LEASE AGREEMENT DATED 8/11/2020 AND RELATED ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 8/21/2020 AS FILE NO. OH00245674193<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.43 | **Creditor's name**<br>MERIDIAN LEASING CORPORATION<br><br>**Creditor's mailing address**<br>NINE PARKWAY NORTH SUITE 500<br>DEERFIELD, IL  60015<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL EQUIPMENT LEASED BY LESSEE FROM LESSOR UNDER SUPPLEMENT NUMBER 2 TO MASTER LEASE AGREEMENT DATED 8/11/2020 AND RELATED ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 10/8/2020 AS FILE NO. OH00247081249<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|

(Name)

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.44**

**Creditor's name**
PNC BANK, NATIONAL ASSOCIATION

**Creditor's mailing address**
500 FIRST AVENUE
PITTSBURGH, PA  15219

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE GLOBAL NOTE

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL ASSETS

**Describe the lien**
SECOND AMENDED AND RESTATED REVOLVING CREDIT AND SECURITY AGREEMENT, DATED AS OF JULY 26, 2022 (PREPETITION REVOLVING CREDIT FACILITY)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,843,606.00     UNDETERMINED

**2.45**

**Creditor's name**
PNC BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
COMMERCIAL LOAN SERVICE CENTER/DCC
500 FIRST AVENUE
PITTSBURGH, PA  15219

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL INVESTMENT PROPERTY, INCLUDING DEBTOR'S OWNERSHIP INTERESTS IN ADAPTIVE SWITCH LABORATORIES, INC., FREEDOM DESIGNS, INC., INVACARE CONTINUING CARE, INC., INVACARE CREDIT CORPORATION

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 1/16/2015 AS FILE NO. OH00182501960

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN     UNKNOWN

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.46 | **Creditor's name**<br>PNC BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT<br><br>**Creditor's mailing address**<br>COMMERCIAL LOAN SERVICE CENTER/DCC<br>500 FIRST AVENUE<br>PITTSBURGH, PA  15219<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 1/16/2015 AS FILE NO. OH00182501293<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.47 | **Creditor's name**<br>PNC BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT<br><br>**Creditor's mailing address**<br>COMMERCIAL LOAN SERVICE CENTER/DCC, 500 FIRST AVENUE<br>PITTSBURGH, PA  15219<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL ASSETS AND PROPERTY, (ALBER USA DBA INVACARE CORPORATION)<br><br>**Describe the lien**<br>UCC-1 RECORDED IN STATE OF OHIO 9/22/2015 AS FILE NO. OH00189255227<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.48**

**Creditor's name**
PNC BANK, NATIONAL ASSOCIATION, AS AGENT

**Creditor's mailing address**
COMMERCIAL LOAN SERVICE CENTER/DCC, 500 FIRST AVENUE
PITTSBURGH, PA  15219

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 7/8/2022 AS FILE NO. OH0264845654

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| UNKNOWN | UNKNOWN |
|---|---|

**2.49**

**Creditor's name**
PNC BANK, NATIONAL ASSOCIATION, AS AGENT

**Creditor's mailing address**
COMMERCIAL LOAN SERVICE CENTER/DCC, 500 FIRST AVENUE
PITTSBURGH, PA  15219

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL INVESTMENT PROPERTY, INCLUDING DEBTOR'S OWNERSHIP INTERESTS IN ADAPTIVE SWITCH LABORATORIES, INC., FREEDOM DESIGNS, INC., INVACARE CONTINUING CARE, INC., INVACARE CREDIT CORPORATION

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 7/26/2022 AS FILE NO. OH00265273834

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| UNKNOWN | UNKNOWN |
|---|---|

Debtor   Invacare Corporation

(Name)

Case number (if known)   23-90068

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

| 2.50 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | PRESIDIO TECHNOLOGY CAPITAL, LLC | PRESIDIO - PRESENT AND FUTURE GOODS LEASED BY PRESIDIO TECHNOLOGY CAPITAL TO INVACARE CORPORATION PURSUANT TO MASTER LEASE DATED 7/9/2012 AND RELATED ASSETS | | |
| | **Creditor's mailing address** | | | |
| | TWO SUN COURT | | | |
| | NORCROSS, GA  30092 | | | |
| | **Creditor's email address** | **Describe the lien** | | |
| | | UCC-1 RECORDED IN STATE OF OHIO 11/5/2012 AS FILE NO. OH00162501613 | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☒ No | | |
| | ☒ No | ☐ Yes | | |
| | ☐ Yes | **Is anyone else liable on this claim?** | | |
| | | ☒ No | | |
| | | ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** | | |
| | | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.51 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | RBS ASSET FINANCE, INC. | ASSIGNMENT TO RBS ASSET FINANCE, INC. | | |
| | **Creditor's mailing address** | | | |
| | 480 JEFFERSON BLVD | **Describe the lien** | | |
| | WARWICK, RI  02886 | UCC-1 RECORDED IN STATE OF OHIO 11/22/2013 AS FILE NO. 20133260110 | | |
| | **Creditor's email address** | | | |
| | **Date or dates debt was incurred** | **Is the creditor an insider or related party?** | | |
| | **Last 4 digits of account number:** | ☒ No | | |
| | | ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** | **Is anyone else liable on this claim?** | | |
| | ☒ No | ☒ No | | |
| | ☐ Yes | ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** | | |
| | | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☐ Disputed | | |

Debtor   Invacare Corporation
(Name)
Case Number (if known) 23-90068

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Column A | Column B |
|--|--|--|----------|----------|
|  |  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  |  | *Do not deduct the value of collateral.* | |

**2.52**

**Creditor's name**
RBS ASSET FINANCE, INC.

**Creditor's mailing address**
480 JEFFERSON BLVD
WARWICK, RI  02886

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO RBS ASSET FINANCE, INC.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO
1/16/2014 AS FILE NO. 20140160144

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.53**

**Creditor's name**
RBS ASSET FINANCE, INC.

**Creditor's mailing address**
480 JEFFERSON BLVD
WARWICK, RI  02886

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO RBS ASSET FINANCE, INC.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO
4/11/2014 AS FILE NO. 20141010017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
|---|---|

|  | **Column A** | **Column B** |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.54**

**Creditor's name**
RBS ASSET FINANCE, INC.

**Creditor's mailing address**
480 JEFFERSON BLVD
WARWICK, RI  02886

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO RBS ASSET FINANCE, INC.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 8/5/2013 AS FILE NO. 20132170199

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

**2.55**

**Creditor's name**
RBS ASSET FINANCE, INC.

**Creditor's mailing address**
480 JEFFERSON BLVD
WARWICK, RI  02886

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO RBS ASSET FINANCE, INC.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 1/16/2014 AS FILE NO. 20140160141

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

Debtor    Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.56**

**Creditor's name**
RBS ASSET FINANCE, INC.

**Creditor's mailing address**
480 JEFFERSON BLVD
WARWICK, RI  02886

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO RBS ASSET FINANCE, INC.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 8/5/2013 AS FILE NO. 20132170227

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.57**

**Creditor's name**
RBS ASSET FINANCE, INC.

**Creditor's mailing address**
480 JEFFERSON BLVD
WARWICK, RI  02886

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSIGNMENT TO RBS ASSET FINANCE, INC.

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 11/22/2013 AS FILE NO. 20133260111

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

| Debtor | Invacare Corporation | Case number (if known) 23-90068 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.58 | **Creditor's name** RBS ASSET FINANCE, INC. | **Describe debtor's property that is subject to a lien** ASSIGNMENT TO RBS ASSET FINANCE, INC. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
480 JEFFERSON BLVD
WARWICK, RI  02886

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO
4/11/2014 AS FILE NO. 20141010016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| 2.59 | **Creditor's name** SPECIALIZED BICYCLE COMPONENTS, INC. | **Describe debtor's property that is subject to a lien** ALL INVENTORY SOLD BY SECURED PARTY TO DEBTOR BEARING THE TRADENAME "SPECIALIZED" OF SECURED PARTY AND RELATED ASSETS | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
15130 CONCORD CIRCLE
MORGAN HILL, CA  95037

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
UCC-1 RECORDED IN STATE OF
OHIO 4/4/2008 AS FILE NO.
OH00125435667

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Debtor  Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |
| 2.60 | **Creditor's name** U.S. BANK EQUIPMENT FINANCE | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address** 1310 MADRID STREET MARSHALL, MN 56258 | PRESIDIO - PARTIAL ASSIGNMENT TO U.S. BANK EQUIPMENT FINANCE – ALL EQUIPMENT UNDER SCHEDULE 678627 AND RELATED ASSETS | | |
| | **Creditor's email address** | **Describe the lien** | | |
| | **Date or dates debt was incurred** | UCC-1 RECORDED IN STATE OF OHIO 5/24/2019, 8/1/2019, 6/20/2022 AS FILE NOS. SR318434, SR359656 & SR920918 | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | | |
| 2.61 | **Creditor's name** UNIFI EQUIPMENT FINANCE INC. | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address** 3893 RESEARCH PARK DRIVE ANN ARBOR, MI 48108 | PRESIDIO - PARTIAL ASSIGNMENT TO UNIFI EQUIPMENT FINANCE – ALL EQUIPMENT UNDER SCHEDULE 674509 AND RELATED ASSETS | | |
| | **Creditor's email address** | **Describe the lien** | | |
| | **Date or dates debt was incurred** | UCC-1 RECORDED IN STATE OF OHIO 12/24/2014 AS FILE NO. 20143600093 | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | | |

Debtor  Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.62**

**Creditor's name**
UNUM INSURANCE

**Creditor's mailing address**
2211 CONGRESS STREET
PORTLAND, ME  04122

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
CASH SURRENDER DBO

**Describe the lien**
NOTE PAYABLE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000,000.00    $2,685,742.69

**2.63**

**Creditor's name**
WELLS FARGO FINANCIAL LEASING, INC.

**Creditor's mailing address**
MAC F4031-040, 800 WALNUT STREET
DES MOINES, IA  50309

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRESIDIO - AMENDMENT TO ADD COLLATERAL– ALL EQUIPMENT UNDER SCHEDULE 675295 & 675558 AND RELATED ASSETS

**Describe the lien**
UCC-1 RECORDED IN STATE OF OHIO 2/11/2016 & 8/8/2016  AS FILE NOS. 20160470690 & 20162240144

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN    UNKNOWN

**3.**  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$109,249,523.00

Debtor   Invacare Corporation
        (Name)

Case Number (if known)   23-90068

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| CANTOR FITZGERALD SECURITIES | Line 2.21 | |
| GLAS TRUST CORPORATION LIMITED<br>55 LUDGATE HILL, LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM | Line 2.21 | |
| GLAS TRUST CORPORATION LIMITED<br>55 LUDGATE HILL, LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM | Line 2.14 | |
| JPMORGAN CHASE BANK, N.A. | Line 2.44 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Invacare Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90068 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ALABAMA DEPARTMENT OF REVENUE<br>BUSINESS PRIVILEGE TAX SECTION<br>50 N RIPLEY ST<br>MONTGOMERY, AL  36130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ALABAMA DEPARTMENT OF REVENUE<br>BUSINESS PRIVILEGE TAX SECTION<br>PO BOX 327320<br>MONTGOMERY, AL  36132-7320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>ALABAMA DEPARTMENT OF REVENUE<br>INCOME TAX ADMISTRATIION DIVISION<br>50 N RIPLEY ST<br>MONTGOMERY, AL  36130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNKNOWN |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.4** | **Priority creditor's name and mailing address**
ALABAMA DEPARTMENT OF REVENUE
INCOME TAX ADMISTRATION DIVISION
PO BOX 327430
MONTGOMERY, AL  36132-7430

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.5** | **Priority creditor's name and mailing address**
ALABAMA DEPARTMENT OF REVENUE
INCOME TAX ADMISTRATION DIVISION
PO BOX 327435
MONTGOMERY, AL  36132-7435

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.6** | **Priority creditor's name and mailing address**
ALABAMA DEPARTMENT OF REVENUE
INCOME TAX ADMISTRATION DIVISION
PO BOX 327451
MONTGOMERY, AL  36132-7451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.7** | **Priority creditor's name and mailing address**
ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE
PHOENIX, AZ  72201-1030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.8** | **Priority creditor's name and mailing address**
AVOYELLES PARISH
AVOYELLES PARISH SALES & USE TAX DEPT
221 TUNICA DRIVE WEST
MARKSVILLE, LA  71351

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

Debtor   Invacare Corporation   Case Number (if known)   23-90068
(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.9 | **Priority creditor's name and mailing address**<br><br>CADDO-SHREVEPORT SA<br>CADDO-SHREVEPORT SALES & USE TAX COMM<br>P.O. BOX 104<br>SHREVEPORT, LA  71161<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.10 | **Priority creditor's name and mailing address**<br><br>CALCASIEU PARISH<br>CALCASIEU PARISH SALES AND USE TAX DEPT<br>P.O. DRAWER 2050<br>LAKE CHARLES, LA  70602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.11 | **Priority creditor's name and mailing address**<br><br>CALIFORNIA DEPARTMENT OF REVENUE<br>FRANCHISE TAX BOARD<br>PO BOX 942867<br>SACRAMENTO, CA  94287-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.12 | **Priority creditor's name and mailing address**<br><br>CITY OF ANNISTON<br>P.O. BOX 935145<br>ATLANTA, GA  31193-5145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.13 | **Priority creditor's name and mailing address**<br><br>CITY OF CALERA<br>7901 HIGHWAY 31<br>CALERA, AL  35040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14**

**Priority creditor's name and mailing address**

CITY OF CHARLESTON
P.O. BOX 7786
CHARLESTON, WV  25356

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.15**

**Priority creditor's name and mailing address**

CITY OF COLUMBUS, INCOME TAX DIVISION
50 W GAY ST, FL 4
COLUMBUS, OH  43215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.16**

**Priority creditor's name and mailing address**

CITY OF COLUMBUS, INCOME TAX DIVISION
PO BOX 182437
COLUMBUS, OH  43218-2437

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.17**

**Priority creditor's name and mailing address**

CITY OF ELYRIA
WWPCP 1194 GULF RD
ELYRIA, OH  44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $5,556.62   Priority amount: $5,556.62

---

**2.18**

**Priority creditor's name and mailing address**

CITY OF LOS ANGELES
OFFICE OF FINANCE SPECIAL DESK UNIT
200 NORTH SPRING STREET, ROOM 101
LOS ANGELES, CA  90012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

Debtor   Invacare Corporation   Case Number (if known)   23-90068
(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.19 | **Priority creditor's name and mailing address**<br><br>CITY OF MADISON<br>P.O. BOX 99<br>MADISON, AL  35758<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.20 | **Priority creditor's name and mailing address**<br><br>CITY OF MOBILE<br>DEPARTMENT 1519<br>P.O. BOX 11407<br>BIRMINGHAM, AL  35146-1519<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.21 | **Priority creditor's name and mailing address**<br><br>CITY OF PHILADELPHIA DEPT OF REVENUE<br>1401 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA  19102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.22 | **Priority creditor's name and mailing address**<br><br>CITY OF SANFORD UTILITIES DEPT<br>P O BOX 2847<br>SANFORD, FL  32772-2847<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,588.70 | $5,588.70 |
| 2.23 | **Priority creditor's name and mailing address**<br><br>COLLECTOR OF REVENUE<br>ST LOUIS COUNTY COLLECTOR OF<br>REVENUE 410S CENTRAL AVE<br>ST LOUIS, MO  63105-1799<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2.05 | $2.05 |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24**

Priority creditor's name and mailing address

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST
DENVER, CO  80261-0006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

---

**2.25**

Priority creditor's name and mailing address

COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION
110 CARROLL ST
ANNAPOLIS, MD  21411-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

---

**2.26**

Priority creditor's name and mailing address

CONNECTICUT DEPARTMENT OF REVENUE
450 COLUMBUS BLVD.
HARTFORD, CT  06103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

---

**2.27**

Priority creditor's name and mailing address

COUNTY OF VENTURA
669 COUNTY SQ DR 2ND FL
VENTURA, CA  93003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,120.44
Priority amount: $2,120.44

---

**2.28**

Priority creditor's name and mailing address

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.29**

Priority creditor's name and mailing address

DISTRICT OF COLUMBIA
OFFICE OF TAX AND REVENUE
ATTENTION: RETURNS PROCESSING
1101 4TH STREET SW
WASHINGTON, DC  20024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.30**

Priority creditor's name and mailing address

EAST BATON ROUGE PA
PARISH OF EAST BATON ROUGE
DEPARTMENT OF FINANCE - REVENUE DIVISION
P.O. BOX 2590
BATON ROUGE, LA  70821-2590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.31**

Priority creditor's name and mailing address

EVANGELINE PARISH
SALES/USE TAX COMMISSION
P.O. BOX 367
VILLE PLATTE, LA  70586-0367

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.32**

Priority creditor's name and mailing address

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL  32399-0100

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.33**

Priority creditor's name and mailing address

FLORIDA DEPARTMENT OF REVENUE
PO BOX 6440
TALLAHASSEE, FL  32314-6440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.34** | **Priority creditor's name and mailing address**
GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA, GA  30345

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

---

**2.35** | **Priority creditor's name and mailing address**
GEORGIA DEPARTMENT OF REVENUE
PO BOX 740397
ATLANTA, GA  30374-0397

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

---

**2.36** | **Priority creditor's name and mailing address**
GEORGIA DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY PROGRAM
4125 WELCOME ALL RD STE 701
ATLANTA, GA  30349-1824

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

---

**2.37** | **Priority creditor's name and mailing address**
IBERIA PARISH
SALES AND USE TAX DEPARTMENT
P.O. BOX 9770
NEW IBERIA, LA  70562-9770

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

---

**2.38** | **Priority creditor's name and mailing address**
IDAHO STATE TAX COMMISSION
11321 W CHINDEN BLVD, BLDG 2
BOISE, ID  83714

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

Debtor     Invacare Corporation
           (Name)

Case Number (if known)   23-90068

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

**2.39** | **Priority creditor's name and mailing address**

IDAHO STATE TAX COMMISSION
PO BOX 56
BOISE, ID 83756-0056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNKNOWN

---

**2.40** | **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19048
SPRINGFIELD, IL 92794-9048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNKNOWN

---

**2.41** | **Priority creditor's name and mailing address**

ILLINOIS DEPT OF REVENUE
WILLARD ICE BLDG
101 W JEFFERSON ST.
SPRINGFIELD, IL 62702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNKNOWN

---

**2.42** | **Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNKNOWN

---

**2.43** | **Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
PO BOX 7087
INDIANAPOLIS, IN 46207-7087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNKNOWN

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.44** | **Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
PO BOX 7231
INDIANAPOLIS, IN  46207-7231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.45** | **Priority creditor's name and mailing address**

IOWA DEPARTMENT OF REVENUE
PO BOX 10468
DES MOINES, IA  50306-0468

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.46** | **Priority creditor's name and mailing address**

IOWA DEPT OF REVENUE
HOOVER STATE OFFICE BUILDING
1305 E WALNUT
DES MOINES, IA  50319

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.47** | **Priority creditor's name and mailing address**

JEFFERSON COUNTY DEPT. OF REVENUE
PO BOX 830710
BIRMINGHAM, AL  35283-0710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $115.34    Priority amount: $115.34

---

**2.48** | **Priority creditor's name and mailing address**

JEFFERSON PARISH SH
BUREAU OF REVENUE & TAXATION -
SALES/USE TAX DIVISION
P.O. BOX 248
GRETNA, LA  70054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

Debtor     Invacare Corporation

(Name)

Case Number (if known)   23-90068

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.49**

**Priority creditor's name and mailing address**

KANSAS DEPARTMENT OF REVENUE
P.O. BOX 750260
TOPEKA, KS  66699-0260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNKNOWN

---

**2.50**

**Priority creditor's name and mailing address**

KENTUCKY DEPARTMENT OF REVENUE
6716 GRADE LANE, SUITE 910,
LOUISVILLE, KY  40213-3439

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNKNOWN

---

**2.51**

**Priority creditor's name and mailing address**

LAFAYETTE PARISH SC
P.O. BOX 52706
LAFAYETTE, LA  70505-2706

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNKNOWN

---

**2.52**

**Priority creditor's name and mailing address**

LAFOURCHE PARISH
SALES/USE TAX DEPARTMENT
P.O. BOX 54585
NEW ORLEANS, LA  70154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNKNOWN

---

**2.53**

**Priority creditor's name and mailing address**

LORAIN COUNTY AUDIT
DANIEL J. TALAREK, LORAIN CNTY
TREASURER
226 MIDDLE AVENUE
ELYRIA, OH  44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNKNOWN

---

Debtor  Invacare Corporation

(Name)

Case Number (if known)   23-90068

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.54** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED | UNKNOWN

LOUISIANA DEPARTMENT OF REVENUE
617 N THIRD ST
BATON ROUGE, LA  70802

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.55** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED | UNKNOWN

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 91011
BATON ROUGE, LA  70821-9011

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.56** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED | UNKNOWN

MAINE REVENUE SERVICES
51 COMMERCE DR
AUGUSTA, ME  04330

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.57** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED | UNKNOWN

MAINE REVENUE SERVICES
PO BOX 1064
AUGUSTA, ME  04332-1064

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.58** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED | UNKNOWN

MAINE REVENUE SERVICES
PO BOX 1065
AUGUSTA, ME  04332-1065

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.59 | **Priority creditor's name and mailing address**<br><br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>200 ARLINGTON ST.<br>CHELSEA, MA  02150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.60 | **Priority creditor's name and mailing address**<br><br>MINNESOTA DEPARTMENT OF REVENUE<br>600 N ROBERT ST<br>MAIL STATION 1250<br>ST PAUL, MN  55145-1250<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.61 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI DEPARTMENT OF REVENUE<br>500 CLINTON CENTER DR<br>CLINTON, MS  39056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.62 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI DEPARTMENT OF REVENUE<br>PO BOX 23191<br>JACKSON, MS  39225-3192<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.63 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI DEPARTMENT OF REVENUE<br>PO BOX 23192<br>JACKSON, MS  39225-3192<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.64**

Priority creditor's name and mailing address

MISSOURI DEPARTMENT OF REVENUE
HARRY S TRUMAN STATE OFFICE BLDG
301 W HIGH ST
JEFFERSON CITY, MO 65105

Date or dates debt was incurred

Last 4 digits of account number:

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
POTENTIAL TAX LIABILITY

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

**2.65**

Priority creditor's name and mailing address

MISSOURI DEPARTMENT OF REVENUE
PO BOX 700
JEFFERSON CITY, MO 65105-0700

Date or dates debt was incurred

Last 4 digits of account number:

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
POTENTIAL TAX LIABILITY

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

**2.66**

Priority creditor's name and mailing address

MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BLDG
301 W HIGH ST, RM 102
JEFFERSON CITY, MO 65101

Date or dates debt was incurred

Last 4 digits of account number:

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
POTENTIAL TAX LIABILITY

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $2,518.98
Priority amount: $2,518.98

**2.67**

Priority creditor's name and mailing address

MOBILE COUNTY
3925-F MICHAEL BLVD
P.O. DRAWER 161009
MOBILE, AL 36616

Date or dates debt was incurred

Last 4 digits of account number:

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
POTENTIAL TAX LIABILITY

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

**2.68**

Priority creditor's name and mailing address

MONTGOMERY CITY OF
P.O. BOX 830469
BIRMINGHAM, AL 35283-0469

Date or dates debt was incurred

Last 4 digits of account number:

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
POTENTIAL TAX LIABILITY

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNKNOWN

Debtor      Invacare Corporation

(Name)

Case Number (if known)   23-90068

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.69**

**Priority creditor's name and mailing address**

N DAKOTA OFFICE OF ST TAX
COMMISSIONER
600 E. BOULEVARD AVE., DEPT. 127
BISMARK, ND  58505-0599

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNKNOWN

---

**2.70**

**Priority creditor's name and mailing address**

NEBRASKA DEPT OF REVENUE
NEBRASKA STATE OFFICE BUILDING
301 CENTENNIAL MALL S
LINCOLN, NE  68508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNKNOWN

---

**2.71**

**Priority creditor's name and mailing address**

NEBRASKA DEPT OF REVENUE
PO BOX 94818
LINCOLN, NE  68509-4818

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNKNOWN

---

**2.72**

**Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF REVENUE
1550 COLLEGE PARKWAY, SUITE 115
CARDON CITY, NV  89706

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNKNOWN

---

**2.73**

**Priority creditor's name and mailing address**

NEW HAMPSHIRE DEPARTMENT OF
REVENUE
GOVERNOR HUGH GALLEN STATE OFFICE
PARK
109 PLEASANT ST
CONCORD, NH  03301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNKNOWN

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.74**

**Priority creditor's name and mailing address**

NEW HAMPSHIRE DEPARTMENT OF REVENUE
PO BOX 1265
CONCORD, NH  03302-1265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED      Priority amount: UNKNOWN

---

**2.75**

**Priority creditor's name and mailing address**

NEW HAMPSHIRE DEPARTMENT OF REVENUE
PO BOX 637
CONCORD, NH  03302-0637

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED      Priority amount: UNKNOWN

---

**2.76**

**Priority creditor's name and mailing address**

NEW MEXICO DEPARTMENT OF REVENUE
CORPORATE INCOME TAX UNIT,
MANUEL LUJAN, SR., BUILDING
1200 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM  87505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED      Priority amount: UNKNOWN

---

**2.77**

**Priority creditor's name and mailing address**

NEW YORK STATE CORP
RPC - CORP TAX
90 COHOES AVE
GREEN ISLAND, NY  12183-1515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED      Priority amount: UNKNOWN

---

**2.78**

**Priority creditor's name and mailing address**

NORTH CAROLINA DEPT OF REVENUE
501 N WILMINGTON ST
RALEIGH, NC  27604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED      Priority amount: UNKNOWN

Debtor   Invacare Corporation _____   Case Number (if known) 23-90068 ___
   (Name)

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.79 | **Priority creditor's name and mailing address**<br><br>OHIO REGIONAL INCOME TAX AGENCY<br>10107 BRECKSVILLE RD<br>BRECKSVILLE, OH  44141<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.80 | **Priority creditor's name and mailing address**<br><br>OHIO REGIONAL INCOME TAX AGENCY<br>PO BOX 89475<br>CLEVELAND, OH  44101-6475<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.81 | **Priority creditor's name and mailing address**<br><br>OHIO REGIONAL INCOME TAX AGENCY<br>PO BOX 94582<br>CLEVELAND, OH  44101-4582<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.82 | **Priority creditor's name and mailing address**<br><br>OHIO REGIONAL INCOME TAX AGENCY<br>PO BOX 94652<br>CLEVELAND, OH  44101-4652<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.83 | **Priority creditor's name and mailing address**<br><br>OKLAHOMA TAX COMMISSION<br>CONNORS BUILDING, CAPITAL COMPLEX<br>2501 NORTH LINCOLN BLVD<br>OKLAHOMA CITY, OK  73194-0009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.84** **Priority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
PO BOX 14725
SALEM, OR  97309-5018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $2,400.00    Priority amount: $2,400.00

---

**2.85** **Priority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
PO BOX 14790
SALEM, OR  97309-0470

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.86** **Priority creditor's name and mailing address**

OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM, OR  97301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.87** **Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF IMAGING & DOCUMENT
MANAGEMENT, 1854 BROOKWOOD ST.
HARRISBURG, PA  17104-2244

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.88** **Priority creditor's name and mailing address**

RAPIDES PARISH
SALES AND USE TAX DEPARTMENT
5606 COLISEUM BLVD
ALEXANDRIA, LA  71303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

Debtor  Invacare Corporation

(Name)

Case Number (if known) 23-90068

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.89** | **Priority creditor's name and mailing address**

REGIONAL INCOME TAX AGENCY
10107 BRECKSVILLE RD
BRECKSVILLE, OH  44141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED | Priority amount: UNKNOWN

---

**2.90** | **Priority creditor's name and mailing address**

REGIONAL INCOME TAX AGENCY
PO BOX 89475
CLEVELAND, OH  44101-6475

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED | Priority amount: UNKNOWN

---

**2.91** | **Priority creditor's name and mailing address**

REGIONAL INCOME TAX AGENCY
PO BOX 94585
CLEVELAND, OH  44101-4582

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED | Priority amount: UNKNOWN

---

**2.92** | **Priority creditor's name and mailing address**

REGIONAL INCOME TAX AGENCY
PO BOX 94652
CLEVELAND, OH  44101-4652

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED | Priority amount: UNKNOWN

---

**2.93** | **Priority creditor's name and mailing address**

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI  02908-5800

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED | Priority amount: UNKNOWN

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.94**

Priority creditor's name and mailing address

SABINE PARISH
P.O. BOX 249
MANY, LA  71449

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.95**

Priority creditor's name and mailing address

SAINT TAMMANY PARIS
TAX COLLECTOR
P.O. BOX 61041
NEW ORLEANS, LA  70161-1041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.96**

Priority creditor's name and mailing address

SAN FRANCISCO CITY
1 DR. CARLTON B. GOODLET PLACE
CITY HALL ROOM 140
SAN FRANCISCO, CA  94102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

**2.97**

Priority creditor's name and mailing address

SEMINOLE COUNTY TAX COLLECTOR
J.R. KROLL, SEMINOLE COUNTY
COLLECTOR
P.O. BOX 630
SANFORD, FL  32772-0630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $31.25    Priority amount: $31.25

---

**2.98**

Priority creditor's name and mailing address

SHELBY COUNTY, ALABAMA
200 WEST COLLEGE STREET - ROOM 115
COLUMBIANA, AL  35051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNKNOWN

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.99**    **Priority creditor's name and mailing address**

SOUTH CAROLINA DEPT OF REVENUE
300A OUTLET POINTE BOULEVARD
COLUMBIA, SC  29210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: UNDETERMINED — Priority amount: UNKNOWN

---

**2.100**    **Priority creditor's name and mailing address**

SOUTH DAKOTA STATE
1520 HAINES AVE 3
RAPID CITY, SD  57701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: UNDETERMINED — Priority amount: UNKNOWN

---

**2.101**    **Priority creditor's name and mailing address**

STATE OF ARKANSAS
1816 W. 7TH ST. ROOM 2250
LEDBETTER BUILDING
LITTLE ROCK, AR  72201-1030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: UNDETERMINED — Priority amount: UNKNOWN

---

**2.102**    **Priority creditor's name and mailing address**

STATE OF CALIFORNIA FRANCHISE TAX BOARD
9646 BUTTERFIELD WAY
SACRAMENTO, CA  95827

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: UNDETERMINED — Priority amount: UNKNOWN

---

**2.103**    **Priority creditor's name and mailing address**

STATE OF HAWAII DEPARTMENT OF TAXATION
DEPT OF TAXATION, 830 PUNCHBOWL STREET
HONOLULU, HI  96813

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED — Priority amount: UNKNOWN

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.104** | **Priority creditor's name and mailing address**

STATE OF MICHIGAN
7285 PARSONS DR.
DIMONDALE, MI  48821

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

---

**2.105** | **Priority creditor's name and mailing address**

STATE OF NEW JERSEY
UNCLAIMED PROPERTY ADMINISTRATION
PO BOX 214
TRENTON, NJ  08635-0214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $10.90     Priority amount: $10.90

---

**2.106** | **Priority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
300A OUTLET POINTE BLVD
COLUMBIA, SC  29210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

---

**2.107** | **Priority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
PO BOX 100151
COLUMBIA, SC  29202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

---

**2.108** | **Priority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
PO BOX 125
COLUMBIA, SC  29214-0032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED     Priority amount: UNKNOWN

Debtor    Invacare Corporation     Case number (if known)   23-90068

(Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.109** | **Priority creditor's name and mailing address**<br><br>STATE OF WASHINGTON<br>WASHINGTON STATE<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT, 2101 4TH AVE, STE 1400<br>SEATTLE, WA  98121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| **2.110** | **Priority creditor's name and mailing address**<br><br>TENNESSEE DEPARTMENT OF REVENUE<br>ANDREW JACKSON STATE OFFICE BUILDING,<br>500 DEADERICK STREET<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| **2.111** | **Priority creditor's name and mailing address**<br><br>TERREBONNE PARISH S<br>SALES AND USE TAX DEPARTMENT<br>P.O. BOX 670<br>HOUMA, LA  70361-0670<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| **2.112** | **Priority creditor's name and mailing address**<br><br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B JOHNSON STATE OFFICE BLDG<br>111 E 17TH ST<br>AUSTIN, TX  78774<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| **2.113** | **Priority creditor's name and mailing address**<br><br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 149348<br>AUSTIN, TX  78714-9748<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNKNOWN |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.114** | **Priority creditor's name and mailing address**

U S DEPARTMENT OF STATE
DIRECTORATE OF DEFENCE TRADE
CONTROLS
COMPLIANCE & REGISTRATION DIV
2401 E STREET NW, SA-1, RM H1200
WASHINGTON, DC  20522-0112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $45.00   Priority amount: $45.00

---

**2.115** | **Priority creditor's name and mailing address**

US CUSTOMS SERVICE
DEPT OF HOMELAND SECURITY
INDIANAPOLIS, IN  46278

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $189,376.88   Priority amount: $189,376.88

---

**2.116** | **Priority creditor's name and mailing address**

US DEPT OF HOMELAND SECURITY
24000 AVILA RD 2ND FL
LAGUNA NIGUEL, CA  92677

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,078.02   Priority amount: $5,078.02

---

**2.117** | **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
AUDITING DIVISION
210 N 1950  W
SALT LAKE, UT  84134-2000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

**2.118** | **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
1957 WESTMORELAND ST
RICHMOND, VA  23230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNKNOWN

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.119** | **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1500
RICHMOND, VA  23218-1500

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNKNOWN

---

**2.120** | **Priority creditor's name and mailing address**

WASHINGTON PARISH
OFFICE SALES TAX
P.O. BOX 508
FRANKLINTON, LA  70438

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNKNOWN

---

**2.121** | **Priority creditor's name and mailing address**

WEBSTER PARISH
SALES/USE TAX COMMISSION
P.O. BOX 357
MINDEN, LA  71058-0357

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNKNOWN

---

**2.122** | **Priority creditor's name and mailing address**

WEST VIRGINIA STATE TAX DEPARTMENT
TAX ACCOUNT ADMINISTRATION DIV
PO BOX 1202
CHARLESTON, WV  25324-1202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNKNOWN

---

**2.123** | **Priority creditor's name and mailing address**

WEST VIRGINIA STATE TAX DEPARTMENT
THE REVENUE CENTER
1001 LEE STREET E
CHARLESTON, WV  25301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNKNOWN

Debtor  Invacare Corporation

(Name)

Case Number (if known)  23-90068

---

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.124 | **Priority creditor's name and mailing address**<br><br>WISCONSIN DEPARTMENT OF REVENUE<br>2135 RIMROCK ROAD<br>MADISON, WI  53713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | UNDETERMINED | UNKNOWN |
| 2.125 | **Priority creditor's name and mailing address**<br><br>WYOMING DEPT OF REVENUE<br>122 W 25TH ST SUITE E301<br>CHEYENNE, WY  82002-0110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | UNDETERMINED | UNKNOWN |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.
☑ Yes.

---

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>4 WAY LOGISTICS<br>1910 CHELTENHAM PL<br>SCHAUMBURG, IL  60194<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $165.76 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>48FORTY SOLUTIONS  LLC<br>FORMERLY GILBERT LUMBER<br>179 SOUTH GILBERT ST PO BOX 216<br>SMITHVILLE, OH  44677<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,229.11 |

| Debtor | Invacare Corporation | Case number *(if known)* | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3** Nonpriority creditor's name and mailing address

A & I INDUSTRIES
NO.1 BEEN TING
BEEN-TSUOH VILLAGE
SHI-KOON SHIANG
CHIA-YI  99999
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.4** Nonpriority creditor's name and mailing address

A & M REP SALES
2032 MILLERTON AVE STE 3101
CHARLOTTE, NC  28208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$907.45

---

**3.5** Nonpriority creditor's name and mailing address

A A A STAMPING INC
4001 PEARL RD
CLEVELAND, OH  44109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,470.40

---

**3.6** Nonpriority creditor's name and mailing address

A F SERVICES
DBA/COLIN KIM
15117 SALT LAKE AVE STE A
CITY OF INDUSTRY, CA  91746-3328

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

**3.7** Nonpriority creditor's name and mailing address

A G INDUSTRIES
28782 NETWORK PL
CHICAGO, IL  60673-1287

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,115.32

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.17 |

**Nonpriority creditor's name and mailing address**

A RAY MEDICAL EQUIPMENT
4205 SPENCER HWY
PASADENA, TX  77504-1221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.17

---

3.9 **Nonpriority creditor's name and mailing address**

AAA STAMPING, INC
4001 PEARL RD
CLEVELAND, OH  44109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,810.17

---

3.10 **Nonpriority creditor's name and mailing address**

ABEL METAL PROCESSIN
2105 E 77TH ST.
CLEVELAND, OH  44103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,300.38

---

3.11 **Nonpriority creditor's name and mailing address**

ABILITIES EXPO
299 N EUCLID AVE, 2ND FL
PASADENA, CA  911101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,740.00

---

3.12 **Nonpriority creditor's name and mailing address**

ABLE GEOMAR TOOL GRINDING
2130 PALM WAY
LARGO, FL  33771

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.20

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,697.16 |
|---|---|---|---|

3.13 | **Nonpriority creditor's name and mailing address**

ACCESS & MOBILITY PRODUCTS
302 VIRGINIA AVE
HUNTINGTON, WV  25701-1018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $2,697.16

---

3.14 | **Nonpriority creditor's name and mailing address**

ACCESS 2 MOBILITY, INC.
12406 STATE HIGHWAY 155 S
TYLER, TX  75703-6446

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $453.45

---

3.15 | **Nonpriority creditor's name and mailing address**

ACCESS INFORMATION PROTECTED
1 ANDREWS CR
BRECKSVILLE, OH  44141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $71,271.40

---

3.16 | **Nonpriority creditor's name and mailing address**

ACCESS MEDICAL EQUIPMENT CO
9550 AURORA AVE N
SEATTLE, WA  98103-3401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $2,675.15

---

3.17 | **Nonpriority creditor's name and mailing address**

ACCESS MEDICAL SALES AND SERVICE, L
601 MARION ST
SEARCY, AR  72143-4845

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $620.65

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.64 |
|---|---|---|---|

ACCESSIBLE SYSTEMS INC.
3025 W JEFFERSON AVE
ENGLEWOOD, CO  80110-3270

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |

ACCESSORY RESOURCE CORPORATION
1575 W 124TH AVE
DENVER, CO  80234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |

ACCURATE BIOMED SERVICES INC
100 N 17TH ST PO BOX 466
BETHANY, MO  64424

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.20 |

ACCURATE SCALE COMPANY
4500 S 1ST AVE
LYONS, IL  60534-2196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,386.68 |

ACOR MATERIALS LTD
1629 S MAGNOLIA AVE
MONROVIA, CA  91016-4509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

ACT TEST PANELS LLC
273 INDUSTRIAL DRIVE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350.91

ADAIR COUNTY NURSING HOME DISTRICT
316 S OSTEOPATHY ST
KIRKSVILLE, MO  63501-1446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,073,014.87

ADAPTIVE SWITCH LABS
125 SPUR 191, SUITE C
SPICEWOOD, TX  78669

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $260.66

ADL SOLUTIONS, INC.
221 E WILLIS RD STE 6
CHANDLER, AZ  85286-1691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,450.11

ADP INC
1 ADP BLVD
ROSELAND, NJ  07068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Invacare Corporation
(Name)

Case Number (if known)    23-90068

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.28** | **Nonpriority creditor's name and mailing address**

ADVANCE PRODUCTS & S
PO BOX 60399
LAFAYETTE, LA 70596

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.29** | **Nonpriority creditor's name and mailing address**

ADVANCED HEALTH CARE CORPORATION
140 N UNION AVE STE 230
FARMINGTON, UT 84025-2961

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,003.42

---

**3.30** | **Nonpriority creditor's name and mailing address**

ADVANCED HEALTH CARE CORPORATION
215 N WHITLEY DR STE 3
FRUITLAND, ID 83619-2706

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$948.85

---

**3.31** | **Nonpriority creditor's name and mailing address**

ADVANCED HOME CARE INC
5901 GOSHEN SPRINGS RD STE G
NORCROSS, GA 30071-3506

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.84

---

**3.32** | **Nonpriority creditor's name and mailing address**

ADVANCED MEDICAL EQUIPMENT LLC
1318 E OKLAHOMA AVE
GUTHRIE, OK 73044-3757

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,579.83

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.33** | **Nonpriority creditor's name and mailing address**
ADVANCED MEDICAL SUPPLY INC.
1621 SOUTH RANCHO SANTA FE ROAD, SUITE H
SAN MARCOS, CA  92078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,826.18

---

**3.34** | **Nonpriority creditor's name and mailing address**
ADVENTHEALTH CENTRA CARE
4501 WATERMAN WAY
TAVARES, FL  32778-5312

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.00

---

**3.35** | **Nonpriority creditor's name and mailing address**
AEROTEK INC
ATTN ASST CONTROLLER - MIDWEST REG
7301 PKWY DR
HANOVER, MD  21076

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
AFAR
10300 W WISCONSIN AVE
WAUWATOSA, WI  53213-3543

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,850.24

---

**3.37** | **Nonpriority creditor's name and mailing address**
AFFORDABLE MOBILITY, INC.
2080 WHITTAKER RD STE 231
YPSILANTI, MI  48197-8238

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$835.14

---

Debtor    Invacare Corporation

(Name)

Case number (if known)    23-90068

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr><td>3.38</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>AFRESH -  RESPIRATORY & HOME MEDICA EQUIPMENT PLLC<br>AFRESH- RESPIRATORY THERAPY SERV & EQUIP<br>1501 FRASER ST BLD M106<br>BELLINGHAM, WA  98229-5828<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>CUSTOMER PREPAYMENT<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$1,107.60</td></tr>
<tr><td>3.39</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>AG MONROVIA, LLC<br>COUNTRY VILLA MONROVIA HEALTHCARE CENTER<br>5120 WEST GOLDLEAF CIRCLE, 4TH FLOOR<br>LOS ANGELES, CA  90056<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>CUSTOMER PREPAYMENT<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$223.61</td></tr>
<tr><td>3.40</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>AGGREGATED        CLAIMS PURSUANT TO THE DEFERRED COMENSATION PLUS PLAN PRE 2005 AND POST 2004<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br><b>Basis for the claim:</b><br>    CLAIMS PURSUANT TO THE DEFERRED COMENSATION PLUS PLAN PRE 2005 AND POST 2004<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$2,280,606.89</td></tr>
<tr><td>3.41</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>AGGREGATED CLAIMS PURSUANT TO SERP<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br><b>Basis for the claim:</b><br>CLAIMS PURSUANT TO SERP<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$4,762,471.01</td></tr>
<tr><td>3.42</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>AGILITI HEALTH INC<br>6625 W 78 ST STE 300<br>MINNEAPOLIS, MN  55439-2604<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>TRADE PAYABLE<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$24,674.21</td></tr>
</table>

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.43**

**Nonpriority creditor's name and mailing address**

AGORA EDGE
2101 28TH ST N
ST PETERSBURG, FL  33713-4224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,390.07

---

**3.44**

**Nonpriority creditor's name and mailing address**

AIKIN HOLDING CORP
4F NO. 8, LANE 86, HE PING RD
HSINCHU TW-HSQ  KSH 300
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$288,582.00

---

**3.45**

**Nonpriority creditor's name and mailing address**

AINSWORTH THELIN & RAFTICE PA
7 OCEAN ST
S PORTLAND, ME  04106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,368.90

---

**3.46**

**Nonpriority creditor's name and mailing address**

AIR CONVERSION TECHNOLOGY INC
7615 ROLOFF RD
OTTAWA LAKE, MI  49267-9765

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,609.90

---

**3.47**

**Nonpriority creditor's name and mailing address**

AIR-CAIRE HOME MEDICAL EQUIPMENT AN SUPPLIES,
INC.
2440 GLADE ST
MUSKEGON, MI  49444-1365

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.04

---

Debtor    Invacare Corporation
          (Name)

Case Number (if known): 23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.48**   **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
PO BOX 532609
ATLANTA, GA  30353-2609

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,515.95

---

**3.49**   **Nonpriority creditor's name and mailing address**

AIRLIFE MEDICAL, LLC
205 MAIN ST
AUBURNDALE, FL  33823-3403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,556.10

---

**3.50**   **Nonpriority creditor's name and mailing address**

AI-USA GROUP, LLC
1701 E US HWY 281
HIDALGO, TX  78557

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,019.02

---

**3.51**   **Nonpriority creditor's name and mailing address**

AKZO NOBEL COATINGS INC
62166 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0621

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,587.10

---

**3.52**   **Nonpriority creditor's name and mailing address**

ALADDIN STEEL INC
PO BOX 89 18743 RT. 16 EAST
GILLESPIE, IL  62033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.53** | **Nonpriority creditor's name and mailing address**

ALBER GMBH (GERMANY)
VOR DEM WEIBEN STEIN 21
ALBSTADT  72461
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,654,518.61

---

**3.54** | **Nonpriority creditor's name and mailing address**

ALEXANDER, STACEY (ESTATE OF)
STARK & STARK
SHERRI WARFEL
993 LENOX DRIVE
LAWRENCEVILE, NJ

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.55** | **Nonpriority creditor's name and mailing address**

ALEXANDRIA EXTRUSION CO
NW 7280
PO BOX 1450
MINNEAPOLIS, MN  55485

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,062.19

---

**3.56** | **Nonpriority creditor's name and mailing address**

ALEXANDRIA VA HEALTH CARE SYSTEM
C/O PROSTHETICS (121) VAMC
2495 SHREVEPORT HWY BLDG 7 ROOM 251
PINEVILLE, LA  71360-4044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$350.74

---

**3.57** | **Nonpriority creditor's name and mailing address**

ALL PARTS PRODUCTS AND SERVICES
1205 E MONRROE ST
BROWNSVILLE, TX  78520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,469.61

---

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $743,999.09

ALL PRO FREIGHT SYSTEMS INC
PO BOX 614
CRYSTAL LAKE, IL  60039-0614

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,625.31

ALLGRADE BOLT & CHAIN, INC
335 ADMIRAL BLVD. UNIT 17
MISSISSAUGA, ON  L5T 2N2
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,146.50

ALLIANCE INDUSTRIAL SOLUTIONS LLC
6161 OAKTREE BLVD, STE 350
INDEPENDENCE, OH  44131

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,555.00

ALLIED ENTERPRISES INC.
26021 CENTER RIDGE ROAD
WESTLAKE, OH  44145

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,695.54

ALLIED UNIVERSAL SECURITY SERVICES
PO BOX 828854
PHILADELPHIA, PA  19182-8854

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Invacare Corporation
        (Name)

Case number (if known)  23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.63**

**Nonpriority creditor's name and mailing address**

ALRO METAL SERVICE CORP
PO BOX 641005
DETROIT, MI  48264-1005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,409.96

---

**3.64**

**Nonpriority creditor's name and mailing address**

ALTIMATE MEDICAL INC
262 W 1ST ST
MORTON, MN  56270

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.65**

**Nonpriority creditor's name and mailing address**

AM FAB CO LLC
29426 NETWORK PL
CHICAGO, IL  60673-1294

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,997.50

---

**3.66**

**Nonpriority creditor's name and mailing address**

AMANDA MEDICAL, INC.
DBA/ACTIVE MOBILITY INNOVATIONS
3720 TAMPA RD
PALM HARBOR, FL  34684-3621

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$407.15

---

**3.67**

**Nonpriority creditor's name and mailing address**

AMC42 - DJMECA GROUP
13 RUE PARMENTIER 42100
FEURS
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.68**

**Nonpriority creditor's name and mailing address**

AMERICAN ASSOCIATION FOR HOMECARE
2011 CRYSTAL DR
ALEXANDRIA, VA  22202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

**3.69**

**Nonpriority creditor's name and mailing address**

AMERICAN CORD & WEBBING CO INC
88 CENTURY DRIVE
WOONSOCKET, RI  02895

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,739.00

---

**3.70**

**Nonpriority creditor's name and mailing address**

AMERICAN EXCELSIOR COMPANY
180 CLEVELAND ROAD
NORWALK, OH  44857

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,358.00

---

**3.71**

**Nonpriority creditor's name and mailing address**

AMERICAN METAL MARKET
225 PARK AVE S, FL 7
NEW YORK, NY  10003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,945.00

---

**3.72**

**Nonpriority creditor's name and mailing address**

AMERICAN TRACK ROADSTERS INC
7297 S. REVERE
PARKWAYCENTENNIAL, CO  80112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,070.50

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.73**

**Nonpriority creditor's name and mailing address**

AMERICARE SENIOR LIVING
214 N SCOTT ST
SIKESTON, MO  63801-4146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$201.88

---

**3.74**

**Nonpriority creditor's name and mailing address**

AMERICARE SYSTEMS HEAD OFFICE
214 N SCOTT ST
SIKESTON, MO  63801-4146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,230.45

---

**3.75**

**Nonpriority creditor's name and mailing address**

AMERICRANE & HOIST CORP
13311 ENTERPRISE AVE
CLEVELAND, OH  44135

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,259.82

---

**3.76**

**Nonpriority creditor's name and mailing address**

AMMER CONSULTING
1050 SAXONBURG BLVD
GLENSHAW, PA  15116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.77**

**Nonpriority creditor's name and mailing address**

AMPEX METAL PRODUCTS
P.O. BOX 33534
NORTH ROYALTON, OH  44133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.78** | **Nonpriority creditor's name and mailing address**
ANCHOR CONTAINER CORPORATION
185 PRAIRIE LAKE RD
E DUNDEE, IL  60118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$278.00

---

**3.79** | **Nonpriority creditor's name and mailing address**
ANDERSEN & ASSOCIATES INC.
30575 ANDERSEN CT
WIXOM, MI  48393

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,496.82

---

**3.80** | **Nonpriority creditor's name and mailing address**
ANGELWINGS MOBILITY
1554 PEDRO DR SW
MABLETON, GA  30126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,480.00

---

**3.81** | **Nonpriority creditor's name and mailing address**
AON INNOVATIVE SOLUTIONS INC.
200 E RANDOLPH ST
CHICAGO, IL  60601-6408

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.82** | **Nonpriority creditor's name and mailing address**
AOP PREMIUM FINANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,419,392.80

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.83** | **Nonpriority creditor's name and mailing address**

APEX ARIDYNE CORPORA
99 PARK AVE 21 ST FLOOR
NEW YORK, NY  10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,471.85

---

**3.84** | **Nonpriority creditor's name and mailing address**

APPLE HEALTH CARE, INC.
21 WATERVILLE RD
AVON, CT  06001-2097

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$123.15

---

**3.85** | **Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TECHNOLOGIES
144 KEEP CT
ELYRIA, OH  44035-2215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,832.80

---

**3.86** | **Nonpriority creditor's name and mailing address**

APSCO
160 PARK AVENUE
FLORHAM PARK, NJ  07932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.87** | **Nonpriority creditor's name and mailing address**

AQUA GULF TRANSPORT INC
1301 W NEWPORT CENTER DR
DEERFIELD BEACH, FL  33442

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,795.85

---

| Debtor | Invacare Corporation | | | | Case number (if known) | 23-90068 |
|---|---|---|---|---|---|---|
| | (Name) | | | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

A-QUALITY MACHINE
20003 MUESCHKE RD
TOMBALL, TX  77377-5709

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $0.00

---

3.89

**Nonpriority creditor's name and mailing address**

AQUATIC WEED CONTROL INC
PO BOX 593258
ORLANDO, FL  32859

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $330.00

---

3.90

**Nonpriority creditor's name and mailing address**

ARBON EQUIPMENT CORP
CUSTOMER # 122794
CHICAGO, IL  60673-1254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,769.46

---

3.91

**Nonpriority creditor's name and mailing address**

ARBOR INDUSTRIES INC.
6830 PATTERSON DRIVE
MENTOR, OH  44060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $347.52

---

3.92

**Nonpriority creditor's name and mailing address**

ARCHBOLD HEALTH SERVICES, INC.
DBA/ARCHBOLD MEMORIAL HOSPITAL ATTN: A/P
P.O. BOX 1018
THOMASVILLE, GA  31799-1018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $568.48

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$608.27**

ARMSTRONG HOT WATER INC
P O BOX 72040
CLEVELAND, OH  44192

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$537.20**

ARMSTRONG PROFESSIONAL SERVICES, IN
146 CROCUS AVE
FLORAL PARK, NY  11001-2538

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,860.88**

ARNTZEN DE BESCHE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,119.60**

ARROW ELECTRONICS INC
AEC DIVISION 6675 PARKLAND BLVD
SOLON, OH  44139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$239,445.80**

ASCO LP
160 PARK AVENUE
FLORHAM PARK, NJ  07932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,269.55 |

**Nonpriority creditor's name and mailing address**

ASHLEY WARD INC
3525 ENTERPRISE WAY
GREEN COVE SPRINGS, FL 32043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $17,269.55

---

**3.99 Nonpriority creditor's name and mailing address**

ASSURAMED
1810 SUMMIT COMMERCE PARK
ATTN: VICE PRESIDENT AND GENERAL COUNSEL
TWINSBERG, OH 44087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
12/21/2012

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.100 Nonpriority creditor's name and mailing address**

ASSURAMED
ATTN VP & GEN COUNSEL
1810 SUMMIT COMMERCE PK
TWINSBERG, OH 44087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.101 Nonpriority creditor's name and mailing address**

ASSURAMED
JONES DAY, NORTH POINT
901 LAKESIDE AVENUE
ATTN: CHARLES W. HARDIN JR, WILLIAM R. STEWART
CLEVELAND, OH 44114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
12/21/2012

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.102 Nonpriority creditor's name and mailing address**

ASSURED HOME MEDICAL RENTAL AND SAL INC.
1004 6TH ST
MAMOU, LA 70554

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $17.18

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$106,582.42**

ASTON CARTER INC
3689 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,089.77**

AT & T
60663 SBC DR
CHICAGO, IL 60663-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$584.00**

AT HOME HEALTH EQUIPMENT
ATTENTION: ACCOUNTS PAYABLE
4309 WEST 96TH STREET
INDIANAPOLIS, IN 46268-1115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **UNDETERMINED**

ATKINS-GANT JOHN ESTATE PATRICIA ATKINS
LINDEN LAW LLC
JASON LINDEN
1500 BROADWAYSUITE 903
NEW YORK, NY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$140.00**

ATOMIC ABSORPTION

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.108** | **Nonpriority creditor's name and mailing address**

ATOTECH USA INCORPORATED
29751 NETWORK PLACE
CHICAGO, IL  60673-1297

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,554.20

---

**3.109** | **Nonpriority creditor's name and mailing address**

AURORA HEALTH CARE, INC.
11333 WEST NATIONAL AVENUE
WEST ALLIS, WI  53227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,802.32

---

**3.110** | **Nonpriority creditor's name and mailing address**

AUTOMATED PACKAGING SYSTEMS INC
8400 DARROW ROAD
TWINSBURG, OH  44087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,108.91

---

**3.111** | **Nonpriority creditor's name and mailing address**

B.T. MEDICAL SUPPLIES, L.L.C.
201 LINDA DR
SULPHUR SPRINGS, TX  75482-4354

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$996.95

---

**3.112** | **Nonpriority creditor's name and mailing address**

BACHENHEIMER, CARA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
DBO INSURANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Invacare Corporation | Case number *(if known)* | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>BADAEL<br>3753 ALOMQA ST AZIZIYAH<br>RIYADH  13315-0000<br>SAUDI ARABIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $332.10 |

| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>BAKER & HOSTETLER<br>KEY TOWER<br>127 PUBLIC SQ, STE 2000<br>CLEVELAND, OH  44114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,331.90 |

| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>BAKER & MCKENZIE SOCIEDAD CIVIL<br>CECILIA GRIERSON 255, 6TH FL<br>BUENOS AIRES  C1107CPE<br>ARGENTINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $563,445.15 |

| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>BALBOA WATER GROUP INC<br>28545 LIVINGSTON AVE<br>VALENCIA, CA  91355<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83.84 |

| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>BAN PRECISION INC<br>116 RAYETTE ROAD, UNIT 6-10<br>SAM YUMORRIS SRUBINSKI<br>CONCORD, ON  L4K 2G3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.118**

**Nonpriority creditor's name and mailing address**

BANA INC.
P.O. BOX 99239
FORT WORTH, TX  76199-0239

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.119**

**Nonpriority creditor's name and mailing address**

BANNER HOME CARE ARIZONA
ATTN FRANK KUBAT PO BOX 16975
MESA, AZ  85211-6975

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,751.67

---

**3.120**

**Nonpriority creditor's name and mailing address**

BAPTIST RETIREMENT CENTERS OF OKLAH
DBA/ENTRUSTED HEARTS MEDICAL EQUIPMENT
208 E 5TH AVE STE H
OWASSO, OK  74055-3453

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$547.65

---

**3.121**

**Nonpriority creditor's name and mailing address**

BARBER & HOFFMAN INC
2217 E 9TH ST, STE 350
CLEVELAND, OH  44115-1257

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

**3.122**

**Nonpriority creditor's name and mailing address**

BARI, INCORPORATED
DBA/ WOODSPRINGS PHARMACY & HOME MEDICAL
1807 WOODSTPRINGS RD
JONESBORO, AR  72401-0903

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.21

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>BASINGER PHARMACY, INC.<br>2130 WEST JEFFERSON ST<br>JOLIET, IL  60435<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $216.70 |
|---|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>BATES, PAUL<br>CLARK, BUTLER, WALSH & HAMANN,<br>CHRISTY R. LISS - CLAIMS COUNSEL FOR VGM<br>INSURANCE<br>315 E. 5TH STREET, P.O. BOX 596<br>WATERLOO, IA  50704<br><br>**Date or dates debt was incurred**<br><br>9/1/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>BAYCARE HEALTH SYSTEM, INC.<br>ATTN: ACCOUNTS PAYABLE<br>2985 DREW ST<br>CLEARWATER, FL  33759-3012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,512.08 |
| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>BEASLEY, TIMOTHY R<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>BEATTY, LORNE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.128** | **Nonpriority creditor's name and mailing address**

BEBATEC GMBH
ECHTERNHAGEN 11
KALLETAL  32689
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,700.00

---

**3.129** | **Nonpriority creditor's name and mailing address**

BEGGS PHARMACY INC.
PO BOX 398
PRYOR, OK  74362-0398

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$757.51

---

**3.130** | **Nonpriority creditor's name and mailing address**

BELLSOUTH PUBLIC COMMUNICATIONS INC
1155 PEACHTREE ST, STE 1800
ATLANTA, GA  30309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.45

---

**3.131** | **Nonpriority creditor's name and mailing address**

BEMIS MFG CO
ACCOUNTS RECEIVABLE
BIN 88383
MILWAUKEE, WI  53288

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,315.50

---

**3.132** | **Nonpriority creditor's name and mailing address**

BENEMED HOLDINGS, INC.
DBA/JACKSON MEDICAL SUPPLY
5006 HWY 80 E STE B
PEARL, MS  39208-4224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,465.51

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.133**

**Nonpriority creditor's name and mailing address**

BENTON DISCOUNT PHARMACY, INC.
WESTERN KENTUCKY HOME MEDICAL EQUIPMENT
2606 MAIN ST
BENTON, KY  42025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$163.69

---

**3.134**

**Nonpriority creditor's name and mailing address**

BERES, GABRIEL
THE BOURASSA LAW GROUP
JENNIFER A. FORNETTI
SUITE 1002350 W. CHARLESTON BLVD.
LAS VEGAS, NV  89102

**Date or dates debt was incurred**

9/1/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.135**

**Nonpriority creditor's name and mailing address**

BERG, PATRICIA
ANTHONY AGOSTA
500 WOODWARD AVE.
SUITE 3500
DETROIT, MI  48226

**Date or dates debt was incurred**

9/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.136**

**Nonpriority creditor's name and mailing address**

BERLINER CORCORAN & ROWE LLP
1101 17TH ST NW, STE 1100
WASHINGTON, DC  20036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$693.00

---

**3.137**

**Nonpriority creditor's name and mailing address**

BERTERO, FERNANDO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| Part 2: | Additional Page |
|---------|-----------------|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,299.15

BETTER HEALTH CARE OPTIONS LLC
1201 SOUTH MAIN STREET
ALGONQUIN, IL  60102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,643.95

BIG SKY PRECISION INC
600 EAST MAIN STREET PO BOX 470
MANHATTAN, MT  59741

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55.23

BIKE-ON.COM
72 COLLEGE ST
WARWICK, RI  02886-7160

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,742.32

BILL HOLT AND ASSOCIATES INC
815 N TRAVIS STREET
SHERMAN, TX  75090

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,080,467.42

BIRLASOFT
399 THORNELL ST 8TH FL
EDISON, NJ  08837

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Invacare Corporation
(Name)

Case number (if known)    23-90068

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.143** **Nonpriority creditor's name and mailing address**

BLANK ROME LLP
REGINA STANGO KELBON
1201 MARKET STREET, SUITE 800
(COUNSEL TO PNC BANK)
WILMINGTON, DE  19801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,248.68

---

**3.144** **Nonpriority creditor's name and mailing address**

BLEDSOE, EBONY
ADDRESS REDACTED

**Date or dates debt was incurred**

9/1/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.145** **Nonpriority creditor's name and mailing address**

BLESSING SPECIALTIES
2018 S DIAMOND HEAD BLVD
CROSBY, TX  77532

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,102.08

---

**3.146** **Nonpriority creditor's name and mailing address**

BLOUCH, GERALD B.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
DBO INSURANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.147** **Nonpriority creditor's name and mailing address**

BLUE WATER HEALTH CARE LLC
2026 20TH AVENUE PKWY
INDIAN ROCKS BEACH, FL  33785-2967

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,628.70

Debtor   Invacare Corporation
         (Name)

Case Number (if known): 23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.148**

**Nonpriority creditor's name and mailing address**

BON SECOURS HEALTH SYSTEM
PO BOX 6189
ELLICOTT CITY, MD  21042-0189

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.52

---

**3.149**

**Nonpriority creditor's name and mailing address**

BORCHARDT & BROOKS, AS PARENT OF N.B.
OTTESON SHAPIRO LLP
JOHN C. LEININGER
5420 LBJ FREEWAY, SUITE 1225
DALLAS, TX  75240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.150**

**Nonpriority creditor's name and mailing address**

BOWMAN AND BROOKE LLP
2901 N CENTRAL AVE, STE 1600
PHOENIX, AZ  85012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,604.27

---

**3.151**

**Nonpriority creditor's name and mailing address**

BRANDED COOPERATE LLC
588 BELL ST # 1206S
SEATTLE, WA  98121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,500.00

---

**3.152**

**Nonpriority creditor's name and mailing address**

BRECHBUHLER SCALES, INC.
520 BROOKPARK ROAD
CLEVELAND, OH  44109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,356.50

---

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.153 | **Nonpriority creditor's name and mailing address**<br><br>BRECKENRIDGE<br>PO BOX 429<br>HURON, OH  44839-0429<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,240.20 |
| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>BRETON INDUSTRIES, M INC.<br>1 SAM STRATTON RD<br>AMSTERDAM, NY  12010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>BREWIS GROUP LLC<br>PO BOX 1845<br>LAKE OSWEGO, OR  97035-0605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,910.88 |
| 3.156 | **Nonpriority creditor's name and mailing address**<br><br>BRITKARE HOME MEDICAL OF TEXAS, LTD<br>3407 34TH ST<br>LUBBOCK, TX  79410-2829<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,396.91 |
| 3.157 | **Nonpriority creditor's name and mailing address**<br><br>BROADNAX, BEVERLY<br>STARK AND STARK<br>CARIN ODONNELL<br>777 TOWNSHIP LINE ROADSUITE 120<br>YARDLEY, PA  19067<br><br>**Date or dates debt was incurred**<br><br>9/1/2021<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>BRUNNER MFG CO., INC.<br>1025 PARKER DRIVE<br>MAUSTON, WI  53948<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,298.59 |

| 3.159 | **Nonpriority creditor's name and mailing address**<br><br>BRUNNER WIRE PRODUCTS LLC<br>PO BOX 137<br>ELROY, WI  53929<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,741.84 |

| 3.160 | **Nonpriority creditor's name and mailing address**<br><br>BRYCK, CHRISTOPHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.78 |

| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>BSK INVESTMENTS, LLC<br>DBA/ TOTAL-CARE DME<br>8000 VANTAGE DR<br>SAN ANTONIO, TX  78230-4781<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,747.03 |

| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>BUCKEYE HOME HEALTH CENTER, INC.<br>PO BOX 1197<br>JAMESTOWN, TN  38556-1197<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,040.38 |

Debtor   Invacare Corporation

(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>BURLINGTON AIR EXPRESS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>BURT'S PHARMACY, INC.<br>2333 BORCHARD RD<br>NEWBURY PARK, CA  91320-3206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $522.92 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>BUSINESS ARCHIVES INC<br>1737 W NEW HAMPSHIRE ST<br>ORLANDO, FL  32804-6006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $538.05 |
| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>BUSINESS WIRE INC<br>101 CALIFORNIA STREET<br>20TH FLOOR<br>SAN FRANCISCO, CA  94111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,500.00 |
| 3.167 | **Nonpriority creditor's name and mailing address**<br><br>C & S SALES & ENGINEERING INC.<br>14158 REVERE CIRCLE<br>MIDDLEBURG HEIGHTS, OH  44130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,974.10 |

Debtor  Invacare Corporation
(Name)

Case number (if known)  23-90068

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,882.00 |
| | C 7 CONCEPTS<br>1710 CERVATO CT<br>CAMARILLO, CA  93012-9063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,082.04 |
| | C P MACHINING LLC<br>211 BEELINE DR<br>BENSENVILLE, IL  60106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,897.30 |
| | C T P SOLUTIONS<br>5236 COLODNY DR 200<br>AGOURA HILLS, CA  91301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $359,180.43 |
| | CALFEE HALTER & GRISWOLD LLP<br>ATTN JULIET P CASTROVINCI<br>1400 KEYBANK CTR<br>800 SUPERIOR AVE<br>CLEVELAND, OH  44114-2688 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $574.12 |
| | CALL2RECYCLE INC<br>ATTN EXEC VICE PRESIDENT<br>1000 PARKWOOD CIR, STE 200<br>ATLANTA, GA  30339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|

**3.173**  **Nonpriority creditor's name and mailing address**

CAMBRIDGE HEALTHCARE SERVICES
NELSON HARDIMAN LLP
MARK HARDIMAN
1100 GLENDON AVENUE, 14TH FLOOR
LOS ANGELES, CA  90024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.174**  **Nonpriority creditor's name and mailing address**

CAMOZZI, CATHERINE (ANNE)
MACGILLIVRAY LAW OFFICE INCORPORATED
JAMIE MACGILLIVRAY
134 PEOVOST STREETPO BOX 753
NEW GLASGOW, NS

**Date or dates debt was incurred**

9/1/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.175**  **Nonpriority creditor's name and mailing address**

CANE CREEK CYCLING COMPONENTS INC
BRADFORD S THORNE 355 CANE CREEK RD
PO BOX 798
FLETCHER, NC  28732

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $300.43

---

**3.176**  **Nonpriority creditor's name and mailing address**

CANNON USA INC
1235 FREEDOM RD
CRANBERRY TWNSHP, PA  16066-4949

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,337.56

---

**3.177**  **Nonpriority creditor's name and mailing address**

CAPITAL BEDDING INC
5262 S RAYMOND
VERONA, MS  38879-9710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $43,174.70

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

### 3.178

**Nonpriority creditor's name and mailing address**

CAPITAL MEDICAL SUPPLY, INC.
2233 TOMLYNN ST
RICHMOND, VA  23230-3334

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$371.48

### 3.179

**Nonpriority creditor's name and mailing address**

CAPLUGS LLC
CAPLUGS DIVISION 2150 ELMWOOD AVE
BUFFALO, NY  14207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,264.00

### 3.180

**Nonpriority creditor's name and mailing address**

CARDINAL/DETECTO SCALE MFG
203 E DAUGHERTY ST
WEBB CITY, MO  64870-1929

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$221,983.98

### 3.181

**Nonpriority creditor's name and mailing address**

CARE MEDICAL, INC.
8340 READING ROAD
CINCINNATI, OH  45237

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$928.71

### 3.182

**Nonpriority creditor's name and mailing address**

CARE ONE HOME MEDICAL EQUIPMENT, IN
DBA/CARE ONE
2230 1ST AVENUE
NEW YORK, NY  10029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$552.81

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $318,775.58 |

3.183 **Nonpriority creditor's name and mailing address**
CAREMED SUPPLY INC
7F. NO.2 LN. 235 BAO CHIAO RD
NEW TAIPEI CITY
XIN TIEN DIST  23145
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $318,775.58

---

3.184 **Nonpriority creditor's name and mailing address**
CARESOURCE, L.L.C.
4350 WILL ROGERS PKWY STE 102
OKLAHOMA CITY, OK  73108-1836

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $23,658.96

---

3.185 **Nonpriority creditor's name and mailing address**
CARESOURCE, L.L.C.
PO BOX 270214
OKLAHOMA CITY, OK  73137-0214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $133.54

---

3.186 **Nonpriority creditor's name and mailing address**
CARNEGIE TEXTILE CO
1734 IVANHOE RD
PO BOX 10276
CLEVELAND, OH  44112-1674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $0.00

---

3.187 **Nonpriority creditor's name and mailing address**
CAROLINAS HOMETOWN RESPIRATORY, LLC
371 CONCORD PKWY N
CONCORD, NC  28027-6734

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,108.14

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.188**

**Nonpriority creditor's name and mailing address**

CARROLL HEALTHCARE, INC.
944 HARGRIEVE
LONDON, ON  N6E 1P5
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$786.42

---

**3.189**

**Nonpriority creditor's name and mailing address**

CASA MEDICAL
9515 VISCOUNT BLVD
EL PASO, TX  79925-7051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.62

---

**3.190**

**Nonpriority creditor's name and mailing address**

CASCADE PLATING INC
210 S ABBE RD
ELYRIA, OH  44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$407.50

---

**3.191**

**Nonpriority creditor's name and mailing address**

CASSIDY, JEFFERY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$686.87

---

**3.192**

**Nonpriority creditor's name and mailing address**

CASTILLOS LAWN SERVICE LLC
15045 VERONA AVE
CLEARWATER, FL  33760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

Debtor | Invacare Corporation
(Name)

Case number (if known) | 23-90068

| | |
|---|---|
| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $188,491.84 |

CATALINA CYLINDERS
7300 ANACONDA AVE
GARDEN GROVE, CA 92841

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | | $21,141.70 |

CAUDLE MANUFACTURING CO INC
7545 NW 26TH AVE
MIAMI, FL 33147-6003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | | $3,439.26 |

CDW DIRECT, LLC
220 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | | $272,968.00 |

CEME S.P.A.
VIA GIUSEPPE GARIBALDI 63
CARUGATE, MI 20061
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | | $2,564.81 |

CENTIMARK CORP
PO BOX 536254
PITTSBURGH, PA 15253-5904

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Invacare Corporation
(Name)

Case number (if known)  23-90068

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>CENTRAL ALABAMA VETERANS HEALTH CAR SYSTEM -<br>WEST CAMPUS<br>ATTN. PROSTHETICS 121<br>215 PERRY HILL ROAD<br>MONTGOMERY, AL  36109-3798<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,567.68 |
| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>CENTRAL COMPOSITES LLC<br>4626 WS 21ST ST # 4<br>REDMOND, OR  97756<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,410.00 |
| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>CENTRAL EXTERMINATING CO.<br>3202 ST. CLAIR AVENUE<br>CLEVELAND, OH  44114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,916.73 |
| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>CENTRAL STEEL & WIRE COMPANY<br>13400 MT. ELLIOT AVE.<br>DETROIT, MI  48212-1302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $140,735.36 |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>CENTURY SPRING MANUF<br>454 MIDDLE STREET<br>BRISTOL, CT  06011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,832.44 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>CEVA FREIGHT LLC<br>MAIL CODE 5003<br>DALLAS, TX  75266-0367<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,800.00 |

| 3.204 | **Nonpriority creditor's name and mailing address**<br><br>CHALLENGE SAILCLOTH<br>104 E MAIN ST<br>PO BOX 716<br>VERNON, CT  06066-3336<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| 3.205 | **Nonpriority creditor's name and mailing address**<br><br>CHAMPION EQUITY HOLDINGS LLC<br>C/O LEVINE LEICHTMAN CAPTIAL PARTNERS INC<br>ATTN STEVEN HARTMAN; DAVID WOLMER<br>335 N MAPLE DR, STE 130<br>BEVERLY HILLS, CA  90210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL CLAIMS RELATED TO APA<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.206 | **Nonpriority creditor's name and mailing address**<br><br>CHAMPION EQUITY HOLDINGS, LLC<br>C/O LEVINE LEICHTMAN CAPITAL PARTNERS, INC.<br>335 NORTH MAPLE DRIVE, SUITE 13O<br>ATTN:  STEVEN E. HARTMAN AND DAVID WOLMER<br>BEVERLY HILLS, CA  90210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>SHARE PURCHASE AGREEMENT DTD 8/7/2013<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.207 | **Nonpriority creditor's name and mailing address**<br><br>CHAMPION EQUITY HOLDINGS, LLC<br>HONIGMAN MILLER SCHWARTZ AND COHN<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE, ATTN: JOSHUA F. OPPERER<br>DETROIT, MI  48226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>SHARE PURCHASE AGREEMENT DTD 8/7/2013<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

Debtor   Invacare Corporation

(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $331,017.62

CHANGSHU XUNDA POWDER
NO. 50 ZHANG WEI ROAD
ZHANG QIAO TOWN,
CHANG SHU, JIANGSU  215552
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $822,055.44

CHANGZHOU DADE MACHINE CO.,LTD
ATTN: QA:  MR. JIN YINFENG & SALES: COCO JIANG
NO.51 KUNLUN ROAD NEW  INDUSTRIAL AREA
CHANGZHOU
JIANGSU  213031
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,000.00

CHANGZHOU PLASTICS M
NO.129, BO'AI RD
TIANNING DIST
CHANGZHOU, JIANGSU  213003
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,681.01

CHANGZHOU XIANGMING
NO.518 ZHONGWU ROAD
JIANGSU PROVINCE
CHANGZHOU CITY  213011
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,976.30

CHAP ALLIANCE (HICHAUD BEAUCE INC.)
9050 22E. AVENUE
SAIN-GEORGES, QC  G5 7R6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.51 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS HOLDINGS LLC.
PO BOX 60074
CITY OF INDUSTRY, CA  91716-0074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5.51

---

3.214

**Nonpriority creditor's name and mailing address**

CHARTER INDUSTRIES
2255 29TH ST SE
GRAND RAPIDS, MI  49508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,123.20

---

3.215

**Nonpriority creditor's name and mailing address**

CHATEAU RETIREMENT COMMUNITIES
15029 WOODINVILLE REDMOND RD
RD NE STE 200
WOODINVILLE, WA  98072-6988

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $194.06

---

3.216

**Nonpriority creditor's name and mailing address**

CHATTANOOGA MOBILITY CENTER, INC.
4200 DAYTON BLVD STE A
CHATTANOOGA, TN  37415-2720

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $150.00

---

3.217

**Nonpriority creditor's name and mailing address**

CHERUBINI ENTERPRISES, INC.
7426 W DONGES BAY RD
MEQUON, WI  53092-4454

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $120.37

| Debtor | Invacare Corporation | | Case number *(if known)* | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.218 | **Nonpriority creditor's name and mailing address**<br><br>CHIEN TI ENTERPRISE CO LTD<br>1 CHIU-TOU VILLAGE<br>NO.33-12 LIN<br>XINZHUANG DIST.  242<br>TAIWAN<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,728.95 |

| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>CHOCKLETT, GREGORY P<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.00 |

| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>CHROMATIC INC.<br>839 E 63RD ST<br>CLEVELAND, OH  44103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,691.79 |

| 3.221 | **Nonpriority creditor's name and mailing address**<br><br>CIMA PLASTICS GROUP<br>7955 CHARDON RD<br>KIRTLAND, OH  44094-9014<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,833.75 |

| 3.222 | **Nonpriority creditor's name and mailing address**<br><br>CINCO TECHNOLOGIES<br>2235 SOUTHWEST BLVD BLDG A<br>GROVE CITY, OH  43123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,021.99 |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

---

**3.223**  **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
8221 DOW CIRCLE EAST 011
STRONGSVILLE, OH  44136-1675

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,042.10

---

**3.224**  **Nonpriority creditor's name and mailing address**

CIRCA
1123 N WATER ST
MILWAUKEE, WI  53202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,643.57

---

**3.225**  **Nonpriority creditor's name and mailing address**

CITY WIDE FACILITY SOLUTIONS
PO BOX 310
DUBLIN, OH  43017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,310.69

---

**3.226**  **Nonpriority creditor's name and mailing address**

CITYWIDE SOLUTIONS INC
PO BOX 310
DUBLIN, OH  43017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,047.96

---

**3.227**  **Nonpriority creditor's name and mailing address**

CLEAN SEAL INC
PO BOX 2919
20900 WEST IRELAND ROAD
SOUTH BEND, IN  46680-2919

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,638.00

---

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.228 | **Nonpriority creditor's name and mailing address**<br><br>CLINICARE MEDICAL RESOURCES, INC.<br>9245 LAZY LANE<br>TAMPA, FL  33614<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $481.57 |

| 3.229 | **Nonpriority creditor's name and mailing address**<br><br>CMA AUTOMOTIVE S.A DE C.V<br>PROLONGACION DEL PINO<br>COL POTRERO DE SAN BERNARDINO<br>DEL XOCHIMILGO<br>CD DE MEXICO  16030<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,143.75 |

| 3.230 | **Nonpriority creditor's name and mailing address**<br><br>CNN MANUFACTURING SA<br>REVOLUCION 133<br>COL. SOLIDARIDAD<br>REYNOSA, TAMAULIPAS<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $394,774.00 |

| 3.231 | **Nonpriority creditor's name and mailing address**<br><br>COBRA SEATS (1994) INC<br>1 ROYAL GATE BLVD   UNIT I<br>VAUGHAN, ON  L4L 8Z7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,079.85 |

| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>CODY'S PROMISE CHAMPION FUND<br>6821 LANGSTON RUN<br>CANFIELD, OH  44406-9287<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.21 |

| Debtor | Invacare Corporation | | |
|---|---|---|---|
| | (Name) | Case Number (if known) | 23-90068 |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.98 |
| | COLER DRUG MCCONNELSVILLE LTD. | Check all that apply. | |
| | DBA/ SHRIVERS PHARMACY | ☐ Contingent | |
| | PO BOX 3506 | ☐ Unliquidated | |
| | ZANESVILLE, OH  43702-3506 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER PREPAYMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | COLLENBERG, ANTONIA | Check all that apply. | |
| | STATE FARM FIRE CLAIMS | ☒ Contingent | |
| | CHARLES MCMORRIS, CLAIM SPECIALIST | ☒ Unliquidated | |
| | P.O. BOX 106169 | ☒ Disputed | |
| | ATLANTA, GA  30348-6169 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION | |
| | 9/1/2021 | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $276.56 |
| | COLOR POWDER COATING US LLC | Check all that apply. | |
| | 7555 TYLER BLVD, #9 | ☐ Contingent | |
| | MENTOR, OH  44060 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,750.00 |
| | COLSON CASTER GUANGZHOU LIMITED | Check all that apply. | |
| | CHINA YONGSHUN RD ZENGCHENG | ☐ Contingent | |
| | GUANGDONG | ☐ Unliquidated | |
| | GUANGZHOU 511356 | ☐ Disputed | |
| | CHINA | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64,523.81 |
| | COLSON GROUP USA | Check all that apply. | |
| | PO BOX 91346 | ☐ Contingent | |
| | CHICAGO, IL  60693-1346 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.238** **Nonpriority creditor's name and mailing address**

COLUMBIA FITNESS SYSTEMS
433 E COLUMBIA DR
KENNEWICK, WA  99336

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$527.04

---

**3.239** **Nonpriority creditor's name and mailing address**

COLUMBIA GAS OF OHIO
PO BOX 4629
CAROL STREAM, IL  60197-4629

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,890.16

---

**3.240** **Nonpriority creditor's name and mailing address**

COMCAST CABLE
PO BOX 70219
PHILADELPHIA, PA  19176-0219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,630.66

---

**3.241** **Nonpriority creditor's name and mailing address**

COMMUNITY SURGICAL SUPPLY OF TOMS RIVER, INC.
PO BOX 4686
TOMS RIVER, NJ  08754-4686

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$411.00

---

**3.242** **Nonpriority creditor's name and mailing address**

COMPASS HEALTH BRAND CORP
6753 ENGLE RD
MIDDLEBURG HEIGHTS, OH  44130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.243** **Nonpriority creditor's name and mailing address**

COMPASS HEALTH BRAND CORP.
6753 ENGLE ROAD
MIDDLEBURG HEIGHTS, OH  44130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT AMONG
COMPASS HEALTH BRANDS CORP. AND
INVACARE CORPORATION, AND GARDEN
CITY MEDICAL INC. DATED 9/30/16

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.244** **Nonpriority creditor's name and mailing address**

COMPASS HEALTH BRANDS CORP
ATTN JIM HILEMAN
6753 ENGLE RD
MIDDLEBURG HEIGHTS, OH  44130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.245** **Nonpriority creditor's name and mailing address**

COMPASS HEALTH BRANDS CORP
C/O KOLEY JESSEN PC LLO
ATTN JOSHUA K NORTON
1 PACIFIC PL, STE 800, 1125 S 103 ST
OMAHA, NE  68124-1079

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.246** **Nonpriority creditor's name and mailing address**

COMPASS HEALTH BRANDS CORP
P.O. BOX 71591
CHICAGO, IL  60694

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,023.36

---

**3.247** **Nonpriority creditor's name and mailing address**

COMPUTERSHARE TRUST COMPANY, N.A.
C/O FOLEY & LARDNER LLP
ATTN HAROLD KAPLAN; MARK HEBBELN; AARON
TANTELEFF
321 N CLARK ST, STE 3000
CHICAGO, IL  60654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
5.00% SERIES II CONVERTIBLE NOTES (2024
NOTES)

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,475,609.00

---

Debtor    Invacare Corporation           Case Number (if known)   23-90068

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.248**   **Nonpriority creditor's name and mailing address**

COMPUTERSHARE TRUST COMPANY, N.A.
C/O FOLEY & LARDNER LLP
ATTN HAROLD KAPLAN; MARK HEBBELN; AARON TANTELEFF
321 N CLARK ST, STE 3000
CHICAGO, IL  60654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
5.00% SERIES I CONVERTIBLE NOTES (2024 NOTES)

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,668,468.00

---

**3.249**   **Nonpriority creditor's name and mailing address**

COMPUTERSHARE TRUST COMPANY, N.A.
C/O FOLEY & LARDNER LLP
ATTN HAROLD KAPLAN; MARK HEBBELN; AARON TANTELEFF
321 N CLARK ST, STE 3000
CHICAGO, IL  60654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
4.25% CONVERTIBLE NOTES (2026 NOTES)

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,810,844.00

---

**3.250**   **Nonpriority creditor's name and mailing address**

CONCEPT CARE SERVICES INCORPORATED
58 WALKER LN
NEWTOWN, PA  18940-1888

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.65

---

**3.251**   **Nonpriority creditor's name and mailing address**

CONFIDENTIAL INDIVIDUAL

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$819,708.30

---

**3.252**   **Nonpriority creditor's name and mailing address**

CONFIDENTIAL INDIVIDUAL

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,166.60

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>CONFLUENCE TECHNOLOGIES LLC<br>1111 CABINVIEW CT<br>CHESTERFIELD, MO  63017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,300.00 |

| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>CONNECT MEDICAL GROUP LLC<br>205 GENESEE ST<br>ONEIDA, NY  13421-2708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,189.85 |

| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>CONNECTICUT SUPPORT SERVICES HOLDIN LLC<br>786 W QUEEN ST STE 3<br>SOUTHINGTON, CT  06489-1060<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,159.14 |

| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>CONTROL DEVICES LLC<br>1641 E SAINT ANDREW PL<br>SANTA ANA, CA  92705-4932<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $281,611.81 |

| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>COOK CHILDREN'S HOME HEALTH<br>1101 W VICKERY BLVD<br>FORT WORTH, TX  76104-1025<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,761.12 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.258**

**Nonpriority creditor's name and mailing address**

COOK MEDICAL SUPPLY
162 HIGHWAY 13 S
MORTON, MS  39117-3352

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,144.70

---

**3.259**

**Nonpriority creditor's name and mailing address**

COPPER CANYON COMMUNICATIONS LLC
4125 N BANK ST
KINGMAN, AZ  86409

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$364.13

---

**3.260**

**Nonpriority creditor's name and mailing address**

COPPER STAR MEDICAL SUPPLY. LLC
132 E 13065 S STE 175
DRAPER, UT  84020-8643

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$251.98

---

**3.261**

**Nonpriority creditor's name and mailing address**

COPY KING
2905 CHESTER AVE
CLEVELAND, OH  44114-4413

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,502.62

---

**3.262**

**Nonpriority creditor's name and mailing address**

CORE HEALTH & FITNESS LLC
27 29 NORTH 2ND ROAD
XIAMEN CITY, FUJIAN PROV  361022
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,513,095.34

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.263**  **Nonpriority creditor's name and mailing address**

CORNELL DUBILIER ELECTRONICS INC
CL 900005
PO BOX 100199
COLUMBIA, SC  29202-3199

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,181.42

---

**3.264**  **Nonpriority creditor's name and mailing address**

CORNERSTONE HEALTH SYSTEMS, L.L.C.
17 N MAPLE ST
HOHENWALD, TN  38462-1416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$251.60

---

**3.265**  **Nonpriority creditor's name and mailing address**

CORPORACION DEL FONDO DEL SEGUARO DEL ESTADO
CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA
TORRE NORTE, PISO 11
SITUADA EN EL 300 AVE JOSE DE DIEGO
SAN JUAN, PR  00911

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$120.00

---

**3.266**  **Nonpriority creditor's name and mailing address**

CORPUS CHRISTI EQUIPMENT CO LTD
P.O. BOX 4125
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$994.40

---

**3.267**  **Nonpriority creditor's name and mailing address**

CORRELL INC
300 S HANCOCK ST
CHARLESTON, AR  72933

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$402.66

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>COTTRILL, ROBERT<br>MADDEN LAW GROUP<br>PATRICK H. MADDEN<br>116 S. MAIN STREET<br>MAYVILLE, WI  53050<br><br>**Date or dates debt was incurred**<br><br>9/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>COURAGE KENNY REHABILITATION INSTIT<br>3915 GOLDEN VALLEY ROAD<br>GOLDEN VALLEY, MN  55422-9984<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,240.04 |
| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>COVENANT CARE CALIFORNIA,<br>LLC AND MARINER HEALTH CARE MANAGEMENT<br>COMPANY<br>HOOPER LUNDY & BOOKMAN<br>BRIDGET A. GORDON<br>1875 CENTURY PARK EAST, SUITE 1600<br>LOS ANGELES, CA  90067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.271 | **Nonpriority creditor's name and mailing address**<br><br>COVENANT CARE CALIFORNIA,<br>LLC AND MARINER HEALTH CARE MANAGEMENT<br>COMPANY<br>HOOPER LUNDY & BOOKMAN<br>JOSEPH R. LAMAGNA<br>101 W. BROADWAY, SUITE 1200<br>SAN DIEGO, CA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.272 | **Nonpriority creditor's name and mailing address**<br><br>COVENANT CARE CALIFORNIA,<br>LLC AND MARINER HEALTH CARE MANAGEMENT<br>COMPANY<br>HOOPER LUNDY & BOOKMAN<br>SCOTT J. KIEPEN,<br>KATRINA A. PAGONIS,<br>STEPHANIE A. GROSS<br>101 MONTGOMERY STREET, 11TH FLOOR<br>SAN FRANCISCO, CA  94104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

Debtor      Invacare Corporation
            (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.273**  **Nonpriority creditor's name and mailing address**

COVESTRO LLC
33587 WALKER RD
AVON LAKE, OH  44012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,764.24

---

**3.274**  **Nonpriority creditor's name and mailing address**

CREATIVE FINANCIAL STAFFING LLC
PO BOX 95111
CHICAGO, IL  60694-5111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,780.00

---

**3.275**  **Nonpriority creditor's name and mailing address**

CREGO, DANIEL
SEYMOUR KREMER KOCH
ZACHERY A. ZEICHERT

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.276**  **Nonpriority creditor's name and mailing address**

CREITZ, JANE AND EDWARD
STAMPONE LAW
KEVIN OBRIEN
500 COTTMAN AVE
CHELTENHAM, PA  19012

**Date or dates debt was incurred**

9/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.277**  **Nonpriority creditor's name and mailing address**

CROMIN DE MEXICO SA
GENERAL TREVINO NO. 128
COL. CERRO AZUL
GUADALUPE, NUEVO LEON  67199
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,455.66

---

Debtor  Invacare Corporation

(Name)

Case Number (if known) 23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.278**    **Nonpriority creditor's name and mailing address**

CROWE LOGISTICS LLC
1525 W HOMER ST # 202
CHICAGO, IL  60642

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,650.00

---

**3.279**    **Nonpriority creditor's name and mailing address**

CROWELL & MORING LLP
1001 PENNSYLVANIA AVE NW
WASHINGTON, DC  20004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$505,286.44

---

**3.280**    **Nonpriority creditor's name and mailing address**

CROWN LIFT TRUCKS
P O BOX 671357
DALLAS, TX  75267-1357

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$360.40

---

**3.281**    **Nonpriority creditor's name and mailing address**

CRYSTAL BUSINESS SOLUTION
701 CENTRAL PARK DR SUITE 1000
SANFORD, FL  32771-6694

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,867.30

---

**3.282**    **Nonpriority creditor's name and mailing address**

CT CORPORATION SYSTEM
AS REPRESENTATIVE
ATTN SPRS
330 N BRAND BLVD, STE 700
GLENDALE, CA  91203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,872.11

| Debtor | Invacare Corporation | Case number | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,847.02 |
|---|---|---|---|

3.283 **Nonpriority creditor's name and mailing address**

CUPRUM S.A. DE C.V.
AVE. DIEGO DIAZ DE BERLANGA
95-A SAN NICOLAS DE LOS GARZA
SAN NICOLAS, NUEVO LEON  66480
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $16,847.02

---

3.284 **Nonpriority creditor's name and mailing address**

CURTISS-WRIGHT CONTROLS INTEGRATED
210 RANGER AVE  B
BREA, CA  92821-6215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $256.75

---

3.285 **Nonpriority creditor's name and mailing address**

CUSTOM ENGINEERED WHEELS INC
11060 TACOMA DR
RANCHO CUCAMONGA, CA  91730-4857

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $643,385.38

---

3.286 **Nonpriority creditor's name and mailing address**

CUSTOM TUBE PRODUCTS INC
317 BASE LEG DR
EDGEWATER, FL  32132-1481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $17,431.97

---

3.287 **Nonpriority creditor's name and mailing address**

CUSTOM-PAK INC
1401 LAKE STREET
DEWITT, IA  52742

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $78,736.32

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.288**

**Nonpriority creditor's name and mailing address**

CUYAHOGA VENDING SERVICES
14250 SOUTH INDUSTRIAL AVENUE # 104
MAPLE HEIGHTS, OHIO  44137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,908.32

---

**3.289**

**Nonpriority creditor's name and mailing address**

DANHAUER DRUG CO. INC.
330 FREDERICA ST
OWENSBORO, KY  42301-3005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,461.82

---

**3.290**

**Nonpriority creditor's name and mailing address**

DANHIL DE MEXICO SA
PARQUE INDUSTRIAL REYNOSA
TAMULIPAS
REYNOSA  88780
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.291**

**Nonpriority creditor's name and mailing address**

DANIEL J EDELMAN INC
C/O JP MORGAN CHASE NA 21992 NETWORK PL
CHICAGO, IL  60673-1219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,062.23

---

**3.292**

**Nonpriority creditor's name and mailing address**

DANYANG HUAYI MEDICAL SUPPLY & EQUIPMENT CO LTD
NO. 1 ZHENXING RD
YUNYANG INDUSTRIAL PARK
DANYANG, JIANGSU  212300
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,101.00

---

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

---

**3.293**  **Nonpriority creditor's name and mailing address**

DARLINGTON FABRICS CORP
36 BEACH ST
WESTERLY, RI  02891

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.294**  **Nonpriority creditor's name and mailing address**

DATEKO
NEUE STRASSE 2
SCHLANSTEDT  38838
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,688.43

---

**3.295**  **Nonpriority creditor's name and mailing address**

DAVEY RESOURCE GROUP INC
4 WALTER E FORAN BLVD, STE 209
FLEMINGTON, NJ  08822

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,150.00

---

**3.296**  **Nonpriority creditor's name and mailing address**

DAVID'S DRUG & SURGICAL, INC.
315 S 8TH ST
GRIFFIN, GA  30224-4206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.05

---

**3.297**  **Nonpriority creditor's name and mailing address**

DAVIES MOLDING
DAVIES MOLDING 25579 NETWORK PLACE
CHICAGO, IL  60673-1255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,254.92

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |

(Name)

| **Part 2:** | Additional Page |

| | | | Amount of claim |

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,658,309.52 |

**3.298**

**Nonpriority creditor's name and mailing address**

DAVIS POLK
ATTN: ATTN.: DAMIAN SCHAIBLE, ESQ., JONAH A.
PEPPIATT, ESQ. AND JARRET ERICKSON, ESQ.
450 LEXINGTON AVENUE
(COUNSEL TO THE PREPETITION TERM LOAN LENDERS
AND HOLDERS OF THE PREPETITION SECURED NOTES)
NEW YORK, NY  10017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $1,658,309.52

---

**3.299**

**Nonpriority creditor's name and mailing address**

DAYTON FREIGHT
PO BOX 340
VANDALIA, OH  45377-0340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $88.80

---

**3.300**

**Nonpriority creditor's name and mailing address**

DELCREST MEDICAL SERVICES, INC.
100 COMMERCE DR
IVYLAND, PA  18974-1561

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $503.27

---

**3.301**

**Nonpriority creditor's name and mailing address**

DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS
LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112
USA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $25,000.00

---

**3.302**

**Nonpriority creditor's name and mailing address**

DEPENDABLE PRECISION MFG INC
1111 S STOCKTON ST
LODI, CA  95240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $39,763.00

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.303 | **Nonpriority creditor's name and mailing address**<br><br>DESARROLLOS GROS SA<br>BENITO JUAREZ 1102 PISO 5 COL. CENTRO<br>MONTERREY, NL  64000<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,894.79 |
|---|---|---|

| 3.304 | **Nonpriority creditor's name and mailing address**<br><br>DESCARTES SYSTEMS USA LLC<br>PO BOX 404037<br>ATLANTA, GA  30384-4037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
|---|---|---|

| 3.305 | **Nonpriority creditor's name and mailing address**<br><br>DHL EXPRESS USA INC<br>PO BOX 840032<br>DALLAS, TX  75284-0032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,026.21 |
|---|---|---|

| 3.306 | **Nonpriority creditor's name and mailing address**<br><br>DIAMEDICAL USA EQUIPMENT INC<br>7013 ORCHARD LAKE RD STE 110<br>WEST BLOOMFIELD, MI  48322-3692<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $395.00 |
|---|---|---|

| 3.307 | **Nonpriority creditor's name and mailing address**<br><br>DIAMOND MEDICAL EQUIPMENT & SUPPLY, INC.<br>PARHAM PLACE<br>300 S RODNEY PARHAM RD STE 19<br>LITTLE ROCK, AR  72205-4774<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $609.57 |
|---|---|---|

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $79.77 |

DIANA C MIRANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,614.06 |

DIESTCO MFG CORP
PO BOX 6504
CHICO, CA  95927-6504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $592.73 |

DIETZ SUPPLY CO INC
11450 KREUTZER RD
HUNTLEY, IL  60142

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,851.27 |

DIGICORPORATION INC
120 NORTH LAKE STREET
NEENAH, WI  54956

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,369.78 |

DIGITAL OFFICE SYSTEM
4800 W. EXPRESSWAY 83
MC ALLEN, TX  78501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Invacare Corporation
          (Name)                                                    Case number (if known)  23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $143.40

DILLON MEDICAL SUPPLY, INC.
19 E SEBREE ST
DILLON, MT  59725-2551

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,857.66

DIRECT TARGET PRODUCTS LLC
10319 CHATHAM RD
SPENCER, OH  44275

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DLL
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA  19087

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER FINANCING

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DODSON, GLORIA
JANSSEN MALLOY LLP
730 FIFTH STREET
EUREKA, CA  95501

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

9/1/2022

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $169.20

DON RUPPRECHT
DBA/DONS MEDICAL EQUIPMENT
1900 S 1ST ST
TEMPLE, TX  76504-7449

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.318** Nonpriority creditor's name and mailing address

DOSARREST INTERNET SECURITY LTD
186-8120 NO. 2 RD # 302
RICHMOND, BC, V7C 5J8

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,200.00

---

**3.319** Nonpriority creditor's name and mailing address

DOWNING ENTERPRISES INC.
1287 CENTERVIEW CIRCLE
AKRON, OH 44321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,772.02

---

**3.320** Nonpriority creditor's name and mailing address

DUKE ENERGY
PO BOX 1094
CHARLOTTE, NC 28201-1094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,135.04

---

**3.321** Nonpriority creditor's name and mailing address

DUN & BRADSTREET INC
PO BOX 75434
CHICAGO, IL 60675-5434

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,412.34

---

**3.322** Nonpriority creditor's name and mailing address

DUNLAP INDUSTRIES INC
PO BOX 459
DUNLAP, TN 37327

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,444.42

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.323** **Nonpriority creditor's name and mailing address**

DUNN, MARY
ESIS, INC.
RALPH J. SPANO, SR. CLAIM REPRESENTATIVE ON
BEHALF OF ALLIANZ GLOBAL RISKS US INSURANCE
COMPANY
1500 W. LEMON STREET, SUITE 207
TAMPA, FL 33609

**Date or dates debt was incurred**

9/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.324** **Nonpriority creditor's name and mailing address**

DURAMED MEDICAL SERVICES, INC.
1543 15TH ST
AUGUSTA, GA 30901-3459

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,122.31

---

**3.325** **Nonpriority creditor's name and mailing address**

DURKAN PATTERNED CARPET
NANCY LAMAS/ORDER 9251383 PO BOX 430

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.326** **Nonpriority creditor's name and mailing address**

DYCORA TRANSITIONAL HEALTH
DENENBERG TUFFLEY
EVAN MALINOWSKI
ONE NORTHWESTERN HWYSUITE 600
SOUTHFIELD, MI 48034

**Date or dates debt was incurred**

9/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.327** **Nonpriority creditor's name and mailing address**

DYGERT SEATING
2135 INDUSTRIL PKWY
ELKHART, IN 46516

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,223.33

---

Debtor   Invacare Corporation
   (Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.328** | **Nonpriority creditor's name and mailing address**

DYNAMIC CONTROLS LTD
ATTN SIMON REES, GM
39 PRINCESS ST
CHRISTCHURCH
CANTERBURY  8041
NEW ZEALAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,157,189.11

---

**3.329** | **Nonpriority creditor's name and mailing address**

DYNAMIC MEDICAL SYSTEMS LLC
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN BRIAN MAHAN JAZAERI
300 S GRAND AVE, 22ND FL
LOS ANGELES, CA  90071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.330** | **Nonpriority creditor's name and mailing address**

E G INDUSTRIES
2 E TOWER CIR
ORMOND BEACH, FL  32174-8759

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,018.36

---

**3.331** | **Nonpriority creditor's name and mailing address**

EA GROUP
PO BOX 94749
CLEVELAND, OH  44101-4749

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$177.00

---

**3.332** | **Nonpriority creditor's name and mailing address**

EAGLE EQUIPMENT CORPORATION
5944 STEUBENVILLE PIKE
MC KEES ROCKS, PA  15136-1315

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.333 | **Nonpriority creditor's name and mailing address**<br><br>EAGLE HOME MEDICAL CORP<br>2501 SAULSBURY DR<br>TEMPLE, TX  76504-2229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $679.46 |

| 3.334 | **Nonpriority creditor's name and mailing address**<br><br>EARLE M JORGENSEN CO<br>7469 KINGSPOINTE PKWY  100<br>ORLANDO, FL  32819<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,284.27 |

| 3.335 | **Nonpriority creditor's name and mailing address**<br><br>EARNEST PRODUCTS INC<br>2000 E LAKE MARY BLVD<br>SANFORD, FL  32773<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,640.75 |

| 3.336 | **Nonpriority creditor's name and mailing address**<br><br>EAST ALABAMA MEDICAL CENTER<br>DBA/HOME MED<br>1908 PEPPERELL PKWY, SUITE 2<br>OPELIKA, AL  36801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,694.76 |

| 3.337 | **Nonpriority creditor's name and mailing address**<br><br>EASTEX COMPANY<br>3820 WILLIAM RICHARDSON DRIVE<br>SOUTH BEND, IN  46628<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,227.92 |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.338 | **Nonpriority creditor's name and mailing address**<br><br>EASY TO USE PRODUCTS LLC<br>1716 N 1900 W<br>FARR WEST, UT  84404-2693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $852.00 |
|---|---|---|---|
| 3.339 | **Nonpriority creditor's name and mailing address**<br><br>EASYLIFT (BANSBACH) OF NORTH AMERICA<br>50 WEST DR<br>MELBOURNE, FL  32904<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300,467.50 |
| 3.340 | **Nonpriority creditor's name and mailing address**<br><br>EEZER PRODUCTS,INC.<br>4734 E HOME AVE<br>FRESNO, CA  93703<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,537.63 |
| 3.341 | **Nonpriority creditor's name and mailing address**<br><br>EL PASO VA HEALTH CARE SYSTEM<br>5001 N PIEDRAS ST<br>EL PASO, TX  79930-4210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $231.10 |
| 3.342 | **Nonpriority creditor's name and mailing address**<br><br>ELECTRO-MATIC PRODUCTS<br>6750 ARNOLD MILLER PKWY<br>SOLON, OH  44139-4363<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,869.98 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

| 3.343 | **Nonpriority creditor's name and mailing address**<br><br>ELENCO ELECTRONICS, INC.<br>150 CARPENTER AVE<br>WHEELING, IL 60090<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.344 | **Nonpriority creditor's name and mailing address**<br><br>ELIZABETH CITY HEALTH AND REHABILITATION LLC<br>1075 US HIGHWAY 17 S<br>ELIZABETH CITY, NC 27909-7628<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $346.03 |
| 3.345 | **Nonpriority creditor's name and mailing address**<br><br>ELREHA CONTROLS LLC<br>5443 115 AVE N<br>CLEARWATER, FL 33760<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.346 | **Nonpriority creditor's name and mailing address**<br><br>ELYRIA PLASTICS PROD<br>C/O PHOENIX MOLD & DIE 710 TAYLOR STREET<br>ELYRIA, OH 44035<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,786.19 |
| 3.347 | **Nonpriority creditor's name and mailing address**<br><br>ELYRIA SPRING & SPECIALTY INC.<br>PO BOX 868 123 ELBE STREET<br>ELYRIA, OH 44036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,266.21 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.348 | **Nonpriority creditor's name and mailing address**<br><br>EMBRY MEDICAL SUPPLY<br>10 INDUSTRIAL DR<br>CANEYVILLE, KY  42721-9176<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,378.57 |

| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>EMPLOYBRIDGE HOLDING COMPANY<br>1040 CROWN  POINTE PARKWAY SUITE<br>ATLANTA, GA  30338<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,680.60 |

| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>EMS TECHNOLOGIES, INC.<br>71 FREDERICK ST<br>BINGHAMTON, NY  13901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>EMSAR INC<br>270 DAVIDS DR<br>WILMINGTON, OH  45177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,126.77 |

| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>ENDRIES INTERNATIONAL INC<br>714 W RYAN ST PO BOX 69<br>BRILLION, WI  54110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $124,593.77 |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,304.00 |
|---|---|---|---|

ENDURA PLASTICS
2146 ENTERPRISE PKWY SUITE K
TWINSBURG, OH  44087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,438.30 |
|---|---|---|---|

ENSIGN CORP
201 ENSIGN RD
BELLEVUE, IA  52031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,980.00 |
|---|---|---|---|

EPCO
ENGINEERED PRODUCTS CO PO BOX 108
FLINT, MI  48501-0108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,400.89 |
|---|---|---|---|

EQUINITI
LINDSEY FISCHER
1110 CENTRE POINTE CURVE, SUITE 101
MENDOTA HEIGHTS, MN  55120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $140.26 |
|---|---|---|---|

ERIK KONDO
956 MASS AVE
LEXINGTON, MA  02420

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.358 | **Nonpriority creditor's name and mailing address**<br><br>ERNST & YOUNG LLP<br>640382 PO<br>PO BOX 640382<br>PITTSBURGH, PA  15264-0382<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $752,771.01 |

| 3.359 | **Nonpriority creditor's name and mailing address**<br><br>ERNST & YOUNG PUERTO RICO LLC<br>PARQUE LAS AMERICAS 1<br>SAN JUAN, PR  00918<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,106.48 |

| 3.360 | **Nonpriority creditor's name and mailing address**<br><br>ESPECIALIDADES EMYASA SA DE CV<br>LUIS F. GARCIA 283 CD INDUSTRIAL TORREON<br>TORREON COAH  27019<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,250.00 |

| 3.361 | **Nonpriority creditor's name and mailing address**<br><br>ESSENTRA INDUSTRIAL SUPPLY<br>10024 ROMANDEL AVENUE<br>FINISHING PRODUCTS DIVISION<br>SANTA FE SPRINGS, CA  90670<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $716.66 |

| 3.362 | **Nonpriority creditor's name and mailing address**<br><br>ESSENTRA PLASTICS, LLC<br>PO BOX 3384<br>CAROL STREAM, IL  60132-3384<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00

EVANS, DAVID M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $525.00

EVERCLEAR OF OHIO LTD
PO BOX 4058
AUSTINTOWN, OH  44515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,236.56

EVERGREEN RESOURCES LLC
6250 HALLE DR
VALLEY VIEW, OH  44125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,163.00

EVERSHEDS SUTHERLAND
21/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD CENTRAL
HONG KONG
HONG KONG

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

EVERSTREAM SOLUTIONS LLC
PO BOX 844605
BOSTON, MA  02284-4605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $165,712.04 |
|---|---|---|---|
| | EWELLIX USA LLC<br>1530 VALLEY CENTER PARKWAY<br>BETHLEM, PA  18017 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $935.00 |
|---|---|---|---|
| | EXAMWORKS COMPLIANCE SOLUTIONS LLC<br>1424 N BROWN RD # 100<br>LAWRENCEVILLE, GA  30043 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,350.00 |
|---|---|---|---|
| | EXCELERON MEDICAL INC<br>5000 TOWNSHIP PKWY<br>DELLWOOD, MN  55110-5852 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|
| | EXEL GLOBAL<br>22879 GLENN DR, STE 100<br>STERLING, VA  20164-4493 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192,950.78 |
|---|---|---|---|
| | EXPEDITORS INTERNATIONAL<br>18029 CLEVELAND PKWY<br>CLEVELAND, OH  44135 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.373**

**Nonpriority creditor's name and mailing address**

EXPONENT, INC
PO BOX 200283 DEPT 002
DALLAS, TX  75320-0283

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,675.79

---

**3.374**

**Nonpriority creditor's name and mailing address**

EZI METALES, S.A.DE C.V.
LERDO DE TEJADA 765 COL EL LECHUGAL
SANTA CATARINA NUEVO LEON  66376
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,490.44

---

**3.375**

**Nonpriority creditor's name and mailing address**

F C A FLEET
335 SILKY LEAF DR
HOUSTON, TX  77073-2829

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.376**

**Nonpriority creditor's name and mailing address**

FAB FORM INC
7667 JENTHER DR
MENTOR, OH  44060-4872

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,144.65

---

**3.377**

**Nonpriority creditor's name and mailing address**

FABRICACIONES ESPECIALES  RIVERA
ANT. CAMINO AL DIENTE 4430
MONTERREL, NL  64880
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,810.05

---

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|---|

**3.378** **Nonpriority creditor's name and mailing address**

FAEGRE DRINKER BIDDLE & REATH LLP
320 S CANAL ST, STE 3300
CHICAGO, IL  60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,476.00

---

**3.379** **Nonpriority creditor's name and mailing address**

FAIRWAY PRODUCTS
301 ARCH AVE
HILLSDALE, MI  49242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,149.40

---

**3.380** **Nonpriority creditor's name and mailing address**

FALCCOS PLASTIC SA DE CV
OCEANIA 102 SANTA CATARINA
SANTA CATARINA NUEVO LEON  66350
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,903.17

---

**3.381** **Nonpriority creditor's name and mailing address**

FALLS & CO
50 PUBLIC SQUARE
FLOOR 25
CLEVELAND, OH  44113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,272.50

---

**3.382** **Nonpriority creditor's name and mailing address**

FAMOUS SUPPLY CO
2620 RIDGEWOOD RD, STE 200
AKRON, OH  44313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $12,502.00 |
|---|---|---|---|
| | FANUC AMERICA CORP DRAWER  5739 PO BOX 79001 DETROIT, MI  48279-5739 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|
| | FASCO MOTORS GROUP SALE BARN ROAD CASSVILLE, MO  65625 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $24,596.08 |
|---|---|---|---|
| | FASTENAL COMPANY 591 TERNES ELYRIA, OH  44035 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $11,039.00 |
|---|---|---|---|
| | FATH 7643 SOLUTION CENTER CHICAGO, IL  60677 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|
| | FEDERAL EXPRESS CORPORATION 900 7TH STREET NW SUITE 550 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,208,641.04

FEDEX FREIGHT
2200 FORWARD DRIVE
HARRISON, AR  72601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | $775.12

FEDEX NATIONAL LTL
PO BOX 95001
LAKELAND, FL  33804-5001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | $19,002.23

FEDEX TRADE NETWORKS
PO BOX 842206
BOSTON, MA  02284-2206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

FERREIRO, ANTHONY
EVAN J. SMITH, BRODSKY & SMITH, LLC
TWO BALA PLAZA, SUITE 510
BALA CYNWYD, PA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | $6,662.52

FERRIOT INC
1000 ARLINGTON CR
AKRON, OH  44306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.393** | **Nonpriority creditor's name and mailing address**

FIBERGLASS SUPPLY
11824 WATER TANK RD
BURLINGTON, WA  98233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,870.81

---

**3.394** | **Nonpriority creditor's name and mailing address**

FINDLAY FOAM RECYCLING INC
1148 BERNATH PKWY
TOLEDO, OH  43615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$980.40

---

**3.395** | **Nonpriority creditor's name and mailing address**

FINE CHAMPION LTD
NO.11 LANE 241 JIUGAN ROAD SIJING TOWN
DISTRICT SONGJIANG
SHANGHAI  201601
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,637.37

---

**3.396** | **Nonpriority creditor's name and mailing address**

FINE GROUP (HK) LTD.
TSIMSHASUI CTR EAST WING
66 MODY RD
TSIMSHATSUI KOWLOON
HONKONG

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,043.88

---

**3.397** | **Nonpriority creditor's name and mailing address**

FIRECHEK FIRE PROTECTION CO
2701 W 5TH ST
SANFORD, FL  32771

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,071.57

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.398**

**Nonpriority creditor's name and mailing address**

FIRST AID NOW LLC
PO BOX 866
FOLEY, AL  36536

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$495.00

---

**3.399**

**Nonpriority creditor's name and mailing address**

FIRST CHOICE PACKAGING
7169 EAST PLEASANT VALLEY RD
CLEVELAND, OH  44131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.400**

**Nonpriority creditor's name and mailing address**

FLORALA PHARMACY, INC.
23355 5TH AVE
FLORALA, AL  36442-3818

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.93

---

**3.401**

**Nonpriority creditor's name and mailing address**

FLORIDA DEPT OF FINANCIAL SERVICES
DIVISION OF UNCLAIMED PROPERTY
TALLAHASSEE, FL  32399-0358

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.402**

**Nonpriority creditor's name and mailing address**

FLORIDA FOAM AND UPHOLSTERY SUPPLY
120 S RING AVE
TARPON SPRINGS, FL  34689

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,311.17

---

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.403**

**Nonpriority creditor's name and mailing address**

FLORIDA INDUSTRIAL SCALE CO.
728 INDUSTRY RD
LONGWOOD, FL  32750

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$890.60

**3.404**

**Nonpriority creditor's name and mailing address**

FLORIDA SILICA SAND CO INC
4491 S STATE RD 7
FT LAUDERDALE, FL  33314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,295.59

**3.405**

**Nonpriority creditor's name and mailing address**

FOAM CRAFT (FUTURE FOAM INC)
ATTN: MIKE URQUHART
2441 CYPRESS WAY
FULLERTON, CA  92831-5103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,072,154.28

**3.406**

**Nonpriority creditor's name and mailing address**

FOAMPARTNER AMERICAS INC
2923 TECHNOLOGY DR
ROCHESTER HILLS, MI  48309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,123.76

**3.407**

**Nonpriority creditor's name and mailing address**

FOLEY COMPANY
52026 SIERRA DR POB 606
NEW BALTIMORE, MI  48047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$510.05

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,187.88 |
|---|---|---|---|

FORM DRILL USA
4118 N. NASHVILLE AVE. CHICAGO IL
CHICAGO, IL 60634

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

FORZA MEDI PVT LTD
166 SECTION 4 IMT
MANESAR GURGAO 122050
INDIA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

FOX, JERRY
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DBO INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,611.14 |
|---|---|---|---|

FPL ENERGY SERVICES
PO BOX 25426
MIAMI, FL 33102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

FRANDEN, FARRIS, QUILLIN, GOODNIGHT & ROBERTS
WILLIAMS CENTER TOWER II
TWO W SECOND ST, STE 900
TULSA, OK 74103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.413 | **Nonpriority creditor's name and mailing address**<br><br>FREEDOM DESIGNS, INC.<br>2241 MADERA ROAD<br>SIMI VALLEY, CA  93065<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,426,842.35 |
| 3.414 | **Nonpriority creditor's name and mailing address**<br><br>FREEDOM RESPIRATORY SOLUTIONS LLC<br>DBA/ PROVIDACARE<br>PO BOX 32736<br>FRIDLEY, MN  55432-0736<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $624.22 |
| 3.415 | **Nonpriority creditor's name and mailing address**<br><br>FREEMAN, STUART<br>APRIA<br>LAW OFFICE OF GAIL N. MCKAY<br>GAIL N. MCKAY, 6707 PERKINS ROAD<br>BATON ROUGE, LA  70808<br><br>**Date or dates debt was incurred**<br><br>9/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.416 | **Nonpriority creditor's name and mailing address**<br><br>FRESENIUS MEDICAL CARE - CENTRALIZE<br>3850 N CAUSEWAY BLVD STE 300<br>METAIRIE, LA  70002-8101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,872.18 |
| 3.417 | **Nonpriority creditor's name and mailing address**<br><br>FROG LEGS, INC.<br>398 230TH STREET<br>BLOOMFIELD, IA  52537<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $464.80 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

**3.418**

**Nonpriority creditor's name and mailing address**

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$393.84

---

**3.419**

**Nonpriority creditor's name and mailing address**

FUGITT, ROBBY & REVLAND, JERRY
DBA/ABLE DURABLE MEDICAL EQUIP
3562 FOREST LN
DALLAS, TX  75234-7932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.420**

**Nonpriority creditor's name and mailing address**

FUJIAN XIANGXIN LIGHT ALLOY MANUFACTURING CO., LTD
LAN JIAOSHENG INDUSTRIAL AREA
150
FUZHOU  350112
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,603.36

---

**3.421**

**Nonpriority creditor's name and mailing address**

FULL SPEED AHEAD INC
12212 CYRUS WY
MUKILTEO, WA  98275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$144.36

---

**3.422**

**Nonpriority creditor's name and mailing address**

FUSES UNLIMITED
21500 DRAKE RD
STRONGSVILLE, OH  44149

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.423 | **Nonpriority creditor's name and mailing address**<br><br>FUTURE SURGICAL SUPPLIES INC.<br>430 NEPPERHAN AVE<br>YONKERS, NY  10701-6601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73.00 |
| 3.424 | **Nonpriority creditor's name and mailing address**<br><br>G F HEALTH PRODUCTS INC.<br>1 GRAHAMFIELD WY<br>ATLANTA, GA  30340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $269.00 |
| 3.425 | **Nonpriority creditor's name and mailing address**<br><br>G S E TRADING LTD<br>UNIT 15 11/F<br>THRIVING INDUSTRIAL CENTRE<br>26-38 SHA TSUI ROAD<br>NEW TERRITORIES  999077<br>HONG KONG<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $842,286.43 |
| 3.426 | **Nonpriority creditor's name and mailing address**<br><br>GABLE & GOTWALS<br>BOK PARK PLAZA<br>499 W SHERIDAN AVE, STE 2200<br>OKLAHOMA CITY, OK  73102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,888.57 |
| 3.427 | **Nonpriority creditor's name and mailing address**<br><br>GALLOP CORP / PRIMO PRODUCTS<br>2677 EL PRESIDIO ST<br>LONG BEACH, CA  90810<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $96,096.27 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.428** **Nonpriority creditor's name and mailing address**

GALLOP CYCLE CORP
2677 E EL PRESIDIO ST
CARSON, CA 90810-1116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$446,117.62

---

**3.429** **Nonpriority creditor's name and mailing address**

GARDINER SERVICES CO LLC
PO BOX 74805
CLEVELAND, OH 44194-0888

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,282.50

---

**3.430** **Nonpriority creditor's name and mailing address**

GARDNER DENVER THOMAS INC
PO BOX 953331
SAINT LOUIS, MO 63195-3331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,849.51

---

**3.431** **Nonpriority creditor's name and mailing address**

GARDNER MARKETING AND DESIGN
2080 LANGERDALE BLVD
SOUTH EUCLID, OH 44121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,938.75

---

**3.432** **Nonpriority creditor's name and mailing address**

GAROSO ELECTRIC AND HARDWARE
3220 FM 802 BROWNSVILLE
BROWNSVILLE, TX 78526

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,454.04

---

| Debtor | Invacare Corporation | |
|---|---|---|
| | (Name) | |
| | Case number *(if known)* | 23-90068 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $915.80 |
|---|---|---|---|

**3.433**

**Nonpriority creditor's name and mailing address**

GARVEY MANOR NURSING HOME
1037 S LOGAN BLVD
HOLLIDAYSBURG, PA  16648-2607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $915.80

---

**3.434**

**Nonpriority creditor's name and mailing address**

GASFLUX COMPANY
32 HAWTHORNE ST
ELYRIA, OH  44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $22,124.60

---

**3.435**

**Nonpriority creditor's name and mailing address**

GATES, EDWARD
BOLAND ROMAINE LLP
DARCY ROMAINE
20 WELLINGTON STREET EAST
AURORA, ON
CANADA

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.436**

**Nonpriority creditor's name and mailing address**

GBS CORP
4807 ROCKSIDE RD STE 320
INDEPENDENCE, OH  44131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,610.28

---

**3.437**

**Nonpriority creditor's name and mailing address**

GENERAL PROTO-FAB CO INC
8760 GRIGGS AVE
LEXINGTON, MN  55014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $0.00

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.438 | **Nonpriority creditor's name and mailing address**<br><br>GENESIS HEALTHCARE CORPORATION<br>101 E STATE ST<br>KENNETT SQUARE, PA  19348-3109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,002.96 |

| 3.439 | **Nonpriority creditor's name and mailing address**<br><br>GENESIS RESPIRATORY SERVICES, INC<br>4132 GALLIA ST<br>NEW BOSTON, OH  45662<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $137.73 |

| 3.440 | **Nonpriority creditor's name and mailing address**<br><br>GENEVA WOODS HEALTH SUPPLIES, LLC<br>DBA/CHS PHARMACY<br>PO BOX 61973<br>IRVINE, CA  92602-6065<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,310.45 |

| 3.441 | **Nonpriority creditor's name and mailing address**<br><br>GENPORE CORP<br>1136 MORGANTOWN ROAD<br>READING, PA  19607<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,866.00 |

| 3.442 | **Nonpriority creditor's name and mailing address**<br><br>GEOFFREY EICHER<br>SEMPLE & EICHER CO. LPA<br>ONE CASCADE PLAZA<br>SEVENTH FLOOR<br>AKRON, OH<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.05 |

3.443  **Nonpriority creditor's name and mailing address**

GERIMEDIX INC
5 HOLLYWOOD CT
SOUTH PLAINFIELD, NJ  07080-4204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $17.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.444  **Nonpriority creditor's name and mailing address**

GES EXPOSITION SERVICES
7050 LINDELL RD
LAS VEGAS, NV  89118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.445  **Nonpriority creditor's name and mailing address**

GILCO SPRING OF FLORIDA
3991 TAMPA RD
OLDSMAR, FL  34677-3233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $47,757.62
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.446  **Nonpriority creditor's name and mailing address**

GLAS
AS COLLATERAL AGENT
55 LUDGATE HILL
LEVEL 1 W
LONDON  EC4M 7JW
UNITED KINDDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $92,407.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.447  **Nonpriority creditor's name and mailing address**

GOLDEN LIVINGCENTER ELKHART
1001 W HIVELY AVE
ELKHART, IN  46517-1742

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $35.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Invacare Corporation
(Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |

| | Amount of claim |

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

GOLDMAN SACHS & CO, LLC
ATTN: YASSAMAN SALAS, MANAGING DIRECTOR
200 WEST ST.
NEW YORK, NY  10282

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SERVICES PROVIDED PURSUANT TO THE ENGAGEMENT LETTER DATED SEPTEMBER 15, 2021

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $281.87 |

GOOD SHEPHERD REHABILITATION NETWOR
850 S 5TH ST
ALLENTOWN, PA  18103-3308

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |

GOODYEAR RUBBER PRODUCTS INC
1912 CENTRAL AVE
ST PETERSBURG, FL  33712-1366

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,704.95 |

GORRISSEN
AXEL TOWERS
AXELTORV 2
KOBENHAVN V  01609
DENMARK

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $194.70 |

GORSKI WELDING LLC
37190 SUGAR RIDGE RD
N RIDGEVILLE, OH  44039

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Invacare Corporation   Case Number (if known)   23-90068
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.453**

**Nonpriority creditor's name and mailing address**

GRAHAM, WILLIAM
MOTION SPECIALTIES MOTION CONCEPTS
GARETT HARPER, MCCAGUE BORLACK LLP
225 QUEENS AVENUESUITE 1600
LONDON, ON
CANADA

**Date or dates debt was incurred**

9/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.454**

**Nonpriority creditor's name and mailing address**

GRAHAM-FIELD
520 W MULBERRY ST STE 100
BRYAN, OH  43506-1159

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$174,633.45

---

**3.455**

**Nonpriority creditor's name and mailing address**

GRAINGER INDUSTRIAL SUPPLY
DEPT. 886916837
PALATINE, IL  60038-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,364.55

---

**3.456**

**Nonpriority creditor's name and mailing address**

GRAND HEALTHCARE CO LTD
FLOOR 4
150
SHAMEN  361026
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.457**

**Nonpriority creditor's name and mailing address**

GRAND VIEW HOSPITAL, INC.
ATTN: ACCOUNTS PAYABLE
700 LAWN AVE
SELLERSVILLE, PA  18960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$525.97

Debtor   Invacare Corporation

(Name)

Case number (if known)  23-90068

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.458**  **Nonpriority creditor's name and mailing address**

GRANDIFF MEDICAL SUPPLIES
20 VITAL WAY
SILVER SPRING, MD  20904-3446

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$338.30

---

**3.459**  **Nonpriority creditor's name and mailing address**

GRANT COUNTY MEDICAL EQUIPMENT, L.L
601 N MAIN ST STE B
GARDEN CITY, KS  67846-5468

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$257.00

---

**3.460**  **Nonpriority creditor's name and mailing address**

GRAY, BERNARD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,777.25

---

**3.461**  **Nonpriority creditor's name and mailing address**

GRAY, WILLIAM
CABLE LAW, APC
KEITH CABLE
101 PARKSHORE DR., 100
FOLSOM, CA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.462**  **Nonpriority creditor's name and mailing address**

GREATHOUSE, LILAS
ELLIOTT & SMITH LAW FIRM
RICK ELLIOTT
PO BOX 9090
FAYETTEVILLE, AR  72703

**Date or dates debt was incurred**

9/1/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $280.00 |
|---|---|---|---|

GREENE & COOPER LLP.
615 COLONIAL PARK DR, STE 104
ROSWELL, GA 30075-3772

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

GREENFIELD PRODUCTS INC
1230 N WASHINGTON ST
GREENFIELD, OH 45123

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,750.00 |
|---|---|---|---|

GRUNWELL-CASHERO CO
1041 MAJOR ST
DETROIT, MI 48217

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

GSE FOSHAN
NO 1 ZHANGCHA RD
FOSHAN
GUANGDONG
CHINA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

GUDBRANSON, ROBERT
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DBO INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,766.60 |
|-------|---|---|---|

**3.468**

**Nonpriority creditor's name and mailing address**

GUIZHOU HUAFENG ELECTRICAL APPLIANCE
121 CHANGJIANG RD
XIAOHE GUIYANG,
GUIZHOU, GUIYANG  550006
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $23,766.60

---

**3.469**

**Nonpriority creditor's name and mailing address**

GUIZHOU XINAN AVIATION MACHINERY CO LTD
60 ECONOMY DEV AREA 60 CALIGUAN TOWN
GUIZHOU PROVINCE
ANSHUN CITY  561003
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $0.00

---

**3.470**

**Nonpriority creditor's name and mailing address**

GULF CONTROLS CO INC
PO BOX 15100 5201 TAMPA WEST BLVD.
TAMPA, FL  33684

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $9,792.33

---

**3.471**

**Nonpriority creditor's name and mailing address**

GVW GRAT VON WESTPHALEN
SOPHIENSTRASSE 26
MUCHEN  80333
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $337,872.29

---

**3.472**

**Nonpriority creditor's name and mailing address**

H & B WINDOW CLEANING INCORPORATED
PO BOX 42
AVON, OH  44011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,600.00

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>H & H DRUG STORES, INC.<br>DBA/WESTERN DRUG MEDICAL SUPPLY<br>3604 SAN FERNANDO ROAD<br>GLENDALE, CA 91204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95.45 |
| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>H & M DRUG, INC.<br>146 VILLAGE LN<br>WEDOWEE, AL 36278-4585<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $367.57 |
| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>H FINE & SON LTD<br>VICTORIA HOUSE<br>93 MANOR FARM ROAD<br>WEMBLEY HA0 1XB<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97,182.68 |
| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>H H BARNUM COMPANY<br>7915 LOCKLIN DR<br>BRIGHTON, MI 48116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $94,751.80 |
| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>H M S INDUSTRIES LLC<br>27995 RANNEY PKWY<br>WESTLAKE, OH 44145-1178<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,870.98 |

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

H2 MANAGEMENT
SEDGWICK, FIRE CAUSE ANALYSIS
935 PARDEE ST
MADELINE SCHOFIELDTECHNICAL SERVICES
BERKELEY, CA  94710

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.479 **Nonpriority creditor's name and mailing address**

HACKLEY HEALTHCARE EQUIPMENT
1839 PECK ST
MUSKEGON, MI  49442-2509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $32.04

---

3.480 **Nonpriority creditor's name and mailing address**

HANA TECHNOLOGIES INC
2061 CASE PARKWAY S
TWINSBURG, OH  44087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $17,990.28

---

3.481 **Nonpriority creditor's name and mailing address**

HANDI MEDICAL SUPPLY, INC.
2505 UNIVERSITY AVE W
SAINT PAUL, MN  55114-1536

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $585.43

---

3.482 **Nonpriority creditor's name and mailing address**

HANGZHOU DUNLI IMPORT & EXPORT CO LTD
1 DUNLI ROAD RENHE JIE
RENHEZHEN
HANGZHOU  311107
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $15,740.25

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,626.99 |
| | HANS RUDOLPH INC | *Check all that apply.* | |
| | 8325 COLE PKWY | ☐ Contingent | |
| | SHAWNEE, KS  66227-3128 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $335.55 |
| | HARDIN COUNTY GENERAL HOSPITAL | *Check all that apply.* | |
| | DBA/ HOSPITAL HOME SUPPLY | ☐ Contingent | |
| | 935 WAYNE ROAD | ☐ Unliquidated | |
| | SAVANNAH, TN  38372 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,777.20 |
| | HARDWARE COMPONENTS, INC. | *Check all that apply.* | |
| | 7600 OLDE EIGHT RD | ☐ Contingent | |
| | HUDSON, OH  44236-1057 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,001.75 |
| | HARMAN CORPORATION | *Check all that apply.* | |
| | 360 SOUTH STREET | ☐ Contingent | |
| | ROCHESTER, MI  48307 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $800.00 |
| | HARNESS HEALTH PARTNERS LLC | *Check all that apply.* | |
| | PO BOX 631632 | ☐ Contingent | |
| | CINCINNATI, OH  45263-1632 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|-------------|-----------------|--|

| | | Amount of claim |
|--|--|---|

**3.488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,010.10

HARRINGTON SURGICAL SUPPLY, INC.
PO BOX 3028
BUTTE, MT 59702-3028

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $173.58

HART PHARMACY, INC.
6217 E 13TH ST N
WICHITA, KS 67208-2654

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HARTFORD - CHRISTIAN SHARON
ROBINSON & COLE
JOHN H. KANE
1055 WASHINGTON BLVD.
STAMFORD, CT 06901-2249

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

9/1/2020

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,177.12

HARVY SURGICAL SUPPLY CORP
34-35 COLLINS PL
FLUSHING, NY 11354

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $717.33

HASTINGS HOME HEALTH CENTER, INC.
211 COMMERCE DR
MEDINA, OH 44256-1331

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.493 | **Nonpriority creditor's name and mailing address**<br><br>HAVEN OF DOUGLAS, LLC.<br>1400 N SAN ANTONIO AVE<br>DOUGLAS, AZ  85607-2434<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,315.22 |
| 3.494 | **Nonpriority creditor's name and mailing address**<br><br>HAWKEYE MEDICAL, LLC<br>DBA/DHC MEDICAL SUPPLY<br>8855 ANNAPOLIS RD STE 100<br>LANHAM, MD  20706-2931<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $223.12 |
| 3.495 | **Nonpriority creditor's name and mailing address**<br><br>HB PERFORMANCE SYSTEMS INC<br>PO BOX 7112<br>CAROL STREAM, IL  60122-7112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,611.77 |
| 3.496 | **Nonpriority creditor's name and mailing address**<br><br>HEALTH AID COMPANY, INC.<br>4502 N ARMENIA AVE<br>TAMPA, FL  33603-2704<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,864.41 |
| 3.497 | **Nonpriority creditor's name and mailing address**<br><br>HEALTHCARE COMP LLC<br>530 S RONALD REAGAN BLVD STE 132<br>LONGWOOD, FL  32750-5485<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $199.75 |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.498 | **Nonpriority creditor's name and mailing address**<br><br>HEARTLAND REHAB SALES INC<br>C/O BOB SMITH<br>FREEBURG, IL  62243<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $521.80 |

| 3.499 | **Nonpriority creditor's name and mailing address**<br><br>HEETER PRINTING CO INC<br>441 TECHNOLOGY DR<br>CANONSBURG, PA  15317<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,024.32 |

| 3.500 | **Nonpriority creditor's name and mailing address**<br><br>HEILIND ELECTRONICS<br>5300 AVION PARK DR<br>HIGHLAND HEIGHTS, OH  44143-1917<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $342.00 |

| 3.501 | **Nonpriority creditor's name and mailing address**<br><br>HENDERSON COUNTY HEALTHCARE CORP<br>DBA/ REDBANKS<br>851 KIMSEY LANE<br>HENDERSON, KY  42420-2665<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,367.83 |

| 3.502 | **Nonpriority creditor's name and mailing address**<br><br>HENRY, SAMUEL<br>WARNETT HALLEN, LLP<br>WARNETT HALLEN, LLP<br>720 ROBSON STREET5TH FL<br>VANCOUVER, BC<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

Debtor   Invacare Corporation
(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.503**

**Nonpriority creditor's name and mailing address**

HERITAGE PROPERTY MANAGEMENT
950 TAYLOR AVE
GRAND HAVEN, MI  49417-2282

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.19

---

**3.504**

**Nonpriority creditor's name and mailing address**

HERPOLSHEIMER, BARBARA
HENNESS & HAIGHT
MARK HENNESS & STEPHEN J. MENDENHALL
8972 SPANISH RIDGE AVENUE
LAS VEGAS, NV  89148

**Date or dates debt was incurred**

9/1/2020

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.505**

**Nonpriority creditor's name and mailing address**

HERPOLSHEIMER, BARBARA MATTER/MARQUIS
COMPANIES
MESSNER REEVES
DAVID J. MORENSEN, ESQ & MARGORIE E. KRATSAS,
ESQ.
8945 WEST RUSSELL ROAD, SUITE 300
LAS VEGAS, NV  89148

**Date or dates debt was incurred**

9/1/2020

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.506**

**Nonpriority creditor's name and mailing address**

HERRAJES HETTICH SA
RIO NILO 88 INT 401
CUAUHTEMOC  6500
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.35

---

**3.507**

**Nonpriority creditor's name and mailing address**

HEXAGON EAM HOLDINGS LLC
PO BOX 778792
CHICAGO, IL  60677-8792

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,616.97

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.508 | **Nonpriority creditor's name and mailing address**<br><br>HIDALGO WELDING SUPPLY LLC<br>P.O. BOX 2873<br>MCALLEN, TX 78502<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,676.00 |

| 3.509 | **Nonpriority creditor's name and mailing address**<br><br>HIGHWAY TWO LLC<br>1909 MILLER DR<br>OLNEY, IL 62450<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $468.53 |

| 3.510 | **Nonpriority creditor's name and mailing address**<br><br>HINTON ENTERPRISES INC<br>PO BOX 390423<br>DELTONA, FL 32738<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,700.00 |

| 3.511 | **Nonpriority creditor's name and mailing address**<br><br>HIRERIGHT INC<br>PO BOX 847891<br>DALLAS, TX 75284-7891<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $684.22 |

| 3.512 | **Nonpriority creditor's name and mailing address**<br><br>HI-TECH FASTENERS INC<br>4940 WINCHESTER BLVD<br>FREDERICK, MD 21703<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,582.02 |

Debtor  Invacare Corporation
        (Name)

Case Number (if known): 23-90068

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.513** **Nonpriority creditor's name and mailing address**

HODELL-NATCO INDUSTRIES
P.O. BOX 72594
CLEVELAND, OH  44192-0002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,214.00

---

**3.514** **Nonpriority creditor's name and mailing address**

HODGES MACE LLC
ATTN SVP & GENERAL COUNSEL
5775-D GLENRIDGE DR NE, STE 350
ATLANTA, GA  30328

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,716.24

---

**3.515** **Nonpriority creditor's name and mailing address**

HOLSTON GASES
545 W BAXTER AVE
KNOXVILLE, TN  37921-6846

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.516** **Nonpriority creditor's name and mailing address**

HOME CARE EQUIPMENT, INC.
1135 LESTER STREET
POPLAR BLUFF, MO  63901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.98

---

**3.517** **Nonpriority creditor's name and mailing address**

HOME MEDICAL PRODUCTS, INC.
PO BOX 878
JACKSON, TN  38302-0878

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,957.61

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.518 | **Nonpriority creditor's name and mailing address**<br><br>HOME MEDICAL SUPPLIES, INC.<br>8600 PARK MEADOWS DR STE 50<br>LONE TREE, CO  80124-2756<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,843.39 |

| 3.519 | **Nonpriority creditor's name and mailing address**<br><br>HOMEFRONT AIR & MEDICAL SUPPLIES, I<br>3024 A MARKET AVENUE<br>FAYETTEVILLE, AR  72703<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173.28 |

| 3.520 | **Nonpriority creditor's name and mailing address**<br><br>HORSNYDER PHARMACY<br>1226 SOQUEL AVE STE A<br>SANTA CRUZ, CA  95062-2157<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $99.60 |

| 3.521 | **Nonpriority creditor's name and mailing address**<br><br>HOSPICE OF KONA, INC.<br>PO BOX 4130<br>KAILUA KONA, HI  96745-4130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,543.42 |

| 3.522 | **Nonpriority creditor's name and mailing address**<br><br>HOSPICE OF MIDLAND, INC.<br>911 W TEXAS AVE<br>MIDLAND, TX  79701-6167<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55.43 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,724.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
HOTTINGER BRUEL AND KJAER INC
19 BARTLETT ST
MARLBOROUGH, MA  01752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,724.00

---

**Nonpriority creditor's name and mailing address**
3.524
HOVEROUND CORPORATION
6015 31ST ST E, STE 201
BRADENTON, FL  34203-5317

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
3.525
HOWELL HOME MEDICAL CORP.
DBA/HOME MEDICAL
735 W MAIN ST
GUN BARREL CITY, TX  75156-5310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$177.18

---

**Nonpriority creditor's name and mailing address**
3.526
HUB'S HOME OXYGEN & MEDICAL SUPPLIE INC.
1500 SYCAMORE ROAD, STE 10
MONTOURSVILLE, PA  17754

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,393.81

---

**Nonpriority creditor's name and mailing address**
3.527
HUGHES, LYNN AND LARRY
LANIER LAW GROUP, PA
ROBERT JENKINS
4915 PIEDMONT PARKWAYSUITE 104
JAMESTOWN,, NC

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.528 | **Nonpriority creditor's name and mailing address**<br><br>HUGHES-PETERS<br>PO BOX 712549<br>CINCINNATI, OH  45271-2549<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,235.81 |
|---|---|---|---|
| 3.529 | **Nonpriority creditor's name and mailing address**<br><br>HYLAND SOFTWARE INC.<br>28500 CLEMENS RD<br>WESTLAKE, OH  44145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $167,391.60 |
| 3.530 | **Nonpriority creditor's name and mailing address**<br><br>I M A MEDICAL SUPPLY INC<br>1 SPRINT DR<br>CARLISLE, PA  17015-7696<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18.00 |
| 3.531 | **Nonpriority creditor's name and mailing address**<br><br>I.C. RESULTS, INC.<br>DBA/LTC360.COM<br>1133 TREASURE CAY CT<br>PUNTA GORDA, FL  33950-5826<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $305.03 |
| 3.532 | **Nonpriority creditor's name and mailing address**<br><br>ICE INDUSTRIES RONFELDT<br>ICE INDUSTRIES PO BOX 674088<br>DETROIT, MI  48267-4888<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,334.74 |

Debtor | Invacare Corporation
(Name)

Case Number (if known) 23-90068

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $843.16
| IDEAL HEALTH CARE, L.L.C. | *Check all that apply.* |
| 2062 MILLBURN AVE | ☐ Contingent |
| MAPLEWOOD, NJ 07040-3713 | ☐ Unliquidated |
|  | ☐ Disputed |
| **Date or dates debt was incurred** | |
|  | **Basis for the claim:** |
| **Last 4 digits of account number:** | CUSTOMER PREPAYMENT |
|  | **Is the claim subject to offset?** |
|  | ☒ No |
|  | ☐ Yes |

**3.534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,683.34
| IGUS, INC. | *Check all that apply.* |
| PO BOX 14349 | ☐ Contingent |
| EAST PROVIDENCE, RI 02914 | ☐ Unliquidated |
|  | ☐ Disputed |
| **Date or dates debt was incurred** | |
|  | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE PAYABLE |
|  | **Is the claim subject to offset?** |
|  | ☒ No |
|  | ☐ Yes |

**3.535** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90,204.04
| ILS SUPPLY TECHNOLOG | *Check all that apply.* |
| ILS TECHNOLOGIES | ☐ Contingent |
| DETROIT, MI 48278-1959 | ☐ Unliquidated |
|  | ☐ Disputed |
| **Date or dates debt was incurred** | |
|  | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE PAYABLE |
|  | **Is the claim subject to offset?** |
|  | ☒ No |
|  | ☐ Yes |

**3.536** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| IMELDA SALAS, FORMER INVAMEX PLANT MNGR | *Check all that apply.* |
| RICARDO RODRIGUEZ, AN ATTORNEY LICENSED TO | ☒ Contingent |
| PRACTICE IN MEXICO. | ☒ Unliquidated |
|  | ☒ Disputed |
| **Date or dates debt was incurred** | |
|  | **Basis for the claim:** |
| **Last 4 digits of account number:** | LITIGATION |
|  | **Is the claim subject to offset?** |
|  | ☒ No |
|  | ☐ Yes |

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,982.85
| IMPRESOS RTM S.A.DE C.V. | *Check all that apply.* |
| DR. JAVIER PLATA 326 COL. DOCTORES | ☐ Contingent |
| TAMULIPAS | ☐ Unliquidated |
| REYNOSA 88690 | ☐ Disputed |
| MEXICO | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
|  | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
|  | ☒ No |
|  | ☐ Yes |

Debtor    Invacare Corporation

(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.538 | **Nonpriority creditor's name and mailing address**<br><br>IMS/BUHRKE-OLSON<br>IMS BUHRKE OLSO 511 W ALGONQUIN ROAD<br>ARLINGTON HEIGHTS, IL  60005-4499<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $187,037.59 |
|---|---|---|
| 3.539 | **Nonpriority creditor's name and mailing address**<br><br>INDEPENDENT MEDICAL, LLC<br>3260 N HAYDEN RD STE 210<br>SCOTTSDALE, AZ  85251-4714<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $655.00 |
| 3.540 | **Nonpriority creditor's name and mailing address**<br><br>INDUSTRIAL AIR CENTERS INC<br>731 E MARKET ST<br>JEFFERSONVILLE, IN  47130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,945.75 |
| 3.541 | **Nonpriority creditor's name and mailing address**<br><br>INGERSOLL-RAND INDUSTRIAL U.S., INC.<br>800-E BEATY STREET<br>DAVIDSON, NC  88655<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $456.79 |
| 3.542 | **Nonpriority creditor's name and mailing address**<br><br>INLAND PLYWOOD COMPANY<br>256 OLIVE ST<br>COCOA, FL  32922<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,710.27 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.543**

**Nonpriority creditor's name and mailing address**

INNOVATIVE CONCEPTS
300 N STATE ST
GIRARD, OH  44420-2538

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,199.04

---

**3.544**

**Nonpriority creditor's name and mailing address**

INNOVATIVE OFFICE SOLUTIONS, INC.
8016 INDUSTRIAL DR
MARIA STEIN, OH  45860-9546

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$612.78

---

**3.545**

**Nonpriority creditor's name and mailing address**

INNOVATIVE PRODUCTS
4657 37TH ST N UNIT B
ST PETERSBURG, FL  33714

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$729.00

---

**3.546**

**Nonpriority creditor's name and mailing address**

INNOVATIVE RACK & GE
365 BALM CT
WOOD DALE, IL  60191-1253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,750.00

---

**3.547**

**Nonpriority creditor's name and mailing address**

INSIGHT GLOBAL LLC
ATTN LEGAL DEPT
1224 HAMMOND DR, STE 1500
ATLANTA, GA  30346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,906.50

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,700.00 |

**Nonpriority creditor's name and mailing address**

INSIGHT TECHNICAL SERVICES
PO BOX 2515
SANDUSKY, OH  44871-2515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,700.00

---

3.549 **Nonpriority creditor's name and mailing address**

INSPIRUS LLC
100 N RUPERT ST
FT WORTH, TX  76107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $848.28

---

3.550 **Nonpriority creditor's name and mailing address**

INTCO MEDICAL (HK) CO LTD
RM 19C LOCKHART CTR
WAN CHAI
HONG KONG,

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $227,045.00

---

3.551 **Nonpriority creditor's name and mailing address**

INTEGRATED ACCESSIBILITY LLC
PO BOX 1255
ORANGE PARK, FL  32067-1255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $179.44

---

3.552 **Nonpriority creditor's name and mailing address**

INTERNATIONAL PAPER
1501 N CLOSNER
EDINBURG, TX  78539

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $13,745.88

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,595.88 |
|---|---|---|---|

**3.553**

**Nonpriority creditor's name and mailing address**

INTERSTATE GAS SUPPLY INC
PO BOX 936626
ATLANTA, GA  31193-6626

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,595.88

---

**3.554**

**Nonpriority creditor's name and mailing address**

INTERTEK TESTING SERVICE NA INC
165 MAIN ST
CORTLAND, NY  13045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,300.00

---

**3.555**

**Nonpriority creditor's name and mailing address**

INTREX GLOBAL SOLUTIONS
4210  116TH TERRACE NORTH
CLEARWATER, FL  34622

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.556**

**Nonpriority creditor's name and mailing address**

INVACARE (PORTUGAL) II LDA (PORTUGAL)
RUA ESTRADA VELHA 949
LECA DO BALIO  4465-784
PORTUGAL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,987.40

---

**3.557**

**Nonpriority creditor's name and mailing address**

INVACARE A/S (DENMARK)
SOENDER RINGVEJ 37
GLOSTRUP 2600  DK-2605
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY LOAN PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,533,701.25

Debtor  Invacare Corporation
        (Name)

Case number (if known)  23-90068

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.558**  **Nonpriority creditor's name and mailing address**

INVACARE AB (SWEDEN)
FAGERSTAGATAN BOX 66
SPANGA  163 91
SWEDEN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY LOAN PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,022,105.93

---

**3.559**  **Nonpriority creditor's name and mailing address**

INVACARE AS (NORWAY)
GRENSESVINGEN 9
OSLO  0661
NORWAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY LOAN PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,819,895.36

---

**3.560**  **Nonpriority creditor's name and mailing address**

INVACARE ASIA LTD.
43-59 QUEENS RD E
ROOM 2310 DOMINION CENTER
WANCHAI HONG KONG  215121
HONG KONG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY LOAN PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$302,492.01

---

**3.561**  **Nonpriority creditor's name and mailing address**

INVACARE B.V. (NETHERLANDS)
GALVANISTRAAT 14-3
14-3, 6716 AE EDE
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,742.08

---

**3.562**  **Nonpriority creditor's name and mailing address**

INVACARE HOLDING AS (NORWAY)
GRENSESVINGEN 9
OSLO  0661
NORWAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY LOAN PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,022,105.96

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.563 | **Nonpriority creditor's name and mailing address**<br><br>INVACARE HOLDINGS TWO B.V. (NETHERLANDS)<br>GALVANISTRAAT 14-3<br>14-3, 6716 AE EDE<br>NETHERLANDS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY LOAN PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71,188,778.34 |
| 3.564 | **Nonpriority creditor's name and mailing address**<br><br>INVACARE INTERNATIONAL GMBH (SWITZERLAND)<br>BENKENSTRASSE 260, CH-4108<br>WITTERSWIL<br>SWITZERLAND<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY LOAN PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,551,297.20 |
| 3.565 | **Nonpriority creditor's name and mailing address**<br><br>INVACARE INTERNATIONAL GMBH (SWITZERLAND)<br>BENKENSTRASSE 260, CH-4108<br>WITTERSWIL<br>SWITZERLAND<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,112,497.08 |
| 3.566 | **Nonpriority creditor's name and mailing address**<br><br>INVACARE LIMITED (UK)<br>C/O INVACARE UK OPERATIONS LTD<br>PENCOED TECHNOLOGY PARK<br>BRIDGEND  CF35 5HZ<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,007.18 |
| 3.567 | **Nonpriority creditor's name and mailing address**<br><br>INVACARE NEW ZEALAND<br>4 WESTFIELD PLACE<br>MT WELLINGTON<br>AUCKLAND  1001<br>NEW ZEALAND<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY LOAN PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $653,050.90 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.568 | **Nonpriority creditor's name and mailing address**<br><br>INVAMEX HOLDINGS LLC<br>CARRETERA REYNOSA-MATAMOROS KM 102<br>COL ALMAGUER<br>REYNOSA  88780<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,855,238.73 |
| 3.569 | **Nonpriority creditor's name and mailing address**<br><br>INVENTUS POWER INC<br>4 WESTBROOK CORPORATE CTR STE 900<br>WESTCHESTER, IL  60154-5724<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $137,590.00 |
| 3.570 | **Nonpriority creditor's name and mailing address**<br><br>IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY  10087-7128<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,365.92 |
| 3.571 | **Nonpriority creditor's name and mailing address**<br><br>ISFL WESTCHESTER OF SUNRISE LLC<br>9701 W OAKLAND PARK BLVD<br>SUNRISE, FL  33351-7013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $800.00 |
| 3.572 | **Nonpriority creditor's name and mailing address**<br><br>ISIS MEDICAL INC.<br>101 WALDRON RD<br>FALL RIVER, MA  02720-4723<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $868.51 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.573**

**Nonpriority creditor's name and mailing address**

ITSEEZ3D INC
5201 GREAT AMERICA PKWY # 320
SANTA CLARA, CA 95054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,500.00

---

**3.574**

**Nonpriority creditor's name and mailing address**

J & B IMPORTERS
11925 SOUTH WEST 128TH STREET
MIAMI, FL 33186

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,697.17

---

**3.575**

**Nonpriority creditor's name and mailing address**

J E JOHNSON PALLET, INC.
1250 REFUGEE LN
COLUMBUS, OH 43207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.576**

**Nonpriority creditor's name and mailing address**

J HERBERT CORP
1751 SOUTH JOHN YOUNG PARKWAY
KISSIMMEE, FL 34741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$738.87

---

**3.577**

**Nonpriority creditor's name and mailing address**

J.H. BENNETT & COMPANY INC.
10314 BRECKSVILLE RD
BRECKSVILLE, OH 44141-3338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,179.76

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.74 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
JACK JUSTICE
DBA/ REAVIS REXALL DRUG
110 BURR AVE
PAULS VALLEY, OK 73075-3848

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.74

---

| 3.579 |

**Nonpriority creditor's name and mailing address**
JAMES H. QUILLEN VA MEDICAL CENTER
PO BOX 4000
MOUNTAIN HOME, TN 37684-4000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$202.94

---

| 3.580 |

**Nonpriority creditor's name and mailing address**
JDC INDUSTRIAL SUPPLY
MISSION TEXAS 78572
MISSION, TX 78572

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,461.91

---

| 3.581 |

**Nonpriority creditor's name and mailing address**
JETHRO MEDICAL, LLC
2142 N FINE AVE
FRESNO, CA 93727-1513

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.34

---

| 3.582 |

**Nonpriority creditor's name and mailing address**
JEWISH REHABILITATION CENTER FOR AG OF THE
NORTH SHORE, INC.
240 LYNNFIELD ST
PEABODY, MA 01960-5055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,277.32

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.583** | **Nonpriority creditor's name and mailing address**

JIANGSU INTCO MEDICAL PRODUCTS CO LTD
77 YANDUNSHAN LU
DAGANGZHEN
ZHENJIANG  212132
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$594,216.19

---

**3.584** | **Nonpriority creditor's name and mailing address**

JIANGSU TONGSHUN POWER TECHNOLOGY CO.
NO. 1898 JINTONG AVE TONGZHOU DISTRICT
JIANGSU PROVINCE
NANTONG CITY  226300
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.585** | **Nonpriority creditor's name and mailing address**

JIANGSU YUYUE MEDICAL EQUIPMENT & SUPPLY CO LTD
YUYANG INDUSTRIAL PARK
JIANGSU
DANYANG CITY  212300
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$201,952.51

---

**3.586** | **Nonpriority creditor's name and mailing address**

JIANGYIN HUASHI MEDICAL EQUIPMENT CO LTD
NO. 218 HUALU ROAD HUAXI ONE VILLAGE
JIANGSU PROVINCE
JIANGYIN CITY  214421
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$979,050.49

---

**3.587** | **Nonpriority creditor's name and mailing address**

JOE HUNT & ASSOCIATES LTD
1911 EAST MAIN ST
OLNEY, IL  62450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.92

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.588** | Nonpriority creditor's name and mailing address

JOERNS AND DYNAMIC MEDICAL SYSTEMS LLC
MORGAN LEWIS & BOCKIUS
SCOTT A. MEMMOTT,
HOWARD J. YOUNG,
KAYLA STACHNIAK KAPLAN,
JONATHAN P. YORK,
MICHELLE M. ARRA
1111 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.589** | Nonpriority creditor's name and mailing address

JOERNS HEALTHCARE
HANNAH RANDOLPH HAYNES, SR. COUNSEL & CHIEF
COMPLIANCE OFFICER
2430 WHITEHALL PARK DRIVE
SUITE 100
CHARLOTTE, NC

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.590** | Nonpriority creditor's name and mailing address

JOERNS HEALTHCARE PARENT, LLC
2430 WHITEHALL PARK DRIVE
SUITE 100, ATTN: GENERAL COUNSEL
CHARLOTTE, NC  28277

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
7/2/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.591** | Nonpriority creditor's name and mailing address

JOERNS HEALTHCARE PARENT, LLC
C/O WYATT TARRANT & COMBS LLP
500 WEST JEFFERSON STREET, SUITE 2800
LOUISVILLE, KY  40202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
7/2/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.592** | Nonpriority creditor's name and mailing address

JOHNSON BATTERY COMPANY INC
6487 HWY 19 S
ZEBULON, GA  30295

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,852.62

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.593** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH, PA  15250

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,381.93

---

**3.594** **Nonpriority creditor's name and mailing address**

JONES ADAPTIVE MOBILITY, LLC
3441 HIGHWAY 126
BLOUNTVILLE, TN  37617-4525

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,993.76

---

**3.595** **Nonpriority creditor's name and mailing address**

JONES COUNTY MEDICAL SUPPLIES, INC.
PO BOX 23
LAUREL, MS  39441

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.35

---

**3.596** **Nonpriority creditor's name and mailing address**

JONES DAY
NORTH POINT
901 LAKESIDE AVE
CLEVELAND, OH  44114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,595.50

---

**3.597** **Nonpriority creditor's name and mailing address**

JOSEPH T. RYERSON & SON, INC.
JOSEPH T. RYERSON & SON PO BOX 731036
DALLAS, TX  75373-1036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,575.66

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------|

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,215.25 |
|-------|-----------------------------------------------------|---------------------------------------------------|------------|

JOSLYN MANUFACTURIG
9400 VALLEY VIEW RD.
MACEDONIA, OHIO  44056

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $588.12 |
|-------|-----------------------------------------------------|---------------------------------------------------|---------|

JURO'S MEDICAL, INC.
2043 GRAND AVE
BILLINGS, MT  59102-2614

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,100.00 |
|-------|-----------------------------------------------------|---------------------------------------------------|-----------|

K COMPANY INC
2234 S ARLINGTON RD
AKRON, OH  44319

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------|-------|

KAB SEATING LIMITED
STONE CIRCLE RD
ROUND SPINNEY INDUSTRIAL ESTATE
NORTHAMPTON  NN3 8RS
UNITED KINGDOM

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91,244.59 |
|-------|-----------------------------------------------------|---------------------------------------------------|------------|

KAIDI LLC USA
4TH JIANGCUN EASTRAOD HENGLIN
JIANGSU PROVINCE
CHANGZHOU  213101
CHINA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.603** **Nonpriority creditor's name and mailing address**

KALWEIT SERVICES, INC.
DBA/MEDICAL EQUIPMENT REPAIR
1612 VIRGINIA BEACH BLVD.
VIRGINIA BEACH, VA 23454-4628

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$660.09

---

**3.604** **Nonpriority creditor's name and mailing address**

KAP MEDICAL
1395 PICO ST
CORONA, CA 92881-3373

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,425.00

---

**3.605** **Nonpriority creditor's name and mailing address**

KAREN FRAULY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,475.35

---

**3.606** **Nonpriority creditor's name and mailing address**

KAUFMAN CONTAINER CO
PO BOX 70199
CLEVELAND, OH 44190-0199

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,600.00

---

**3.607** **Nonpriority creditor's name and mailing address**

KAUP PHARMACY, INC.
DBA/DEPENDABLE HOME MEDICAL
110 EAST BUTLER, PO BOX 605
FORT RECOVERY, OH 45846

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$122.53

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.608** | **Nonpriority creditor's name and mailing address**

KELLER MECHANICAL & ENGINEERING INC
2234 OLD TAMPA HWY
LAKELAND, FL  33815

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$815.70

---

**3.609** | **Nonpriority creditor's name and mailing address**

KELLEY DRYE & WARREN LLP
1115 SAN JACINTO BLVD # 275
AUSTIN, TX  78711

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,337.55

---

**3.610** | **Nonpriority creditor's name and mailing address**

KELLY BRUSH FOUNDATION
3 MAIN ST STE 105
BURLINGTON, VT  05401-5216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$960.44

---

**3.611** | **Nonpriority creditor's name and mailing address**

KENCO TRANSPORTATION MANAGEMENT LLC
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
MARC S. BLUBAUGH
41 SOUTH HIGH STREET, SUITE 2600
COLUMBUS, OH  43215-6164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.612** | **Nonpriority creditor's name and mailing address**

KENCO TRANSPORTATION MANAGEMENT LLC
INVACARE C/O RATELINX, PO BOX 77065
MADISON, WI  53707

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,049,168.53

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.613** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.00

KEVIN G MCANANEY LAW OFFICES
645 MICHELLE MEWS
PRINCETON, NJ  08542-3752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

KEY TRONIC CORPORATION
4224 N SULLIVAN RD
SPOKANE VALLEY, WA  99216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,792.35

KEYSTONE FOAM CORPORATION
5358 PENNSYLVANIA 982
DERRY, PA  15627

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,045.00

KI MOBILITY LLC
5201 WOODWARD DR
STEVENS POINT, WI  54481-7700

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $142,298.30

KING & SPALDING LLP
1700 PENNSYLVANIA AVE NW
WASHINGTON, DC  20006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.618**

**Nonpriority creditor's name and mailing address**

KINGDOM MEDICAL EQUIPMENT, LLC
1824 NW 52ND ST
LAWTON, OK  73505-3122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.90

---

**3.619**

**Nonpriority creditor's name and mailing address**

KINGSTON CARE CENTER OF FORT WAYNE
DBA/ KINGSTON CARE CENTER
1010 W WASHINGTON CENTER RD
FORT WAYNE, IN  46825-4155

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.16

---

**3.620**

**Nonpriority creditor's name and mailing address**

KKSG & ASSOCIATES INCORPORATED
DIV OF MINUTE MEN
HR FOR OHIO
67 E. WILSON BRIDGE RD 201
WORTHINGTON, OH  43085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,000.00

---

**3.621**

**Nonpriority creditor's name and mailing address**

KLARVIK
KLARVIKSVAGEN 9
KLAVRESTROM  36072
SWEDEN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.622**

**Nonpriority creditor's name and mailing address**

KNOWBE4 INC
PO BOX 734977
DALLAS, TX  75373-4977

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,050.00

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.623 | **Nonpriority creditor's name and mailing address**<br><br>KOHLL'S PHARMACY & HOMECARE<br>12741 Q ST<br>OMAHA, NE  68137-3211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $428.71 |
|---|---|---|---|
| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>21146 NETWORK PL<br>CHICAGO, IL  60673-1211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,831.78 |
| 3.625 | **Nonpriority creditor's name and mailing address**<br><br>KRAUSHER MACHINING INC<br>4267 BUTLER RD<br>WAKEMAN, OH  44889-8212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,309.93 |
| 3.626 | **Nonpriority creditor's name and mailing address**<br><br>KUNSHAN GEOBY MACHIN<br>NO. 10 LUFENG EAST RD<br>LUJIA TOWN, KUNSHAN CITY,<br>JIANGSU PROVINCE  215331<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $289,663.39 |
| 3.627 | **Nonpriority creditor's name and mailing address**<br><br>KYTO, INC.<br>DBA/MOBILITY & MORE<br>493 DENVER AVE<br>LOVELAND, CO  80538<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $465.09 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.628 | **Nonpriority creditor's name and mailing address**<br><br>L S I CORPORATION TEMPORARY SERVICES<br>& PLACEMENT AGENCY<br>WICHITA, KS  67201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,781.15 |

| 3.629 | **Nonpriority creditor's name and mailing address**<br><br>LAKE BUSINESS PRODUCTS INC<br>37200 RESEARCH DR<br>EASTLAKE, OH  44095<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,935.72 |

| 3.630 | **Nonpriority creditor's name and mailing address**<br><br>LAKE ERIE ABRASIVE & TOOL<br>24811  ROCKWELL DRIVE<br>EUCLID, OH  44117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,030.08 |

| 3.631 | **Nonpriority creditor's name and mailing address**<br><br>LAKE FRONT MEDICAL SALES, INC.<br>4151 N KEDZIE AVE<br>CHICAGO, IL  60618-2409<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.28 |

| 3.632 | **Nonpriority creditor's name and mailing address**<br><br>LAMINA Y PLACA COMER<br>OCAMPO NO. 250 PTE CENTRO<br>MONTERREY<br>NUEVO LEON  CP64000<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,780.96 |

Debtor      Invacare Corporation                                    Case Number (if known)    23-90068
            (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.633**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,223.52
            LANG OPTICAL INC.                                          *Check all that apply.*
            280 S. LOGAN
            ELYRIA, OH  44035                                          ☐ Contingent
                                                                       ☐ Unliquidated
            **Date or dates debt was incurred**                       ☐ Disputed

            **Last 4 digits of account number:**                      **Basis for the claim:**
                                                                       TRADE PAYABLE

                                                                       **Is the claim subject to offset?**
                                                                       ☒ No
                                                                       ☐ Yes

**3.634**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $45.98
            LANIER MEDICAL PARK PHARMACY                              *Check all that apply.*
            2551 LIMESTONE PKWY
            GAINESVILLE, GA  30501-2094                                ☐ Contingent
                                                                       ☐ Unliquidated
            **Date or dates debt was incurred**                       ☐ Disputed

            **Last 4 digits of account number:**                      **Basis for the claim:**
                                                                       CUSTOMER PREPAYMENT

                                                                       **Is the claim subject to offset?**
                                                                       ☒ No
                                                                       ☐ Yes

**3.635**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          UNDETERMINED
            LAPLACA, ANTHONY                                          *Check all that apply.*
            ADDRESS REDACTED
                                                                       ☒ Contingent
            **Date or dates debt was incurred**                       ☒ Unliquidated
                                                                       ☐ Disputed
            **Last 4 digits of account number:**
                                                                       **Basis for the claim:**
                                                                       DBO INSURANCE

                                                                       **Is the claim subject to offset?**
                                                                       ☒ No
                                                                       ☐ Yes

**3.636**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          UNDETERMINED
            LAPORTE, DALE                                            *Check all that apply.*
            ADDRESS REDACTED
                                                                       ☒ Contingent
            **Date or dates debt was incurred**                       ☒ Unliquidated
                                                                       ☒ Disputed
            **Last 4 digits of account number:**
                                                                       **Basis for the claim:**
                                                                       DBO INSURANCE

                                                                       **Is the claim subject to offset?**
                                                                       ☒ No
                                                                       ☐ Yes

**3.637**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,232.00
            LAVELLE INDUSTRIES INC.                                   *Check all that apply.*
            PO BOX 88862 665 MCHENRY STREET
            BURLINGTON, WI  60680                                      ☐ Contingent
                                                                       ☐ Unliquidated
            **Date or dates debt was incurred**                       ☐ Disputed

            **Last 4 digits of account number:**                      **Basis for the claim:**
                                                                       TRADE PAYABLE

                                                                       **Is the claim subject to offset?**
                                                                       ☒ No
                                                                       ☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.638 | **Nonpriority creditor's name and mailing address**<br><br>LEADING RESPIRATORY SERVICES, INC.<br>PO BOX 255<br>MCDERMOTT, OH 45652<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,694.29 |
| 3.639 | **Nonpriority creditor's name and mailing address**<br><br>LEAL, LUIS FLORES<br>MORROW B. SHEPPARD LLP<br>NICHOLAS A. MORROW<br>3701 KIRBY DRSTE 840<br>HOUSTON, TX<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.640 | **Nonpriority creditor's name and mailing address**<br><br>LEASE CORPORATION OF AMERICA<br>P.O. BOX 1650<br>TROY, MI 48099-1650<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,804.37 |
| 3.641 | **Nonpriority creditor's name and mailing address**<br><br>LEE CO<br>2 PETTIPAUG RD<br>PO BOX 424<br>WESTBROOK, CT 06498-0424<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71,343.00 |
| 3.642 | **Nonpriority creditor's name and mailing address**<br><br>LEE SPRINGS DE MEXICO<br>APOLO 519<br>EDIFICIO 22 PARQUE IND KALOS STA CATARNA<br>CARRETERA MONTERREY 66370<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,804.30 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.643 | **Nonpriority creditor's name and mailing address**<br><br>LEGGETT & PLATT INC<br>DMB & ASSOCIATESINC. 803 NORTH STREET<br>JACKSONVILLE, FL 32211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $578.07 |

| 3.644 | **Nonpriority creditor's name and mailing address**<br><br>LENEGHAN, KATHLEEN P.<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DBO INSURANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.645 | **Nonpriority creditor's name and mailing address**<br><br>LEVEL 3 COMMUNICATIONS LLC<br>PO BOX 910182<br>DENVER, CO 80291-0182<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,806.78 |

| 3.646 | **Nonpriority creditor's name and mailing address**<br><br>LEWIN MEDICAL SUPPLY<br>165 OLIVER ST<br>RIVERHEAD, NY 11901-6216<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.10 |

| 3.647 | **Nonpriority creditor's name and mailing address**<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 W 5TH ST, STE 4000<br>LOS ANGELES, CA 90071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,049.00 |

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.648**

**Nonpriority creditor's name and mailing address**

LIBERTY COMMONS NURSING AND REHABILITATION
CENTER OF ROWAN COUN
4412 S MAIN ST
SALISBURY, NC  28147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.22

---

**3.649**

**Nonpriority creditor's name and mailing address**

LIBERTY FASTENER COMPANY
540 MEYER RD
BENSENVILLE, IL  60106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$656.14

---

**3.650**

**Nonpriority creditor's name and mailing address**

LIBERTY HEALTHCARE PROPERTIES OF DA COUNTY, LLC
(DCN)
316 NC HIGHWAY 801 S
ADVANCE, NC  27006-7647

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,254.26

---

**3.651**

**Nonpriority creditor's name and mailing address**

LIBERTY HOME CARE
740 DIAMOND SHOALS RD
WILMINGTON, NC  28403-4388

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$491.87

---

**3.652**

**Nonpriority creditor's name and mailing address**

LIBERTY MOBILITY, LLC
5 CHURCH ST
WEST WARWICK, RI  02893-4004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$727.47

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.653** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,156.52

LIFEHME, INC.
454 BERRYHILL RD STE A
COLUMBIA, SC  29210-6447

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,150.96

LIGGETT INC
561 IRON BRIDGE LN
DAUPHIN, PA  17018-9686

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

LINAK ACTUATOR HONG KONG
SHANGHE INDUSTRIAL PARK BLOCK B
NANCHANG ROAD XIXIANG JIE
XIXIANG
SHENZHEN  518126
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $694,535.61

LINAK ACTUATOR SYSTEMS LTD
SHANGHE INDUSTRIAL PARK BLOCK B
NANCHANG ROAD XIXIANG JIE
XIXIANG
SHENZHEN  518126
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.657** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,412,566.12

LINAK US INC
2200 STANLEY GAULT PKWY
LOUISVILLE, KY  40223-4172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Invacare Corporation
(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.658** | **Nonpriority creditor's name and mailing address**
LINCOLN LTC, LLC
503 SILVER CROSS DR
BROOKHAVEN, MS  39601-2388

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$0.52**

---

**3.659** | **Nonpriority creditor's name and mailing address**
LINDE RSS LLC
C/O PRAXAIR DISTRIBUTION, INC.
PO BOX 9224
DES MOINES, IA  50306-9224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$2,394.29**

---

**3.660** | **Nonpriority creditor's name and mailing address**
LIQUID CRYSTAL TECHNOLOGIES
24300 SOLON RD  100
CLEVELAND, OH  44146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$18,646.00**

---

**3.661** | **Nonpriority creditor's name and mailing address**
LOCKJOINT TUBE INC
PO BOX 774006 4006 SOLUTIONS CENTER
CHICAGO, IL  60677-4000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$0.00**

---

**3.662** | **Nonpriority creditor's name and mailing address**
LOGICORP LOGISTIC GROUP, LLC
7916 N CYNTHIA ST.
MCALLEN, TX  78504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$31,450.00**

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 158 of 275

| Debtor | Invacare Corporation | | | Case number (if known) | 23-90068 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.663 | **Nonpriority creditor's name and mailing address**<br><br>LUKE ENGINEERING & MFG CO INC<br>456 SOUTH BLVD<br>WADSWORTH, OH  44281<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $525.00 |
|---|---|---|---|
| 3.664 | **Nonpriority creditor's name and mailing address**<br><br>M & M MEDICAL SALES, INC.<br>356 S MAPLE AVE<br>GLEN ROCK, NJ  07452-1542<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,499.58 |
| 3.665 | **Nonpriority creditor's name and mailing address**<br><br>M D I OF WISCONSIN INC<br>2685 UNIVERSAL ST<br>OSHKOSH, WI  54902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,982.84 |
| 3.666 | **Nonpriority creditor's name and mailing address**<br><br>M V P PLASTICS INC<br>15005 ENTERPRISE WY<br>MIDDLEFIELD, OH  44062-9639<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,603.73 |
| 3.667 | **Nonpriority creditor's name and mailing address**<br><br>MACK AND SONS SERVICE INC<br>17675 PITTS RD<br>WELLINGTON, OH  44090<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,499.50 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.668 | **Nonpriority creditor's name and mailing address**<br><br>MACKMALTER ENTERPRISES, INC.<br>DBA/ALPHA HOME HEALTH<br>205 BAILEY LN<br>BENTON, IL  62812-1921<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $318.49 |
|---|---|---|---|
| 3.669 | **Nonpriority creditor's name and mailing address**<br><br>MAC'S MEDICINE MART, INC.<br>1455 E CENTER ST<br>KINGSPORT, TN  37664-2501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $912.77 |
| 3.670 | **Nonpriority creditor's name and mailing address**<br><br>MADA MEDICAL PRODUCTS INC<br>625 WASHINGTON AVE<br>CARLSTADT, NJ  07072-2901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,359.36 |
| 3.671 | **Nonpriority creditor's name and mailing address**<br><br>MADDERNS<br>1ST FLOOR, 64 HINDMARSH SQUARE<br>ADELAIDE, SA  5000<br>AUSTRALIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,374.05 |
| 3.672 | **Nonpriority creditor's name and mailing address**<br><br>MADGE.WEB INCORPORATED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MAGLALANG, BERNARDO (DECEASED: JENNIFER)
SERA H. RUSSELL
111 MERCURY STREET
P.O. BOX 53866
LAFAYETTE, LA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $222.00 |
|---|---|---|---|

MALLORY ALEXANDER INTERNATIONAL LOGISTICS
777 SUNRISE HWY, STE 310
LYNBROOK, NY  11563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MANION, JAMES WILFRED
LEE FRIEDLAND
707 NE 3RD AVE SUITE 201
FORT LAUDERDALE, FL  33304

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

9/1/2022

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,761.00 |
|---|---|---|---|

MANSOUR GAVIN GERLAK & CO LPA
NORTH POINT TOWER
1001 LAKESIDE AVE, STE 1400
CLEVELAND, OH  44114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,550.00 |
|---|---|---|---|

MAPLE INDUSTRIES LLC
6200 MAPLE AVE
DALLAS, TX  75235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.678** | **Nonpriority creditor's name and mailing address**

MARMON KEYSTONE DE MEXICO SA DE CV
AV.INDUSTRIAS DEL ORIENTE 3147
COL. JARDINES DE SAN RAFAEL
GUADALUPE, NUEVO LEON  67110
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,874.68

---

**3.679** | **Nonpriority creditor's name and mailing address**

MARQUIS
MESSNER REEVES
DAVID MORENSEN, MARGORIE E. KRATSAS
8945 WEST RUSSELL ROAD, SUITE 300
LAS VEGAS, NV

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.680** | **Nonpriority creditor's name and mailing address**

MARRA'S HOMECARE EQUIPMENT & SUPPLI INC.
21087 NYS ROUTE 3  F
WATERTOWN, NY  13601-5555

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$492.33

---

**3.681** | **Nonpriority creditor's name and mailing address**

MARTIN MOTOR CO LTD
NO. 8 LONGWAN ROAD
JIANGMEN
GUANGDONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$565,809.92

---

**3.682** | **Nonpriority creditor's name and mailing address**

MARTIN WHEEL COMPANY INCORPORATED
342 WEST AVE
TALLMADGE, OH  44278

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,206.71

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,027.08 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
MATTRESS RECYCLING COUNCIL INC
501 WYTHE ST
ALEXANDRIA, VA 22314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.684

**Nonpriority creditor's name and mailing address**
MAX MACHINE & MANUFACTURING
13906 LYNMAR BLVD
TAMPA, FL 33626

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,536.50

---

3.685

**Nonpriority creditor's name and mailing address**
MAXTEC INC
2305 S 1070 W
SALT LAKE CITY, UT 84119-1564

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$169,810.90

---

3.686

**Nonpriority creditor's name and mailing address**
MAY INDUSTRIES OF OHIO, INC
9981 YORK THETA DR
NORTH ROYALTON, OH 44133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,109.45

---

3.687

**Nonpriority creditor's name and mailing address**
MBL (XIAMEN) CO LTD
289 WENGJIAO ROAD XINYANG INDISTRIA
SHAMEN 361022
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,606.64

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

---

**3.688**

**Nonpriority creditor's name and mailing address**

MCCONAGHY HOME MEDICAL LLC
179A S JACKSON ST
GROVE HILL, AL  36451-3009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.42

---

**3.689**

**Nonpriority creditor's name and mailing address**

MCCULLOUGH LLC
1579 MONROE DRIVE
SUITE 251
ATLANTA, GA  30324

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$687.50

---

**3.690**

**Nonpriority creditor's name and mailing address**

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
1300 MOUNT KEMBLE AVE
MORRISTOWN, NJ  07962-2075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,875.00

---

**3.691**

**Nonpriority creditor's name and mailing address**

MCKESSON MEDICAL SURGICAL INC
301 GILLS DR STE 200
ORLANDO, FL  32824-7861

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,553.92

---

**3.692**

**Nonpriority creditor's name and mailing address**

MCMASTER CARR SUPPLY CO
200 AURORA INDUSTRIAL PKWY
AURORA, OH  44202-8087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,100.27

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.693 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MD-MART, INC.
1630 OAKLAND RD STE A108
SAN JOSE, CA  95131-2450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.00

---

**3.694 Nonpriority creditor's name and mailing address**

MEADOWS HEALTHCARE ALLIANCE, INC.
DBA/MEADOWS HOME MEDICAL
PO BOX 1915
VIDALIA, GA  30475

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,285.20

---

**3.695 Nonpriority creditor's name and mailing address**

MEDICAL SCIENCE CENTER
5328 E HWY 67
ALVARADO, TX  76009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.696 Nonpriority creditor's name and mailing address**

MEDICAL SUPPLY SERVICES, LLC
749 W JACKSON ST
COOKEVILLE, TN  38501-3993

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.62

---

**3.697 Nonpriority creditor's name and mailing address**

MEDIEQUIP, INC.
12852 MANCHESTER RD
SAINT LOUIS, MO  63131-1803

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$323.42

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,206.00 |
|---|---|---|---|

MEDILODGE OF TRAVERSE CITY
2585 LAFRANIER RD
TRAVERSE CITY, MI  49686-8972

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $541.56 |
|---|---|---|---|

MEDILOGIX, LLC
1512 LARIMER ST STE 400
DENVER, CO  80202-1650

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $203.43 |
|---|---|---|---|

MEDITECH MOBILITY, LLC
630 E BROADWAY AVE
MOSES LAKE, WA  98837-1726

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,645.56 |
|---|---|---|---|

MEDLAB INTERNATIONAL, INC.
5310 WARREN RD
CORTLAND, OH  44410-9796

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

MEDLINE INDUSTRIES INC
3 LAKES DR
NORTHFIELD, IL  60093-2753

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $377.00 |
| | MEDOX CORPORATION | Check all that apply. | |
| | 4233 CLARK ROAD UNIT 20 | ☐ Contingent | |
| | SARASOTA, FL  34233-2438 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,827.79 |
| | MEDOX SERVICES, INC. | Check all that apply. | |
| | DBA/IDEAL HOME CARE | ☐ Contingent | |
| | 13453 PUMICE ST | ☐ Unliquidated | |
| | NORWALK, CA  90650 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,686.94 |
| | MEDREP ENTERPRISES | Check all that apply. | |
| | 5563 POINTE DR | ☐ Contingent | |
| | E CHINA, MI  48054 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,243.04 |
| | MED-TECH SYSTEMS | Check all that apply. | |
| | 5536 E GRANT RD | ☐ Contingent | |
| | TUCSON, AZ  85712-2242 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,542.00 |
| | MEGA TECHWAY INC.. | Check all that apply. | |
| | 760 BETA DR F | ☐ Contingent | |
| | MAYFIELD VILLAGE, OH  44143-2334 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------|

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $476.70 |
|-------|-----------------------------------------------------|---------------------------------------------------|---------|

**3.708**

**Nonpriority creditor's name and mailing address**

MEMORIAL HERMANN HEALTH SYSTEM
929 GESSNER STE 1900
HOUSTON, TX  77024-2317

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$476.70**

---

**3.709**

**Nonpriority creditor's name and mailing address**

MEMORIAL HOME SERVICES OF CENTRAL ILLINOIS, INC.
701 N 1ST ST BOX 199
SPRINGFIELD, IL  62702-3757

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$4,313.71**

---

**3.710**

**Nonpriority creditor's name and mailing address**

MERCORP INC
320-C E CEDAR AVE
MCALLEN, TX  78501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$59,923.00**

---

**3.711**

**Nonpriority creditor's name and mailing address**

MERCURY PLASTICS LLC
PO BOX 931379
CLEVELAND, OH  44193-1552

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$5,517.60**

---

**3.712**

**Nonpriority creditor's name and mailing address**

MERCY REGIONAL MEDICAL CENTER
ATTN DIRECTOR
809 UNIVERSITY BLVD E
TUSCALOOSA, AL  35401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$138.34**

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---:|

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00 |
|---|---|---|---|

**3.713**

**Nonpriority creditor's name and mailing address**
MERITS HEALTH PRODUCTS CO LTD
NO. 18 JINGKE RD T.P.M. T PARK
NANTUN DISTRICT
TAICHUNG CITY  40852
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $300.00

---

**3.714**

**Nonpriority creditor's name and mailing address**
MERITUS ENTERPRISES, INC.
DBA/EQUIPPED FOR LIFE
525 DUAL HIGHWAY
HAGERSTOWN, MD  21740

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $61.32

---

**3.715**

**Nonpriority creditor's name and mailing address**
MERTENS HEAVY EQUIPMENT REPAIR LLC
3660 E MARTIN LN
KINGMAN, AZ  86409

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,876.33

---

**3.716**

**Nonpriority creditor's name and mailing address**
MESA LABORATORIES INC
12100 W 6TH AVE
LAKEWOOD, CO  80228

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,262.00

---

**3.717**

**Nonpriority creditor's name and mailing address**
METAL IMPACT EAST
PO BOX 7811
CAROL STREAM, IL  60197-7811

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,549.25

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.718**

**Nonpriority creditor's name and mailing address**

METAL IMPACT SOUTH LLC
795 SAM T BARKLEY DR
NEW ALBANY, MS  38652-9537

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$225,515.96

---

**3.719**

**Nonpriority creditor's name and mailing address**

METAL POWDER PRODUCT
409 3RD ST
FALLS CREEK, PA  15840

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,418.50

---

**3.720**

**Nonpriority creditor's name and mailing address**

METAL STANDARD CORP
286 HEDCOR ST.
HOLLAND, MI  49423

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,176.00

---

**3.721**

**Nonpriority creditor's name and mailing address**

METCO INDUSTRIES INCORPORATED
1241 BRUSSELLES ST
SAINT MARYS, PA  15857-1901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,856.00

---

**3.722**

**Nonpriority creditor's name and mailing address**

METLSAW SYSTEMS INCORPORATED
2950A BAY VISTA COURT
BENICIA, CA  94510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,030.40

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.723 | **Nonpriority creditor's name and mailing address**<br><br>MEYERS ROMAN FRIEDBERG & LEWIS<br>28601 CHAGRIN BLVD, STE 600<br>CLEVELAND, OH  44122<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,975.00 |
|---|---|---|---|
| 3.724 | **Nonpriority creditor's name and mailing address**<br><br>MEYERS, KEVIN J<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $490.98 |
| 3.725 | **Nonpriority creditor's name and mailing address**<br><br>MIAMI COMPUTER SUPPLY, INC.<br>6465 REFLECTIONS DR<br>DUBLIN, OH  43017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.726 | **Nonpriority creditor's name and mailing address**<br><br>MIAMI VALLEY STEEL SERVICE INC<br>201 FOX DR<br>PIQUA, OH  45356<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,490.01 |
| 3.727 | **Nonpriority creditor's name and mailing address**<br><br>MICROSOFT CORPORATION<br>1950 N STEMMONS PKWY 5010<br>LB 842467<br>DALLAS, TX  75207<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $347,054.37 |

| Debtor | Invacare Corporation | | |
| --- | --- | --- | --- |
| | (Name) | Case number (if known) | 23-90068 |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.728**

**Nonpriority creditor's name and mailing address**

MIDDLEBURG YARN CIT GROUP/ COMMERCIAL SVCS.
909 ORANGE ST
SELLIONSGROVE, PA  17870

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.729**

**Nonpriority creditor's name and mailing address**

MIDDLEOAK INSURANCE (DENNIS O'MARA DECEDENT)
MIDDLEOAK
DANIEL DE LUCA
THREE VALLEY SQUARESUITE 220
BLUE BELL, PA  19422

**Date or dates debt was incurred**

9/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.730**

**Nonpriority creditor's name and mailing address**

MID-STATES ALUMINUM
132 TROWBRIDGE DR
FOND DU LAC, WI  54936-1107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.731**

**Nonpriority creditor's name and mailing address**

MIDWEST CHRISTIAN VILLAGES INC
DBA/ CHRISTIAN HORIZONS
622 EMERSON RD STE 310
SAINT LOUIS, MO  63141-6727

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$244.90

---

**3.732**

**Nonpriority creditor's name and mailing address**

MIDWEST CUSTOM MFG LTD
8980 OSBORNE DR
MENTOR, OH  44060-4326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,711.25

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,771.00 |

**Nonpriority creditor's name and mailing address**

MIDWEST DIAGNOSTICS, INC.
DBA/MIDWEST MEDICAL EQUIPMENT & SUPPLIES
4418 HAINES ROAD, SUITE 1200
DULUTH, MN  55811

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,771.00

---

**3.734  Nonpriority creditor's name and mailing address**

MIDWEST WIRE PRODUCTS INC
649 S LANSING AVE
STURGEON BAY, WI  54235-2853

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,697.18

---

**3.735  Nonpriority creditor's name and mailing address**

MIKE ALBERT LEASING INC
ATTN PRESIDENT
10340 EVENDALE DR
CINCINNATI, OH  45241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,525.87

---

**3.736  Nonpriority creditor's name and mailing address**

MILLER STEPHENSON CHEMICAL CO INC
55 BACKUS AVE
DANBURY, CT  06810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,250.18

---

**3.737  Nonpriority creditor's name and mailing address**

MINTERELLISONRUDDWATTS
PWC TOWER
15 CUSTOMS ST W
AUCKLAND  1010
NEW ZEALAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,460.32

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

---

**3.738**

**Nonpriority creditor's name and mailing address**

MK BATTERY
8997 YELLOW BRICK ROAD
BALTIMORE, MD  21237

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,223.87

---

**3.739**

**Nonpriority creditor's name and mailing address**

MMS EQUIPMENT OF DALLAS CENTRAL, IN
DBA/MAJORS MEDICAL SERVICE
2601 W MOCKINGBIRD LN STE 101
DALLAS, TX  75235-5630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$454.44

---

**3.740**

**Nonpriority creditor's name and mailing address**

MOBIL MEDICAL
29415 COMMONS FOREST DR
HUFFMAN, TX  77336-2981

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$190.28

---

**3.741**

**Nonpriority creditor's name and mailing address**

MOBILE MODULAR PORTABLE STORAGE
1100 HWY 559
AUBURNDALE, FL  33823

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.28

---

**3.742**

**Nonpriority creditor's name and mailing address**

MOBILE REHAB, LLC
1060 ELIZABETH ST UNIT 1
NICHOLASVILLE, KY  40356-9527

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$166.23

---

Debtor  Invacare Corporation
(Name)

Case Number (if known)  23-90068

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.743 | **Nonpriority creditor's name and mailing address**<br><br>MOBILITY CENTRAL, INC.<br>400 OLDE TOWNE RD<br>VESTAVIA HILLS, AL  35216-3732<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $356.71 |
| 3.744 | **Nonpriority creditor's name and mailing address**<br><br>MOBILITY SOLUTIONS OF AMARILLO<br>4515 S GEORGIA ST STE 138<br>AMARILLO, TX  79110-1712<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $473.65 |
| 3.745 | **Nonpriority creditor's name and mailing address**<br><br>MOCAP LLC<br>409 PARKWAY DR<br>PARK HILLS, MO  63601-4435<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,862.54 |
| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>MOCAP PLASTICS PRODUCTS GROUP<br>P.O. BOX 60351<br>ST. LOUIS, MO  63160<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,847.43 |
| 3.747 | **Nonpriority creditor's name and mailing address**<br><br>MOHAWK HOSPITAL EQUIPMENT, INC.<br>PO BOX 27<br>UTICA, NY  13503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11.57 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,675.56 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MOLDCO INC
640 BRIDGE ST W
WATERLOO, ON  N2K 4M9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,675.56

---

3.749  **Nonpriority creditor's name and mailing address**

MONAGHAN, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
DBO INSURANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.750  **Nonpriority creditor's name and mailing address**

MOOD MEDIA
PO BOX 71070
CHARLOTTE, NC  28272-1070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$441.23

---

3.751  **Nonpriority creditor's name and mailing address**

MOORE BUSINESS FORMS AND SYST.
350 17TH ST
MONROE, WI  53566-2323

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

3.752  **Nonpriority creditor's name and mailing address**

MORBERN LLC
3265 DRYDEN RD
MORAINE, OH  45439

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,205.37

Debtor    Invacare Corporation
                (Name)

Case number (if known)    23-90068

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.753**  **Nonpriority creditor's name and mailing address**

MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N MARKET ST
PO BOX 1347
WILMINGTON, DE  19899

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,205.30

---

**3.754**  **Nonpriority creditor's name and mailing address**

MOSCARINO LANDSCAPE & DESIGN
25329 SPRAGUE RD
COLUMBIA STATION, OH  44028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,514.50

---

**3.755**  **Nonpriority creditor's name and mailing address**

MOTION CONCEPTS L.P.
84 CITATION DR UNIT 1-12
CONCORD, ON  L4K 3C1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY LOAN PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,767,989.41

---

**3.756**  **Nonpriority creditor's name and mailing address**

MOUNTAIN GLACIER LLC
PO BOX 3652
EVANSVILLE, IN  47735

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.03

---

**3.757**  **Nonpriority creditor's name and mailing address**

MOUSER ELECTRONICS
100 N MAIN ST
MANSFIELD, TX  76063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$764.61

---

Debtor    Invacare Corporation
(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.758 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46.24 |
| --- | --- | --- | --- |

**3.758**

**Nonpriority creditor's name and mailing address**

MOVE ALL THE WAY
VANNESTE-VERWEESTRAAT 17
DEERLIJK  8540
BELGIUM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.24

---

**3.759**

**Nonpriority creditor's name and mailing address**

MR FIRST AID
PO BOX 521723
LONGWOOD, FL  32752-1723

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$672.02

---

**3.760**

**Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY CO INC
P.O BOX 953635
ST. LOUIS, MO  63195

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,615.28

---

**3.761**

**Nonpriority creditor's name and mailing address**

MTMC INTERIOR DESIGN CORPORATION
15 WORTHINGTON ACCESS DRIVE
ATTENTION: DANA GLENN
MARYLAND HEIGHTS, MO  63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.01

---

**3.762**

**Nonpriority creditor's name and mailing address**

MTMC INTERIOR DESIGN CORPORATION
15 WORTHINGTON ACCESS DRIVE
ATTN: DANA GLENN
MARYLAND HEIGHTS, MO  63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
ASSET PURCHASE AGREEMENT DTD 10/26/2019

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor   Invacare Corporation
        (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.763**   **Nonpriority creditor's name and mailing address**

MTMC INTERIOR DESIGN CORPORATION
ATTN DANA GLENN
15 WORTHINGTON ACCESS DR
MARYLAND HEIGHTS, MO  630043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.764**   **Nonpriority creditor's name and mailing address**

MUELLER DIE CUT SOLUTIONS INC
10415 WESTLAKE DR.
CHARLOTTE, NC  28273

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $15,710.52

---

**3.765**   **Nonpriority creditor's name and mailing address**

MUELLER ELECTRIC CO
640 SUGAR LN
ELYRIA, OH  44035-6310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,301.00

---

**3.766**   **Nonpriority creditor's name and mailing address**

MUNDY, AMANDA & RODNEY
ZEEHANDELAR, SABATINO & ASSOCIATES, LLC
ALESSANDRO SABATINO
471 EAST BROAD STREET
COLUMBUS, OH  43215

**Date or dates debt was incurred**

9/1/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.767**   **Nonpriority creditor's name and mailing address**

MUNSON HOME SERVICES
DBA/ MUNSON HOME MEDICAL EQUIPMENT
PO BOX 669
TRAVERSE CITY, MI  49685-0669

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $10,106.74

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | ---: |

| 3.768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,463.00 |
| | MURTHA CULLINA LLP<br>FOUR STAMFORD PLAZA<br>107 ELM ST<br>STAMFORD, CT  "06902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $446.40 |
| | MUTUAL INDUSTRIES INC<br>707 W GRANGE AVE<br>PHILADELPHIA, PA  19120-2218 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,026.05 |
| | MUTUAL MFG & SUPPLY CO<br>3300 SPRING GROVE AVE<br>CINCINATI, OH  45225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,401.72 |
| | N M B TECHNOLOGIES CORP<br>MINEBEA<br>PHNOM PENH SPECIAL ECONOMIC ZONE<br>NATIONAL ROAD 4 SANGKAT<br>PHLEUNG CHHES ROTES KHAN  99999<br>CAMBODIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,527.60 |
| | N S F HEALTH SCIENCES LLC<br>DEPT LOCKBOX # 771380<br>DETROIT, MI  48277-1380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor  Invacare Corporation
(Name)

Case Number (if known)  23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.773 | **Nonpriority creditor's name and mailing address**<br><br>NASDAQ OMX CORPORATE SOLUTIONS LLC<br>LBX # 11700<br>PHILADELPHIA, PA  19178-0700<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,326.57 |

| 3.774 | **Nonpriority creditor's name and mailing address**<br><br>NASHVILLE WIRE PRODUCTS MFG CO LLC<br>1955 MCMILLAN ST<br>AUBURN, AL  36832<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,564.00 |

| 3.775 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL ASSOCIATION OF CREDIT MANAGEMENT<br>3005 TOLLVIEW DR<br>ROLLING MEADOWS, IL  60008-3700<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.21 |

| 3.776 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL DISTRIBUTION & CONTRACTING INC<br>ATTN VENDOR SERVICES<br>402 BNA DR, STE 500<br>NASHVILLE, TN  37217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $472.49 |

| 3.777 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL HEALTH CARE ASSOCIATES, IN<br>20 E SUNRISE HWY<br>VALLEY STREAM, NY  11581-1260<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $440.00 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.778 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL VISION INC<br>2435 COMMERCE AVE BLDG 2200<br>DULUTH, GA  30096-4980<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $269.00 |
|---|---|---|---|
| 3.779 | **Nonpriority creditor's name and mailing address**<br><br>NATIONWIDE PRIME MEDICAL SUPPLIES.<br>2575 PIO PICO DR STE 100<br>CARLSBAD, CA  92008-1561<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $498.81 |
| 3.780 | **Nonpriority creditor's name and mailing address**<br><br>NCART-NATIONAL COALITION FOR ASSISTIVE<br>2165 BRIGHTON HENRIETTA TOWNLINE RD<br>ROCHESTER, NY  14623<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000.00 |
| 3.781 | **Nonpriority creditor's name and mailing address**<br><br>NCS FINANCIAL SERVICES GROUP INC.<br>P. O. BOX 24101<br>CLEVELAND, OH  44124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,704.06 |
| 3.782 | **Nonpriority creditor's name and mailing address**<br><br>NEFF GROUP DISTRIBUTORS INC<br>ATTN: JEFF LUECKEJOE RICHARDSON (MAC VALVES)<br>9800 ROCKSIDE RD 800<br>VALLEY VIEW, OH  44125<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $380,782.62 |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.783**  **Nonpriority creditor's name and mailing address**

NEPTUNE SHIPPING LTD
13300 CROSSROADS PKWY N # 165
CITY OF INDUSTRY, CA  91746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,630.00

---

**3.784**  **Nonpriority creditor's name and mailing address**

NESCO SERVICE COMPANY
6140 PARKLAND BLVD
MAYFIELD HTS, OH  44124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,052.90

---

**3.785**  **Nonpriority creditor's name and mailing address**

NEW PROKIN INTERNATIONAL LTD
51 HUASHIXIA ST SHENCHONG TUN
ZHONGSHAN TORCH KAIFAQU
ZHONGSHAN  528437
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$454,050.07

---

**3.786**  **Nonpriority creditor's name and mailing address**

NEW SOLUTIONS LLC
4321 ALAMO ST
RIVERSIDE, CA  92501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$262.37

---

**3.787**  **Nonpriority creditor's name and mailing address**

NEW YORK STOCK EXCHANGE INC.
BOX # 223695
PITTSBURGH, PA  15251-2695

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,960.00

---

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.788** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$105.60**

NEW YORKER ELECTRONICS CO INC
209 INDUSTRIAL PKWY
NORTHVALE, NJ 07647

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.789** | **Nonpriority creditor's name and mailing address** | **$60.21**

NEWARK ELECTRONICS CORP
569 CONSORTIUM CT
LONDON, ON N6E 2S8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.790** | **Nonpriority creditor's name and mailing address** | **$46,648.20**

NEXT POINT BEARING GROUP LLC
PO BOX 80135
CITY OF INDUSTRY, CA 91716-8135

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.791** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED**

NICHOLS, JEAN
GILMAN & BEDIGIAN, LLC
CHARLES A. GILMAN
1954 GREENSPRING DR.SUITE 250
TIMONIUM, MD 21093

**Date or dates debt was incurred**

9/1/2020

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.792** | **Nonpriority creditor's name and mailing address** | **$18,881.27**

NIELSEN'S PHARMACY, L.L.C.
1619 S COLUMBIA ST
BOGALUSA, LA 70427-5824

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.793**   **Nonpriority creditor's name and mailing address**

NINGHAI JIANPAI AUTOMOTIVE ACCESSORY CO LTD
ATTN: XIANGUN GE
MEILIN INDUSTRY ZONE NINGHAI COUNTY
ZHEJIANG PROVINCE  315600
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$668,516.64

---

**3.794**   **Nonpriority creditor's name and mailing address**

NINMANN, ARTHUR
DAVID BLINK HABUSH HABUSH AND ROTTIER, S.C.
4100 BROADWALK CT
APPLETON, WI  54914

**Date or dates debt was incurred**

9/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.795**   **Nonpriority creditor's name and mailing address**

NINMANN, ARTHUR
ROBERT JOHNSONVON BRIESEN & ROPER
411 EAST WISCONSIN AVESUITE 1000
MILWAUKEE, WI  53202

**Date or dates debt was incurred**

9/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.796**   **Nonpriority creditor's name and mailing address**

NORCAST S.A. DE C.V.
AV. RUIZ CORTINES 217
GUADALUPE, NL  67114
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,074.56

---

**3.797**   **Nonpriority creditor's name and mailing address**

NORDSON CORPORATION
PO BOX 802586
CHICAGO, IL  60680-2586

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,406.56

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.798** | **Nonpriority creditor's name and mailing address**

NOR-LEA HOME MEDICAL
126 TATUM HWY
LOVINGTON, NM  88260-2473

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,947.66

---

**3.799** | **Nonpriority creditor's name and mailing address**

NORTH COAST HOME CARE
210 IVY AVE
TILLAMOOK, OR  97141-2216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$202.98

---

**3.800** | **Nonpriority creditor's name and mailing address**

NORTH GATE HEALTH CARE FACILITY, LL
7264 NASH RD
NORTH TONAWANDA, NY  14120-1598

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.98

---

**3.801** | **Nonpriority creditor's name and mailing address**

NORTH PHILADELPHIA HEALTH SYSTEM
801 W GIRARD AVE
PHILADELPHIA, PA  19122-4212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,621.04

---

**3.802** | **Nonpriority creditor's name and mailing address**

NORTHEAST BOX COMPANY
1726 GRISWALD RD
PO BOX 370
ASHTABULA, OH  44005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,058.80

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.803** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $575.60

NORTHERN ILLINOIS HOME MEDICAL SUPP NFP
3312 RIVER RD
STERLING, IL  61081-4150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,833.63

NORTHERN REFRIGERATION SYSTEMS INC
50650 CORPORATE DR
SHELBY CHARTER TWNSHP, MI  48315

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NORTHERN STATES METALS
3207 INNOVATION PL
YOUNGSTOWN, OH  44509

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00

NRRTS
5815 82ND ST SUITE 145 # 317
LUBBOCK, TX  79424

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,200.56

NSM MARKETING INC
25 WEST MILL ST
MEDFIELD, MA  02052

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.808**

**Nonpriority creditor's name and mailing address**

NUMOTION
4010 N CHESTNUT DIAGONAL STE 108
FRESNO, CA  93726-4706

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$950.00

---

**3.809**

**Nonpriority creditor's name and mailing address**

NUNN LAW LLC
510 E SIXTH ST
PERRYSBURG, OH  43551

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$152.00

---

**3.810**

**Nonpriority creditor's name and mailing address**

NUTRON NAMEPLATE INC
31269 LORAIN RD
PO BOX 487 N
NORTH OLMSTED, OH

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.811**

**Nonpriority creditor's name and mailing address**

NUTRON NAMEPLATE INC
31269 LORAIN RD
PO BOX 487 N
NORTH OLMSTED, OH  44070-4728

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,532.44

---

**3.812**

**Nonpriority creditor's name and mailing address**

NYSARC, INC. FULTON CO CHAPTER
151 TOWNSEND AVE
JOHNSTOWN, NY  12095-1002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$124.00

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,888.45 |

3.813  **Nonpriority creditor's name and mailing address**

O C S TECHNOLOGIES INC
14901 EMERY AVE
CLEVELAND, OH  44135

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,888.45

---

3.814  **Nonpriority creditor's name and mailing address**

O E MEYER, CO
3303 TIFFIN AVE
SANDUSKY, OH  44870-9752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,898.17

---

3.815  **Nonpriority creditor's name and mailing address**

O E S INC
4056 BLAKIE RD
LONDON, ON  N6L 1P7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,495.20

---

3.816  **Nonpriority creditor's name and mailing address**

O2 FOR U, INC.
8281B S 89TH WEST AVE
TULSA, OK  74131-3612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.80

---

3.817  **Nonpriority creditor's name and mailing address**

O'BRIEN, HEATHER
DAVIS, SAPERSTEIN & SALOMON, PC
EVAN D. BAKER
375 CEDAR LANE
TEANECK, NJ

**Date or dates debt was incurred**

9/1/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 189 of 275

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,078.80 |
|---|---|---|---|

**3.818**

**Nonpriority creditor's name and mailing address**

OEM MANUFACTURING & SALES, LP
969 BUENOS AVE
SAN DIEGO, CA  92110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$31,078.80**

---

**3.819**

**Nonpriority creditor's name and mailing address**

OHIO BMV
605 CHESTNUT COMMONS
ELYRIA, OH  44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$140.00**

---

**3.820**

**Nonpriority creditor's name and mailing address**

OHIO EDISON
P. O. BOX 3637
AKRON, OH  44309-3637

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$33,733.29**

---

**3.821**

**Nonpriority creditor's name and mailing address**

OHIO ELEVATOR & LIFT
9345 RAVENNA RD, UNIT F
TWINSBURG, OH  44087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$1,189.86**

---

**3.822**

**Nonpriority creditor's name and mailing address**

OHIO FOAM CORPORATION.
P.O. BOX 208
BUCYRUS, OH  44820

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$599.30**

Debtor    Invacare Corporation      Case number (if known)   23-90068

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.823** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,835.00

OHIO METALLURGICAL SERVICE INC.
1033 EAST CLARK ST
PO BOX 1228
ELYRIA, OH 44035

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,722.94

OKIN AMERICA INC
291 C D F BLVD
SHANNON, MS 38868-9355

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114.32

ONE SOURCE MOBILITY, INC.
730 GRAND TETON WAY
CHICO, CA 95973-0419

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

ONWARD CLUTHE HARDWARE INC.
10 CENTENNIAL RD
KITCHENER, ON N2B 3G1
CANADA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,087.05

ORACLE AMERICA INC
PO BOX 412622
BOSTON, MA 02241-2622

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.828** **Nonpriority creditor's name and mailing address**
ORANGE CUT RATE DRUG INC.
DBA/GROVE PARK PHARMACY
PO BOX 701
ORANGEBURG, SC  29116-0701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,837.87

---

**3.829** **Nonpriority creditor's name and mailing address**
ORLANDO RECYCLING
5303 N ORANGE BLOSSOM TR
ORLANDO, FL  32810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,640.70

---

**3.830** **Nonpriority creditor's name and mailing address**
ORR MEDICAL, LLC
3434 LOVELACEVILLE RD
PADUCAH, KY  42001-5855

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.00

---

**3.831** **Nonpriority creditor's name and mailing address**
OSECOELFAB
1701 WEST TACOMA
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,832.00

---

**3.832** **Nonpriority creditor's name and mailing address**
OXYGEN EQUIPMENT REPAIR
DBA/ASSOCIATED MEDICAL
101 BEST AVE REAR BLDG
WALNUTPORT, PA  18088-1225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.68

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.833 | **Nonpriority creditor's name and mailing address**<br><br>OXYGEN SALES AND SERVICE INC<br>4610 SW 74TH AVE<br>MIAMI, FL  33155-4422<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,272.35 |

| 3.834 | **Nonpriority creditor's name and mailing address**<br><br>P & R CASTINGS LLC<br>325 PIERCE ST<br>SOMERSET, NJ  08873<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85,026.92 |

| 3.835 | **Nonpriority creditor's name and mailing address**<br><br>P C CAMPANA<br>6155 PARK SQUARE DR, #1<br>LORAIN, OH  44053<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| 3.836 | **Nonpriority creditor's name and mailing address**<br><br>P M F TRAILER RENTALS LLC<br>124 PLUNKETT DR<br>ZELIENOPLE, PA  16063<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,101.24 |

| 3.837 | **Nonpriority creditor's name and mailing address**<br><br>P Q SYSTEMS<br>PO BOX 750010<br>DAYTON, OH  45475<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,475.03 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $497.25 |
| | P S C INDUSTRIES INC | Check all that apply. | |
| | 10201 METROPOLITAN DRIVE | ☐ Contingent | |
| | AUSTIN, TX  78718 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,677.62 |
| | P/M NATIONAL COMPANY | Check all that apply. | |
| | PO BOX 269 201 GROTZINGER RD | ☐ Contingent | |
| | ST MARYS, PA  15857 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,509.84 |
| | PACCANA ENTERPRISES** | Check all that apply. | |
| | 1916-27TH AVENUE N.E. | ☐ Contingent | |
| | CALGARY ALBERTA, AB  T2E7A5 | ☐ Unliquidated | |
| | CANADA | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,600.00 |
| | PACIFIC CYCLES INC | Check all that apply. | |
| | NO. 686 YONGFU RD | ☐ Contingent | |
| | TAOYUAN CITY, TW  32744 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | PADGETT-THOMPSON PRODUCTS | Check all that apply. | |
| | 12111 CHAPEL OAKS DR | ☐ Contingent | |
| | HOUSTON, TX  77067 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.843**

**Nonpriority creditor's name and mailing address**

PALLET RECYCLE OF ALABAMA INC
PO BOX 667
EATON PARK, FL  33840

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,265.50

---

**3.844**

**Nonpriority creditor's name and mailing address**

PALM GARDEN HEALTHCARE HOLDINGS, LL
2033 MAIN ST STE 300
SARASOTA, FL  34237-6062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$326.21

---

**3.845**

**Nonpriority creditor's name and mailing address**

PALMEDEQ CORPORATION
3265 GRANDE VISTA DR
NEWBURY PARK, CA  91320-1193

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$239.28

---

**3.846**

**Nonpriority creditor's name and mailing address**

PALMER LUTHERAN HEALTH CENTER
DBA/PALMER HOME MEDICAL
200 JEFFERSON STREET
WEST UNION, IA  52175-1024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$481.57

---

**3.847**

**Nonpriority creditor's name and mailing address**

PAPERMILL ROAD NURSING AND REHAB CE
850 PAPERMILL RD
GLENSIDE, PA  19038-7833

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$79.28

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.848**

**Nonpriority creditor's name and mailing address**

PARK RIVER ESTATES CARE CENTER
9899 AVOCET ST NW
COON RAPIDS, MN  55433-6413

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$474.34

---

**3.849**

**Nonpriority creditor's name and mailing address**

PARKER & COMPANY
4694 JAIME J. ZAPATA AVE. BROWNSVILLE TX
BROWNSVILLE, TX  78521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,892.94

---

**3.850**

**Nonpriority creditor's name and mailing address**

PARKER HANNIFIN CORP
SERVICE CENTER
580 SIGMAN RD NE
CONYERS, GA  30013-1310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,332.84

---

**3.851**

**Nonpriority creditor's name and mailing address**

PARKER POE ADAMS & BERNSTEIN LLP
THREE WELLS FARGO CENTER
401 S TRYON ST, STE 3000
CHARLOTTE, NC  28202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,664.94

---

**3.852**

**Nonpriority creditor's name and mailing address**

PASSAIC COMMUNITY PHARMACY INC.
339 PASSAIC STREET
PASSAIC, NJ  07055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$352.03

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.853 | **Nonpriority creditor's name and mailing address**<br><br>PATHWARD NATIONAL ASSOCIATION<br>5501 SOUTH BROADBAND LANE<br>SIOUX FALLS, SD  57108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $794.65 |
|---|---|---|---|
| 3.854 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT HOME MONITORING HEAD OFFICE<br>1019 TOWN DR<br>WILDER, KY  41076-9114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,069.02 |
| 3.855 | **Nonpriority creditor's name and mailing address**<br><br>PAWLUK, JOHN<br>SULLIVAN PAPAIN BLOCK<br>MARY ANNE WALLING<br>1140 FRANKLIN AVESUITE 200<br>GARDEN CITY, NY  11530<br><br>**Date or dates debt was incurred**<br><br>9/1/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.856 | **Nonpriority creditor's name and mailing address**<br><br>PAY GOVERNANCE LLC<br>TWO LOGAN SQUARE 100 N 18TH STREET, SUITE 821<br>PHILADELPHIA, PA  19103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,377.50 |
| 3.857 | **Nonpriority creditor's name and mailing address**<br><br>PAYMETRIC<br>PO BOX 639479<br>CINCINNATI, OH  45263-9479<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,500.00 |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.858** | **Nonpriority creditor's name and mailing address**

PENCOM
1300 INDUSTRIAL RD STE 21
SAN CARLOS, CA  94070-4141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,076.37

---

**3.859** | **Nonpriority creditor's name and mailing address**

PENTAIR FILTRATION SOLUTIONS
16622 COLLECTIONS CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,913.52

---

**3.860** | **Nonpriority creditor's name and mailing address**

PEPE LOGISTICA SA DE CV
4103 SAN GERARDO
MISSION, TX  78572

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.861** | **Nonpriority creditor's name and mailing address**

PERFECT CUT-OFF INC
29201 ANDERSON RD
WICKLIFFE, OH  44092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,441.11

---

**3.862** | **Nonpriority creditor's name and mailing address**

PERKINS MOTOR SERVICE
1205 MOTOR CITY DR
COLORADO SPRINGS, CO  80905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.863 | **Nonpriority creditor's name and mailing address**<br><br>PERPETUAL MOTION ENTERPRISES LIMITED<br>3520 PHARMACY AVENUE, UNIT 9<br>TORONTO, ON  M1W 2T8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,145.00 |
| 3.864 | **Nonpriority creditor's name and mailing address**<br><br>PFIEFER, GEORGE<br>SHAFFER & GAIER MICHAEL SHAFFER<br>8 PENN CENTERSUITE 400<br>1628 JFK BLVD.<br>PHILADELPHIA, PA  19103<br><br>**Date or dates debt was incurred**<br><br>9/1/2021<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.865 | **Nonpriority creditor's name and mailing address**<br><br>PHIL WOOD & COMPANY<br>PO BOX 90389<br>SAN JOSE, CA  95109-3389<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,535.50 |
| 3.866 | **Nonpriority creditor's name and mailing address**<br><br>PHOENIX SPECIALTY MFG CO<br>PO BOX 418<br>BAMBERG, SC  29003-0418<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,452.80 |
| 3.867 | **Nonpriority creditor's name and mailing address**<br><br>PIELES SINTETICAS SA DE CV<br>CIRCUITO DR.GUSTAVO BAZ 7<br>FRACC IND, EL PEDREGAL, NO.9<br>ESTADO DE MEXICO<br>AZTIZAPAN  52948<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108,420.00 |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.868**

**Nonpriority creditor's name and mailing address**

PILGRIM HARP
35050 AVON COMMERCE PKWY
AVON, OH  44011-1374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,424.42

---

**3.869**

**Nonpriority creditor's name and mailing address**

PINELLAS FASTENER
5080 110TH AVE N
CLEARWATER, FL  33760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,340.51

---

**3.870**

**Nonpriority creditor's name and mailing address**

PINGHU XINMIAO MEDICAL EQUIPMENT CO., LTD
PINGHU XINMIAO RUBBER & PLASTIC CO
SHUANGHONG VILLAGE XINCANG TOWN
ZHEJIAN
PINGHU CITY  99999
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,627.00

---

**3.871**

**Nonpriority creditor's name and mailing address**

PIONEER TRACE HEALTHCARE AND REHABILITATION
115 PIONEER TRCE
FLEMINGSBURG, KY  41041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.86

---

**3.872**

**Nonpriority creditor's name and mailing address**

PIPKINS INC
RECEIVABLES 530 MARYVILLE CNTR DR 220
ST LOUIS, MO  63141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,754.00

---

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | PITCOCK BIOMEDICAL INC | *Check all that apply.* | |
| | 5894 MURFREESBORO HWY | ☐ Contingent | |
| | MANCHESTER, TN  37355-5201 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | PIVOT POINT | *Check all that apply.* | |
| | 225 N. HIGHLAND STREET | ☐ Contingent | |
| | HUSTISFORD, WI  53034 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,171.40 |
| | PLASTI DIP INTERNATIONAL | *Check all that apply.* | |
| | 3920 PHEASANT RIDGE DRIVE | ☐ Contingent | |
| | BLAINE, MN  55449 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,488.25 |
| | PLASTICOS Y MAQUINADOS SA DE CV | *Check all that apply.* | |
| | RAYON 619 SUR 66400 | ☐ Contingent | |
| | SAN NICOLAS DE LOS GARZA | ☐ Unliquidated | |
| | NUEVO LEON | ☐ Disputed | |
| | MEXICO | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,021.61 |
| | PLOOF, MARK | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.878 | **Nonpriority creditor's name and mailing address**<br><br>PLUM HEALTHCARE GROUP LLC<br>BARNES & THORNBURG, LLP<br>ERIC J. BESTE<br>655 WEST BROADWAY, SUITE 1300<br>SAN DIEGO, CA  92101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.879 | **Nonpriority creditor's name and mailing address**<br><br>PLYMOUTH HARBOR ON SARASOTA BAY<br>700 JOHN RINGLING BLVD<br>SARASOTA, FL  34236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $490.97 |
| 3.880 | **Nonpriority creditor's name and mailing address**<br><br>PMR NEWKIRK, INC.<br>30 KRAFT AVE<br>ALBANY, NY  12205-5468<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.15 |
| 3.881 | **Nonpriority creditor's name and mailing address**<br><br>PNC BANK<br>FIRSTSIDE CENTER<br>500 FIRST AVENUE<br>PITTSBURGH, PA  15219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,457.46 |
| 3.882 | **Nonpriority creditor's name and mailing address**<br><br>PNEULINE SUPPLY INC<br>2881 S 31ST ST  2A<br>GREELEY, CO  80631<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,934.00 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.883**

**Nonpriority creditor's name and mailing address**

POLSINELLI SHUGHART PC
100 S 4TH ST  1100
ST LOUIS, MO  63102-1825

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$254.00

**3.884**

**Nonpriority creditor's name and mailing address**

POLYKOTE INCORPORATED
135 KUEBLER RD
EASTON, PA  18040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

**3.885**

**Nonpriority creditor's name and mailing address**

POLYMER CONCEPTS INCORPORATED*
7555 TYLER BLVD 1
MENTOR, OH  44060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$464.83

**3.886**

**Nonpriority creditor's name and mailing address**

POLYMER TECHNOLOGIES INC.
76 ASTOR AVE BLDG 101
NORWOOD, MA  02062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,977.00

**3.887**

**Nonpriority creditor's name and mailing address**

POLYMERSHAPES LLC
4533 WILLOW PKWY
CLEVELAND, OH  44125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,515.04

Debtor  Invacare Corporation

(Name)

Case number (if known) 23-90068

| | Part 2: | Additional Page |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.888**  **Nonpriority creditor's name and mailing address**

POST & SCHELL, P.C.
4 PENN CENTER, 14TH FL
1600 JOHN F KENNEDY BLVD
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,260.93

---

**3.889**  **Nonpriority creditor's name and mailing address**

PRAIRIE DU CHIEN MEMORIAL HOSPITAL ASSOCIATION,
INCORPORATED
DBA/CROSSING RIVERS HEALTH
37868 US HIGHWAY 18
PRAIRIE DU CHIEN, WI  53821-8416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.01

---

**3.890**  **Nonpriority creditor's name and mailing address**

PRAIRIE VIEW INDUSTRIES
2302 L ST
FAIRBURY, NE  68352

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$272.25

---

**3.891**  **Nonpriority creditor's name and mailing address**

PRATT INDUSTRIES (USA)
227 SW 57TH AVE
OCALA, FL  34474

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$112,885.79

---

**3.892**  **Nonpriority creditor's name and mailing address**

PRECISION AXIS INC
6320 39TH STREET NORTH E
PINELLAS PARK, FL  33781

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,450.25

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.893</td>
<td>

**Nonpriority creditor's name and mailing address**

PRECISION ENTERPRISES FOUNDRY & MACHINE INC
PO BOX 307 1000 E PRECISION DR
SOMONAUK, IL 60552

**Date or dates debt was incurred**

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,377.99
</td>
</tr>
</table>

---

**3.894**

**Nonpriority creditor's name and mailing address**

PRECISION MEDICAL
ATTN: JIM PARKER
300 HELD DRIVE
NORTHAMPTON, PA 18067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$814,848.02

---

**3.895**

**Nonpriority creditor's name and mailing address**

PREMIER HEALTHCARE, INC.
DBA/ NEWARK MANOR NURSING HOME
254 WEST MAIN ST
NEWARK, DE 19711-3235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.00

---

**3.896**

**Nonpriority creditor's name and mailing address**

PREMIER MEDICAL REPAIR, INC.
DBA/PMR
1994 560TH ST SW
KALONA, IA 52247-9123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$34.73

---

**3.897**

**Nonpriority creditor's name and mailing address**

PRICE WATERHOUSE COOPERS LLP
P O BOX 75647
CHICAGO, IL 60675-5647

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,350.00

---

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.898**

**Nonpriority creditor's name and mailing address**

PRICESPIDER
C/O PNC BANK
PASENDA, CA  91110-2843

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,500.00

---

**3.899**

**Nonpriority creditor's name and mailing address**

PRIMROSE ALLOYS INC
YD FONG ALUMINUM IND. LTD.
NO. 12-10 DONGMING VILLAGE
TAOYUAN COUNTY
XINWU TOWNSHIP
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,211.80

---

**3.900**

**Nonpriority creditor's name and mailing address**

PRINCETON HEALTH CARE CENTERPRINCET
315 COURTHOUSE RD
PRINCETON, WV  24740-2421

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.70

---

**3.901**

**Nonpriority creditor's name and mailing address**

PRINCIPAL CUSTODY SOLUTIONS
REVENUE PROCESSING
DES MOINES, IA  50306-0317

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,250.00

---

**3.902**

**Nonpriority creditor's name and mailing address**

PRIUS HEALTHCARE USA, LLC
160 SCARLET BLVD
OLDSMAR, FL  34677-3002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,175.67

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.903 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $295.80 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PROCURE ADVANTAGE LLC
D/B/A COMMITED BUYING ALLIANCE
ATTN PRESIDENT
485 CENTRAL AVE NE
CLEVELAND, TN  37311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $295.80

---

**Nonpriority creditor's name and mailing address**

3.904

PROFESSIONAL HOMECARE, INC.
PO BOX 5215
BINGHAMTON, NY  13902-5215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $560.18

---

**Nonpriority creditor's name and mailing address**

3.905

PROFESSIONAL PHARMACY OF OXFORD
140 ROXBORO RD
OXFORD, NC  27565-2642

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $194.74

---

**Nonpriority creditor's name and mailing address**

3.906

PROFESSIONAL RESPIRATORY HOME CARE, INC.
1020 NORTH PARROTT AVENUE
OKEECHOBEE, FL  34972

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $481.57

---

**Nonpriority creditor's name and mailing address**

3.907

PROFESSIONAL SERVICE INDUSTRIES INC
545 E ALONQUIN RD
ARLINGTON HEIGHTS, IL  60005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $514.00

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.908**

**Nonpriority creditor's name and mailing address**

PROMEDICA HEALTH SYSTEM, INC.
DBA/PROMEDICA HOME MEDICAL EQUIPMENT
PO BOX 2749
TOLEDO, OH  43606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,772.84

---

**3.909**

**Nonpriority creditor's name and mailing address**

PRORACK GAS PRODUCTS
1641 E ST ANDREW PL
SANTA ANA, CA  92705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,865.70

---

**3.910**

**Nonpriority creditor's name and mailing address**

PROVIDER EFFECT LLC
7321 DEWEY DR
NEW PORT RICHLEY, FL  34652-3114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$223.24

---

**3.911**

**Nonpriority creditor's name and mailing address**

PSC INDUSTRIES, INC
PO BOX 918813
DENVER, CO  80291-8813

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,803.66

---

**3.912**

**Nonpriority creditor's name and mailing address**

Q S C CORP
NO 1128 YUANQUA RD ANTING TOWN
JIADING
SHANGHAI  201805
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,750.00

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.913** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,416.80

QINGDAO FORBEST IMPORT & EXPORT CO LTD
ROOM 2-2-1501
NO. 113 JIANGXI ROAD
QINGDAO
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,697.28

QUAIL ELECTRONICS
2171 RESEARCH DR
LIVEMORE, CA  94550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,773.14

QUALITY BICYCLE PRODUCTS
NW 6394
MINNEAPOLIS, MN  55485-6394

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $198,563.77

QUALITYHUB INC
976 LAKE BALDWIN LN 204
ORLANDO, FL  32814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.917** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,689.99

R F CARLSON COMPANY
6551 PALMER PARK CIRCLE
SARASOTA, FL  34238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.918** | **Nonpriority creditor's name and mailing address**

R S M US LLP
80 CITY SQ
BOSTON, MA  02129

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,572.80

---

**3.919** | **Nonpriority creditor's name and mailing address**

R T ASHMORE
PO BOX 637
SPICEWOOD, TX  78669

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.920** | **Nonpriority creditor's name and mailing address**

R&L CARRIERS
PO BOX 10020
PORT WILLIAM, OH  45164-2000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$306.72

---

**3.921** | **Nonpriority creditor's name and mailing address**

RABSON REHAB SALES LTD
160 TERMINAL DR
PLAINVIEW, NY  11803-2323

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,326.70

---

**3.922** | **Nonpriority creditor's name and mailing address**

RAINES, MARTY JOE AND SHANE
WHITE AND WEDDLE, PC
JOE E. WHITE, JR
630 NE 63RD STREET
OKLAHOMA CITY, OK  73105

**Date or dates debt was incurred**

9/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.923 | **Nonpriority creditor's name and mailing address**<br><br>RAPID REHAB, LLC<br>2660 8TH ST S  STE A<br>WISCONSIN RAPIDS, WI  54494-6241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $446.90 |

| 3.924 | **Nonpriority creditor's name and mailing address**<br><br>RATELINX<br>4602 S BILTMORE LN STE 104<br>MADISON, WI  53718-2155<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $71,887.52 |

| 3.925 | **Nonpriority creditor's name and mailing address**<br><br>RATLIFF & TAYLOR INC.<br>6450 ROCKSIDE WOODS BLVD S # 170<br>CLEVELAND, OH  44131<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18,500.00 |

| 3.926 | **Nonpriority creditor's name and mailing address**<br><br>RAUMEDIC INC<br>HERMANN-STAUDINGER-STRAßE 2<br>95233 HELMBRECHTS<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $23,508.00 |

| 3.927 | **Nonpriority creditor's name and mailing address**<br><br>RAYMOND HANDLING SOLUTIONS INC.<br>9939 NORWALK BLVD<br>SANTA FE SPRINGS, CA  90670<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $672.60 |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.928 | **Nonpriority creditor's name and mailing address**<br><br>RAYMOND LEASING CORPORATION.<br>PO BOX 301590<br>DALLAS, TX  75303-1590<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $138.23 |
| 3.929 | **Nonpriority creditor's name and mailing address**<br><br>RAYS AUTO & TRUCK SERVICE INC<br>38219 COLORADO AVE<br>AVON, OH  44011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $586.51 |
| 3.930 | **Nonpriority creditor's name and mailing address**<br><br>RCC MEDICAL SUPPLY, INC.<br>3109 35TH AVE STE C<br>GREELEY, CO  80634-9475<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $139.45 |
| 3.931 | **Nonpriority creditor's name and mailing address**<br><br>REAC POLAND SP. Z.O.O.<br>UI. SULEJOWSKA 45<br>TRYBUNALSKI<br>97-300 PIOTRKOW<br>POLAND<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.932 | **Nonpriority creditor's name and mailing address**<br><br>REFINITIV US LLC<br>PO BOX 415983<br>BOSTON, MA  02241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $217.26 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $290.73 |

REGENCY HOME MEDICAL EQUIPMENT
102 S MAIN ST
MIAMI, OK  74354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,747.81 |

REHAB REPRESENTATIVES
140 MAXWELL ST
DECAUTR, GA  30030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.935 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

REHAU INC
5075 CASCADE RD SE   A
GRAND RAPIDS, MI  49546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.936 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,875.71 |

REMEDY INTELLIGENT STAFFING
PO BOX 116834
ATLANTA, GA  30368-6834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,442.99 |

REOX MEDICAL SERVICES LLC
10106 BLUEGRASS PKWY
LOUISVILLE, KY  40299-2202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor | Invacare Corporation | Case Number (if known) | 23-90068
---|---|---|---
 | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.938** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
---|---|---|---

**Nonpriority creditor's name and mailing address**

REP ACQUISITION CORPORATION
C/O JONES DAY
ATTN D. HATINA
NORTH PT, 901 LAKESIDE AVE
CLEVELAND, OH 44114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.939**

**Nonpriority creditor's name and mailing address**

REP ACQUISITION CORPORATION
C/O JONES DAY
ATTN JOSEPH D. HATINA
NORTH PT, 901 LAKESIDE AVE
CLEVELAND, OH 44114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.940**

**Nonpriority creditor's name and mailing address**

REP ACQUISITION CORPORATION
C/O JONES DAY
NORTH POINT, 901 LAKESIDE AVENUE
ATTN: D. HATINA
CLEVELAND, OH 44114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
8/29/2014

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.941**

**Nonpriority creditor's name and mailing address**

REP ACQUISITION CORPORATION
C/O ROCKWOOD EQUITY PARTNERS LLC
ATTN H. JOSEF MERRILL
3201 ENTERPRISE PKWY, STE 370
BEACHWOOD, OH 44122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.942**

**Nonpriority creditor's name and mailing address**

REP ACQUISITION CORPORATION
C/O ROCKWOOD EQUITY PARTNERS, LLC
3201 ENTERPRISE PARKWAY, SUITE 370
ATTN: H. JOSEF MERRILL
BEACHWOOD, OH 44122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
8/29/2014

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor     Invacare Corporation
           (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,540.17 |
| --- | --- | --- | --- |

**3.943** 

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES
PO BOX 9001099
LOUISVILLE, KY 40290-1099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,540.17

---

**3.944**

**Nonpriority creditor's name and mailing address**

RESORTES HIDALGO, S.A. DE C.V.
VICENTE GUERRERO 26 COL. MIRAVALLE
TLAHUELIPAN, HID 42780
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,874.00

---

**3.945**

**Nonpriority creditor's name and mailing address**

RESOURCEMFG
PO BOX 102332
ATLANTA, GA 30368-2332

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,837.58

---

**3.946**

**Nonpriority creditor's name and mailing address**

RESOURCES GLOBAL PROFESSIONALS
PO BOX 740909
LOS ANGELES, CA 90074-0909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,195.00

---

**3.947**

**Nonpriority creditor's name and mailing address**

RESPITEC MEDICAL-CARE & EQUIPMENT,
401 COMMERCE WAY STE 101
LONGWOOD, FL 32750-7581

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$418.33

Debtor    Invacare Corporation
         (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.948 | **Nonpriority creditor's name and mailing address**<br><br>REUTZEL PHARMACY, INC.<br>DBA/AIM HEALTHCARE<br>617 8TH AVE SE<br>CEDAR RAPIDS, IA  52401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $117.10 |
| 3.949 | **Nonpriority creditor's name and mailing address**<br><br>RGV PROTEMEX, L.L.C.<br>319 E. COMA ST. SUITE 607<br>HIDALGO, TX  78557<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,850.00 |
| 3.950 | **Nonpriority creditor's name and mailing address**<br><br>RHENUS LOGISTICS CHINA LTD<br>ATTN: JOANNA ZOU<br>SHENZHEN BRANCH 48-F. SHUN HING SQUARE 5002<br>SHEN NAN RD EAST<br>SHENZHEN  518001<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,243,200.01 |
| 3.951 | **Nonpriority creditor's name and mailing address**<br><br>RIDER MOBILITY INC<br>3985 W CHEYENNE AVE STE 306<br>NORTH LAS VEGAS, NV  89032-8907<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,965.09 |
| 3.952 | **Nonpriority creditor's name and mailing address**<br><br>RIDGEWAY, BRIAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>9/1/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90069

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.953**

**Nonpriority creditor's name and mailing address**

RIDGEWAY, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

9/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.954**

**Nonpriority creditor's name and mailing address**

RIDGEWAY, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

9/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.955**

**Nonpriority creditor's name and mailing address**

RIVERVIEW INDUSTRIAL
PO BOX 315
WOOSTER, OH  44691-0315

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,420.80

---

**3.956**

**Nonpriority creditor's name and mailing address**

ROBOTIC SOLUTIONS
5075 S EMMER DR
NEW BERLIN, WI  53151

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$355.99

---

**3.957**

**Nonpriority creditor's name and mailing address**

ROCHESTER HEALTH SERVICES EAST
501 8TH AVE SE
ROCHESTER, MN  55904-4834

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$146.52

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.958** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
Check all that apply.

ROCIO KARINA GUTIERREZ DE HOYOS
CALLE LA PAZ 220
COLONIA AMPLIACION RODRIGUEZ
TAMULIPAS
REYNOSA  88631
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,028.00
Check all that apply.

ROCKFORD MOLDED PRODUCTS
5600 PIKE RD
LOVES PARK, IL  61111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,201.60
Check all that apply.

RODINSEAT CORP
NO. 6 SHUTEH 12 ST.
TAIPING
TAICHUNG  41157
TAIWAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,950.00
Check all that apply.

ROGAN CORP
P.O. BOX 7170 DEPT. 84
LIBERTYVILLE, IL  60048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,426.50
Check all that apply.

ROHLIG USA LLC
1601 ESTES AVE
ELK GROVE VILLAGE, IL  60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.963** | **Nonpriority creditor's name and mailing address**

ROLLER DIE & FORMING
4630 C R 209 SOUTH
GREEN COVE SPRINGS, FL 32043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$504,643.27

---

**3.964** | **Nonpriority creditor's name and mailing address**

ROSSTRON INC.
1973 E VIA ARADO
RANCHO DOMINGUEZ, CA 90220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.965** | **Nonpriority creditor's name and mailing address**

ROTHALL, INC.
DBA/THORNTON WHEELCHAIRS PLUS
1951 LAKE AVE.
PUEBLO, CO 81004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$914.51

---

**3.966** | **Nonpriority creditor's name and mailing address**

ROYAL CASE CO
49 E LAMAR ST
SHERMAN, TX 75092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,011.00

---

**3.967** | **Nonpriority creditor's name and mailing address**

ROYAL GLOBAL EXPRESS
1901 RAYMER AVE
FULLERTON, CA 92833-2512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,709.35

---

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

| 3.968 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,827.43 |
|---|---|---|---|

3.968    **Nonpriority creditor's name and mailing address**

ROYAL HAWAIIAN EXPRESS
1901 RAYMER AVE
FULLERTON, CA 92833-2512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,827.43

---

3.969    **Nonpriority creditor's name and mailing address**

ROYAL PLASTICS INCORPORATED
9410 PINENEEDLE DR
MENTOR, OH 44060-1828

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,100.80

---

3.970    **Nonpriority creditor's name and mailing address**

RUDOLPH BROS & COMPANY
6550 OLEY SPEAKS WY
CANAL WINCHESTER, OH 43110-8274

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$621.20

---

3.971    **Nonpriority creditor's name and mailing address**

RURAL LORAIN COUNTY WATER AUTHORITY
42401 STATE RTE 303
P O BOX 567
LAGRANGE, OH 44050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$443.68

---

3.972    **Nonpriority creditor's name and mailing address**

RUSSELL (MCKEMIE)
DUDLEY & LAKE LLC
J. MATTHEW DUDLEY
325 N. MILWAUKEE AVE 202
LIBERTYVILLE, IL 60048

**Date or dates debt was incurred**

9/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor   Invacare Corporation
            (Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.973** | **Nonpriority creditor's name and mailing address**

S C R PRECISION TUBE BENDING INC
5407 24TH AVENUE SOUTH
TAMPA, FL 33619

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,800.49

---

**3.974** | **Nonpriority creditor's name and mailing address**

S&S DRUG COMPANY, INC.
PO BOX 525
110 S MILL ST
BELOIT, KS 67420

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$629.29

---

**3.975** | **Nonpriority creditor's name and mailing address**

SABER-AUTUMN CARE OF SUFFOLK
2580 PRUDEN BLVD
SUFFOLK, VA 23434-4229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,207.30

---

**3.976** | **Nonpriority creditor's name and mailing address**

SABER-GRAY STONE HEALTH & REHAB
10445 DUPONT OAKS BLVD
FORT WAYNE, IN 46845-8792

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,650.00

---

**3.977** | **Nonpriority creditor's name and mailing address**

SACHS BICYCLE COMPONENTS
1000 W FULTON MARKET #4
CHICAGO, IL 60607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.978** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$245.39**

SACRED HEART HEALTH SYSTEM, INC.
ASCENSION HEALTH MINISTRY SERVICE CNTR
PO BOX 33902
INDIANAPOLIS, IN 46203-0902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.979** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,640.00**

SAFER AUTOMATIC WHEELCHAIR WHEEL LO UNITED
PLASTIC MOLDERS INC
UNITED PLASTIC MOLDERS INC
P.O. BOX 24567
JACKSON, MS 39225-2456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.980** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,593.66**

SAFETY KLEEN SYSTEMS INC
PO BOX 382066
PITTSBURGH, PA 15250-8066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.981** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,014.02**

SAGE SOFTWARE INC.
PO BOX 404927
ATLANTA, GA 30384-4927

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.982** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,077.27**

SAGER ELECTRONICS
774202 4202 SOLUTIONS CENTER
CHICAGO, IL 60677-4202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,312.60 |
| | SAIA | *Check all that apply.* | |
| | P O BOX A | ☐ Contingent | |
| | HOUMA, LA  70363 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,087.29 |
| | SAINT-GOBAIN PERFORMANCE PLASTIC | *Check all that apply.* | |
| | 700 JOESPH WARNER BLVD. | ☐ Contingent | |
| | TAUNTON, MA  02780 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92.10 |
| | SALEM VA MEDICAL CENTER | *Check all that apply.* | |
| | 1970 ROANOKE BLVD | ☐ Contingent | |
| | SALEM, VA  24153-6404 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,215.80 |
| | SALTER LABS | *Check all that apply.* | |
| | PO BOX 639780 | ☐ Contingent | |
| | CINCINNATI, OH  45263-9780 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,103,397.60 |
| | SAMUEL SON & CO INC | *Check all that apply.* | |
| | ATTN: CAROL BROWN | ☐ Contingent | |
| | 1400 RED HOLLOW RD | ☐ Unliquidated | |
| | BIRMINGHAM, AL  35215 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    Invacare Corporation
          _____
          (Name)

Case Number (if known)   23-90068

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,440.28 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

SANLO INC
PO BOX 242
MICHIGAN CITY, IN  46361

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $21,440.28

---

3.989 **Nonpriority creditor's name and mailing address**

SAP AMERICA, INC
PO BOX 734595, STN A
CHICAGO, IL  60673-4595

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $500,033.54

---

3.990 **Nonpriority creditor's name and mailing address**

SCAN GLOBAL LOGISTICS
PO BOX 69207
SEATTLE, WA  98168

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $138,334.61

---

3.991 **Nonpriority creditor's name and mailing address**

SCHAEFFLER GROUP USA INC
DEPT AT 952098
ATLANTA, GA  31192-2098

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,296.00

---

3.992 **Nonpriority creditor's name and mailing address**

SCHOFIELD HOMECARE SERVICES, INC.
2415 DARBY DR
FLORENCE, AL  35630-1554

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $119.71

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.993** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$477.44**

SCHWALBE NORTH AMERICA
DEPT M
PO BOX 3577
SEATTLE, WA  98124-3577

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **UNDETERMINED**

SCHWARZ, HAROLD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **UNDETERMINED**

SCHWARZ, HAROLD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,660.63**

SCL HEALTH MONTANA
1101 N 27TH ST STE A
BILLINGS, MT  59101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.997** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$669.67**

SCOOTERS AMERICA, L.L.C.
DBA/ AMERICAN SEATING & MOBILITY
1640 E SCHNEIDMILLER AVE
POST FALLS, ID  83854-7065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Invacare Corporation
(Name)

Case number (if known) 23-90068

| Part 2: | Additional Page |
| --- | --- |

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

---

**3.998**

**Nonpriority creditor's name and mailing address**

SCOTT VALLEY RESPIRATORY HOME CARE, INC.
1714 S OREGON ST
YREKA, CA 96097

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$523.14

---

**3.999**

**Nonpriority creditor's name and mailing address**

SCRIP, INC.
360 VETERANS PKWY, STE 115
BOLINGBROOK, IL 60440-4673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$240.63

---

**3.1000**

**Nonpriority creditor's name and mailing address**

SEASONS HOSPICE OF MUSKOGEE INC
ATTN VP BUSINESS DEV
6532 E 71ST ST, STE 101
TULSA, OK 74133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,952.43

---

**3.1001**

**Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MANAGEMENT SERVICES INC
8125 SEDGWICK WAY
MEMPHIS, TN 38125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.1002**

**Nonpriority creditor's name and mailing address**

SEKO WORLDWIDE LLC
1100 ARLINGTON HTS RD # 600
ITASCA, IL 60143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,855.00

---

Debtor    Invacare Corporation
          (Name)

Case Number (if known): 23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.1003** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,490.39

SELECT TEMPORARIES
12700 HILLCREST ROAD SUITE 230
DALLAS, TX  75230-2071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1004** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,923.24

SENTRY INSURANCE A MUTAL COMPANY
NATIONAL ACCOUNTS
1800 N POINT DR
STEVENS POINT, WI  54481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1005** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

SERVICE EXPRESS INC
4845 CORPORATE EXCHANGE
GRAND RAPIDS, MI  49512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1006** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,852.75

SERVICE STAMPINGS INC.
4700 HAMANN PKWY
WILLOUGHBY, OH  44094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1007** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $205.40

SETZER PHARMACY
1685 RICE ST
ROSEVILLE, MN  55113-6802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|-------------|-----------------|--|

| | | Amount of claim |
|--|--|--|

| 3.1008 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99,066.00 |
| | | Check all that apply. | |
| | SEWA INTERNATIONAL, INC. | ☐ Contingent | |
| | 100 W OAKS MALL | ☐ Unliquidated | |
| | HOUSTON, TX  77082-1764 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER PREPAYMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1009 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,365.10 |
| | | Check all that apply. | |
| | SGS UNITED KINGDOM LTD | ☐ Contingent | |
| | STATION ROAD OLDENBURY | ☐ Unliquidated | |
| | WEST MIDLADS  B69 4LN | ☐ Disputed | |
| | UNITED KINGDOM | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1010 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $104,288.83 |
| | | Check all that apply. | |
| | SGS US TESTING COMPANY INC | ☐ Contingent | |
| | 201 ROUTE 17 N | ☐ Unliquidated | |
| | RUTHERFORD, NJ  07070 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1011 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,703.78 |
| | | Check all that apply. | |
| | SHAMROCK COMPANIES | ☐ Contingent | |
| | 24090 DETROIT RD | ☐ Unliquidated | |
| | WESTLAKE, OH  44145-1513 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1012 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | | Check all that apply. | |
| | SHANGHAI HANSEN GLOB | ☐ Contingent | |
| | 80 PINGWU ROAD | ☐ Unliquidated | |
| | CHANGNING DISTRICT | ☐ Disputed | |
| | SHANGHAI  200052 | | |
| | CHINA | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  Invacare Corporation

(Name)

Case number (if known)  23-90068

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1013**  **Nonpriority creditor's name and mailing address**

SHANGHAI HENGYE MOLECULAR SIEVE CO LTD
NO. 12 GUANGDA ROAD FENGXIAN DISTRICT
QINGCUN TOWN
SHAGHAI  201414
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,560.00

---

**3.1014**  **Nonpriority creditor's name and mailing address**

SHANGHAI HUB INT'L TRADING CO LTD
SHANGHAI WINSUNNY ELECTRONICS TECHN
NO.399 JIUYI ROAD
SONGJIANG DISTRICT, JIUTING TOWN
SHANGHAI  201615
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$400,280.38

---

**3.1015**  **Nonpriority creditor's name and mailing address**

SHANGHAI XINGBANG IMPORT & EXPORT CO LTD
1581 NANFANG ROAD QINGCUN
SHANGHAI  201414
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$573,447.56

---

**3.1016**  **Nonpriority creditor's name and mailing address**

SHENYANG HENYI ENTERPRISE CO LTD
FLOOR 14 HUAYANG MANSION
QINGNIANDAJIE
SHENYANG  110004
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155,655.66

---

**3.1017**  **Nonpriority creditor's name and mailing address**

SHERLOCK SERVICES INC
440 4TH ST NW
BARBERTON, OH  44203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,794.92

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.1018** | **Nonpriority creditor's name and mailing address**

SHERRILL INDUSTRIES INC
PO BOX 578 110 DURKEE LN.
GASTONIA, NC  28053

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.1019** | **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS CO
4506 L B MCLEOD RD  A-300
ORLANDO, FL  32811

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,638.70

---

**3.1020** | **Nonpriority creditor's name and mailing address**

SHIMANO AMERICAN CORPORATION
BICYCLE DIVISION
LOS ANGELES, CA  90051-3838

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,157.26

---

**3.1021** | **Nonpriority creditor's name and mailing address**

SHIPMAN
ONE CONSTITUTION PLAZA
HARTFORD, CT  06103-1919

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,385.00

---

**3.1022** | **Nonpriority creditor's name and mailing address**

SHRINERS HOSPITALS FOR CHILDREN
NATIONAL JR DISABILITY CHAMPIONSHIPS
911 W 5TH AVE PO BOX 2472
SPOKANE, WA  99210-2472

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$69.79

---

Debtor  Invacare Corporation
        (Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|

**3.1023**  **Nonpriority creditor's name and mailing address**

SI EMPAQUES REYNOSA SA DE CV
C AVE DE LOS ALAMOS
2020 PARQUE IND VILLA FLORIDA
REYNOSA  88730
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,215.87

---

**3.1024**  **Nonpriority creditor's name and mailing address**

SIGNAL TRANSFORMER CO INC
500 BAYVIEW AVE
INWOOD, NY  11096-1702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,718.12

---

**3.1025**  **Nonpriority creditor's name and mailing address**

SIGNATURE HEALTH CARE, INC.
10943 MCCORMICK RD
HUNT VALLEY, MD  21031-1401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.93

---

**3.1026**  **Nonpriority creditor's name and mailing address**

SIGNET MILLS
190 BELLEW CARVER RD
SPARTANBURG, SC  29301-4929

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,656.20

---

**3.1027**  **Nonpriority creditor's name and mailing address**

SILCO FIRE PROTECTION COMPANY
10765 MEDALLION DR
CINCINNATI, OH  45241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,547.30

---

Debtor      Invacare Corporation
            (Name)

Case Number (if known) 23-90068

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,834.22 |
|---|---|---|---|

3.1028 **Nonpriority creditor's name and mailing address**

SILKROAD TECHNOLOGY INC
ATTN CHIEF FINANCIAL OFFICER
311 W MONROE ST, STE 402
CHICAGO, IL  60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,834.22

---

3.1029 **Nonpriority creditor's name and mailing address**

SINCLAIR & RUSH INC.
111 MANUFACTURERS DRIVE
ARNOLD, MO  63010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,960.43

---

3.1030 **Nonpriority creditor's name and mailing address**

SINTEPLAST, S.A DE C.V
CIRCUITO DR. GUSTAVO BAZ
NO. 9 FRACCIONAMIENTO IND EL PEDREGAL
ESTADO DE MEXICO
ATIZAPAN  52948
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,982.00

---

3.1031 **Nonpriority creditor's name and mailing address**

SKYBOX PACKAGING LLC
1275 POLLOCK PKWY
MANSFIELD, OH  44905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,241.65

---

3.1032 **Nonpriority creditor's name and mailing address**

SLANGEN, LOUIS F.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
DBO INSURANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor  Invacare Corporation

(Name)

Case number (if known) 23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1033** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

SMART PUMPS INCORPORATED
644 FANNING FIELDS RD
MILLS RIVER, NC  28759-3427

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1034** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $409.80

SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS
4601 SIX FORKS RD # 400
RALEIGH, NC  27609

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1035** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SMITH, DOUGLAS
2399 LOCUST STREET UNIT 3
CANAL FULTON, OH  44614

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1036** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $501.11

SOPER'S MOBILITY AIDS, LLC
2186 W SOPER AVE
HAYDEN, ID  83835-7374

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1037** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,661.42

SOULE PACKAGING
4322 PET LN
LUTZ, FL  33559-6349

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1038** | **Nonpriority creditor's name and mailing address** | | **$7,400.00**

SOUNDCOAT INC
1 BURT DR
DEER PARK, NY  11729

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1039** | **Nonpriority creditor's name and mailing address** | | **$122.98**

SOUTH TEXAS MEDICAL EQUIPMENT & SUPPLIES
1403 CALLE DEL NORTE
LAREDO, TX  78041-5930

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1040** | **Nonpriority creditor's name and mailing address** | | **$11,177.14**

SOUTHEAST MEDICAL SERVICES INC
280 WEKIVA SPRINGS RD STE 2000
LONGWOOD, FL  32779-6098

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1041** | **Nonpriority creditor's name and mailing address** | | **$0.00**

SOUTHEASTERN BIOMEDICAL SERVICES LLC
PO BOX 745
HELENA, AL  35080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1042** | **Nonpriority creditor's name and mailing address** | | **$5,904.76**

SOUTHEASTERN BIOMEDICAL SERVICES, L
PO BOX 745
HELENA, AL  35080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1043** | **Nonpriority creditor's name and mailing address**

SOUTHERN ARIZONA ADAPTIVE SPORTS
PO BOX 43062
TUCSON, AZ  85733-3062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.79

---

**3.1044** | **Nonpriority creditor's name and mailing address**

SOUTHERN FIRE PROTECTION OF ORLANDO INC
3801 E STATE RD 46
SANFORD, FL  327719

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.00

---

**3.1045** | **Nonpriority creditor's name and mailing address**

SOUTHERN MEDICAL EQUIPMENT CORPORAT
ATTENTION: DON JONES
110 3RD AVENUE SOUTHEAST
CULLMAN, AL  35055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.54

---

**3.1046** | **Nonpriority creditor's name and mailing address**

SOUTHERN MEDICAL SERVICES CO LTD
26-34 DR. RUPERT INDAR SNR. ST
SAN FERNANDO  601108
TRINIDAD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,182.48

---

**3.1047** | **Nonpriority creditor's name and mailing address**

SOUTHWEST FOREST PRODUCTS INC
2828 S 35TH AVE
PHOENIX, AZ  85009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,120.80

---

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1048**   **Nonpriority creditor's name and mailing address**

SPARKLETTS & SIERRA SPRINGS
PO BOX 660579 DALLAS TX
DALLAS, TX  75266-0579

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$156.58

---

**3.1049**   **Nonpriority creditor's name and mailing address**

SPECIAL CARE MEDICAL OF SC INC
PO BOX 21564
WEST COLUMBIA, SC  29169-3029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,805.11

---

**3.1050**   **Nonpriority creditor's name and mailing address**

SPECIAL CARE MEDICAL OF SOUTH CAROLINA INC.
3465 LEAPHART RD
WEST COLUMBIA, SC  29169

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$649.81

---

**3.1051**   **Nonpriority creditor's name and mailing address**

SPECIAL T INNOVATIONS LLC
1804 BROADWAY ST
WINFIELD, KS  67156

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.15

---

**3.1052**   **Nonpriority creditor's name and mailing address**

SPINERGY INC
1914 PALOMAR OAKS WAY SUITE 100
CARLSBAD, CA  92008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,397.50

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1053** | **Nonpriority creditor's name and mailing address**

SPIRIT TRUCK LINES
PO BOX 87
SAN JUAN, TX  78589-0087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$127,913.86

---

**3.1054** | **Nonpriority creditor's name and mailing address**

SPORTCRAFTERS INC
PO BOX 452
GRANGER, IN  46530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.00

---

**3.1055** | **Nonpriority creditor's name and mailing address**

SPRUSON & FERGUSON PTY LTD
GPO BOX 3898
SYDNEY, NSW  2001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,587.00

---

**3.1056** | **Nonpriority creditor's name and mailing address**

SS MEDICAL, INC.
2776 GUNTER PARK DR E
MONTGOMERY, AL  36109-1415

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$434.59

---

**3.1057** | **Nonpriority creditor's name and mailing address**

SSL SUZHOU
CHINA 18 WEIWEN RD SUZHOU IND PARK
JIANGSU
SUZHOU  215126
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,340.00

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.1058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.32 |
|---|---|---|---|

**3.1058**

ST MARY'S PHARMACY, INC.
21 S SAINT MARYS ST
SAINT MARYS, PA  15857-1617

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $18.32

---

**3.1059**

ST. CLOUD VA HEALTH CARE SYSTEM
C/O PROSTHETICS (121)
4801 VETERANS DR
SAINT CLOUD, MN  56303-2015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $557.08

---

**3.1060**

STABILUS, S. A.  DE
AVENIDA IND METALURGICA
N1010 PARQUE INDUSTRIAL
RAMOS ARIZPE
COAHUILA  CP25900
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $33,804.96

---

**3.1061**

STABIO NORTH AMERICA
19800 86TH ST
PO BOX 158
BRISTOL, WI  53104-9254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $0.00

---

**3.1062**

STACK, RICHARD
BFW LAW
ALAINA FOTIU-WOJTOWICZ
200 SE 1 STREETSUITE 400
MIAMI, FL  33131

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1063** **Nonpriority creditor's name and mailing address**

STAFFORD TEXTILES LIMITED
2200 LAKESHORE BLVD W 308
TORONTO, ON  M8V 1A4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,274.00

---

**3.1064** **Nonpriority creditor's name and mailing address**

STAR CUSHION PRODUCTS INCORPORATED
5 COMMERCE DR
FREEBURG, IL  62243

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,738.00

---

**3.1065** **Nonpriority creditor's name and mailing address**

STAR MANUFACTURING, LTD.
1001 CROSSROADS BLVD
SEGUIN, TX  78155-4769

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,707.50

---

**3.1066** **Nonpriority creditor's name and mailing address**

STAT MEDICAL SUPPLIES, INC.
2316 STOCKTON HILL RD
KINGMAN, AZ  86401-4178

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.16

---

**3.1067** **Nonpriority creditor's name and mailing address**

STATE OF CALIFORNIA, REP BY JUSTICE DEPT
MEDI-CAL FRAUD & ELDER ABUSE BUREAU
ATTN JENNIFER SUZANNE GREGORY
2329 GATEWAY OAKS DR, STE 200
SACRAMENTO, CA  95833

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1068 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

STATE OF TEXAS COMPTROLLER
SALES & USE TAX
AUSTIN, TX  78714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1069 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $620.00 |
|---|---|---|---|

STATURE ELECTRIC INC
22543 FISHER RD
PO BOX 6660
WATERTOWN, NY  13601-6660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1070 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,412.00 |
|---|---|---|---|

STEALTH PRODUCTS INCORPORATED
1706 COLT CIR
MARBLE FALLS, TX  78654-4220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1071 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $367.50 |
|---|---|---|---|

STEPTOE & JOHNSON LLP
ONE MARKET PLAZA
SPEAR TOWER, STE 3900
SAN FRANCISCO, CA  94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1072 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,122.66 |
|---|---|---|---|

STERICYCLE INC
2670 EXECUTIVE DRIVE, SUITE A
INDIANAPOLIS, IN  46241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1073  Nonpriority creditor's name and mailing address**

STEVE JOHNSON
DBA/AMERICAN MOBILITY SYSTEMS
4217A WEST NORTHSIDE DRIVE
JACKSON, MS  39209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$680.40

---

**3.1074  Nonpriority creditor's name and mailing address**

STOKES, SETH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$729.45

---

**3.1075  Nonpriority creditor's name and mailing address**

STONEWALL HOME OXYGEN THERAPY, INC.
456 MARKET PLACE MALL STE A
WESTON, WV  26452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$639.21

---

**3.1076  Nonpriority creditor's name and mailing address**

STUMPP, PATRICIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
DBO INSURANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1077  Nonpriority creditor's name and mailing address**

SUAJES Y PREPARACION
CARR. PUEBLO NUEVO IRAPUATO 19
GUANAJUATO
PUEBLO NUEVO
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,527.75

---

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1078** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,133.29

SUIITAM
AV. SAN RAFAEL LOCAL 4 S/N  PARQUE IND
TAMULIPAS
REYNOSA  88740
MEXICO

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1079** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00

SULLIVAN TRANSPORT
7311 INDEPENDENCE ST
MERRILLVILLE, IN  46410

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1080** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,904.00

SUN & HON INT'L LTD
UNIT 1803A 18/F PARK BUILDING
MO. 476 CASTLE PEAK ROAD
KOWLOON  999077
HONG KONG

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1081** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $335.27

SUN OPTIMUM SUPPLIES, INC.
DBA/SOS MEDICAL SUPPLIES
12834 MURPHY ROAD
STAFFORD, TX  77477

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1082** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,816.27

SUNBRIGHT USA INC
8909 EAST AVE
MENTOR, OH  44060-4305

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1083 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $469.20 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SUNNY CASTORS CO.,LT
PO BOX 5535
ELGIN, IL  60121-5535

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$469.20

---

3.1084 **Nonpriority creditor's name and mailing address**

SUNON INC
1075 W LAMBERT RD STE A
BREA, CA  92821-2944

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,901.92

---

3.1085 **Nonpriority creditor's name and mailing address**

SUNRISE MEDICAL GMBH
DR. CHRISTIAN PAUL JONES DAY
PRINZREGENTENSTRASSE 11,
D-80538 MUNCHEN
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1086 **Nonpriority creditor's name and mailing address**

SUNRISE, ASHBY & GEDDES
JOHN G. DAY, ANDREW C. MAYO
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1087 **Nonpriority creditor's name and mailing address**

SUNRISE, MACMILLAN, SOBANSKI & TODD,  LLC
JAMES A. DUGGAN ATTORNEY/CO-MANAGING MEM
ONE MARITIME PLAZA, FIFTH FLOOR
720 WATER STREET
TOLEDO, OH

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1088** **Nonpriority creditor's name and mailing address**

SUNRISE, MANAGING DIRECTORS
BERND KREBS & THOMAS HARDT
KAHLBACHRING 2-4, 69254
MALSCH/HEIDELBERG
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1089** **Nonpriority creditor's name and mailing address**

SUNSET HEALTHCARE SOLUTIONS INC
279 MADSEN DR 101
BLOOMINGDALE, IL  60108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,411.80

---

**3.1090** **Nonpriority creditor's name and mailing address**

SUPPLY TECHNOLOGIES LLC
PO BOX 71-4652
COLUMBUS, NM  88029-0071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$86,605.19

---

**3.1091** **Nonpriority creditor's name and mailing address**

SUPPLYONE TAMPA BAY INC
3939 AIRWAY CR
CLEARWATER, FL  33760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,128.53

---

**3.1092** **Nonpriority creditor's name and mailing address**

SUZHOU SCHINTEC TECH
NO.19 XIANGPU RD SHENGPU DISTRICT
SUZHOU INDUSTRY PARK
JIANGSU
SUZHOU  99999
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,743.52

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1093 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,967.94 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SYLVITE WESTERN REGION LLC
PO BOX 7725
AKRON, OH  44306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,967.94

---

3.1094 **Nonpriority creditor's name and mailing address**

T E CONNECTIVITY CORPORATION
PO BOX 3608
HARRISBURG, PA  17105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $550.50

---

3.1095 **Nonpriority creditor's name and mailing address**

T K ELEVATOR CORP
3100 INTERSTATE N CIR SE, STE 500
ATLANTA, GA  30339-2227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,155.56

---

3.1096 **Nonpriority creditor's name and mailing address**

T W METALS INC
PO BOX 933014
ATLANTA, GA  31193-3014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $32,604.00

---

3.1097 **Nonpriority creditor's name and mailing address**

TABEEK, CHARLES & SON, INC.
430 BOONTON TPKE
LINCOLN PARK, NJ  07035-2331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $301.79

Debtor      Invacare Corporation
            (Name)

Case number (if known)   23-90068

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1098**   **Nonpriority creditor's name and mailing address**

TAICANG TIANGONG MAC
XITANG STREET ZINTANG LIUHE TOWN
JIANGSU
TAICANG  215400
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,976.00

---

**3.1099**   **Nonpriority creditor's name and mailing address**

TALMOLDER INC
325 LIMESTONE CRES
NORTH YORK, ON  M3J 2R1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,341.95

---

**3.1100**   **Nonpriority creditor's name and mailing address**

TANGLEWOOD MEDICAL SUPPLIES, INC.
2445 NW LOOP STE B
STEPHENVILLE, TX  76401-1705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$381.32

---

**3.1101**   **Nonpriority creditor's name and mailing address**

TANOUS, HELENE
CLEAR COUNSEL LAW GROUP
JARED R. RICHARDS, ESQ. DUSTIN E. BIRCH, ESQ. SHEA
I. BILLADEAU, ESQ.
1671 W. HORIZON RIDGE PKWY, STE 200
HENDERSON, NV

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1102**   **Nonpriority creditor's name and mailing address**

TAYLOR COMMUNICATIONS INC
600 ALBANY ST
DAYTON, OH  45417-3405

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,288.74

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $276.49 |
|---|---|---|---|

TECH PRODUCTS CORP
PO BOX 639086
CINCINNATI, OH  45263-9086

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

TECHNIMARK INC
BRECHA E-99 NTE. ED. 3
TAMULIPAS
REYNOSA  88780
MEXICO

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

TECHNOLOGY HOUSE.
30555 SOLON INDUSTRIAL PKWY
SOLON, OH  44139-4329

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,341.17 |
|---|---|---|---|

TECHNOLOGY RECOVERY GROUP
31390 VIKING PKWY
WESTLAKE, OH  44145

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $543.05 |
|---|---|---|---|

TECO PEOPLES GAS
PO BOX 31318
TAMPA, FL  33631-3318

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1108** | **Nonpriority creditor's name and mailing address**

TEK SPORTS INC
PO BOX 400443
LAS VEGAS, NV  89140-0443

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,669.42

---

**3.1109** | **Nonpriority creditor's name and mailing address**

TEKTRONIX SERVICE SOLUTIONS INC
9639 INTEROCEAN DR DOCK 2
CINCINNATI, OH  45246

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,729.02

---

**3.1110** | **Nonpriority creditor's name and mailing address**

TENEX CAPITAL MANAGEMENT
60 EAST 42ND STREET, SUITE 4510
ATTN: GABE WOOD
NEW YORK, NY  10165-0015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT AMONG
COMPASS HEALTH BRANDS CORP. AND
INVACARE CORPORATION, AND GARDEN
CITY MEDICAL INC. DATED 9/30/16

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1111** | **Nonpriority creditor's name and mailing address**

TERNIUM MEXICO SA DE
AVENIDA DE LA JUVENTUD NTE
340 COL CUAUHTEMOC
S.NICOLAS DE LOS GAR, NL  66450
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$202,239.70

---

**3.1112** | **Nonpriority creditor's name and mailing address**

TEXTAPE INCORPORATED
4500  WEST MILITARY HIGHWAY
MC ALLEN, TX  78503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$368.00

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,515.96 |
| | TEXTILES SANTA SUSANA S.A. | Check all that apply. | |
| | PRESIDENTE  MAZARIK NO. 29 LOCAL C | ☐ Contingent | |
| | CHAPULTEPEC MORALES DELEGACION | ☐ Unliquidated | |
| | MIGUEL HIDALGO | ☐ Disputed | |
| | MEXICO DF  11570 | | |
| | MEXICO | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Date or dates debt was incurred** | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.1114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.36 |
| | THE ABILITY CENTER OF GREATER TOLED | Check all that apply. | |
| | 5605 MONROE ST | ☐ Contingent | |
| | SYLVANIA, OH  43560-2702 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $470.90 |
| | THE ESTATES AT ROSEVILLE | Check all that apply. | |
| | 2727 VICTORIA ST N | ☐ Contingent | |
| | ROSEVILLE, MN  55113-3029 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,950.85 |
| | THE GREAT AMERICAN SCOOTER COMPANY HUMBLE, LLC | Check all that apply. | |
| | 2111 FM 1960 RD E | ☐ Contingent | |
| | HUMBLE, TX  77338-5229 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CUSTOMER PREPAYMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.10 |
| | THE HEALTHCARE STORE, INC. | Check all that apply. | |
| | C/O LUKENSOW, RAY | ☐ Contingent | |
| | 944 MELBOURNE RD | ☐ Unliquidated | |
| | HURST, TX  76053 | ☐ Disputed | |
| | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER PREPAYMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1118 | **Nonpriority creditor's name and mailing address**<br><br>THE MEDICAL MARKET, INC.<br>2208 WORLEY DR<br>ALEXANDRIA, LA  71301-3600<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,159.20 |
|---|---|---|---|
| 3.1119 | **Nonpriority creditor's name and mailing address**<br><br>THE PROMPTCARE COMPANIES, INC.<br>41 SPRING ST STE 103<br>NEW PROVIDENCE, NJ  07974-1143<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,044.14 |
| 3.1120 | **Nonpriority creditor's name and mailing address**<br><br>THE QUALITY THREAD & NOTIONS CO<br>20 AMERICAN ST<br>MT HOLLY, NC  28120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,240.00 |
| 3.1121 | **Nonpriority creditor's name and mailing address**<br><br>THE RODON GROUP<br>BOX 763<br>SOUDERTON, PA  18964-0763<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,115.71 |
| 3.1122 | **Nonpriority creditor's name and mailing address**<br><br>THE VILLAGES OF ROSEMONT<br>3751 SENTARA WAY<br>VIRGINIA BEACH, VA  23452-4200<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $722.00 |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.1123**  **Nonpriority creditor's name and mailing address**

THE VIRGINIA HOME
ATTN: ACCOUNTS PAYABLE
1101 HAMPTON ST
RICHMOND, VA  23220-6605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$273.01

---

**3.1124**  **Nonpriority creditor's name and mailing address**

THERAPY ONE, INC.
8527 ZIONSVILLE RD
INDIANAPOLIS, IN  46268-1511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,836.35

---

**3.1125**  **Nonpriority creditor's name and mailing address**

THERAPY SUPPLY HOUSE INC.
PO BOX 273028
HOUSTON, TX  77277

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.00

---

**3.1126**  **Nonpriority creditor's name and mailing address**

THOMAS E CREEK VA MEDICAL CENTER
C/O PROSTHETICS 121
6010 W AMARILLO BLVD
AMARILLO, TX  79106-1991

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$675.94

---

**3.1127**  **Nonpriority creditor's name and mailing address**

THOMSON REUTERS TAX & ACCOUNTING INC
10720 SIKES PLACE SUITE 300
CHARLOTTE, NC  28277

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,551.53

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1128 | **Nonpriority creditor's name and mailing address**<br><br>THOMSON WEST<br>PO BOX 6292<br>CAROL STREAM, IL  60197-6292<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,270.37 |
| 3.1129 | **Nonpriority creditor's name and mailing address**<br><br>THREE RIVERS HOLDING , LLC<br>PO BOX 772972 CHICAGO<br>CHICAGO, IL  60677-0272<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,013.04 |
| 3.1130 | **Nonpriority creditor's name and mailing address**<br><br>THURM-A-MATIC INC<br>3257 MONIER CR  C<br>RANCHO CORDOVA, CA  95742<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,950.00 |
| 3.1131 | **Nonpriority creditor's name and mailing address**<br><br>TIGER DRYLAC<br>3855 SWENSON AVE UNIT 4<br>ST. CHARLES, IL  60174<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,460.80 |
| 3.1132 | **Nonpriority creditor's name and mailing address**<br><br>TOOLEY DRUG AND HOMECARE INC<br>2615 13TH ST<br>COLUMBUS, NE  68601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8.81 |

Debtor   Invacare Corporation
(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1133** **Nonpriority creditor's name and mailing address**

TOP END SPORTS LLC
ATTN KRIS HORNER
16300 SE 82ND ST
CHOCTAW, OK  73020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1134** **Nonpriority creditor's name and mailing address**

TOP LONGMAX PRODUCTS CO LTD
28 SHIH CHENG S. 1ST RD
XITUN DIST., TXG  407
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,960.00

---

**3.1135** **Nonpriority creditor's name and mailing address**

TORNEXPRESS SA DE CV
AV. REGIO PARQUE
120 FRACC REGIO PARQUE INDUSTRIAL
APODACA, NL  66600
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,267.72

---

**3.1136** **Nonpriority creditor's name and mailing address**

TORQUE TRANSMISSION INC
1246 HIGH STREET
FAIRPORT HARBOR, OH  44077-5599

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,932.78

---

**3.1137** **Nonpriority creditor's name and mailing address**

TOTAL CALIBRATION SOLUTIONS INC
7722 METRIC DR
MENTOR, OH  44060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$665.00

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1138** **Nonpriority creditor's name and mailing address**

TOWER FASTENERS COMP
1690 N OCEAN AVE
HOLTSVILLE, NY  11742-1899

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,701.80

---

**3.1139** **Nonpriority creditor's name and mailing address**

TRAILER BRIDGE INC
PO BOX 861623
ORLANDO, FL  32886-1623

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,507.00

---

**3.1140** **Nonpriority creditor's name and mailing address**

TRELLEBORG SEALING SOLUTIONS
6001 COCHRAN RD  222
SOLON, OH  44139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,024.11

---

**3.1141** **Nonpriority creditor's name and mailing address**

TRI VANTAGE LLC
2937 W. 25TH STREET
CLEVELAND, OH  44113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,040.00

---

**3.1142** **Nonpriority creditor's name and mailing address**

TRICO OXYGEN COMPANY INCORPORATED
1147 E BROAD STREET
ELYRIA, OH  44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$460.37

---

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1143**   **Nonpriority creditor's name and mailing address**

TRILLIUM METAL STAMPINGS
50 STECKLE PLACE
KITCHENER, ON  N2E2C3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,186.95

---

**3.1144**   **Nonpriority creditor's name and mailing address**

TRIMLINE DIE CORPORATION
421 COMMERCE DRIVE P O BOX 66
LAGRANGE, OH  44050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,180.00

---

**3.1145**   **Nonpriority creditor's name and mailing address**

TRI-STATE HOME MEDICAL
1409 US ROUTE 35 E
EATON, OH  45320-2231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$561.06

---

**3.1146**   **Nonpriority creditor's name and mailing address**

TRUE CARE HOME HEALTH EQUIPMENT SAL AND
SERVICES LLC
303 W MAPLE
PO BOX 507
PILOT KNOB, MO  63663-0507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,670.60

---

**3.1147**   **Nonpriority creditor's name and mailing address**

TURNER, THOMAS
COTCHETT, PITRE & MCCARTHY, LLP
JUSTIN T. BERGER, ADAM SHAPIRO
840 MALCOLM ROAD
BURLINGAME, CA  94010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1148** | **Nonpriority creditor's name and mailing address**

TURNER, THOMAS A
C/O SHER EDLING LLP
ATTN ADAM A SHAPIRO
100 MONTGOMERY ST, STE 1410
SAN FRANCISCO, CA 94104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1149** | **Nonpriority creditor's name and mailing address**

TW METALS
P.O. BOX 933014
ATLANTA, GA 31193-3014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.1150** | **Nonpriority creditor's name and mailing address**

TWI INTERNATIONAL TAIWAN
SHIH CHIEH ENTERPRISE COMPANY LTD
NO. 10 7TH ROAD TAICHUNG INDUSTRIAL PARK
SHIN-JI RD SHIN-JI NAN-CHENG, GUANGDONG
TAICHUNG 40755
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,488.75

---

**3.1151** | **Nonpriority creditor's name and mailing address**

U O P LLC
307 FELLOWSHIP RD SUITE 207
MT. LAUREL, NJ 08054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,755.22

---

**3.1152** | **Nonpriority creditor's name and mailing address**

U S A SPOKES
PO BOX 424
OLNEY, IL 62450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.50

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1153** | **Nonpriority creditor's name and mailing address**

U W L INC
ATTN: DAVE GREGSON
1340 DEPOT ST SUITE 103
CLEVELAND, OH  44116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$286,245.00

---

**3.1154** | **Nonpriority creditor's name and mailing address**

U-HAUL INTERNATIONAL INC
ATTN DIST SALES MGR
2727 N CENTRAL AVE
PHOENIX, AZ  85004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,259.54

---

**3.1155** | **Nonpriority creditor's name and mailing address**

ULINE INC
PO BOX 88741
CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,888.16

---

**3.1156** | **Nonpriority creditor's name and mailing address**

UNICABLE INCORPORATED
511 S HARBOR BLVD STE I
LA HABRA, CA  90631-9374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,026.25

---

**3.1157** | **Nonpriority creditor's name and mailing address**

UNITED DISABILITIES SERVICES, INC.
DBA/ CUSTOM WHEELCHAIR SEATING
2270 ERIN COURT
LANCASTER, PA  17601-1965

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,536.27

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1158** | Nonpriority creditor's name and mailing address

UNITED DISTRIBUITORS
PO BOX 59269 2830 MERRELL RD
DALLAS, TX  75229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,410.55

---

**3.1159** | Nonpriority creditor's name and mailing address

UNITED MED WORLDWIDE INC,
1576 BELLA CRUZ DR STE 320
THE VILLAGES, FL  32159-8969

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.39

---

**3.1160** | Nonpriority creditor's name and mailing address

UNITED ONE SOURCE
2830 MERRELL RD
DALLAS, TX  75229-4701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,289.68

---

**3.1161** | Nonpriority creditor's name and mailing address

UNITED STATES OF AMERICA, REP BY
US ATTORNEY'S OFFICE - FRESNO
ATTN VINCENTE ANTONIO TENNERELLI
2500 TULARE ST, STE 4401
FRESNO, CA  93721

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1162** | Nonpriority creditor's name and mailing address

UNITED TESTING SYSTEMS INC
309 BELL PARK DRIVE
WOODSTOCK, GA  30188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,192.73

---

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| **3.1163** | **Nonpriority creditor's name and mailing address**<br>UNITED WAY OF GREATER LORAIN COUNTY INC<br>642 BROADWAY AVE<br>LORAIN, OH  44052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $734.59 |
| **3.1164** | **Nonpriority creditor's name and mailing address**<br>UNITEX MIDWEST<br>7001 W NORTH AVE # 2NE<br>OAK PARK, IL  60302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| **3.1165** | **Nonpriority creditor's name and mailing address**<br>UNUM PROVIDENT LIFE & ACCIDENT INSURANCE CO<br>PO BOX 403748<br>ATLANTA, GA  30384-3748<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,701.57 |
| **3.1166** | **Nonpriority creditor's name and mailing address**<br>UPS<br>PO BOX 4900 STN A<br>TORONTO, ON  M5W 0A7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $903.83 |
| **3.1167** | **Nonpriority creditor's name and mailing address**<br>UREBLOCK S. A. DE C.<br>AV. DEL PARQUE 2140 MONTERREY TECH PARK<br>CIENEGA DE FLORES, NL  65550<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,154.06 |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,469.98 |

**Nonpriority creditor's name and mailing address**

US ECOLOGY
PO BOX 936227
ATLANTA, GA  31193-6227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,469.98

---

| 3.1169 | **Nonpriority creditor's name and mailing address** | | $1,112.00 |

USERCENTRICS INC
SENDLINGER STR 7
MUNICH  80331
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,112.00

---

| 3.1170 | **Nonpriority creditor's name and mailing address** | | $67,683.36 |

USF HOLLAND
27052 NETWORK PLACE
CHICAGO, IL  60673-1270

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,683.36

---

| 3.1171 | **Nonpriority creditor's name and mailing address** | | $28.87 |

VA CENTRAL CALIFORNIA HEALTH CARE SYSTEM
ATTN. PROSTHETICS (121) VAMC
2615 CLINTON AVENUE
FRESNO, CA  93703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.87

---

| 3.1172 | **Nonpriority creditor's name and mailing address** | | $54.70 |

VA CONNECTICUT HEALTHCARE SYSTEM
C/O PROSTHETICS 121
950 CAMPBELL AVE
WEST HAVEN, CT  06516

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.70

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1173**  **Nonpriority creditor's name and mailing address**

VA NEBRASKA-WESTERN IOWA HEALTH CAR SYSTEM
600 S 70TH ST
LINCOLN, NE  68510-2451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.54

---

**3.1174**  **Nonpriority creditor's name and mailing address**

VAL TECHNOLOGIES INC
6665 DOOLITTLE AVE
RIVERSIDE, CA  92503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,996.00

---

**3.1175**  **Nonpriority creditor's name and mailing address**

VALCO /VALLEY TOOL &
10020 YORK THETA DR
NORTH ROYALTON, OH  44133-3535

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,395.45

---

**3.1176**  **Nonpriority creditor's name and mailing address**

VALUPLUS MEDICAL SUPPLY LLC
1311 N WENATCHEE AVE
WENATCHEE, WA  98801-1537

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$470.43

---

**3.1177**  **Nonpriority creditor's name and mailing address**

VANCREST OF PAYNE LLC
650 N MAIN ST
PAYNE, OH  45880-9026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,535.96

---

Debtor  Invacare Corporation
        (Name)

Case number (if known)  23-90068

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.1178 | **Nonpriority creditor's name and mailing address** | $4,293.00 |

**3.1178**

**Nonpriority creditor's name and mailing address**

VELCRO USA INC
406 BROWN AVE
MANCHESTER, NH  03103-7202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

*Amount of claim: $4,293.00*

---

**3.1179**

**Nonpriority creditor's name and mailing address**

VENTEC LIFE SYSTEMS INC
ATTN TOM PONTZIUS, PRESIDENT
5101 FRUITVILLE RD, STE 200
SARASOTA, FL  34232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

*Amount of claim: UNDETERMINED*

---

**3.1180**

**Nonpriority creditor's name and mailing address**

VENTEC LIFE SYSTEMS INC
C/O K&L GATES LLP
ATTN ANDREA CUNHA
2801 VIA FORTUNA, STE 650
AUSTIN, TX  78746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL CLAIMS RELATED TO APA

**Is the claim subject to offset?**
☒ No
☐ Yes

*Amount of claim: UNDETERMINED*

---

**3.1181**

**Nonpriority creditor's name and mailing address**

VENTEC LIFE SYSTEMS, INC.
5101 FRUITVILLE RD., SUITE 200
ATTN: TOM PONTZIUS, PRESIDENT
SARASOTA, FL  34232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
1/30/2023

**Is the claim subject to offset?**
☒ No
☐ Yes

*Amount of claim: UNDETERMINED*

---

**3.1182**

**Nonpriority creditor's name and mailing address**

VENTEC LIFE SYSTEMS, INC.
C/O K&L GATES, LLP
2801 VIA FORTUNA, SUITE 650
ATTN: ANDREA CUNHA
AUSTIN, TX  78746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SHARE PURCHASE AGREEMENT DTD
1/30/2023

**Is the claim subject to offset?**
☒ No
☐ Yes

*Amount of claim: UNDETERMINED*

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1183 | **Nonpriority creditor's name and mailing address**<br><br>VERENA KRUGER-REISTEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
|---|---|---|---|
| 3.1184 | **Nonpriority creditor's name and mailing address**<br><br>VERETEC<br>PO BOX 51<br>JEFFERSON, OH  44047-0051<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,462.50 |
| 3.1185 | **Nonpriority creditor's name and mailing address**<br><br>VERITIV OPERATING COMPANY<br>3200 MERCY DR<br>ORLANDO, FL  32808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,668.47 |
| 3.1186 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON<br>PO BOX 15124<br>ALBANY, NY  12212-5124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $904.45 |
| 3.1187 | **Nonpriority creditor's name and mailing address**<br><br>VES INTERNATIONAL TEXAS, INC.<br>11050 PLANO ROAD<br>DALLAS, TX  75238<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER PREPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.35 |

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1188**    **Nonpriority creditor's name and mailing address**

VETERANS HEALTH CARE SYSTEM OF THE OZARKS
C/O PROSTHETICS (121) VAMC
1100 N COLLEGE AVE
FAYETTEVILLE, AR  72703-1944

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$173.32

---

**3.1189**    **Nonpriority creditor's name and mailing address**

VEXOS
PO BOX 72003
CLEVELAND, OH  44192

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.1190**    **Nonpriority creditor's name and mailing address**

VIATECH PUBLISHING SOLUTIONS INC
424 N CEDARBROOK AVE
SPRINGFIELD, MO  65802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.1191**    **Nonpriority creditor's name and mailing address**

VICTORY DRUG & SURGICAL SUPPLY
16823 BELLFLOWER BLVD
BELLFLOWER, CA  90706-5901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$111.36

---

**3.1192**    **Nonpriority creditor's name and mailing address**

VICTORY PACKAGING L P
PO BOX 844138
DALLAS, TX  75284-4138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,382.60

| Debtor | Invacare Corporation | Case number *(if known)* | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $452.00 |
|---|---|---|---|

VIGO
BIEZEWEG 13
WETTEREN  9230
BELGIUM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

VISCOUNT INDUSTRIES
NO. 1-5 CHE LU CHIAO
TAMSHUI CHEN
TAIPEI HSIEN, TPE  25171
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $847.07 |
|---|---|---|---|

VISITING NURSES ASSOCCIATION OF TH ROCKFORD
AREA, INC
4223 E STATE ST
ROCKFORD, IL  61108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,270.00 |
|---|---|---|---|

VISUAL MARKING SYSTEMS
2097 E AURORA RD
TWINSBURG, OH  44087-2285

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,155.64 |
|---|---|---|---|

VITAL RECORDS CONTROL
1702 BOICE POND RD.
ORLANDO, FL  32837

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Invacare Corporation
         (Name)

Case number (if known) 23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.1198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

VOCATIONAL GUIDANCE
359 LOWELL STREET
ELYRIA, OH 44035

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $268.11

VTX COMMUNICATIONS, LLC
881 E HIDALGO AVE
RAYMONDVILLE, TX 78580

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,500.00

W H A INTERNATIONAL INC
1020 S MAIN ST
LAS CRUCES, NM 88005

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $705.26

WACHENHAUSEN RECHTSANWALTE
FÜNFHAUSEN 1
LUBECK 23552
GERMANY

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110,000.00

WACHTELL LIPTON ROSEN & KATZ
51 W 52ND ST
NEW YORK, NY 10019-6150

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1203** | **Nonpriority creditor's name and mailing address**

WALL STREET TRANSCRIPT CORPORATION
622 3RD AVE 34TH FL
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.1204** | **Nonpriority creditor's name and mailing address**

WALLA WALLA VA MEDICAL CENTER
C/O PROSTHETICS (121) VAMC
77 WAINWRIGHT DRIVE
WALLA WALLA, WA 99362

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$447.42

---

**3.1205** | **Nonpriority creditor's name and mailing address**

WARD MEDICAL SERVICES
2435 US HIGHWAY 1 S
SAINT AUGUSTINE, FL 32086-6075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$109.00

---

**3.1206** | **Nonpriority creditor's name and mailing address**

WARD TRUCKING, LLC
PO BOX 1553
ALTOONA, PA 16603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,369.55

---

**3.1207** | **Nonpriority creditor's name and mailing address**

WASA - WISCONSIN ADAPTIVE SPORTS ASSOCIATION
3103 SYLVESTER DR
HARTLAND, WI 53029-8870

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,505.61

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $258.18 |
|---|---|---|---|

WATERLOGIC USA INC
PO BOX 677867
DALLAS, TX  75267-7867

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,641.41 |
|---|---|---|---|

WBH WACHENHAUSEN PATENTANWAITE
MÜLLERSTRAßE 40
MUNCHEN  80469
GERMANY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,011.21 |
|---|---|---|---|

WELLS FARGO FINANCIAL LEASING INC
MAC F4031-040
800 WALNUT ST
DES MOINES, IA  50309

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $174.30 |
|---|---|---|---|

WELLSPRING LUTHERAN SERVICES-MONROE
1236 S MONROE ST
MONROE, MI  48161-3934

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,804.80 |
|---|---|---|---|

WES-GARDE COMPONENTS INC
2820 DRANE FIELD RD
LAKELAND, FL  33811-1328

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1213**  **Nonpriority creditor's name and mailing address**

WESTERN
PO BOX 6829-N
CLEVELAND, OH  44193-0002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,013.80

---

**3.1214**  **Nonpriority creditor's name and mailing address**

WESTERN ENTERPRISES.
875 BASSETT ROAD
WESTLAKE, OH  44145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$965.69

---

**3.1215**  **Nonpriority creditor's name and mailing address**

WESTERN SPECIALTY CONTRACTORS
720 GRAND AVE
RIDGEFIELD, NJ  07657

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,600.00

---

**3.1216**  **Nonpriority creditor's name and mailing address**

WESTLAKE TOOL & DIE MANUFACTURING
1280 MOORE RD
PO BOX 240
AVON, OH  44011-0240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,364.60

---

**3.1217**  **Nonpriority creditor's name and mailing address**

WESTMED INC
5580 S. NOGALES HIGHWAY, SUITE 170
TUCSON, AZ  85706-3333

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,377.32

---

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------:|

**3.1218**  **Nonpriority creditor's name and mailing address**

WETHERINGTON HAMILTON & HARRISON P A
1010 NORTH FLORIDA AVE
TAMPA, FL  33602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$325.00

---

**3.1219**  **Nonpriority creditor's name and mailing address**

WHEELCHAIR CHARITIES
DBA/WHEELCHAIR CHARITIES, INC.
83-10 35TH AVE
JACKSON HEIGHTS, NY  11372-5371

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.1220**  **Nonpriority creditor's name and mailing address**

WHEELCHAIRS 4 KIDS, INC.
1200 S PINELLAS AVE STE 3
TARPON SPRINGS, FL  34689-3715

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,755.00

---

**3.1221**  **Nonpriority creditor's name and mailing address**

WHITEHOUSE ARTESIAN SPRINGS INC
8100 WEST RIDGE ROAD
ELYRIA, OH  44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,764.96

---

**3.1222**  **Nonpriority creditor's name and mailing address**

WILLIAMS BROS. HEALTH CARE PHARMACY INC.
10 WILLIAMS BROS DR
WASHINGTON, IN  47501-4535

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER PREPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.83

---

Debtor  Invacare Corporation
(Name)

Case Number (if known)   23-90068

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.1223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

WILLIAMS, WILMA
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $265.08

WILLOW CARE NURSING HOME
18400 MAPLE CREEK CT, STE 900
TINLEY PARK, IL  60477

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88,259.60

WINDHAM PROFESSIONALS INC
AMS DIVISION
FAIR LAWN, NJ  07410

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,580.89

WINDSTREAM COMMUNICATIONS INC
PO BOX 9001908
LOUISVILLE, KY  40290-1908

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.40

WINTON PRODUCTS CO INC
PO BOX 36332
CHARLOTTE, NC  28236-6332

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,791.48 |
|---|---|---|---|

**3.1228**

**Nonpriority creditor's name and mailing address**

WIRE PRODUCTS COMPANY INC
14600 INDUSTRIAL PARKWAY
CLEVELAND, OH  44135

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $23,791.48

---

**3.1229**

**Nonpriority creditor's name and mailing address**

WITCH, JAMYI
ADDRESS REDACTED

**Date or dates debt was incurred**

9/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1230**

**Nonpriority creditor's name and mailing address**

WONDER MACHINE SERVI
35340 AVON COMMERCE PARKWAY
AVON, OH  44011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,327.50

---

**3.1231**

**Nonpriority creditor's name and mailing address**

WOORI USA
2195 BRITTANIA BOULEVARD 102
SAN DIEGO, CA  92154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $201,275.78

---

**3.1232**

**Nonpriority creditor's name and mailing address**

WRICO STAMPING CO OF FLORIDA
10659 ROCKET BLVD
ORLANDO, FL  32824-8590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $217,474.92

---

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td><strong>Part 2:</strong></td><td>Additional Page</td></tr>
</table>

| | | Amount of claim |
|---|---|---|

**3.1233** **Nonpriority creditor's name and mailing address**

WRIGHT LAW GROUP
12620 FM 1960 ROAD W.
SUITE A-4 BOX 304
HOUSTON, TX  77065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.1234** **Nonpriority creditor's name and mailing address**

XIAMEN LENCO CO., LT
NO. 1 HOUXIANG XI ROAD
HAICANG XIAMEN CHINA
HAICANG XIAMEN  361026
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,054.80

---

**3.1235** **Nonpriority creditor's name and mailing address**

XPO LOGISTICS FREIGHT INC
ATTN: MIKE MCCLELAND
PO BOX 77065
MADISON, WI  53707

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$841,546.44

---

**3.1236** **Nonpriority creditor's name and mailing address**

XTRA LEASE.
ATTN RISK SERVICES MGR
1801 PARK 270 DR, STE 400
ST. LOUIS, MO  63146-4020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.68

---

**3.1237** **Nonpriority creditor's name and mailing address**

YANTAI SHENXIU INTERNATIONAL TRADING CO, LTD
YANTAI KANTAI INSTRUMENT CO LTD
HESHAN RD HIGH-TECH ZONE
YANTAI CITY
SHANGDONG  264003
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,555.20

---

Debtor    Invacare Corporation

(Name)

Case number (if known)   23-90068

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,558.85 |
| --- | --- | --- | --- |

YELLOW CIRCLE SOLUTIONS INC
2251 DOUBLE CREEK DR # 603
ROUND ROCK, TX  78664

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111,096.10 |
| --- | --- | --- | --- |

YOJANA UDYOG PRIVATE LIMITED
307 MARINE CHAMBERS 43 NEW MARINE LINES
MUMBAI  400020
INDIA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119.81 |
| --- | --- | --- | --- |

YOUNG SECURITY SERVICES
616 CLEVELAND ST
ELYRIA, OH  44035-4104

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $188,082.94 |
| --- | --- | --- | --- |

YRC FREIGHT
PO BOX 13573
NEWARK, NJ  07188-0573

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| --- | --- | --- | --- |

YUYAO KINGTAI INSTRUMENT CO LTD
63   JINCHANG RD
ZHEJIANG PROVINCE
YUYAO  315400

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Invacare Corporation | Case number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,320.45 |
|---|---|---|---|

ZATKOFF SEALS AND PACKING
PO BOX 486
FARMINGTON HILLS, MI  48332-0486

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

ZEOCHEM
1600 WEST HILL ST
LOUISVILLE, KY  40210-1750

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $106,270.00 |
|---|---|---|---|

ZHENJIANG KANGHONG METAL EQUIPMENT CO LTD
NO.26 WEISAN RD DINGMAO
ECONOMIC DEVELOPING DISTRICT
JIANGSU
ZHENJIANG CITY  212000
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $212,844.18 |
| 5b. | Total claims from Part 2 | 5b. + | $436,465,244.52 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $436,678,088.70 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Invacare Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90068 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | 1ST AMERICA HOME MEDICAL EQUIPMENT LP<br>428 NORTHSIDE DR<br>VALDOSTA, GA  31602-1802 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | 1ST CLASS MEDICAL INC<br>ATTN OWNER<br>15700 PARKERHOUSE RD STE 300<br>PARKER, CO  80134-9630 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | 24/7 MEDICAL LLC<br>1029 S NOVA RD, UNIT D<br>ORMOND BEACH, FL  32174-9050 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | 24/7 MEDICAL LLC<br>740 FENTRESS BLVD STE 100<br>DAYTONA BEACH, FL  32114-1249 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | 4MD MEDICAL SOLUTIONS LLC 15 AMERICA AVE LAKEWOOD, NJ  08701-4584 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT GOLD LEVEL | 4MD MEDICAL SOLUTIONS LLC 15 AMERICA WAY LAKEWOOD, NJ  08701-4584 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | 818 MEDICAL SUPPLY LLC ATTN CHIEF EXECUTIVE OFFICER 6166 1/4 SEPULVEDA BLVD VAN NUYS, CA  91411-2503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | A & A HOME HEALTH EQUIPMENT INC ATTN CHIEF EXECUTIVE OFFICER 3080 E REED RD GREENVILLE, MS  38701-9410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | A PLUS HOME MEDICAL, INC. 619 S WASHINGTON ST STE 102 MOSCOW, ID  83843-3063 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE DTD 01/25/2023 | ABILITIES EXPO 299 N EUCLID AVE, 2ND FL PASADENA, CA  911101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation   Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | ABILITY MEDICAL SUPPLY INC ATTN CHIEF EXECUTIVE OFFICER 1923 W COPANS RD POMPANO BEACH, FL  33064-1517 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | ACCESS 2 CARE ATTN MGR OF OPERATIONS 6 FRASSETTO WAY STE C LINCOLN PARK, NJ  07035-2055 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | OFFSITE STORAGE - DOCUMENT RETENTION | ACCESS INFORMATION PROTECTED (FORMERLY CINTAS DOCUMENT MANAGEMENT) P.O. BOX 850416 MINNEAPOLIS, MN  55485-0416 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | ORDINARY COURSE PROFESSIONAL | ACCESS INFORMATION PROTECTED (FORMERLY CINTAS DOCUMENT MANAGEMENT) P.O. BOX 850416 MINNEAPOLIS, MN  55485-0416 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | ACCESS MEDICAL INC ATTN CHIEF EXECUTIVE OFFICER 3266 GREY HAWK CT CARLSBAD, CA  92010-6651 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | ACCESS MEDICAL, INC. 3266 GREY HAWK CT CARLSBAD, CA  92010-6651 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation                              Case Number (if known)    23-90068
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT CONCENTRATORS & HOMEFILL | ACCURATE BIOMED SERVICES INC ATTN IAN MCCULLOGH 100 N 17TH BETHANY, MO  64424 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT CONCENTRATORS & HOMEFILL | ACCURATE BIOMED SERVICES INC ATTN IAN MCCULLOGH 426 NEW YORK AVE NEW CASTLE, IN  47362 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT CONCENTRATORS & HOMEFILL | ACCURATE BIOMED SERVICES INC ATTN IAN MCCULLOGH 5640 SW 6TH PL, STE 300 OCALA, FL  34477 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | ACCURATE BIOMED SERVICES, INC. 426 NEW YORK AVE NEW CASTLE, IN  47362 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | ACCURATE HEALTHCARE INC 493 CAVE RD NASHVILLE, TN  37210-2301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT PLATINUM LEVEL | ACCURATE HEALTHCARE INC ATTN PRESIDENT 493 CAVE RD NASHVILLE, TN  37210-2301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation                          Case Number (if known)   23-90068
           (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.23 **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ACE MEDICAL, INC.<br>94-910 MOLOALO ST STE B<br>WAIPAHU, HI 96797-6302 |

2.23
- **State what the contract or lease is for and the nature of the debtor's interest** — GOLD PROVIDER AGREEMENT
- **State the term remaining** — CURRENT
- **List the contract number of any government contract**

ACE MEDICAL, INC.
94-910 MOLOALO ST STE B
WAIPAHU, HI 96797-6302

2.24
- **State what the contract or lease is for and the nature of the debtor's interest** — SETTLEMENT AND COEXISTENCE AGREEMENT
- **State the term remaining** — CURRENT
- **List the contract number of any government contract**

ACTION PRODUCTS INC
ATTN PRESIDENT
954 SWEENEY DR
HAGERSTOWN, MD 21740

2.25
- **State what the contract or lease is for and the nature of the debtor's interest** — GOLD PROVIDER AGREEMENT
- **State the term remaining** — CURRENT
- **List the contract number of any government contract**

ACTION REHAB & SUPPLY INC.
1443 DELPLAZA DR STE 6
BATON ROUGE, LA 70815-4168

2.26
- **State what the contract or lease is for and the nature of the debtor's interest** — GOLD PROVIDER AGREEMENT
- **State the term remaining** — CURRENT
- **List the contract number of any government contract**

ACTIVE MEDICAL LLC CO GROUP
ATTN MANAGER
3890 TEAYS VALLEY RD
HURRICANE, WV 25526-9720

2.27
- **State what the contract or lease is for and the nature of the debtor's interest** — GOLD PROVIDER AGREEMENT
- **State the term remaining** — CURRENT
- **List the contract number of any government contract**

ACTIVE MOBILITY CENTER INC
ATTN MANAGER
14330 7TH ST
VICTORVILLE, CA 92395-4212

2.28
- **State what the contract or lease is for and the nature of the debtor's interest** — DIAMOND PROVIDER AGREEMENT
- **State the term remaining** — CURRENT
- **List the contract number of any government contract**

ADAPTHEALTH HOLDINGS, LLC
PO BOX 471650
TULSA, OK 74147-1650

Debtor   Invacare Corporation                                  Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | ADAPTHEALTH LLC ATTN PRESIDENT 2935 MADISON AVE SE WYOMING, MI 49548 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM | ADAPTHEALTH LLC ATTN PRESIDENT 2935 MADISON AVE SE WYOMING, MI 49548 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM | ADAPTHEALTH PO BOX 471650 TULSA, OK 74147-1650 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCUMENTATION SOFTWARE SUITE | ADOBE CREATIVE SUITE 345 PARK AVE SAN JOSE, CA 95110-2704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO THE MSA AMENDS AGREEMENT DTD 8/1/2007 | ADP INC 1 ADP BLVD ROSELAND, NJ 07068 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYROLL, TIME AND ATTENDANCE, HEALTH CARE COMPLIANCE, TAX COMPLIANCE, EQUIPMENT - 4500 NUMERIC ETHERNET TIMECLOCK | ADP INC 1 ADP BLVD ROSELAND, NJ 07068 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Invacare Corporation
(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ADVANCE MEDICAL SERVICE D/B/A PETERSEN MEDICAL ATTN CHIEF EXECUTIVE OFFICER 1268 S 1380 W OREM, UT  84058 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ADVANCE MEDICAL SUPPLY INC ATTN PRESIDENT/CEO 1621 S RANCHO SANTA FE RD, STE H SAN MARCOS, CA  92078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 8/30/2010 | AEROTEK INC ATTN ASST CONTROLLER - MIDWEST REG 7301 PKWY DR HANOVER, MD  21076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | AFTER THE CALL INC ATTN PRESIDENT/CEO 2239-K TACKETTS MILL DR WOODBRIDGE, VA  22192 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | AFTER THE FALL, INC. 4046 SHARPSBURG MCCOLLUM RD STE 208B NEWNAN, GA  30265-2332 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO PURCHASE AGREEMENT AMENDS AGREEMENT DTD 12/1/2010 | AFTERMARKET GROUP INC, THE ONE INVACARE WAY ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | AGAWAM MEDICAL SUPPLY INC ATTN PRESIDENT 56 ABRAMS DR AGAWAM, MA  01001 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #3 TO THE MASTER SERVICES AGREEMENT AMENDS AGREEMENT DTD 10/4/2017 | AGILITI HEALTH INC 6625 W 78TH ST, STE 300 MINNEAPOLIS, MN  55439 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | PM & REPAIR SERVICES | AGILITI HEALTH INC 6625 W 78TH ST, STE 300 MINNEAPOLIS, MN  55439 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | AGNESIAN HEALTHCARE ENTERPRISES LLC ATTN BUYER 307 CAMELOT DR FOND DU LAC, WI  54935 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | AGNESIAN HEALTHCARE ENTERPRISES, LLC PO BOX 411573 SAINT LOUIS, MO  63141-3573 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT #8016 | AIR SAFETY LIMITED NO. 602 CHANGJIANG RD FENGQIAO CIVIL-RUN SCITECH PARK SND SUZHOU CHINA |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT DTD 3/14/2019 | AIR TECHNOLOGIES<br>6500 DAVIS INDUSTRIAL PARKWAY<br>CLEVELAND, OH  44139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | AIRERX HEALTHCARE LLC<br>ATTN MANAGING MEMBER<br>1843 AIRLANE DR<br>NASHVILLE, TN  37210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 1/12/2023 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 1/16/2023 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 1/9/2023 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 10/6/2022 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Invacare Corporation                                    Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 11/14/2022 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 11/2/2022 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 9/14/2022 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 9/27/2022 | AIRTUG INC<br>1350 CHESTER INDUSTRIAL PKWY<br>AVON, OH  44011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | SIGNATURE PAGE TO AGREEMENT | ALBER CORPORATION<br>VOR DEM WEIBEN STEIN 14<br>ALBSTADT  72461<br>GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ALCO SALES & SERVICE CO<br>ATTN CHIEF OPERATING OFFICER<br>6851 HIGH GROVE BLVD<br>BURR RIDGE, IL  60527 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                          Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | ALICKS HOME MEDICAL EQUIPMENT INC ATTN PRESIDENT 17187 STATE RD 23 SOUTH BEND, IN  46635 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | BENEFITS ENROLLMENT SYSTEM | ALIGHT 5775-D GLENRIDGE DR NE SUITE 350 ATLANTA, GA  30328 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | ALL IN ONE CARE MEDICAL SERVICES, INC 8421 CHETLE AVE SANTA FE SPRINGS, CA  90670-2203 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | ALL MEDICAL INC ATTN CHIEF EXECUTIVE OFFICER 1074 SUNSET BLVD WEST COLUMBIA, SC  29169 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | ALL MEDICAL INC ATTN CHIEF EXECUTIVE OFFICER PO BOX 1296 COLUMBIA, SC  29202-1296 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | WAREHOUSING AGREEMENT | ALL PRO FREIGHT SYSTEMS-SOUTH LLC 2625 JEWETT LN SANFORD, FL  32771 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation                                    Case Number (if known)    23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | ALL PURPOSE LLC<br>244 LIBERTY ST. UNIT 3A<br>BROCKTON, MA  2301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT CONCENTRATORS & HOMEFILL | ALL PURPOSE LLC<br>ATTN ADEMAR MENDES<br>363-365 N MAIN ST BAY 1<br>BROCKTON, MA  2301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ALL STAR OXYGEN & HOME MEDICAL EQUIP LLC<br>ATTN OWNER<br>3341 TOWERWOOD DR, UNIT 201<br>DALLAS, TX  75234-2356 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | ALLBRIGHT LAW OFFICES<br>39/F, GLOUCESTER TOWER<br>THE LANDMARK<br>15 QUEEN'S ROAD CENTRAL<br>HONG KONG<br>HONG KONG |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ALLCARE MEDICAL OF FLORIDA LLC<br>ATTN PURCHASING DIRECTOR<br>330 PELHAM RD, STE 200<br>BLDG A<br>GREENVILLE, SC  29615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ALLCARE PHARMACY AND HEALTHCARE<br>112 S OXLEY DR<br>LYONS, GA  30436-5645 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                     Case number (if known)   23-90068
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.71** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ORDINARY COURSE PROFESSIONAL<br><br><br>CURRENT | ALLEN MCDONALD & SWARTZ (CA)   BACHIE?<br>100 KING STREET WEST<br>FIRST CANADIAN PLACE<br>SUITE 5600<br>TORONTO, ONTARIO  M5X 1C9<br>CANADA |
| **2.72** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 8/31/2016<br><br><br>CURRENT | ALLEN MCDONALD SWARTZ LLP<br>100 KING ST W<br>FIRST CANADIAN PL, STE 5600<br>TORONTO, ON  M5X 1C9<br>CANADA |
| **2.73** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SEVERANCE BENFIT AGREEMENT DTD 2/18/2019<br><br><br>CURRENT | ALLEN, CHARLES<br>ADDRESS REDACTED |
| **2.74** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 2/8/2022<br><br><br>CURRENT | ALLIANCE ADVISORS LLC<br>200 BROADACRES DR, 3RD FL<br>BLOOMFIELD, NJ  07003 |
| **2.75** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GENERAL LABOR AGREEMENT<br><br><br>CURRENT | ALLIANCE INDUSTRIAL SOLUTIONS<br>6161 OAKTREE BLVD, STE 350<br>INDEPENDENCE, OH  44131 |
| **2.76** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PLATINUM PROVIDER AGREEMENT<br><br><br>CURRENT | ALLIANCE REHAB & MEDICAL EQUIPMENT LLC<br>ATTN CO OWNER<br>2205 PETRUS CIR<br>OZARK, MO  65721-5739 |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING SERVICES AGREEMENT | ALLIANCE SOLUTIONS GROUP LLC 6161 OAKTREE BLVD, STE 300 INDEPENDENCE, OH  44131 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT | ALLIANT INSURANCE SERVICES INC 1301 DOVE ST, STE 200 NEWPORT BEACH, CA  92660 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT | ALLIANT INSURANCE SERVICES INC ATTN GEN COUNSEL 701 B ST,6TH FL SAN DIEGO, CA  92101 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT | ALLIANT INSURANCE SERVICES INC ATTN RICH FENNELL 1501 REEDSDALE ST, STE 3005 PITTSBURGH, PA  15233 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | ORDINARY COURSE PROFESSIONAL | ALLIANT 1501 REEDSDALE ST SUITE 3005 PITTSBURGH, OH  15233 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | SECURITIES PURCHASE AGREEMENT DTD 3/6/2020 | ALLIED MOTION CHRISTCHURCH LTD ATTN CHIEF EXECUTIVE OFFICER 495 COMMERCE DR AMHERST, NY  14228 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES PURCHASE AGREEMENT DTD 3/6/2020 | ALLIED MOTION CHRISTCHURCH LTD C/O BOND SCHOENECK & KING PLLC ATTN JOSEPH P KUBAREK 200 DELAWARE AVE, STE 900 BUFFALO, NY 14202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES PURCHASE AGREEMENT DTD 3/6/2020 | ALLIED MOTION CHRISTCHURCH LTD C/O BOND SCHOENECK & KING PLLC ATTN NICHOLAS J HOFFMANS 200 DELAWARE AVE, STE 900 BUFFALO, NY 14202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY PROFESSIONAL SERVICE AGREEMENT | ALLIED UNIVERSAL 1440 ROCKSIDE RD SUITE 109 PARMA, OH 44134 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | ALLIEDSIGNAL TRUCK BRAKE SYSTEMS CO ATTN GROUP CONTROLLER 901 CLEVELAND ST ELYRIA, OH 44036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | ALLIEDSIGNAL TRUCK BRAKE SYSTEMS CO C/O ALLIEDSIGNAL INC; REAL ESTATE DEPT PO BOX 1057R 101 COLUMBIA RD MORRISTOWN, NJ 07960 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | ALLSTATE MEDICAL SUPPLIES INC ATTN PRESIDENT 34 35TH ST BROOKLYN, NY 11232-2021 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERNET + SIP SERVICES<br><br><br>CURRENT | ALLSTREAM<br>7550 BIRCHMOUNT RD<br>MARKHAM, ON  L3R 6C6<br>CANADA |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANNEL PROGRAM PURCHASE AGREEMENT<br><br>CURRENT | ALPHA-MED INC<br>ATTN PRESIDENT<br>15 AMERICA AVE, STE 208<br>LAKEWOOD, NJ  08701 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATINUM PROVIDER AGREEMENT<br><br><br>CURRENT | ALPHA-MED INC<br>ATTN PRESIDENT<br>15 AMERICA AVE, STE 208<br>LAKEWOOD, NJ  08701-4582 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIAMOND PROVIDER AGREEMENT<br><br><br>CURRENT | ALPINE HOME MEDICAL EQUIPMENT, L.C.<br>132 E 13065 S STE 200<br>DRAPER, UT  84020-5646 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br><br>CURRENT | ALPINE MEDICAL SUPPLY LLC<br>ATTN OFFICE MANAGER<br>738 8TH ST<br>WARNER, OK  74469 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br><br>CURRENT | ALPINE MEDICAL SUPPLY LLC<br>ATTN OFFICE MANAGER<br>PO BOX 529<br>WARNER, OK  74469-0529 |

Debtor   Invacare Corporation

(Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | ALTENBURGER, ROSS<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | ALTENBURGER, ROSS<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 9/29/2014 | ALTIMATE MEDICAL INC<br>262 W 1ST ST<br><br>MORTON, MN  56270 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE #Q-000037161 DTD 1/28/2022 | ALTIUM INC<br>4225 EXECUTIVE SQUARE<br>SUITE 800<br>LA JOLLA, CA  92037 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | DESIGNER COMMERCIAL SUBSCRIPTION (SOFTWARE) | ALTIUM INC.<br>4225 EXECUTIVE SQUARE<br>SUITE 800<br>LA JOLLA, CA  92037 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ALTRU SPECIALTY SERVICES, INC.<br>PO BOX 6011<br>GRAND FORKS, ND  58206-6011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                              Case Number (if known)    23-90068
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.101** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1095 DTD 12/29/2004<br><br><br>CURRENT | ALUMAG ALUMINUM TECH (TAI CANG) CO LTD<br>ATTN JAMES KUO<br>XINGANG RD 18, LIUJIAGANG TOWN<br>TIACANG, JIANGSU<br>CHINA |
| **2.102** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT<br><br><br>CURRENT | AM REP SALES<br>2032 MILLERTON AVE STE 3101<br>CHARLOTTE, NC  28208 |
| **2.103** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CRANE INSPECTION SERVICES<br><br><br>CURRENT | AMERI CRANE & HOIST<br>13311 ENTERPRISE AVE<br>CLEVELAND, OH  44135 |
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | E-COMMERCE ELITE AGREEMENT<br><br><br>CURRENT | AMERICAN DISCOUNT HOME MEDICAL EQUIP INC<br>ATTN PRESIDENT<br>PO BOX 24827<br>SAN JOSE, CA  95154-4827 |
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br><br>CURRENT | AMERICAN HOME CARE SYSTEM, INCORPOR<br>98-029 HEKAHA ST STE 41<br>AIEA, HI  96701-4918 |
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br><br>CURRENT | AMERICAN HOME HEALTH CARE CO<br>ATTN MANAGER<br>214 W 7TH ST<br>SIOUX CITY, IA  51103-4450 |

Debtor    Invacare Corporation                                      Case number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | AMERICAN LIFT AIDS<br>2310 CALDER ST<br>BEAUMONT, TX  77702-2015 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.108** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | AMERICAN MEDICAL & REHAB COMPANY<br>ATTN VICE PRESIDENT / CO OWNER<br>5441 BREWSTER ST<br>SAN ANTONIO, TX  78233-5725 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.109** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | AMERICAN MEDICAL EQUIPMENT INC<br>ATTN VICE PRESIDENT<br>733 FREDERICK RD<br>CATONSVILLE, MD  21228 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.110** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | AMERICAN MEDICAL RENTALS INC<br>ATTN VICE PRESIDENT<br>6701 W 12TH ST, STE 14<br>LITTLE ROCK, AR  72204-1556 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.111** **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE AGREEMENT | AMERICAN QUALITY HEALTH PRODUCTS LTD<br>ATTN VICE PRESIDENT<br>1050 STREET RD, UNIT 1492<br>SOUTHHAMPTON, PA  18966 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.112** **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | AMERICOAST HOLDINGS LLC<br>210 JOHN GLENN DR STE 8<br>BUFFALO, NY  14228-2213 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | AMERICOAST HOLDINGS LLC ATTN PRESIDENT 210 JOHN GLENN DR, STE 8 BUFFALO, NY  14228-2213 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - RAYMOND STAND UP COUNTERLANCE, BATTERY AND CHARGER | ANDERSEN & ASSOCIATES INC. 30575 ANDERSEN CT WIXOM, MI  48393 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - REACHTRUCK | ANDERSEN & ASSOCIATES INC. 30575 ANDERSEN CT WIXOM, MI  48393 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT CONCENTRATORS & HOMEFILL | ANDERSON MEDICAL D/B/A RFS MEDICAL 817 HWY 50 MILFORD, OH  45150 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT DTD 10/3/22 | AON PREMIUM FINANCING, LLC 200 E. RANDOLPH STREET CHICAGO, IL  60601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT DTD 11/1/22 | AON PREMIUM FINANCING, LLC 200 E. RANDOLPH STREET CHICAGO, IL  60601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Invacare Corporation                                          Case Number (if known)   23-90068
              (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT DTD 11/23/22 | AON PREMIUM FINANCING, LLC 200 E. RANDOLPH STREET CHICAGO, IL  60601 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 8/18/2020 | AON RISK SERVICES NORTHEAST INC 950 MAINE AVE, STE 1600 CLEVELAND, OH  44113 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT DTD 10/3/22 | AON RISK SERVICES NORTHEAST, INC. 1600 WEST SECOND ST SKYLIGHT OFFICE TOWER CLEVELAND, OH  44113 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT DTD 11/1/22 | AON RISK SERVICES NORTHEAST, INC. 1600 WEST SECOND ST SKYLIGHT OFFICE TOWER CLEVELAND, OH  44113 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT DTD 11/23/22 | AON RISK SERVICES NORTHEAST, INC. 1600 WEST SECOND ST SKYLIGHT OFFICE TOWER CLEVELAND, OH  44113 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | AON RISK SERVICES 950 MAIN AVE, STE 1600 CLEVELAND, OH  44113 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | APEX PHARMACY D/B/A BESTCARE PHARMACY ATTN SECRETARY 1051 E GRAND AVE ARROYO GRANDE, CA  93420 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT | APN HEALTH CARE INC ATTN VICE PRESIDENT PO BOX 13060 OKLAHOMA CITY, OK  73113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | APN HEALTH CARE, INC. PO BOX 13060 OKLAHOMA CITY, OK  73113-1060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | APPLE INDEPENDENCE MOBILITY LLC ATTN MANAGING MEMBER PO BOX 130 COOKEVILLE, TN  38503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO PURCHASE AGREEMENT AMENDS AGREEMENT DTD 12/1/2010 | APRIA HEALTHCARE LLC 7353 COMPANY DR INDIANAPOLIS, IN  46237-9274 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | APRIA HEALTHCARE LLC 7353 COMPANY DR INDIANAPOLIS, IN  46237-9274 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED AUTHORIZATION DTD 11/10/2021 | AQUA-GULF TRANSPORT INC 1301 W NEWPORT CENTER DR DEERFIELD BEACH, FL 33442 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED POWER OF ATTORNEY | AQUA-GULF TRANSPORT INC 1301 W NEWPORT CENTER DR DEERFIELD BEACH, FL 33442 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMS BROKERAGE / EXPORT EEIS | AQUA-GULF TRANSPORT 1301 W NEWPORT CENTER DR DEERFIELD BEACH, FL 33442 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | ARK-LA-MISS PATIENT EQUIPMENT INC ATTN OFFICE MANAGER 238 BRYANTS EDGE RD DOWNSVILLE, LA 71234 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING, PAYMENT & PURCHASE COMMITMENT PERFORMANCE DTD 10/27/2021 | ASCENSION VIA CHRISTI HOME MEDICAL WICHITA LLC ATTN RHONDA MARTIN 555 S WASHINGTON AVE, STE 101 WICHITA, KS 67211-2424 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | ASCENSION VIA CHRISTI HOME MEDICAL 555 S WASHINGTON AVE STE 101 WICHITA, KS 67211-2424 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                    Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.137** **State what the contract or lease is for and the nature of the debtor's interest** | STAFFING SERVICES AGREEMENT | ASG SKILLED MANUFACTURING 6161 OAK TREE BLVD, STE 300 |
| **State the term remaining** | CURRENT | INDPENDENCE, OH  44131 |
| **List the contract number of any government contract** | | |
| **2.138** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ASM LLC 5807 S GARNETT RD TULSA, OK 74146-6843 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.139** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ASM LLC D/B/A ACTION SEATING & MOBILITY LLC ATTN PRESIDENT 3214 E 21ST ST |
| **State the term remaining** | CURRENT | TULSA, OK  74114 |
| **List the contract number of any government contract** | | |
| **2.140** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ASSISTIVE TECHNOLOGY SOLUTIONS ATTN RUSTY SCHIMMELL 3701 BELLEMEADE AVE EVANSVILLE, IN  47714 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.141** **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 12/21/2012 | ASSURAMED INC ATTN VP GENERAL COUNSEL 1810 SUMMIT COMMERCE PARK TWINSBURG, OH  44087 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.142** **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 12/21/2012 | ASSURAMED INC C/O JONES DAY NORTH POINT ATTN CHARLES HARDIN JR; WILLIAM STEWART JR 901 LAKESIDE AVE CLEVELND, OH  44114 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT AMONG ASSURAMED, INC, INVACARE CORP., AND INVACARE SUPPLY GROUP, INC. DATED 12/21/12 | ASSURAMED 1810 SUMMIT COMMERCE PARK ATTN: VICE PRESIDENT AND GENERAL COUNSEL TWINSBERG, OH  44087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT AMONG ASSURAMED, INC, INVACARE CORP., AND INVACARE SUPPLY GROUP, INC. DATED 12/21/12 | ASSURAMED JONES DAY, NORTH POINT 901 LAKESIDE AVENUE ATTN: CHARLES W. HARDIN JR, WILLIAM R. STEWART CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY AGREEMENT | ATC CORPORATE SERVICES (LUXEMBOURG) S.A. 13-14 AVENUE DE LA LIBERTE LUXEMBOURG,   L-1931 LUXEMBOURG |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES ORDER TERM AND CONDITIONS DTD 5/20/2022 | AVALARA SERVICES DEPT CH 16781 PALATINE, IL  60055 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | RESALE CERTIFICATE CAPTURE | AVALARA DEPT CH 16781 PALATINE, IL  60055 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIFIED SALES | AVALARA DEPT CH 16781 PALATINE, IL  60055 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation    Case Number (if known)    23-90068
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.149 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | E-COMMERCE ELITE AGREEMENT <br><br><br> CURRENT | AVALINE MEDICAL LLC <br> ATTN CHIEF EXECUTIVE OFFICER <br> 485 OBERLIN AVE S, STE 104 <br> LAKEWOOD, NJ  08701-6904 |
| 2.150 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | E-COMMERCE ELITE AGREEMENT <br><br><br> CURRENT | AVALINE MEDICAL LLC <br> ATTN STEVEN ZELDES <br> 1965 SWARTHMORE AVE, STE 8 <br> LAKEWOOD, NJ  08101 |
| 2.151 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LISTING AGREEMENT- COMMERCIAL <br><br><br> CURRENT | AVISON YOUNG COMMERCIAL REAL ESTATE SVCS LP <br> 77 CITY CENTRE DR, STE 301 <br> MISSISSAUGA, ON  L5B 1M5 <br> CANADA |
| 2.152 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PLATINUM PROVIDER AGREEMENT <br><br><br> CURRENT | AXISCARE HEALTH LOGISTICS <br> ATTN SONIA FLORES <br> PO BOX 1366 <br> TOA BAJA, PR  00949 |
| 2.153 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COOPERATION AGREEMENT DTD 8/22/2022 <br><br> CURRENT | AZURITE MANAGEMENT LLC <br> ATTN STEVEN H ROSEN <br> 25101 CHAGRIN BLVD, STE 350 <br> CLEVELAND, OH  44122 |
| 2.154 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 1 TO COOPERATION AGREEMENT DTD 11/21/2022 AMENDS AGREEMENT DTD 8/22/2022 <br><br> CURRENT | AZURITE MANAGEMENT LLC <br> C/O WHITE & CASE LLP <br> ATTN JOEL RUBINSTEIN <br> 1221 AVENUE OF THE AMERICAS <br> NEW YORK, NY  10020 |

Debtor    Invacare Corporation

(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT DTD 8/22/2022 | AZURITE MANAGEMENT LLC C/O WHITE & CASE LLP ATTN JOEL RUBINSTEIN 1221 AVENUE OF THE AMERICAS NEW YORK, NY  10020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | BABINEC, MICHAEL ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | BACHIE, STEPHEN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES | BACKBONE TECH PARTNERS 129 MELROSE PL RIDGEWOOD, NJ  07450 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | BACKBONE TECHNOLOGY LLC 129 MELROSE PL RIDGEWOOD, NJ  07450 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK RE: PROFESSIONAL SERVICES AGREEMENT DTD 7/25/2022 | BACKBONE TECHNOLOGY LLC 129 MELROSE PL RIDGEWOOD, NJ  07450 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                      Case Number (if known)    23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DTD 9/1/2022 | BAKER & HOSTETLER LLP KEY TOWER 127 PUBLIC SQ, STE 2000 CLEVELAND, OH 44114 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | BAKER & MCKENZIE ABOGADOS SC (MEXICO) EDIFICIO VIRREYES PEDREGAL 24, PISO 14 LOMAS VIRREYES/COL MOLINO DEL REY CDMX 11060 MEXICO |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DTD 12/14/2020 | BAKER MCKENZIE SC CECILIA GRIERSON 255, 6TH FL BUENOS AIRES C1107CPE ARGENTINA |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE BENFIT AGREEMENT DTD 2/15/2019 | BAXTER, LINDA ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | STOCK COMPENSATION AGREEMENT | BAXTER, LINDA ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | BAYCARE HOME CARE, INC. 2985 DREW ST CLEARWATER, FL 33759-3012 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARKS CO-EXISTENCE AGREEMENT DTD 8/26/2021 | BBF BIKE GMBH ATTN GENERAL MGR CARENA ALLEE 8 DAHLWITZ-HIPPERGARTEN 15366 GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | BECKERMAN, JAMES ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | BELLEVUE HEALTHCARE INC ATTN CHIEF EXECUTIVE OFFICER 2015 152ND AVE NE REDMOND, WA 98052-5521 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT CONTRACT LETTER | BELTMAN, J.W.A ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | BELTMAN, JOHANNES ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | BELTMAN, JOOST ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                        Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTOR INDEMNITY AGREEMENT | BELTMAN, JOOST<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY AGREEMENT DTD 8/25/2022 | BELTMAN, JOOST<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | PERFORMANCE UNIT AWARD   4/1/2022 | BELTMAN, JOOST<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.11 TO LEASE AGREEMENT<br>AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC<br>901 CLEVELAND ST<br>ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.12 TO LEASE AGREEMENT<br>AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC<br>901 CLEVELAND ST<br>ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.13 TO LEASE AGREEMENT<br>AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC<br>901 CLEVELAND ST<br>ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE EXTENSION LETTER DTD 9/10/2004 RE: 899 CLEVELAND ST LEASE | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC 901 CLEVELAND ST ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF TERMINATION OF LEASE DTD 12/21/2017 TERMINATES LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC 901 CLEVELAND ST ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.9 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN CHIEF FINANCIAL OFFICER 901 CLEVELAND ST ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.10 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN DIR, AME & FACILITIES 901 CLEVELAND ST ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN FACILITIES MGR 901 CLEVELAND ST ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.1 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN PRESIDENT & CEO 901 CLEVELAND ST ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known) 23-90068
                (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.2 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN PRESIDENT & CEO 901 CLEVELAND ST ELYRIA, OH 44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.3 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN PRESIDENT & CEO 901 CLEVELAND ST ELYRIA, OH 44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.4 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN PRESIDENT & CEO 901 CLEVELAND ST ELYRIA, OH 44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.6 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN PRESIDENT & CEO 901 CLEVELAND ST ELYRIA, OH 44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.7 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN PRESIDENT & CEO 901 CLEVELAND ST ELYRIA, OH 44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.8 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN PRESIDENT & CEO 901 CLEVELAND ST ELYRIA, OH 44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)                                                              Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.5 TO LEASE AGREEMENT AMENDS LEASE DTD 12/1/2004 | BENDIX COMMERCIAL VEHICLE SYSTEMS LLC ATTN VP & CFO 901 CLEVELAND ST ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BENEFIS COMMUNITY CARE INC ATTN CAROL KOMMERS 1411 9TH ST S GREAT FALLS, MT  59405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BENEFIS COMMUNITY CARE INC ATTN CHIEF OPERATING OFFICER 500 15TH AVE S GREAT FALLS, MT  59405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER REGARDING APPLICATION #77532699 DTD 7/29/2009 | BERKS PLASTIC SURGERY INSTITUTE PC C/O MENDELSOHN DRUCKER & ASSOC PC ATTN KEVIN M DRUCKER 1500 JOHN F KENNEDY BLVD, STE 405 PHILADELPHIA, PA  19102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 8/24/2015 | BERLINER CORCORAN & ROWE LLP 1101 17TH ST NW, STE 1100 WASHINGTON, DC  20036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | BERLINER CORCORAN & ROWE 1101 17TH STREET, N.W. SUITE 1100 WASHINGTON, DC  20036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BEST CHOICE MEDICAL EQUIPMENT INC D/B/A BEST CHOICE MOBILITY 2517 N LAURENT VICTORIA, TX  77901-4132 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BETTER HEALTH CARE OPTIONS LLC ATTN LARRY BERNICCHI 2521 TECHNOLOGY DR, #209 ELGIN, IL  60124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BETTER HEALTH CARE OPTIONS LLC ATTN PRESIDENT 1201 S MAIN ST ALGONQUIN, IL  60102-2741 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE ELITE AGREEMENT #15838 / E4400000 | BIKE-ON.COM ATTN SCOTT PELLETT 72 COLLEGE ST WARWICK, RI  2886 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | BILL HOLT & ASOOCIATES INC ATTN TERRY BLESSING 815 N TRAVIS ST SHERMAN, TX  75090 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING PAYMENT AND PURCHASE COMMITMENT PERFORMANCE LETTER DTD 6/21/2021 | BINSON'S HOSPITAL SUPPLIES INC 26834 LAWRENCE CENTER LINE, MI  48015-1268 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BINSON'S HOSPITAL SUPPLIES, INC<br>26834 LAWRENCE<br>CENTER LINE, MI  48015-1262 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER# 5022231477 DTD 11/23/2022 | BIRLASOFT SOLUTIONS INC<br>299 THORNELL ST<br>EDISON, NJ  8837 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER INFORMATION TECHNOLOGY SERVICES AGREEMNT | BIRLASOFT SOLUTIONS INC<br>ATTN ANAND ABOTI, VP-BUS DEV<br>399 THORNALL ST, 8TH FL<br>EDISON, NJ  08837 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | BIRLASOFT SOLUTIONS INC<br>ATTN HEAD - GLOBAL PROCUREMENT<br>399 THORNALL ST, 8TH FL<br>EDISON, NJ  08837 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER INFORMATION TECHNOLOGY SERVICES AGREEMNT | BIRLASOFT SOLUTIONS INC<br>ATTN INDU NANGIA, PEOPLE/OPS AMERICAS<br>399 THORNALL ST, 8TH FL<br>EDISON, NJ  08837 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE ELITE AGREEMENT #252128/252129 | BISCO HEALTH INC<br>ATTN SAM FINE<br>178 RTE 59, STE 309<br>MONSEY, NY  10952 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Invacare Corporation                               Case Number (if known)    23-90068
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | BJC HOME MEDICAL EQUIOMENT ATTN STEVEN BAKER 1935 BELTWAY DR OVERLAND, MO  63114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | BLACKBURN'S INC ATTN DAWN CETTI 301 CORBET ST TARENHUM, PA  15084 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | BLACKBURN'S PHYSICIANS PHARMACY, IN 301 CORBET ST TARENTUM, PA  15084-1877 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | BLAKE'S CASSELS & GRAYDON 59 BURRARD ST, P.O. BOX 49314 STE 2600, THREE BENTAIL CENTRE VANCOUVER, BC  V7X 1L3 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | BLAKE'S CASSELS & GRAYDON 59 BURRARD STREET, P.O. BOX 49314 SUITE 2600 THREE BENTAIL CENTRE VANCOUVER, BRITISH COLUMBIA  V7X 1L3 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | BLANK ROME LLP ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA, PA  19103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
             (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | BLANK ROME LLP<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA  19103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | BLESSING SPECIALTIES<br>2018 S DIAMOND HEAD BLVD<br>CROSBY, TX  77532 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTITY ENCHANGE ADDENDUM RE: KYC SERVICES AGREEMENT #3079857 | BLOOMBERG FINANCE LP<br>731 LEXINGTON AVE<br>NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | KYC SERVICES AGREEMENT #3079857 | BLOOMBERG FINANCE LP<br>731 LEXINGTON AVE<br>NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT #2818545 | BLOOMBERG FINANCE LP<br>731 LEXINGTON AVE<br>NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE OF SERVICES ORDER #20427034 DTD 2/26/2009 RE: AGREEMENT #2818545 | BLOOMBERG FINANCE LP<br>731 LEXINGTON AVE<br>NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM EXTENSION LETTER RE: SCHEDULE ORDER #20427034 | BLOOMBERG LP 731 LEXINGTON AVE NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES RERESENTATIVE AGREEMENT | BLUE WATER HEALTH CARE 2026 20TH AVENUE PKWY INDIAN ROCKS BEACH, FL  33785-2967 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | BOTTOMLINE - TRANSFORM JDE OUTPUT DENNIS KOPANAS 325 CORPORATE DR  PORTSMOUTH, NH  3801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | BOWMAN & BROOKE LLP 2901 N CENTRAL AVE, STE 1600 PHOENIX, AZ  85012 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | BOWMAN & BROOKE LLP 317 GEORGE ST, STE 320 NEW BRUNSWICK, NJ  08901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | BOWMAN AND BROOKE, LLP 2901 NORTH CENTRAL AVENUE SUITE 1600 PHOENIX, AZ  85012 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                    Case Number (if known)   23-90068
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AUTHORIZATION FORMS | BRANAM FASTENING SYSTEMS INC<br>5301 EVERGREEN PARKWAY<br>SHEFFIELD VILLAGE, OH  44054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | BRANDLIVE SERVICES AGREEMENT | BRANDLIVE INC<br>3303 N. MISSISSIPPI AVE<br>SUITE 200<br>PORTLAND, OR  97227 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | EVENT PRODUCTION SOFTWARE | BRANDLIVE INC<br>3303 N. MISSISSIPPI AVE<br>SUITE 200<br>PORTLAND, OR  97227 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL ORDER FORM 2022-2023 DTD 2/9/2022 | BRANDLIVE INC<br>ATTN ADAM WILLIAMS, EAE<br>3303 N MISSISSIPPI AVE, STE 200<br>PORTLAND, OR  97227 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | BREWIS GROUP LLC, THE<br>ATTN BARRY BREWIS<br>PO BOX 1845<br>LAKE OSWEGO, OR  97035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | BRIKE INTERNATIONAL LTD<br>ATTN PRESIDENT<br>20589 SW ELKHORN CT<br>TUALATIN, OR  97062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK DRAFT LETTER | BRISTOWS LLP<br>100 VICTORIA EMBANKMENT<br>LONDON  EC4Y 0DH<br>UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BRITAKARE HOME MEDICAL OF TEXAS LTD<br>BRITKARE HOMEMADE INC<br>ATTN CAROL GOMEZ<br>1800 S COUTTER<br>AMARILLO, TX  79106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BRITAKARE HOME MEDICAL OF TEXAS LTD<br>BRITKARE HOMEMADE INC<br>PO BOX 10003<br>AMARILLO, TX  79116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES SCHEDULE DTD 1/31/2022 | BROADRIDGE INVESTOR COMMUNICATIONS SOLUTIONS INC<br>51 MERCEDES WAY<br>EDGEWOOD, NY  11717 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | PROXY SERVICES | BROADRIDGE<br>51 MERCEDES WAY<br>EDGEWOOD, NY  11717 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BROADWAY HOME MEDICAL INC<br>ATTN JAKE TILLMAN<br>808 S HILLSIDE ST<br>WICHITA, KS  67211 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                          Case Number (if known)    23-90068
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BROADWAY MEDICAL SERVICE & SUPPLY INC ATTN MARK FAUST 1034 BROADWAY EUREKA, CA  95501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 6/27/2013 | BROWN & FORTUNATO PC 905 S FILLMORE, STE 400 PO BOX 9418 AMARILLO, TX  79105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF FEE REIMBURSEMENT AGREEMENT DTD 12/1/2022 | BROWN RUDNICK LLP ATTN ROBERT STARK SEVEN TIMES SQ NEW YORK, NY  10036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | GLC ENGAGEMENT LETTER | BROWN RUDNICK LLP ATTN ROBERT STARK SEVEN TIMES SQ NEW YORK, NY  10036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUSTOMER SERVICE AGREEMENT AMENDS AGREEMENT #A217401860 DTD 9/1/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUSTOMER SERVICE AGREEMENT #A217379302 AMENDS AGREEMENT DTD 9/1/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                              Case number (if known)    23-90068
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUSTOMER SERVICE AGREEMENT #A217402047 AMENDS AGREEMENT DTD 9/1/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUSTOMER SERVICE AGREEMENT #A217547275 AMENDS AGREEMENT DTD 9/1/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUSTOMER SERVICE AGREEMENT #A217547508 AMENDS AGREEMENT DTD 9/1/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #3-44532.58111 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217379302 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217379303 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217401860 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217402047 DTD 12/2/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217403492 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217519622 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217547275 DTD 12/2/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT #A217547508 DTD 12/2/2021 | BROWNING-FERRIS INDUSTRIES OF OHIO INC D/B/A REPUBLIC SERVICES OF ELYRIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation   Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BROWNING'S PHARMACY & HEALTH CARE INC<br>ATTN COLLEEN HUNTER<br>141 E HIBISCUS BLVD<br>MELBOURNE, FL  32901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | PRINTER LEASE | BSA BEUROSYSTEM<br>RAINER ORLOWITSCH<br>TERAMONSTRASSE 36<br><br>MEMMINGEN, BAYERN,  87700<br>GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | BUCKEYE HOME HEALTH CENTER INC<br>ATTN CHIEF EXECUTIVE OFFICER<br>PO BOX 1197<br>JAMESTOWN, TN  38556-1197 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | BUCKEYE HOME HEALTH CENTER INC<br>ATTN ROBERT QUALLS<br>226 W CENTRAL AVE<br>JAMESTOWN, TN  38556 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BUCKEYE MEDICAL SUPPLY CO, THE<br>ATTN ERIC BULLER<br>1495 WARRENSVILLE CENTER RD S<br>EUCLID, OH  44121 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | BUDDLE FINDLAY<br>83 VICTORIA ST<br>P.O. BOX 322<br>CHRISTCHURCH  8140<br>NEW ZEALAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                    Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | BURBANK MEDICAL SUPPLY INC<br>ATTN CARLOS LORENZO<br>4302 W VICTORY BLVD<br>BURBANK, CA  91505-1334 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PRICING AGREEMENT (BULK) | BUSINESS WIRE<br>ATTN HEAD OF CUSTOMER SUCCESS<br>101 CALIFORNIA ST, 20TH FL<br>SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | PRESS RELEASE SERVICE | BUSINESS WIRE<br>ATTN LEGAL ADMIN<br>101 CALIFORNIA ST, 20TH FL<br>SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PRICING AGREEMENT (DISCOUNT) | BUSINESS WIRE<br>ATTN LEGAL ADMIN<br>101 CALIFORNIA ST, 20TH FL<br>SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVISORY SERVICES AGREEMENT | C STREET ADVISORY GROUP LLC<br>ATTN CEO<br>641 LEXINGTON AVE, 14TH FL<br>NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | C.R. PHARMACY SERVICES, INC.<br>402 10TH ST SE STE 600<br>CEDAR RAPIDS, IA  52403-2459 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | LETTER REGARDING APPLICATION #77532699 DTD 7/29/2009 | CALFEE HALTER & GRISWOLD LLP ATTN JULIET P CASTROVINCI 1400 KEYBANK CTR 800 SUPERIOR AVE CLEVELAND, OH  44114-2688 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT EMAIL DTD 12/8/2022 | CALFEE HALTER & GRISWOLD LLP THE CALFEE BLDG 1405 E 6TH ST CLEVELAND, OH  44114 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | ORDINARY COURSE PROFESSIONAL | CALFEE HALTER & GRISWOLD LLP THE CALFEE BUILDING 1405 EAST SIXTH STREET CLEVELAND, OH  44114-1607 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | CALL2RECYCLE INC ATTN EXEC VICE PRESIDENT 1000 PARKWOOD CIR, STE 200 ATLANTA, GA  30339 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | RECHARGEABLE BATTERY STATEMENT OF WORK | CALL2RECYCLE INC ATTN EXEC VICE PRESIDENT 1000 PARKWOOD CIR, STE 200 ATLANTA, GA  30339 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | AGENT FEE LETTER AGREEMENT DTD 7/26/2022 RE: CREDIT AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES 110 E 59TH ST NEW YORK, NY  10022 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation                                Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOSING CERTIFICATE DTD 7/26/2022 RE: CREDIT AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES 110 E 59TH ST NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES 110 E 59TH ST NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | DOMESTIC TERM LOAN GUARANTEE AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES 110 E 59TH ST NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | FOREIGN TERM LOAN GUARANTEE AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES 110 E 59TH ST NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY SUBORDINATION AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES 110 E 59TH ST NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLVENCY CERTIFICATE DTD 7/26/2022 RE: CREDIT AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES 110 E 59TH ST NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | BORROWING REQUEST DTD 7/25/2022 RE: CREDIT AGREEMENT DTD 7/26/2022 | CANTOR FITZGERALD SECURITIES ATTN BOBBIE YOUNG (INVACARE CORP) 900 WEST TRADE, STE 725 CHARLOTTE, NC 28202 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CAPITAL MEDICAL SUPPLY INC ATTN CHIEF EXECUTIVE OFFICER 2233 TOMLYNN ST RICHMOND, VA 23230 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CAPSTONE MEDICAL INC ATTN VICE PRESIDENT 9501 LAKEWOOD DR LAKEWOOD, WA 98499 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CAPSTONE MEDICAL INC ATTN VICE PRESIDENT PO BOX 98320 LAKEWOOD, WA 98496 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING PAYMENT & PURCHASE COMMITMENT PERFORMANCE DTD 6/21/2021 | CARELINC MEDICAL EQUIPMENT & SUPPLY CO LLC ATTN MANAGER 89 54TH ST SW GRAND RAPIDS, MI 49548 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | CARELINC MEDICAL EQUIPMENT & SUPPLY 89 54TH ST SW GRAND RAPIDS, MI 49548-5503 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | CARESOURCE LLC ATTN VP OF OPERATIONS 4350 WILL ROGERS PKWY, STE 102 OKLAHOMA CITY, OK  73108 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CARMICHAEL'S CASHWAY PHARMACY INC ATTN CHIEF FINANCIAL OFICER 1002 N PARKERSON AVE CROWLEY, LA  70526-3613 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CAROLINA HOME MEDICAL INC ATTN BOB WATSON, ATP 1301 COMMERCE DR NEW BERN, NC  28562-2213 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CAROLINA'S HOME MEDICAL EQUIPMENT INC ATTN FOUNDER 901 SAM NEWELL RD, STE K MATTHEWS, NC  28105-9400 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | PROMISSORY NOTE DTD 3/14/2019 | CARROLL HEALTHCARE INC 944 HARGRIEVE |
| | State the term remaining | CURRENT | LONDON, ON  N6E 1P5 CANADA |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | E-COMMERCE ELITE AGREEMENT | CASCADE HEALTHCARE SOLUTIONS LLC ATTN OWNER 1035 ANDOVER PARK W, STE 230 TUKWILA, WA  98188-7660 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT LETTER DTD 4/22/2021 | CASSIDAY, RICK<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE UNIT AWARD   4/1/2022 | CASSIDAY, RICK<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | CBJ DEVELOPMENT COMPANY<br>D/B/A CBJ MEDICAL<br>ATTN PRESIDENT<br>187 NORTHPOINTE BLVD, STE 104<br>FREEPORT, PA  16229-2621 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | WAN/LAN | CCL<br>4TH FLOOR, NO 6 ON LOK MUN STREET<br>ON LOK TSUEN<br>FANLING<br>HONG KONG |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL SERVICE AGREEMENT | CENTRAL EXTERMINATING CO<br>ATTN MANAGER<br>3202 ST CLAIR AVE<br>CLEVELAND, OH  44114 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CENTRAL NEW YORK MEDICAL PRODUCTS INC<br>ATTN PRESIDENT<br>749 W GENESSE ST<br>SYRACUSE, NY  13204-2305 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CERTIFIED SEATING AND MOBILITY LLC ATTN PRESIDENT 1700 DEFOOR AVE NW, STE E ATLANTA, GA 30318-7530 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: GOLD PROVIDR AGREEMENT DTD 2/1/2019 | CERTIFIED SEATING AND MOBILITY LLC ATTN PRESIDENT 1700 DEFOOR AVE NW, STE E ATLANTA, GA 30318-7530 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CERTIFIED SEATING AND MOBILITY, LLC 500 TECHNOLOGY CT SE STE C SMYRNA, GA 30082-5210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM | CERTIFITED SEATING AND MOBILITY, LLC 500 TECHNOLOGY CT SE STE C SMYRNA, GA 30082-5210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 8/7/2013 | CHAMPION EQUITY HOLDINGS LLC C/O HONIGMAN MILLER SCHWARTZ & COHN LLP ATTN JOSHUA F OPPERER 2290 1ST NAT'L BLDG, 660 WOODWARD AVE DETROIT, MI 48226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 8/7/2013 | CHAMPION EQUITY HOLDINGS LLC C/O LEVINE LEICHTMAN CAPITAL PARTNERS INC ATTN STEVEN HARTMAN; DAVID WOLMER 335 N MAPLE DR, STE 130 BEVERLY HILLS, CA 90210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation    Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.305** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SHARE PURCHASE AGREEMENT AMONG CHAMPION EQUITY HOLDINGS, LLC, INVACARE CORPORATION, AND CHAMPION MANUFACTURING, INC. DATED 8/7/13 <br><br> CURRENT | CHAMPION EQUITY HOLDINGS, LLC C/O LEVINE LEICHTMAN CAPITAL PARTNERS, INC. 335 NORTH MAPLE DRIVE, SUITE 13O ATTN:  STEVEN E. HARTMAN AND DAVID WOLMER BEVERLY HILLS, CA  90210 |
| **2.306** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SHARE PURCHASE AGREEMENT AMONG CHAMPION EQUITY HOLDINGS, LLC, INVACARE CORPORATION, AND CHAMPION MANUFACTURING, INC. DATED 8/7/13 <br><br> CURRENT | CHAMPION EQUITY HOLDINGS, LLC HONIGMAN MILLER SCHWARTZ AND COHN 2290 FIRST NATIONAL BUILDING 660 WOODWARD AVENUE, ATTN: JOSHUA F. OPPERER DETROIT, MI  48226 |
| **2.307** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SHARE PURCHASE AGREEMENT DTD 8/7/2013 <br><br> CURRENT | CHAMPION MANUFACTURING INC 2601 INDUSTRIAL PKWY ELKHART, IN  46516-5404 |
| **2.308** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1045 DTD 7/15/2004 <br><br> CURRENT | CHANGHONG PLASTICSCO LTD ATTN ERIC BAO XINGUANG INDUSTIRAL ZONE LIUSHI, YUEQING ZHEJIANG  325604 CHINA |
| **2.309** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #2600 DTD 9/6/2007 <br><br> CURRENT | CHANGZHOU PLASTIC MANUFACTURING FACTORY NO.20, RENMING WEST RD NIU TANG TOWN CHANGZHOU CHINA |
| **2.310** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1059 DTD 7/2/2004 <br><br> CURRENT | CHARM HOUNG INDUSTRY CO LTD ATTN JWANG BOR ZOU NO. 201, CHIEN SI RD, HO ME CHIEN CHANG HWA SHIEN  508 TAIWAN |

Debtor    Invacare Corporation

Case number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CHARTWELL MIDWEST WISCONSIN ATTN PRESIDENT 1345 DEMING WAY, STE 100 MIDDLETON, WI  53562 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CHILDREN'S HOME MEDICAL EQUIPMENT INC ATTN LINDA FREEL 4448 EDGEWATER DR ORLANDO, FL  32804 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | CHME INC D/B/A CALIFORNIA HOME MEDICAL EQUIPMENT 289 FOSTER CITY BLVD, STE A FOSTER CITY, CA  94401-1100 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE ELITE AGREEMENT | CHOICE HEALTHCARE INC ATTN DYLAN FUGITT, COO 500 N 56TH, STE 10 CHANDLER, AZ  85226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CHOICE HEALTHCARE INC ATTN DYLAN FUGITT, COO 500 N 56TH, STE 10 CHANDLER, AZ  85226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CHOICE HOME MEDICAL EQUIPMENT INC ATTN LINDA A BLOUGH, PRESIDENT 131 LANDMARK DR GREENSBORO, NC  27409 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | EAP RENEWAL | CIGNA BEHAVIORAL HEALTH INC 11095 VIKING DR, STE 350 |
| | **State the term remaining** | CURRENT | EDEN PRAIRIE, MN  55344 |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #3146776 DTD 9/23/2022 | CIGNA HEALTH & LIFE INSURANCE CO ATTN STOP LOSS UNIT 900 COTTAGE GROVE RD HARTFORD, CT  6152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | STOP LOSS INSURANCE FOR MEDICAL PLAN | CIGNA 900 COTTAGE GROVE RD HARTFORD, CT  6152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL AND DENTAL INSURANCE FOR US EMPLOYEES | CIGNA ROUTING W122A 900 COTTAGE GROVE RD HARTFORD, CT  6152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | STOP LOSS INSURANCE FOR MEDICAL PLAN | CIGNA ROUTING W122A 900 COTTAGE GROVE RD HARTFORD, CT  6152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CIMARRON MEDICAL SERVICES ATTN DIRECTOR 1200 S ADAMS STILLWATER, OK  74074-5477 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | CINARI INC D/B/A JO-DAN 1850 E 17TH ST, STE 11 SANTA ANA, CA  92705 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | CINCINNATI CHILDREN'S HOSPITAL MEDICAL CTR ATTN ROBERT BLANCHET 3333 BURNET AVE #5000 CINCINNATI, OH  45229 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | DEMANUFACTURING SERVICES AGREEMENT | CINCO ELECTRONICS RECYCLING ATTN ROB KING, PRESIDENT 2725 S STATE HWY 360, STE 200 GRAND PRAIRIE, TX  75052 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DTD 8/17/2010 | CINTAS CORPORATION ATTN PAT PRISTAS, IMAGING SUPERVISOR 1 ANDREWS CIR BRECKSVILLE, OH  44141 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER AND STORAGE AGREEMENT | CINTAS DOCUMENT MANAGEMENT LLC ATTN PAT PRISTAS, IMAGING SUPERVISOR 1 ANDREWS CIR BRECKSVILLE, OH  44141 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DTD 6/9/2010 | CINTAS DOCUMENT MANAGEMENT ATTN GENERAL MGR 1 ANDREW CIR BRECKSVILLE, OH  44141 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW - PERSONNEL FILE SCANNING DTD 8/17/2010 | CINTAS DOCUMENT MANAGEMENT ATTN GENERAL MGR 1 ANDREW CIR BRECKSVILLE, OH  44141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | PERSONNEL FILE SCANNING STATEMENT OF WORK | CINTAS DOCUMENT MANAGEMENT ATTN PAT PRISTAS, IMAGING SUPERVISOR 1 ANDREWS CIR BRECKSVILLE, OH  44141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | CINTAS DOCUMENT MANAGEMENT ATTN PAT PRISTAS, IMAGING SUPERVISOR 1 ANDREWS CIR BRECKSVILLE, OH  44141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 6/9/2010 | CINTAS DOCUMENT MANAGEMENT K31 629 LAMBERT POINTE HAZELWOOD, MO  63042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | EEO AND AFFIRMATIVE ACTION COMLIANCE | CIRCA 100 NORTH WATER STREET SUITE 1200 MILWAUKEE, WI  53202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PROGRAM AGREEMENT | CITIZENS BANK NA COMMERCIAL CARD DEPT ONE CITIZENS DR RIVERSIDE, RI  02915 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation    Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL ELECTRONIC PAYABLES PROGRAM AGREEMENT | CITIZENS BANK NA COMMERCIAL CARD PO BOX 18290 BRIDGEPORT, CT  06601-8290 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | US COMMERCIAL CARD & ELECTRONIC PAYABLES FEE SCHEDULE DTD 6/1/2015 | CITIZENS BANK COMMERCIAL CARD PO BOX 18290 BRIDGEPORT, CT  06601-8290 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation
(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE & 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER & 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.347 **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL ATTN VICE PRESIDENT 28 STATE ST BOSTON, MA  02109 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.348 **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.349 **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.350 **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.351 **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.352 **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known):   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 1/15/2021 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | RELEASE AND 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | WAIVER AND 2ND AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | WAIVER AND 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | CITIZENS BUSINESS CAPITAL DIV OF CITIZENS ASSET FINANCE INC ATTN DAVID SLATTERY, VP 28 STATE ST BOSTON, MA  2109 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90069 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CITIZENS MEMORIAL HEALTH CARE FOUNDATION ATTN DAKOTA LANG 1915 S SPRINGFIELD AVE BOLIVAR, MO  65613 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CITIZENS MEMORIAL HEALTH CARE 1915 S SPRINGFIELD AVE BOLIVAR, MO  65613-9684 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | CUSTODIAL SERVICES | CITY WIDE FACILITY SOLUTIONS PO BOX 310 DUBLIN, OH  43017 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | FIRE/BURGLAR ALARM MONITORING SERVICES | CITY WIDE SOLUTIONS PO BOX 310 DUBLIN, OH  43017 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | CITYWHEELCHAIRS INCORPORATED 1485 BAY SHORE BLVD, STE 146 SAN FRANCISCO, CA  94124-3002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CITYWHEELCHAIRS, INCORPORATED 1485 BAY SHORE BLVD STE 412 SAN FRANCISCO, CA  94124-3002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor  Invacare Corporation
        (Name)

Case Number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | JANITORIAL SERVICE PACKAGE AND TERMS & CONDITIONS | CITYWIDE FACILITY SOLUTIONS PO BOX 310 DUBLIN, OH  43017 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND PROVIDER AGREEMENT | CLARKE HEALTH CARE PRODUCTS INC 7830 STEUBENVILLE PIKE OAKDALE, PA  15071-1083 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION LETTER DTD 12/22/2020 TERMINATES DISTRIBUTION CONTRACT DTD 11/1/2000 | CLARKE HEALTH CARE PRODUCTS INC 7830 STEUBENVILLE PIKE OAKDALE, PA  15071-1083 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CLARKS ORTHOPEDIC & MEDICAL INC ATTN MIKE CLARK 816 9TH ST S GREAT FALLS, MT  59405 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | ORDINARY COURSE PROFESSIONAL | CLEARSTEAD 1100 SUPERIOR AVE EAST SUITE 700 CLEVELAND, OH  44114 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CN ENTERPRISES INC D/B/A METRO MEDICAL HOMECARE 12255 NICOLLET AVE BURNSVILLE, MN  55337-1650 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation                                    Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CNS PROFESSIONAL SERVICES<br>2830 S REDWOOD RD STE A<br>WEST VALLEY CITY, UT  84119-5626 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | CNS PROFESSIONAL SERVICES<br>ATTN KEATON CLUFF<br>3685 W 6200 S<br>TAYLORSVILLE, UT  84128 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | COLUMBIA ANCILLARY SERVICES INC<br>ATTN TOM PEACOCK<br>1388 ST RT 487<br>BLOOMSBURG, PA  17815 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | COMFORT MEDICAL SUPPLY INC<br>ATTN LAWRENCE FILKOSKI<br>1273 CENTRAL PARK BLVD<br>FREDTRIKSBURH, VA  22401 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | POWER MOBILITY AND SEATING REBATE PROGRAM | COMFORT MEDICAL SUPPLY INC<br>ATTN LAWRENCE FILKOSKI<br>1273 CENTRAL PARK BLVD<br>FREDTRIKSBURH, VA  22401 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | UL STANDARDS | COMM2000, INC. (UL)<br>151 EASTERN AVE<br>ORDERS DEPARTMENT<br>BENSENVILLE, IL  60106 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT - PRODUCT SALES PLATFORM | COMMERCE HUB<br>800 TROY-SCHNECTADY RD, STE 100<br><br>LATHAM, NY  12110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | RIDER TO AGREEMENT RE: SUPPLIER MASTER SERVICES AGREEMENT | COMMERCE TECHNOLOGIES LLC<br>ATTN LEGAL<br>ZEN BLDG<br>201 FULLER RD, 6TH FL<br>ALBANY, NY  12203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER MASTER SERVICES AGREEMENT | COMMERCE TECHNOLOGIES LLC<br>ATTN LEGAL<br>ZEN BLDG<br>201 FULLER RD, 6TH FL<br>ALBANY, NY  12203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | COMMUNITY HOSPICE OF NE FLORIDA INC<br>ATTN JEFFERY HARRIS<br>4266 SUNBEAM RD<br>JACKSONVILLE, FL  32257-2425 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT AMONG COMPASS HEALTH BRANDS CORP. AND INVACARE CORPORATION, AND GARDEN CITY MEDICAL INC. DATED 9/30/16 | COMPASS HEALTH BRAND CORP.<br>6753 ENGLE ROAD<br>MIDDLEBURG HEIGHTS, OH  44130 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 9/30/2016 | COMPASS HEALTH BRANDS CORP<br>ATTN JIM HILEMAN<br>6753 ENGLE RD<br>MIDDLEBURG HEIGHTS, OH  44130 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 9/30/2016 | COMPASS HEALTH BRANDS CORP C/O KOLEY JESSEN PC LLO ATTN JOSHUA K NORTON 1 PACIFIC PL, STE 800, 1125 S 103 ST OMAHA, NE  68124-1079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 9/30/2016 | COMPASS HEALTH BRANDS CORP C/O TENEX CAPITAL MANAGEMENT ATTN GABE WOOD 60 E 42ND ST, STE 4510 NEW YORK, NY  10165-0015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | COMPLETE CARE INC ATTN BOB MATTHEWS PO BOX 681009 FORT PAYNE, AL  35968-1611 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | COMPLETE MEDICAL LLC ATTN GERALD SLOAN 601 WESTPORT RD KANSAS CITY, MO  64111-3127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | COMPLETE MEDICAL, LLC 15042 W 106TH ST LENEXA, KS  66215-2052 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTHENTICATION ORDER LETTER DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL NOTE - TRANCHE I | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL NOTE - TRANCHE II | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE AGREEMENT (5.68% CONVERTIBLE SR SECURED NOTES DUE 2026, TRANCHE 1) DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY SUBORDINATION AGREEMENT DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICER'S CERTIFICATE DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | OPINON LETTER (TRANCHE I NOTES) DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | OPINON LETTER (TRANCHE II NOTES) DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTHENTICATION ORDER LETTER DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, INVACARE ADMIN 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER CANCELLATION LETTER DTD 7/26/2022 | COMPUTERSHARE TRUST COMPANY NA CORP TRUST SVCS, INVACARE ADMIN 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE OF FEES | COMPUTERSHARE CORP TRUST SVCS, BONDHOLDER COMMS 600 S 4TH ST, 7TH FL MAC: N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CONCORDANCE HEALTHCARE SOLUTIONS LLC ATTN DIR CHANNEL OPTIMIZATION 85 SHAFFER PARK DR TIFFIN, OH  44883 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CONCORDANCE HEALTHCARE SOLUTIONS, L<br>PO BOX 399<br>TIFFIN, OH  44883-0399 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CONCORDIA MEDICAL EQUIPMENT<br>ATTN CHIEF EXECUTIVE OFFICER<br>615 N PIKE RD<br>CABOT, PA  16023 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | CONNECT MEDICAL GROUP LLC<br>205 GENESEE ST<br>ONEIDA, NY  13421-2708 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | CONNECT MEDICAL GROUP<br>8795 E FLORAL PK DR<br>FLORAL PARK, FL  34436 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CONSOLIDATED MEDICAL & SURGICAL SUPPLY CO INC<br>ATTN PRESIDENT<br>145 WINDSOR HWY, STE 211<br>NEW WINDSOR, NY  12553 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CONTINUUM LLC<br>ATTN DIR, VENDOR RELATIONS<br>162 INDUSTRY DR<br>PITTSBURGH, PA  15275 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                        Case number (if known)   23-90068
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.407** **State what the contract or lease is for and the nature of the debtor's interest** PLATINUM PROVIDER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | CORNER HOME MEDICAL INC D/B/A CORNER HOME MEDICAL ATTN PRESIDENT 2730 NEVADA AVE N NEW HOPE, MN  55427 |
| **2.408** **State what the contract or lease is for and the nature of the debtor's interest** DIAMOND PROVIDER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | CORNER HOME MEDICAL, INC. 2730 NEVADA AVE N NEW HOPE, MN  55427-2807 |
| **2.409** **State what the contract or lease is for and the nature of the debtor's interest** GOLD PROVIDER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | CORNERSTONE MEDICAL SERVICES LLC 15 COMMERCE RD NEWTOWN, CT  06470-1633 |
| **2.410** **State what the contract or lease is for and the nature of the debtor's interest** GOLD PROVIDER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | CORNERSTONE MEDICAL SERVICES 195 FEDERAL RD, STE 2 BROOKFIELD, CT  06804 |
| **2.411** **State what the contract or lease is for and the nature of the debtor's interest** LEGAL SERVICES **State the term remaining** CURRENT **List the contract number of any government contract** | COSGRAVE VERGEER KESTER LLP 888 SW FIFTH AVE, STE 500 PORTLAND, OR  97204 |
| **2.412** **State what the contract or lease is for and the nature of the debtor's interest** ORDINARY COURSE PROFESSIONAL **State the term remaining** CURRENT **List the contract number of any government contract** | COSGRAVE, VERGEER, KESTER LLP 888 SW FIFTH AVENUE SUITE 500 PORTLAND, OR  97204 |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | COURAGE X INC<br>D/B/A MAJORS MEDICAL SUPPLY<br>ATTN PRESIDENT<br>809 W NEW YORK AVE<br>DELAND, FL  32720 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE EXTENSION LETTER DTD 5/23/2002<br>AMENDS LEASE DTD 9/3/1999 | CR ASHMORE FAMILY PARTNERSHIP LTD, THE<br>ATTN RUCKER ASHMORE<br>PO BOX 636<br>125 SPUR 191, STE C<br>SPICEWOOD, TX  78669 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE PAYMENT ADJUSTMENT LETTER DTD 7/14/2008 | CR ASHMORE FAMILY PARTNERSHIP LTD, THE<br>ATTN RUCKER ASHMORE<br>PO BOX 636<br>125 SPUR 191, STE C<br>SPICEWOOD, TX  78669 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT AND COEXISTENCE AGREEMENT | CRAMER-DECKER INDUSTRIES<br>ATTN PRESIDENT & CEO<br>1641 E ST. ANDREW PL<br>SANTA ANA, CA  92705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT AND COEXISTENCE AGREEMENT | CRAMER-DECKER MEDICAL INC<br>ATTN PRESIDENT & CEO<br>1641 E ST. ANDREW PL<br>SANTA ANA, CA  92705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | CREST ELECTRONICS INC<br>ATTN DIR OF OPERATIONS<br>PO BOX 727<br>195 S 3RD ST<br>DASSEL, MN  55325 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CREST ELECTRONICS, INC. PO BOX 727 DASSEL, MN  55325-0727 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE# 004 DTD 8/16/2017 RE: MASTER LEASE AGREEMENT DTD 6/25/2015 | CRESTMARK EQUIPMENT FINANCE INC 40950 WOODWARD AVE, STE 201 BLOOMFIELD HILLS, MI  48304-5127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER EQUIPMENT LEASE AGREEMENT | CRESTMARK EQUIPMENT FINANCE INC D/B/A TIP CAPITAL 40950 WOODWARD AVE, STE 201 BLOOMFIELD HILLS, MI  48304-5127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - FORKLIFT | CRESTMARK EQUIPMENT 40950 WOODWARD AVE, STE 201 BLOOMFIELD HILLS, MI  48304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | OPTIPLEX 5040 DESKTOPS | CRESTMARK EQUIPMENT 40950 WOODWARD AVE, STE 201 BLOOMFIELD HILLS, MI  48304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 3/23/2012 AMENDS LEASE FOR LOCATION 4457 63RD CIR, UNIT 2 PINELLAS PARK FL | CRISP, JAMES & BRENDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 4/26/2010 AMENDS LEASE FOR LOCATION 4457 63RD CIR, UNIT 2 PINELLAS PARK FL | CRISP, JAMES & BRENDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 6/10/2011 AMENDS LEASE FOR LOCATION 4457 63RD CIR, UNIT 2 PINELLAS PARK FL | CRISP, JAMES & BRENDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT OF LEASE DTD 10/11/2012 ASSIGNS LEASE DTD 10/5/2009 | CRISP, JAMES & BRENDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | CRISP, JAMES & BRENDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE RENEWAL ADDENDUM DTD 7/28/2008 RE: LEASE DTD 7/24/2007 | CRISP, JAMES & BRENDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTIFICATION OF ASSIGNMENT DTD 10/30/2007 ASSIGNS LEASE DTD 7/27/2007 | CRISP, JAMES & BRENDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                    Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL PROPOSAL DTD 6/29/2020 | CROSSBORDER SOLUTIONS<br>520 WHITE PLAINS RD 2ND FL<br>TARRYTOWN, NY  10591 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER PRICING | CROSSBORDERS SOLUTION<br>520 WHITE PLAINS RD 2ND FL<br>TARRYTOWN, NY  10591 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION LETTER DTD 2/17/2021 | CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | CROWELL & MORING<br>1001 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20004-2595 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | CROWN HOSPICE INC<br>D/B/A CROWN HOSPICE<br>ATTN DME MANAGER<br>2858 PROFESSIONAL CT<br>CAPE GIRARDEAU, MO  63703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT SERVICE AGREEMENT | CSA GROUP<br>C/O BANK OF AMERICA LOCKBOX SERVICES<br>CHICAGO, IL  60674-8295 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DTD 1/17/2022 | CSA SERVICE SOLUTIONS LLC D/B/A EMSAR ATTN CEO 270 DAVIDS DR WILMINGTON, OH  45177 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | CT CORPORATION SYSTEM ATTN ASSOCIATE GC 111 8TH AVE, 13TH FL NEW YORK, NY  10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING OFFER FOR SERVICES DTD 10/19/2017 | CT CORPORATION SYSTEM ATTN ASSOCIATE GC 111 8TH AVE, 13TH FL NEW YORK, NY  10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTIFICATION OF THE ADDITION OF A SUBPROCESSOR DTD 7/16/2021 | CT CORPORATION SYSTEM ATTN DIRECTOR 28 LIBERTY ST, FL 42Z NEW YORK, NY  10005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNUAL REPORT SERVICE ORDER FORM | CT CORPORATION SYSTEM ATTN GENERAL MANGER 111 8TH AVE, 13TH FL NEW YORK, NY  10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNUAL REPORT SERVICE ORDER FORM DTD 1/28/2016 | CT CORPORATION SYSTEM ATTN GENERAL MANGER 111 8TH AVE, 13TH FL NEW YORK, NY  10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)                                                      Case Number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | HCUE LICENSE, IMPLEMENTATION, & SERVICES AGREEMENT DTD 3/16/2021 | CT CORPORATION SYSTEM ATTN GENERAL MANGER 111 8TH AVE, 13TH FL NEW YORK, NY 10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING OFFER FOR SERVICES DTD 10/19/2017 | CT CORPORATION SYSTEM ATTN GENERAL MANGER 111 8TH AVE, 13TH FL NEW YORK, NY 10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING OFFER FOR SERVICES DTD 10/19/2017 | CT CORPORATION SYSTEM C/O WOLTERS KLUWER ATTN GENERAL COUNSEL 2700 LAKE COOK RD RIVERWOODS, IL 60015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE ENTITY MANAGEMENT | CT CORPORATION SYTEM ATTN GENERAL MANGER 111 8TH AVE, 13TH FL NEW YORK, NY 10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AND DISTRIBUTION AGREEMENT #296 DTD 2/11/2003 | CTE CORPORATION LIU TU FACTORY NO. 3, KUNG-CHIEN N R LIU TU INDUSTRIAL PARK KEELUNG TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CULPEPER PHARMACY D/B/A GRYMES HOME MEDICAL ATTN OWNER 251 SOUTHGATE SHOPPING CTR CULPEPER, VA 22701-3833 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation   Case number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CUSTOM HEALTHCARE LLC D/B/A PPS ORTHOTIC & PROSTHETIC SVCS ATTN CHIEF EXECUTIVE OFFICER 3700 BRAINERD RD, STE A CHATTANOOGA, TN 37411 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | CUSTOM MEDICAL EQUIPMENT LLC ATTN OWNER 1001 S POKEGAMA AVE, STE A GRAND RAPIDS, MN 55744 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | CUSTOME MOBILITY INC ATTN CONTROLLER 7199 BRYAN DAIRY RD LARGO, FL 33777 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE COFFEE SERVICE AGREEMENT | CUYAHOGA GROUP, THE ATTN DENISE EBENHOH 14250 S INDUSTRIAL AVE, STE 104 MAPLE HEIGHTS, OH 44137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSPITALITY SERVICES AGREEMENT DTD 4/22/2019 | CUYAHOGA GROUP, THE ATTN VICENT VARIGLOTTI, PRESIDENT 14250 S INDUSTRIAL AVE, STE 104 MAPLE HEIGHTS, OH 44137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | D&D MEDICAL EQUIPMENT INC ATTN PRESIDENT/OWNER 2693 S 2ND ST CABOT, AR 72023 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                    Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.455** **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | D. V.JAHN, INC. 4081 RYAN RD STE 103 GURNEE, IL  60031-1267 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.456** **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | D.V. JAHN INC ATTN VICE PRESIDENT 881 S NORTHPOINT BLVD WAUKEGAN, IL  60085 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.457** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1093 DTD 3/7/2005 | DANAHER SERTA-ICG (TIANJIN) CO LTD ATTN TONY WANG NO. 28 WEI 5 RD THE NICRO-ELECTRONIC INDUSTRY PK TEDA XIQING DIST, TIANJIN  300385 CHINA |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.458** **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX C - PROGRAM OBJECTIVES/SCOPE OF SERVICES RE: LETTER AGREEMENT DTD 12/21/2018 | DANIEL J EDELMAN INC C/O JP MORGAN CHASE NA 21992 NETWORK PL CHICAGO, IL  60673-1219 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.459** **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX C OF OBJECTIVES/ SCOPES OF SERVICES RE: AGMT DTD 12/21/2018 | DANIEL J EDELMAN INC C/O JP MORGAN CHASE NA 21992 NETWORK PL CHICAGO, IL  60673-1219 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.460** **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE AGREEMENT | DANSONS MEDICAL LLC ATTN OWNER 400 REECE RD DAWSONVILLE, GA  30534 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE AGREEMENT | DANSONS MEDICAL, LLC. 1345 SEABOARD INDUSTRIAL NW STE 4 ATLANTA, GA  30318-2824 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | DCH REGIONAL MEDICAL CENTER 809 UNIVERSITY BLVD E TUSCALOOSA, AL  35401-2029 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTOR INDEMNITY AGREEMENT | DE LA FUENTE VAN BAAL, DESIREE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY AGREEMENT DTD 8/25/2022 | DE LA FUENTE VAN BAAL, DESIREE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT DTD 1/26/2001 AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | 5TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONTRACT FINANCING PROGRAM AGREEMENT | DE LAGE LANDEN FINANCIAL SVCS INC ATTN GENERAL COUNSEL 1055 WESTLAKE DR BERWYN, PA  19312 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT DTD 7/15/2005 AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN GENERAL COUNSEL 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN GM HEALTHCARE 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN SR VICE PRESIDENT 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN SVP/GAM HEALTHCARE 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation   Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT DTD 2/12/2007 AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN VP & GENERAL MANAGER 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT DTD 11/19/2002 AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN VP HEALTHCARE 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN VP/GM HEALTHCARE 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | 11TH AMENDMENT TO MASTER CONTRACT FINANCING PROGRAM AGREEMENT DTD 9/30/2011 AMENDS AGREEMENT DTD 10/19/2000 | DE LAGE LANDEN FINANCIAL SVCS INC ATTN VP/GM HEALTHCARE 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL DISTRIBUTOR PURCHASE AGREEMENT | DEDICATED DISTRIBUTION INC ATTN CHIEF OPERATING OFFICER 640 MIAMI AVE KANSAS CITY, KS 66105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | DEEP SOUTH MOBILITY ATTN VICE PRESIDENT 229 SUNRISE LN SOLCOMB, AL 36375 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Invacare Corporation                          Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | DELIGHT MEDICALS INC ATTN MANAGER 41 LEBANON ST MALDEN, MA  02148 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | DELIGHT MEDICALS INC. 1032 EASTERN AVE # REAR MALDEN, MA  02148-6033 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 8/18/2022 | DELOITTE & TOUCHE LLP 127 PUBLIC SQ, STE 3300 CLEVELAND, OH 44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | ROUTINE ON-CALL ADVISORY - USED FOR CONVERTIBLE NOTES DERIVATIVE ACCOUNTING ADVISORY. CONSIDERING FOR FRESH START ACCOUNTING. | DELOITTE & TOUCHE LLP 127 PUBLIC SQ, STE 3300 CLEVELAND, OH  44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW #2022-01 FOR ON-CALL ACCOUNTING & INTERNAL CONTROL ADVISORY SERVICES DTD 8/18/2022 | DELOITTE & TOUCHE LLP 127 PUBLIC SQ, STE 3300 CLEVELAND, OH  44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW #2022-01 FOR ON-CALL ACCOUNTING & INTERNAL CONTROL ADVISORY SERVICES DTD 8/18/2022 | DELOITTE & TOUCHE LLP 127 PUBLIC SQ, STE 3300 CLEVELAND, OH  44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES | DELOITTE TAX LLP<br>127 PUBLIC SQ, STE 3300<br>CLEVELAND, OH  44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 3/22/2019 | DELOITTE TAX LLP<br>127 PUBLIC SQ, STE 3300<br>CLEVELAND, OH  44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 7/14/2021 | DELOITTE TAX LLP<br>127 PUBLIC SQ, STE 3300<br>CLEVELAND, OH  44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 10/5/2022 | DELOITTE TRANSACTIONS & BUSINESS ANALYTICS LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY  10112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | VALUATION OF HB 2026 CONVERTIBLE NOTES CONVERSION OPTION WHICH IS A DERIVATIVE FOR ACCOUNTING. | DELOITTE TRANSACTIONS & BUSINESS ANALYTICS LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY  10112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | N/A | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS, LLP<br>P.O. BOX 840728<br>DALLAS, TX  75284-0728 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)   23-90068

_(Name)_

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA - TAX SERVICES | DELOITTE<br>127 PUBLIC SQ, STE 3300<br>CLEVELAND, OH  44114-1303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | DELURY, KEVIN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 11/9/2022 | DELURY, KEVIN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | DELURY, KEVIN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | DIAMEDICAL USA EQUIPMENT LLC<br>ATTN DIR OF SALES<br>7013 ORCHARD LAKE RD, STE 110<br>WEST BLOOMFIELD, MI  48322 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | DICK'S HOME CARE, INC.<br>401 MAPLE AVE<br>ALTOONA, PA  16601-4170 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | BOARD MEMBER SERVICES | DILIGENT BOARD MEMBER SERVICES AGREEMENT, INC. 111 W 33RD ST, 16TH FL NEW YORK, NY  10120 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | 15TH AMENDMENT TO CUSTOMER PURCHASE AGREEMENT AMENDS AGREEMENT DTD 9/1/2011 | DIRECT SUPPLY INC 6635 W CHAMPIONS WAY MILWAUKEE, WI  53223-1201 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENTS | DISCOVERY BENEFITS INC 4321 20TH AVENUE S FARGO, ND  58103 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND PROVIDER AGREEMENT | DME EXPRESS LLC ATTN INVENTORY MGR 4500 S GARNETT, STE 230 TULSA, OK  74146 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | DME SERVICES LLC ATTN PRESIDENT 3600 5TH AVE S, STE A BIRMINGHAM, AL  35222 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | REPAIR SERVICE AGREEMENT CONCENTRATORS & HOMEFILL | DMSC D/B/A FLINT BIO-MEDICAL ATTN SCOTT SEYMOUR 3109 W THOMPSON RD FENTON, MI  48430 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | DOC SUPPLY OF WEST TENNESSEE LLC ATTN ATP 39 THREE WAY LN, STE A HUMBOLDT, TN 38343-8561 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | DOWN EAST MEDICAL SUPPLY ATTN DIR HOME CARE SERVICES 2903 N HERRITAGE ST KINSTON, NC 28501 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | TRADESHOW/EXHIBIT MANAGEMENT-HOUSES INVACARE DISPLAYS & EQUIPMENT | DOWNING ENTERPRISES 1287 CENTERVIEW CIRCLE AKRON, OH 44321 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING SERVICES AGREEMENT | DSS HOLDINGS LLC 254 PARK AVE S, APT 12D NEW YORK, NY 10010-7247 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK RE: MSA DTD 12/6/2017 | DUKE PRINT & MAIL SOLUTIONS 33212 LAKELAND BLVD EASTLAKE, OH 44095 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | ORDINARY COURSE PROFESSIONAL | DUN&BRADSTREET 5335 GATE PARKWAY JACKSONVILLE, FL 32256 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL CREDIT REPORTS | DUN&BRADSTREET<br>PO BOX 75434<br>CHICAGO, IL  60675-5434 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | DURABLE MEDICAL EQUIPMENT INC<br>ATTN CHIEF OPERATING OFFICER<br>42 SOUTHBRIDGE ST<br>AUBURN, MA  01501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | DURAMED INC<br>ATTN PRESIDENT<br>1015 24TH ST<br>KENNER, LA  70062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | DUSARA CORPORATION<br>ATTN VICE PRESIDENT<br>1329 W WALNUT HILL LN, STE 100<br>IRVING, TX  75038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED MASTER SUPPLY AGREEMENT | DYNAMIC CONTROLS<br>ATTN BRENDAN NEIL<br>39 PRINCESS ST<br>CHRISTCHURCH<br>CANTERBURY  8041<br>NEW ZEALAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT | DYNAMIC CONTROLS<br>ATTN BRENDAN NEIL<br>39 PRINCESS ST<br>CHRISTCHURCH<br>CANTERBURY  8041<br>NEW ZEALAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED & RESTATED MASTER SUPPLY AGREEMENT | DYNAMIC CONTROLS ATTN SIMON REES, GM 39 PRINCESS ST CHRISTCHURCH CANTERBURY 8041 NEW ZEALAND |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT | DYNAMIC CONTROLS ATTN SIMON REES, GM 39 PRINCESS ST CHRISTCHURCH CANTERBURY 8041 NEW ZEALAND |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | DYNAMIC HEALTHCARE INC ATTN DIR OF OPERATIONS 3359 W MAIN ST SKOKIE, IL 60076 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER NON CANCEL NON RETURN APPROVAL FORM | DYNAMIC ATTN SIMON REES, GM 39 PRINCESS ST CHRISTCHURCH CANTERBURY 8041 NEW ZEALAND |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | E CARE MEDICAL SUPPLIES LLC ATTN OWNER 4306 FULTON ST, STE A2 HOUSTON, TX 77009-3914 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE ASSISTANCE PROGRAM | EAP - EVERNORTH, ACQUIRED FROM CIGNA 1 EXPRESS WAY ST LOUIS, MO 63121 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | EAST ALABAMA MEDICAL CENTER D/B/A HOME MED ATTN DIRECTOR 1908 PEPPERELL PKWY, STE 2 OPELIKA, AL 36801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT | ECHO STORAGE OPTIONS LLC 2250 W OATMAN HWY GOLDEN VALLEY, AZ 86413 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | ECLIPSE MOBILITY LLC D/B/A ECLIPSE HOME MEDICAL ATTN MANAGING MEMBER 1051 S 500 W, STE D WOODS CROSS, UT 84010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | ECONOCARE INC ATTN VP OF SALES 6990 CENTRAL PARK LINCOLNWOOD, IL 60712 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | IR CONSULTING | EDELMAN C/O JP MORGAN CHASE NA 21992 NETWORK PL CHICAGO, IL 60673-1219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | ELDERCARE MANAGEMENT SERVICES INC ATTN DIR OF OPERATIONS 2500 S OLD HWY 94, STE 104 SAINT CHARLES, MO 63303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O FAINSBERT MASE BROWN & SUSSMAN LLP 11111 SANTA MONICA BLVD, 810 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O FAINSBERT MASE BROWN & SUSSMAN LLP 11111 SANTA MONICA BLVD, STE 810 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O FAINSBERT MASE BROWN & SUSSMAN LLP ATTN JEFFREY A BROWN JR, ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O FAINSBERT MASE BROWN GORDON & SUSSMAN LLP ATTN JERRY A BROWN ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O FAINSBERT MASE BROWN GORDON SUSSMAN LLP ATTN JERRY A BROWN JR ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O FAINSBERT MASE BROWN SUSSMAN LLP 11111 SANTA MONICA BLVD, STE 810 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS LEASE DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O FAINSBERT MASE BROWN SUSSMAN LLP 11111 SANTA MONICA BLVD, STE 810 LOS ANGELES, CA 90025 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O INDUSTRIAL REALTY GROUP LLC ATTN STUART LICHTER 11100 SANTA MONICA BLVD, STE 850 LOS ANGELES, CA 90025 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O INDUSTRIAL REALTY GROUP LLC ATTN STUART LICHTER 11100 SANTA MONICA BLVD, STE 850 LOS ANGELES, CA 90025 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O INDUSTRIAL REALTY GROUP LLC ATTN STUART LICHTER 11100 SANTA MONICA BLVD, STE 850 LOS ANGELES, CA 90025 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O INDUSTRIAL REALTY GROUP 11111 SANTA MONICA BLVD, STE 800 LOS ANGELES, CA 90025 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O INDUSTRIAL REALTY GROUP 11111 SANTA MONICA BLVD, STE 800 LOS ANGELES, CA 90025 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation                  Case number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O IRG REALTY ADVISORS LLC 4020 KINROSS LAKES PKWY, STE 200 RICHFIELD, OH  44286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD AGREEMENT DTD 12/15/2016 RE: LEASE DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O IRG REALTY ADVISORS LLC 4020 KINROSS LAKES PKWY, STE 200 RICHFIELD, OH  44286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O IRG REALTY ADVISORS LLC 4020 KINROSS LAKES PKWY, STE 200 RITCHFIELD, OH  44286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD AGREEMENT DTD 12/15/2016 | ELYRIA TAYLOR LLC C/O IRG REALTY ADVISORS LLC 4020 KINROSS LAKES PKWY, STE 200 RITCHFIELD, OH  44286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF CONSENT REQUEST DTD 1/29/2020 RE: AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O IRG REALTY ADVISORS LLC ATTN KAREN SEAGREN 4020 KINROSS LAKES PKWY, STE 200 RITCHFIELD, OH  44286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF CONSENT REQUEST DTD 12/2/2022 RE: AGREEMENT DTD 4/23/2015 | ELYRIA TAYLOR LLC C/O IRG REALTY ADVISORS LLC ATTN KAREN SEAGREN 4020 KINROSS LAKES PKWY, STE 200 RITCHFIELD, OH  44286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.545 **State what the contract or lease is for and the nature of the debtor's interest** — TAX APPEAL LETTER AGREEMENT DTD 3/27/2019<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | ELYRIA TAYLOR LLC<br>C/O IRG REALTY ADVISORS LLC<br>ATTN MARK MILEY<br>4020 KINROSS LAKES PKWY, STE 200<br>RICHFIELD, OH  44286 |
| 2.546 **State what the contract or lease is for and the nature of the debtor's interest** — LEASE AGREEMENT DTD 4/23/2015<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | ELYRIA TAYLOR LLC<br>C/O IRG REALTY ADVISORS LLC<br>ATTN STUART LICHTER<br>11100 SANTA MONICA BLVD, STE 850<br>LOS ANGELES, CA  90025 |
| 2.547 **State what the contract or lease is for and the nature of the debtor's interest** — FIRST AMENDMENT TO LEASE AGREEMENT AMENDS LEASE DTD 4/23/2015<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | ELYRIA TAYLOR LLC<br>C/O WALTER HAVERFIELD LLP<br>ATTN EDWARD A HURTUK, ESQ<br>6120 PARKLAND BLVD, STE 100<br>CLEVELAND, OH  44124 |
| 2.548 **State what the contract or lease is for and the nature of the debtor's interest** — 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGREEMENT DTD 4/23/2015<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | ELYRIA TAYLOR LLC<br>C/O WALTER HAVERFIELD LLP<br>ATTN EDWARD A HURTUK, ESQ<br>PARKLAND TERR, 6120 PARKLAND BLVD, STE 100<br>CLEVELAND, OH  44124 |
| 2.549 **State what the contract or lease is for and the nature of the debtor's interest** — FIRST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | ELYRIA TAYLOR LLC<br>C/O WALTER HAVERFIELD LLP<br>ATTN EDWARD A HURTUNK ESQ<br>6120 PARKLAND BLVD, STE 100<br>CLEVELAND, OH  44124 |
| 2.550 **State what the contract or lease is for and the nature of the debtor's interest** — ORDINARY COURSE PROFESSIONAL<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | EMBEDDED WIZARDRY<br>4856 RONALD DRIVE<br>NORTH RIDGEVILLE, OH  44039 |

Debtor    Invacare Corporation
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | EMPIRE HOME INFUSION SERVICE INC ATTN VICE PRESIDENT 60 COHOES AVE GREEN ISLAND, NY  12183-1587 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | PM & REPAIR SERVICES | EMSAR 270 DAVIDS DRIVE WILMINGTON, OH  45177 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 9/22/2021 | ENGINEERED COOLING SERVICES 2801 N DAVIS HWY PENSACOLA, FL  32503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 9/22/2021 | ENGINEERED COOLING SERVICES 6431 MILNER BLVD, STE 1 ORLANDO, FL  32809 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER QUALITY AGREEMENT | ENGINEERED PRODUCTS COMPANY ATTN NATIONAL SALES MGR 601 KELSO ST FLINT, MI  48439 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | ENSIGN SERVICES INC ATTN DIR OF CONSTRUCTION 29222 RANCHO VIEJO RD, STE 127 SAN JUAN CAPISTRANO, CA  92675 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation

(Name)

Case number (if known)     23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SERVICES AGREEMENT | EPIQ CORPORATE RESTRUCTURING LLC ATTN BRAD TUTTLE 777 THIRD AVE, 12TH FL NEW YORK, NY  10017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INSTRUCTION DTD 7/26/2022 | EQ SHAREOWNER SERVICES PO BOX 64854 ST PAUL, MN  55164-0854 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENT FOR COMMON STOCK OUTSTANDING | EQUINITI TRUST COMPANY PO BOX 856686 MINNEAPOLIS, MN  55485-6686 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #INV-000000035501 DTD 10/25/2022 | EQUINITI LINDSEY FISCHER 1110 CENTRE POINTE CURVE, SUITE 101 MENDOTA HEIGHTS, MN  55120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | EQUIPMEN LLC ATTN PRESIDENT 3525 W COMMONWEALTH AVE, STE V FULLERTON, CA  92833-2865 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIT SERVICES | ERNST & YOUNG LLP 640382 PO PO BOX 640382 PITTSBURGH, PA  15264-0382 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIT ENGAGEMENT LETTER DTD 6/1/2021 | ERNST & YOUNG LLP 950 MAIN AVE CLEVELAND, OH  44113-7214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 8/19/2022 | ERNST & YOUNG LLP 950 MAIN AVE, STE 1800 CLEVELAND, OH  44113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 1/6/2020 | ERNST & YOUNG LLP 950 MAIN AVE, STE 1800 CLEVELAND, OH  44113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK RE: AGREEMENT DTD 1/6/2020 | ERNST & YOUNG LLP 950 MAIN AVE, STE 1800 CLEVELAND, OH  44113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIT AND TAX SERVICES | ERNST & YOUNG LLP 950 MAIN AVENUE SUITE 1800 CLEVELAND, OH  44113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA - TAX SERVICES | ERNST & YOUNG 200 PLAZA DR SECAUCUS, NJ  07094 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | ERNST & YOUNG, LLP 200 PLAZA DRIVE SACAUCUS, NJ  07094 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 8/10/2022 | ERP INTEGRATED SOLUTIONS LLC D/B/A SHIPERP 1501 HUGHES WAY, STE 320 LONG BEACH, CA  90810 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | ERP INTEGRATED SOLUTIONS LLC D/B/A SHIPERP ATTN GENERAL COUNSEL 5001 AIRPORT PLAZA DR, STE 230 LONG BEACH, CA  90815 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 8/10/2022 | ERP INTEGRATED SOLUTIONS LLC D/B/A SHIPERP ATTN GENERAL COUNSEL 5001 AIRPORT PLAZA DR, STE 230 LONG BEACH, CA  90815 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 9/25/2020 | ESTUDIO ECHECOPAR AV LA FLORESTA 497 PISO 5 SAN BORJA LIMA 41 PERU |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SYSTEM SOFTWARE | ETQ RELIANCE 700 DISTRICT AVE, 9TH FL BURLINGTON, MA  1803 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE SERVICES | ETQ<br>700 DISTRICT AVE 800<br>BURLINGTON, MA 01803 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | EVERGREEN INTERNATIONAL GROUP<br>ATTN PURCHASING MGR<br>1937 PONTIUS AVE<br>LOS ANGELES, CA 90025-5611 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | BATTERY, MATERIAL HANDLING EQUIPMENT | EVERGREEN RESOURCES LLC<br>6250 HALLE DR<br>VALLEY VIEW, OH 44125 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - RAYMOND STAND UP COUNTERBALANCE, BATTERY AND CHARGER | EVERGREEN RESOURCES LLC<br>6250 HALLE DR<br>VALLEY VIEW, OH 44125 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | EVERSHEDS SUTHERLAND<br>21/F, GLOUCESTER TOWER<br>THE LANDMARK<br>15 QUEEN'S ROAD CENTRAL<br>CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | EVERSHEDS SUTHERLAND<br>21/F, GLOUCESTER TOWER<br>THE LANDMARK<br>15 QUEEN'S ROAD CENTRAL<br>HONG KONG |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation

(Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | EVERYTHING MEDICAL ATTN OWNER 2109 HILLTOP DR REDDING, CA 96002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES | EXACTIO AESCHENPLATZ 6 BASEL BASEL-STADT, 4052 SWITZERLAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | EXACTLYIT INC ATTN CEO 2803 SLATER RD, STE 130 MORRISVILLE, NC 27560 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | MMSEA MANDATORY INSURANCE REPORTING SERVICES AGREEMENT | EXAMWORKS (FORMERLY GOULD & LAMB, LLC) 3280 PEACHTREE RD NE, STE 2625 ATLANTA, GA 30305 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | EXPONENT 23445 NORTH 19TH AVENUE PHOENIX, AZ 85027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | EXTREME MOBILITY INC ATTN OWNER 2551 REGENCY RD, STE 105 LEXINGTON, KY 40503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                    Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT TESTING AND CALIBRATION SERVICES | F2 LABS<br>26501 RIDGE ROAD<br>DAMASCUS, MD  20872 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #63167 DTD 1/13/2023 | F2 LABS<br>265010 RIDGE ROAD<br>DAMASCUS, MD  20872 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | 4457 63RD CIRCLE, UNITS 1-2, PINELLAS PARK, FL 33781 | FAAS, PHILLIP AND EVA CAROL<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 6/4/2013<br>AMENDS LEASE FOR LOCATION 4457 63RD CIR, STE A & B PINELLAS PARK FL | FAAS, PHILLIP AND EVA CAROL<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT OF LEASE DTD 10/11/2012<br>ASSIGNS LEASE DTD 10/5/2009 | FAAS, PHILLIP AND EVA CAROL<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE- FLORIDA | FAAS, PHILLIP AND EVA CAROL<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS ACCESS EASEMENT AGREEMENT DTD 10/5/2007 | FAAS, PHILLIP AND EVA CAROL ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS ACESS EASEMENT AGREEMENT | FAAS, PHILLIP AND EVA CAROL ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTIFICATION OF ASSIGNMENT DTD 10/30/2007 ASSIGNS LEASE DTD 7/27/2007 | FAAS, PHILLIP AND EVA CAROL ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT LETTER DTD 10/14/2012 | FAAS, PHILLIP AND EVA CAROL ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | FAEGRE DRINKER BIDDLE & REATH LLP 320 S CANAL ST, STE 3300 CHICAGO, IL  60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | FAEGRE DRINKER BIDDLE & REATH LLP 320 SOUTH CANAL STREET SUITE 3300 CHICAGO, IL  60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                              Case Number (if known)   23-90068
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1082 DTD 11/5/2004 | FAGERDALA SHANGHAI FOAMS CO LTD ATTN JAMES LIANG 29B, NO. 500, FU TE DONG ER RD WAI GAO QIAO FREE TRADE ZONE PU DONG, SHANGHAI  200131 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1086 DTD 12/2/2004 | FAGERDALA SHANGHAI FOAMS CO LTD ATTN JAMES LIANG 29B, NO. 500, FU TE DONG ER RD WAI GAO QIAO FREE TRADE ZONE PU DONG, SHANGHAI  200131 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1086 DTD 12/2/2004 | FAGERDALA SUZHOU PACKAGING CO LTD ATTN JAMES LIANG NO. 3 RUIFENG RD KUATANG SUB-DIST, SUZHOU IND'L PARK SUZHOU  215122 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENACE & SUPPORT CONTRACT DTD 9/27/2022 RE: STATEMENT OF WORK DTD 1/2019 | FALLS & CO 50 PUBLIC SQUARE FLOOR 25 CLEVELAND, OH  44113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 1/29/2019 | FALLS DIGITAL LLC ATTN CHRISTOPHER CAPUTO TERMINAL TOWER 50 PUBLIC SQ, FL 25 CLEVELAND, OH  44113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FAMILY MEDICAL SUPPLY INC ATTN PRESIDENT 124 ROBERT HALL CT, STE 105 CHESAPEAKE, VA  23324-2165 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.605 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> AMENDMENT TO TRANSPORTATION SERVICES AGREEMENT AMENDS AGREEMENT #2702446 <br><br> **State the term remaining**  CURRENT <br><br> **List the contract number of any government contract** | FEDEX CORPORATE SERVICES INC ATTN: LARRY PUSZKO PO BOX 371461 PITTSBURGH, PA  15250 |
| 2.606 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> TRANSPORTATION SERVICES AGREEMENT AMENDMENT AMENDS PRICING AGREEMENT #487826118-100 <br><br> **State the term remaining**  CURRENT <br><br> **List the contract number of any government contract** | FEDEX CORPORATE SERVICES INC ATTN: LARRY PUSZKO PO BOX 371461 PITTSBURGH, PA  15250 |
| 2.607 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CUSTOMS POA, DESIGNATION AS EXPORT FORWARDING AGENT & ACKNOWLEDGEMENT OF TERMS & CONDITIONS <br><br> **State the term remaining**  CURRENT <br><br> **List the contract number of any government contract** | FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE INC PO BOX 842206 BOSTON, MA  02284-2206 |
| 2.608 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CUSTOMS BROKERAGE / EXPORT EEIS <br><br> **State the term remaining**  CURRENT <br><br> **List the contract number of any government contract** | FEDEX TRADE NETWORKS PO BOX 842206 BOSTON, MA  02284-2206 |
| 2.609 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> RATE AGREEEMENT <br><br> **State the term remaining**  CURRENT <br><br> **List the contract number of any government contract** | FEDEX ATTN: LARRY PUSZKO PO BOX 371461 PITTSBURGH, PA  15250 |
| 2.610 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SUPPLY AGREEMENT #8016 <br><br> **State the term remaining**  CURRENT <br><br> **List the contract number of any government contract** | FENCHURCH FILTERS SUZHOU LIMITED NO. 602 CHANGJIANG RD FENGQIAO CIVIL-RUN SCITECH PARK SND SUZHOU CHINA |

Debtor   Invacare Corporation
(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | FERREIRA, CINTIA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | FG LLC<br>D/B/A GROUP FOUNDATION, THE<br>ATTN VICE PRESIDENT<br>PO BOX 1210<br>SIKESTON, MO  639801-1210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | FIEST, JASON<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | FOAM RECYCLING PRICING TERMS (ELYRIA, OH) | FINDLAY FOAM RECYCLING<br>1148 BERNATH PKWY<br>TOLEDO, OH  43615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | FINE CHAMPION LIMTED (SHANGHAI YUSUI)<br>ATTN SALES SUPERVISOR<br>NO. 11, LANE 241, JIUGAN RD<br>SIJING TOWN<br>SHANGHAI<br>CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FINLEY HARTIG HOMECARE<br>ATTN EXECUTIVE DIR<br>2282 UNIVERSITY<br>DUBUQUE, IA  52001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case number (if known)   23-90068
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | FIRST COMMUNITY CARE LLC ATTN PRESIDENT 12 COMMONS DR, STE 18 COOPERSTOWN, NY  13326 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | FIRST INSURANCE FUNDING 450 SKOKIE BLVD, STE 1000 NORTHBROOK, IL  60062 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO 3 TO AGREEMENT AMENDS REMOTE PROCESSING AGREEMENT DTD 6/30/2009 | FIS CAPITAL MARKETS US LLC F/K/A FIS AVANTGARD LLC |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | TREASURY WORKSTATION | FIS 601 RIVERSIDE AVENUE JACKSONVILLE, FL  32204 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DTD 1/25/2023 | FISHER PHILLIPS 200 PUBLIC SQ, STE 4000 CLEVELAND, OH  44114 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | ORDINARY COURSE PROFESSIONAL | FISHER PHILLIPS 200 PUBLIC SQUARE SUITE 4000 CLEVELAND, OH  44114 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | FITZSIMMONS SURGICAL SUPPLY ATTN PURCHASER PO BOX 1127 TINLEY PARK, IL  60477 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | FLEET MANAGEMENT 200 RIVER ST DANVILLE, VA  24541 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTO CLAIMS MANAGEMENT | FLEET MANAGEMENT 200 RIVER ST DANVILLE, VA  24541 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | FLINT BIOMEDICAL 3109 WEST THOMPSON ROAD FENTON, MI  48430 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FLORIDA PALLIATIVE & EQUIPMENT LLC D/B/A ACCENT MEDICAL ATTN CHIEF FINANCIAL OFFICER 2887 SE 62ND ST OCALA, FL  34480 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FLORIDA PALLIATIVE & EQUIPMENT LLC D/B/A ACCENT MEDICAL ATTN CHIEF FINANCIAL OFFICER PO BOX 4860 OCALA, FL  34478-4860 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT #1063 DTD 8/17/2004 | FOAMEX ASIA MANUFACTURING (WUXI) CO LTD ATTN DO NMOK NO. 28-7, CHANGJIANG NAN RD WUXI, JIANGSU  214028 CHINA |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | CNC SOFTWARE | FOCALPOINT 201 E KENNEDY BLVD, STE 1750 |
| | State the term remaining | CURRENT | TAMPA, FL  33602 |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | FONTE SURGICAL SUPPLY INC ATTN CHIEF EXECUTIVE OFFICER 892 E RIDGE RD ROCHESTER, NY  14621 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | FONTE SURGICAL SUPPLY INC ATTN CHIEF EXECUTIVE OFFICER PO BOX 17890 ROCHESTER, NY  14617 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | FRADEN FARRIS OUILLIN WILLIAMS CENTER TOWER II TWO W SECOND ST, STE 900 TULSA, OK  74103 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | ORDINARY COURSE PROFESSIONAL | FRADEN, FARRIS, OUILLIN WILLIAMS CENTER TOWER II SUITE 900 TWO WEST SECOND STREET TULSA, OK  74103 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK AGREEMENT | FRED HAUBER GMBH & CO KG<br>WEBERSTRAßE 1<br>NÜRTINGEN<br>GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FREEDOM IN MOBILITY INC<br>ATTN PRESIDENT<br>1315 FLETCHER ST, STE B<br>HUNTSVILLE, AL 35801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FREEDOM IN MOBILITY INC<br>ATTN PRESIDENT<br>PO BOX 381034<br>GERMANTOWN, TN 38183-1034 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FREEDOM IN MOBILITY LLC<br>ATTN PRESIDENT<br>7271 PARK CIR DR, STE 100<br>HANOVER, MD 21076-1325 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | VOLUME PURCHASE AGREEMENT #289 DTD 1/1/2002 | FROG LEGS INC<br>ATTN MARK CHELGREN<br>500 E 6TH ST<br>VINTON, IA 52349 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FRONTIER HOME MEDICAL INC<br>ATTN ATP, PT<br>304 W 8TH ST<br>COZAD, NE 69130-1734 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                          Case Number (if known)    23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE AGREEMENT | FRONTIER HOME MEDICAL LLC ATTN OWNER 900 S 300 W MORGAN, UT 84050 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT LETTER DTD 5/12/2022 | FTI CONSULTING INC ATTN SENIOR DIRECTOR 227 W MONROE ST, STE 900 CHICAGO, IL 60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | TRIAL SUPPORT | FTI CONSULTING ATTN SENIOR DIRECTOR 227 W MONROE ST, STE 900 CHICAGO, IL 60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK RE: PROFESSIONAL SERVICES AGREEMENT DTD 3/1/2021 | FULL SPECTRUM MARKETING LLC 201 E LIBERTY ST # 201 WOOSTER, OH 44691 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | FUNDAMENTAL MEDICAL SUPPLY INC ATTN CEO/CFO 1459 E THOUSAND OAKS BLVD, STE G THOUSAND OAKS, CA 91362-6241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE LETTER TO MASTER SUBSCRIPTION FORM RE: AGREEMENT DTD 8/13/2014 | FX ALLIANCE INTERNATIONAL LLC ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY 10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE LETTER TO MASTER SUBSCRIPTION FORM RE: AGREEMENT DTD 8/13/2014 | FX ALLIANCE LLC ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION FORM | FX ALLIANCE LLC ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION FORM | FX ALLIANCE LLC ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE LETTER TO MASTER SUBSCRIPTION FORM RE: AGREEMENT DTD 8/13/2014 | FX ALLIANCE LTD ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION FORM | FX ALLIANCE LTD ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION FORM | FX ALLIANCE LTD ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)    23-90068

_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | GABLE & GOTWALS<br>BOK PARK PLAZA<br>499 W SHERIDAN AVE, STE 2200<br>OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | GABLE & GOTWALS<br>BOK PARK PLAZA<br>SUITE 2200<br>499 W. SHERIDAN AVENUE<br>OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | GAMMIE HOMECARE INC<br>ATTN CHIEF OPERATING OFFICER<br>292 ALAMAHA ST<br>KAHULUI, HI  96732 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 9/30/2016 | GARDEN CITY MEDICAL INC<br>ONE INVACARE WAY<br>ELYRIA, OH  44035-4196 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MAINTENANCE AGREEMENT DTD 3/15/2022 RE: AGREEMENT #C005308 DTD 5/1/2022 | GARDINER<br>31200 BAINBRIDGE RD<br>SOLON, OH  44139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC AT HEADQUARTERS | GARDINER<br>31200 BAINBRIDGE RD<br>SOLON, OH  44139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation   Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | GEN VENTURES D/B/A GENESIS HOME MEDICAL EQUIPMENT ATTN DIRECTOR 1803 E KIMBERLY RD DAVENPORT, IA 52807 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1078 DTD 2/21/2005 | GENERAL BEARING COROPRATION ATTN TOM UHLIG 1201 HUMIN RD MINHANG SHANGHAI 200240 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | GEORGES FAMILY PHARMACY INC ATTN DIRECTOR 1198 STATE RD 46 E BATESVILLE, IN 4706-9232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | GEORGES FAMILY PHARMACY INC ATTN DIRECTOR 8440 WOODFIELD CROSSING BLVD INDIANAPOLIES, IN 46240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMNT | GERIATRIC MEDICAL & SURGICAL SUPPLY INC ATTN CONTROLLER 28 TORRICE DR WOBURN, MA 01801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | GERIMEDIX INC. ATTN PURCHASING DIR 5 HOLLYWOOD CT SOUTH PLAINFIELD, NJ 07080-4204 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known):  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | CAD/CAM SOFTWARE | GIBBSCAM<br>12521 COLUMBIA RD.<br>VALLEY CITY, OH  44280 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | GILLES, TERESA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTHENTICATION ORDER LETTER DTD 7/26/2022<br>RE: INDENTURE DTD 7/26/2022 | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | BORROWING REQUEST DTD 7/25/2022<br>RE: CREDIT AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOSING CERTIFICATE DTD 7/26/2022<br>RE: CREDIT AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLATERAL AGENT FEE LETTER DTD 7/26/2022 | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COPYRIGHT SECURITY AGREEMENT (TRANCHE I NOTES) DTD 7/26/2022<br><br><br>CURRENT | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COPYRIGHT SECURITY AGREEMENT (TRANCHE II NOTES) DTD 7/26/2022<br><br><br>CURRENT | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COPYRIGHT SECURITY AGREEMENT DTD 7/26/2022<br><br><br>CURRENT | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CREDIT AGREEMENT DTD 7/26/2022<br><br><br>CURRENT | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST LIEN INTERCREDITOR AGREEMENT DTD 7/26/2022<br><br><br>CURRENT | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOREIGN TERM LOAN GUARANTEE AGREEMENT DTD 7/26/2022<br><br><br>CURRENT | GLAS TRUST COPORATION LTD<br>ATTN DCM TEAM PROJECT IMPACT INVACARE<br>55 LUDGATE HILL<br>LEVEL 1 WEST<br>LONDON  EC4M 7JW<br>UNITED KINGDOM |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE AGREEMENT (5.68% CONVERTIBLE SR SECURED NOTES DUE 2026, TRANCHE 1) DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY SUBORDINATION AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCREDITOR AGREEMENT DTD 7/6/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICER'S CERTIFICATE DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | OPINON LETTER (TRANCHE I NOTES) DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.683 **State what the contract or lease is for and the nature of the debtor's interest** | OPINON LETTER (TRANCHE II NOTES) DTD 7/26/2022 RE: INDENTURE DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.684 **State what the contract or lease is for and the nature of the debtor's interest** | PATENT SECURITY AGREEMENT (TRANCHE I NOTES) DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.685 **State what the contract or lease is for and the nature of the debtor's interest** | PATENT SECURITY AGREEMENT (TRANCHE II NOTES) DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.686 **State what the contract or lease is for and the nature of the debtor's interest** | PATENT SECURITY AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.687 **State what the contract or lease is for and the nature of the debtor's interest** | SOLVENCY CERTIFICATE DTD 7/26/2022 RE: CREDIT AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.688 **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK SECURITY AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | US NOTE COLLATERAL AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | US TERM LOAN COLLATERAL AGREEMENT DTD 7/26/2022 | GLAS TRUST COPORATION LTD ATTN DCM TEAM PROJECT IMPACT INVACARE 55 LUDGATE HILL LEVEL 1 WEST LONDON  EC4M 7JW UNITED KINGDOM |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | GLC ADVISORS & CO LLC 600 LEXINGTON AVE, 9TH FL NEW YORK, NY  10022 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | RELOCATION SERVICES AGREEMENT | GLOBAL MOBILITY SOLUTIONS LLC ATTN PRESIDENT 15333 N PIMA RD, STE 240 SCOTTSDALE, AZ  85260 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | GLOBAL RESEARCH & INNOVATION & TECHNOLOGY INC D/B/A GRIT ATTN CTO 10 CABOT RD, STE 103 MEDFORD, MA  02155-573 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL INVOICE #R2311546 DTD 12/20/2022 | GOENGINEER LLC 739 E. FORT UNION BLVD. MIDVALE, UT  84047 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor     Invacare Corporation
           (Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLIDWORKS LICENSE RENEWAL - COMPUTER-AIDED DESIGN (CAD) SOFTWARE | GOENGINEER 739 E. FORT UNION BLVD. MIDVALE, UT  84047 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | GOLDEN LIFE MANOR ATTN CHIEF EXECUTIVE OFFICER 507 S CITADELL LN ANAHEIM, CA  92806-4204 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 6/8/2017 RE: BASE CONVERTIBLE BOND HEDGE TRANSACTION | GOLDMAN SACHS & CO LLC ATTN JOSHUA MURRAY, EQUITY CAPITAL MARKETS 200 WEST ST NEW YORK, NY  10282-2198 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 6/8/2017 RE: BASE WARRANT TRANSACTION | GOLDMAN SACHS & CO LLC ATTN JOSHUA MURRAY, EQUITY CAPITAL MARKETS 200 WEST ST NEW YORK, NY  10282-2198 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 6/9/2017 RE: ADDITIONAL CONVERTIBLE BOND HEDGE TRANSACTION | GOLDMAN SACHS & CO LLC ATTN JOSHUA MURRAY, EQUITY CAPITAL MARKETS 200 WEST ST NEW YORK, NY  10282-2198 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 6/9/2017 RE: ADDITIONAL WARRANT TRANSACTION | GOLDMAN SACHS & CO LLC ATTN JOSHUA MURRAY, EQUITY CAPITAL MARKETS 200 WEST ST NEW YORK, NY  10282-2198 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |

Debtor   Invacare Corporation                                        Case Number (if known)   23-90068
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 9/15/2021 | GOLDMAN SACHS & CO LLC ATTN YASSAMAN SALAS 200 W ST NEW YORK, NY  10282 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 9/15/2021 | GOLDMAN SACHS & CO LLC ATTN YASSAMAN SALAS 200 W ST NEW YORK, NY  10282 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION LETTTER DTD 4/5/2022 TERMINATES ENGAGEMENT AGREEMENT DTD 9/15/2021 | GOLDMAN SACHS & CO LLC ATTN YASSAMAN SALAS 200 W ST NEW YORK, NY  10282 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | GOODWIN, ANGELA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT OFFER LETTER DTD 2/8/2019 | GOODWIN, ANGELA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 2/8/2019 | GOODWIN, ANGELA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 2/8/2019 | GOODWIN, ANGELA<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE UNIT AWARD   4/1/2022 | GOODWIN, ANGELA<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | STOCK COMPENSATION AGREEMENT | GOODWIN, ANGELA<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | MMSEA MANDATORY INSURANCE REPORTING SERVICES AGREEMENT | GOULD & LAMB LLC<br>ATTN JOHN WILLIAMS, PRES/CEO<br>101 RIVERFRONT BLVD, STE 100<br>BRADENTON, FL  34205 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | GRAND WHEELCHAIR & MEDICAL SUPPLY INC<br>ATTN PRESIDENT<br>41917 ALBRAE<br>FREEMONT, CA  94538 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | STOCK COMPENSATION AGREEMENT | GROSPITCH, MICHAEL<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | GROVE MEDICAL INC ATTN VICE PRESIDENT 1089 PARK W BLVD GREENVILLE, SC 29611 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | GSH HOME MED CARE ATTN SR DIRECTOR PO BOX 2767 YORK, PA 17405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | GUERRERO, GAVRIELA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | GUTHRIE HEALTHCARE SYSTEM ATTN CONTRACT MGR 1 GUTHRIE SQ SAYRE, PA 18840 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | GVW GRAF VON WESTPHALEN SOPHIENSTRASSE 26 MUCHEN 80333 GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.718 | **State what the contract or lease is for and the nature of the debtor's interest** | REMUNERATION AGREEMENT | GVW GRAF VON WESTPHALEN SOPHIENSTRASSE 26 MUCHEN 80333 GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                    Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | GVW GRAF VON WESTPHALEN<br>SOPHIENSTRAßE 26<br>MÜNCHEN  80333<br>GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | H & R HEALTHCARE INC<br>ATTN OFFICE MGR<br>1750 OAK ST<br>LAKEWOOD, NJ  08701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | H2BV<br>MENNONIETENBUURT 116 A |
| | **State the term remaining** | CURRENT | AMSTELHOEK, UTRECHT,   1427 BC<br>NETHERLANDS |
| | **List the contract number of any government contract** | | |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMNT | HAMMER INCORPORATION<br>D/B/A NUCARA HOME MEDICAL<br>ATTN CHIEF EXECUTIVE OFFICER<br>1801 2ND AVE<br>DES MOINES, IA  50314 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM<br>RE: DIAMOND PROVIDER AGREEMENT DTD 4/1/2018 | HANDI MEDICAL SUPPLY INC<br>2505 UNIVERSITY AVE W<br>SAINT PAUL, MN  55114-1536 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | HANDI MEDICAL SUPPLY INC<br>ATTN DIR OF BUS STRATEGY & OPERATIONS<br>2505 UNIVERSITY AVE W<br>ST. PAUL, MN  55114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.725 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: DIAMOND PROVIDER AGREEMENT DTD 4/1/2018<br><br>CURRENT | HANDI MEDICAL SUPPLY INC ATTN DIR OF BUS STRATEGY & OPERATIONS 2505 UNIVERSITY AVE W ST. PAUL, MN  55114 |
| 2.726 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br>CURRENT | HASTINGS HOME HEALTH CENTER INC ATTN DIR OF PME5 1090 ENTERPRISE DR MEDINA, OH  44256 |
| 2.727 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br>CURRENT | HASTINGS HOME HEALTH CENTER INC ATTN DIR OF PME5 211 COMMERCE DR MEDINA, OH  44256 |
| 2.728 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1079 DTD 11/2/2004<br><br>CURRENT | HAWK COMPOSITES (SUZHOU) CO LTD 65, HUOJU RD SUZHOU NEW DISTRICT JIANGSU  215009 CHINA |
| 2.729 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br>CURRENT | HAYS DIME INC D/B/A FAMILY MOBILITY ATTN OWNER 1901 50TH ST, STE A LUBBOCK, TX  79412-2716 |
| 2.730 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br>CURRENT | HCA OF PALM BEACH INC ATTN MANAGER 17380 N HWY, STORE #301A JUPITER, FL  33477 |

Debtor    Invacare Corporation                          Case Number (if known)    23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | 12TH AMENDMENT TO THE SUPPLIER COMMERCIAL TERMS AGREEMENT DTD 1/1/2022 AMENDS SBA TERMS AND CONDITIONS EFF 1/1/2010 | HD SUPPLY SUPPORT SERVICES INC PO BOX 4942 ORLANDO, FL  32802-4942 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | HEALTH AID OF OHIO 5230 HAUSERMAN RD, STE B CLEVELAND, OH  44130 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | HEALTH CARE EQUIPMENT & PARTS 3052 BRIGHTON 1ST ST, STE 502 BROOKLYN, NY  11235-8088 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | HEALTH ESSENTIAL ATTN WAREHOUSE SUPERVISOR 1130 E 32ND ST, STE F JOPLIN, MO  64804-4072 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | HEALTH GROUP MANAGEMENT ATTN PURCHASER 31752 S COAST HWY, STE 300 LAGUNA BEACH, CA  92651 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING PAYMENT & PURCHASE COMMITMENT PERFORMANCE DTD 5/15/2017 | HEALTH INNOVATIONS UNLIMITED INC 34 INDUSTRIAL WAY E, STE 7 EATONTOWN, NJ  07724 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | HEALTH SYSTEMS SERVICES ATTN VICE PRESIDENT 6867 WILLIAMS RD NIAGARA FALLS, NY  14304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HEALTHBRIDGE MEDICAL INC ATTN CHIEF EXECUTIVE OFFICER 4424 N LOIS AVE, STE 4 TAMPA, FL  33614 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HEALTHCARE EQUIPMENT INC ATTN GENERAL MANAGER 4228 GARRETT RD DURHAM, NC  27707 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | HEALTHCARE ESSENTIALS SOUTH LLC D/B/A HCE SOUTH 9700 RESEARCH DR #143 CHARLOTTE, NC  28262-8569 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | HEALTHCARE INTERNATIONAL PARTNERS LLC 2750 SW 145TH AVE, STE 101 MIRAMAR, FL  33027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | HEALTHCARE INTERNATIONAL PARTNERS LLC 2750 SW 145TH AVE, STE 101 MIRAMAR, FL  33027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                    Case Number (if known)   23-90068
_____
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.743** | |
| **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK RE: PROFESSIONAL SERVICES AGREEMENT DTD 4/21/2021 | HEALTHCARE INTERNATIONAL PARTNERS LLC 2750 SW 145TH AVE, STE 101 MIRAMAR, FL  33027 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.744** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HEARTWELL MEDICAL SUPPLIES LLC ATTN CHIEF EXECUTIVE OFFICER 195 LEHIGH AVE, STE 7 LAKEWOOD, NJ  08701-4555 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.745** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HEARTWELL MEDICAL SUPPLIES LLC ATTN CHIEF EXECUTIVE OFFICER PO BOX 1397 LAKEWOOD, NJ  08701 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.746** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HEDGEMARK BRENTWOOD PHARMACY INC D/B/A PHARMACEUTICAL HEALTH CARE ATTN DIRECTOR OF REHAB 1919 MAYBANK HWY CHARLESTON, SC  29412 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.747** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING AND PAYMENT TERMS AND CONDITIONS DTD 1/15/2020 | HENRY SCHEIN INC ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.748** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL NON-DISCLOSURE AGREEMENT | HERN DIPL-ING THOMAS STROTHMANN NOLDESTRASSE 3 WALLENHORST  49134 GERMANY |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTANT CONTRACT | HERN DIPL-ING THOMAS STROTHMANN NOLDESTRASSE 3 WALLENHORST  49134 GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | HERN DIPL-ING THOMAS STROTHMANN NOLDESTRASSE 3 WALLENHORST  49134 GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT DTD 6/25/2009 RE: CONSULTANT AGREEMENT DTD 7/31/2004 | HERN DIPL-ING THOMAS STROTHMANN NOLDESTRASSE 3 WALLENHORST  49134 GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 3/23/2012 AMENDS LEASE FOR LOCATION 4501 63RD CIR, PINELLAS PARK FL | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 4/26/2010 AMENDS LEASE FOR LOACTION 4501 63RD CIR, PINELLAS PARK FL | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 6/10/2011 AMENDS LEASE FOR LOCATION 4501 63RD CIR, PINELLAS PARK FL | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 6/19/2000 AMENDS LEASE DTD 7/1/1999 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 6/21/2002 AMENDS LEASE DTD 7/1/1999 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE OF RENT LETTER DTD 7/10/2007 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE OF RENT LETTER DTD 7/15/2013 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE OF RENT LETTER DTD 7/18/2005 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE OF RENT LETTER DTD 7/23/2003 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE OF RENT LETTER DTD 7/25/2006 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE OF RENT LETTER DTD 7/7/2004 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE OF RENT LETTER DTD 8/20/2008 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE - 4501 63RD CIRCLE N, PINELLAS PARK, FL 33781 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AMENDMENT DTD 2/16/1994 AMENDS LEASE DTD 7/7/1992 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 5/23/1996 AMENDS LEASE DTD 7/7/1992 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS, TTEE 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 5/23/1997 AMENDS LEASE DTD 7/7/1992 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS, TTEE 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 6/23/1995 AMENDS LEASE DTD 7/7/1992 | HICKS RENTAL PROPERTIES ATTN LINDA HICKS, TTEE 1353 87TH AVE N ST PETERSBURG, FL  33702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EXTEND LEASE DTD 6/24/1993 AMENDS LEASE DTD 7/7/1992 | HICKS, LINDA L, TRUSTEE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS LEASE DTD 7/7/1992 | HICKS, LINDA L, TRUSTEE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | OPTION TO PURCAHSE PREMISES DTD 9/3/1993 RE: LEASE DTD 7/7/1992 | HICKS, LINDA L, TRUSTEE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HIGH DESERT RESPIRATORY ATTN CHIEF EXECUTIVE OFFICER 42247 12TH ST W, STE 115 LANCASTER, CA  93534 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Invacare Corporation
              (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | EXCHANGE AGREEMENT DTD 7/26/2022 RE: CREDIT AGREEMENT DTD 7/26/2022 | HIGHBRIDGE CONVERTIBLE DISLOCATION FUND LP C/O DAVID POLK & WARDELL LLP ATTN KENNETH J STEINBERT & ROSHNI BANKER CARIELLO 450 LEXINGTON AVE NEW YORK, NY  10007 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | RESALE REGRISTRATION RIGHTS AGREEMENT DTD 7/26/2022 | HIGHBRIDGE CONVERTIBLE DISLOCATION FUND LP C/O DAVID POLK & WARDELL LLP ATTN KENNETH J STEINBERT & ROSHNI BANKER CARIELLO 450 LEXINGTON AVE NEW YORK, NY  10007 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | RESALE REGRISTRATION RIGHTS AGREEMENT DTD 7/26/2022 | HIGHBRIDGE CONVERTIBLE DISLOCATION FUND LP C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN JONATHAN SEGAL & DAMON MEYER 277 PARK AVE, 23RD FL NEW YORK, NY  10172 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | EXCHANGE AGREEMENT DTD 7/26/2022 RE: CREDIT AGREEMENT DTD 7/26/2022 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND LP C/O DAVID POLK & WARDELL LLP ATTN KENNETH J STEINBERT & ROSHNI BANKER CARIELLO 450 LEXINGTON AVE NEW YORK, NY  10007 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | RESALE REGRISTRATION RIGHTS AGREEMENT DTD 7/26/2022 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND LP C/O DAVID POLK & WARDELL LLP ATTN KENNETH J STEINBERT & ROSHNI BANKER CARIELLO 450 LEXINGTON AVE NEW YORK, NY  10007 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT AGREEMENT DTD 7/26/2022 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND LP C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN JONATHAN SEGAL & DAMON MEYER 277 PARK AVE, 23RD FL NEW YORK, NY  10172 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor     Invacare Corporation
           (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | RESALE REGRISTRATION RIGHTS AGREEMENT DTD 7/26/2022 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND LP C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN JONATHAN SEGAL & DAMON MEYER 277 PARK AVE, 23RD FL NEW YORK, NY 10172 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | BACKGROUND CHECK AND DRUG SCREEN SERVICES | HIRE RIGHT PO BOX 847891 DALLAS, TX 75284-7891 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | MODIFICATION TO SERVICES AGREEMENT SCHEDULE OF FEES AMENDS SCHEDULE OF FEES | HIRERIGHT LLC PO BOX 847891 DALLAS, TX 75284-7891 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT SERVICES AGREEMENT | HODGES-MACE LLC ATTN SVP & GENERAL COUNSEL 5775-D GLENRIDGE DR NE, STE 350 ATLANTA, GA 30328 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT & CONSENT AGREEMENT | HOME DIAGNOSTICS INC 2400 NW 55TH CT FORT LAUDERDALE, FL 33309-2676 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | HOME EQUIPMENT COMPANY, THE ATTN VP & COO 201 W 8TH ST COFFEYVILLE, KS 67337 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOME EQUIPMENT COMPANY, THE PO BOX 509 COFFEYVILLE, KS  67337 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOME HEALTH CARE INC D/B/A COMMONWEALTH HOME HLTHCARE INC ATTN CHIEF OPERATING OFFICER 479 PINEY FOREST RD DANVILLE, VA  24540 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: GOLD PROVIDER AGREEMENT DTD 2/1/2023 | HOME HEALTH PAVILION INC 5027 ROUTE 9W NEWBURGH, NY  12550-1946 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOME HEALTH PAVILION INC ATTN VICE PRESIDENT 5027 RTE 9W NEWBURGH, NY  12550 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: GOLD PROVIDER AGREEMENT DTD 2/1/2023 | HOME HEALTH PAVILION INC ATTN VICE PRESIDENT 5027 RTE 9W NEWBURGH, NY  12550 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | HOME MEDICAL EQUIPMENT SPECIALISTS LLC D/B/A HME SPECIALIST LLC ATTN PRESIDENT 3901 MASTHEAD ST NE ALBUQUERQUE, NM  87109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                        Case number (if known)    23-90068
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.791 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATINUM PROVIDER AGREEMENT<br><br><br>CURRENT | HOME MEDICAL EQUIPMENT SPECIALISTS LLC<br>D/B/A HME SPECIALIST LLC<br>ATTN PRESIDENT<br>611 OSUNA RD NE<br>ALBUQUERQUE, NM  87113 |
| 2.792 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1194<br><br><br>CURRENT | HOME MEDICAL PRODUCTS INC<br>8F, NO 66-6, SEC 2, NANKAN RD<br>LUZHU TOWNSHIP<br>TAOYUAN COUNTY  33855<br>TAIWAN |
| 2.793 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | E-COMMERCE ELITE AGREEMENT<br><br><br>CURRENT | HOME MEDICAL SUPPLY CENTER INC<br>D/B/A 1800 WHEELCHAIR.COM<br>320 ROEBLING ST<br>BROOKLYN, NY  11211 |
| 2.794 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | E-COMMERCE ELITE AGREEMENT<br><br><br>CURRENT | HOME MEDICAL SUPPLY CENTER INC<br>D/B/A 1800 WHEELCHAIR.COM<br>42-B BROADWAY<br>BROOKLYN, NY  11249 |
| 2.795 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATINUM PROVIDER AGREEMENT<br><br><br>CURRENT | HOME OXYGEN COMPANY LLC<br>ATTN CHIEF EXECUTIVE OFFICER<br>PO BOX 578173<br>MODESTO, CA  95357 |
| 2.796 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIR SERVICE AGREEMENT<br>CONCENTRATORS & HOMEFILL<br><br>CURRENT | HOMECARE TECHNICAL SERVICE INC<br>ATTN EFRAIN GUTIERREZ<br>125 BUSINESS CENTER DR, STE D<br>CORONA, CA  92880 |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT CONCENTRATORS & HOMEFILL | HOMECARE TECHNICAL SERVICE INC ATTN EFRAIN GUTIERREZ 871 COTTING CT, STE B VACAVILLE, CA  95688 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | HOMECARE TECHNICAL SERVICES 125 BUSINESS CENTER DRIVE, SUITE D CORONA, CA  92880 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | HOMECARE TECHNICAL SERVICES 871 COTTING COURT VACAVILLE, CA  95688 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | HOMEPRO MEDICAL SUPPLIES LLC ATTN PRESIDENT 153 21ST ST BROOKLYN, NY  11232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOMETOWN HEALTHCARE INC ATTN CHIEF OPERATING OFFICER 26 CORPORATE DR CLIFTON PARK, NY  12065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOMETOWN HEALTHCARE INC D/B/A HOMETOWN HEALTHCARE & MEDICAL EQUIP ATTN PRESIDENT 107 E WASHINGTON ST HOUSTON, MS  38851 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                     Case number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOMETOWN MEDICAL LLC<br>ATTN OWNER<br>814 BELMONT ST<br>VICKSBURG, MS 39180 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | HORIZON OXYGEN & MEDICAL EQUIPMENT INC<br>ATTN PROJECT MANAGER<br>1837 N NEVILLE ST<br>ORANGE, CA 92865 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOSPICE MANAGEMENT PARTNERS LC<br>400 SE BRIZENDINE RD<br>BLUE SPRINGS, MO 64014 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | HOSPICE OF MONTANA LLC<br>D/B/A STILLWATER HOSPICE<br>ATTN EXEC DIRECTOR/OWNER<br>3737 GRAND AVE, STE 1<br>BILLINGS, MT 59102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | HOSPICE OF THE FL SUNCOAST INC, THE<br>D/B/A SUNCOAST HOSPICE<br>ATTN CHIEF EXECUTIVE OFFICER<br>5771 ROOSEVELT BLVD, STE 510<br>CLEARWATER, FL 33760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | HOSPICE SOURCE LLC<br>ATTN CHIEF EXECUTIVE OFFICER<br>3440 SOJOURN DR, STE 120<br>CARROLLTON, TX 75006-2252 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                        Case Number (if known)    23-90068
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | HRC LLC ATTN VP PURCHASING 2870 STIRLING RD, STE 101A HOLLYWOOD, FL  33020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | HUBENY, STEPHEN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | HUGHES, DAVID SCOTT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 1/31/2023 | HURON CONSULTING SERVICES LLC 1166 AVE OF THE AMERICAS, STE 300 NEW YORK, NY  10036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | HYLAND AFRM BRIAN BEGUE 28500 CLEMENS RD  WESTLAKE, OH  44145 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO ONBASE ONLINE HOSTED SOLUTION AGREEMENT AMENDS AGREEMENT DTD 8/15/2011 | HYLAND SOFTWARE INC 28500 CLEMENS RD WESTLAKE, OH  44145 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | ONBASE ONLINE HOSTED SOLUTION AGREEMENT #0000-05052011-30421 | HYLAND SOFTWARE INC 28500 CLEMENS RD WESTLAKE, OH  44145 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRONMENTAL CONSULTING | HZW ENVIRONMENTAL CONSULTANTS LLC 6105 HEISLEY RD MENTON, OH  44060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | WORKPLAN FOR SOIL SAMPLING INVESTIGATION DTD 8/9/2021 | HZW ENVIRONMENTAL CONSULTANTS LLC 6105 HEISLEY RD MENTON, OH  44060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | I.C RESULTS INC D/B/A LTC360.COM ATTN PRESIDENT 1133 TREASURE CAY CT PUNTA GORDA, FL  33950-5826 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGREEMENT DTD 4/23/2015 | ICP ONE LLC ATTN CHRISTOPHER S SEMARJIAN 6110 PARKLAND BLVD CLEVELAND, OH  44124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015 | ICP ONE LLC ATTN CHRISTOPHER S SEMARJIAN 6110 PARKLAND BLVD CLEVELAND, OH  44124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
_____
(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.821** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015<br><br><br>CURRENT | ICP ONE LLC C/O FAINSBERT MASE BROWN & SUSSMAN LLP 11111 SANTA MONICA BLVD, 810 LOS ANGELES, CA 90025 |
| **2.822** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGREEMENT DTD 4/23/2015<br><br>CURRENT | ICP ONE LLC C/O FAINSBERT MASE BROWN & SUSSMAN LLP 11111 SANTA MONICA BLVD, STE 810 LOS ANGELES, CA 90025 |
| **2.823** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 4/23/2015<br><br><br>CURRENT | ICP ONE LLC C/O FAINSBERT MASE BROWN & SUSSMAN LLP ATTN JEFFREY A BROWN JR, ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA 90025 |
| **2.824** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 4/23/2015<br><br><br>CURRENT | ICP ONE LLC C/O FAINSBERT MASE BROWN GORDON & SUSSMAN LLP ATTN JERRY A BROWN ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA 90025 |
| **2.825** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 4/23/2015<br><br><br>CURRENT | ICP ONE LLC C/O FAINSBERT MASE BROWN GORDON SUSSMAN LLP ATTN JERRY A BROWN JR ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA 90025 |
| **2.826** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015<br><br>CURRENT | ICP ONE LLC C/O FAINSBERT MASE BROWN SUSSMAN LLP 11111 SANTA MONICA BLVD, STE 810 LOS ANGELES, CA 90025 |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS LEASE DTD 4/23/2015 | ICP ONE LLC C/O FAINSBERT MASE BROWN SUSSMAN LLP 11111 SANTA MONICA BLVD, STE 810 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ICP ONE LLC C/O FAINSBERT MASE BROWN SUSSMAN LLP ATTN JEFFREY A BROWN JR, ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ICP ONE LLC C/O FAINSBERT MASE BROWN SUSSMAN LLP ATTN JERRY A BROWN JR, ESQ 11111 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ICP ONE LLC C/O INDUSTRIAL REALITY GROUP LLC ATTN STUART LICHTER 11100 SANTA MONICA BLVD, STE 850 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ICP ONE LLC C/O INDUSTRIAL REALTY GROUP LLC ATTN STUART LICHTER 11100 SANTA MONICA BLVD, STE 850 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ICP ONE LLC C/O INDUSTRIAL REALTY GROUP LLC ATTN STUART LICHTER 11100 SANTA MONICA BLVD, STE 850 LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)  23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.833 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO LEASE AGREEMENT AMENDS AGMT DTD 4/23/2015<br><br>CURRENT | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>4020 KINROSS LAKES PKWY, STE 200<br>RICHFIELD, OH  44286 |
| 2.834 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LANDLORD AGREEMENT DTD 12/15/2016 RE: LEASE DTD 4/23/2015<br><br>CURRENT | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>4020 KINROSS LAKES PKWY, STE 200<br>RICHFIELD, OH  44286 |
| 2.835 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO LEASE AGREEMENT AMENDS AGREEMENT DTD 4/23/2015<br><br>CURRENT | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>4020 KINROSS LAKES PKWY, STE 200<br>RITCHFIELD, OH  44286 |
| 2.836 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LANDLORD AGREEMENT DTD 12/15/2016<br><br>CURRENT | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>4020 KINROSS LAKES PKWY, STE 200<br>RITCHFIELD, OH  44286 |
| 2.837 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF CONSENT REQUEST DTD 1/29/2020 RE: AGREEMENT DTD 4/23/2015<br><br>CURRENT | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>ATTN KAREN SEAGREN<br>4020 KINROSS LAKES PKWY, STE 200<br>RITCHFIELD, OH  44286 |
| 2.838 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF CONSENT REQUEST DTD 12/2/2022 RE: AGREEMENT DTD 4/23/2015<br><br>CURRENT | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>ATTN KAREN SEAGREN<br>4020 KINROSS LAKES PKWY, STE 200<br>RITCHFIELD, OH  44286 |

Debtor       Invacare Corporation                                           Case number (if known)   23-90068
             (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX APPEAL LETTER AGREEMENT DTD 3/27/2019 | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>ATTN MARK MILEY<br>4020 KINROSS LAKES PKWY, STE 200<br>RICHFIELD, OH  44286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 4/23/2015 | ICP ONE LLC<br>C/O IRG REALTY ADVISORS LLC<br>ATTN STUART LICHTER<br>11100 SANTA MONICA BLVD, STE 850<br>LOS ANGELES, CA  90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO LEASE AGREEMENT<br>AMENDS AGREEMENT DTD 4/23/2015 | ICP ONE LLC<br>C/O WALTER \| HAVERFIELD LLP<br>ATTN EDWARD A HURTUK, ESQ<br>PARKLAND TERR, 6120 PARKLAND BLVD, STE 100<br>CLEVELAND, OH  44124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO LEASE AGREEMENT<br>AMENDS AGMT DTD 4/23/2015 | ICP ONE LLC<br>C/O WALTER HAVERFIELD LLP<br>ATTN EDWARD A HURTUK, ESQ<br>6120 PARKLAND BLVD, STE 100<br>CLEVELAND, OH  44124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT<br>AMENDS LEASE DTD 4/23/2015 | ICP ONE LLC<br>C/O WALTER HAVERFIELD LLP<br>ATTN EDWARD A HURTUK, ESQ<br>6120 PARKLAND BLVD, STE 100<br>CLEVELAND, OH  44124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT<br>AMENDS AGMT DTD 4/23/2015 | ICP ONE LLC<br>C/O WALTER HAVERFIELD LLP<br>ATTN EDWARD A HURTUNK ESQ<br>6120 PARKLAND BLVD, STE 100<br>CLEVELAND, OH  44124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1096 DTD 3/4/2005<br><br><br>CURRENT | IFA FITTINGS MANUFACTURING CO LTD<br>ATTN YAOQING YANG<br>SHANGHAI GUEUN INDUSTRIAL ZONE<br>655 BAO AN RD #333<br>SHANGHAI  201906<br>CHINA |
| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1096 DTD 3/4/2005<br><br><br>CURRENT | IFA FOUNDRY (SHANGHAI) CO LTD<br>ATTN YAOQING YANG<br>SOUTH SIDE OF XIAOXICUM<br>ZHONGXIN TOWN, CHANGMING CTY<br>SHANGHAI  200021<br>CHINA |
| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #3000 DTD 4/23/2007<br><br><br>CURRENT | IGUS (SHANGHAI) CO LTD<br>ATTN FRED LU<br>1# HAUIHAI MIDDLE RD<br>RM 2601, LIULIN TOWER<br>SHANGHAI  200021<br>CHINA |
| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIRMATION OF PRICING PAYMENT & PURCHASE COMMITMENT PERFORMANCE DTD 10/25/2022<br><br>CURRENT | IHC HOME CARE SERVICES<br>ATTN BRADY MILLWARD<br>PO BOX 30184<br>SALT LAKE CITY, UT  84130-0184 |
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER NON-DISCLOSURE AGREEMENT<br><br><br>CURRENT | IMPRESOS RTM SA DE CV<br>ATTN MANAGER<br>JAVIER PLATA 326, COL DOCTORES<br>REYNOSA, TAM<br>MEXICO |
| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br><br>CURRENT | INDEPENDENT LIVING EQUIPMENT & SVCS INC<br>D/B/A PACMED<br>ATTN PRESIDENT<br>80 SAND ISLAND ACCESS RD, STE 238<br>HONOLULU, HI  96819-4912 |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AND SALE AGREEMENT DTD 2/24/2015 | INDUSTRIAL REALTY GROUP LLC ATTN STUART LICHTER 11100 SANTA MONICA BLVD, STE 850 LOS ANGELES, CA 90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AND SALE AGREEMENT DTD 2/24/2015 | INDUSTRIAL REALTY GROUP LLC C/O FAINSBERT MASE BROWN GORDON & SUSSMAN LLP ATTN JERRY A BROWN ESQ 11100 SANTA MONICA BLVD, STE 870 LOS ANGELES, CA 90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL & REHAB WEBSITE SERVER HOSTING SERVICES | INFINITELY VIRTUAL 1106 2ND STREET #814 ENCINITAS, CA 92024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT DTD 1/8/2021 | INFOSOFT GROUP LLC, THE D/B/A CIRCA 1000 N WATER ST, STE 1200 MILWAUKEE, WI 53202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | EMERGENCY RESPONSE INFORMATION SERVICES REGISTRATION & T&C (GLOBAL) | INFOTRAC INC 200 N PALMETTO ST LEESBURG, FL 34748 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMBERSHIP AGREEMENT DTD 12/16/2021 | INFOTRAC INC 200 N PALMETTO ST LEESBURG, FL 34748 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                                    Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | IN-HOME MEDICAL & RESPIRATORY SVCS INC ATTN CHIEF EXECUTIVE OFFICER 36 TERRY DR FEASTERVILLE-TREVOSE, PA 19053 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | INLAND MEDICAL & REHAB INC ATTN CHIEF OPERATING OFFICER 200 E 2ND AVE, STE B SPOKANE, WA 99202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR STAFFING SERVICES | INSIGHT GLOBAL LLC ATTN LEGAL DEPT 1224 HAMMOND DR, STE 1500 ATLANTA, GA 30346 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #10-174255 DTD 9/19/2022 | INSIGHTSOFTWARE LLC 8529 SIX FORKS RD, STE 400 RALEIGH, NC 27615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGEMENT OF STOCK COMPENSATION GRANTS (PREVIOUSLY UNDER CERTENT) | INSIGHTSOFTWARE, LLC 8529 SIX FORKS ROAD SUITE 400 RALEIGH, NC 27615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | PREVIOUSLY UNDER "CERTENT." TRACKS AND MANAGES ALL STOCK COMPENSATION GRANTS, VESTING AND ACCOUNTING REQUIRED. | INSIGHTSOFTWARE, LLC 8529 SIX FORKS ROAD SUITE 400 RALEIGH, NC 27615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | N/A | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | INTEGRA HEALTHCARE EQUIPMENT LLC ATTN MANAGER 747 N CHURCH RD, STE G7 ELMHURST, IL  60126-1435 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATIUM LEVEL | INTELEX ENTERPRISES LLC 260 N PALM ST, STE 102 BREA, CA  92821-2870 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | INTERACTIVE MEDICAL SYSTEMS INC ATTN DIR OPERATIONS 11105 KNOTT AVE, STE A CYPRESS, CA  90630-5137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMBERSHIP SHIPPING STANDARDS/PROCEDURES | INTERNATIONAL SAFE TRANSIT ASSOCIATION (ISTA) 1400 ABBOT RD, STE 380 EAST LANSING, MI  48823-1900 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMBERSHIP INVOICE #14860 DTD 11/1/2022 | INTERNATIONAL SAFE TRANSIT ASSOCIATION 1400 ABBOT RD, STE 380 EAST LANSING, MI  48823-1900 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | ELECTRICITY PURCHASE CONTRACT | INTERSTATE GAS SUPPLY INC ATTN COMMERCIAL & INDUSTRIAL SALES 6100 EMERALD PKWY DUBLIN, OH  43016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | NATURAL GAS PURCHASE CONTRACT | INTERSTATE GAS SUPPLY INC<br>ATTN COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PKWY<br>DUBLIN, OH  43016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | ELECTRICITY PURCHASE CONTRACT (ELYRIA, OH) | INTERSTATE GAS SUPPLY, INC<br>ATTN COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PKWY<br>DUBLIN, OH  43016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | NATURAL GAS PURCHASE CONTRACT (ELYRIA, OH) | INTERSTATE GAS SUPPLY, INC<br>ATTN COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PKWY<br>DUBLIN, OH  43016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD UPDATE NOTIFICATION LETTER DTD 1/11/2023 RE: CERT #104641856COL-001 | INTERTEK TESTING NA<br>545 E ALGONQUIN RD, STE H<br>ARLINGTON HEIGHTS, IL  60005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | 2023 ETL CERTIFICATION FEES | INTERTEK TESTING SERVICES NA INC<br>545 E ALGONQUIN RD<br>ARLINGTON HEIGHTS, IL  60005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTHORIZATION TO MARK | INTERTEK TESTING SERVICES NA INC<br>545 E ALGONQUIN RD<br>ARLINGTON HEIGHTS, IL  60005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | LISTING CONSTRUCTIONAL DATA REPORT DTD 5/19/2021 | INTERTEK TESTING SERVICES NA INC ATTN JENNIFER CHANDLER ETL COMPONENT EVALUTATION CENTER 1717 ARLINGATE LN COLUMBUS, OH  43228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | 2023 ETL CERTIFICATION FEES | INTERTEK ATTN JOHN CARNEY, SALES EXECUTIVE 1717 ARLINGATE LN COLUMBUS, OH  43228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT PROPOSAL #QU-01329265-0 DTD 1/18/2023 | INTERTEK ATTN JOHN CARNEY, SALES EXECUTIVE 1717 ARLINGATE LN COLUMBUS, OH  43228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | TESTING AND EVALUATION - QUOTE QU-01329265-0 | INTERTEK ATTN JOHN CARNEY, SALES EXECUTIVE 1717 ARLINGATE LN COLUMBUS, OH  43228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | INVACARE A/S (DENMARK) SOENDER RINGVEJ 37 GLOSTRUP 2600  DK-2605 DENMARK |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | INVACARE AB FAGERSTAGATAN BOX 66 SPANGA  163 91 SWEDEN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DTD 11/21/2022 | INVACARE AB<br>FAGERSTAGATAN BOX 66<br>SPANGA  163 91<br>SWEDEN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | INVACARE AS<br>GRENSESVINGEN 9<br>OSLO  661<br>NORWAY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DTD 11/18/2022 | INVACARE AS<br>GRENSESVINGEN 9<br>OSLO  661<br>NORWAY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DTD 11/21/2022 | INVACARE AS<br>GRENSESVINGEN 9<br>OSLO  661<br>NORWAY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | INVACARE ASIA<br>FINANCE DEPARTMENT/NO. 435 XIEYU STREET<br>SUZHOU INSUTRALIA PARK<br>SUZHOU, JIANGSU  215023<br>CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY AGREEMENT - TM LICENSE | INVACARE AUSTRALIA PYT LTD.<br>ATTN DIRECTOR<br>LEVEL 2, 40 MILLER ST<br>NORTH SYDNEY, NSW  2060<br>AUSTRALIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                    Case Number (if known)   23-90068
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.887 **State what the contract or lease is for and the nature of the debtor's interest**    IC NOTE <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | INVACARE AUSTRALIA <br> ATTN DIRECTOR <br> LEVEL 2, 40 MILLER ST <br> NORTH SYDNEY, NSW  2060 <br> AUSTRALIA |
| 2.888 **State what the contract or lease is for and the nature of the debtor's interest**    ROYALTY AGREEMENT <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | INVACARE CANADA LP <br> 11-84 CITATION DR <br> CONCORD, ON  L4K 3C1 |
| 2.889 **State what the contract or lease is for and the nature of the debtor's interest**    IC NOTE <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | INVACARE CORPORATION <br> ONE INVACARE WAY <br> ELYRIA, OH  44035 |
| 2.890 **State what the contract or lease is for and the nature of the debtor's interest**    SOURCING, ENGINEERING, MARKETING,SALES AND QA SERVICE AGREEMENT <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | INVACARE ENTERPRISE MANAGEMENT SERVICES (SUZHOU) CO., LTD. <br> SUZHOU CENTER <br> SUZHOU INDUSTRIAL PARK, SUZHOU CITY, JIANGSU PROVINCE <br> 163, 6TH FLOOR, BUILDING 88, PLAZA <br> UNIT 2B, EXPORT PROCESSING ZONE, NO. 200, <br> JIANGSU PROVINCE  215021 |
| 2.891 **State what the contract or lease is for and the nature of the debtor's interest**    LOAN AGREEMENT DTD 11/21/2022 <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | INVACARE HOLDING A/S <br> ONE INVACARE WAY <br><br> ELYRIA, OH  44035-4190 |
| 2.892 **State what the contract or lease is for and the nature of the debtor's interest**    IC NOTE <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | INVACARE HOLDING AS <br> GRENSESVINGEN 9 <br> OSLO  661 <br> NORWAY |

Debtor    Invacare Corporation

(Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | BILATERAL LOAN AGREEMENT DTD 1/23/2023 | INVACARE HOLDINGS TWO B.V. GALVANISTRAAT 14 3 |
| | State the term remaining | CURRENT | EDE,  6716AE NETHERLANDS |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DTD 11/1/2022 | INVACARE INTERNATIONAL GMBH POSTFACH 14 52 PORTA WESTFALICA  32457 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DTD 11/1/2022 | INVACARE INTERNATIONAL GMBH POSTFACH 14 52 PORTA WESTFALICA  32457 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DTD 11/21/2022 | INVACARE INTERNATIONAL GMBH POSTFACH 14 52 PORTA WESTFALICA  32457 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - SUPPLY CHAIN, ENGINEERING, MARKETING, SALES AND QA | INVACARE INTERNATIONAL GMBH POSTFACH 14 52 PORTA WESTFALICA  32457 GERMANY |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - LEGAL FEES | INVACARE INTERNATIONAL, GMBH POSTFACH 14 52 PORTA WESTFALICA  32457 GERMANY |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor  Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | INVACARE NEW ZEALAND<br>4 WESTFIELD PLACE<br>MT WELLINGTON<br>AUCKLAND  1001<br>NEW ZEALAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DTD 11/15/2022 | INVACARE THAILAND COMPANY LIMITED<br>88 THE PARQ BLDG 7TH FLOOR OFFICE 07-120<br>RATCHADAPHISEK RD KLONGTOEY SUB-DISTRICT<br>KLONGTOEY DIST BANGKOK  10110<br>THAILAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | MAQUILA SERVICES AGREEMENT | INVAMEX, S. DE R/L. DE C.V.<br>AVENIDA INDUSTRIAL EL PUENTE S/N<br>PARQUE INDUSTRIAL EL PUENTE MANIMEX<br>TAMAULIPAS<br>CIUDAD REYNOSA  88783 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMUTATION AND RELEASE AGREEMENT | INVATECTION INSURANCE COMPANY<br>ONE INVACARE WAY<br>ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | INVOCARE AUSTRALIA PTY LTD<br>ATTN DIRECTOR<br>LEVEL 2, 40 MILLER ST<br>NORTH SYDNEY, NSW  2060<br>AUSTRALIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | INVOCARE AUSTRALIA PTY LTD<br>ATTN DIRECTOR<br>LEVEL 4, 153 WALKER ST<br>NORTH SYDNEY, NSW  2060<br>AUSTRALIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)                                                    Case Number (if known): 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.905 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIRMATION OF PRICING PAYMENT & PURCHASE COMMITMENT PERFORMANCE DTD 6/21/2021<br><br>CURRENT | IRB MEDICAL EQUIPMENT LLC<br>D/B/A HART MEDICAL EQUIPMENT<br>5445 ALI DR, STE C<br>GRAND BLANC, MI  48439-5191 |
| 2.906 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE - 1166 TAYLOR ST. - CF BLDG, ELYRIA OH 44035<br><br>CURRENT | IRG REALTY ADVISORS LLC<br>C/O ELYRIA TAYLOR LLC<br>RICHFIELD, OH  44286 |
| 2.907 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE - 2101 E. LAKE MARY BLVD., SANFORD, FL  32773<br><br>CURRENT | IRG REALTY ADVISORS LLC<br>C/O ELYRIA TAYLOR LLC<br>RICHFIELD, OH  44286 |
| 2.908 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE - 39400 TAYLOR PARKWAY, NORTH RIDGEVILLE, OH  44039<br><br>CURRENT | IRG REALTY ADVISORS LLC<br>C/O ELYRIA TAYLOR LLC<br>RICHFIELD, OH  44286 |
| 2.909 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE (HQ) - 1200 TAYLOR STREET, ELYRIA, OH  44035<br><br>CURRENT | IRG REALTY ADVISORS LLC<br>C/O ELYRIA TAYLOR LLC<br>RICHFIELD, OH  44286 |
| 2.910 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE (TW) - 1200 TAYLOR STREET, ELYRIA, OH  44035<br><br>CURRENT | IRG REALTY ADVISORS LLC<br>C/O ELYRIA TAYLOR LLC<br>RICHFIELD, OH  44286 |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | SCRAP METALS RECYCLING SERVICES (ELYRIA, OH) | IRON MOUNTAIN PROCESSING, LLC PO BOX 27128 NEW YORK, NY  10087-7128 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | SCRAP METALS RECYCLING SERVICES (ELYRIA, OH) - NO KNOWN CONTRACT AVAILABLE/IVC RECEIVES PAYMENTS FOR RECYCLED METALS | IRON MOUNTAIN PROCESSING, LLC PO BOX 27128 NEW YORK, NY  10087-7128 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY  10087-7128 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | 3D SCANNING SERVICES - PINDOT | ITSEEZ3D, INC. 5201 GREAT AMERICA PKWY # 320 SANTA CLARA, CA  95054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | J MAC DRUG INC D/B/A MC CANN'S ATTN OWNER 15685 SW 116TH ST KING CITY, OR  97224 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | J.C. HOME CARE INC ATTN PRESIDENT 9309 OLD KINGS RD S, STE 4 JACKSONVILLE, FL  32257-6180 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | JACKSON LEWIS PC - ORLANDO<br>1133 WESTCHESTER AVE, STE S125<br>WEST HARRISON, NY  10604 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | JACKSON LEWIS PC - ORLANDO<br>1133 WESTCHESTER AVENUE<br>SUITE S125<br>WEST HARRISON, NY  10604 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: BANKRUPCTY CASE 23-90068 DTD 2/15/2023 | JACKSON WALKER LLP<br>ATTN VICTORIA NICOLE ARGEROPLOS<br>1401 MCKINNEY ST, STE 1900<br>HOUSTON, TX  77010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | JAENKE, BRUCE<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | JAIN, POONAM<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - DIAMOND LEVEL | JI MEDICAL INC<br>ATTN PRESIDENT<br>5812 W PICO BLVD<br>LOS ANGELES, CA  90019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.923** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1073 DTD 10/26/2004<br><br><br>CURRENT | JIEH-MING PLASTICS MFG CO LTD<br>NO 7 SAN LONG ST<br>SHUG-LIN CITY<br>TAIPEI HSIEN<br>TAIWAN |
| **2.924** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO GRANT AGREEMENT AMENDS AGREEMENT DTD 11/2/2020<br><br><br>CURRENT | JOBSOHIO<br>ATTN DONELL GRUBBS, GEN COUNSEL<br>41 S HIGH ST, STE 1500<br>COLUMBUS, OH  43215 |
| **2.925** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GRANT AGREEMENT<br><br><br>CURRENT | JOBSOHIO<br>ATTN DONELL GRUBBS, GEN COUNSEL<br>41 S HIGH ST, STE 1500<br>COLUMBUS, OH  43215 |
| **2.926** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMBERSHIP INTEREST PURCHASE AGREEMENT BETWEEN JOERNS HEALTHCARE PARENT, LLC, INVACARE CONTINUING CARE, INC. AND INVACARE CORPORATION DATED JULY 2, 2015<br><br>CURRENT | JOERNS HEALTHCARE PARENT, LLC<br>2430 WHITEHALL PARK DRIVE<br>SUITE 100, ATTN: GENERAL COUNSEL<br>CHARLOTTE, NC  28277 |
| **2.927** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMBERSHIP INTEREST PURCHASE AGREEMENT BETWEEN JOERNS HEALTHCARE PARENT, LLC, INVACARE CONTINUING CARE, INC. AND INVACARE CORPORATION DATED JULY 2, 2015<br><br>CURRENT | JOERNS HEALTHCARE PARENT, LLC<br>C/O WYATT TARRANT & COMBS LLP<br>500 WEST JEFFERSON STREET, SUITE 2800<br>LOUISVILLE, KY  40202 |
| **2.928** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT PURCHASING AGREEMENT TERM SHEET<br><br><br>CURRENT | JOHNS HOPKINS HOME CARE GRP INC, THE<br>ATTN VP & CFO<br>5901 HOLABIRD AVE, STE A<br>BALTIMORE, MD  21224 |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | REPLACEMENT BATTERY QUOTE #6404 V2 DTD 3/2/2020 | JOHNSON BATTERY COMPANY INC 6487 HWY 19 S ZEBULON, GA 30295 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - FORKLIFT | JOHNSON CONTROL BATTERY 6487 HWY 19 S ZEBULON, GA 30295 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | JONES ADAPTIVE MOBILITY LLC ATTN PRESIDENT 3441 HWY 126 BLOUNTVILLE, TN 37617 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | JONES COUNTY MEDICAL SUPPLIES INC ATTN CHIEF OPERATING OFFICER 1045 13TH AVE LAUREL, MS 39440 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | JONES COUNTY MEDICAL SUPPLIES INC ATTN CHIEF OPERATING OFFICER PO BOX 23 LAUREL, MS 39441 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | JONES DAY (CLEVELAND OFC) 901 LAKESIDE AVENUE CLEVELAND, OH 44114-1190 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 10/20/2014 | JONES DAY<br>NORTH POINT<br>901 LAKESIDE AVE<br>CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG<br>TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG<br>TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG<br>TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG<br>TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG<br>TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AGREEMENT DTD 9/30/2015 | JP MORGAN AG TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 1/15/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN AG TAUNUSTOR 1, 60310 FRANKFURT AM MAIN GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest** | DAILY BANKING SERVICES | JP MORGAN BANK 1300 E 9TH ST, 13TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known)   23-90068

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE & 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER & 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN CHASE BANK NA 1300 E 9TH ST, 13TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Invacare Corporation
            (Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.964 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.965 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 1/15/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.974 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE & 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE AND 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER & 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | JP MORGAN EUROPE LTD ATTN LOANS AGENCY LOANS AGENCY 6TH FL 25 BANK ST, CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO ISDA MASTER AGREEMENT DTD 10/12/2015 AMENDS AGREEMENT DTD 5/9/2011 | JPMORGAN CHASE BANK NA 10 S DEARBORN ST, 9TH FL CHICAGO, IL  60603 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | JPMORGAN CHASE BANK NA 10 S DEARBORN ST, 9TH FL CHICAGO, IL  60603 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 3/4/3016 RE: ADDITIONAL CALL OPTION TRANSACTION | JPMORGAN CHASE BANK NA 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)                                    Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | JPMORGAN CHASE BANK NA ATTN LISA A MORRISON 1300 E 9TH ST, 13TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO ISDA MASTER AGREEMENT DTD 10/12/2015 AMENDS AGREEMENT DTD 5/9/2011 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.989 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015<br><br><br>CURRENT | JPMORGAN CHASE BANK NA<br>LONDON BRANCH<br>25 BANK ST<br>CANARY WHARF<br>LONDON  E14 5JP<br>UNITED KINGDOM |
| 2.990 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 1/15/2021 AMENDS AGREEMENT DTD 9/30/2015<br><br><br>CURRENT | JPMORGAN CHASE BANK NA<br>LONDON BRANCH<br>25 BANK ST<br>CANARY WHARF<br>LONDON  E14 5JP<br>UNITED KINGDOM |
| 2.991 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015<br><br><br>CURRENT | JPMORGAN CHASE BANK NA<br>LONDON BRANCH<br>25 BANK ST<br>CANARY WHARF<br>LONDON  E14 5JP<br>UNITED KINGDOM |
| 2.992 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 2/17/2016 RE: BASE CALL OPTION TRANSACTION<br><br><br>CURRENT | JPMORGAN CHASE BANK NA<br>LONDON BRANCH<br>25 BANK ST<br>CANARY WHARF<br>LONDON  E14 5JP<br>UNITED KINGDOM |
| 2.993 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 2/17/2016 RE: BASE CALL OPTION TRANSACTION<br><br><br>CURRENT | JPMORGAN CHASE BANK NA<br>LONDON BRANCH<br>25 BANK ST<br>CANARY WHARF<br>LONDON  E14 5JP<br>UNITED KINGDOM |
| 2.994 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 2/17/2016 RE: BASE WARRANTS<br><br><br>CURRENT | JPMORGAN CHASE BANK NA<br>LONDON BRANCH<br>25 BANK ST<br>CANARY WHARF<br>LONDON  E14 5JP<br>UNITED KINGDOM |

Debtor    Invacare Corporation

(Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 2/17/2016 RE: BASE WARRANTS | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 3/4/3016 RE: ADDITIONAL CALL OPTION TRANSACTION | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 3/4/3016 RE: ADDITIONAL WARRANTS | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 3/4/3016 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTIAL UNWIND AGREEMENT DTD 11/26/2019 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE AND 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | WAIVER AND 2ND AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest | WAIVER AND 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | JPMORGAN CHASE BANK NA LONDON BRANCH 25 BANK ST CANARY WHARF LONDON  E14 5JP UNITED KINGDOM |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATIUM LEVEL | JR WEINSTEIN INC D/B/A RESOURCE SERVICES 4019 SW 30TH ST FORT LAUDERDALE, FL  33312 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | JUST WHAT THE DOCTOR ORDERED INC ATTN PRESIDENT 350 HANSEN PLAZA LYNDORA, PA  16045-1610 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | JUST WHAT THE DOCTOR ORDERED INC ATTN PRESIDENT 498 4TH ST PO BOX 443 WEST PITTSBURG, PA  16160 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | PLATIUM PROVIDER AGREEMENT | JVA MOBILITY INC ATTN OWNER 4701 J ST SW CEDAR RAPIDS, IA  52404 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor      Invacare Corporation                                Case Number (if known)    23-90068
            (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1007** **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL INSURANCE AT FREEDOM | KAISER<br>PO BOX 23448<br>SAN DIEGO, CA  92193 |

| | | |
|---|---|---|
| **2.1007** **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL INSURANCE AT FREEDOM | KAISER<br>PO BOX 23448<br>SAN DIEGO, CA  92193 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1008** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | KCI LICENSING INC<br>ATTN VICE PRESIDENT<br>8023 VANTAGE DR<br>SAN ANTONIO, TX  78230 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1009** **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | KELLEHER, KEITH<br>ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1010** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO TRANSPORTATION MANAGEMENT AGREEMENT AMENDS AGREEMENT DTD 2/19/2020 | KENCO TRANSPORTATION MANAGEMENT LLC<br>ATTN VP TRANSPORTATION MGMNT<br>2001 RIVERSIDE DR<br>CHATTANOOGA, TN  37406 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1011** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #2 TO TRANSPORTATION MANAGEMENT AGREEMENT DTD 11/13/2020 AMENDS AGREEMENT DTD 2/19/2020 | KENCO TRANSPORTATION MANAGEMENT LLC<br>ATTN VP TRANSPORTATION MGMNT<br>2001 RIVERSIDE DR<br>CHATTANOOGA, TN  37406 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1012** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO TRANSPORTATION MANAGEMENT AGREEMENT AMENDS AGREEMENT DTD 2/19/2020 | KENCO TRANSPORTATION MANAGEMENT LLC<br>ATTN VP TRANSPORTATION MGMNT<br>2001 RIVERSIDE DR<br>CHATTANOOGA, TN  37406 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO TRANSPORTATION MANAGEMENT AGREEMENT AMENDS AGREEMENT DTD 2/19/2020 | KENCO TRANSPORTATION MANAGEMENT LLC ATTN VP TRANSPORTATION MGMNT 2001 RIVERSIDE DR CHATTANOOGA, TN 37406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO TRANSPORTATION MANAGEMENT AGREEMENT DTD 11/13/2020 AMENDS AGREEMENT DTD 2/19/2020 | KENCO TRANSPORTATION MANAGEMENT LLC ATTN VP TRANSPORTATION MGMNT 2001 RIVERSIDE DR CHATTANOOGA, TN 37406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #1 RE: TRANSPORTATION MANAGEMENT AGMT DTD 2/19/2020 | KENCO TRANSPORTATION MANAGEMENT LLC ATTN VP TRANSPORTATION MGMNT 2001 RIVERSIDE DR CHATTANOOGA, TN 37406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION MANAGEMENT AGREEMENT | KENCO TRANSPORTATION MANAGEMENT LLC ATTN VP TRANSPORTATION MGMNT 2001 RIVERSIDE DR CHATTANOOGA, TN 37406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO TRANSPORATION MANAGEMENT AGREEMENT | KENCO TRANSPORTATION MANAGEMENT LLC ATTN VP, TRANSPORTATION MGMT 2001 RIVERSIDE DR CHATTANOOGA, TN 37406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION MANAGEMENT AGREEMENT | KENCO TRANSPORTATION MANAGEMENT LLC ATTN VP, TRANSPORTATION MGMT 2001 RIVERSIDE DR CHATTANOOGA, TN 37406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD PARTY LOGISTICS | KENCO<br>ATTN VP TRANSPORTATION MGMNT<br>2001 RIVERSIDE DR<br>CHATTANOOGA, TN  37406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | KENNEBEC PHARMACY & HOME CARE LLC<br>ATTN MANAGER<br>43 LEIGHTON RD<br>AUGUSTA, ME  04330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1098 DTD 1/28/2005 | KENSTONE METAL (KUNSHAN) CO LTD<br>22 ZHANJIN EAST RD<br>PEGLANG TOWN<br>KUNSHAN CITY<br>JIANSU<br>CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | KENT M LUCACCIONI LTD<br>TWO FIRST NATIONAL PLAZA<br>20 S CLARK ST, STE 1700<br>CHICAGO, IL  60603 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | KENT M LUCACCIONI LTD<br>TWO FIRST NATIONAL PLAZA<br>20 S CLARK ST, STE 1700<br>CHICAGO, IL  60603 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | KENT M. LUCACCIONI, LTD.<br>TWO FIRST NATIONAL PLAZA<br>SUITE 1700<br>20 SOUTH CLARK STREET<br>CHICAGO, IL  60603 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | KERMA MEDICAL PRODUCTS INC ATTN DIV DIRECTOR 3371 EXECUTIVE WAY MIRAMAR, FL 33025-3935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING LEASE, 4900 INDUSTRIAL BLVD, KINGMAN AZ (24,256 SQ FT) | KESSINGER/HUNTER&CO 2600 GRAND BLVD, STE 700

KANSAS CITY, MO 64108-4600 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH 44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH 44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1029 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH 44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1030 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH 44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
(Name)
Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1031 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 1/15/2021 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE DTD 5/15/2020 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE AND 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN JONATHAN ROE, VP 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE & 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER & 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1049** **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | KEYBANK NA ATTN VICE PRESIDENT 127 PUBLIC SQ, 13TH FL CLEVELAND, OH  44114-1306 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1050** **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | KG SOLUTIONS, LLC 33699 BROWNING DRIVE NORTH RIDGEVILLE, OH  44039 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1051** **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | KING & SPALDING (WASHINGTON D.C. OFC) 1700 PENNSYLVANIA AVENUE, NW WASHINGTON, DC  20006-4706 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1052** **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 11/29/2018 | KING & SPALDING LLP 1700 PENNSYLVANIA AVE NW WASHINGTON, DC  20006 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1053** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT | KINGMAN III PROPERTY LLC C/O KESSINGER/HUNTER & CO 2600 GRAND AVE, STE 700 KANSAS CITY, MO  64108 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1054** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DTD 5/16/2022 | KINGMAN III PROPERTY LLC C/O KESSINGER/HUNTER & CO 2600 GRAND AVE, STE 700 KANSAS CITY, MO  64108 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)    23-90068
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1055 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT | KINGMAN III PROPERTY LLC C/O POLSINELLI PC ATTN PAUL D BOPPART 900 W 48TH PL, STE 900 KANSAS CITY, MO  64112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DTD 5/16/2022 | KINGMAN III PROPERTY LLC C/O POLSINELLI PC ATTN PAUL D BOPPART 900 W 48TH PL, STE 900 KANSAS CITY, MO  64112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT | KINGMAN III PROPERTY LLC C/O REALKO ATTN KEVIN CURTIN 2600 GRAND AVE, STE 700 KANSAS CITY, MO  64108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DTD 5/16/2022 | KINGMAN III PROPERTY LLC C/O REALKO ATTN KEVIN CURTIN 2600 GRAND AVE, STE 700 KANSAS CITY, MO  64108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1047 DTD 7/13/2004 | KINGSTATE ELECTRONICS (DONGGUAN) CO LTD QIUFULU MGMT DIST OF DALANG TOWN DONGGUAN, GUANGDONG CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1047 DTD 7/13/2004 | KINGSTATE ELECTRONICS CORP 251 10F, NO 69-11, SEC 2 CHUNG CHENG E RD, TAMSHUI TOWN TAIPEI COUNTY TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation    Case Number (if known) 23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | SELF-INSURED SERVICE AGREEMENT DTD 11/16/2001 | KKSG & ASSOCIATES INC 67 E. WILSON BRIDGE RD SUITE 201 WORTHINGTON, OH  43085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1062 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE FEE ADDENDUM DTD 11/19/2020 | KKSG & ASSOCIATES INC 67 E. WILSON BRIDGE RD SUITE 201 WORTHINGTON, OH  43085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest** | WORKERS COMP TPA | KKSG & ASSOCIATES 67 E. WILSON BRIDGE RD SUITE 201 WORTHINGTON, OH  43085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | KNOWB4 PO BOX 392286 PITTSBURGH, PA  15251-9286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE LEVEL AGREEMENT | KNOWBE4, INC. PO BOX 392286 PITTSBURGH, PA  15251-9286 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1066 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - COPIERS / PRINTERS | KONICA MINOLTA BUSINESS SOLUTIONS USA INC 21146 NETWORK PL CHICAGO, IL  60673-1211 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
_____
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1067 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTOR INDEMNITY AGREEMENT | KOOLE, MARCO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1068 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY AGREEMENT DTD 8/25/2023 | KOOLE, MARCO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1069 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE BENFIT AGREEMENT DTD 3/28/2019 | KREMER, DAWN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | KUBAT PHARMACY INC<br>ATTN REHAB DIRECTOR<br>4924 CENTER ST<br>OMAHA, NE  48106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1066 DTD 9/13/2004 | KUNSHAN HUIYU PACKAGING PRODUCT CO LTD<br>ATTN REN QI<br>NO. 11, TAIHU SOUTH RD<br>ECONOMIC & TECHNOLOGICAL DEV ZONE<br>KUNSHAN, JIANGSU  215334<br>CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1046 DTD 6/18/2004 | KUNSHAN HWAKUAN LABEL & PRINTING CO LTD<br>ATTN DAVID LIN<br>NO. 168 CHUN YANG RD, LUHIA TOWN<br>EAST PART OF ECONOMIC & TECHNICAL DEV ZONE<br>KUNSHAN, JIANGSU<br>CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | KYTO INC MOBILITY & MORE ATTN BUSINESS MANAGER 493 N DENVER AVE LOVELAND, CO 80537 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | LA SANTE WISCONSIN INC D/B/A HME HOME MEDICAL ATTN DIRECTOR FINANCE 2021 RIVERSIDE DR GREEN BAY, WI 54301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL DIAMOND DISTRIBUTOR AGREEMENT | LAKE COURT MEDICAL SUPPLIES ATTN PRESIDENT & CEO 27733 GROESBECK HWY ROSEVILLE, MI 48066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | LANDMARK MEDICAL INC 3549 GILMER RD, STE D LONGVIEW, TX 75604 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1077 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | LANDMARK MEDICAL INC ATTN PRESIDENT 118 COLT ST LONGVIEW, TX 75604 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1078 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | LAPLACA, ANTHONY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Invacare Corporation
(Name)

Case number (if known)  23-90068

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1079 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | LAPLACA, ANTHONY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 7/31/2008 | LAPLACA, ANTHONY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 7/31/2008 | LAPLACA, ANTHONY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest** | PERFORMANCE UNIT AWARD   4/1/2022 | LAPLACA, ANTHONY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1083 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | LAPLACA, ANTHONY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1084 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | LAW OFFICES OF KEVIN G MCANANEY<br>645 MICHELLE MEWS<br>PRINCETON, NJ  08542 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (If known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1085 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | LAW OFFICES OF STIEBER BERLACH 130 ADELAIDE ST W, 18TH FL TORONTO, ON  M5H 3P5 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1086 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | LAW OFFICES OF STIEBER BERLACH 130 ADELAIDE STREET, WEST 18TH FLOOR TORONTO, ONTARIO  M5H 3P5 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1087 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - COPIER - C250I | LBP LEASING, INC. 24800 LAKELAND BLVD EUCLID, OH  44132 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1088 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | LEAKE & ANDERSSON LLP 1700 ENERGY CENTRE 1100 POYDRAS STREET NEW ORLEANS, LA  70163-1701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1089 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | LEAKE & ANDERSSON LLP 1700 ENERGY CENTRE 1100 POYDRAS STREET NEW ORLEANS, LA  70163-1701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1090 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | LEAKE & ANDERSSON, L.L.P. 1700 ENERGY CENTRE 1100 POYDRAS STREET NEW ORLEANS, LA  70163-1701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                           Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGES SOFTWARE FOR LEASE ACCOUNTING TRACKING AND REPORTING GLOBALLY | LEASE ACCELERATOR SERVICES LLC 10740 PARKRIDGE BLVD. SUITE 701 RESTON, VA  20191 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | LASER PRINTER P-3050DN | LEASE CORPORATION OF AMERICA P.O. BOX 1650 TROY, MI  48099-1650 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTIFUNC LASER PRINTER M3450I | LEASE CORPORATION OF AMERICA P.O. BOX 1650 TROY, MI  48099-1650 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTIFUNC LASER PRINTER M3540MFP | LEASE CORPORATION OF AMERICA P.O. BOX 1650 TROY, MI  48099-1650 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST ORDER FORM RENEWAL OF SAAS ORDER FORM NO.1 AMENDS ORDER FORM DTD 5/23/2018 | LEASEACCELERATOR SERVICES LLC ATTN CHIEF FINANCIAL OFFICER 10740 PARKRIDGE BLVD, STE 701 RESTON, VA  20191 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | LEE, LOIS ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1097 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | LEE, LOIS<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1098 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | LEGEND SERVICES INC<br>ATTN SALES DIRECTOR<br>115 TWINBIRDGE DR, UNIT C<br>PENNSAUKEN, NJ  08110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1099 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | LENEGHAN,  KATHLEEN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1100 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT LETTER DTD 11/9/2017 | LENEGHAN, KATHLEEN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1101 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 2/20/2018 | LENEGHAN, KATHLEEN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1102 | **State what the contract or lease is for and the nature of the debtor's interest** | PERFORMANCE UNIT AWARD   4/1/2022 | LENEGHAN, KATHLEEN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation                                   Case Number (if known)     23-90068
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | LENEGHAN, KATHLEEN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1104 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #387 DTD 1/9/2009 | LESHER PRINTERS INC 810 N WILSON AVE FREMONT, CA  43420 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1105 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | LESTER E COX MEDICAL CENTERS ATTN OPERATION DIRECTOR 2240 W SUNSET, STE 100 SPRINGFIELD, MO  65807 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1106 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | LESTER E COX MEDICAL CENTERS PO BOX 9950 SPRINGFIELD, MO  65801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 11/23/2020 | LEWIS BRISBOIS BISGAARD & SMITH LLP 633 W 5TH ST, STE 4000 LOS ANGELES, CA  90071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | LEWIS BRISBOIS BISGAARD & SMITH 633 WEST 5TH STREET SUITE 4000 LOS ANGELES, CA  90071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | LIBERTY HEALTHCARE MANAGEMENT INC ATTN CHIEF FINANCIAL OFFICER 2334 S 41ST WILMINGTON, NC  28403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAMOND PROVIDER AGREEMENT | LIBERTY MEDICAL SPECIALITIES INC ATTN PRESIDENT PO BOX 339 WHITEVILLE, NC  28472 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | LICENSEFORTRESS INC ATTN COO 515 S FLOWER ST, 18TH FL LOS ANGELES, CA  90071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1112 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DTD 5/5/2022 RE: PROFESSIONAL SERVICES AGREEMENT DTD 5/5/2022 | LICENSEFORTRESS INC ATTN COO 515 S FLOWER ST, 18TH FL LOS ANGELES, CA  90071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1113 | **State what the contract or lease is for and the nature of the debtor's interest** | PROESSIONAL SERVICES AGREEMENT | LICENSEFORTRESS, INC. ATTN COO 515 S FLOWER ST, 18TH FL LOS ANGELES, CA  90071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1114 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | LIFEHME INC ATTN PRESIDENT 454 BERRYHILL RD, STE A COLUMBIA, SC  29210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
            (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1115 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1062 DTD 8/9/2004 | LIGHT COUNTRY CO LTD (DONG GUAN) JIAO YI TANG INDUSTRIAL ZONE TANGXAI TOWN DONGGUAN, GUANGDONG CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1116 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1062 DTD 8/9/2004 | LIGHT COUNTRY CO LTD 10F-1, NO 102, SEC 3 CHUNG SHAN RD CHUNG HO, TAIPEI HSIEN TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1117 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1062 DTD 8/9/2004 | LIGHT COUNTRY CO LTD 10F-1, NO. 1O3, SEC 3 CHUNG SHAN RD CHUNG HO, TAIPEI HSIEN TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1118 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1062 DTD 8/9/2004 | LIGHT COUNTRY CO LTD JIAOYITANG INDUSTRIAL ZONE TANGXIA TOWN DONGGUAN, GUANGDONG CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER MUTUAL NON-DISCLOSURE AGREEMENT | LINAK 2200 STANLEY GAULT PKWY LOUISVILLE, KY  40223-4172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING AND PAYMENT TERMS DTD 2/12/2019 | LINCARE PROCUREMENT INC 19387 US 19 N CLEARWATER, FL  33764 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS LEASE DTD 7/1/1999 | LINDA L HICKS TRUST ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1122 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS ACCESS EASEMENT AGREEMENT DTD 10/5/2007 | LINDA L HICKS TRUST ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS ACESS EASEMENT AGREEMENT | LINDA L HICKS TRUST ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | LINDE GAS/ DBA THE SERVICE CENTER 208 W. MAIN STREET LIVINGSTON, TN  38570 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #FLD8557711224 | LINKEDIN CORPORATION 1000 W MAUDE AVE SUNNYVALE, CA  94085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest** | RECRUITING SERVICES | LINKEDIN 1000 W. MAUDE AVE SUNNYVALE, CA  94085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
              (Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | LIONBRIDGE TECHNOLOGIES INC ATTN GENERAL COUNSEL 1050 WINTER ST, STE 2300 WALTHAM, MA  2451 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1128 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | LIONBRIDGE TECHNOLOGIES INC ATTN KEARING GORDON, VP 1050 WINTER ST, STE 2300 WALTHAM, MA  2451 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1129 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCUMENTATION TRANSLATION SERVICES | LIONBRIDGE 890 WINTER STREET SUITE 225 WALTHAM, MA  2451 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1130 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | LIS, TIMOTHY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1131 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1136 DTD 1/1/2007 | LLOYD LINDEN INC ATTN HSU CHIN LU, PRESIDENT 10-2 NEI-CHUNG-FU KAN-CHIAO VILLAGE WANLI, TAIPEI COUNTY TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1132 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | LOFGREN, MICHAEL S ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | LONG TERM MEDICAL SUPPLY ATTN OPERATIONS MANAGER 115 2ND AVE NW HAMPTON, IA 50441 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES RERESENTATIVE AGREEMENT | LOOPE, RYAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE & SERVICES AGREEMENT | LRM TECHNOLOGIES LLC D/B/A RATELINX 4602 S BILTMORE LN, STE 104 MADISON, WI 53718 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT SERVICE/SAFETY BUSINESS AGREEMENT | LSI STAFFING 250 N KANSAS WICHITA, KS 67214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY LABOR FOR KINGMAN DC | LSI STAFFING 250 N KANSAS WICHITA, KS 67214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | TELECOM & NETWORKING | LUMEN (MPLS/VOICE & IP DATA ) MASON, CARRIE  EXPOSITO, WILLIAM D 100 CENTURYLINK DR MONROE, LA 71203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1139 | State what the contract or lease is for and the nature of the debtor's interest | RESPIRATORY WARRANTY REPAIR SERVICE | M & M EQUIPMENT REPAIR, INC. 518 JEFFERSON AVENUE BEAVERDALE, PA  15921 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1140 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | M ROGERS INC & SUBSIDIARY D/B/A ROGERS PHARMACY 607 STATE ST MOUND CITY, MO  64470 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1141 | State what the contract or lease is for and the nature of the debtor's interest | REPAIR SERVICE AGREEMENT | M&M MEDICAL EQUIPMENT REPAIR INC ATTN PRESIDENT/CEO 518 JEFFERSON AVE BEAVERDALE, PA  15921 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1142 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED MARCH 7, 2022 | M3 PARTNERS 130 W 42ND ST, 17TH FLOOR NEW YORK, NY  10036 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1143 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | MACKMALTER ENTERPRISES INC D/B/A ALPHA HOME HEALTH ATTN REHAB MANAGER 603 PUBLIC SQ BENTON, IL  62812 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1144 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | MACPHERSON'S INC D/B/A MACPHERSON'S MEDICAL SUPPLY ATTN PURCHASING 2325 S 77 SUNSHINE STRIP, STE B HARLINGEN, TX  78550 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation

(Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1145 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCUMENTATION SOFTWARE SUITE | MADCAP SOFTWARE<br>9171 TOWNE CENTRE DRIVE<br>#335<br>SAN DIEGO, CA  92122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1146 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCUMENTATION TRANSLATION SERVICES | MADTRANSLATIONS<br>9171 TOWNE CENTRE DRIVE<br>#150<br>SAN DIEGO, CA  92122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - POSTAGE METER | MAILFINANCE INC<br>478 WHEELERS FARMS RD<br>MILFORD, CT  6461 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - GOLD LEVEL | MALLARD EQUIPMENT SUPPLY LLC<br>ATTN CHIEF EXECUTIVE OFFICER<br>PO BOX 6776<br>SHERWOOD, AR  72124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMS BROKERAGE SERVICES | MALLORY ALEXANDER INTERNATIONAL LOGISTICS<br>777 SUNRISE HWY, STE 310<br>LYNBROOK, NY  11563 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMS POWER OF ATTORNEY | MALLORY ALEXANDER INT'L LOGISTICS (NY) LLC<br>777 SUNRISE HWY, STE 310<br>LYNBROOK, NY  11563 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF LEASE RENEWAL DTD 1/30/2009 | MALOCO, GINNY S, TRUSTEE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | MANAGEMENT SCIENCE CORPORATION ATTN CHIEF EXECUTIVE OFFICER 306, SHAPATH-III, SG ROAD AHMEDABAD, GUAJRAT  380054 INDIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | MANSOUR GAVIN GERLACK & MANOS CO LPA NORTH POINT TOWER 1001 LAKESIDE AVE, STE 1400 CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 6/29/2016 | MANSOURGAVIN LPA NORTH POINT TWR 1001 LAKESIDE AVE, STE 1400 CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | MARCHIONY, MICHELLE ZIMMERMAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MARINA HOME HEALTH LLC ATTN OFFICE MANAGER 709 W WASHINGTON ST SANDUSKY, OH  44870 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT LETTER | MARKEN INTERNATIONAL INC<br>ATTN PRESIDENT<br>9862 COUGAR DR<br>BOZEMAN, MT  59718 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | IP MANAGEMENT SERVICES | MASTER DATA CENTER, INC.<br>PO BOX 673451<br>DETROIT, MI  48267-3451 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MATHENY SCHOOL AND HOSPITAL INC, THE<br>ATTN VP OF FINANCE<br>65 HIGHLAND AVE<br>PO BOX 339<br>PEAPACK, NJ  07977 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | MATRIX AUTOMATION INC<br>ATTN OPERATIONS MGR<br>340 N MAIN ST<br>HURON, OH  44829 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SALES AND SUPPORT AGREEMENT | MATRIX AUTOMATION INC<br>ATTN OPERATIONS MGR<br>340 N MAIN ST<br>HURON, OH  44829 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #5022231477 DTD 11/23/2022 | MATRIX AUTOMATION<br>340 N MAIN ST<br>HURON, OH  44839 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1163 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATION AGREEMENT | MATTRESS RECYCLING COUNCIL INC 501 WYTHE ST ALEXANDRIA, VA  22314 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1164 | State what the contract or lease is for and the nature of the debtor's interest | MATTRESS STEWARDSHIP PARTICIPANT AGREEMENT & REGISTRATION | MATTRESS RECYCLING COUNCIL 501 WYTHE ST ALEXANDRIA, VA  22314 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1165 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | MAXCARE LLC ATTN MANAGER 7103 W GRANDRIDGE BLVD, STE A KENNEWICK, WA  99336 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1166 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT #404 DTD 1/8/2010 | MAXTEC INC 6526 S COTTONWOOD ST SALT LAKE CITY, UT  84107 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1167 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT #424 DTD 4/23/2012 | MAXTEC INC ATTN TAMMY LAVERY 6526 S COTTONWOOD ST SALT LAKE CITY, UT  84107 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1168 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | MAYER LLP 2900 NORTH LOOP W, STE 500 HOUSTON, TX  77092 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Invacare Corporation                                    Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1169 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | MAYER LLP<br>2900 NORTH LOOP WEST<br>SUITE 500<br>HOUSTON, TX 77092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1170 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | MCCULLOUGH, LLC<br>1579 MONROE DR.<br>SUITE 251<br>ATLANTA, GA 30324 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1171 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | MCCULLOUGH, LLC<br>1579 MONROE DRIVE<br>SUITE 251<br>ATLANTA, GA 30324 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1172 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | MCDONALD HOPKINS<br>600 SUPERIOR AVENUE, E., SUITE 2100<br>CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING AND PAYMENT TERMS DTD 6/4/2021 | MCKESSON MEDICAL-SURGICAL INC<br>ATTN KATELIN WISE, ASSOC CATEGORY MGR<br>9954 MARYLAND DR, STE 4000<br>RICHMOND, VA 23233 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | MED RESOURCES<br>ATTN DIRECTOR OF PROCUREMENT<br>15464 OLIVE BLVD, STE 100<br>CHESTERFIELD, MO 63017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MEDCARE EQUIPMENT CO INC ATTN CHIEF EXECUTIVE OFFICER 115 EQUITY DR GREENSBURG, PA 15601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MEDCO LLC ATTN GENERAL MANAGER 3691 DADEVILLE RD ALEXANDER CITY, AL 35010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | MEDEQUIP SERVICE SOLUTIONS LLC ATTN OWNER 23 BUSINESS PARK DR GREENBRIER, AR 72058 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | MEDEQUIP SERVICE SOLUTIONS 23 BUSINESS PARK DRIVE GREENBRIER, AR 72058 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: GOLD PROVIDER AGREEMENT DTD 9/1/2019 | MEDEQUIPPED LLC 20 SUTIN PL SPRING VALLEY, NY 10977-6424 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MEDICAL CENTER PHARMACY OF DURANT INC D/B/A ADVANCED CARE MEDICAL EQUIPMENT ATTN MANAGER 1026 RADIO RD DURANT, OK 74701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation        Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MEDICAL COMFORT SYSTEMS INC ATTN PRESIDENT 112 A WHITE OAK LN LEXINGTON, SC  29073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MEDICAL COMFORT SYSTEMS INC ATTN PRESIDENT PO BOX 2295 IRMO, SC  29063-7295 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT AMENDS AGREEMENT 3/16/2015 | MEDICAL DEPOT INC 7239 W ATLANTIC AVE DELRAY BEACH, FL  33446 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MEDICAL EQUIPMENT & SUPPLIES OF AMERICA LLC ATTN VICE PRESIDENT 709 S HARBOR CITY BLVD, STE 240 MELBOURNE, FL  32901-1928 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1185 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - PLATINUM LEVEL | MEDICAL PARTS SOURCE INC ATTN PRESIDENT 1850 PORTER LAKE DR, STE 101 SARASOTA, FL  34240-7806 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1186 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MEDICAL PLUS SUPPLIES INC ATTN VICE PRESIDENT PO BOX 84110 PEARLAND, TX  77584 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation    Case Number (known)    23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1187 | State what the contract or lease is for and the nature of the debtor's interest | RESPIRATORY WARRANTY REPAIR SERVICE | MEDICAL SCIENCE CENTER 2270 GARDEN OF THE GODS RD. STE #101 COLORADO SPRINGS, CO  80907 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1188 | State what the contract or lease is for and the nature of the debtor's interest | RESPIRATORY WARRANTY REPAIR SERVICE | MEDICAL SCIENCE CENTER 283 LOCKHAVEN DR STE 309 HOUSTON, TX  77073 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1189 | State what the contract or lease is for and the nature of the debtor's interest | RESPIRATORY WARRANTY REPAIR SERVICE | MEDICAL SCIENCE CENTER 5328 E HWY 67 ALVARADO, TX  76009 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1190 | State what the contract or lease is for and the nature of the debtor's interest | E-COMMERCE AGREEMENT | MEDICALSHOP INC ATTN DIRECTOR 87 DANBURY RD NEW MILFORD, CT  06776-3413 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1191 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | MEDICOR HEALTHCARE INC ATTN PRESIDENT 3403 W WATERS AVE TAMPA, FL  33614-2713 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1192 | State what the contract or lease is for and the nature of the debtor's interest | GOLD PROVIDER AGREEMENT | MEDIREST INC ATTN PURCHASING MGR 2330 OXMOOR CIR BIRMINGHAM, AL  35209 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Invacare Corporation
         (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1193 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MEDLAB INTERNATIONAL INC ATTN JOE STIVER 5310 WARREN RD #9 CORTLAND, OH  44410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1194 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MEDLAB INTERNATIONAL INC ATTN OWNER 124 E MARKET ST WARREN, OH  4481-1121 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1195 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MEDONE HEALTHCARE LLC ATTN PRESIDENT 2330 W UNIVERSITY DR, STE 20 TEMPE, AZ  85281-7294 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1196 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MEDOX SERVICES INC D/B/A IDEAL HOME CARE ATTN CHIEF EXECUTIVE OFFICER 13453 PUMICE ST NORWALK, CA  90650 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1197 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | MEDREP ENTERPRISES ATTN JEFF EISLEY 5563 POINT DR EAST CHINA, MI  48054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1198 | **State what the contract or lease is for and the nature of the debtor's interest** | ONLINE MEDIA MONITORING | MELTWATER 465 CALIFORNIA ST FLOOR 11 SAN FRANCISCO, CA  94104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1199** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING PAYMENT & PURCHASE COMMITMENT PERFORMANCE DTD 10/9/2018 | MEMORIAL HOME SVCS OF CENTRAL ILLINOIS INC ATTN LORI VALENTINE 720 N BOND ST SPRINGFIELD, IL  62702 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1199** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PRICING PAYMENT & PURCHASE COMMITMENT PERFORMANCE DTD 10/9/2018 | MEMORIAL HOME SVCS OF CENTRAL ILLINOIS INC ATTN LORI VALENTINE 720 N BOND ST SPRINGFIELD, IL  62702 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1200** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MERC MEDICAL SUPPLY CO INC ATTN OPERATIONS MGR 10518 KIPP WAY DR, STE D HOUSTON, TX  77099 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1201** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MERCHANT HOME MEDICAL SERVICES LLC ATTN OWNER PO BOX 1167 VALDOSTA, GA  31603-1167 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1202** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MERCY HEALTH SERVICES IOWA CORP D/B/A MERCY HOME HEALTHCARE DUBUQUE ATTN KRISTEN WINK 250 MERCY DR DUBUQUE, IA  52001 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1203** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MERCY HEALTH SERVICES IOWA CORP D/B/A MERCY HOME HEALTHCARE DUBUQUE ATTN PRESIDENT PO BOX 7022 TROY, MI  48007-7022 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1204** **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MERCY MEDICAL EQUIPMENT COMPANY ATTN VICE PRESIDENT 1303 S COMAL SAN ANTONIO, TX  78207 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor     Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | RAYMOND STAND UP COUNTER BALANCE AND BATTERY | MERIDIAN LEASING NINE PKWY N, STE 500 DEERFIELD, IL  60015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1206 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1019 DTD 1/21/2011 | MERITS HEALTH PRODUCTS CO LTD NO 9, 36 RD TAICHUNG INDUSTRIAL PARK TAICHUNG TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1207 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MERITUS ENTERPRISES INC D/B/A EQUIPPED FOR LIFE ATTN DIR, OPERATIONS 525 DUAL HWY HAGERSTOWN, MD  21740-5715 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1208 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | METRO MEDICAL EQUIPMENT INC ATTN DIRECTOR 38415 SCHOOLCRAFT RD LIVONIA, MI  48150 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1209 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | MEYER, DENIS ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #161095 | MEYERS ROMAN FRIEDBERG & LEWIS 28601 CHAGRIN BLVD, STE 600 CLEVELAND, OH  44122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Invacare Corporation | Case Number (if known): 23-90068 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFIRMATIVE ACTION PLANS | MEYERS, ROMAN, FREIDBERG & LEWIS 28601 CHAGRIN BLVD SUITE 600 CLEVELAND, OH 44122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | MICROSOFT AZURE MATT ZITO 11955 FREEDOM DR |
| | **State the term remaining** | CURRENT | RESTON, VA 20190 |
| | **List the contract number of any government contract** | | |
| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | MICROSOFT PROFESSIONAL SERVICES DATA PROTECTION ADDENDUM | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | MICROSOFT ENTERPRISE AGREEMENT MATT ZITO 1 MICROSOFT WAY |
| | **State the term remaining** | CURRENT | REDMOND, WA 98052 |
| | **List the contract number of any government contract** | | |
| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MID NEBRASKA MOBILITY INC ATTN OWNER 2215 CENTRAL AVE KEARNEY, NE 68847 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MIDWEST RESPIRATORY CARE INC D/B/A NEBDOCTORS OF NEBRASKA & IOWA ATTN VICE PRESIDENT 9931 S 136TH ST, STE 100 OMAHA, NE 68138-3937 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1217 | **State what the contract or lease is for and the nature of the debtor's interest** | 2017 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) | MIKE ALBERT LEASING INC ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1218 | **State what the contract or lease is for and the nature of the debtor's interest** | 2018 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) | MIKE ALBERT LEASING INC ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1219 | **State what the contract or lease is for and the nature of the debtor's interest** | 2019 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) | MIKE ALBERT LEASING INC ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1220 | **State what the contract or lease is for and the nature of the debtor's interest** | 2020 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) | MIKE ALBERT LEASING INC ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1221 | **State what the contract or lease is for and the nature of the debtor's interest** | 2020 DODGE GRAND CARAVAN SE FRONT-WHEEL DRIVE PASSENGER VAN (RTKH53) | MIKE ALBERT LEASING INC ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1222 | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 CHRYSLER VOYAGER LX PASSENGER VAN (RUCL53) | MIKE ALBERT LEASING INC ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1223** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DODGE GRAND CARAVAN - FRONT-WHEEL DRIVE PASSENGER VAN <br><br><br> CURRENT | MIKE ALBERT LEASING INC ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| **2.1224** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASED BUSINESS VANS FOR SALESFORCE, FREEDOM, ASL AND ENGINEERING <br><br> CURRENT | MIKE ALBERT LTD 10340 EVANDALE DR CINCINNATI, OH  45241 |
| **2.1225** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO COMMERCIAL MOTOR VEHICLE MASTER LEASE AGREEMENT AMENDS AGREEMENT #100504 <br><br> CURRENT | MIKE ALBERT LTD ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| **2.1226** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL MOTOR VEHICLE MASTER LEASE AGREEMENT #100504 <br><br><br> CURRENT | MIKE ALBERT LTD ATTN PRESIDENT 10340 EVENDALE DR CINCINNATI, OH  45241 |
| **2.1227** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGAGEMENT LETTER DTD 2/24/2022 <br><br><br> CURRENT | MILLER BUCKFIRE & CO LLC 787 SEVENTH AVE 5TH FLOOR NEW YORK, NY  10019 |
| **2.1228** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PLATINUM PROVIDER AGREEMENT <br><br><br> CURRENT | MILLER'S RENTAL & SALES CO INC ATTN JOHN P MILLER 2023 ROMIG RD AKRON, OH  44320 |

Debtor      Invacare Corporation
            (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: PLATINUM PROVIDER AGREEMENT DTD 2/1/2019 | MILLERS RENTAL & SALES INC 2023 ROMIG RD AKRON, OH 44320-3819 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MILNER-RUSHING DISCOUNT DRUGS INC ATTN ACCTS RECEIVABLE MGR 869 FLORENCE BLVD FLORENCE, AL 35630 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest** | 20ZS 20' STANDARD TRI CAM CONTAINER | MOBILE MINI SOLUTIONS 7895 CONVOY CT, STE 11 SAN DIEGO, CA 92111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest** | 40ZS 40' STANDARD TRI DOOR | MOBILE MINI SOLUTIONS 7895 CONVOY CT, STE 11 SAN DIEGO, CA 92111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest** | 40ZX 40' STANDARD TRI DOOR AND CG1 CONTAINER GUARD LOCK | MOBILE MINI SOLUTIONS 7895 CONVOY CT, STE 11 SAN DIEGO, CA 92111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTAINER LEASE QUOTATION #425028 DTD 11/8/2021 | MOBILE MODULAR PORTABLE STORAGE 1100 HWY 559 AUBURNDALE, FL 33823 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILIS INC<br>ATTN PRESIDENT<br>2701 W BROADWAY<br>COUNCIL BLUFFS, IA 51501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILITY CENTRAL INC<br>ATTN PRESIDENT<br>400 OLDE TOWNE RD<br>VESTAVIA, AL 35216-3732 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1237 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILITY FIRST INC<br>ATTN PRESIDENT<br>13901 E 42ND TER S, STE D<br>INDEPENDENCE, MO 64055-4774 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1238 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILITY LIVING INC<br>ATTN ATP<br>1215 SE 44TH ST<br>OKLAHOMA CITY, OK 73129-6813 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1239 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILITY MEDICAL INC<br>ATTN VICE PRESIDENT<br>554 PARK LN<br>FLOWOOD, MS 39232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILITY PLUS LLC<br>ATTN A/R & A/P MGR<br>2815 FORBS AVE, STE 107<br>HOFFMAN ESTATES, IL 60192 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1241 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILITY PROFESSIONALS INC ATTN PRESIDENT 2671 PORTOLA PKWY, STE 13 #441 FOOTHILL RANCH, CA  92610 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOBILITY SOLUTIONS INC 7895 CONVOY CT, STE 11 SAN DIEGO, CA  92111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | MONAGHAN, MATTHEW E ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest** | IDEMNITY AGREEMENT DTD 4/1/2015 | MONAGHAN, MATTHEW E ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL INFORMATION & NON-COMPETITION AGREEMENT DTD 4/1/2015 | MONAGHAN, MATTHEW E ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest** | PERFORMANCE UNIT AWARD   4/1/2022 | MONAGHAN, MATTHEW ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Invacare Corporation

(Name)

Case number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | MONAGHAN, MATTHEW<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1248 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE BENFIT AGREEMENT DTD 3/28/2019 | MONEY, TRACI<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1249 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATIUM PROVIDER AGREEMENT | MONTGOMERY DME LLC<br>14109 PONTLAVOY AVE<br>SANTA FE SPRINGS, CA  90670-4934 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1250 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MONUMENT HEALTH RAPID CITY HOSPITAL INC<br>353 FAIRMONT BLVD<br>RAPID CITY, SD  57701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1251 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | MORGAN, JOHN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 3/19/2021 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON, DE  19899 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1253 **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 NORTH MARKET STREET<br>P.O. BOX 1347<br>WILMINGTON, DE  19899-1347 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1254 **State what the contract or lease is for and the nature of the debtor's interest** | 2ND LEASE AMENDMENT AMENDS LEASE AGREEMENT DTD 6/7/2005 | MORTON PROPERTIES INC<br>191 WEBSTER AVE<br><br>JERSEY CITY, NJ  7307 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1255 **State what the contract or lease is for and the nature of the debtor's interest** | SNOW REMOVAL | MOSCARINO LANDSCAPING<br>25329 SPRAGUE RD<br>COLUMBIA STATION, OH  44028 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1256 **State what the contract or lease is for and the nature of the debtor's interest** | SNOW REMOVAL SERVICES | MOSCARINO LANDSCAPING<br>25329 SPRAGUE RD<br>COLUMBIA STATION, OH  44028 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1257 **State what the contract or lease is for and the nature of the debtor's interest** | SNOW REMOVAL CONTRACT DTD 8/13/2022 | MOSCARINO OUTDOOR CREATIONS<br>25329 SPRAGUE RD<br>COLUMBIA STATION, OH  44028 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1258 **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY AGREEMENT - TM LICESE AND ENGINEERING SERVICES | MOTION CONCEPTS LP<br>84 CITATION DR UNIT 1-12<br>CONCORD, ON  L4K 3C1<br>CANADA |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1259 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ROYALTY AGREEMENT<br><br><br><br>CURRENT | MOTION CONCEPTS LP<br>84 CITATION DR 1-12<br>CONCORD, ON  L4K 3C1<br>CANADA |
| 2.1260 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IC NOTE<br><br><br><br>CURRENT | MOTION CONCEPTS<br>84 CITATION DR UNIT 1-12<br>CONCORD, ON  L4K 3C1<br>CANADA |
| 2.1261 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND AMENDMENT TO TRADEMARK LICENSE & ENGINEERING SERVICES AGREEMENT<br>AMENDS AGREEMENT DTD 2/1/2011<br><br>CURRENT | MOTION CONCEPTS<br>84 CITATION DRIVE UNITS 1-3<br>CONCORD, ON  L4K 3C1<br>CANADA |
| 2.1262 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND AMENDMENT TO TRADEMARK LICENSE & ENGINEERING SERVICES AGREEMENT<br>AMENDS AGREEMENT DTD 2/1/2011<br><br>CURRENT | MOTION CONCEPTS<br>84 CITATION DRIVE UNITS 1-3<br>CONCORD, ON  L4K 3C1<br>CANADA |
| 2.1263 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO TRADEMARK LICENSE & ENGINEERING SERVICES AGREEMENT<br>AMENDS AGREEMENT DTD 2/1/2011<br><br>CURRENT | MOTION CONCEPTS<br>84 CITATION DRIVE UNITS 1-3<br>CONCORD, ON  L4K 3C1<br>CANADA |
| 2.1264 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO TRADEMARK LICENSE & ENGINEERING SERVICES AGREEMENT<br>AMENDS AGREEMENT DTD 2/1/2011<br><br>CURRENT | MOTION CONCEPTS<br>84 CITATION DRIVE UNITS 1-3<br>CONCORD, ON  L4K 3C1<br>CANADA |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1265 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENTT TO TRADEMARK LICENSE AND ENGINEERING SERVICES AGREEMENT AMENDS AGREEMENT DTD 2/1/2011 | MOTION CONCEPTS 84 CITATION DRIVE UNITS 1-3 CONCORD, ON  L4K 3C1 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1266 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENTT TO TRADEMARK LICENSE AND ENGINEERING SERVICES AGREEMENT AMENDS AGREEMENT DTD 2/1/2011 | MOTION CONCEPTS 84 CITATION DRIVE UNITS 1-3 CONCORD, ON  L4K 3C1 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1267 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO TRADEMARK LICENSE AND ENGINEERING SERVICES AGREEMENT AMENDS AGREEMENT DTD 2/1/2011 | MOTION CONCEPTS 84 CITATION DRIVE UNITS 1-3 CONCORD, ON  L4K 3C1 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1268 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO TRADEMARK LICENSE AND ENGINEERING SERVICES AGREEMENT AMENDS AGREEMENT DTD 2/1/2011 | MOTION CONCEPTS 84 CITATION DRIVE UNITS 1-3 CONCORD, ON  L4K 3C1 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1269 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO TRADEMARK LICENSE AND ENGINEERING SERVICES AGREEMENT AMENDS AGREEMENT DTD 2/1/2011 | MOTION CONCEPTS 84 CITATION DRIVE UNITS 1-3 CONCORD, ON  L4K 3C1 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1270 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO TRADEMARK LICENSE AND ENGINEERING SERVICES AGREEMENT AMENDS AGREEMENT DTD 2/1/2011 | MOTION CONCEPTS 84 CITATION DRIVE UNITS 1-3 CONCORD, ON  L4K 3C1 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1271 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE & ENGINEERING SERVICES AGREEMENT | MOTION CONCEPTS<br>84 CITATION DRIVE UNITS 1-3<br>CONCORD, ON  L4K 3C1<br>CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1272 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE & ENGINEERING SERVICES AGREEMENT | MOTION CONCEPTS<br>84 CITATION DRIVE UNITS 1-3<br>CONCORD, ON  L4K 3C1<br>CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE AND ENGINEERING SERVICES AGREEMENT | MOTION CONCEPTS<br>84 CITATION DRIVE UNITS 1-3<br>CONCORD, ON  L4K 3C1<br>CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MOTION MOBILITY & DESIGN INC<br>6490 PROMLER ST NW<br>NORTH CANTON, OH  44720 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLUTION ORDER FORM REPLACES ORDER FORMS DTD 7/31/2019 & 1/25/2021 | MOTUS LLC<br>ATTN CHIEF FINANCIAL OFFICER<br>1 BEACON ST, FL 15<br>BOSTON, MA  02108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | PREVENTITIVE MAINTENANCE SOFTWARE | MP2 DATASTREAM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MR. WHEELCHAIR INC<br>ATTN PRESIDENT<br>1201 JEFFERSON HWY<br>JEFFERSON, LA  70121 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MRS. HOMECARE INC<br>ATTN VP OF OPERATIONS<br>PO BOX 568<br>ALBANY, GA  31702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | MSC BIOMEDICAL LLC<br>ATTN DIRECTOR OPERATIONS<br>2270 GARDEN OF THE GODS RD, STE 101<br>COLORADO SPRINGS, CO  80919 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1280 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | MSC BIOMEDICAL LLC<br>ATTN DIRECTOR OPERATIONS<br>283 LOCKHAVEN DR, STE 310<br>HOUSTON, TX  77073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1281 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | MSC BIOMEDICAL LLC<br>ATTN DIRECTOR OPERATIONS<br>5328 E HWY 67<br>ALVARADO, TX  76009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1282 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | MT VERNON COMMUNITY PHARMACY INC<br>D/B/A THE MEDICINE SHOPPE<br>ATTN DIR CLINICAL SVC<br>2339 BROADWAY<br>MT VERNON, IL  62864 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                              Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1283 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | MTMC INTERIOR DESIGN CORP ATTN DIRECTOR 15 WORTHINGTON ACCESS DR MARYLAND HEIGHTS, MO 63043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1284 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT BETWEEN INVACARE CONTINUING CARE, INC., AND MTMC INTERIOR DESIGN CORPORATION, DATED 10/26/19 | MTMC INTERIOR DESIGN CORPORATION 15 WORTHINGTON ACCESS DRIVE ATTN: DANA GLENN MARYLAND HEIGHTS, MO 63043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1285 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT (ONGOING COVENANTS, INCL NONCOMPETE) | MTMC INTERIOR DESIGN CORPORATION ATTN DANA GLENN 15 WORTHINGTON ACCESS DR MARYLAND HEIGHTS, MO 63043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1286 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DTD 10/26/2019 | MTMC INTERIOR DESIGN CORPORATION ATTN DANA GLENN 15 WORTHINGTON ACCESS DR MARYLAND HEIGHTS, MO 63043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1287 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT & ASSUMPTION AGREEMENT DTD 11/1/2019 | MTMC INTERIOR DESIGN CORPORATION ATTN DANA GLENN 15 WORTHINGTON ACCESS DR MARYLAND HEIGHTS, MO 63043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1288 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION AGREEMENT DTD 11/1/2019 ASSIGNS AGREEMENT DTD 10/26/2019 | MTMC INTERIOR DESIGN CORPORATION ATTN DANA GLENN 15 WORTHINGTON ACCESS DR MARYLAND HEIGHTS, MO 63043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1289 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE DTD 11/1/2019 | MTMC INTERIOR DESIGN CORPORATION<br>ATTN DANA GLENN<br>15 WORTHINGTON ACCESS DR<br>MARYLAND HEIGHTS, MO  63043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1290 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | MYERS, ROMAN, FRIEDBERG % LEWIS<br>28601 CHAGRIN BLD<br>SUITE 600<br>CLEVELAND, OH  44122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1291 | **State what the contract or lease is for and the nature of the debtor's interest** | CRM FOR INVESTOR CALLS | NASDAQ IR INSIGHT<br>151 W 42ND ST<br><br>NEW YORK, NY  10036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1292 | **State what the contract or lease is for and the nature of the debtor's interest** | REBATE / FEE | NATIONAL AQUISITION CENTER / VA<br>1ST AVE, BLDG 37<br>PO BOX 76<br><br>HINES, IL  60141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1293 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #7 TO VENDOR DIRECT AGREEMENT<br>AMENDS AGREEMENT DTD 1/1/2008 | NATIONAL DISTRIBUTING & CONTRACTING INC<br>ATTN VENDOR SERVICES<br>402 BNA DR, STE 500<br>NASHVILLE, TN  37217 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1294 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR DIRECT AGREEMENT | NATIONAL DISTRIBUTING & CONTRACTING INC<br>ATTN VENDOR SERVICES<br>402 BNA DR, STE 500<br>NASHVILLE, TN  37217 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1295 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | NATIONAL EMPLOYERS COUNCIL INC D/B/A PEOPLESYSTEMS |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1296 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT - DIAMOND LEVEL | NATIONAL MEDICAL EQUIPMENT INC ATTN PRESIDENT 210 W WALNUT ST COMPTON, CA 90220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1297 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO CHANNEL PROGRAM PURCHASE AGREEMENT AMENDS AGREEMENT DTD 2/1/2020 | NATIONAL MEDICAL EQUIPMENT INC ATTN PRESIDENT 210 W WALNUT ST COMPTON, CA 90220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1298 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL PROVIDER AGREEMENT | NATIONAL SEATING & MOBILITY INC 320 PREMIER CT, STE 220 FRANKLIN, TN 37067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1299 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | NATION'S HEALTHCARE LLC 11515 CRONDRIDGE DR, STE L OWINGS MILLS, MD 21117 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1300 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #591695 | NAVEX GLOBAL INC ATTN GENERAL COUNSEL 5500 MEADOW RD, STE 500 LAKE OSWEGO, OR 97035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Invacare Corporation                                    Case number (if known)    23-90068
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO SERVICES AGREEMENT AMEND AGMT DTD 12/30/2008 | NAVEX GLOBAL INC ATTN GENERAL COUNSEL 5500 MEADOW RD, STE 500 LAKE OSWEGO, OR 97035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | NAVEX GLOBAL ATTN GENERAL COUNSEL 5500 MEADOW RD, STE 500 LAKE OSWEGO, OR 97035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | WHISTLBLOWER HOTLINE | NAVEX GLOBAL, INC. ATTN GENERAL COUNSEL 5500 MEADOW RD, STE 500 LAKE OSWEGO, OR 97035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | WHISTLEBLOWER HOTLINE SERVICES | NAVEX GLOBAL, INC. ATTN GENERAL COUNSEL 5500 MEADOW RD, STE 500 LAKE OSWEGO, OR 97035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1305 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | NCS PO BOX 24101 CLEVELAND, OH 44124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | NDC CO GROUP 402 BNA DR STE 500 NASHVILLE, TN 37217 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                      Case Number (if known)    23-90068
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1307** **State what the contract or lease is for and the nature of the debtor's interest** | STAFFING SERVICES AGREEMENT | NESCO RESOURCE LLC ATTN AREA MGR 6140 PARKLAND BLVD MAYFIELD HTS, OH  44124 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1308** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DTD 10/29/2019 RE: AGREEMENT DTD 10/29/2019 | NESCO RESOURCE LLC ATTN AREA MGR 6140 PARKLAND BLVD MAYFIELD HTS, OH  44124 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1309** **State what the contract or lease is for and the nature of the debtor's interest** | STAFFING SERVICES AGREEMENT | NESCO RESOURCE LLC ATTN EXEC VICE PRESIDENT 6140 PARKLAND BLVD MAYFIELD HEIGHTS, OH  44124 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1310** **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY STAFFING | NESCO 6140 PARKLAND BLVD MAYFIELD HTS, OH  44124 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1311** **State what the contract or lease is for and the nature of the debtor's interest** | WEBSITE DOMAIN NAMES | NETWORK SOLUTIONS 13861 SUNRISE VALLEY DR, STE 300  HERNDON, VA  20171-6126 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1312** **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | NEW LIFE HOME MEDICAL EQUIPMENT ATTN CHIEF EXECUTIVE OFFICER 1402 S CUSTER RD, STE 504 MCKINNEY, TX  75072 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1313 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1087 DTD 1/27/2005<br><br><br>CURRENT | NEW PROKIN INTERNATIONAL LTD<br>ATTN JAMES TSAI<br>NEW PROKIN 1, BLDG 1, IND'L AREA<br>DONGQIU ZHONGSHAN, 4 ROAD<br>ZHONGSHAN, GUANGDONG  528400<br>CHINA |
| 2.1314 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br><br>CURRENT | NEW WEST MEDICAL INC<br>ATTN PRESIDENT<br>2971 CHURN CREEK RD<br>REDDING, CA  96002 |
| 2.1315 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | E-COMMERCE AGREEMENT<br><br><br>CURRENT | NEWLEAF HEALTH INC<br>D/B/A NEWLEAFHOMEMEDICAL.COM<br>ATTN PRESIDENT<br>6600 CHASE OAKS BLVD, STE 150<br>PLANO, TX  75013 |
| 2.1316 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDINARY COURSE PROFESSIONAL<br><br><br>CURRENT | NEWPORT GROUP<br>200 DRYDEN RD<br>DRESHER, PA  19025 |
| 2.1317 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NONQUALIFIED PLAN ADMINISTRATION<br><br><br>CURRENT | NEWPORT GROUP<br>DEPT CH 19699<br>PALATINE, IL  60055-9699 |
| 2.1318 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD PROVIDER AGREEMENT<br><br><br>CURRENT | NH MED SERVICES LLC<br>ATTN DIR OF PURCHASING<br>17563 NC HWY 109 S<br>DENTON, NC  27239 |

Debtor   Invacare Corporation

(Name)

Case number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1078 DTD 2/21/2005 | NINGBO GENERAL BEARING CO LTD ATTN YONGMAO LI XINXIN INDUSTRY AREA LANGXIA TOWN YUYAO, ZHEJIANG  315482 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1078 DTD 4/17/2007 | NINGBO GENERAL BEARING CO LTD ATTN YONGMAO LI XINXIN INDUSTRY AREA LANGXIA TOWN YUYAO, ZHEJIANG  315482 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1090 | NINGBO JIANGBEI DISTRICT CICHENG PNEUMATIC COMPONENTS FACTORY ATTN WANG MAO LIN 185-1 DONGMENWAI RD CICHENG TOWN NINGBO CITY  315031 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1044 | NINGBO YUNFENG IMPORT & EXPORT CO LTD ATTN XIAO RONG PENG THE INDUSTRIAL ZONE XIDIAN, NINGHAI NINGBO, ZHEJIANG CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1323 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1044 | NINGHAI JIANPAI AUTOMOTIVE ACCESSORY CO LTD ATTN ZHOU JIANYONG MEILIN INDUSTRY ZONE NINGBO, ZHEJIANG  315609 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1324 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1069 DTD 9/21/2004 | NINGHAI JIANPAI AUTOMOTIVE ACCESSORY CO LTD ATTN ZHOU JIANYONG MEILIN INDUSTRY ZONE NINGHAI, ZHEJIANG  315609 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1325 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT #1044 DTD 9/1/2015 | NINGHAI JIANPAI AUTOMOTIVE ACCESSORY CO LTD DA LUZHOU VILLAGE MEILIN INDUSTRY ZONE, NINGHAI NINGBO, ZHEJIANG CHINA |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1326 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | NMB TECHNOLOGIES CORPORATION 39830 GRAND RIVER AVE, STE 1 NOVI, MI  48375-2140 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1327 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | NORCO INC ATTN EVP, MEDICAL 1125 W AMITY RD BOISE, ID  83705 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1328 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT ON PURCHASE OF RECEIVABLES DTD 5/12/2021 | NORDEA FINANS DANMARK A/S HELGESHAJ ALLE 33 TAASTRUP  DK-2630 DENMARK |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1329 | State what the contract or lease is for and the nature of the debtor's interest | SURETYSHIP AGREEMENT ON PURCHASE OF RECEIVABLES | NORDEA FINANS DANMARK A/S HELGESHAJ ALLE 33 TAASTRUP  DK-2630 DENMARK |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1330 | State what the contract or lease is for and the nature of the debtor's interest | PLATINUM PROVIDER AGREEMENT | NORTH CENTRAL MEDICAL RESOURCE D/B/A AULTMAN HOME MEDICAL SUPPLY 5220 W TUSCARAWAS ST CANTON, OH  44708 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Invacare Corporation
(Name)                                              Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1331 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNUAL HEATING & AIR CONDITIONING DTD 3/9/2015 | NORTHERN REFRIGERATION SYSTEMS INC 8089 LEAVITT RD AMHERST, OH  44001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1332 | **State what the contract or lease is for and the nature of the debtor's interest** | FAX QUOTATION DTD 8/7/2013 | NORTHERN REFRIGERATION SYSTEMS INC 8089 LEAVITT RD AMHERST, OH  44001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1333 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER ADDENDUM RE: AGREEMENT DTD 10/1/2010 | NORTHERN REFRIGERATION SYSTEMS INC 8089 LEAVITT RD AMHERST, OH  44001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1334 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - ICE MACHINES | NORTHERN REFRIGERATION 8089 LEAVITT RD AMHERST, OH  44001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1335 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - PAINT LINE OVEN | NORTHERN REFRIGERATION 8089 LEAVITT RD AMHERST, OH  44001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC SERVICES | NORTHERN REFRIGERATION 8089 LEAVITT RD AMHERST, OH  44001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                          Case Number (if known)    23-90068
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | NPL HOMECARE INC ATTN GENERAL MGR 7033 LAKE AVE ELYRIA, OH  44035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1338 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | NSM MARKETING INC ATTN RICHARD DOVE 2 NEWELL DR MEDFIELD, MA  02052 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1339 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 9/21/2021 RE: AGREEMENT DTD 6/1/2019 | NSM MARKETING INC ATTN RICHARD DOVE 2 NEWELL DR MEDFIELD, MA  02052 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1340 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | NUNN LAW LLC 510 E SIXTH ST PERRYSBURG, OH  43551 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1341 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | NUNN LAW LLC 510 E. SIXTH STREET PERRYSBURG, OH  43551 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | NV MEDICAL SUPPLIES LLC ATTN DIR, VENDOR RELATIONS 13910 LYNMAR BLVD TAMPA, FL  33626 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                    Case number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #054021428844NYL DTD 3/14/2022 | NYSE MARKET (DE) INC<br>11 WALL STREET<br>NEW YORK, NY 10005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | WELDING/ ROBOT SUPPORT SERVICES | O.E. MEYER<br>2005 E 28TH ST<br>LORAIN, OH 44052 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #5504 DTD 10/1/2022 | OHIO ELEVATOR & LIFT INC<br>9345 RAVENNA RD, UNIT F<br>TWINSBURG, OH 44087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | TAYLOR STREET ELEVATOR MAINTENANCE | OHIO ELEVATOR<br>9345 RAVENNA RD, UNIT F<br>TWINSBURG, OH 44087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | OKUNOLA, FLORENCE BIOLA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | OLYMPIC PHARMACY & HEALTH CARE SERVICES<br>4700 PT FOSDICK DR NW, #120<br>GIG HARBOR, WA 98335 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1349 **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | OLYMPIC PHARMACY & HEALTH CARE SERVICES 4909 33RD AVE CT NW GIG HARBOR, WA  98335 |

2.1349
**State what the contract or lease is for and the nature of the debtor's interest** — GOLD PROVIDER AGREEMENT

OLYMPIC PHARMACY & HEALTH CARE SERVICES
4909 33RD AVE CT NW
GIG HARBOR, WA  98335

**State the term remaining** — CURRENT

**List the contract number of any government contract**

---

2.1350
**State what the contract or lease is for and the nature of the debtor's interest** — WEBCAST ELITE 1000 SUBSCRIPTION AGREEMENT

ON24 INC
ATTN ACCOUNT EXECUTIVE
50 BEALE ST, 8TH FL
SAN FRANCISCO, CA  94105

**State the term remaining** — CURRENT

**List the contract number of any government contract**

---

2.1351
**State what the contract or lease is for and the nature of the debtor's interest** — WEBCAST MANAGEMENT SUBSCRIPTION

ON24
ATTN ACCOUNT EXECUTIVE
50 BEALE ST, 8TH FL
SAN FRANCISCO, CA  94105

**State the term remaining** — CURRENT

**List the contract number of any government contract**

---

2.1352
**State what the contract or lease is for and the nature of the debtor's interest** — PRIVACY COMPLIANCE TOOL

ONE TRUST TECHNOLOGY LIMITED
82 ST JOHN ST
LONDON  EC1M 4JN
UNITED KINGDOM

**State the term remaining** — CURRENT

**List the contract number of any government contract**

---

2.1353
**State what the contract or lease is for and the nature of the debtor's interest** — GOLD PROVIDER AGREEMENT

O'NELL MANAGEMENT LLC
D/B/A O'NELL HEALTHCARE
ATTN DIR OF OPERATIONS
38642 CENTER RIDGE RD
NORTH RIDGEVILLE, OH  44039

**State the term remaining** — CURRENT

**List the contract number of any government contract**

---

2.1354
**State what the contract or lease is for and the nature of the debtor's interest** — SALES TAX DETERMINATION

ONESOURCE
2830 MERRELL RD
DALLAS, TX  75229-4701

**State the term remaining** — CURRENT

**List the contract number of any government contract**

Debtor   Invacare Corporation                                   Case Number (if known)   23-90068
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1355 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | OPTISOURCE CO GROUP 1721 RENOIR DR O'FALLON, MO 63368 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1356 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT ONE AMENDS AGREEMENT DTD 8/10/2012 | ORACLE AMERICA INC 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1357 | **State what the contract or lease is for and the nature of the debtor's interest** | ORACLE CLOUD SERVICES AGREEMENT | ORACLE AMERICA INC 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1358 | **State what the contract or lease is for and the nature of the debtor's interest** | ORACLE SOFTWARE AS A SERVICE ORDERING DOCUMENT RE: #US-TERM-CRM-OSSA-V121509-224731 DTD 8/10/2012 | ORACLE AMERICA INC 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1359 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | ORACLE CLOUD JARED PLIMMER JAYCFIL LABIO RILEY GLASSMANN 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1360 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | ORACLE ELOQUA 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1361** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | ORACLE ELOQUA 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1362** **State what the contract or lease is for and the nature of the debtor's interest** | ORACLE GENERAL TERMS# CH-OMA-QT5989937 | ORACLE SOFTWARE (SCHWEIZ) GMBH THE CIRCLE 32 ZURICH ZURICH 8058 SWITZERLAND |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1363** **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AMC | ORACLE SUN-NK20241436 BRAD GITHENS 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1364** **State what the contract or lease is for and the nature of the debtor's interest** | HARDWARE AMC | ORACLE BRAD GITHENS 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1365** **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE+ H/WARE SUPPORT | ORACLE BRAD GITHENS 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1366** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | ORACLE MUHAMED HADZIC OLIVIER ETCHEVERS 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation    Case Number (if known)    23-90068
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1367 | **State what the contract or lease is for and the nature of the debtor's interest** | TELECOM & NETWORKING SERVICES | ORANGE<br>78 RUE OLIVIER DE SERRES<br>PARIS  75015<br>FRANCE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1368 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #100400969877 DTD 11/14/2022 | OTIS ELEVATOR COMPANY<br>P. O. BOX 73579<br>CHICAGO, IL  60673-7579 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1369 | **State what the contract or lease is for and the nature of the debtor's interest** | HQ ELEVATOR MAINTENANCE SERVICES | OTIS ELEVATOR SERVICE<br>P. O. BOX 73579<br>CHICAGO, IL  60673-7579 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1370 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | OXYGEN RICH LLC<br>ATTN DME MANAGER<br>805 KINGS WAY<br>WAKE VILLAGE, TX  75501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1371 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #3063583 DTD 8/29/2022<br>RE: MAINTENANCE AGREEMENT | P Q SYSTEMS<br>PO BOX 750010<br>DAYTON, OH  45475 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1372 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | PALMCO INC<br>D/B/A HOMETOWN'S HEALTHY LIVING STORE<br>ATTN OWNER & VP<br>609 LOCUST ST<br>CHILLICOTHE, MO  64601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1373 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE - 7801 SOUTH JACKSON ROAD, PHARR TX 78577 | PARKER & COMPANY 4694 JAIME J. ZAPATA AVE. BROWNSVILLE, TX  78521 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1374 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE RENEWAL LETTER DTD 11/3/2014 | PARKER AND COMPANY ATTN GENERAL MANAGER 7801 S JACKSON RD PHARR, TX  78577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1375 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMS BROKERAGE SERVICES | PARKER LOGISTICS 1975 LINDEN BLVD ELMONT, NY  11003 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1376 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | PARKER POE ADAMS & BERNSTEIN LLP THREE WELLS FARGO CENTER 401 S TRYON ST, STE 3000 CHARLOTTE, NC  28202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1377 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | PARKER POE ADAMS & BERNSTEIN, LLP THREE WELLS FARGO CENTER SUITE 3000 401 S. TRYON STREET CHARLOTTE, NC  28202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1378 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE RENEWAL LETTER DTD 1/29/2020 AMENDS AGREEMENT DTD 12/1/2008 | PARKERCO INC D/B/A PARKER AND COMPANY ATTN ANTONIO RIVERA 7801 S JACKSON RD, STE B PHARR, TX  78577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known)  23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1379 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE RENEWAL LETTER DTD 2/12/2018 <br><br><br> CURRENT | PARKERCO INC D/B/A PARKER AND COMPANY ATTN ANTONIO RIVERA 7801 S JACKSON RD, STE B PHARR, TX 78577 |
| 2.1380 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE RENEWAL LETTER DTD 2/12/2019 AMENDS AGREEMENT DTD 12/1/2008 <br><br> CURRENT | PARKERCO INC D/B/A PARKER AND COMPANY ATTN ANTONIO RIVERA 7801 S JACKSON RD, STE B PHARR, TX 78577 |
| 2.1381 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE RENEWAL LETTER DTD 3/31/2022 AMENDS AGREEMENT DTD 12/1/2008 <br><br> CURRENT | PARKERCO INC D/B/A PARKER AND COMPANY ATTN ANTONIO RIVERA 7801 S JACKSON RD, STE B PHARR, TX 78577 |
| 2.1382 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE RENEWAL LETTER DTD 9/20/2017 <br><br><br> CURRENT | PARKERCO INC D/B/A PARKER AND COMPANY ATTN ANTONIO RIVERA 7801 S JACKSON RD, STE B PHARR, TX 78577 |
| 2.1383 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE RENEWAL LETTER DTD 9/21/2012 <br><br><br> CURRENT | PARKERCO INC D/B/A PARKER AND COMPANY ATTN ANTONIO RIVERA 7801 S JACKSON RD, STE B PHARR, TX 78577 |
| 2.1384 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROPERTY LEASE AGREEMENT <br><br><br> CURRENT | PARKERCO INC D/B/A PARKER AND COMPANY ATTN PRESIDENT 7801 S JACKSON RD PHARR, TX 78577 |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1385 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AMENDMENT AMENDS AGREEMENT DTD 12/1/2008 | PARKERCO INC D/B/A PARKER AND COMPANY ATTN PRESIDENT 7801 S JACKSON RD PHARR, TX  78577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1386 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT | PATIENT CARE SOLUTIONS INC ATTN PRESIDENT 1810 6TH ST BERKELEY, CA  94710 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1387 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT | PATIENT CARE SOLUTIONS INC C/O EAST BAY GENERAL COUNSEL PC ATTN CHRIS BOAS, ESQ 1940 SAN ANTONIO AVE BERKELEY, CA  94707-1620 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1388 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE AGREEMENT | PATIENT LIFT USA LLC D/B/A AMICA MEDICAL SUPPLY ATTN PRESIDENT 3532 IRWIN SIMPSON RD, STE 86 MASON, OH  45040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1389 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD INDEPENDENT CONTRACTOR AGREEMENT | PAVELLA, MIKE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1390 | **State what the contract or lease is for and the nature of the debtor's interest** | USE FOR BACKFILL SUPPORT IN CORPORATE FINANCE AND INTERNAL AUDIT. | PAVELLA, MIKE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1391 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-DEMAND SOLUTIONS SUBSCRIPTION AGREEMENT DTD 5/1/2020 | PAYMETRIC INC 300 COLONIAL CENTER PKWY, STE 130 ROSWELL, GA  30076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1392 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW #262734 RE: MASTER INFORMATION TECHNOLOGY SERVICES AGREEMENT | PAYMETRIC INC 300 COLONIAL CENTER PKWY, STE 130 ROSWELL, GA  30076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1393 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1088 DTD 12/7/2004 | PELOTON INCORPORATION CO ATTN STEPHEN CHEN NO 173, XINGQIAN RD, JIMEI AREA XIAMEN  361022 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1394 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM | PEOPLE FIRST MOBILITY LLC 800 HERTEL AVE  STE 103 BUFFALO, NY  14207-1906 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1395 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | PEOPLE FIRST MOBILITY LLC ATTN GENERAL MANAGER 800 HERTEL AVE, STE 103 BUFFALO, NY  14207-1906 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1396 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM | PEOPLE FIRST MOBILITY LLC ATTN GENERAL MANAGER 800 HERTEL AVE, STE 103 BUFFALO, NY  14207-1906 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1397 | **State what the contract or lease is for and the nature of the debtor's interest** | UNEMPLOYMENT COMPLIANCE | PEOPLE SYSTEMS<br>PO BOX 4816<br>SYRACUSE, NY  13221-4816 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1398 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO DISTRIBUTION AGREEMENT<br>AMENDS AGREEMENT DTD 9/13/2018 | PERFORMANCE HEALTH HOLDINGS INC<br>ATTN DIR GLOBAL STRATEGIC SUPPLIER MGMT<br>28100 TORCH PKWY, STE 800<br>WARRENVILLE, IL  60555-3938 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1399 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | PHARMACY SERVICES INC<br>D/B/A CAREPRO HOME MEDICAL<br>ATTN PRESIDENT/CEO<br>1014 5TH AVE SE<br>CEDAR RAPIDS, IA  52403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1400 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #2230025 DTD 1/1/2023 | PIPKINS INC<br>1001 BOARDWALK SPRINGS PL, STE 100<br>O'FALLON, MO  63368 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1401 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE PHONE CONTRACT | PIPKINS<br>1001 BOARDWALK SPRINGS PLACE<br>O'FALLON, MO  63368 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1402 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | PITCOCK BIOMEDICAL INC<br>ATTN OWNER<br>5894 MURFREESBORO HWY<br>MANCHESTER, TN  37355 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | PITCOCK BIOMEDICAL 5894 MURFREESBORO HWY MANCHESTER, TN 37355 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1404 | **State what the contract or lease is for and the nature of the debtor's interest** | POSTAGE METER | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC ACCT 1660 5430 86 3 PO BOX 856390 LOUISVILLE, KY 40285-6390 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1405 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | PLUNKETT & COONEY PC 150 WEST JEFFERSON, STE 800 DETROIT, MI 48226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1406 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | PLUNKETT & COONEY, P.C. 150 WEST JEFFERSON SUITE 800 DETROIT, MI 48226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest** | 10TH AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCREDITOR AGREEMENT DTD 7/6/2022 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1416 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE & 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1417 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1418 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER & 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1419 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED AND RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1420 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN AGENCY SVCS; TRINA BARKLEY FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1421 | **State what the contract or lease is for and the nature of the debtor's interest**<br>AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | PNC BANK NA<br>ATTN AGENCY SVCS; TRINA BARKLEY<br>FIRSTSIDE CENTER<br>500 FIRST AVE, FL 4<br>PITTSBURGH, PA  15219 |
| 2.1422 | **State what the contract or lease is for and the nature of the debtor's interest**<br>INTERCREDITOR AGREEMENT DTD 7/6/2022<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | PNC BANK NA<br>ATTN AGENCY SVCS; TRINA BARKLEY<br>FIRSTSIDE CENTER<br>500 FIRST AVE, FL 4<br>PITTSBURGH, PA  15219 |
| 2.1423 | **State what the contract or lease is for and the nature of the debtor's interest**<br>SECOND AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | PNC BANK NA<br>ATTN AGENCY SVCS; TRINA BARKLEY<br>FIRSTSIDE CENTER<br>500 FIRST AVE, FL 4<br>PITTSBURGH, PA  15219 |
| 2.1424 | **State what the contract or lease is for and the nature of the debtor's interest**<br>LANDLORD AGREEMENT DTD 12/15/2016<br>RE: LEASE DTD 4/23/2015<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | PNC BANK NA<br>ATTN CHERYL THON, AGENCY SERVICES<br>PNC FIRSTSIDE CENTER<br>500 FIRST AVE, 4TH FL<br>PITTSBURGH, PA  15219 |
| 2.1425 | **State what the contract or lease is for and the nature of the debtor's interest**<br>10TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 12/29/2021 AMENDS AGREEMENT DTD 9/30/2015<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | PNC BANK NA<br>ATTN CUSTOMER ACCT MGMT<br>PNC INVESTMENT OPS<br>116 ALLEGHENY CTR MALL<br>PITTSBURGH, PA  15212 |
| 2.1426 | **State what the contract or lease is for and the nature of the debtor's interest**<br>1ST AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 2/16/2016 AMENDS AGREEMENT DTD 9/30/2015<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | PNC BANK NA<br>ATTN CUSTOMER ACCT MGMT<br>PNC INVESTMENT OPS<br>116 ALLEGHENY CTR MALL<br>PITTSBURGH, PA  15212 |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1427 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1428 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 11/13/2019 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1429 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/29/2020 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1430 | **State what the contract or lease is for and the nature of the debtor's interest** | 8TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 1/15/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1431 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER RESOLUTIONS & AUTHORIZATIONS FOR SERVICES & PRODUCTS | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1432 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER RESOLUTIONS & AUTHORIZATIONS FOR SERVICES & PRODUCTS | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Invacare Corporation
        (Name)                                                    Case Number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1433 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE AND 3RD AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 9/30/2016 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1434 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 2ND AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 5/3/2016 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1435 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND 5TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 6/7/2017 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN CUSTOMER ACCT MGMT PNC INVESTMENT OPS 116 ALLEGHENY CTR MALL PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1436 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN TODD MILENIUS 1900 E 9TH ST, 9TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1437 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA ATTN TODD MILENIUS 1900 E 9TH ST, 9TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1438 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | PNC BANK NA ATTN TODD MILENIUS 1900 E 9TH ST, 9TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1439 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD AGREEMENT DTD 12/15/2016 | PNC BANK NA ATTN TODD MILENIUS 1900 E 9TH ST, 9TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1440 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | PNC BANK NA ATTN TODD MILENIUS 1900 E 9TH ST, 9TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1441 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD AGREEMENT DTD 12/15/2016 RE: LEASE DTD 4/23/2015 | PNC BANK NA ATTN TODD MILENIUS 1900 E NINTH ST, 9TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1442 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | PNC BANK NA ATTN TODD MILENIUS, VP 1900 E NINTH ST, 9TH FL CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1443 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA PNC AGENCY SVCS/PNC FIRSTSIDE CTR ATTN CHERYL THON 500 FIRST AVE, 4TH FL PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1444 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | PNC BANK NA PNC AGENCY SVCS/PNC FIRSTSIDE CTR ATTN CHERYL THON 500 FIRST AVE, 4TH FL PITTSBURGH, PA  15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1445 | **State what the contract or lease is for and the nature of the debtor's interest** | 9TH AMENDMENT TO AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT DTD 3/10/2021 AMENDS AGREEMENT DTD 9/30/2015 | PNC BANK NA PNC AGENCY SVCS/PNC FIRSTSIDE CTR ATTN TRINA BARKLEY 500 FIRST AVE, 4TH FL PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1446 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED REVOLVING CREDIT & SECURITY AGREEMENT | PNC BANK NA PNC AGENCY SVCS/PNC FIRSTSIDE CTR ATTN TRINA BARKLEY 500 FIRST AVE, 4TH FL PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1447 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD AGREEMENT DTD 12/15/2016 | PNC BANK NA PNC FIRSTSIDE CTR ATTN CHERYL THON, AGENCY SERVICES 500 FIRST AVE, 4TH FL PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1448 | **State what the contract or lease is for and the nature of the debtor's interest** | DAILY BANKING SERVICES | PNC BANK ATTN AGENCY SVCS; CHERYL THON FIRSTSIDE CENTER 500 FIRST AVE, FL 4 PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1449 | **State what the contract or lease is for and the nature of the debtor's interest** | DAILY BANKING SERVICES | PNC BANK FIRSTSIDE CENTER 500 FIRST AVENUE PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1450 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PROGRAM AUTHORIZATION AND AGREEMENT | PNC NATIONAL ASSOCIATION 500 FIRST AVENUE PITTSBURGH, PA 15219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                      Case Number (if known)   23-90068
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1451** **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | POST & SCHELL PC 4 PENN CENTER, 14TH FL 1600 JOHN F KENNEDY BLVD PHILADELPHIA, PA  19103 |

**2.1451**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | POST & SCHELL PC<br>4 PENN CENTER, 14TH FL<br>1600 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA  19103 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.1452**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | POST & SCHELL, PC<br>4 PENN CENTER<br>14TH FLOOR<br>1600 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA  19103 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.1453**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | GAGEPACK GAUGE CALIBRATION SOFTWARE | PQ SYSTEMS<br>P.O. BOX 750010<br>DAYTON, OH  45475 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.1454**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | PRACTICAL LAW |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.1455**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | PRAN MEDICAL LLC<br>D/B/A PRIMO MEDICAL SUPPLIES<br>ATTN OFFICE MANAGER<br>7515 GRISSOM RD, STE 107<br>SAN ANTONIO, TX  78251 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.1456**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-ASSERTION AGREEMENT DTD 12/4/2008 | PREMOBIL AB<br>ATTN CHIEF EXECUTIVE OFFICER<br>PER UDDENS VAG 20<br>TIMRA<br>SWEDEN |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1457 **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-ASSERTION AGREEMENT DTD 12/4/2008 | PREMOBIL AB C/O PREMOBIL INC ATTN JENNIFER L FINGER, GEN COUNSEL 6961 EASTGATE BLVD LEBANON, TN 37090 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1458 **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-ASSERTION AGREEMENT DTD 12/4/2008 | PREMOBIL AB C/O PREMOBIL INC ATTN LARRY JACKSON, PRES 6961 EASTGATE BLVD LEBANON, TN 37090 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1459 **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | PRESTIGE ADMINISTRATIVE SERVICES LLC D/B/A PRESTIGE HEALTHCARE LLC ATTN CEO 7400 NEW LA GRANGE RD, STE 100 LOUISVILLE, KY 40222 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1460 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | PREVENT INC ATTN PRESIDENT 361 10TH AVE DR NE HICKORY, NC 28601 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1461 **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE SERVICE | PREVENT ATTN PRESIDENT 361 10TH AVE DR NE HICKORY, NC 28601 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1462 **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | PRICE WATERHOUSE COOPERS LLP P.O. BOX 75647 CHICAGO, IL 60675-5647 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1463 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS SUPPLIES | PRICESPIDER C/O PNC BANK PASENDA, CA  91110-2843 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-ASSERTION AGREEMENT DTD 9/26/2007 | PRIDE MOBILITY PRODUCTS CORP ATTN SCOTT MEUSER, CEO 182 SUSQUEHANNA AVE EXETER, PA  18643 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-ASSERTION AGREEMENT DTD 9/26/2007 | PRIDE MOBILITY PRODUCTS CORP C/O JOSEPH BURKE, ESQ 1460 WYOMING AVE FORTY FORT, PA  18704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-ASSERTION AGREEMENT DTD 9/26/2007 | PRIDE MOBILITY PRODUCTS CORP C/O WOODCOCK WASHBURN LP ATTN GARY LEVIN, ESQ CIRA CENTRE, 2929 ARCH ST, 12TH FL PHILADELPHIA, PA  19104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1467 | **State what the contract or lease is for and the nature of the debtor's interest** | SUMMARY OF WHEELCHAIR-RELATED AGREEMENTS | PRIDE ATTN SCOTT MEUSER, CEO 182 SUSQUEHANNA AVE EXETER, PA  18643 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1468 | **State what the contract or lease is for and the nature of the debtor's interest** | PRINTER LEASE | PRINTHOFF ATTN DANIEL HOFER |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1469 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | PROCURE ADVANTAGE GPO<br>485 CENTRAL AVE NE<br>CLEVELAND, TN  37311 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1470 | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO GROUP PURCHASING ORGANIZATION AGREEMENT<br>AMENDS AGREEMENT DTD 4/11/2018 | PROCURE ADVANTAGE LLC<br>D/B/A COMMITED BUYING ALLIANCE<br>ATTN PRESIDENT<br>485 CENTRAL AVE NE<br>CLEVELAND, TN  37311 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1471 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP PURCHASING ORGANIZATION AGREEMENT | PROCURE ADVANTAGE LLC<br>D/B/A COMMITED BUYING ALLIANCE<br>ATTN PRESIDENT<br>485 CENTRAL AVE NE<br>CLEVELAND, TN  37311 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1472 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE CERTIFICATE BENEFITS DTD 8/29/2022 | PRODUCTIVITY-QUALITY SYSTEMS INC<br>PO BOX 750010<br>DAYTON, OH  45475-0010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1473 | **State what the contract or lease is for and the nature of the debtor's interest** | CALL CONNECT IP PHONE | PROXIMUS<br>ATTN DIRK BROUNS<br>BOULEVARD DU ROI ALBERT II 27<br>BRUXELLES  1030<br>BELGIUM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1474 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED EMPLOYMENT AGREEMENT | PURTILL, GEOFFREY P<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation   Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1475 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | PURTILL, GEOFFREY P<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1476 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTOR INDEMNITY AGREEMENT | PURTILL, GEOFFREY P<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1477 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY AGREEMENT DTD 8/25/2022 | PURTILL, GEOFFREY P<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1478 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 11/21/2022 | PURTILL, GEOFFREY P<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1479 | **State what the contract or lease is for and the nature of the debtor's interest** | PERFORMANCE UNIT AWARD   4/1/2022 | PURTILL, GEOFFREY P<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1480 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE AGREEMENT | PURTILL, GEOFFREY P<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1481 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL AUDIT MATTERS | PWC<br>BIRCHSTRASSE 160<br>ZURICH<br>ZURICH  8050<br>SWITZERLAND |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest | IR WEBSITE, QUARTERLY ER WEBCASTING | Q4<br>469-A KING ST. W.<br>TORONTO, ONTARIO  M5V 1K4<br>CANADA |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1483 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE | QAD (CLOUD BUNDLE + 3PL)<br>MALGORZATA BIESZCZAD<br>MAGDALENA BODNAR<br>100 INNOVATION PL<br>SANTA BARBARA, CA  93108 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1484 | State what the contract or lease is for and the nature of the debtor's interest | E-COMMERCE ELITE AGREEMENT | QUAISAR ENTERPRISES LLC<br>D/B/A HEALTH PRODUCTS FOR YOU<br>ATTN GENERAL MGR<br>14 FAIRFIELD DR<br>BROOKFIELD, CT  6804 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1485 | State what the contract or lease is for and the nature of the debtor's interest | REPAIR SERVICE AGREEMENT | QUALITY BIOMEDICAL INC<br>ATTN CHIEF EXECUTIVE OFFICER<br>7381 114TH AVE N, STE 402<br>LARGO, FL  33773 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1486 | State what the contract or lease is for and the nature of the debtor's interest | RESPIRATORY WARRANTY REPAIR SERVICE | QUALITY BIOMEDICAL<br>7381 114TH AVE NORTH STE 402<br>LARGO, FL  33773 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Invacare Corporation
        (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1487** **State what the contract or lease is for and the nature of the debtor's interest** PROFESSIONAL SERVICES AGREEMENT | QUALITYHUB INC ATTN DIRECTOR 976 LAKE BALDWIN LN, STE 204 ORLANDO, FL  32814 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.1488** **State what the contract or lease is for and the nature of the debtor's interest** POWER MOBILITY AND SEATING REBATE PROGRAM RE: PLATINUM PROVIDER AGREEMENT DTD 5/1/2021 | QUEEN CITY MED MART INC 10780 READING RD CINCINNATI, OH  45241-2531 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.1489** **State what the contract or lease is for and the nature of the debtor's interest** POWER MOBILITY AND SEATING REBATE PROGRAM RE: PLATINUM PROVIDER AGREEMENT DTD 5/1/2021 | QUEEN CITY MED MART INC 10780 READING RD CINCINNATI, OH  45241-2531 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.1490** **State what the contract or lease is for and the nature of the debtor's interest** E-COMMERCE AGREEMENT | QUEEN CITY MED MART LLC ATTN VICE PRESIDENT 10780 READING RD CINCINNATI, OH  45241-2531 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.1491** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT SALES REPRESENTATIVE AGREEMENT | RABSON REHAB SALES 160 TERMINAL DR PLAINVIEW, NY  11803 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.1492** **State what the contract or lease is for and the nature of the debtor's interest** CHANNEL PROGRAM PURCHASE AGREEMENT- GOLD LEVEL | RAINBOW CARE & CONSULTANTS INC ATTN PRESIDENT 417 KENWOOD AVE, STE A DELMAR, NY  12054-3231 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | RAMBHATLA, RAMAKANT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1494 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | RAMBHATLA, RAMAKANT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1495 | **State what the contract or lease is for and the nature of the debtor's interest** | SHIPPING SOFTWARE AND AUDIT SERVICES | RATELINX 4602 S BILTMORE LN STE 104 MADISON, WI  53718-2155 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1496 | **State what the contract or lease is for and the nature of the debtor's interest** | ELECTRIC PALLET TRUCK | RAYMOND LEASING CORPORATION. PO BOX 301590 DALLAS, TX  75303-1590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1497 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - COUNTERBALANCE LIFT TRUCK | RAYMOND LEASING CORPORATION. PO BOX 301590 DALLAS, TX  75303-1590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1498 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - RAYMOND STAND UP COUNTERLANCE, BATTERY AND CHARGER | RAYMOND LEASING CORPORATION. PO BOX 301590 DALLAS, TX  75303-1590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case number (if known)    23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1499 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT - REACH LIFT TRUCK | RAYMOND LEASING CORPORATION. PO BOX 301590 DALLAS, TX  75303-1590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1500 | **State what the contract or lease is for and the nature of the debtor's interest** | FOREIGN EXCHANGE PROVIDER | REFINITIV / FXALL 28 LIBERTY ST, FL 58 NEW, NY  10005-1457 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1501 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | REGIONAL MEDICAL CENTER ATTN DIRECTOR 809 UNIVERSITY BLVD E TUSCALOOSA, AL  35401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1502 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | REHAB MEDICAL INC 6365 CASTLEPLACE DR INDIANAPOLIS, IN  46250 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1503 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SALES REPRESENTATIVE AGREEMENT | REHAB REPRESENTATIVES 140 MAXWELL ST DECAUTR, GA  30030 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1504 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: PLATINUM PROVIDER AGREEMENT DTD 8/1/2022 | RELIABLE MEDICAL SUPPLY INC 9401 WINNETKA AVE N BROOKLYN PARK, MN  55445-1618 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1505 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | RELIABLE MEDICAL SUPPLY LLC<br>ATTN CHIEF FINANCIAL OFFICER<br>9401 WINNETKA AVE N<br>BROOKLYN PARK, MN  55445 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1506 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY STAFFING | REMEDY (FMLY SELECT STAFFING)<br>PO BOX 116834<br>ATLANTA, GA  30368-6834 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1507 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY STAFFING SERVICES | REMEDY (FMLY SELECT STAFFING)<br>PO BOX 116834<br>ATLANTA, GA  30368-6834 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1508 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER NON CANCEL NON RETURN APPROVAL | RENESAS<br>3-2-24 TOYOSUTOYOSU FORESIA<br>KOTO-KU<br>TOKYO  135-0061<br>JAPAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1509 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER NON CANCEL NON RETURN APPROVAL FORM | RENESAS<br>3-2-24 TOYOSUTOYOSU FORESIA<br>KOTO-KU<br>TOKYO  135-0061<br>JAPAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1510 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER NON CANCEL NON RETURN APPROVAL FORM DTD 6/12/2019 | RENESAS<br>3-2-24 TOYOSUTOYOSU FORESIA<br>KOTO-KU<br>TOKYO  135-0061<br>JAPAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Invacare Corporation
        (Name)

Case Number (if known)  23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1511 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER NON CANCEL NON RETURN APPROVAL FORM DTD 7/19/2019 | RENESAS 3-2-24 TOYOSUTOYOSU FORESIA KOTO-KU TOKYO  135-0061 JAPAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1512 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL REGARDING RENESAS MICROCONTROLLER | RENESAS 3-2-24 TOYOSUTOYOSU FORESIA KOTO-KU TOKYO  135-0061 JAPAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1513 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | RENMAR DME INC ATTN MANAGER 40 TERRILL PARK DR, UNIT 4 CONCORD, NH  03301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1514 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE MANAGEMENT SERVICES AGREEMENT | RENTAL CONCEPTS INC D/B/A FLEET RESPONSE ATTN SCOTT MAWAKE, PRES/CEO 6450 ROCKSIDE WOODS BLVD S, STE 250 CLEVELAND, OH  44131-2537 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1515 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | REOX MEDICAL SERVICES LLC ATTN DIRECTOR OPERATIONS 540 MANOR CT WOODLAND PARK, CO  80863 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1516 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT AMONG REP ACQUISITION CORPORATION, INVACARE CORPORATION, AND ALTIMATE MEDICAL, INC. DATED 8/29/14 | REP ACQUISITION CORPORATION C/O JONES DAY NORTH POINT, 901 LAKESIDE AVENUE ATTN: D. HATINA CLEVELAND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1517 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT AMONG REP ACQUISITION CORPORATION, INVACARE CORPORATION, AND ALTIMATE MEDICAL, INC. DATED 8/29/14 | REP ACQUISITION CORPORATION C/O ROCKWOOD EQUITY PARTNERS, LLC 3201 ENTERPRISE PARKWAY, SUITE 370 ATTN: H. JOSEF MERRILL BEACHWOOD, OH  44122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1518 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 9/29/2014 | REP ACQUISITON CORPORATION C/O JONES DAY NORTH POINT ATTN JOSEPH D HATINA 901 LAKESIDE AVE CLEVELND, OH  44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1519 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT DTD 9/29/2014 | REP ACQUISITON CORPORATION C/O ROCK WOOD EQUITY PARTNERS LLC ATTN H JOSEF ERRILL 3201 ENTERPRISE PKWY, STE 730 BEACHWOOD, OH  44122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1520 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | REPAIR AUTHORITY (TRC) 21973 COMMERCE PKWY STRONGSVILLE, OH  44149 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1521 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | REPAIR AUTHORITY SERVICES LLC ATTN CEO 21973 COMMERCE PKWY, STE A STRONGSVILLE, OH  44149 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1522 | **State what the contract or lease is for and the nature of the debtor's interest** | CARDBOARD COMPACTOR CONTRACT (1200 TAYLOR STREET) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1523 | **State what the contract or lease is for and the nature of the debtor's interest** | CARDBOARD COMPACTOR CONTRACT (39400 TAYLOR PARKWAY) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1524 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN TOP (BULK TRASH) CONTRACT (1200 TAYLOR STREET) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1525 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN TOP (BULK TRASH) CONTRACT (39400 TAYLOR PARKWAY) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1526 | **State what the contract or lease is for and the nature of the debtor's interest** | RECYCLING CONTRACT (ONE INVACARE WAY) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1527 | **State what the contract or lease is for and the nature of the debtor's interest** | TRASH & RECYCLING CONTRACT (1166 TAYLOR STREET) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1528 | **State what the contract or lease is for and the nature of the debtor's interest** | TRASH COMPACTOR CONTRACT (1200 TAYLOR STREET) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1529 | **State what the contract or lease is for and the nature of the debtor's interest** | TRASH COMPACTOR CONTRACT (39400 TAYLOR PARKWAY) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1530 | **State what the contract or lease is for and the nature of the debtor's interest** | TRASH CONTRACT (ONE INVACARE WAY) | REPUBLIC SERVICES PO BOX 9001099 LOUISVILLE, KY  40290-1099 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1531 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS & CONDITIONS TO ENGAGEMENT LETTER | RESOURCES CONNECTION LLC D/B/A RESOURCES GLOBAL PROFESSIONALS 17101 ARMSTRONG AVENUE SUITE 100 IRVINE, CA  92614 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1532 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS & CONDITIONS TO ENGAGEMENT LETTER | RESOURCES CONNECTION LLC D/B/A RESOURCES GLOBAL PROFESSIONALS 17101 ARMSTRONG AVENUE SUITE 100 IRVINE, CA  92614 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1533 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE BACKFILL/STAFFING COMPANY. | RESOURCES GLOBAL PROFESSIONALS PO BOX 740909 LOS ANGELES, CA  90074-0909 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1534 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION FORM | REUTERS TRANSACTIONS SERVICES LTD ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case number *(if known)*   23-90068
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1535 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION FORM | REUTERS TRANSACTIONS SERVICES LTD ATTN CHIEF EXECUTIVE OFFICER 909 THIRD AVE, 10TH FL NEW YORK, NY 10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1536 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | REYNOLDS, EMIT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1537 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | RFS/ DBA ANDERSON MEDICAL 817 HWY 50 MILFORD, OH 45150 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1538 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF CONSENT DTD 8/12/2020 | RHINOMED LTD 97 GREEN ST CREMORNE, VIC 3121 AUSTRALIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1539 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX RESEARCH | RIA CHECKPOINT 2395 MIDWAY RD CARROLLTON, TX 75006 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1540 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX RESEARCH SERVICEES | RIA CHECKPOINT 2395 MIDWAY RD CARROLLTON, TX 75006 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

Case Number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1541 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | RICHESON, RONALD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1542 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | RICHESON, RONALD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1543 | **State what the contract or lease is for and the nature of the debtor's interest** | PRINTER LEASE | RICOH-LEASE PRINTER 1-3-6 NAKAMAGOME OTA-KU TOKYO  143-0027 JAPAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1544 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | RLR SUPPLIES INC ATTN CONTROLLER 1605 40TH ST BROOKLYN, NY  11218 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1545 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | RON ANDREWS MEDICAL CO ATTN SUPPLY CHAIN MGR 117 CARLOS DR SAN RAFAEL, CA  94903 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1546 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1138 DTD 10/1/2007 | ROODINSEAT CORPORATION ATTN CHANG, MING CHIAN MARTIN 411, NO.6 SHUETH ST 12 TAIPING, TAICHUNG TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1547 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | ROTELLI, LISA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1548 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | RQM + CORP<br>ATTN EXECUTIVE VP<br>2790 MOSSIDE BLVD, #800<br>MONROEVILLE, PA  15146 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1549 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | RSM US LLP<br>80 CITY SQ<br>BOSTON, MA  02129 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1550 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW - ASC 350 GOODWILL IMPAIRMENT CONSULTING DTD 10/31/2022<br>RE: MSA DTD 12/10/2020 | RSM US LLP<br>80 CITY SQ<br>BOSTON, MA  02129 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1551 | **State what the contract or lease is for and the nature of the debtor's interest** | VALUATION SUPPORT FOR GOODWILL AND INTANGIBLE ASSETS | RSM US LLP<br>80 CITY SQUARE<br>BOSTON, MA  02129 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1552 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | RSM US LLP<br>ATTN OFFICE OF GEN COUNSEL<br>200 S WACKER DR, STE 3900<br>CHICAGO, IL  60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1553 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | RUPPE, BRIAN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1554 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | S&J SERVICES AND REPAIRS LLC<br>ATTN PRESIDENT<br>W2678 TOWN CENTER RD<br>JUDA, WI  53550 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1555 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE FORM AMENDMENT<br>AMENDS AGREEMENT DTD 12/21/2006 | SAFETY-KLEEN SYSTEMS INC<br>PO BOX 382066<br>PITTSBURGH, PA  15250-8066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1556 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIVERSAL SERVICES AGREEMENT | SAFETY-KLEEN SYSTEMS INC<br>PO BOX 382066<br>PITTSBURGH, PA  15250-8066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1557 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTS WASHER SERVICE CONTRACT<br>(ELYRIA, OH) | SAFETY-KLEEN SYSTEMS, INC.<br>PO BOX 382066<br>PITTSBURGH, PA  15250-8066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1558 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX FIXED ASSET SOFTWARE | SAGE FIXED ASSETS<br>300 PARK AVE, STE 1400<br>SAN JOSE, CA  95110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1559 | **State what the contract or lease is for and the nature of the debtor's interest** | FIXED ASSETS RENEWAL INVOICE #2002551149 DTD 11/26/2022 | SAGE SOFTWARE INC PO BOX 404927 ATLANTA, GA  30384-4927 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1560 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP INSURANCE MASTER SUMMARY NON-PARTICIPATING | SAGEWELL HEALTHCARE BENEFITS TRUST 1501 REEDSALE STREET SUITE 3005 PITTSBURGH, PA  15233 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1561 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 2/1/2007 | SAJAN INC ATTN CHIEF EXECUTIVE OFFICER 625 WHITETAIL BLVD RIVER FALLS, WI  54022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1562 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | SALIGA, ANDREW ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1563 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | SAMARITAN MEDICAL EQUIPMENT ATTN CHIEF EXECUTIVE OFFICER PO BOX 3000 CORVALLIS, OR  97339 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1564 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | SANKOVICH, COURTNEY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known) 23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1565 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TREMS AND CONDITIONS FOR CLOUD SERVICES | SAP AMERICA INC ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA  19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1566 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM# 0221171818 RE: SAP CLUD SERVICES | SAP AMERICA INC ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA  19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1567 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM# 0221171823 RE: SAP CLUD SERVICES | SAP AMERICA INC ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA  19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1568 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE ORDER FORM #1 RE: SAP SOFTWARE GENERAL TERMS AND CONDITIONS DTD 9/30/2019 | SAP AMERICA INC ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA  19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1569 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AND SUPPORT AGREEMENT | SAP AMERICA ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA  19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1570 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | SAP HPQC ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA  19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1571 | **State what the contract or lease is for and the nature of the debtor's interest** | BIRLASOFT SAP SERVICE PROVIDER EMAIL | SAP ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA 19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1572 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFICATE OF COMPLETION | SAP ATTN CEO 3999 WEST CHESTER PIKE NEWTOWN SQUARE, PA 19073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1573 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | SARL NORWAY KONGENS GATE 6 OSLO 0153 NORWAY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1574 | **State what the contract or lease is for and the nature of the debtor's interest** | IC NOTE | SARL UK 4 RUE ALBERT BORSHETTE LUXEMBOURG CITY L-1246 LUXEMBOURG |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1575 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL REQUESTING COPY OF SUPPLEMENT #3 | SAS FM ANNE ALMAND DENNY WHITE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1576 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AMC | SAS FM ATTN ANNE ALMAND DENNY WHITE 100 SAS CAMPUS DR CARY, NC 27513-2414 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1577 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #2 TO SUPPLEMENT #4 TO MLA #56843 AMENDS SUPPLEMENT #4 | SAS INSTITUTE INC ATTN MGR, CONGRACTS ADMINISTRATION CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1578 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LICENSE AGREEMENT #56843 | SAS INSTITUTE INC ATTN MGR, CONGRACTS ADMINISTRATION CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1579 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT #3 RE: MASTER LICENSE AGREEMENT #56843 | SAS INSTITUTE INC ATTN MGR, CONGRACTS ADMINISTRATION CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1580 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT #5 RE: MASTER LICENSE AGREEMENT #56843 | SAS INSTITUTE INC ATTN MGR, CONGRACTS ADMINISTRATION CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1581 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO SUPPLEMENT #4 TO MLA #56843 AMENDS SUPPLEMENT #4 | SAS INSTITUTE INC ATTN MGR, CONGRACTS ADMINISTRATION SAS CAMPUS DR CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1582 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES SUPPLEMENT #9 TIME & MATERIALS RE: MASTER LICENSE AGREEMENT #56843 | SAS INSTITUTE INC ATTN MGR, CONGRACTS ADMINISTRATION SAS CAMPUS DR CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                    Case Number (if known)   23-90068
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1583 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT #4 RE: MASTER LICENSE AGREEMENT #56843 | SAS INSTITUTE INC ATTN MGR, CONGRACTS ADMINISTRATION SAS CAMPUS DR CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1584 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO SUPPLEMENT #5 TO MLA #56843 AMENDS SUPPLEMENT #5 | SAS INSTITUTE INC ATTN SR MRG, LICENSING OPERATIONS SAS CAMPUS DR CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1585 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO MLA #56843 AMENDS AGREEMENT #56843 | SAS INSTITUTE INC SAS CAMPUS DR CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1586 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT NO. 6 TO MASTER LICENSE AGREEMENT RE: MLA #56843 | SAS INSTITUTE INC SAS CAMPUS DR CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1587 | **State what the contract or lease is for and the nature of the debtor's interest** | USED FOR CONSOLIDATION OF GLOBAL FINANCIAL DATA FOR US GAAP FINANCIAL REPORTING FOR INTERNAL, FORECASTING, 10-QS AND EARNGINGS RELEASES. | SAS INSTITUTE, INC. SAS CAMPUS DRIVE CARY, NC  27513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1588 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMS BROKERAGE / EXPORT EEIS | SCANGLOBAL / TRANSGROUP KIRSTINEHOEJ 7 KASTRUP  2770 DENMARK |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                     Case number (if known) 23-90068

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1589 | **State what the contract or lease is for and the nature of the debtor's interest** | USE FOR BACKFILL SUPPORT IN INTERNAL AUDIT. | SCHRAG, DAN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1590 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | SCHULER, GRETCHEN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1591 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | SCHULER, GRETCHEN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1592 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | SCHULTE, PAUL<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1593 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | SCRANTON, JEFFREY D<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1594 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | SCRANTON, JEFFREY D<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
_____
(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1595 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSTAPAK/INFLATABLE/PAPER - SERVICE AGREEMENT DTD 10/21/2022 <br><br> CURRENT | SEALED AIR CORPORATION <br> 10320 PHILIPP PKWY <br> STREETSBORO, OH  44241 |
| 2.1596 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PLATINUM PROVIDER AGREEMENT <br><br> CURRENT | SEASONS HOSPICE INC <br> ATTN VP BUSINESS DEV <br> 6532 E 71ST ST, STE 101 <br> TULSA, OK  74133 |
| 2.1597 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT <br><br> CURRENT | SEDGWICK CLAIMS MANAGEMENT SERVICES INC <br> 8125 SEDGWICK WAY <br> MEMPHIS, TN  38125 |
| 2.1598 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT FOR ADMINISTRATION OF A CLAIMS PROGRAM DTD 9/1/21 <br><br> CURRENT | SEDGWICK CLAIMS MANAGEMENT SERVICES INC <br> 8125 SEDGWICK WAY <br> MEMPHIS, TN  38125 |
| 2.1599 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EVENT SERVICES REQUEST FORM <br><br> CURRENT | SEDGWICK <br> 8125 SEDGWICK WAY <br> MEMPHIS, TN  38125 |
| 2.1600 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDINARY COURSE PROFESSIONAL <br><br> CURRENT | SEDGWICK <br> 8125 SEDGWICK WAY <br> MEMPHIS, TN  38125 |

Debtor    Invacare Corporation
          (Name)                                                    Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1601 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | SEELEY ENTERPRISES COMPANY ATTN PRESIDENT 104 PARKER DR ANDROVER, OH 44003 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1602 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT VEHICLE AGREEMENT DTD 10/10/2008 | SELECT STAFFING INC PO BOX 116834 ATLANTA, GA 30368-6834 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1603 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD CLIENT SERVICE AGREEMENT DTD 8/5/2008 | SELECT STAFFING INC PO BOX 116834 ATLANTA, GA 30368-6834 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1604 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT VEHICLE AGREEMENT DTD 8/5/2008 | SELECT STAFFING PO BOX 116834 ATLANTA, GA 30368-6834 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1605 | **State what the contract or lease is for and the nature of the debtor's interest** | FORKLIFT OPERATION AGREEMENT | SELECTREMEDY 22831 LAKE FOREST DR, STE 102 LAKE FOREST, CA 92630-1676 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1606 | **State what the contract or lease is for and the nature of the debtor's interest** | CASUALTY INSURANCE AGREEMENT | SENTRY CASUALTY COMPANY NATIONAL ACCOUNTS 1800 N POINT DR STEVENS POINT, WI 54481 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                                    Case Number (if known)   23-90068

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1607 **State what the contract or lease is for and the nature of the debtor's interest** | CASUALTY INSURANCE AGREEMENT | SENTRY INSURACE COMPANY NATIONAL ACCOUNTS 1800 N POINT DR STEVENS POINT, WI  54481 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1608 **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE REQUIREMENTS | SENTRY INSURANCE NATIONAL ACCOUNTS 1800 N POINT DR STEVENS POINT, WI  54481 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1609 **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | SENTRY NATIONAL ACCOUNTS 1800 N POINT DR STEVENS POINT, WI  54481 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1610 **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OFFER #WW/MC/4233 | SGS NORTH AMERICA INC 201 STATE RT 17 RUTHERFORD, NJ  07070-2574 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1611 **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OFFER #WW/MC/4233 | SGS NORTH AMERICA INC 201 STATE RT 17 RUTHERFORD, NJ  07070-2574 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1612 **State what the contract or lease is for and the nature of the debtor's interest** | REGULATORY SERVICES | SGS 201 ROUTE 17 N RUTHERFORD, NJ  07070 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor     Invacare Corporation
           (Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1613 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | SHAMROCK MEDICAL INC ATTN CHIEF FINANCIAL OFFICER 5523 SE INT'L WAY MILWAUKEE, OR  97222 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1614 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #8036 DTD 11/16/2009 | SHANGHAI HUAFA ELECTRIC APPLIANCE INSTRUMENT CO LTD NO.539 DATONG RD BAOZHEN TOWN, CHONG MING CO SHANGHAI CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1615 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1129 DTD 12/12/2005 | SHANGHAI SHUNLONG PHYSICAL THERAPY EQUIP CO LTD ATTN HSU CHUN SHAN NO.259 JIUGAN RD SIJING TOWN, SONGJIANG DIST SHANGHAI  201601 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1616 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1061 DTD 7/14/2004 | SHANGHAI SIMTECH COMPANY ATTN JIM MAKIARIS NO.317, LI-ZHI RD JINQIAO EXPORT PROCESSING ZONE PUDONG, SHANGHAI CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1617 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1028 DTD 3/23/2004 | SHANGHAI XINPENG INDUSTRY CO LTD ATTN BOKANG SONG 518 JIASONG RD(M) HUAXIN COUNTY, QINGPU SHANGHAI  201708 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1618 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1085 DTD 12/2/2004 | SHANGHAI XINPENG INDUSTRY CO LTD ATTN BOKANG SONG 518 JIASONG RD(M) HUAXIN COUNTY, QINGPU SHANGHAI  201708 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1619 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1106 DTD 6/17/2005 <br><br><br> CURRENT | SHANGHAI YONGHONG AUTO PARTS CO LTD ATTN YOUNG XIAO YIN NO.4919 BAOAN HWY JIADING DIST SHANGHAI  201814 CHINA |
| 2.1620 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1067 DTD 9/21/2004 <br><br><br> CURRENT | SHENG YE ELECTRICAL CO LTD LUNJIAO SANZHOU INDUSTRY ZONE SHUNDE FOSHAN, GUANGDONG  528309 CHINA |
| 2.1621 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES <br><br><br> CURRENT | SHERLOCK 440 4TH ST NW BARBERTON, OH  44203 |
| 2.1622 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGAGEMENT LETTER <br><br><br> CURRENT | SHERMAN & HOWARD 201 EAST WASHINGTON ST. SUITE 800 PHOENIX, AZ  85004 |
| 2.1623 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDINARY COURSE PROFESSIONAL <br><br><br> CURRENT | SHERMAN & HOWARD 201 EAST WASHINGTON ST. SUITE 800 PHOENIX, AZ  85004 |
| 2.1624 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SHIPPING SOFTWARE AND AUDIT SERVICES <br><br><br> CURRENT | SHIPERP 5000 AIRPORT PLAZA DR, STE 230 LONG BEACH, CA  90815 |

Debtor    Invacare Corporation                                    Case Number (if known)   23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1625 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | SHOWMAN, DANIEL J<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1626 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION RENEWAL ORDER FORM #Q-28149 DTD 12/16/2022 | SILKROAD TECHNOLOGY INC<br>ATTN CHIEF FINANCIAL OFFICER<br>311 W MONROE ST, STE 402<br>CHICAGO, IL  60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1627 | **State what the contract or lease is for and the nature of the debtor's interest** | APPLICANT TRACKING AND ONBOARDING | SILKROAD<br>311 WEST MONROE STREET<br>SUITE 402<br>CHICAGO, IL  60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1628 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM<br>RE: GOLD PROVIDER AGREEMENT DTD 9/1/2019 | SILVERCARE CUSTOM WHEELCHAIR SPECIALIST LLC<br>1770 W COUNTY LINE RD<br>LAKEWOOD, NJ  08701-1175 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1629 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE MARKS CO-EXISTENCE AGREEMENT DTD 9/29/2020 | SKS REHAB AG<br>IM WYDEN 3<br>SCHWANDEN GL  8762<br>SWITZERLAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1630 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DTD 3/22/2019 | SMC CORPORATION OF AMERICA<br>10100 SMC BOULEVARD<br>NOBLESVILE, IN  46060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1631 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | SMITH DEBMAN ATTORNEY AT LAW<br>4601 SIX FORKS RD<br>SUITE 400<br>RALEIGH, NC  27619 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | SMITH DEBMAN<br>4601 SIX FORKS RD<br>SUITE 400<br>RALEIGH, NC  27609 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | SONSHINE MEDICAL INC<br>ATTN VICE PRESIDENT<br>6590 MIDDLEBRANCH AVE NE<br>CANTON, OH  44721 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | SOUTH BAY HOME CARE<br>ATTN PRESIDENT<br>1349 EL PRADO AVE<br>TORRANCE, CA  90501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | SOUTHEASTERN BIOMEDICAL SERVICES<br>ATTN OWNER<br>404 6TH ST S<br>CLANTON, AL  35045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | SOUTHEASTERN BIOMEDICAL<br>404 6TH ST SOUTH<br>CLANTON, AL  35045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation    Case Number (if known)    23-90068
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1637 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | SOUTHEASTERN MEDICAL SUPPLY INC ATTN PRESIDENT & CEO 3615 CENTURY BLVD, UNIT 1 LAKELAND, FL  38811 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | SOUTHERN MEDICAL EQUIPMENT CORP ATTN PRESIDENT 110 3RD AVE SE CULLMAN, AL  35055 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE AGREEMENT | SOUTHWESTMEDICAL.COM LLC ATTN CHIEF EXECUTIVE OFFICER 513 W THOMAS RD PHOENIX, AZ  85013 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AMC | SPARK - VMWARE ATTN JEFF NAM 3401 HILLVIEW AVE PALA ALTO, CA  94304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1641 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | SPECTRUM MEDICAL INC ATTN CHIEF EXECUTIVE OFFICER 8820 BROOKVILLE RD SILVER SPRING, MD  20910 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1642 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | SPIDARE, PATRICIA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1643 **State what the contract or lease is for and the nature of the debtor's interest** — E-COMMERCE ELITE AGREEMENT | SPINLIFE.COM LLC<br>ATTN SR DIR OF MERCHANDISING<br>330 E SPRING ST, STE 303<br>COLUMBUS, OH 43215 |
| **State the term remaining** — CURRENT | |
| **List the contract number of any government contract** | |
| 2.1644 **State what the contract or lease is for and the nature of the debtor's interest** — ENGAGEMENT LETTER DTD 2/14/2017 | SQUIRE PATTON BOGGS (US) LLP<br>4900 KEY TWR<br>127 PUBLIC SQ<br>CLEVELAND, OH 44114 |
| **State the term remaining** — CURRENT | |
| **List the contract number of any government contract** | |
| 2.1645 **State what the contract or lease is for and the nature of the debtor's interest** — CHANNEL PROGRAM PURCHASE AGREEMENT | STAR MEDICAL EQUIPMENT RENTAL INC<br>ATTN PRESIDENT<br>7750 W 26TH AVE, STE 11<br>HIALEAH, FL 33016 |
| **State the term remaining** — CURRENT | |
| **List the contract number of any government contract** | |
| 2.1646 **State what the contract or lease is for and the nature of the debtor's interest** — PLATINUM PROVIDER AGREEMENT | STAT MEDICAL INC<br>ATTN PRESIDENT<br>1804 HAU ST<br>HONOLULU, HI 96819 |
| **State the term remaining** — CURRENT | |
| **List the contract number of any government contract** | |
| 2.1647 **State what the contract or lease is for and the nature of the debtor's interest** — LEGAL SERVICES | STEPTOE & JOHNSON LLP<br>ONE MARKET PLAZA<br>SPEAR TOWER, STE 3900<br>SAN FRANCISCO, CA 94105 |
| **State the term remaining** — CURRENT | |
| **List the contract number of any government contract** | |
| 2.1648 **State what the contract or lease is for and the nature of the debtor's interest** — LEGAL SERVICES | STEPTOE & JOHNSON LLP<br>ONE MARKET PLAZA<br>SPEAR TOWER, STE 3900<br>SAN FRANCISCO, CA 94105 |
| **State the term remaining** — CURRENT | |
| **List the contract number of any government contract** | |

Debtor      Invacare Corporation                                        Case number (if known)   23-90068
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1649 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | STEPTOE & JOHNSON LLP<br>ONE MARKET PLAZA<br>SUITE 3900<br>SPEAR TOWER<br>SAN FRANCISCO, CA  94105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1650 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI-SITE SERVICE AGREEMENT | STERICYCLE INC<br>4010 COMMERCIAL AVE<br>NORTHBROOK, IL  60062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1651 | **State what the contract or lease is for and the nature of the debtor's interest** | REGULATED MEDICAL WASTE SERVICES AGREEMENT (ELYRIA, OH) | STERICYCLE, INC.<br>4010 COMMERCIAL AVE<br>NORTHBROOK, IL  60062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1652 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PROGRAM PURCHASE AGREEMENT | STERLING TEXTILE & DRAPERY INC<br>D/B/A STERLING HEALTHCARE INTERIORS<br>ATTN PRESIDENT<br>13824 PARKS STEED DR<br>EARTH CITY, MO  63045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1653 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER MOBILITY AND SEATING REBATE PROGRAM RE: PLATINUM PROVIDER AGREEMENT DTD 10/1/2019 | STEVEN DOUGLAS INC<br>PO BOX 98643<br>RALEIGH, NC  27624-8643 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1654 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | STEWART, BRIAN C<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation     Case Number (if known)   23-90068
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1655 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | STOUT RISIUS ROSS, LLC.<br>150 W. SECOND STREET<br>SUITE 400<br>ROYAL OAK, MI  48067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1656 | **State what the contract or lease is for and the nature of the debtor's interest** | REBATE / FEE | STRATEGIC AQUISITION CENTER / VA<br>5202 PRESIDENTS CT, STE 103<br>FREDERICK, MD  21703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1657 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | STRIKER, FRANCIS<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1658 | **State what the contract or lease is for and the nature of the debtor's interest** | COVENANT NOT TO USE | SUNRISE MEDICAL (US) LLC<br>ATTN VICE PRESIDENT<br>2842 BUSINESS PARK AVE<br>FRESNO, CA  93727 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1659 | **State what the contract or lease is for and the nature of the debtor's interest** | COVENANT NOT TO USE | SUNRISE MEDICAL GMBH & CO KG<br>ATTN BERND KREBS<br>KAHLBACHRING 2-4<br>MALSCH, HEIDELBERG  D-69254<br>GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1660 | **State what the contract or lease is for and the nature of the debtor's interest** | COVENANT NOT TO USE | SUNRISE MEDICAL GMBH & CO KG<br>ATTN GENERAL COUNSEL<br>KAHLBACHRING 2-4<br>MALSCH, HEIDELBERG  D-69254<br>GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1661** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | SUNRISE MEDICAL HHG INC ATTN GEN COUNSEL 7477-A E DRY CREEK PKWY LONGMONT, CO 80503 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1662** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT LETTER DTD 2/3/2006 | SUNRISE MEDICAL HHG INC ATTN GEN COUNSEL 7477-A E DRY CREEK PKWY LONGMONT, CO 80503 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1663** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT LETTER DTD 2/3/2006 | SUNRISE MEDICAL INC ATTN CHIEF EXECUTIVE OFFICER 2382 FARADAY AVE, STE 200 CARLSBAD, CA 92008 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1664** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT LETTER DTD 2/3/2006 | SUNRISE MEDICAL INC ATTN GEN COUNSEL 2382 FARADAY AVE, STE 200 CARLSBAD, CA 92008 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1665** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE GRANT AGREEMENT | SUNRISE MEDICAL LLC ATTN BERND KREBS, SR VP MOBILITY PRODUCTS DIV 2842 BUSINESS PARK AVE FRESNO, CA 93727 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1666** **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | SUPERCARE INC ATTN DIR OF FINANCE 8345 E FIRESTONE BLVD, STE 210 DOWNEY, CA 90241 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1667 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1074 DTD 10/29/2004 | SUPERIOER FASTENING (SHANGHAI) LTD NO.1558, GAO TAI RD JIADING INDUSTRIAL ZONE SHANGHAI 201821 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL DISTRIBUTOR PURCHASE AGREEMENT | SUPREME MEDICAL FULFILLMENT INC ATTN GENERAL MGR 4497 DAWES RD THEODORE, AL 36582 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | SUSQUEHANNA VALLEY MOBILITY SERVICES INC D/B/A VALLEY MOBILITY ATTN OWNER 1085 DANCEHALL RD MILTON, PA 17847 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #8000 DTD 9/10/2007 | SUZHOU NEW DISTRICT PRINTING FACTORY ATTN DIANA QIAN NO 517M ZHUJIANG RD NEW DISTRICT, SUZHOU JIANGSU 215011 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1671 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #2600 DTD 9/6/2007 | SUZHOU SHENY IMP&EXP TRADING CO LTD A 11F HUAFU MANSION NO.76 SHISHAN RD SUZHOU, JIANGSU 215011 CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1672 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM MACH-AOL (565435-5 TERMINATING MACHINE) | T E CONNECTIVITY CORPORATION PO BOX 3608 HARRISBURG, PA 17105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
         (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1673 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #22-010303 DTD 1/7/2022 | TAAZAA INC<br>1780 STONEY HILL DRIVE<br>SUITE A<br>HUDSON, OH  44236 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1674 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOM SOFTWARE DEVELOPMENT CO. - MARKETING RESOURCE CENTER (MRC) HOST | TAAZAA<br>1780 STONEY HILL DRIVE<br>SUITE A<br>HUDSON, OH  44236 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1675 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOM SOFTWARE DEVELOPMENT CO.- MARKETING RESOURCE CENTER (MRC) HOST | TAAZAA<br>1780 STONEY HILL DRIVE<br>SUITE A<br>HUDSON, OH  44236 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1676 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1106 DTD 6/17/2005 | TAICANG LIANGHONG ELECTRICAL PLASTIC CO LTD<br>ATTN LI YOU LIAN<br>NO. 8 QING YANG RD<br>TAICANG, JIANGSU  215400<br>CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1677 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | TALLWOOD MEDICAL EQUIPMENT & SUPPLY INC<br>ATTN OPERATION MGR<br>1285 N POST OAK, STE 190<br>HOUSTON, TX  77059 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1678 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | TANGLEWOOD MEDICAL SUPPLIES INC<br>ATTN DIR OF OPS<br>2445 NW LOOP, STE B<br>STEPHENVILLE, TX  76401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1679 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE PRINT/MAIL SERVICE | TAYLOR COMMUNICATIONS 600 ALBANY STREET DAYTON, OH  45417 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1680 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | TECHNICAL GAS PRODUCTS INC ATTN VP OF OPERATIONS 66 LEONARDO DR NORTH HAVEN, CT  06473 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1681 | **State what the contract or lease is for and the nature of the debtor's interest** | HARDWARE AMC | TECHNO GROUP ATTN BERND STEINLE 2 S BISCAYNE BLVD, STE 2800 MIAMI, FL  33131 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1682 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER QUOTE #263114-1 DTD 12/30/2022 | TEKTRONIX INC CINCINNATI CALIBRATION LAB 9639 INTEROCEAN DR, DOCK 2 CINCINNATI, OH  45246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1683 | **State what the contract or lease is for and the nature of the debtor's interest** | PO #3064004 DTD 1/19/2023 RE: QUOTE #263114-1 | TEKTRONIX SERVICE SOLUTIONS INC 9639 INTEROCEAN DR, DOCK 2 CINCINNATI, OH  45246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1684 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE TEST LAB EQUIPMENT/TOOL CALIBRATION | TEKTRONIX SERVICE SOLUTIONS INC 9639 INTEROCEAN DRIVE CINCINNATI, OH  45246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1685 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTENT ENABLEMENT PLATFORM | TEMPLAFY LLC<br>ATTN ACCOUNT EXECUTIVE<br>ONE WORLD TRADE CENTER, 60TH<br>NEW YORK, NY  10007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1686 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DTD 5/17/2021 | TEMPLAFY LLC<br>ATTN ACCOUNT EXECUTIVE<br>ONE WORLD TRADE CENTER, 60TH<br>NEW YORK, NY  10007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1687 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | TENDER CARE PEDIATRIC SERVICES INC<br>D/B/A TENDER CARE MEDICAL SUPPLY INC<br>ATTN COO<br>5677 BOEING DR<br>LOVELAND, CO  80537 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1688 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE PURCHASE AGREEMENT AMONG COMPASS HEALTH BRANDS CORP. AND INVACARE CORPORATION, AND GARDEN CITY MEDICAL INC. DATED 9/30/16 | TENEX CAPITAL MANAGEMENT<br>60 EAST 42ND STREET, SUITE 4510<br>ATTN: GABE WOOD<br>NEW YORK, NY  10165-0015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1689 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSIGNMENT INVENTORY AGREEMENT | THOMSON ELECTRONIC SUPPLIES INC<br>ATTN VICE PRESIDENT<br>2050 FAIRWOOD<br>COLUMBUS, OH  43207 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1690 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI YEAR ORDER FORM QUOTE #2022-870770 | THOMSON REUTERS (TAX & ACCOUNTING) INC<br>PO BOX 115008<br>CARROLLTON, TX  75011-5008 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation                          Case Number (if known)   23-90068
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1691 **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM RD: Q-04679522 | THOMSON REUTERS ENTERPRISE CENTRE GMBH PO BOX 115008 CARROLLTON, TX  75011-5008 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1692 **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | THOMSON REUTERS 3 TIMES SQUARE NEW YORK, NY  10036 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1693 **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | THRIFT-TOWN HEALTHMART LLC D/B/A THRIFT-TOWN PHARMARCY ATTN OWNER 512 N 2ND ST AMITE, LA 70422 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1694 **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | TIGER SUPPLIES INC D/B/A TIGER MEDICAL ATTN SALES MGR 27 SELVAGE ST IRVINGTON, NJ  07111 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1695 **State what the contract or lease is for and the nature of the debtor's interest** | INTEREST CALCULATIONS | TIMEVALUE - SOFTWARE 22 MAUCHLY IRVINE, CA  92618 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1696 **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #75129 DTD 4/1/2022 | TIMEVALUE SOFTWARE 22 MAUCHLY IRVINE, CA  92618 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1697 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE | TIMG 33 BOTHA RDPENROSE AUCKLAND  1061 NEW ZEALAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | TIM'S HOME MEDICAL SUPPLIES ATTN VP / OWNER 199 DORA AVE BREMERTON, WA  98312 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE INVOICE #3007018384 DTD 1/1/2023 | TK ELEVATOR CORPORATION 3100 INTERSTATE N CIR SE, STE 500 ATLANTA, GA  30339-2227 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1700 | **State what the contract or lease is for and the nature of the debtor's interest** | TAYLOR WOODS ELEVATOR MAINTENANCE | TKE (TK ELEVATOR) 788 CIRCLE 75 PARKWAY SE SUITE 500 ATLANTA, GA  30339 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1701 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 1/1/2005 | TODD ORGANIZATION OF OHIO, THE ATTN WILLIAM R HOLTON 1120 CHESTER AVE, STE 400 CLEVELAND, OH  44114-3514 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1702 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DTD 1/27/2023 | TOP END SPORTS, LLC ATTN: KRIS HORNER 16300 SE 82ND STREET CHOCTOW, OK  73020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation

(Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1703 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURED PROMISSORY NOTE DTD 1/27/2023 | TOP END SPORTS, LLC ATTN: KRIS HORNER 16300 SE 82ND STREET CHOCTOW, OK 73020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1704 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AGREEMENT DTD 1/27/2023 | TOP END SPORTS, LLC ATTN: KRIS HORNER 16300 SE 82ND STREET CHOCTOW, OK 73020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1705 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS LEASE DTD 7/7/1992 | TOP END WHEEL CHAIR SPORTS INC ATTN: KRIS HORNER 16300 SE 82ND STREET CHOCTOW, OK 73020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1706 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 1/19/2021 | TORRES, QUISUMBING ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1707 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | TOTAL RESPIRATORY & REHAB INC 5950 S 118TH CIR OMAHA, NE 68137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1708 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUIRED ANNUAL TRAINING | TRALIANT 1600 ROSECRANS AVE MANHATTAN BEACH, CA 90266 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                     Case Number (if known)    23-90068
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1709 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT B STATMENT OF WORK DTD 12/1/2022 RE: SERVICES AGREEMENT DTD 11/6/2020 | TRALLIANT HOLDINGS LLC 1600 ROSECRANS AVE MANHATTAN BEACH, CA 90266 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1710 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #1070 DTD 10/7/2004 | TRANKEY MICRO-TECH CORP ATTN MAW LIN CHANG 179-2, JY MUU YI, JY YI LI SHIN HWA CHEN TAINAN HSIEN TAIWAN |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1711 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMS POWER OF ATTORNEY AND ACKNOWLEDGMENT OF TERMS & CONDITIONS OF SERVICE | TRANSFER NA INT'L FREIGHT SERVICES LLC D/B/A TRANSGROUP INTERNATIONAL |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1712 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | TRANSUNION 555 W. ADAMS ST. CHICAGO, IL 60661 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1713 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT EMAIL DTD 2/26/2021 | TRENCH ROSSI WATANABE RUA ARQ. OLAVO REDIG DE CAMPOS 105-FL 31, EZ TWR BLDG, TWR A SAO PAULO, SP 04711 BRAZIL |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1714 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | TRITON SUPPLY LLC ATTN CHIEF FINANCIAL OFFICER 2848 N OMAHA MESA, AZ 85215 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1715 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE FOR PROGRAMMING LASERS | TRUMPF TRUTOPS<br>FARMINGTON INDUSTRIAL PARL<br>FARMINGTON, CT  6032 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1716 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVACY SERVICES | TRUST ARC<br>2121 N CALIFORNIA BLVD, STE 290<br>WALNUT CREEK, CA  94596 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1717 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE #00060666 | TRUSTARC INC<br>2121 N CALIFORNIA BLVD, STE 290<br>WALNUT CREEK, CA  94596 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1718 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE #QTC0057029<br>RE: MASTER LICENSE AND SERVICES AGREEMENT | TRUSTARC INC<br>2121 N CALIFORNIA BLVD, STE 290<br>WALNUT CREEK, CA  94596 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1719 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | TRUSTBRIDGE INC<br>D/B/A THE MEDICAL STORE OF PALM BEACH CNTY<br>5300 EAST AVE<br>WEST PALM BEACH, FL  33407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1720 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | TRUSTBRIDGE INC<br>D/B/A THE MEDICAL STORE OF PALM BEACH CNTY<br>ATTN PURCHASING MGR<br>300 NORTHPOINT PKWY<br>WEST PALM BEACH, FL  33407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1721 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | TUCKER, RONALD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1722 | **State what the contract or lease is for and the nature of the debtor's interest** | 2023 ANNUAL FEE QUOTATION DTD 11/28/2022 | TUV RHEINLAND OF NORTH AMERICA INC<br>BOX 392672<br>PITTSBURGH, PA  15251-9672 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1723 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE FOR T-MARK ON 9L COMPRESSOR (1145469) AND IRC5PO2AW COMPRESSOR (1153689) | TUV RHEINLAND OF NORTH AMERICA, INC.<br>BOX 392672<br>PITTSBURGH, PA  15251-9672 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1724 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | TYCON MEDICAL SYSTEMS INC<br>ATTN VP & GM<br>801 ORAPAX ST<br>NORFOLK, VA  23507 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1725 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT - STORAGE SERVICES | U-HAUL INTERNATIONAL INC<br>ATTN DIST SALES MGR<br>2727 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1726 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES REP STORAGE UNITS FOR NVACARE DEMO UNITS | U-HAUL<br>2727 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Invacare Corporation                          Case number (if known)   23-90068
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1727 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES REP STORAGE UNITS WHERE THEY STORE INVACARE DEMO UNITS WHEN NOT IN USE | U-HAUL<br>2727 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1728 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE OF CONTROL AGREEMENT | UHL, EDWARD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1729 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | UHL, EDWARD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1730 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | UHS OF TEXOMA INC<br>ATTN DME SUPERVISOR<br>619 W MAIN ST<br>DENSION, TX  75020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1731 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO NATIONAL PROVIDER AGREEMENT AMENDS AGREEMENT DTD 11/1/2020 | UNITED SEATING AND MOBILITY LLC<br>805 BROOK ST STE 402<br>ROCKY HILL, CT  06067-3431 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1732 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT DECREE FOR PERMANENT INJUNCTION | UNITED STATES OF AMERICA<br>CONSUMER PROTECTION BRANCH<br>ATTN ANN ENTWISTLE, ATTORNEY<br>PO BOX 386<br>WASHINGTON, DC  20044-0386 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
          (Name)

Case number (if known)    23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1733 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT DECREE FOR PERMANENT INJUNCTION | UNITED STATES OF AMERICA HEALTH & HUMAN SVCS DEPT ATTN TARA BOLAND, ASSOC CHIEF COUNSEL 10903 NEW HAMPSHIRE AVE, WO31-4556 SILVER SPRING, MD  20993-0002 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.1734 | **State what the contract or lease is for and the nature of the debtor's interest** | COMBINE EXPORT/IMPORT POWER OF ATTORNEY | UNITED WORLD LINE INC 1340 DEPOT ST CLEVELAND, OH  44116 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.1735 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY PROFESSIONAL SERVICE AGREEMENT | UNIVERSAL PROTECTION SERVICE LP D/B/A ALLIED UNIVERSAL SECURITY SERVICES EIGHT TOWER BRIDGE 161 WASHINGTON ST, STE 600 CONSHOHOCKEN, PA  19428 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.1736 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | UNIVERSITY OF IA COMMUNITY MEDICAL SVCS LLC D/B/A UI COMMUNITY HOMECARE ATTN EXECUTIVE DIR 2949 SIERRA CT SW IOWA CITY, IA  52240 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.1737 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING AGREEMENT LETTER DTD 4/20/2022 RE: CONFIRMATION OF PRICING AND PAYMENT TERMS | UNIVERSITY OF MICHIGAN ATTN DENNIS GOULD 3003 S STATE ST SPC 1276 ANN ARBOR, MI  48109 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP INSURANCE MASTER SUMMARY NON-PARTICIPATING | UNUM LIFE INSURANCE CO OF AMERICA 2211 CONGRESS STREET PORTLAND, ME  04122 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |

Debtor    Invacare Corporation
(Name)                                                                Case Number (if known)    23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1739 | **State what the contract or lease is for and the nature of the debtor's interest** | LIFE INURANCE, STD, LTD, FMLA | UNUM<br>1001 LIVERTY AVENUE<br>SUITE 1000<br>PITTSBURGH, PA  15222 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1740 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT #P00001<br>AMENDS CONTRACT #36C10G20D0018 | US DEPT OF VETERANS AFFAIRS<br>OPAL - STRATEGIC ACQUISITION CTR<br>10300 SPOTSYLVANIA AVE, STE 400<br>FREDERICKSBURG, VA  22408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1741 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS #36C10G20D0018 | US DEPT OF VETERANS AFFAIRS<br>OPAL - STRATEGIC ACQUISITION CTR<br>10300 SPOTSYLVANIA AVE, STE 400<br>FREDERICKSBURG, VA  22408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1742 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS #36C10G22D0003 | US DEPT OF VETERANS AFFAIRS<br>OPAL - STRATEGIC ACQUISITION CTR<br>10300 SPOTSYLVANIA AVE, STE 400<br>FREDERICKSBURG, VA  22408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1743 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT #P00005<br>AMENDS CONTRACT #V797D-70085 DTD 4/15/2017 | US DEPT OF VETERANS AFFAIRS<br>OPAL - STRATEGIC ACQUISITION CTR<br>BLDG 37, 1ST AVE<br>ONE BLOCK NORTH OF CERMAK<br>HINES, IL  60141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1744 | **State what the contract or lease is for and the nature of the debtor's interest** | FEDERAL SUPPLY SCHEDULE - CONTRACT EXTENSION DTD 2/22/2022 RE: MODIFICATION P00005 TO CONTRACT #V797D-70085 | US DEPT OF VETERANS AFFAIRS<br>PO BOX 76, BLDG 37<br>1ST AVE, NORTH OF CERMAK<br>HINES, IL  60141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)                                                    Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1745 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS #V797D-70085 | US DEPT OF VETERANS AFFAIRS PO BOX 76, BLDG 37 1ST AVE, NORTH OF CERMAK HINES, IL  60141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1746 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMS BROKERAGE | UWL 1340 DEPOT ST CLEVELAND, OH  44116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1747 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | VAN DER BREGGEN, MICHAEL ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1748 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER QUALITY AGREEMENT | VAN WALLEGHEM & VENTRICE LLC 17818 CR 112 BRISTOL, IN  46507 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1749 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK DRAFT LETTER | VENNER SHIPLEY LLP 200 ALDERSGATE LONDON  EC1A 4HD UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1750 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED AS OF 1/30/2023, BETWEEN INVACARE CORPORATION AND VENTEC LIFE SYSTEMS, INC. | VENTEC LIFE SYSTEMS, INC. 5101 FRUITVILLE RD., SUITE 200 ATTN: TOM PONTZIUS, PRESIDENT SARASOTA, FL  34232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Invacare Corporation | Case Number (if known) | 23-90068 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1751 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DTD 1/30/2023 | VENTEC LIFE SYSTEMS, INC.<br>5101 FRUITVILLE RD., SUITE 200<br>ATTN: TOM PONTZIUS, PRESIDENT<br>SARASOTA, FL  34232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1752 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AGREEMENT DTD 1/30/2023 | VENTEC LIFE SYSTEMS, INC.<br>5101 FRUITVILLE RD., SUITE 200<br>ATTN: TOM PONTZIUS, PRESIDENT<br>SARASOTA, FL  34232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1753 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED AS OF 1/30/2023, BETWEEN INVACARE CORPORATION AND VENTEC LIFE SYSTEMS, INC. | VENTEC LIFE SYSTEMS, INC.<br>C/O K&L GATES, LLP<br>2801 VIA FORTUNA, SUITE 650<br>ATTN: ANDREA CUNHA<br>AUSTIN, TX  78746 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1754 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DTD 1/30/2023 | VENTEC LIFE SYSTEMS, INC.<br>C/O K&L GATES, LLP<br>2801 VIA FORTUNA, SUITE 650<br>ATTN: ANDREA CUNHA<br>AUSTIN, TX  78746 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1755 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AGREEMENT DTD 1/30/2023 | VENTEC LIFE SYSTEMS, INC.<br>C/O K&L GATES, LLP<br>2801 VIA FORTUNA, SUITE 650<br>ATTN: ANDREA CUNHA<br>AUSTIN, TX  78746 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1756 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | VENTURE SOLUTIONS FKA TAYLOR COMMUNICATION FKA STANDARD REGISTER<br>600 ALBANY ST.<br>DAYTON, OH  45417 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case number (if known)  23-90068

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1757 | **State what the contract or lease is for and the nature of the debtor's interest** | TELECOM & NETWORKING SERVICES | VERIZON<br>PO BOX 15124<br>ALBANY, NY  12212-5124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1758 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | VIP MEDICAL SUPPLY<br>ATTN CHIEF EXECUTIVE OFFICER<br>7220 OWENSMOUTH AVE, STE 107<br>CANOGA PARK, CA  91303-1511 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1759 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAIR SERVICE AGREEMENT | VIRGINIA MEDICAL REPAIR INC<br>7527 WHITEPINE RD<br>RICHMOND, VA  23237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1760 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPIRATORY WARRANTY REPAIR SERVICE | VIRGINIA MEDICAL REPAIR<br>7527 WHITEPINE ROAD<br>RICHMOND, VA  23237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1761 | **State what the contract or lease is for and the nature of the debtor's interest** | EVIDENCE OF COVERAGE | VISION SERVICE PLAN INSURANCE CO<br>3333 QUALITY DR<br>RANCHO CORDOVA, CA  95670 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1762 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | VISUALIZE<br>69 WOLFETON WAY<br>SAN ANTONIO, TX  78218 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)                                                Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1763 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DTD 4/11/2022 | VITAL RECORDS CONTROL 1702 BOICE POND RD, SUITE 300 ORLANDO, FL  32773 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1764 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #3291444 DTD 1/31/2023 | VITAL RECORDS CONTROL 1702 BOICE POND RD. ORLANDO, FL  32837 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1765 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE ELITE AGREEMENT | VITALITY MEDICAL INC ATTN PRESIDENT 7910 S 3500 E, STE C SALT LAKE CITY, UT  84121-6196 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1766 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE VISION INSURANCE | VSP 3333 QUALITY DR RANCHO CORDOVA, CA  95670 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1767 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PROVIDER AGREEMENT | WARRIOR SERVICE COMPANY LLC ATTN CHIEF OPERATING OFFICER 352 TALL PINES RD, STE A WEST PALM BEACH, FL  33413 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1768 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | WBH WACHENHAUSEN MÜLLERSTRAßE 40 MUNICH  80469 GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
         (Name)

Case Number (if known)   23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1769 **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE AGREEMENT (5% SERIES II CONVERTIBLE SR EXCHANGE NOTE DUE 2024) DTD 6/4/2020 | WELLS FARGO BANK NA ATTN CORP TRUST CONVERSIONS TEAM 600 S 4TH ST, 7TH FL MAC N9303-060 MINNEAPOLIS, MN  55415 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1770 **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE DTD 6/4/2020 | WELLS FARGO BANK NA ATTN CORP TRUST CONVERSIONS TEAM MAC N9303-060 600 S 4TH ST, 6TH FL MINNEAPOLIS, MN  55415 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1771 **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE DTD 3/16/2021 | WELLS FARGO BANK NA ATTN CORP TRUST CONVERSIONS TEAM MAC N9303-070 600 S 4TH ST, 6TH FL MINNEAPOLIS, MN  55415 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1772 **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE AGREEMENT (5% SERIES I CONVERTIBLE SR EXCHANGE NOTE DUE 2024) DTD 11/19/2019 | WELLS FARGO BANK NA ATTN CORPORATE TRUST ADMIN 150 E 42ND ST, 40TH FL NEW YORK, NY  10017 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1773 **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE DTD 11/19/2019 | WELLS FARGO BANK NA ATTN CORPORATE TRUST ADMIN 150 E 42ND ST, 40TH FL NEW YORK, NY  10017 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.1774 **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE DTD 6/14/2017 | WELLS FARGO BANK NA ATTN CORPORATE TRUST ADMIN 150 E 42ND ST, 40TH FL NEW YORK, NY  10017 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known): 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1775 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENT SERVICES AGREEMENT | WELLS FARGO BANK NA ATTN MGR OF ACCOUNT ADMIN 161 N CONCORD EXCHANGE SOUTH ST. PAUL, MN  55075-1139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1776 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENT SERVICES AGREEMENT | WELLS FARGO BANK NA ATTN MGR OF ACCOUNT ADMINISTRATION 161 N CONCORD EXCHANGE SOUTH ST. PAUL, MN  55075-1139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1777 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 2/17/2016 RE: BASE CALL OPTION TRANSACTION | WELLS FARGO BANK NA ATTN STRUCTURING SERVICES GROUP 375 PARK AVE NEW YORK, NY  10152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1778 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 3/4/3016 RE: BASE WARRANTS | WELLS FARGO BANK NA ATTN STRUCTURING SERVICES GROUP 375 PARK AVE NEW YORK, NY  10152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1779 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 3/4/3016 RE: ADDITIONAL CALL OPTION TRANSACTION | WELLS FARGO BANK NA ATTN STRUCTURING SERVICES GROUP 375 PARK AVE NEW YORK, NY  10152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1780 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DTD 3/4/3016 | WELLS FARGO BANK NA ATTN STRUCTURING SERVICES GROUP 375 PARK AVE NEW YORK, NY  10152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
                (Name)                                          Case Number (if known)   23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1781 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTIAL UNWIND AGREEMENT DTD 11/22/2019 | WELLS FARGO BANK NA ATTN STRUCTURING SERVICES GROUP 375 PARK AVE NEW YORK, NY  10152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1782 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTIAL UNWIND AGREEMENT DTD 6/4/2020 | WELLS FARGO BANK NA ATTN STRUCTURING SERVICES GROUP 375 PARK AVE NEW YORK, NY  10152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1783 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTIAL UNWIND AGREEMENT DTD 9/11/2020 | WELLS FARGO BANK NA ATTN STRUCTURING SERVICES GROUP 375 PARK AVE NEW YORK, NY  10152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1784 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENT SERVICES AGREEMENT | WELLS FARGO BANK NA C/O WELLS FARGO SHAREOWNER SVCS ATTN MGR OF ACCOUNT ADMIN 161 N CONCORD EXCHANGE SOUTH ST PAUL, MN  55075-1139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1785 | **State what the contract or lease is for and the nature of the debtor's interest** | INDENTURE AGREEMENT (4.25% CONVERTIBLE SR NOTE S DUE 2026) DTD 3/16/2021 | WELLS FARGO BANK NA CORPORATE TRUST SERVICES ATTN BONDHOLDER COMMUNICATIONS 600 S 4TH ST, 7TH FL, MAC N9300-070 MINNEAPOLIS, MN  55415 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1786 | **State what the contract or lease is for and the nature of the debtor's interest** | FORKLIFT | WELLS FARGO EQUIPMENT FINANCE MANUFACTURER SERVICES GROUP PO BOX 7777 SAN FRANCISCO, CA  94120-7777 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Invacare Corporation
(Name)

Case Number (if know) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1787 | **State what the contract or lease is for and the nature of the debtor's interest** | FEE SCHEDULE AND ANNUAL ESTIMATE DTD 9/8/2017 | WELLS FARGO SHAREOWNER SERVICES 420 MONTGOMERY ST SAN FRANCISCO, CA  94104-1298 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1788 | **State what the contract or lease is for and the nature of the debtor's interest** | FEE SCHEDULE FOR ANNUAL ESTIMATIMATE DTD 9/8/2017 | WELLS FARGO SHAREOWNER SERVICES 420 MONTGOMERY ST SAN FRANCISCO, CA  94104-1298 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1789 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENT SERVICES FEE SCHEDULE AND ANNUAL ESTIMATE DTD 9/8/2017 | WELLS FARGO SHAREOWNER SERVICES 420 MONTGOMERY ST SAN FRANCISCO, CA  94104-1298 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1790 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL RESEARCH TOOL | WEST PUBLISHING CORPORATION - PRACTICAL LAW D/B/A SERENGETI LAW 610 OPPERMAN DR PO BOX 64833 ST PAUL, MN  55164 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1791 | **State what the contract or lease is for and the nature of the debtor's interest** | TRACKER SERVICE AGREEMENT | WEST PUBLISHING CORPORATION D/B/A SERENGETI LAW 155 108TH AVE NE, STE 650 BELLEVUE, WA  98004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1792 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM RD: Q-04679522 | WEST PUBLISHING CORPORATION D/B/A SERENGETI LAW 610 OPPERMAN DR PO BOX 64833 ST PAUL, MN  55164 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation

(Name)

Case Number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1793 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT TERM BRIDGE AMENDMENT AMENDS TRACKER SERVICE AGREEMENT | WEST PUBLISHING CORPORATION D/B/A SERENGETI LAW 610 OPPERMAN DR PO BOX 64833 ST PAUL, MN  55164 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1794 | **State what the contract or lease is for and the nature of the debtor's interest** | TRACKER SERVICE AGREEMENT | WEST PUBLISHING CORPORATION D/B/A SERENGETI LAW 610 OPPERMAN DR PO BOX 64833 ST PAUL, MN  55164 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1795 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL DEPT MATTER MANAGEMENT | WEST PUBLISHING CORPROATION D/B/A SERENGETI LAW D/B/A SERENGETI LAW 610 OPPERMAN DR PO BOX 64833 ST PAUL, MN  55164 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1796 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD PROVIDER AGREEMENT | WESTMORELAND MEDICAL EQUIPMENT INC ATTN VICE PRESIDENT 1111 LOWRY AVE, STE 1 JEANNETTE, PA  15644 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1797 | **State what the contract or lease is for and the nature of the debtor's interest** | FSA AND COBRA | WEX (FORMERLY DISCOVERY BENEFITS) 1 HANCOCK ST PORTLAND, ME  04101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1798 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT | WHEEL IT |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                          Case number (if known)  23-90068

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1799** **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | WHEELER TRIGG O'DONNELL LLP<br>370 17TH ST, STE 4500<br>DENVER, CO  80202 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1800** **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES | WHEELER TRIGG O'DONNELL LLP<br>370 17TH ST, STE 4500<br>DENVER, CO  80202 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1801** **State what the contract or lease is for and the nature of the debtor's interest** | STOCK COMPENSATION AGREEMENT | WILHELM, KIMBERLY<br>ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1802** **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 1/16/2023 RE: MASTER SERVICE AGREEMENT | WILLIS TOWERS WATSON US LLC<br>ATTN SENIOR CONSULTING DIR<br>233 S WACKER DR, STE 1800<br>CHICAGO, IL  60606 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1803** **State what the contract or lease is for and the nature of the debtor's interest** | COMP SERVICES | WILLIS TOWERS WATSON<br>ATTN SENIOR CONSULTING DIR<br>233 S WACKER DR, STE 1800<br>CHICAGO, IL  60606 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1804** **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER IDENTIFICATION PROGRAM | WILMINGTON TRUST<br>1 M AND T PLZ, STE 1<br>BUFFALO, NY  14203-2301 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Invacare Corporation                                    Case Number (if known)  23-90068
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1805** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDINARY COURSE PROFESSIONAL <br><br><br><br> CURRENT | WINDHAM PROFESSIONALS, INC. AMS DIVISION <br> PO BOX 540 <br> FAIR LAWN, NJ  7410 |
| **2.1806** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TELECOM & NETWORKING <br><br><br><br> CURRENT | WINDSTREAM <br> PO BOX 9001908 <br> LOUISVILLE, KY  40290-1908 |
| **2.1807** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVOICE #INV-161764 DTD 1/13/2022 <br><br><br><br> CURRENT | WORKIVA INC <br> 2900 UNIVERSITY BLVD <br> AMES, IA  50010 |
| **2.1808** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVOICE #INV-170032 DTD 8/31/2022 <br><br><br><br> CURRENT | WORKIVA INC <br> 2900 UNIVERSITY BLVD <br> AMES, IA  50010 |
| **2.1809** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVOICE #INV-175130 DTD 1/20/2023 <br><br><br><br> CURRENT | WORKIVA INC <br> 2900 UNIVERSITY BLVD <br> AMES, IA  50010 |
| **2.1810** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENEWAL NOTICE  #041819-8913 <br><br><br><br> CURRENT | WORKIVA INC <br> 2900 UNIVERSITY BLVD <br> AMES, IA  50010 |

Debtor   Invacare Corporation

(Name)

Case number (if known) 23-90068

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1811 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLIC COMPANY FILINGS WITH THE SEC (10-K, PROXY, 8-K, 10-Q, ETC.) | WORKIVA INC. 2900 UNIVERSITY BLVD AMES, IA  50010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1812 | **State what the contract or lease is for and the nature of the debtor's interest** | USED FOR FILING PUBLIC COMPANY FILINGS WITH THE SEC (10-K, PROXY, 8-K, 10-Q, ETC.). | WORKIVA INC. 2900 UNIVERSITY BLVD AMES, IA  50010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | N/A | |
| 2.1813 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDINARY COURSE PROFESSIONAL | WRIGHT LAW GROUP 12620 FM 1960 ROAD W. SUITE A-4 BOX 304 HOUSTON, TX  77065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1814 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | WRIGHT LAW GROUP, PLLC 12620 FM 1960 ROAD W. SUITE A-4 BOX 304 HOUSTON, TX  77065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1815 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #8003 DTD 11/4/2010 | WUXI FIRSTSTAR TRADING CORP 17TH FL, HUADI INT'L MANSON NO. 118 LIANGOING RD WUXI, JIANGSU CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1816 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT #8003 DTD 11/4/2010 | WUXI STAR POWER EQUIPMENT CO LTD NO. 8 LUCHUN INDUSTRIAL PARK WUXI CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Invacare Corporation
                (Name)                                                    Case number (if known)    23-90068

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1817** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #8017 DTD 4/29/2008<br><br><br>CURRENT | WUXI ZHENGFENG SPECIAL TYPE PRINTING CO LTD 8# XIXI ZHONGXIN RD HUDAI TOWN WUXI CITY CHINA |
| **2.1818** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AMC<br><br><br>CURRENT | XANTEL AMAPS- MAINFRAME MAINTENANCE ATTN DOROTHY GILBERT 12940 HARRIET AVE S, STE 260C BURNSVILLE, MN  55337 |
| **2.1819** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1088 DTD 8/27/2007<br><br><br>CURRENT | XIAMEN LENCO CO LTD ATTN STEPHEN CHEN #1 HOUXIANG W RD HAICANG AREA XIAMEN CHINA |
| **2.1820** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT LEASE AGREEMENT #043L136<br><br><br>CURRENT | XTRA LEASE LLC ATTN RISK SERVICES MGR 1801 PARK 270 DR, STE 400 ST. LOUIS, MO  63146-4020 |
| **2.1821** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1060 DTD 7/2/2004<br><br><br>CURRENT | YOUTH YNX INDUSTRIAL CO LTD ATTN CHEN DK #391 HSIU SHAN RD TANYA HSIANG TAICHUNG HSIEN  428 TAIWAN |
| **2.1822** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT #1142 DTD 2/1/2007<br><br><br>CURRENT | ZHONGSHAN EVERFLOW ELECTRONIC & ELECTRICAL MFG CO LTD ATTN SHI YAN DAFENG INDUSTRIAL PARK SHAGANG HWY, GANGKOU TOWN ZHONGSHAN CITY CHINA |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Invacare Corporation |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90068 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | ADAPTIVE SWITCH LABORATORIES, INC. | 125 SPUR 191, SUITE C SPICEWOOD, TX  78669 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 | ADAPTIVE SWITCH LABORATORIES, INC. | 125 SPUR 191, SUITE C SPICEWOOD, TX  78669 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.3 | ADAPTIVE SWITCH LABORATORIES, INC. | 125 SPUR 191, SUITE C SPICEWOOD, TX  78669 | PNC BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.4 | CARROLL HEALTHCARE GENERAL PARTNER, INC. | 944 HARGRIEVE LONDON, ON  N6E 1P5 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.5 | CARROLL HEALTHCARE GENERAL PARTNER, INC. | 944 HARGRIEVE LONDON, ON  N6E 1P5 CANADA | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.6 | CARROLL HEALTHCARE GENERAL PARTNER, INC. | 944 HARGRIEVE LONDON, ON  N6E 1P5 CANADA | PNC BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.7 | CARROLL HEALTHCARE INC. | 944 HARGRIEVE LONDON, ON  N6E 1P5 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.8 | CARROLL HEALTHCARE INC. | 944 HARGRIEVE LONDON, ON  N6E 1P5 CANADA | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.9 | CARROLL HEALTHCARE INC. | 944 HARGRIEVE LONDON, ON  N6E 1P5 CANADA | PNC BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.10 | FREEDOM DESIGNS, INC. | 2241 MADERA ROAD SIMI VALLEY, CA  93065 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.11 | FREEDOM DESIGNS, INC. | 2241 MADERA ROAD SIMI VALLEY, CA  93065 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |

| Debtor | Invacare Corporation | | | Case number (if known) | 23-90068 |
|---|---|---|---|---|---|
| | (Name) | | | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.12 | FREEDOM DESIGNS, INC. | 2241 MADERA ROAD<br>SIMI VALLEY, CA 93065 | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | INVACARE A/S | SOENDER RINGVEJ 37<br>GLOSTRUP 2600 DK-2605<br>DENMARK | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | INVACARE A/S | SOENDER RINGVEJ 37<br>GLOSTRUP 2600 DK-2605<br>DENMARK | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | INVACARE AS | GRENSESVINGEN 9, PB6230<br>ETTERSTAD<br>OSLO 0661<br>NORWAY | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | INVACARE AS | GRENSESVINGEN 9, PB6230<br>ETTERSTAD<br>OSLO 0661<br>NORWAY | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | INVACARE B.V. | GALVANISTRAAT 14-3<br>14-3, 6716 AE EDE<br>NETHERLANDS | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | INVACARE B.V. | GALVANISTRAAT 14-3<br>14-3, 6716 AE EDE<br>NETHERLANDS | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | INVACARE CANADA GENERAL PARTNER INC. | 84 CITATION DR, UNIT 1 DOOR 11<br>CONCORD, ON L4K 3C1<br>CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | INVACARE CANADA GENERAL PARTNER INC. | 84 CITATION DR, UNIT 1 DOOR 11<br>CONCORD, ON L4K 3C1<br>CANADA | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | INVACARE CANADA GENERAL PARTNERS INC. | 84 CITATION DR, UNIT 1 DOOR 11<br>CONCORD, ON L4K 3C1<br>CANADA | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | INVACARE CANADA L.P. | 84 CITATION DR, UNIT 1 DOOR 11<br>CONCORD, ON L4K 3C1<br>CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.23 | INVACARE CANADA L.P. | 84 CITATION DR, UNIT 1 DOOR 11<br>CONCORD, ON L4K 3C1<br>CANADA | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 | INVACARE CANADA L.P. | 84 CITATION DR, UNIT 1 DOOR 11<br>CONCORD, ON L4K 3C1<br>CANADA | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | INVACARE CREDIT CORPORATION | ONE INVACARE WAY<br>ELYRIA, OH 44035 | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | INVACARE FRANCE OPERATIONS SAS | ROUTE DE ST ROCH<br>37230 FONDETTES<br>FONDETTES 37230<br>FRANCE | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | INVACARE FRANCE OPERATIONS SAS | ROUTE DE ST ROCH<br>37230 FONDETTES<br>FONDETTES 37230<br>FRANCE | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Invacare Corporation | | Case Number (if known) | 23-90068 |
|---|---|---|---|---|
| | (Name) | | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.28 | INVACARE HOLDING AS | GRENSESVINGEN 9 OSLO  661 NORWAY | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.29 | INVACARE HOLDING AS | GRENSESVINGEN 9 OSLO  661 NORWAY | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.30 | INVACARE HOLDINGS C.V. | GALVANISTRAAT 14-3 14-3, 6716 AE EDE NETHERLANDS | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.31 | INVACARE HOLDINGS C.V. | GALVANISTRAAT 14-3 14-3, 6716 AE EDE NETHERLANDS | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.32 | INVACARE HOLDINGS S.A.R.L. | 6, RUE EUGENE RUPPERT L-2453 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.33 | INVACARE HOLDINGS S.A.R.L. | 6, RUE EUGENE RUPPERT L-2453 LUXEMBOURG | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.34 | INVACARE HOLDINGS TWO B.V. | GALVANISTRAAT 14-3 14-3, 6716 AE EDE NETHERLANDS | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.35 | INVACARE HOLDINGS TWO B.V. | GALVANISTRAAT 14-3 14-3, 6716 AE EDE NETHERLANDS | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.36 | INVACARE HOLDINGS TWO S.A.R.L. | 6, RUE EUGENE RUPPERT L-2453 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.37 | INVACARE HOLDINGS TWO S.A.R.L. | 6, RUE EUGENE RUPPERT L-2453 LUXEMBOURG | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.38 | INVACARE HOLDINGS, LLC | ONE INVACARE WAY ELYRIA, OH  44035 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.39 | INVACARE HOLDINGS, LLC | ONE INVACARE WAY ELYRIA, OH  44035 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.40 | INVACARE HOLDINGS, LLC | ONE INVACARE WAY ELYRIA, OH  44035 | PNC BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.41 | INVACARE LIMITED | C/O INVACARE UK OPERATIONS LTD PENCOED TECHNOLOGY PARK BRIDGEND  CF35 5HZ UNITED KINGDOM | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.42 | INVACARE LIMITED | C/O INVACARE UK OPERATIONS LTD PENCOED TECHNOLOGY PARK BRIDGEND  CF35 5HZ UNITED KINGDOM | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.43 | INVACARE POIRIER SAS | ROUTE DE SAINT ROCH FONDETTES  37230 FRANCE | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |

| Debtor | Invacare Corporation | | Case number (if known) | 23-90068 |
|--------|----------------------|--|------------------------|----------|
| | (Name) | | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.44 | INVACARE POIRIER SAS | ROUTE DE SAINT ROCH<br>FONDETTES  37230<br>FRANCE | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 | INVACARE UK OPERATIONS LIMITED | PENCOED TECHNOLOGY PARK<br>PENCOED  CF35 5AQ<br>UNITED KINGDOM | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.46 | INVACARE UK OPERATIONS LIMITED | PENCOED TECHNOLOGY PARK<br>PENCOED  CF35 5AQ<br>UNITED KINGDOM | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.47 | INVACARE VERWALTUNGS GMBH | KLEISTRASSE 49<br>PORTA WESTFALICA  D-32457<br>GERMANY | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.48 | INVACARE VERWALTUNGS GMBH | KLEISTRASSE 49<br>PORTA WESTFALICA  D-32457<br>GERMANY | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.49 | INVAMEX HOLDINGS LLC | CARRETERA REYNOSA-MATAMOROS KM. 102<br>REYNOSA, TAM  88780<br>MEXICO | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.50 | INVAMEX HOLDINGS LLC | CARRETERA REYNOSA-MATAMOROS KM. 102<br>REYNOSA, TAM  88780<br>MEXICO | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.51 | INVAMEX HOLDINGS LLC | CARRETERA REYNOSA-MATAMOROS KM. 102<br>REYNOSA, TAM  88780<br>MEXICO | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.52 | MEDBLOC, INC. | 700 ENSMINGER RD., SUITE 112<br>TONAWANDA, NY  14150 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.53 | MEDBLOC, INC. | 700 ENSMINGER RD., SUITE 112<br>TONAWANDA, NY  14150 | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.54 | MEDBLOC, INC. | 700 ENSMINGER RD., SUITE 112<br>TONAWANDA, NY  14150 | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.55 | MOTION CONCEPTS L.P. | 84 CITATION DR UNIT 1-12<br>CONCORD, ON  L4K 3C1<br>CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.56 | MOTION CONCEPTS L.P. | 84 CITATION DR UNIT 1-12<br>CONCORD, ON  L4K 3C1<br>CANADA | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.57 | MOTION CONCEPTS L.P. | 84 CITATION DR UNIT 1-12<br>CONCORD, ON  L4K 3C1<br>CANADA | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.58 | PERPETUAL MOTION ENTERPRISES LIMITED | 3520 PHARMACY AVENUE, UNIT 9<br>TORONTO, ON  M1W 2T8<br>CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.59 | PERPETUAL MOTION ENTERPRISES LIMITED | 3520 PHARMACY AVENUE, UNIT 9<br>TORONTO, ON  M1W 2T8<br>CANADA | HIGHBRIDGE TACTICAL CREDIT MASTER FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.60 | PERPETUAL MOTION ENTERPRISES LIMITED | 3520 PHARMACY AVENUE, UNIT 9<br>TORONTO, ON  M1W 2T8<br>CANADA | PNC BANK, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Invacare Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-90068</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/02/2023
　　　　　　　 MM / DD / YYYY

✖  /s/ KATHLEEN P. LENEGHAN
　　Signature of individual signing on behalf of debtor

　　KATHLEEN P. LENEGHAN
　　Printed name

　　SENIOR VP & CFO
　　Position or relationship to debtor