IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INVACARE CORPORATION, *et al.*,[1] | ) Case No. 23-90068 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**STIPULATION REGARDING
CERTAIN REPORTING DEADLINES**

The above-captioned debtors and debtors in possession (the "Debtors"), the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), the Official Committee of Unsecured Creditors, Highbridge Capital Management, LLC and the ad hoc group of holders of the Debtors' unsecured convertible notes (together, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

**WHEREAS**, on February 1, 2023, the Court entered certain first-day orders (together, the "Orders"), which include certain reporting obligations for the Debtors; and

**WHEREAS**, the Parties desire to enter into this Stipulation to clarify certain reporting obligations in the Orders.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and among the Parties as follows:

1. The Debtors' monthly operating reports (the "Monthly Operating Reports") shall be filed on the last day of each month of the chapter 11 cases for the previous month until plan confirmation. Hereafter, the last day of each month of the chapter 11 cases until plan confirmation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

{11022135: }

shall be referred to as the "Reporting Deadline".

2. The Debtors shall file or otherwise provide copies to the appropriate Parties of the following on or before each month's Reporting Deadline:

- The matrix / schedule of payments directly or indirectly made pursuant to the terms of the Critical Vendors Interim Order,[2] as contemplated by paragraph 10 therein;

- The matrix / schedule of payments made pursuant to Non-Insider Incentive Plan and the Non-Insider Severance Obligations, as contemplated by paragraph 6 of the Wages Order,[3]

- The matrix / schedule of payments made pursuant to the Taxes Order,[4] as contemplated by paragraph 5 therein,

- The matrix / schedule of payments made pursuant to the Insurance Order,[5] as contemplated by paragraph 12 therein,

- The Summary Report related to Intercompany Transactions, as contemplated by paragraph 13 of the Cash Management Order,[6] and

- The matrix / schedule of payments / obligations / adjustments related to the rebates and

---

[2] *Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 78] (the "Critical Vendors Interim Order").

[3] *Order (I) Authorizing the Debtors to Pay Prepetition Wages and Compensation, (II) Authorizing the Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Employee Obligations, and (IV) Granting Related Relief* [Docket No. 88] (the "Wages Order").

[4] *Order (I) Authorizing the Payment of Certain Prepetition Taxes and Related Obligations and (II) Granting Related Relief* [Docket No. 87] (the "Taxes Order").

[5] *Order (I) Authorizing the Debtors to (A) Continue Their Insurance Program and Insurance Premium Finance Program (B) Renew, Supplement, Modify, Extend, Terminate, or Purchase Insurance Policies, and (C) Pay All Related Prepetition and Postpetition Obligations, and (II) Granting Related Relief* [Docket No. 82] (the "Insurance Order").

[6] *Final Order: (A) Authorizing the Debtors to: (I) Continue to Use Their Centralized Cash Management System; (II) Open and Close Bank Accounts; (III) Maintain Existing Business Forms and Books and Records; and (IV) Perform and Continue Intercompany Transactions and Granting Administrative Expense Priority Status to Certain Intercompany Transactions; (B) Partially Waiving the Requirements of 11 U.S.C. § 345(b); (C) Authorizing Banks to Honor Certain Related Prepetition Obligations; and (D) Granting Related Relief* [Docket No. 276] (the "Cash Management Order").

refunds made pursuant to the Customer Programs Order,[7] as contemplated by paragraph 8 therein.

3. For the avoidance of doubt, this Stipulation only changes the timing of certain of the Debtors' reporting obligations. It does <u>not</u> alter or change the parties to whom the reporting obligations must be made or the type of information that must be reported.

4. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

5. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

---

[7] *Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 85] (the "<u>Customer Programs Order</u>").

Houston, Texas
Dated:  March 7, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **MCDONALD HOPKINS LLC** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Shawn M. Riley (admitted *pro hac vice*) |
| Jennifer F. Wertz (TX Bar No. 24072822) | David A. Agay (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Nicholas M. Miller (admitted *pro hac vice*) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | Maria G. Carr (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 600 Superior Avenue, E., Suite 2100 |
| Houston, TX 77010 | Cleveland, OH 44114 |
| Telephone: (713) 752-4200 | Telephone: (216) 348-5400 |
| Facsimile: (713) 752-4221 | Facsimile: (216) 348-5474 |
| Email:  mcavenaugh@jw.com | Email:  sriley@mcdonaldhopkins.com |
|   jwertz@jw.com |   dagay@mcdonaldhopkins.com |
|   mstull@jw.com |   nmiller@mcdonaldhopkins.com |
|   vargeroplos@jw.com |   mcarr@mcdonaldhopkins.com |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) | Erica D. Clark (admitted *pro hac vice*) |
| Yusuf Salloum (admitted *pro hac vice*) | 601 Lexington Avenue |
| 300 North LaSalle Street | New York, New York 10022 |
| Chicago, Illinois 60654 | Telephone: (212) 446-4800 |
| Telephone: (312) 862-2000 | Facsimile:  (212) 446-4900 |
| Facsimile: (312) 862-2200 | Email: erica.clark@kirkland.com |
| Email: ryan.bennett@kirkland.com | |
|   yusuf.salloum@kirkland.com | |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*/s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins
M. Shane Johnson
Megan N. Young-John
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
Email:  jhiggins@porterhedges.com
 sjohnson@porterhedges.com
 myoung-john@porterhedges.com

-and-

**DAVIS POLK & WARDWELL LLP**
Damian S. Schaible
Jonah A. Peppiatt
Jarret Erickson
Eric Hwang
450 Lexington Ave.
New York, NY 10017
Telephone: (212) 450-4000
Email:
damian.schaible@davispolk.com
 jonah.peppiatt@davispolk.com
 jarret.erickson@davispolk.com
 eric.hwang@davispolk.com

*Counsel for Highbridge Capital Management LLC*

*/s/ Jason L. Boland*
**NORTON ROSE FULBRIGHT US LLP**
Jason L. Boland (SBT 24040542)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
 maria.mokrzycka@nortonrosefulbright.com

Eric Daucher (pro hac vice)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 408 5559
Email: eric.daucher@nortonrosefulbright.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark (pro hac vice)
Bennett S. Silverberg (pro hac vice)
Alexander F. Kasnetz (pro hac vice)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
 bsilverberg@brownrudnick.com
 akasnetz@brownrudnick.com

-and-

**BROWN RUDNICK LLP**
Steven B. Levine (pro hac vice)
Matthew A. Sawyer (pro hac vice)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: slevine@brownrudnick.com
 msawyer@brownrudnick.com

*Counsel to the Ad Hoc Committee of Convertible Unsecured Noteholders*

| | |
|---|---|
| */s/ Paul M. Rosenblatt* | /s/ *Hector Duran, Jr.* |
| **KILPATRICK TOWNSEND & STOCKTON LLP** | Hector Duran, Jr. (TX Bar No. 00783996) |
| Daniel F. Shank, Esq. | Jana Whitworth (TX Bar No. 00797453) |
| State Bar No. 18090400 | United States Trustee |
| 700 Louisiana Street, Suite 4300 | 515 Rusk Street, Suite 3516 |
| Houston, TX 77002 | Houston, TX 77002 |
| Telephone: (281) 809-4100 | Telephone: (713) 718-4664 |
| Facsimile: (281) 929-0787 | Facsimile: (713) 718-4670 |
| Email: dshank@kilpatricktownsend.com | Email: hector.duran.jr@usdoj.gov |
| | jana.whitworth@usdoj.gov |

-and-

*Counsel for the U.S. Trustee for the Southern District of Texas*

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers, Esq. (admitted pro hac vice)
Paul M. Rosenblatt, Esq.
James R. Risener, Esq. (admitted pro hac vice)
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: tmeyers@kilpatricktownsend.com
          prosenblatt@kilpatricktownsend.com
          jrisener@kilpatricktownsend.com

*Counsel for the Official Committee of Unsecured Creditors*

{11022135: }