# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ) ) INVACARE CORPORATION, *et al.*,[1] ) ) Debtors. ) ) | Chapter 11<br><br>Case No. 23-90068 (CML)<br><br>Jointly Administered |

**STATEMENT OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS IN SUPPORT OF CONFIRMATION
OF THE JOINT CHAPTER 11 PLAN OF INVACARE CORPORATION AND ITS
DEBTOR AFFILIATES, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors-in-possession in the above-captioned cases, by and through its undersigned counsel, respectfully states that in connection with a settlement reflected in *Amended Joint Chapter 11 Plan of Invacare Corporation and Its Debtor Affiliates* (the "Amended Plan") [Dkt. No. 356] dated March 29, 2023 (the "Amended Plan"), the Committee supports confirmation of the Amended Plan.

Dated:  March 29, 2023

By:  *Paul M. Rosenblatt*
**KILPATRICK TOWNSEND & STOCKTON LLP**
Daniel F. Shank, Esq.
State Bar No. 18090400
700 Louisiana Street, Suite 4300
Houston, TX 77002
Telephone:  (281) 809-4100
Facsimile:  (281) 929-0787
Email:  dshank@kilpatricktownsend.com
-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers, Esq. (admitted *pro hac vice*)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470).  The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

2

        Paul M. Rosenblatt, Esq.
        James R. Risener, Esq. (admitted *pro hac vice*)
        1100 Peachtree Street NE, Suite 2800
        Atlanta, GA 30309-4528
        Telephone: (404) 815-6500
        Facsimile: (404) 815-6555
        Email:  tmeyers@kilpatricktownsend.com
                 prosenblatt@kilpatricktownsend.com
                 jrisener@kilpatricktownsend.com

        *Counsel for the Official Committee of*
        *Unsecured Creditors*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of March 2023, I caused a true and correct copy of the foregoing document to be served by electronic transmission upon all parties eligible to receive services through this Court's CM/ECF system.

                                      */s/ Paul Rosenblatt*
                                      Paul Rosenblatt