IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Invacare Corporation, *et al.*, | Case No. 23-90068 |
| Debtors. | (Jointly Administered) |
| | **Related Docket No: 440** |

**LIMITED OBJECTION OF MICROSOFT TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED BY THE DEBTORS PURSUANT TO THE PLAN, (B) CURE AMOUNTS, IF, ANY, AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Microsoft Corporation, by and through its undersigned counsel, respectfully submits the following limited objection (the "*Objection*") to the *Notice of (I) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (II) Cure Amounts, if, any and (III) Related Procedures in Connection Therewith* [D.I. 440] (the "*Notice*").

Microsoft Corporation ("*Microsoft*"), and Invacare Corporation are parties to a Three Year Reservation/Azure Program and related services to license Microsoft software and use Microsoft Cloud and Related Services (the "*Licensing Agreements*").

1. The Notice proposes to assume and assign numerous Microsoft agreements identified as follows:

| | | | | | |
|---|---|---|---|---|---|
| 911 | 23-90068 | Invacare Corporation | MICROSOFT AZURE | CLOUD SUBSCRIPTION | None |
| 912 | 23-90068 | Invacare Corporation | MICROSOFT CORPORATION | MICROSOFT PROFESSIONAL SERVICES DATA PROTECTION ADDENDUM | $459,326.71 |
| 913 | 23-90068 | Invacare Corporation | MICROSOFT ENTERPRISE AGREEMENT | LICENSE | None |
| 914 | 23-90068 | Invacare Corporation | MID NEBRASKA MOBILITY INC | GOLD PROVIDER AGREEMENT | None |
| 915 | 23-90067 | Freedom Designs, Inc. | MID NEBRASKA MOBILITY, INC. | GOLD PROVIDER AGREEMENT | None |
| 916 | 23-90068 | Invacare Corporation | MIDWEST RESPIRATORY CARE INC | PLATINUM PROVIDER AGREEMENT | None |

The total cure amount listed in the Notice is $459,326.71.

1

2.     If the Debtors propose to assume and assign the Licensing Agreements, the cure amount listed in the Notice is incorrect because it fails to account for a post-petition invoice (no. G019876332) attached hereto as **Exhibit A**. All outstanding pre- and post-petition invoices must be paid by the Debtors prior to assumption of the Licensing Agreements pursuant to Section 365(b)(1) of the Bankruptcy Code.

3.     The undersigned believe the error in the cure amount listed in the Notice is solely related to the one invoice. Microsoft filed a Proof of Claim (0000010292) in this case listing the following invoices as then owing:

| Exhibit | Document No. | Document Date | Payment Due Date | Amount |
|---|---|---|---|---|
| A | G015832169 | 11/15/2022 | 12/15/2022 | $115,715.04 |
| B | G016814853 | 12/12/2022 | 1/11/2023 | $116,219.77 |
| C | G017790891 | 1/12/2023 | 2/11/2023 | $115,119.56 |
| D | G018878127 | 2/4/2023 | 3/7/2023 | $112,272.34 |
| E | G019876332 | 3/4/2023 | 4/4/2023 | $102,426.22 |
| | | | Total: | $561,752.93 |

4.     The total amount of the first four invoices included in the Proof of Claim match the amount listed in the Notice.

5.     An additional monthly invoice was or should have been issued on April 4, 2023[1] and the amounts owing under such invoice should also be included in any cure amount owing and to be paid.

6.     Accordingly, if Debtors intend to assume and assign the Licensing Agreements the cure amount no less than **$561,752.93** plus any additional post-petition charges incurred by the Debtors under the Licensing Agreements through the effective date of assumption.

---

[1] Microsoft often puts a "hold" on accounts for customers in bankruptcy to prevent inadvertent violations of the automatic stay. If the April 4, 2023 invoice was not issued, please reach out to the undersigned and we will obtain it to be included in any cure payment made.

7. Microsoft reserves the right to withdraw this Limited Objection or revise the stated cure amount pending further investigation. Depending on the timing of the actual assumption and cure, the amount owed may increase for unpaid post-petition use of Microsoft's products and services.

WHEREFORE, Microsoft objects and states that the cure amount for the Licensing Agreements no less than **$561,752.93** plus any additional post-petition charges incurred by the Debtors under the Licensing Agreements through the effective date of assumption**.**

Dated: This 20th day of April, 2023.

**FOX ROTHSCHILD LLP**

*/s/ Trey A. Monsour*
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Fox Rothschild LLP
2501 North Harwood Street, Suite 1800
Dallas, TX 75201
2727 Revere Street, Suite 2048
Houston, TX 77098
Telephone: (214) 231-5796
Cell: (713) 927-7469
Facsimile: (972) 404-0516
Email: tmonsour@foxrothschild.com


Maria A. Milano, WSBA 29499
mamilano@foxrothschild.com
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708

*Attorneys for Microsoft Corporation*

144795591.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2023, a true and correct copy of the foregoing Objection was served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive such notice.

*/s/ Trey A. Monsour*
Trey A. Monsour

144795591.1

# EXHIBIT A

144795591.1

**Microsoft**  Invoice

Microsoft Corporation
One Microsoft Way
Redmond WA 98052
United States
FEIN: 91-1144442

| Sold To | Bill To |
|---|---|
| Invacare Corporation | Invacare Corporation |
| 1320 Taylor St. | 1320 Taylor St. |
| Elyria | Elyria |
| OHIO | OH |
| 44035-6250 | 44035-6250 |
| US | US |

## Invoice Summary

| | |
|---|---|
| Billing Profile | Invacare Corporation |
| Invoice Number | G019876332 |
| Invoice Date In UTC | 03/05/2023 |
| Payment Terms | Net 30 days |

**Total Amount** USD 102,426.22
Due on 04/04/2023

Questions on your bill? Visit https://aka.ms/invoice-billing

## This invoice is for the billing period 02/01/2023 - 02/28/2023

This bill contains the charges for your purchases and services consumed from Microsoft. Find more details about your bill at
https://admin.microsoft.com/Adminportal/Home#/billoverview/invoice-list/G019876332

### Billing Summary

| | |
|---|---|
| Charges | 96,174.83 |
| Credits | 0.00 |
| Subtotal | 96,174.83 |
| Sales Tax (6.50%) | 6,251.39 |
| **Total (including Tax)** | **USD 102,426.22** |

There is a **USD 0.13** difference between the sum of consumption from all your projects totals and your invoice total. This difference results from rounding of charges that are allocated from the consolidated Billing account invoice to individual projects. These charges show up as unallocated.

Please pay **USD 102,426.22** on or before **04/04/2023** and reference invoice number **G019876332**. The following methods of payment are accepted:

**Pay by wire/ACH**
Bank: Bank of America
Branch: Dallas, TX
SWIFT Code: BOFAUS3N
ABA: 111 000 012
Account #: 4426587954
Account Name: Microsoft Corporation

**Pay online**
For your convenience, your bill is available to pay online through your business account at:-
https://admin.microsoft.com/Adminportal/Home#/billoverview/invoice-list/G019876332#paynow

**Microsoft**                                                                                           Invoice

## Section Summary

| Section Name | Charges (USD) | Tax Amount (USD) | Total (including Tax) (USD) |
| --- | ---: | ---: | ---: |
| Invacare Corporation | 90,620.15 | 5,890.35 | 96,510.50 |
| IT Department | 5,529.97 | 359.45 | 5,889.42 |
| Default invoice section | 24.58 | 1.59 | 26.17 |
| Unallocated Charges | 0.13 | --- | 0.13 |

## Details By Section

### Invacare Corporation

Virtual Machines DSv3 Series - Reserved VM Instance, Standard_D16s_v3, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| 02/01/2023-02/28/2023 | 215.19 | 2 | 430.38 | 6.50% | 27.96 | **458.34** |

Virtual Machines DSv3 Series - Reserved VM Instance, Standard_D4s_v3, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| 02/01/2023-02/28/2023 | 53.80 | 11 | 591.80 | 6.50% | 38.39 | **630.19** |

Virtual Machines ESv3 Series - Reserved VM Instance, Standard_E32s_v3, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| 02/01/2023-02/28/2023 | 584.08 | 1 | 584.08 | 6.50% | 37.96 | **622.04** |

Virtual Machines DSv3 Series - Reserved VM Instance, Standard_D8s_v3, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| 02/01/2023-02/28/2023 | 107.58 | 25 | 2,689.50 | 6.50% | 175.00 | **2,864.50** |

Virtual Machines FS Series - Reserved VM Instance, Standard_F4s, US East, 3 Years - 3 Years Reservation

**Microsoft**  Invoice

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/01/2023-02/28/2023 | 57.38 | 1 | 57.38 | 6.50% | 3.73 | **61.11** |

Virtual Machines MS Series - Reserved VM Instance, Standard_M32ls, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/01/2023-02/28/2023 | 586.75 | 3 | 1,760.25 | 6.50% | 114.42 | **1,874.67** |

Virtual Machines Dasv4 Series - Reserved VM Instance, Standard_D16as_v4, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/01/2023-02/28/2023 | 215.11 | 2 | 430.22 | 6.50% | 27.96 | **458.18** |

Virtual Machines Dv3 Series - Reserved VM Instance, Standard_D4_v3, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/01/2023-02/28/2023 | 53.80 | 6 | 322.80 | 6.50% | 20.94 | **343.74** |

Virtual Machines MS Series - Reserved VM Instance, Standard_M64ls, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/01/2023-02/28/2023 | 1,105.91 | 3 | 3,317.73 | 6.50% | 215.64 | **3,533.37** |

Virtual Machines Easv4 Series - Reserved VM Instance, Standard_E4as_v4, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/01/2023-02/28/2023 | 72.61 | 4 | 290.44 | 6.50% | 18.88 | **309.32** |

Virtual Machines MS Series - Reserved VM Instance, Standard_M64ms, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits | Sales Tax | Tax Amount (USD) | Total (including |
|---|---|---|---|---|---|---|

**Microsoft**  Invoice

Microsoft Corporation
One Microsoft Way
Redmond WA 98052
United States
FEIN: 91-1144442

### Invoice Summary

| | |
|---|---|
| Billing Profile | Invacare Corporation |
| Invoice Number | G019876332 |
| Invoice Date In UTC | 03/05/2023 |
| Payment Terms | Net 30 days |

**Total Amount** USD 102,426.22
Due on 04/04/2023

Questions on your bill? Visit https://aka.ms/invoice-billing

**Sold To**
Invacare Corporation
1320 Taylor St.
Elyria
OHIO
44035-6250
US

**Bill To**
Invacare Corporation
1320 Taylor St.
Elyria
OH
44035-6250
US

## This invoice is for the billing period 02/01/2023 - 02/28/2023

This bill contains the charges for your purchases and services consumed from Microsoft. Find more details about your bill at
https://admin.microsoft.com/Adminportal/Home#/billoverview/invoice-list/G019876332

### Billing Summary

| | |
|---|---:|
| Charges | 96,174.83 |
| Credits | 0.00 |
| Subtotal | 96,174.83 |
| Sales Tax (6.50%) | 6,251.39 |
| **Total (including Tax)** | **USD 102,426.22** |

There is a **USD 0.13** difference between the sum of consumption from all your projects totals and your invoice total. This difference results from rounding of charges that are allocated from the consolidated Billing account invoice to individual projects. These charges show up as unallocated.

Please pay **USD 102,426.22** on or before **04/04/2023** and reference invoice number **G019876332**. The following methods of payment are accepted:

**Pay by wire/ACH**
Bank: Bank of America
Branch: Dallas, TX
SWIFT Code: BOFAUS3N
ABA: 111 000 012
Account #: 4426587954
Account Name: Microsoft Corporation

**Pay online**
For your convenience, your bill is available to pay online through your business account at:-
https://admin.microsoft.com/Adminportal/Home#/billoverview/invoice-list/G019876332#paynow

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/04/2023-03/03/2023 | 2,111.00 | 3 | 6,333.00 | 6.50% | 411.63 | 6,744.63 |

Virtual Machines FSv2 Series - Reserved VM Instance, Standard_F16s_v2, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/07/2023-03/06/2023 | 181.05 | 1 | 181.05 | 6.50% | 11.77 | 192.82 |

Virtual Machines Ev3 Series - Reserved VM Instance, Standard_E4_v3, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/10/2023-03/09/2023 | 73.00 | 1 | 73.00 | 6.50% | 4.75 | 77.75 |

Virtual Machines MS Series - Reserved VM Instance, Standard_M32ls, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/10/2023-03/09/2023 | 586.75 | 2 | 1,173.50 | 6.50% | 76.28 | 1,249.78 |

Virtual Machines Dsv4 Series - Reserved VM Instance, Standard_D8s_v4, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 105.38 | 2 | 210.76 | 6.50% | 13.70 | 224.46 |

Virtual Machines Dasv4 Series - Reserved VM Instance, Standard_D16as_v4, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 210.80 | 2 | 421.60 | 6.50% | 27.40 | 449.00 |

Virtual Machines Dasv4 Series - Reserved VM Instance, Standard_D8as_v4, US East, 3 Years - 3 Years Reservation

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|

DocuSign Envelope ID: 087EF209-6B60-42AD-92AE-A2670F84AD90
Case 23-90068   Document 444   Filed in TXSB on 04/20/23   Page 10 of 15

■ Microsoft                                                                                                                                      Invoice

| Purchases<br>Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 107.55 | 1 | 107.55 | 6.50% | 6.99 | 114.54 |

Virtual Machines Dasv4 Series - Reserved VM Instance, Standard_D8as_v4, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 105.38 | 8 | 843.04 | 6.50% | 54.80 | 897.84 |

Virtual Machines FSv2 Series - Reserved VM Instance, Standard_F8s_v2, US West 2, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 90.52 | 1 | 90.52 | 6.50% | 5.88 | 96.40 |

Usage Charges - Azure plan

| Purchases<br>Charge Start Date - Charge End Date | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|
| Compute<br>02/01/2023-02/28/2023 | 25,056.27 | 6.50% | 1,628.65 | 26,684.92 |
| Storage<br>02/01/2023-02/28/2023 | 28,670.31 | 6.50% | 1,863.59 | 30,533.90 |
| Networking<br>02/01/2023-02/28/2023 | 12,203.05 | 6.50% | 793.19 | 12,996.24 |
| Security<br>02/01/2023-02/28/2023 | 3,097.82 | 6.50% | 201.36 | 3,299.18 |
| Management and Governance<br>02/01/2023-02/28/2023 | 1,546.88 | 6.50% | 100.56 | 1,647.44 |
| Integration<br>02/01/2023-02/28/2023 | 2.74 | 6.50% | 0.18 | 2.92 |
| Azure Marketplace Services<br>02/01/2023-02/28/2023<br>Publisher: ProComputers | 120.94 | 6.50% | 7.86 | 128.80 |
| Databases<br>02/01/2023-02/28/2023 | 13.54 | 6.50% | 0.88 | 14.42 |

## IT Department

Usage Charges - Azure plan

| Purchases<br>Charge Start Date - Charge End Date | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|

| | | | | | (USD) | Tax)<br>(USD) |
|---|---|---|---|---|---|---|
| 02/04/2023-03/03/2023 | | 2,111.00 | 3 | 6,333.00 | 6.50% | 411.63 | 6,744.63 |

Virtual Machines FSv2 Series - Reserved VM Instance, Standard_F16s_v2, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit<br>Price<br>(USD) | Qty | Charges/<br>Credits<br>(USD) | Sales Tax | Tax Amount<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|---|---|---|---|
| 02/07/2023-03/06/2023 | 181.05 | 1 | 181.05 | 6.50% | 11.77 | 192.82 |

Virtual Machines Ev3 Series - Reserved VM Instance, Standard_E4_v3, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit<br>Price<br>(USD) | Qty | Charges/<br>Credits<br>(USD) | Sales Tax | Tax Amount<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|---|---|---|---|
| 02/10/2023-03/09/2023 | 73.00 | 1 | 73.00 | 6.50% | 4.75 | 77.75 |

Virtual Machines MS Series - Reserved VM Instance, Standard_M32ls, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit<br>Price<br>(USD) | Qty | Charges/<br>Credits<br>(USD) | Sales Tax | Tax Amount<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|---|---|---|---|
| 02/10/2023-03/09/2023 | 586.75 | 2 | 1,173.50 | 6.50% | 76.28 | 1,249.78 |

Virtual Machines Dsv4 Series - Reserved VM Instance, Standard_D8s_v4, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit<br>Price<br>(USD) | Qty | Charges/<br>Credits<br>(USD) | Sales Tax | Tax Amount<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 105.38 | 2 | 210.76 | 6.50% | 13.70 | 224.46 |

Virtual Machines Dasv4 Series - Reserved VM Instance, Standard_D16as_v4, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit<br>Price<br>(USD) | Qty | Charges/<br>Credits<br>(USD) | Sales Tax | Tax Amount<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 210.80 | 2 | 421.60 | 6.50% | 27.40 | 449.00 |

Virtual Machines Dasv4 Series - Reserved VM Instance, Standard_D8as_v4, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit<br>Price<br>(USD) | Qty | Charges/<br>Credits<br>(USD) | Sales Tax | Tax Amount<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|---|---|---|---|

■ Microsoft                                                                                                                  Invoice

| | | | | | |
|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 107.55 | 1 | 107.55 | 6.50% | 6.99 | 114.54 |

Virtual Machines Dasv4 Series - Reserved VM Instance, Standard_D8as_v4, US East, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 105.38 | 8 | 843.04 | 6.50% | 54.80 | 897.84 |

Virtual Machines FSv2 Series - Reserved VM Instance, Standard_F8s_v2, US West 2, 3 Years - 3 Years Reservation

| Purchases<br>Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 02/28/2023-03/30/2023 | 90.52 | 1 | 90.52 | 6.50% | 5.88 | 96.40 |

Usage Charges - Azure plan

| Purchases<br>Charge Start Date - Charge End Date | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|
| Compute<br>02/01/2023-02/28/2023 | 25,056.27 | 6.50% | 1,628.65 | 26,684.92 |
| Storage<br>02/01/2023-02/28/2023 | 28,670.31 | 6.50% | 1,863.59 | 30,533.90 |
| Networking<br>02/01/2023-02/28/2023 | 12,203.05 | 6.50% | 793.19 | 12,996.24 |
| Security<br>02/01/2023-02/28/2023 | 3,097.82 | 6.50% | 201.36 | 3,299.18 |
| Management and Governance<br>02/01/2023-02/28/2023 | 1,546.88 | 6.50% | 100.56 | 1,647.44 |
| Integration<br>02/01/2023-02/28/2023 | 2.74 | 6.50% | 0.18 | 2.92 |
| Azure Marketplace Services<br>02/01/2023-02/28/2023<br>Publisher: ProComputers | 120.94 | 6.50% | 7.86 | 128.80 |
| Databases<br>02/01/2023-02/28/2023 | 13.54 | 6.50% | 0.88 | 14.42 |

## IT Department

Usage Charges - Azure plan

| Purchases<br>Charge Start Date - Charge End Date | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Storage<br>02/01/2023-02/28/2023 | 308.60 | 6.50% | 20.03 | 328.63 |
| Databases<br>02/01/2023-02/28/2023 | 985.42 | 6.50% | 64.05 | 1,049.47 |
| Security<br>02/01/2023-02/28/2023 | 668.78 | 6.50% | 43.47 | 712.25 |
| Compute<br>02/01/2023-02/28/2023 | 3,428.51 | 6.50% | 222.88 | 3,651.39 |
| Networking<br>02/01/2023-02/28/2023 | 99.97 | 6.50% | 6.51 | 106.48 |
| Analytics<br>02/01/2023-02/28/2023 | 30.34 | 6.50% | 1.97 | 32.31 |
| Management and Governance<br>02/01/2023-02/28/2023 | 8.35 | 6.50% | 0.54 | 8.89 |

## Default invoice section

Usage Charges - Azure plan

| Purchases<br>Charge Start Date - Charge End Date | Charges/<br>Credits<br>(USD) | | Tax Amount<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|---|---|
| Compute<br>02/01/2023-02/28/2023 | 0.04 | --- | --- | 0.04 |
| Databases<br>02/01/2023-02/28/2023 | 0.34 | 6.50% | 0.02 | 0.36 |
| Networking<br>02/01/2023-02/28/2023 | 24.20 | 6.50% | 1.57 | 25.77 |

## Unallocated Charges

Usage Charges - Azure plan

| Purchases<br>Charge Start Date - Charge End Date | Charges/<br>Credits<br>(USD) | Total<br>(including<br>Tax)<br>(USD) |
|---|---|---|
| Storage<br>02/01/2023-02/28/2023 | 0.06 | 0.06 |
| Networking<br>02/01/2023-02/28/2023 | 0.04 | 0.04 |
| Security<br>02/01/2023-02/28/2023 | 0.02 | 0.02 |
| Databases<br>02/01/2023-02/28/2023 | 0.01 | 0.01 |

DocuSign Envelope ID: 087EF209-6B60-42AD-92AE-A2670F84AD90

**Microsoft**      Invoice

## Payment Instructions:

Please pay **USD 102,426.22** on or before **04/04/2023** and reference invoice number **G019876332**. The following methods of payment are accepted:

**Pay by wire/ACH**
Bank: Bank of America
Branch: Dallas, TX
SWIFT Code: BOFAUS3N
ABA: 111 000 012
Account #: 4426587954
Account Name: Microsoft Corporation

**Pay online**
For your convenience, your bill is available to pay online through your business account at:-
https://admin.microsoft.com/Adminportal/Home#/billoverview/invoice-list/G019876332#paynow

## Publisher information

| Publisher name | Publisher address |
| --- | --- |
| SendGrid | 929 Pearl Street<br>Boulder CO 80302 US |
| ProComputers SRL | Str. Constantin Dobrogeanu Gherea nr. 9 Oradea 410061 RO |