IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INVACARE CORPORATION, *et al.*,[1] | ) Case No. 23-90068 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF (I) ENTRY OF AN ORDER
CONFIRMING THE FIRST AMENDED JOINT CHAPTER 11
PLAN OF REORGANIZATION OF INVACARE CORPORATION
AND ITS DEBTOR AFFILIATES (TECHNICAL MODIFICATIONS) AND
(II) OCCURRENCE OF EFFECTIVE DATE**

On April 28, 2023, the Honorable Christopher Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Court"), entered the *Order Confirming the First Amended Joint Chapter 11 Plan of Invacare Corporation and Its Debtor Affiliates* [Docket No. 522] (the "Confirmation Order") confirming the Plan[2] of the above-captioned debtors (the "Debtors").

The Effective Date of the Plan occurred on **May 5, 2023**. All of the conditions precedent to the Effective Date of the Plan have been satisfied or waived in accordance with the Plan.

The Confirmation Order and the Plan are available for inspection. If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact Epiq Corporate Restructuring, LLC, the Debtors' Claims and Noticing Agent in these Chapter 11 Cases, by (a) calling (855) 795-2124 (toll free for U.S. domestic calls), (503) 974-1666 (for international calls) or by email at InvacareInfo@epiqglobal.com; or (b) visiting the website of the Debtors' Claims and Noticing Agent at: https://dm.epiq11.com/Invacare. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee at: https://ecf.txsb.uscourts.gov.

Unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Administrative Claim and the Debtors, the deadline for filing requests for payment of Administrative Claims, is: (a) **with respect to Administrative Claims other than Professional Fee Claims, 30 days after the**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the *First Amended Joint Chapter 11 Plan of Invacare Corporation and Its Debtor Affiliates (Technical Modifications)* [Docket No. 502] (as modified, amended, and including all supplements, the "Plan").

31993282.2

**Effective Date**; and (b) **with respect to Professional Fee Claims, 45 days after the Effective Date** (the "Administrative Claims Bar Date"). **Holders of Administrative Claims that are required to, but do not, File a Claim with respect to such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property, and such Administrative Claims shall be deemed satisfied, settled, and released as of the Effective Date.**

The Court has approved certain discharge, release, exculpation, injunction, and related provisions contained in Article VIII of the Plan and the Confirmation Order.

The Plan and the Confirmation Order and their respective provisions are binding on the Debtors, the Reorganized Debtors, the Distribution Agent, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

The Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

31993282.2

Houston, Texas
Dated:  May 5, 2023

/s/  *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **MCDONALD HOPKINS LLC** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Shawn M. Riley (admitted *pro hac vice*) |
| Jennifer F. Wertz (TX Bar No. 24072822) | David A. Agay (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Nicholas M. Miller (admitted *pro hac vice*) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | Maria G. Carr (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 600 Superior Avenue, E., Suite 2100 |
| Houston, TX 77010 | Cleveland, OH 44114 |
| Telephone: (713) 752-4200 | Telephone: (216) 348-5400 |
| Facsimile: (713) 752-4221 | Facsimile: (216) 348-5474 |
| Email: mcavenaugh@jw.com | Email:  sriley@mcdonaldhopkins.com |
|            jwertz@jw.com |             dagay@mcdonaldhopkins.com |
|             mstull@jw.com |             nmiller@mcdonaldhopkins.com |
|            vargeroplos@jw.com |             mcarr@mcdonaldhopkins.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors and* |
| *and Debtors in Possession* | *Debtors in Possession* |

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Yusuf Salloum (admitted *pro hac vice*)
Erica D. Clark (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ryan.bennett@kirkland.com
           yusuf.salloum@kirkland.com
           erica.clark@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

3

31993282.2

## Certificate of Service

      I certify that, on May 5, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Matthew D. Cavenaugh*
                                                  Matthew D. Cavenaugh

31993282.2