**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| INVACARE CORPORATION, *et al.*,[1] | ) Case No. 23-90068 (CML) |
|  | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 725** |

### STIPULATION RESOLVING CLAIM OF GEORGE PFEIFER [CLAIM NO. 10032]

Invacare Corporation ("Invacare"), one of the above-captioned reorganized debtors and debtors in possession (the "Reorganized Debtors") and George Pfeifer ("Pfeifer" and together with Invacare, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, on January 31, 2023, the Reorganized Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532, in the Bankruptcy Court for the Southern District of Texas;

WHEREAS, on February 20, 2023, Pfeifer filed proof of claim no. 10032 (the "Claim") against the Company, asserting an unsecured claim in the amount of $485,000;

WHEREAS, on February 1, 2024, the Reorganized Debtors filed *Invacare Corporation's Objection to Proof of Claim No. 10032 Filed by George Pfeifer* [Docket No. 725] (the "Objection"), objecting to the Claim;

WHEREAS, the Parties desire to enter into this Stipulation to resolve the Claim.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and among the Parties as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

33266301.1

2

1.      The Claim is hereby reduced to an unsecured claim in the amount of $360,000.

2.      The Objection is withdrawn.

3.      The Reorganized Debtors' claims agent, Epiq Corporate Restructuring, LLC, is authorized and directed to modify the official claims register to comport with this Stipulation.

4.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

5.      The Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

33266301.1

Houston, Texas
Dated:  March 6, 2024

/s/  *Nicholas M. Miller*

**MCDONALD HOPKINS LLC**
Shawn M. Riley (admitted *pro hac vice*)
David A. Agay (admitted *pro hac vice*)
Nicholas M. Miller (admitted *pro hac vice*)
Maria G. Carr (admitted *pro hac vice*)
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Email:  sriley@mcdonaldhopkins.com
        dagay@mcdonaldhopkins.com
        nmiller@mcdonaldhopkins.com
        mcarr@mcdonaldhopkins.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Yusuf Salloum (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ryan.bennett@kirkland.com
        yusuf.salloum@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh
(TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
J. Machir Stull (TX Bar No. 24070697)
Victoria N. Argeroplos (TX Bar No. 24105799)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email:  mcavenaugh@jw.com
        jwertz@jw.com
        mstull@jw.com
        vargeroplos@jw.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Erica D. Clark (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: erica.clark@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

- and -

3

33266301.1

*/s/ Michael D. Shaffer*

**SHAFER & GAIER, LLC**
Michael D. Shaffer
8 Penn Center
Suite 400
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 751-0100
Facsimile: (215) 751-0723
Email: mshaffer@shaffergaier.com

*Counsel to George Pfeifer*

4

33266301.1