# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| INVACARE CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-90068 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF RESET OF OMNIBUS CLAIM OBJECTIONS HEARING**

The hearing on the following matters previously set for March 19, 2024, at 1:00 p.m. (prevailing Central Time) has been reset to **April 22, 2024, at 10:00 a.m. (prevailing Central Time)**:

1. Reorganized Debtors' Amended <u>First</u> Omnibus Objection to Certain Misclassified Proofs of Claim [Docket No. 730]

    o   Response at Docket No. 744 – Ferriot Inc. (Claim No. 10212)

    o   Informal response – Seko Worldwide (Claim No. 137)

2. Reorganized Debtors' <u>Second</u> Omnibus Objection to Certain Proofs of Claim (Non-Debtor Claims) [Docket No. 717]

3. Reorganized Debtors' <u>Third</u> Omnibus Objection to Certain Proofs of Claim (Undetermined Claims) [Docket No. 718]

    o   Response at Docket No. 740 – Joerns and Dynamic Medical Systems LLC (Claim No. 10389)

    o   Response at Docket No. 745 – Brian Ridgway (Claim No. 10332)

    o   Response at Docket No. 747 – Rafaela Leal Munoz, individually and as Personal Representative and/or Administrator of the Estate of Luis Flores Leal, Joe Leal, and Elvira Leal (Claim No. 10004)

    o   Informal Response – Helene Tanous (Claim No. 10052)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

33347085.1

4. Reorganized Debtors' Amended <u>Fourth</u> Omnibus Objection to Certain Proofs of Claim (Overstated Claims) [Docket No. 733]

- Responses Response at Docket No. 743 – Cellco Partnership d/b/a Verizon Wireless (Claim No. 10309)
- Response at Docket No. 744 – Ferriot Inc. (Claim No. 10212)
- Response at Docket No. 752 – Impact Molding Clearwater, LLC (Claim No. 10262)
- Response at Docket No. 753 – Metal Impact South, LLC (Claim No. 10261)
- Informal Response – Uline (Claim No. 1)
- Informal Response – Seko Worldwide LLC (Claim No. 137)
- Informal Response – Gardner Denver Thomas Inc. (Claim No. 143)
- Informal Response – CAB Assignee of New Prokin Ltd (Claim No. 10060)
- Informal Response – CAB Assignee of Jiangsu Yuyue Medical Equipment & Supply Co Ltd. (Claim No. 10373)
- Informal Response – CAB Assignee of Qingdao Forbest Import& Export Co Ltd (Claim No. 10100)

**You may participate in the hearing only by an audio and video connection.** Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510.** Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

33347085.1

Houston, Texas
Dated: March 19, 2024

/s/ *Nicholas M. Miller*

| | |
|---|---|
| **MCDONALD HOPKINS LLC** | **JACKSON WALKER LLP** |
| Shawn M. Riley (admitted *pro hac vice*) | Matthew D. Cavenaugh (TX Bar No. 24062656) |
| David A. Agay (admitted *pro hac vice*) | Jennifer F. Wertz (TX Bar No. 24072822) |
| Nicholas M. Miller (admitted *pro hac vice*) | J. Machir Stull (TX Bar No. 24070697) |
| Maria G. Carr (admitted *pro hac vice*) | Victoria N. Argeroplos (TX Bar No. 24105799) |
| 600 Superior Avenue, E., Suite 2100 | 1401 McKinney Street, Suite 1900 |
| Cleveland, OH 44114 | Houston, TX 77010 |
| Telephone: (216) 348-5400 | Telephone: (713) 752-4200 |
| Facsimile: (216) 348-5474 | Facsimile: (713) 752-4221 |
| Email: sriley@mcdonaldhopkins.com | Email: mcavenaugh@jw.com |
| dagay@mcdonaldhopkins.com | jwertz@jw.com |
| nmiller@mcdonaldhopkins.com | mstull@jw.com |
| mcarr@mcdonaldhopkins.com | vargeroplos@jw.com |
| *Co-Counsel to the Reorganized Debtors* | *Co-Counsel to the Reorganized Debtors* |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) | Erica D. Clark (admitted *pro hac vice*) |
| Yusuf Salloum (admitted *pro hac vice*) | 601 Lexington Avenue |
| 300 North LaSalle Street | New York, New York 10022 |
| Chicago, Illinois 60654 | Telephone: (212) 446-4800 |
| Telephone: (312) 862-2000 | Facsimile: (212) 446-4900 |
| Facsimile: (312) 862-2200 | Email: erica.clark@kirkland.com |
| Email: ryan.bennett@kirkland.com | |
| yusuf.salloum@kirkland.com | *Co-Counsel to the Reorganized Debtors* |
| *Co-Counsel to the Reorganized Debtors* | |

**Certificate of Service**

       I certify that, on March 19, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                          */s/ Matthew D. Cavenaugh*
                                                          Matthew D. Cavenaugh

33347085.1