IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| INVACARE CORPORATION, *et al.*,[1] | ) Case No. 23-90068 (CML) |
| Reorganized Debtors. | ) (Jointly Administered) |

**REORGANIZED DEBTORS' NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by the above-captioned debtors and debtors in possession (collectively, the "Reorganized Debtors").

2. This Notice pertains to the matters scheduled for hearing or trial in this case on June 17, 2024, at 1:00 p.m. (prevailing Central Time).

3. The party filing this Notice may call the following witness to testify at the scheduled hearing or trial by telephone and video technology:

   (A)   Ching Wei Tan, Huron Consulting Services LLC.

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness and the objector must appear in person at the scheduled date.**

5. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

Houston, Texas
Dated: June 10, 2024

/s/ *Nicholas M. Miller*

| **MCDONALD HOPKINS LLC** | **JACKSON WALKER LLP** |
|---|---|
| Shawn M. Riley (admitted *pro hac vice*) | Matthew D. Cavenaugh (TX Bar No. 24062656) |
| David A. Agay (admitted *pro hac vice*) | Jennifer F. Wertz (TX Bar No. 24072822) |
| Nicholas M. Miller (admitted *pro hac vice*) | J. Machir Stull (TX Bar No. 24070697) |
| Maria G. Carr (admitted *pro hac vice*) | Victoria N. Argeroplos (TX Bar No. 24105799) |
| 600 Superior Avenue, E., Suite 2100 | 1401 McKinney Street, Suite 1900 |
| Cleveland, OH 44114 | Houston, TX 77010 |
| Telephone: (216) 348-5400 | Telephone: (713) 752-4200 |
| Facsimile: (216) 348-5474 | Facsimile: (713) 752-4221 |
| Email: sriley@mcdonaldhopkins.com | Email: mcavenaugh@jw.com |
|        dagay@mcdonaldhopkins.com |        jwertz@jw.com |
|        nmiller@mcdonaldhopkins.com |        mstull@jw.com |
|        mcarr@mcdonaldhopkins.com |        vargeroplos@jw.com |

*Co-Counsel to the Reorganized Debtors*        *Co-Counsel to the Reorganized Debtors*

| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) | Erica D. Clark (admitted *pro hac vice*) |
| Yusuf Salloum (admitted *pro hac vice*) | 601 Lexington Avenue |
| 300 North LaSalle Street | New York, New York 10022 |
| Chicago, Illinois 60654 | Telephone: (212) 446-4800 |
| Telephone: (312) 862-2000 | Facsimile: (212) 446-4900 |
| Facsimile: (312) 862-2200 | Email: erica.clark@kirkland.com |
| Email: ryan.bennett@kirkland.com | |
|        yusuf.salloum@kirkland.com | *Co-Counsel to the Reorganized Debtors* |

*Co-Counsel to the Reorganized Debtors*

**Certificate of Service**

      I certify that, on June 10, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Victoria Argeroplos*
      Victoria Argeroplos