UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: INVACARE CORPORATION

Debtor(s)

Case No. 23-90068

Lead Case No. 23-90068

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2024

Petition Date: 01/31/2023

Plan Confirmed Date: 04/28/2023

Plan Effective Date: 05/05/2023

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Kai Zhu
Signature of Responsible Party

Kai Zhu
Printed Name of Responsible Party

11/06/2024
Date

1 Invacare Way
Elyria, Ohio 44035
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name  INVACARE CORPORATION                                             Case No.  23-90068

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $22,183 | $4,079,011 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $22,183 | $4,079,011 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $11,953,638 | $0 | $12,069,118 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Kirkland & Ellis | Lead Counsel | $0 | $3,361,816 | $0 | $3,600,000 |
| ii | McDonald Hopkins | Lead Counsel | $0 | $1,092,488 | $0 | $1,384,118 |
| iii | Jackson Walker | Local Counsel | $0 | $303,992 | $0 | $350,000 |
| iv | Huron Consulting Group | Financial Professional | $0 | $3,191,909 | $0 | $2,730,000 |
| v | Miller Buckfire / Stifel | Financial Professional | $0 | $4,003,433 | $0 | $4,005,000 |
| vi | Epiq Corporate Restructuring, L | Other | $0 | $0 | $0 | $0 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name INVACARE CORPORATION  Case No. 23-90068

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name INVACARE CORPORATION      Case No. 23-90068

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,282,377 | $0 | $1,358,847 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Baker Hostetler | Special Counsel | $0 | $158,645 | $0 | $158,847 |
| | ii | Ernst & Young | Financial Professional | $0 | $1,123,732 | $0 | $1,200,000 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)            4

Debtor's Name INVACARE CORPORATION                                      Case No.  23-90068

|      |        |   |   |   |   |   |
|------|--------|---|---|---|---|---|
|      | vii    |   |   |   |   |   |
|      | viii   |   |   |   |   |   |
|      | ix     |   |   |   |   |   |
|      | x      |   |   |   |   |   |
|      | xi     |   |   |   |   |   |
|      | xii    |   |   |   |   |   |
|      | xiii   |   |   |   |   |   |
|      | xiv    |   |   |   |   |   |
|      | xv     |   |   |   |   |   |
|      | xvi    |   |   |   |   |   |
|      | xvii   |   |   |   |   |   |
|      | xviii  |   |   |   |   |   |
|      | xix    |   |   |   |   |   |
|      | xx     |   |   |   |   |   |
|      | xxi    |   |   |   |   |   |
|      | xxii   |   |   |   |   |   |
|      | xxiii  |   |   |   |   |   |
|      | xxiv   |   |   |   |   |   |
|      | xxv    |   |   |   |   |   |
|      | xxvi   |   |   |   |   |   |
|      | xxvii  |   |   |   |   |   |
|      | xxviii |   |   |   |   |   |
|      | xxix   |   |   |   |   |   |
|      | xxx    |   |   |   |   |   |
|      | xxxi   |   |   |   |   |   |
|      | xxxii  |   |   |   |   |   |
|      | xxxiii |   |   |   |   |   |
|      | xxxiv  |   |   |   |   |   |
|      | xxxv   |   |   |   |   |   |
|      | xxxvi  |   |   |   |   |   |
|      | xxxvii |   |   |   |   |   |
|      | xxxvii |   |   |   |   |   |
|      | xxxix  |   |   |   |   |   |
|      | xl     |   |   |   |   |   |
|      | xli    |   |   |   |   |   |
|      | xlii   |   |   |   |   |   |
|      | xliii  |   |   |   |   |   |
|      | xliv   |   |   |   |   |   |
|      | xlv    |   |   |   |   |   |
|      | xlvi   |   |   |   |   |   |
|      | xlvii  |   |   |   |   |   |
|      | xlviii |   |   |   |   |   |

Debtor's Name INVACARE CORPORATION  Case No. 23-90068

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxviii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name INVACARE CORPORATION        Case No. 23-90068

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $15,402,965 | $0 | $15,402,965 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $59,280 | $0 | $59,280 | $59,280 | 100% |
| b. Secured claims | $4,803 | $0 | $4,803 | $4,803 | 100% |
| c. Priority claims | $15,150 | $0 | $15,150 | $15,150 | 100% |
| d. General unsecured claims | $1,504,124 | $22,183 | $1,504,124 | $1,504,124 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?     Yes ○   No ⦿
  If yes, give date Final Decree was entered: _____
  If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ○

Debtor's Name **INVACARE CORPORATION**  Case No. 23-90068

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Kai Zhu  
Signature of Responsible Party

Senior VP & CFO  
Title

Kai Zhu  
Printed Name of Responsible Party

11/06/2024  
Date

Debtor's Name INVACARE CORPORATION                                                                                    Case No.  23-90068


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                                9

Debtor's Name INVACARE CORPORATION                                  Case No.  23-90068



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                    10