**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| INVACARE CORPORATION, *et al.*,[1] | ) ) | Case No. 23-90068 (CML) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) | **Ref. Docket No. 860** |

**CERTIFICATE OF SERVICE**

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2024, I caused to be served the "Invacare Corporation's Response to Birlasoft Solutions Inc.'s Motion to Enforce the Provisions of the Confirmation Order and Plan Related to the Assumption of Executory Contracts," dated December 9, 2024 [Docket No. 860], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to: *jmelko@foley.com* and *nora.mcguffey@foley.com.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Reorganized Debtors is 1 Invacare Way, Elyria, Ohio 44035.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AZURITE MANAGEMENT LLC | 25101 CHAGRIN BOULEVARD, SUITE 350 CLEVELAND OH 44122 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | TORRE CHARDON, SUITE 1201 350 CARLOS CHARDON STREET SAN JUAN PR 00918 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE ATTN INSOLVENCY 1919 SMITH ST HOUSTON TX 77002 |
| INVACARE CORP | ATTN: ANTHONY LAPLACA 1 INVACARE WAY ELYRIA OH 44035 |
| NEW PROKIN (ZHONGSHAN) LTD | ATTN JAMES TSAI NO 51, HUASHIXIA STREET SHENGCHONG VILLAGE TORCH DEVELOPMENT ZONE ZHONGSHAN CITY GD S28437 CHINA |
| NORTHERN MARIANA ISLANDS ATTORNEY GENERAL | ATTN EDWARD MANIBUSAN CALLER BOX 10007 NORTHERN MARIANA ISLANDS SAIPAN MP 96950 |
| NORTHERN MARIANA ISLANDS ATTY GENERAL | ATTN EDWARD MANIBUSAN ADMINISTRATION BLDG PO BOX 10007 NORTHERN MARIANA ISLANDS SAIPAN, MP 96950-8907 |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ATTN: DOUGLAS B MOYLAN ADMINISTRATION DIVISION 590 S MARINE CORPS DR, STE 901 TAMUNING GU 96913 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | FAINU'ULELEI FALEFATU ALA'ILIMA-UTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 AMERICAN SAMOA |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 I ST, STE 1740 SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | 700 W JEFFERSON ST BOISE ID 83720 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: DEREK SCHMIDT 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN LYNN FITCH 550 HIGH ST JACKSON MS 39201 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 081 TRENTON NJ 08625-0081 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL KENDRICK BUILDING 2320 CAPITOL AVE CHEYENNE WY 82002 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  33**

**EXHIBIT B**

INVACARE CORPORATION, *et al.,* Case No. 23-90068 (CML)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ALL PRO FREIGHT SYSTEMS INC | ATTN JUDY NESTER; CHRISS E HAAS | JNESTER@ALLPROFREIGHT.COM; CHAAS@ALLPROFREIGHT.COM |
| ARENT FOX SCHIFF LLP | ATTN ANDREW I SILFEN; BETH M BROWNSTEIN; JAMES E BRITTON | ANDREW.SILFEN@AFSLAW.COM; BETH.BROWNSTEIN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| BENESCH FRIEDLANDER COPLAN & ARNOFF LLP | ATTN KEVIN M CAPUZZI; STEVEN L WALSH; SVEN NYLEN; DEANA S STEIN | KCAPUZZI@BENESCHLAW.COM; SWALSH@BENESCHLAW.COM; SNYLEN@BENESCHLAW.COM; DSTEIN@BENESCHLAW.COM |
| BIRLASOFT SOLUTIONS INC | ATTN INDU NANGIA; ANAND ABOTI; ROOP SINGH | INDUN@BIRLASOFT.COM; ROOP.SINGH@BIRLASOFT.COM |
| BLANKROME | ATTN REGINA STANGO KELBON; CHRIS MANION; GREGORY VIZZA; MICHAEL GRAZIANO; MARK RABINOWITZ; CONOR HIRSCH; IRA L HERMAN | REGINA.KELBON@BLANKROME.COM; CHRIS.MANION@BLANKROME.COM; GREGORY.VIZZA@BLANKROME.COM; MICHAEL.GRAZIANO@BLANKROME.COM; MARK.RABINOWITZ@BLANKROME.COM; CONOR.HIRSCH@BLANKROME.COM; IRA.HERMAN@BLANKROME.COM |
| BRAD PARKER | ATTN BRAD PARKER | BPARKER@PARKERLAWPC.COM |
| BROWN & CONNERY LLP | ATTN DONALD K LUDMAN; JULIE F MONTGOMERY | DLUDMAN@BROWNCONNERY.COM; JMONTGOMERY@BROWNCONNERY.COM |
| BROWN RUDNICK LLP | ATTN ROBERT J STARK; BENNETT S SILVERBERG; ALEXANDER F KASNETZ; STEVEN B LEVINE; MATTHEW A SAWYER | RSTARK@BROWNRUDNICK.COM; BSILVERBERG@BROWNRUDNICK.COM; AKASNETZ@BROWNRUDNICK.COM; SLEVINE@BROWNRUDNICK.COM; MSAWYER@BROWNRUDNICK.COM |
| BUCHALTER PC | ATTN SHAWN M CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| CANTOR FITZGERALD SECURITIES (ADMIN AGENT) | ATTN: BOBBIE YOUNG | BANKLOANSAGENCY@CANTOR.COM |
| CAREMED SUPPLY INC | ATTN: JAMES COCUZZA | JCOCUZZA@PRIUSHC.COM |
| CHANGZHOU DADE MACHINE CO.,LTD | ATTN: QA: MR. JIN YINFENG; SALES: COCO JIANG; TED YU | JINYINFENG@CZDADE.NET; COCO@CZDADE.NET; TED@CZDADE.NET |
| CORE HEALTH & FITNESS LLC | ATTN: BETTY LUO | BETTY@LAXIAMEN.COM |
| CORSARO & ASSOCIATES CO LPA | ATTN STEVEN B BERANEK; SCOTT R POE | SBERANEK@CORSAROLAW.COM; SPOE@CORSAROLAW.COM |
| CREDITORS ADJUSTMENT BUREAU | ATTN BRIAN MITTELDORF | BLM@CABCOLLECTS.COM |

INVACARE CORPORATION, *et al.,* Case No. 23-90068 (CML)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| CUSTOM ENGINEERED WHEELS INC | ATTN: TIFFANY KITCHENS | TIFFANY.KITCHENS@CEWMAIL.COM |
| DAVIS POLK & WARDWELL LLP | ATTN DAMIAN SCHAIBLE, ESQ; JONAH A. PEPPIATT, ESQ; JARRET ERICKSON, ESQ; ERIC HWANG, ESQ | DAMIAN.SCHAIBLE@DAVISPOLK.COM; JONAH.PEPPIATT@DAVISPOLK.COM; JARRET.ERICKSON@DAVISPOLK.COM; ERIC.HWANG@DAVISPOLK.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE | OAG@DC.GOV |
| DUKE HOLZMAN PHOTIADIS & GRESENS LLP | ATTN MICHAEL J LOMBARDO | MJLOMBARDO@DHPGLAW.COM |
| DYNAMIC CONTROLS LTD | ATTN: SIMON REES | SREES@DYNAMICCONTROLS.COM |
| ERNST & YOUNG LLP | | EYCANADAINVOICEINQUIRY@CA.EY.COM |
| FEDEX | ATTN: LARRY PUSZKO | LPUSZKO@FEDEX.COM |
| FOAM CRAFT (FUTURE FOAM INC) | ATTN: MIKE URQUHART | MURQUHART@FUTUREFOAM.COM |
| FOLEY & LARDNER LLP | ATTN HAROLD KAPLAN; MARK HEBBELN; SHARON M BEAUSOLEIL; JOHN MELKO; AARON TANTLEFF; ELYSIA A LAMPERT | HKAPLAN@FOLEY.COM; MHEBBELN@FOLEY.COM; SBEAUSOLEIL@FOLEY.COM; JMELKO@FOLEY.COM; ATANTLEFF@FOLEY.COM; ELAMPERT@FOLEY.COM |
| FOOD AND DRUG ADMINISTRATION | | PATIENTAFFAIRS@FDA.HHS.GOV |
| G S E TRADING LTD | ATTN: NATALIE LUO | LUOCANHUA@GSE.CN |
| GALLOP CYCLE CORP | ATTN: MARK PIKULA | MARKPIKULA@GALLOPCORP.COM |
| GLAS TRUST CORPORATION LIMITED | ATTN: DCM TEAM PROJECT IMPACT INVACARE (ADMIN AGENT) | DCM@GLAS.AGENCY |
| HIGHBRIDGE CAPITAL MANAGEMENT LLC | ATTN JONATHAN SEGAL; DAMON MEYER | DAMON.MEYER@HIGHBRIDGE.COM; JONATHAN.SEGAL@HIGHBRIDGE.COM; IAN.SCIME@HIGHBRIDGE.COM |
| HIRSCHLER FLEISCHER PC | ATTN BRITTANY B FALABELLA | BFALABELLA@HIRSCHLERLAW.COM |
| JACKSON WALKER LLP | ATTN: JENNIFER WERTZ; MACHIR STULL | JWERTZ@JW.COM; MSTULL@JW.COM |
| JIANGSU INTCO MEDICAL PRODUCTS CO LTD | ATTN: JIANG PENG | JIANGPENG@INTCO.COM |

INVACARE CORPORATION, *et al.,* Case No. 23-90068 (CML)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| JIANGYIN HUASHI MEDICAL EQUIPMENT CO LTD | ATTN: SHI PING HUA | SPH@VIP.163.COM |
| JONES WALKER LLP | ATTN JOSEPH E BAIN; OLIVIA K GREENBERG; ELIZABETH W DE LEON; JOHN W MILLS | JBAIN@JONESWALKER.COM; OGREENBERG@JONESWALKER.COM; EDELEON@JONESWALKER.COM; JMILLS@JONESWALKER.COM |
| K&L GATES LLP | ATTN DAVID WEITMAN | DAVID.WEITMAN@KLGATES.COM |
| KENCO TRANSPORTATION MANAGEMENT LLC | ATTN: MIKE MCCLELAND | IVCTOC@KENCOGROUP.COM; MAX.FULTON@KENCOGROUP.COM |
| KILPATRICK TOWNSEND & STOCKTON LLP | ATTN DANIEL F SHANK; TODD C MEYERS; PAUL M ROSENBLATT | DSHANK@KILPATRICKTOWNSEND.COM; TMEYERS@KILPATRICKTOWNSEND.COM; PROSENBLATT@KILPATRICKTOWNSEND.COM |
| KIRKLAND & ELLIS LLP | ATTN TABITHA DE PAULO | TABITHA.DEPAULO@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: RYAN BENNETT; YUSUF SALLOUM | RYAN.BENNETT@KIRKLAND.COM; YUSUF.SALLOUM@KIRKLAND.COM |
| LINAK | ATTN: CHRIS SPRIGLER | CSPRIGLER@LINAK-US.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN TARA L GRUNDEMEIER | HOUSTON_BANKRUPTCY@LGBS.COM |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM |
| MCDONALD HOPKINS LLC | ATTN: SHAWN M. RILEY; NICHOLAS M. MILLER | SRILEY@MCDONALDHOPKINS.COM; NMILLER@MCDONALDHOPKINS.COM |
| MICROSOFT CORPORATION | ATTN: CHUCK LOVE | CHUCK.LOVE@MICROSOFT.COM |
| NEFF GROUP DISTRIBUTORS INC | ATTN: JEFF LUECKEJOE RICHARDSON (MAC VALVES) | JLUECKE@NEFFAUTOMATION.COM; JRICHARDSON@MACVALVES.COM |
| NEW PROKIN INTERNATIONAL LTD | ATTN: DOUBLE LIU; JAMES TSAI | DOUBLE.LIU@NEWPROKIN.COM; NEWPROKIN@NEWPROKIN.COM |
| NINGHAI JIANPAI AUTOMOTIVE ACCESSORY CO LTD | ATTN: XIANGUN GE | QUALITY@NBJIANPAI.COM |
| NORTON ROSE FULBRIGHT US LLP | ATTN JASON L BOLAND; MARIA MOKRZYCKA; JULIE HARRISON; ERIC DAUCHER | JASON.BOLAND@NORTONROSEFULBRIGHT.COM; JULIE.HARRISON@NORTONROSEFULBRIGHT.COM; MARIA.MOKRZYCKA@NORTONROSEFULBRIGHT.COM; ERIC.DAUCHER@NORTONROSEFULBRIGHT.COM |
| NORTON ROSE FULBRIGHT US LLP | ATTN: WILLIAM GREENDYKE | WILLIAM.GREENDYKE@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: COURTNEY J. HULL; SHERRI K. SIMPSON | BK-CHULL@OAG.TEXAS.GOV; SHERRI.SIMPSON@OAG.TEXAS.GOV |

INVACARE CORPORATION, *et al.,* Case No. 23-90068 (CML)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | ATTN: JANA WHITWORTH; HECTOR DURAN JR. | JANA.WHITWORTH@USDOJ.GOV; HECTOR.DURAN.JR@USDOJ.GOV |
| PALMER LEHMAN SANDBERG PLLC | ATTN MARTIN J LEHMAN | MLEHMAN@PAMLAW.COM |
| PORTER HEDGES LLP | ATTN JOHN F HIGGINS; M SHANE JOHNSON; MEGAN N YOUNG-JOHN | JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM |
| PRECISION MEDICAL | ATTN: JIM PARKER | JPARKER@PRECISIONMEDICAL.COM |
| RHENUS LOGISTICS CHINA LTD | ATTN: JOANNA ZOU | JOANNA.ZOU@CN.RHENUS.COM |
| ROLLER DIE & FORMING | ATTN: KENT HOUSERMAN | KHOUSERMAN@ROLLERDIE.COM |
| SAMUEL SON & CO INC | ATTN: CAROL BROWN | CAROL.BROWN@SAMUEL.COM |
| SAP AMERICA, INC | | FINANCEAR@SAP.COM |
| SECURITIES & EXCHANGE COMMISSION | ATTN JOLENE M WISE | CHAIRMANOFFICE@SEC.GOV; WISEJ@SEC.GOV |
| SHIPMAN & GOODWIN LLP | ATTN KATHLEEN M LAMANNA | KLAMANNA@GOODWIN.COM; BANKRUPTCY@GOODWIN.COM; BANKRUPTCYPARALEGAL@GOODWIN.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE | OAG@ARKANSASAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | AGCARR@LAW.GA.GOV |

INVACARE CORPORATION, *et al.,* Case No. 23-90068 (CML)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA | HAWAIIAG@HAWAII.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: TOM MILLER | WEBTEAM@AG.IOWA.GOV |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON | KYOAGOR@KY.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON | ADAM.WELLE@AG.STATE.MN.US |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD | AGINFO@AG.NV.GOV |

INVACARE CORPORATION, *et al.,* Case No. 23-90068 (CML)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | NYAG.PRESSOFFICE@AG.NY.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | AMY.KAUFMAN@OHIOAGO.GOV; KRISTIN.RADWANICK@OHIOAGO.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | AG@RIAG.RI.GOV |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK VARGO | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI; STEPHEN R BUTLER | CONSUMER.AFFAIRS@AG.TN.GOV; STEVE.BUTLER@AG.TN.GOV |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D REYES | BANKRUPTCY@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R YOUNG | AGO.INFO@VERMONT.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY | COMMUNICATIONS@WVAGO.GOV |

INVACARE CORPORATION, *et al.,*  Case No. 23-90068 (CML)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| THE UNITED STATES ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS | ATTN: ALAMDAR HAMDANI | USATXS.ATTY@USDOJ.GOV |
| U.S. VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: DENISE N. GEORGE | INFO@USVIDOJ.COM |
| U W L INC | ATTN: DAVE GREGSON | DAVE.GREGSON@SHIPUWL.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE OF 4.250 CONVERTIBLE SENIOR NOTES DUE 2026 | ATTN: ROBERT J. STARK; BENNETT S. SILVERBERG | RSTARK@BROWNRUDNICK.COM; BSILVERBERG@BROWNRUDNICK.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE OF 5.000 SERIES I CONVERTIBLE SENIOR NOTES DUE 2024 | ATTN: ROBERT J. STARK; BENNETT S. SILVERBERG | RSTARK@BROWNRUDNICK.COM; BSILVERBERG@BROWNRUDNICK.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE OF 5.000 SERIES II CONVERTIBLE SENIOR NOTES DUE 2024 | ATTN: ROBERT J. STARK; BENNETT S. SILVERBERG | RSTARK@BROWNRUDNICK.COM; BSILVERBERG@BROWNRUDNICK.COM |
| WILMINGTON TRUST NA | ATTN PETER FINKEL, VP | PFINKEL@WILMINGTONTRUST.COM |
| XPO LOGISTICS FREIGHT INC | ATTN: MIKE MCCLELAND | IVCTOC@KENCOGROUP.COM |
| YK LAW LLP | ATTN VAHE KHOJAYAN; HENRY LI; MICHELL LEE YI HUI | VKHOJAYAN@YKLAW.US; HLI@YKLAW.US; MLEE@YKLAW.US |