UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re   : | § | |
| | § | |
| **INVACARE CORPORATION,** *et al.*,[1] | § | Case No. 23-90068 (CML) |
| Debtor. | § | |
| | § | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that Pillsbury Winthrop Shaw Pittman LLP appears on behalf of the Reorganized Debtors ("Reorganized Debtors") in this jointly administered bankruptcy case and requests notice of all hearings and conferences and makes a demand for service of all papers filed in this case, including all papers and notices pursuant to the Bankruptcy Code.  All notices given or required to be given in this case shall be given to and served upon the undersigned counsel at the following address and by email:

| | |
|---|---|
| Hugh M. Ray, III | L. James Dickinson |
| Pillsbury Winthrop Shaw Pittman LLP | Pillsbury Winthrop Shaw Pittman LLP |
| 609 Main Street, Suite 200 | 609 Main Street, Suite 200 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| Tel: 713-276-7600 | Tel: 713-276-7600 |
| Fax: 713-276-7673 | Fax: 713-276-7673 |
| hugh.ray@pillsburylaw.com | james.dickinson@pillsburylaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, the schedules, statement of financial affairs, any letter, ballot, plan, disclosure statement, any application, motion, complaint, objection, claim, demand, hearing, petition,

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470).  The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

pleading or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to this bankruptcy case and any proceeding related thereto.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of the Reorganized Debtors (i) to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) to trial by jury in any proceedings so triable in this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Reorganized Debtors are or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: March 17, 2025       **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Hugh M. Ray, III*
Hugh M. Ray, III
Tex. Bar No. 24004246
S.D. Tex. Fed. ID No. 22090
L. James Dickinson
Tex. Bar No. 24105805
S.D. Tex. Fed. ID No. 3611267
609 Main Street, Suite 2000
Houston, TX 77002
Telephone: 713-276-7600
Facsimile: 713-276-7634
charles.conrad@pillsburylaw.com
james.dickinson@pillsburylaw.com

***Counsel for Reorganized Debtors***

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2025, a true and correct copy of this document was served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service. A supplemental certificate of service will detail any service by first class mail.

>               */s/ Hugh M. Ray, III*
>               Hugh M. Ray, III