Filed: USBC - Sourthern District of Texas
Invacare Corporation, et al.
23-90068 (CML)   (COR)

INR

0000000024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

In re:                              )
                                    )   Bankruptcy Case No.
Invacare Corporation                )
                                    )
                                    )
Debtor                              )   23-90068
                                    )

RECEIVED
MAY 1 3 2025
LEGAL SERVICES

## NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No. 23-90068. The claim was listed on claims register as Claim No. 289. U.S. Customs and Border Protection hereby withdraws in its entirety its claim (#289) previously filed in this case.

DATE: 05/01/2025

*Erin Gudaitis* (signature)

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection



8899 E 56th Street
Indianapolis, IN 46249
**U.S. Customs and Border Protection**
05/01/2025

Invacare Corporation Claims, Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

Re:   Invacare Corporation
      Case Number: 23-90068

Dear Sir/Madam:

Enclosed are our Notice of Withdrawal of Claim for the above referenced bankruptcy cases. Please file the notices.

If you have any questions regarding these cases, please make immediate contact by sending an e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

*Erin Gudaitis*

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

*Enclosures*

PRESS FIRMLY TO SEAL



US POSTAGE ™ PITNEY BOWES

ZIP 46249 $ 010.10⁰
02 4W
0000389481 MAY. 02 2025

# PRIORITY® MAIL

**FROM:**

U.S. Customs and Border Protection
Revenue Division, Bankruptcy Team
Attn: Mail Stop 203-JA
8899 E 56th Street
Indianapolis, IN 46249-3300

se.

restrictions apply).*

 

## USPS TRACKING #

9488 8090 0027 6345 3545 59

Label 888-PB, Oct. 2015

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TO:**

Invacare Corporation
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**RECEIVED**
MAY 13 2025
LEGAL SERVICES


PAPER POUCH