Electronic Appearance Sheet

Lashanna Moore, Pro Se, None, Pro Se
Client(s): BMH

Daniel Sheppard, Morrow & Sheppard, LLP
Client(s): Joe Leal, Rafaela Leal, Elvira Leal, and the Estate of Luis Leal

Willie Yeh, Pro Se, None, Pro Se
Client(s): Law student

Nerissa Wilson, Pro Se, None, Pro Se
Client(s): Research

Daniel Sheppard, Morrow & Sheppard, LLP
Client(s): Joe Leal, Elvira Leal, Rafaela Leal, and the Estate of Luis Leal

Derek Ingle, Boettcher, Devinney, Ingle, Wicker
Client(s): Brian Ridgway

Jon Ingle, Boettcher Devinney Ingle & Wicker
Client(s): Brian Ridgway

Victoria Argeroplos, Jackson Walker LLP
Client(s): Invacare Corporation, Reorganized Debtor

James Dickinson, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Reorganized Debtor

Hugh Ray, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Reorganized Debtor

Hugh Ray, III, Pillsbury Winthrop Shaw Pittman
Client(s): Invacare Corp.