United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **INVACARE CORPORATION, et al.,**[1] | § | |
| | § | **Case No. 23-90068 (CML)** |
| **Debtors.** | § | |
| | § | **(Jointly Administered)** |

**ORDER (I) AUTHORIZING BIRLASOFT SOLUTION INC.**
**TO FILE UNDER SEAL CERTAIN CONFIDENTIAL**
**INFORMATION AND (II) LIMITING NOTICE THEREOF**
Related Docket No. 914

Upon consideration of Birlasoft Solutions Inc.'s ("Birlasoft") *Motion (I) Authorizing Birlasoft Solutions Inc. to File Certain Confidential Information Under Seal and (II) Limiting Notice Thereof* (the "Motion"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, requesting authorization to file under seal Exhibit 2 attached to the *Exhibit List for May 18, 2026 Hearing* [Docket No. 914], and limiting notice thereof; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1, authorized to file Exhibit 2 at Docket No. 914 under seal.

2.      This Order is without prejudice to the rights of any party-in-interest, including Birlasoft or the Debtors, to seek to unseal Exhibit 2, or any part of it.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Invacare Corporation (0965); Freedom Designs, Inc. (4857); and Adaptive Switch Laboratories, Inc. (6470). The corporate headquarters and the mailing address for the Debtors is 1 Invacare Way, Elyria, Ohio 44035.

1

2

3.      Birlasoft is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: June 08, 2026

_____

Christopher Lopez
United States Bankruptcy Judge

2